Robert J. Pfister (State Bar No. 241370)
KTBS Law LLP
1999 Avenue of the Stars, Thirty-Ninth Floor
Los Angeles, California 90067
Telephone:    310-407-4000
Facsimile:    310-407-9090
Email:    rpfister@ktbslaw.com

*Attorneys for Placentia Development Company, LLC*

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>BRIDGEMARK CORPORATION,<br><br>Debtor. | Case No. 8:20-bk-10143-TA<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |

**TO THE CLERK OF THE COURT AND ALL PARTIES IN INTEREST:**

PLEASE TAKE NOTICE THAT pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2002-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Central District of California, KTBS Law LLP hereby enters its appearance as counsel for creditor Placentia Development Company, LLC ("PDC"), and respectfully requests that all notices given or required to be given in this proceeding and all papers served or required to be served in this proceeding be served upon:

Robert J. Pfister
(rpfister@ktbslaw.com)
KTBS LAW LLP
1999 Avenue of the Stars, Thirty-Ninth Floor
Los Angeles, California 90067
(310) 407-4000
(310) 407-9090 (facsimile)

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and Local Bankruptcy Rules, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion,

order, pleading or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this *Notice of Appearance and Request for Service of Papers*, nor any subsequent writing or conduct, shall constitute a waiver of any of PDC's (a) rights to have final orders in non-core matters entered only after de novo review by a United States District Court; (b) rights to trial by jury in any proceeding as to any and all matters so triable; (c) rights to have the reference in this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (d) other rights, claims, defenses, setoffs, or other matters.

DATED:  January 15, 2020        KTBS LAW LLP

By:  */s/  Robert J. Pfister*

*Attorneys for Placentia Development Company, LLC*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1999 Avenue of the Stars, 39th Floor, Los Angeles, CA 90067.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 15, 2020, I checked the CM/ECF docket for this bankruptcy case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- William N Lobel    wlobel@pszjlaw.com, nlockwood@pszjlaw.com; jokeefe@pszjlaw.com; banavim@pszjlaw.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
(state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) January 15, 2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

VIA OVERNIGHT DELIVERY
U.S. Bankruptcy Court
Hon. Theodor C. Albert
Ronald Reagan Federal Building
411 W. Fourth Street
Suite 5085
Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 15, 2020 | Shanda D. Pearson | */s/ Shanda D. Pearson* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.