PETER C. ANDERSON
United States Trustee
Nancy S. Goldenberg (Bar No. 167544)
Attorney for the U.S. Trustee
Ronald Reagan Federal Building
411 West Fourth Street, Suite 7160
Santa Ana, CA 92701-8000
Telephone: (714) 338-3400
Facsimile: (714) 338-3421
Email: nancy.goldenberg@usdoj.gov

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| Bridgemark Corporation,<br><br>                    Debtor. | Case No. 8:20-bk-10143-TA<br><br>Chapter 11<br><br>**STIPULATION EXTENDING TIME FOR OBJECTIONS TO INSIDER COMPENSATION REQUESTS**<br><br>**[NO HEARING REQUIRED]** |

## STIPULATION

Bridgemark Corporation, the debtor-in-possession in the above-captioned case (the "Debtor"), and the United States Trustee for Region 16 ("U.S. Trustee"), by and through their undersigned counsel, hereby enter into this Stipulation extending the time for all interested

//

//

parties to object to any insider compensation requests through February 18, 2020.

**IT IS SO STIPULATED.**

Dated: January 28, 2020        UNITED STATES TRUSTEE FOR REGION 16

By: s/ Nancy S. Goldenberg
      NANCY S. GOLDENBERG, ESQ.

Dated:                             BRIDGEMARK CORPORATION
                                  Chapter 11 Debtor and Debtor-in Possession

By: *[signature]*
      WILLIAM N. LOBEL, ESQ.
      Pachulski Stang Ziehl & Jones LLP

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
OFFICE OF THE U.S. TRUSTEE, 411 West 4th St., #7160 Santa Ana, CA  92701

A true and correct copy of the foregoing document entitled STIPULATION EXTENDING THE TIME FOR OBJECTIONS TO INSIDER COMPENSATION REQUESTS will be served in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **JANUARY 29, 2020,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated Below:

- J Scott Bovitz     bovitz@bovitz-spitzer.com
- Nancy S Goldenberg     nancy.goldenberg@usdoj.gov
- William N Lobel     wlobel@pszjlaw.com, nlockwood@pszjlaw.com;jokeefe@pszjlaw.com;banavim@pszjlaw.com
- Robert J Pfister     rpfister@ktbslaw.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

2**. SERVED BY UNITED STATES MAIL**: On **JANUARY 29, 2020,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document i filed.

**Bridgemark Corporation**
**Attention:  Robert Hall, President and CEO**
**17671 Irvine Blvd., Suite 217**
**Tustin, CA 92780**

**3. PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **JANUARY 29, 2020,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

HONORABLE THEODOR ALBERT- BIN ON THE 5TH FL.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/29/2020 | Tari King | /s/ Tari King |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                **F 9013-3.1.PROOF.SERVICE**