William N. Lobel (CA Bar No. 93202)
Ira D. Kharasch (CA Bar No. 109084)
Victoria A. Newmark (CA Bar No. 183581)
Erin Gray (CA Bar No. 157658)
PACHULSKI STANG ZIEHL & JONES LLP
650 Town Center Drive, Suite 1500
Costa Mesa, California  92626
Telephone:  (714) 384-4740
Facsimile:   (714) 384-4741
E-mail:    wlobel@pszjlaw.com
           ikharasch@pszjlaw.com
           vnewmark@pszjlaw.com
           egray@pszjlaw.com

[Proposed] Attorneys for Debtor and Debtor-in-Possession,
Bridgemark Corporation

FILED & ENTERED

JAN 31 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No.: 8:20-bk-10143 TA |
| BRIDGEMARK CORPORATION,[1] | Chapter 11 |
| Debtor and Debtor-in Possession, | **ORDER GRANTING EMERGENCY MOTION FOR ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 366: (I) PROHIBITING UTILITY COMPANIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICE, (II) DETERMINING ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES, AND (III) ESTABLISHING PROCEDURES FOR DETERMINING ADEQUATE ASSURANCE OF PAYMENT** |
| | Date:   January 17, 2020<br>Time:   11:00 a.m.<br>Place:  Courtroom 5B<br>        411 West Fourth Street<br>        Santa Ana, CA  92701 |

---

[1] The Debtor's last four digits of its taxpayer identification number are (1669).  The headquarters and service address for the above-captioned Debtor is 17671 Irvine Blvd., Suite 217, Tustin, CA  92780.

- 1 -

DOCS_LA:324962.2 10804/001

A hearing was held on January 17, 2020, at 11:00 a.m. before the Honorable Theodor C. Albert, United States Bankruptcy Judge for the Central District of California, in Courtroom 5B located at 411 West Fourth St., Santa Ana, CA, pon the *Debtor's Emergency Motion for Order Pursuant to 11 U.S.C. §§ 105(a) and 366: (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service, (II) Determining Adequate Assurance of Payment for Future Utility Services, and (III) Establishing Procedures for Determining Adequate Assurance of Payment* filed January 15, 2020 as Docket No. 6 ("Motion").  Appearances were made as noted on the record.

The Court having read and considered the Motion, heard the statements of counsel, noted the lack of opposition and with good cause shown,

**IT IS ORDERED:**

1. The Motion is granted in its entirety.

### 

Date: January 31, 2020

_____
Theodor C. Albert
United States Bankruptcy Judge

- 2 -

DOCS_LA:324962.2 10804/001