**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re: | Case No.: 8:20-bk-10143-TA |
| BRIDGEMARK CORPORATION, | Chapter 11 |
| Debtor and Debtor-in Possession. | |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY AND DISCLAIMERS REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

Bridgemark Corporation as debtor and debtor in possession in the above-captioned chapter 11 case, (the "Debtor") has filed its Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "Statement") in the United States Bankruptcy Court for the Central District of California (the "Bankruptcy Court"). The Debtor, with the assistance of its legal and financial advisors, prepared the Schedules and Statement in accordance with section 521 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 1007 of the Federal Rules of Bankruptcy Procedure, and Rule 1007-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Central District of California.

Robert J. Hall has signed the Schedules and Statement. Mr. Hall serves as the President and Chief Executive Officer of the Debtor. In reviewing and signing the Schedules and Statement, Mr. Hall has necessarily relied upon the efforts, statements, and representations of the Debtor's other personnel and professionals. Given the scale of the Debtor's business covered by the Schedules and Statement, Mr. Hall has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

In preparing the Schedules and Statement, the Debtor relied on financial data derived from its books and records that was available at the time of such preparation. Although the Debtor has made every reasonable effort to ensure the accuracy and completeness of the Schedules and Statement, subsequent information or discovery may result in material changes to the Schedules and Statement. As a result, inadvertent errors or omissions may exist. For the avoidance of doubt, the Debtor hereby reserves its rights to amend and supplement the Schedules and Statement as may be necessary or appropriate.

The Debtor and its agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While commercially reasonable

efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtor and its agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law. In no event shall the Debtor or its officers, employees, agents, or professionals be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtor or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtor or its officers, employees, agents, attorneys, or its professionals are advised of the possibility of such damages.

### Global Notes and Overview of Methodology

1. **Description of Cases**. On January 14, 2020, (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtor continues to operate its business and manage its affairs as debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The information provided herein, except as otherwise noted, is reported as of the Petition Date.

2. **Global Notes Control**. These Global Notes pertain to and comprise an integral part of each of the Debtor's Schedules and Statement and should be referenced in connection with any review thereof. In the event that the Schedules and Statement conflict with these Global Notes, these Global Notes shall control.

3. **Reservations and Limitations**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statement; however, as noted above, inadvertent errors or omissions may exist. The Debtor reserves all rights to amend and supplement the Schedules and Statement as may be necessary or appropriate. Nothing contained in the Schedules and Statement constitute a waiver of any of the Debtor's rights or an admission of any kind with respect to this chapter 11 case, including, but not limited to, any rights or claims of the Debtor against any third party or issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

   a. **No Admission**. Nothing contained in the Schedules and Statement is intended or should be construed as an admission or stipulation of the validity of any claim against the Debtor, any assertion made therein or herein, or a waiver of the Debtor's rights to dispute any claim or assert any cause of action or defense against any party.

   b. **Recharacterization**. Notwithstanding that the Debtor has made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the

Schedules and Statements, the Debtor nonetheless may have improperly characterized, classified, categorized, or designated certain items. The Debtor thus reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statement at a later time as is necessary and appropriate.

c.    **Classifications**.  Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtor of the legal rights of the claimant or contract counterparty, or a waiver of the Debtor's rights to recharacterize or reclassify such claim or contract.

d.    **Claims Description**.   Any failure to designate a claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated."  The Debtor reserves all rights to dispute, or assert offsets or defenses to, any claim reflected on its respective Schedules and Statements on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent," or "unliquidated" or object to the extent, validity, enforceability, priority, or avoidability of any claim.  Moreover, listing a claim does not constitute an admission of liability by the Debtor.  The Debtor reserves all rights to amend its Schedules and Statement as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

e.    **Estimates and Assumptions**.  The preparation of the Schedules and Statement required the Debtor to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and Statements, and the reported amounts of revenues and expenses during the applicable reporting periods.  Actual results could differ from such estimates.

f.    **Intellectual Property Rights**.  Exclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

g.    **Insiders**.  The listing of a party as an insider for purposes of the Schedules and Statement is not intended to be, nor should it be, construed an admission of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved.  Information regarding the individuals listed as insiders in the Schedules and Statement has been included for informational purposes only and

such information may not be used for the purposes of determining control of the Debtor, the extent to which any individual exercised management responsibilities or functions, corporate decision-making authority over the Debtor, or whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or any other purpose.

In the circumstance where the Schedules and Statements require information regarding "insiders", the Debtor has included information with respect to the individuals who the Debtor believes are included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods. Specifically, the Debtor has listed payment information of its President and Chief Executive Officer, Chief Financial Officer, Chief Operating Officer and Directors who received payments from the Debtors within one year of the Petition Date.

4. **Methodology**.

a. **Basis of Presentation**. The Schedules and Statement do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled to the financial statements of the Debtor. The Schedules and Statement contain unaudited information that is subject to further review and potential adjustment. The Schedules and Statement reflect the Debtor's reasonable efforts to report its assets and liabilities on an unconsolidated basis except as noted on the applicable Schedules/Statement or herein.

b. **Duplication**. Certain of the Debtor's assets, liabilities, and prepetition payments may properly be disclosed in response to multiple parts of the Statements and Schedule. To the extent these disclosures would be duplicative, the Debtor has determined to only list such assets, liabilities and prepetition payments once.

c. **Net Book Value**. In certain instances, current market valuations for individual items of property and other assets are neither maintained by, nor readily available to, the Debtor. Accordingly, unless otherwise indicated, the Debtor's Schedules and Statement reflect estimates of net book values as of the Petition Date. Market values may fluctuate, often materially, from net book values. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtor to obtain the current market values of all its property. Accordingly, the Debtor has indicated in the Schedules and Statement that the values of certain assets and liabilities are undetermined. Amounts ultimately realized may vary materially from net book value (or whatever value was ascribed). Accordingly, the Debtor reserves all rights to amend, supplement or adjust the asset values set forth herein. Also, assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statement or are listed with a zero-dollar value, as such assets have no net book value.

d.    **Property and Equipment**.   Unless otherwise indicated, owned property and equipment are valued at net book value.  The Debtor may lease furniture, fixtures, and equipment from certain third-party lessors.  To the extent possible, any such leases are listed in the Schedules and Statement.  Nothing in the Schedules and Statement is, or should be construed as, an admission as to the determination of the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtor reserves all rights with respect thereto.

e.    **Allocation of Liabilities**.  The Debtor allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statement.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.

f.    **Undetermined Amounts**.  The description of an amount as "unknown" is not intended to reflect upon the materiality of such amount.

g.    **Unliquidated Amounts**.  Amounts that could not be fairly quantified by the Debtor are scheduled as "unliquidated" or "unknown."

h.    **Totals**.  All totals that are included in the Schedules and Statement represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

i.    **Paid Claims**.  The Debtor has authority to pay certain outstanding prepetition payables pursuant to bankruptcy or other court order; as such, outstanding liabilities may have been reduced by any court-approved postpetition payments made on prepetition payables.  Where and to the extent these liabilities have been satisfied, they may still be listed in the Schedules and Statements. To the extent the Debtor has or later pays any amount of the claims listed in the Schedules and Statement pursuant to any orders entered by the Bankruptcy Court, the Debtor reserves all rights to amend or supplement the Schedules and Statement or to take other action as is necessary and appropriate to avoid overpayment or duplicate payments for liabilities.  Nothing contained herein should be deemed to alter the rights of any party in interest to contest a payment made pursuant to an order of the Bankruptcy Court where such order preserves the right to contest.

j.    **Guarantees and Other Secondary Liability Claims**.  The Debtor has exercised reasonable efforts to locate and identify guarantees in its executory contracts, unexpired leases, secured financings, and other such agreements.  Where guarantees have been identified, they have been included in the relevant Schedule G with respect to leases and Schedule H with respect to credit agreements.  The Debtor may have inadvertently omitted guarantees embedded in its contractual agreements and may identify additional guarantees as it continues its review of its books and records and contractual agreements.  The Debtor reserves its rights to amend the Schedules and Statements if additional guarantees are identified.

k.     **Excluded Assets and Liabilities**.  The Debtor may have excluded the following categories of assets and liabilities from the Schedules and Statement: certain deferred charges, accounts, or reserves recorded only for purposes of complying with the requirements of GAAP; deferred revenue accounts; and certain accrued liabilities including, but not limited to, accrued salaries and employee benefits. Other immaterial assets and liabilities may also have been excluded.

l.     **Liens**.  The value of inventories, property and equipment listed in the Schedules and Statement are presented without consideration of the effect of any lien upon the net value to the estates.

m.     **Currency**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

n.     **Setoffs**.  The Debtor reserves all rights to challenge any setoff and/or recoupment rights that may be asserted.

5.     **Specific Schedules Disclosures**

a.     **Schedule A/B, Parts 1 and 2 - Cash and Cash Equivalents; Deposits and Prepayments**.  Details with respect to the Debtor's cash management system and bank accounts are provided in the *Motion and Emergency Motion of Debtor for an Order Authorizing (A) Maintenance of Existing Bank Accounts, (B) Continuance of Existing Cash Management System, Bank Accounts, Checks, and (C) Related Relief* [Docket No. 5] (the "Cash Management Motion") and any orders of the Bankruptcy Court granting the Cash Management Motion.

Additionally, the Bankruptcy Court, pursuant to the *Order Granting Emergency Motion for Order Pursuant to 11 USC Section 105(a) and 366; (1) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service, (II) Determining Adequate Assurance of Payment for Future Utility Services, and (III) Establishing Procedures for Determining Adequate Assurance of Payment* [Docket No. 44], has authorized the Debtor to provide adequate assurance of payment for future utility services.  Such deposits are not listed on Schedule A/B, Part 2, which has been prepared as of the Petition Date.

b.     **Schedule A/B, Part 7 - Office Furniture, Fixtures, and Equipment; and Collectibles**.  Dollar amounts are presented net of accumulated depreciation and other adjustments.

c.     **Schedule A/B, Part 11 - All Other Assets**.  Dollar amounts are presented net of impairments and other adjustments.

Additionally, the Debtor may receive income tax refunds or other sales tax refunds at various times throughout its fiscal year.  As of the Petition Date, however, certain of these amounts are unknown to the Debtor, and accordingly, may not be listed in Schedule A/B.

***Other Contingent and Unliquidated Claims or Causes of Action of Every***

***Nature, including Counterclaims of the Debtor and Rights to Setoff Claims.*** In the ordinary course of its businesses, the Debtor may have accrued, or may subsequently accrue, certain rights to counter-claims, cross-claims, setoffs, or refunds with its customers and suppliers. Additionally, the Debtor may be party to pending litigation in which the Debtor has asserted, or may assert, claims as a plaintiff or counter-claims and/or cross-claims as a defendant. Because certain of these claims are unknown to the Debtor and not quantifiable as of the Petition Date, they may not be listed on Schedule A/B, Part 11.

d.   **Schedule D - Creditors Who Have Claims Secured by Property**. The Debtor reserves its rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D. Moreover, although the Debtor has scheduled claims of various creditors as secured claims, the Debtor reserves all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.

The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable agreements and other related relevant documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. No claim set forth on Schedule D is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities.

e.   **Schedule E/F - Creditors Who Have Unsecured Claims.**

***Part 1 - Creditors with Priority Unsecured Claims***. The Debtor intends to seek authority to pay, in its discretion, certain tax liabilities that accrued prepetition. Such prepetition amounts owed as of the Petition Date are listed on Schedule E/F. To the extent the Debtor later pays such amounts pursuant to an order, the Debtor reserves all rights to amend or supplement the Schedules and Statement or to take other action as is necessary and appropriate to avoid overpayment or duplicate payments for such liabilities.

Furthermore, the Debtor received authority to pay certain prepetition obligations, including to pay employee wages and other employee benefits, in the ordinary course of business. The Debtor believes that any non-insider employee claims for prepetition amounts related to ongoing payroll and benefits, whether allowable as a priority or nonpriority claim, have been or will be satisfied. Such prepetition amounts owed as of the Petition Date are listed on Schedule E/F. To the extent the Debtor later pays such amounts pursuant to the Wages Order, the Debtor reserves all rights to amend or supplement the Schedules and Statement or to take other action as is necessary and appropriate to avoid overpayment or duplicate payments for such liabilities.

The listing of a claim on Schedule E/F, Part 1, does not constitute an admission

7

by the Debtor that such claim or any portion thereof is entitled to priority status.

***Part 2 - Creditors with Nonpriority Unsecured Claims***.  The liabilities identified in Schedule E/F, Part 2, are derived from the Debtor's books and records.  The Debtor made a reasonable attempt to set forth its unsecured obligations, although the actual amount of claims against the Debtor may vary from those liabilities represented on Schedule E/F, Part 2.  The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

Schedule E/F, Part 2, contains information regarding threatened or pending litigation involving the Debtor.  Unless reduced to judgment, the amounts for these potential claims are listed as "unknown" and are marked as contingent, unliquidated, and disputed in the Schedules and Statement.

Schedule E/F, Part 2, may reflect certain prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease.  In addition, Schedule E/F, Part 2, does not include claims that may arise in connection with the rejection of any executory contracts and unexpired leases, if any, that may be or have been rejected.

As of the time of filing of the Schedules and Statement, the Debtor had not received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date.  Accordingly, the information contained in Schedules D and E/F may be incomplete.  The Debtor reserves its rights to amend Schedules D and E/F if and as it receives such invoices.

f.  **Schedule G - Executory Contracts and Unexpired Leases**.  While reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred.

Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable.  The Debtor hereby reserves all of its rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary.  Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights.  Such rights, powers, duties and obligations are not set forth separately on Schedule G.  In addition, the Debtor may have entered into various other types of agreements in the ordinary course of business, such as supplemental agreements, amendments, and letter agreement, which documents may not be set forth in Schedule G.

8

Certain of the agreements listed on Schedule G may have expired or terminated pursuant to their terms, but are listed on Schedule G in an abundance of caution.

The Debtor reserves all rights to dispute or challenge the characterization of any transaction or any document or instrument related to a creditor's claim.

In some cases, the same supplier or provider may appear multiple times in Schedule G.  Multiple listings, if any, reflect distinct agreements between the Debtor and such supplier or provider.

The listing of any contract on Schedule G does not constitute an admission by the Debtor as to the validity of any such contract.  The Debtor reserves the right to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

Nothing contained in Schedule G is an admission that any of the Debtor's Leases or Operating Agreements constitute "leases" for the purpose of Bankruptcy Code section 365 or interests in real property or otherwise. The Debtor reserves all its rights with respect to the characterization of the Leases and Operating Agreements.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.  The Debtor's rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

**6.**     **Specific Statements Disclosures.**

a.     **Statements, Part 6, Question 11 - Payments Related to Bankruptcy**.  Question 11 on the Statement reflects payments to professionals.

b.     **Statements, Part 13, Question 26 - Books, Records, and Financial Statements**. The Debtor provides certain parties, such as banks, auditors, vendors, and financial advisors, with financial statements that may not be part of a public filing. The Debtor does not maintain complete lists or other records tracking such disclosures.  Therefore, the Debtor has not provided full lists of these parties in its Responses to Statement Question 26.

**Fill in this information to identify the case:**

Debtor name      **Bridgemark Corporation**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **8:20-bk-10143-TA**

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

2.      **Cash on hand**                                                                                                          **$0.00**

3.      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Valley Bank**<br>**5000 California Ave, #110**<br>**Bakersfield, CA   93309** | **Checking** | **7913** | **$80,827.18** |
| 3.2. | **Valley Bank**<br>**5000 California Ave, #110**<br>**Bakersfield, CA   93309** | **Money Market** | **7921** | **$926,822.07** |
| 3.3. | **Valley Bank**<br>**5000 California Ave, #110**<br>**Bakersfield, CA   93309** | **Checking (royalties)** | **7905** | **$20,428.50** |
| 3.4. | **California Bank and Trust**<br>**17752 E. 17th Street**<br>**Tustin, CA   92780-1996** | **Checking** | **5772** | **$1,100.00** |
| 3.5. | **East West Bank**<br>**135 N. Los Robles Ave, Suite 600**<br>**Pasadena, CA   91101** | **Money Market** | **4392** | **$3,190,858.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Bridgemark Corporation** | | Case number *(If known)* **8:20-bk-10143-TA** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 3.6. | **Citizens Business Bank**<br>**1401 Dove Street, Suite 100**<br>**Newport Beach, CA   92660** | **Money market** | **4980** | **$147,770.00** |
| 3.7. | **Wells Fargo Bank**<br>**18356 Irvine Blvd**<br>**Tustin, CA   92780**<br>**Attn:   Steve McCurry**<br>**Restricted to secure the Debtor's**<br>**obligations to the California Division of**<br>**Oil, Gas & Geothermal Resources.** | **Certificate of Deposit** | **438** | **$35,418.51** |
| 3.8. | **California Bank & Trust**<br>**17752 17th Street**<br>**Tustin, CA   92780**<br>**Restricted to secure the Debtor's**<br>**obligations to the California Division of**<br>**Oil, Gas & Geothermal Resources.** | **Certificate of Deposit** | **0079** | **$111,795.70** |
| 3.9. | **Wells Fargo Bank**<br>**18356 Irvine Blvd**<br>**Tustin, CA   92780**<br>**Attn:   Steve McCurry**<br>**Restricted to secure the Debtor's**<br>**obligations to the California Division of**<br>**Oil, Gas & Geothermal Resources.** | **Certificate of Deposit** | **6086** | **$36,484.73** |
| 3.10. | **Wells Fargo Bank**<br>**18356 Irvine Blvd**<br>**Tustin, CA   92780**<br>**Attn:   Steve McCurry**<br>**Restricted to secure the Debtor's**<br>**obligations to the California Division of**<br>**Oil, Gas & Geothermal Resources.** | **Certificate of Deposit** | **2929** | **$35,805.25** |
| 3.11. | **Wells Fargo Bank**<br>**18356 Irvine Blvd**<br>**Tustin, CA   92780**<br>**Attn:   Steve McCurry**<br>**Restricted to secure the Debtor's**<br>**obligations to the California Division of**<br>**Oil, Gas & Geothermal Resources.** | **Certificate of Deposit** | **5575** | **$36,828.80** |
| 3.12. | **Wells Fargo Bank**<br>**18356 Irvine Blvd**<br>**Tustin, CA   92780**<br>**Attn:   Steve McCurry**<br>**Restricted to secure the Debtor's**<br>**obligations to the California Division of**<br>**Oil, Gas & Geothermal Resources.** | **Certificate of Deposit** | **180** | **$30,000.00** |

4.       **Other cash equivalents** *(Identify all)*

5.       **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$4,654,138.74**

| Debtor | **Bridgemark Corporation** | Case number *(If known)* | **8:20-bk-10143-TA** |
|---|---|---|---|
| | Name | | |

---

**Part 2:**     **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐   No.  Go to Part 3.
☒   Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

       **Greines, Martin, Stein, & Richland LLP**
       **5900 Wilshire Blvd 12th Floor**
       **Los Angeles, CA 90036**

| 7.1. | **Retainer for legal services** | **$82,968.50** |
|---|---|---|

       **Pachulski Stang Ziehl & Jones LLP**
       **10100 N Santa Monica Blvd.**
       **13th Floor**
       **Los Angeles, CA 90067**

| 7.2. | **Retainer for legal services** | **$114,735.05** |
|---|---|---|

       **GlassRatner Advisory & Capital Group LLC**
       **19800 MacArthur Boulevard**
       **Suite 820**
       **Irvine, CA 92612**

| 7.3. | **Retainer for financial advisor services** | **$129,543.00** |
|---|---|---|

       **Locke Lord LLP**
       **300 S. Grand Avenue**
       **Suite 2600**
       **Los Angeles, CA 90071**

| 7.4. | **Retainer for legal services** | **$10,947.03** |
|---|---|---|

       **McGee & Associates**
       **24 Corporate Plaza Drive**
       **Newport Beach, CA 92660**

| 7.5. | **Retainer for legal services** | **$100,000.00** |
|---|---|---|

| 7.6. | **Numeric Solutions - retainer for valuation services** | **$2,320.00** |
|---|---|---|

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. | **Cal Microturbine, Inc. - warranty capstone factory replacement plan** | **$4,223.43** |
|---|---|---|

| 8.2. | **Cal Microturbine, Inc.-Capstone FPP waranty** | **$708.88** |
|---|---|---|

| 8.3. | **Cal Microturbine, Inc. -C65 bundle 9 year parts and labor warranty** | **$92,792.61** |
|---|---|---|

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Bridgemark Corporation** | Case number *(If known)* **8:20-bk-10143-TA** |
|---|---|---|
| | Name | |

| 8.4. | **Carolyn Curry - Prepayment for services rendered on the petition date** | **$920.00** |
|---|---|---|

| 8.5. | **Tustin Sycamore Plaza**<br>**17671 Irvine Blvd.**<br>**Tustin, CA  92780**<br>**Prepaid rent** | **$2,214.88** |
|---|---|---|

| 8.6. | **State Water Resource Control Board** | **$2,700.00** |
|---|---|---|

| 8.7. | **Axis Surplus Insurance Company - polution insurance** | **$10,519.63** |
|---|---|---|

| 8.8. | **Edgwood Partners insurance employment Practices Liab Ins** | **$1,258.88** |
|---|---|---|

| 8.9. | **Edgwood Partners insurance Fiduciary and Crime Ins** | **$1,401.25** |
|---|---|---|

| 8.10. | **City of Placentia annual oil fund license fee** | **$9,154.84** |
|---|---|---|

| 9. | **Total of Part 2.**<br>Add lines 7 through 8. Copy the total to line 81. | **$566,407.98** |
|---|---|---|

**Part 3:**  **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes Fill in the information below.

| 11. | **Accounts receivable** | | |
|---|---|---|---|
| | 11a. 90 days old or less: | **1,069,389.70** - | **$1,069,389.70** |
| | | face amount | **0.00** = .... doubtful or uncollectible accounts |

| 12. | **Total of Part 3.**<br>Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | **$1,069,389.70** |
|---|---|---|

**Part 4:**  **Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
☒ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

| Debtor | **Bridgemark Corporation** | | Case number *(If known)* **8:20-bk-10143-TA** |
|---|---|---|---|
| | Name | | |

**14.**  **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

**15.**  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                    % of ownership

| | | | | | |
|---|---|---|---|---|---|
| 15.1. | **Gregson Energy Drilling Group, LLC** | **100** | % | **Book Value** | **$0.00** |
| 15.2. | **Bridgemark Texas, LLC** | **100** | % | **Book Value** | **$158,453.00** |

**16.**  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

| | |
|---|---|
| 16.1. | **Argonaut Insurance Comapny**<br>**USI Insurance Company**<br>**PO Box 61187**<br>**Virginia Beach, CA   23466**<br>**$120,000 bond required as part of a blanket indemnity bond for oil and gas operators requred by the State of California, Department of Conservation.   $0.00 cash value to the Debtor.** |

$0.00

**17.**  **Total of Part 4.**

Add lines 14 through 16.   Copy the total to line 83.

$158,453.00

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture**<br>**General office furniture** | **$8,562.00** | **Resale value** | **$1,000.00** |

**40.**  **Office fixtures**

**41.**  **Office equipment, including all computer equipment and**

| Official Form 206A/B | Schedule A/B Assets - Real and Personal Property | page 5 |
|---|---|---|

| Debtor | **Bridgemark Corporation** | | | Case number *(If known)* | **8:20-bk-10143-TA** |
|---|---|---|---|---|---|
| | Name | | | | |

| | | | | |
|---|---|---|---|---|
| | communication systems equipment and software | | | |
| | **Computer equipment and server** | **$3,062.00** | **Resale value** | **$10,000.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.   Copy the total to line 86.

| | **$11,000.00** |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2007 Ford F150**<br>**VIN 1FTRF122X7KC42948** | **$7,000.00** | **Resale value** | **$8,000.00** |
| 47.2.  **2007 Ford Exp**<br>**VIN 1FMFK20577LA33335** | **$11,000.00** | **Resale value** | **$5,000.00** |
| 47.3.  **2013 Ford F150**<br>**VIN 1FTMF1CM6DFB22059** | **$10,000.00** | **Resale value** | **$12,000.00** |
| 47.4.  **2013 Ford F150**<br>**VIN 1FTMF1CM0DFE06304** | **$10,000.00** | **Resale value** | **$12,000.00** |
| 47.5.  **2018 Ford F150**<br>**VIN 1FTEX1CP4JKD08522** | **$20,812.00** | **Resale value** | **$20,000.00** |
| 47.6.  **2019 Ford F150**<br>**Vin 1FTMF1CBOKKC54723** | **$28,608.19** | **Resale value** | **$29,000.00** |
| 47.7.  **2019 Ford F150**<br>**Vin 1FTMF1CB9KKC54722** | **$28,693.03** | **Resale value** | **$29,000.00** |
| 47.8.  **2019 Ford F150**<br>**Vin 1FTMF1CB8KKD33749** | **$27,230.31** | **Resale value** | **$29,000.00** |

| Debtor | **Bridgemark Corporation** | Case number (If known) | **8:20-bk-10143-TA** |
|---|---|---|---|
| | Name | | |

| | | | | | |
|---|---|---|---|---|---|
| 47.9. | **2015 F150**<br>**VIN 1FTEW1CF7FKE17204** | | $15,000.00 | Resale value | $20,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | | |
|---|---|---|---|---|
| Injections Pumps (5) | $326,757.00 | Resale value | | $200,000.00 |
| Cogen (6) | $1,078,295.00 | Resale value | | $660,000.00 |
| Pumping Units (35) | $2,777,427.00 | Resale value | | $1,700,000.00 |
| Tanks | $245,067.00 | Resale value | | $150,000.00 |
| Gas Plants/compressors | $490,134.00 | Resale value | | $300,000.00 |
| Rods and Tubing | $326,756.00 | Resale value | | $200,000.00 |

51. **Total of Part 8.**

Add lines 47 through 50.   Copy the total to line 87.

| $3,374,000.00 |
|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☒ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.   Go to Part 10.
☒ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                        Best Case Bankruptcy

RIDER 55.6

*The Debtor has two reserve reports aka appraisals from two independent experts with respect to the value of its oil and gas production.   The reports show the present value aka PV of the net cash flow (revenues less operating costs) discounted to PV at different discount rates.   Discussions with one of the experts suggests that the production would likely sell in the range of PV15-PV20 (present value of future net cash flow discounted at 15% and 20%).   Note that the value of the production is sensitive to fluctuations in the current and future (NYMEX futures strip) price of crude.   Note that prices have declined approximately $3 bbl since the date of the valuation reports, which would result in a decline in the value of the assets from the original appraised value.  One of the experts (Numeric Solutions) estimates that the costs to ultimately plug and abandon the wells and to otherwise remediate the site would approximate $10M (page 8 of their report).  We adopt that estimate of the remediation cost in these schedules.  The Debtor's Financial Advisers are still reconciling certain differences between the two reports including but not limited to the remediation cost impact on value.  The value of the machinery and equipment listed on Schedule A/B, item 50, is implied in the valuation of the reserves and has therefore been deducted from the appraised value to prevent double counting those assets.*

| Debtor | **Bridgemark Corporation** | | Case number *(If known)* | **8:20-bk-10143-TA** |
|---|---|---|---|---|
| | Name | | | |

| 55.1. | **Parcel of land**<br>**412 N. Tidland Ct,**<br>**Placentia, CA**<br>**APN# 341-433-34**<br>**Value of land is**<br>**included 55.6 set**<br>**forth below.** | **100% interest**<br>**in property**<br>**subject to**<br>**mineral lease -**<br>**fee simple** | See 55.6 below,<br>and Rider 55.6<br>attached thereto | Tax records | See 55.6 below,<br>and Rider 55.6<br>attached thereto |
|---|---|---|---|---|---|
| 55.2. | **Parcel of land**<br>**406 N. Nevin Ln,**<br>**Placentia, CA**<br>**APN# 341-433-2** | **100% interest**<br>**in property**<br>**subject to**<br>**mineral lease -**<br>**fee simple** | See 55.6 below,<br>and Rider 55.6<br>attached thereto n | Tax records | See 55.6 below,<br>and Rider 55.6<br>attached thereto |
| 55.3. | **Parcel of land**<br>**502 N. Gerhold Ln,**<br>**Placentia, CA**<br>**APN# 341-421-33**<br>**Value of land is**<br>**included 55.6 set**<br>**forth below.** | **100% interest**<br>**in property**<br>**subject to**<br>**mineral lease -**<br>**fee simple** | See 55.6 below,<br>and Rider 55.6<br>attached thereto | Tax records | See 55.6 below,<br>and Rider 55.6<br>attached thereto |
| 55.4. | **Parcel of land**<br>**1421 E Cisneros Ln**<br>**Placentia, CA**<br>**APN# 341-433-48**<br>**Value of land is**<br>**included 55.6 set**<br>**forth below.** | **100% interest**<br>**lin property**<br>**subject to**<br>**mineral lease -**<br>**fee simple** | See 55.6 below,<br>and Rider 55.6<br>attached thereto | Tax records | See 55.6 below,<br>and Rider 55.6<br>attached thereto |
| 55.5. | **Parcel of land**<br>**424 N Levin Ln**<br>**Placentia, CA**<br>**APN# 341-433-05**<br>**Value of land is**<br>**included 55.6 set**<br>**forth below.** | **100% interest**<br>**lin property**<br>**subject to**<br>**mineral lease -**<br>**fee simple** | See 55.6 below,<br>and Rider 55.6<br>attached thereto | Tax records | See 55.6 below,<br>and Rider 55.6<br>attached thereto |
| 55.6. | **See Attached Rider**<br>**55.6 attached hereto** | **See Attached**<br>**Rider 55.6**<br>**attached hereto** | | | $29,613,000 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $29,613,000 |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☒ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

Debtor    **Bridgemark Corporation**                    Case number *(If known)*  **8:20-bk-10143-TA**
_____Name_____

☐ No.  Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** **Hualde Dome Unit - Fullerton, California** **.16666667% Royalty Interest** **Revenue is between $5,000 to $10,000 to the Debtor.** | **Unknown** | | **Unknown** |
| 63. **Customer lists, mailing lists, or other compilations** **Chunchula Unit, Mobile Alabama** **.007% Working Interest.** **Revenue is approximately $1,900 per month to the Debtor.** **.00118682% Royalty Interest** **Revenue is approximately $3,600 per month to the Debtor.** | **Unknown** | | **Unknown** |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.

    | **$0.00** |
    |---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ☒ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☒ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ☒ Yes Fill in the information below.

    | | Current value of debtor's interest |
    |---|---|

71.    **Notes receivable**

| Debtor | **Bridgemark Corporation** | Case number *(If known)* **8:20-bk-10143-TA** |
|---|---|---|
| | Name | |

| Description (include name of obligor) | | |
|---|---|---|
| **Note Receivable - Intercompany Loan** **Gregson Energy Group, LLC, a Wyoming limited liability company** | 1,835,705.76 - Total face amount | 1,835,705.76 = doubtful or uncollectible amount |
| | | **$0.00** |

| **Note Receivable - Intercompany Loan** **Bridgemark Texas, LLC, a Texas limited liability company** | 645,250.22 - Total face amount | 0.00 = doubtful or uncollectible amount |
|---|---|---|
| | | **$645,250.22** |

| **Note Receivable** **Meadow Deep LLC** **$890,000 note, with accrued interest in the amount of $1,457.12** | 891,457.12 - Total face amount | 891,457.12 = doubtful or uncollectible amount |
|---|---|---|
| | | **$0.00** |

| **Note Receivable - Insider** **Robert J. Hall** **$710,000 note, with accrued interest 11/1/19 - 1/13/20** | 716,799.40 - Total face amount | 0.00 = doubtful or uncollectible amount |
|---|---|---|
| | | **$716,799.40** |

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Potential claims against insiders.**           **Unknown**
Nature of claim
Amount requested           **Unknown**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
**Assignment of Contract Rights**
**Assignor:   Michael T Bridges and Lynn Bridges, husband and wife individually, and in their capacities as Trustees of the Bridges Family Trust U/D/T dated June 4, 1998**
**Description:   Assignment of rights under Operating Agreement of Placentia Development Company, LLC dated on or about November 19, 1998 (the "PDC Agreement"), to acquire or receive by transfer that portion of the northern portion of the "Unocal Property", as defined in the PDC Agreement.**           **Unknown**

78. **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.

          **$1,362,049.62**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

Debtor    **Bridgemark Corporation**                                Case number *(If known)*  **8:20-bk-10143-TA**
_____
Name

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor    **Bridgemark Corporation**
_____    Case number *(If known)*  **8:20-bk-10143-TA**
Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,654,138.74 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $566,407.98 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,069,389.70 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $158,453.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $11,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,374,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ................................................................> | | $29,613,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,362,049.62 | |
| 91. **Total.** Add lines 80 through 90 for each column | $11,204,798.59 | + 91b. $29,613,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $40,808,439.04 |

**Fill in this information to identify the case:**

Debtor name __**Bridgemark Corporation**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) __**8:20-bk-10143-TA**__

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Ally Financial** | Describe debtor's property that is subject to a lien | $22,933.91 | $29,000.00 |
|---|---|---|---|---|

Creditor's Name
**PO Box 8138**
**Cockeysville, MD**
**21030-8138**

**2019 Ford F150**
**Vin 1FTMF1CB8KKD33749**

Creditor's mailing address

Describe the lien
**Auto Loan**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**9/2019**

**Last 4 digits of account number**
**2618**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Citizens Business Bank** | Describe debtor's property that is subject to a lien | $24,545.53 | $29,000.00 |
|---|---|---|---|---|

Creditor's Name
**Orange Co Commercial**
**Banking Center**
**1401 Dove Street, Suite 100**
**Newport Beach, CA 92660**

**2019 Ford F150**
**Vin 1FTMF1CBOKKC54723**

Creditor's mailing address

Describe the lien
**Auto Loan**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/2019**

**Last 4 digits of account number**
**1354**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☒ No

☐ Contingent

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Bridgemark Corporation** | | Case number (if know) | **8:20-bk-10143-TA** |
|---|---|---|---|---|
| | Name | | | |

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.3 | **Ford Motor Credit Co.** | Describe debtor's property that is subject to a lien | $27,281.32 | $29,000.00 |

Creditor's Name

**PO Box 105704**
**Atlanta, GA 30348-5704**

Creditor's mailing address

**2019 Ford F150**
**Vin 1FTMF1CB9KKC54722**

**Describe the lien**
**Auto Loan**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**9/2019**

**Last 4 digits of account number**
**9946**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Orange County Tax Collector** | Describe debtor's property that is subject to a lien | $2,955.13 | See Rider No. 55.6 Attached to Schedule A/B |

Creditor's Name

**PO Box 1438**
**Santa Ana, CA 92702**

Creditor's mailing address

**See Rider No. 55.6 Attached to Schedule A/B**

**Describe the lien**
**Property Tax Lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Orange County Tax Collector** | Describe debtor's property that is subject to a lien | $122,163.18 | See Rider No. 55.6 Attached to Schedule A/B |

Creditor's Name

**PO Box 1438**
**Santa Ana, CA 92702**

Creditor's mailing address

**See Rider No. 55.6 Attached to Schedule A/B**

**Describe the lien**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Bridgemark Corporation** | | Case number (if know) | **8:20-bk-10143-TA** |
|---|---|---|---|---|
| | Name | | | |

### Secured Property Tax

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

_____

Creditor's email address, if known

**Date debt was incurred**
**2019-2020**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$199,879.07**

---

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name    and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Bridgemark Corporation**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **8:20-bk-10143-TA**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☒ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**California Dept. of Conservation**<br>**Geologic Energy Management**<br>**Division**<br>**801 K Street**<br>**MS 24-01**<br>**Sacramento, CA 95814** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$143,926.09** | **$143,926.09** |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Blanket indemnity bond for oil and gas operators who have between 40 and 500 wells. Certificate of Deposits held at Wells Fargo Bank and California Bank & Trust, and bond held at Argonaut Insurance.** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |
| **2.2** | Priority creditor's name and mailing address<br>**Carlos Reyes**<br>**450 Buena Vista**<br>**La Habra, CA 90631** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,151.27** | **$2,151.27** |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Wages** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |

| Debtor | **Bridgemark Corporation** | | Case number (if known) | **8:20-bk-10143-TA** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19,800.00 | $19,800.00 |
|---|---|---|---|---|

**City of Placentia**
**Attn:   Catherine Carranza**
**401 E. Chapman Ave**
**Placentia, CA 92870**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

**Quarterly Production Costs**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☒ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,903.86 | $2,903.86 |
|---|---|---|---|---|

**David Fisher**
**5571 Nelson Street**
**Cypress, CA 90630**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,379.26 | $2,379.26 |
|---|---|---|---|---|

**Diono Romero**
**1008 Dayton Ave**
**Pomona, CA 91766**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,163.53 | $2,163.53 |
|---|---|---|---|---|

**Edwin Pastor**
**1201 W 228th Street**
**Space 13**
**Torrance, CA 90502**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| Debtor | **Bridgemark Corporation** | Case number (if known) | **8:20-bk-10143-TA** |
|---|---|---|---|
| | Name | | |

---

**2.7**

Priority creditor's name and mailing address
**Franchise Tax Board**
**PO Box 942857**
**Sacramento, CA 94257-0531**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$16.21      $16.21

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.8**

Priority creditor's name and mailing address
**Jennifer Montgomery**
**6676 Vista Loma**
**Yorba Linda, CA 92886**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,483.80      $5,483.80

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.9**

Priority creditor's name and mailing address
**Juan Lorenzo**
**3049 Caspian Ave**
**Long Beach, CA 90810**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,914.45      $4,914.45

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.10**

Priority creditor's name and mailing address
**Kevin Mugavero**
**32605 Hayden Road**
**Menifee, CA 92584**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$65,595.01      $13,650.00

Date or dates debt was incurred

Basis for the claim:
**Wages, salaries, and commissions**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **Bridgemark Corporation** | Case number (if known) | **8:20-bk-10143-TA** |
|---|---|---|---|
| | Name | | |

---

**2.11**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,152.41 | $3,152.41 |
|---|---|---|---|
| **Michael Harper**<br>**10562 Stonybrook Ave**<br>**South Gate, CA 90280** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes |

---

**Part 2:**  **List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  |  | Amount of claim |
|---|---|---|---|

**3.1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,407,000.00 |
|---|---|---|
| **Plug and Abandonment Obligation** | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  **See Attached Rider No. 55.6 Attached to Schedule A/B** | |
| | Is the claim subject to offset?  ☐ No  ☐ Yes | |

**3.2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,499.27 |
|---|---|---|
| **A&G Compressor Parts, Inc**<br>**Attn: Greg Dryden**<br>**13671 Bora Drive**<br>**Santa Fe Springs, CA 90670** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Trade** | |
| Last 4 digits of account number __ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

**3.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Amanda Well Lovrien Trste,**<br>**U/W Ruth B.**<br>**2910 17th Street**<br>**Santa Monica, CA 90405** | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Plug and abandonment and environmental remediation** | |
| Last 4 digits of account number __ | Is the claim subject to offset?  ☐ No  ☐ Yes | |

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,340.00 |
|---|---|---|
| **Ammeraal Meter Proving**<br>**15824 Clarisse Street**<br>**Bakersfield, CA 93314** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Trade** | |
| Last 4 digits of account number __ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

**3.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Amy MacBride**<br>**33831 Avenida Calita**<br>**San Juan Cap., CA 92675** | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Plug and abandonment and environmental remediation** | |
| Last 4 digits of account number __ | Is the claim subject to offset?  ☐ No  ☐ Yes | |

---

RIDER TO 3.1

Under the terms of certain of the leases and under state law, the Debtor is required to plug each well at the end of its useful life and remediate the property, including potential environmental remediation.  The Debtor estimates this liability to be $10,407,000, but is unable to allocate the liability to each of the royalty holders.

| Debtor | **Bridgemark Corporation** | Case number (if known) | **8:20-bk-10143-TA** |
|---|---|---|---|
| | Name | | |

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Andrews Revocable Trust**
**Bank of America - c/o R Essick**
**450 B Street, Suite 1700**
**San Diego, CA 92101-8001**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Angela Friedman**
**18802 Colony Circle**
**Villa Park, CA 92861-4307**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$373.00** |

**Ann Jenney Schupp**
**1600 Huntington Drive**
**South Pasadena, CA 91030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Net Profits Interest**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Ann Jenny Schupp**
**1600 Huntington Drive**
**S. Pasadena, CA 91030**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Anthony D. Hunter**
**11381 Prosperity Farms Road**
**Apt 58**
**Palm Beach Gardens, FL 33410-3459**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,769.00** |

**Aqua Tibia Ranch for Bradford Bros.**
**PO Box 578**
**Pauma Valley, CA 92061**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Net Profits Interest**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Artie F. Stevenson**
**730 Santiago Avenue**
**Long Beach, CA 90804**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Bridgemark Corporation** | Case number (if known) | **8:20-bk-10143-TA** |
|---|---|---|---|
| | Name | | |

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Ashleigh Layne**
**4607 Granada Circle**
**Santa Barbara, CA 93110**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __Plug and abandonment and environmental remediation__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$641.08** |

**AT&T**
**PO Box 5025**
**Carol Stream, IL 60197-5025**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __Trade__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$103.50** |

**AT&T**
**PO Box 5014**
**Carol Stream, IL 60197-5014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __Trade__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Barbara Ann Fried**
**P.O. Box 1946**
**Orleans, MA 02653**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __Plug and abandonment and environmental remediation__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Barbara Jane Swann-Herbert**
**55 Cathedral Rock Dr., #28**
**Sedona, AZ 86351**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __Plug and abandonment and environmental remediation__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Barbara R. Scott**
**P.O. Box 27**
**Point Arena, CA 95468**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __Plug and abandonment and environmental remediation__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Barton Wells**
**1040 Wass Street, Apt. Q**
**Tustin, CA 92680**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __Plug and abandonment and environmental remediation__

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Bridgemark Corporation** | Case number (if known) | **8:20-bk-10143-TA** |
|---|---|---|---|
| | Name | | |

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Beatrice M. Murray**
**39798 Avenida Miguel Oeste**
**Murrieta, CA 92563**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Plug and abandonment and environmental remediation**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Ben C. Daws**
**P.O.Box 323**
**Waynesboro, MS 39367**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Plug and abandonment and environmental remediation**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Betty Lou Conway, Trustee**
**P. O. Box 5824**
**Twin Falls, ID 83303**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Plug and abandonment and environmental remediation**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,947.04** |
|---|---|---|---|

**Black Gold Pump and Supply**
**PO Box 16007**
**Long Beach, CA 90806**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Trade**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Bradford Alan Sherman**
**14140 Moorpark St, Ste 409**
**Sherman Oaks, CA 91423**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Plug and abandonment and environmental remediation**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Bridgemark Corporation**
**17671 Irvine Blvd., Ste. 217**
**Tustin, CA 92780**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Plug and abandonment and environmental remediation**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Bridgemark Partners Ltd.**
**1075 E. Yorba Linda PL Ste 105**
**Placentia, CA 92870**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Plug and abandonment and environmental remediation**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| Debtor | **Bridgemark Corporation** | Case number (if known) | **8:20-bk-10143-TA** |
|---|---|---|---|
| | Name | | |

---

**3.27** | Nonpriority creditor's name and mailing address
**Bridges Family Trust**
**670 S. Gentry**
**Anaheim, CA 92807**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                        **Unknown**
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address
**Bryan H. Lang**
**35 Covell Park Avenue**
**Chico, CA 95926-1734**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                        **Unknown**
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address
**Card Service Center**
**PO Box 569100**
**Dallas, TX 75356-9100**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                        **$4,420.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address
**Carol Gonzalez (Kraut)**
**137 Temelec Circle**
**Sonoma, CA 95476**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                        **Unknown**
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address
**Caroline H. Hansen Rev. Trust**
**40 CR 126**
**Espanola, NM 87532**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                        **Unknown**
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address
**Carolyn Prentice-Curry**
**336 E. 16th Street**
**Costa Mesa, CA 92627**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                        **$27,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address
**Casa Real LP**
**17671 Irvine Blvd., Suite 217**
**Tustin, CA 92780**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                        **$25,289.10**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Net Profits Interest**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Bridgemark Corporation** | Case number (if known) | **8:20-bk-10143-TA** |
|---|---|---|---|
| | Name | | |

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cathy Clements**
**950 S. Appaloosa Way**
**Anaheim Hills, CA 92808**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ＿

**Last 4 digits of account number** ＿

**Basis for the claim:**  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cedric Thomas Thompson**
**1530 E. Commonwealth Avenue**
**Fullerton, CA 92831**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ＿

**Last 4 digits of account number** ＿

**Basis for the claim:**  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Celia A. Wallace**
**367 Charleston Court**
**Mobile, AL 36608**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ＿

**Last 4 digits of account number** ＿

**Basis for the claim:**  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $950.00 |
|---|---|---|---|

**CET Engineering, Inc**
**7755 Center Ave., Suite 1100**
**Huntington Beach, CA 92647**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ＿

**Last 4 digits of account number** ＿

**Basis for the claim:**  **Trade**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Charles R. Brickell**
**20 Carrack**
**Laguna Niguel, CA 92677**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ＿

**Last 4 digits of account number** ＿

**Basis for the claim:**  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Christine V. Pate**
**1144 Glorietta Blvd**
**Coronado, CA 92118**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ＿

**Last 4 digits of account number** ＿

**Basis for the claim:**  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $775.50 |
|---|---|---|---|

**Cintas**
**PO Box 29059**
**Phoenix, AZ 85038-9059**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ＿

**Last 4 digits of account number** ＿

**Basis for the claim:**  **Trade**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Bridgemark Corporation** | | Case number (if known) | **8:20-bk-10143-TA** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,869.40 |
|---|---|---|---|

**City of Anaheim**
**201 South Anaheim Blvd**
**PO Box 3069**
**Anaheim, CA 92803-3069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **4001**

Basis for the claim:  **Trade**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,264.00 |
|---|---|---|---|

**City of Placentia**
**Finance Department**
**401 E Chapman**
**Placentia, CA 92870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,702.50 |
|---|---|---|---|

**Claremont Tax Associates, Inc**
**Jeffery Durrant**
**114 N. Indian Hill Blvd., S-F**
**Claremont, CA 91711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,116.25 |
|---|---|---|---|

**Clariant Corporation**
**Attn: RJ Gonzalez**
**3618 Collection Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Clinton Russell Sherman**
**PO Box 11770**
**Portland, OR 97211**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $765.00 |
|---|---|---|---|

**Coast Range Trucking**
**3075 Walnut Ave**
**Long Beach, CA 90807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Craig M. McIntyre**
**22049 Covello Street**
**Canoga Park, CA 91303**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Bridgemark Corporation** | Case number (if known) | **8:20-bk-10143-TA** |
|---|---|---|---|
| | Name | | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**3.48**

Nonpriority creditor's name and mailing address
Craig S. Onodera
3020 Old Ranch Parkway
Suite 300
Seal Beach, CA 90740

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☐ No  ☐ Yes

**Unknown**

---

**3.49**

Nonpriority creditor's name and mailing address
CW Services, Inc./CWS Vacuum
3806 Madonna Drive
Fullerton, CA 92835

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ☐ No  ☐ Yes

**$5,362.50**

---

**3.50**

Nonpriority creditor's name and mailing address
D Monjay Inc

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☐ No  ☐ Yes

**Unknown**

---

**3.51**

Nonpriority creditor's name and mailing address
D. McFarland Chandler 01-63050
Northern Trust Bank of CA, Trs
P. O. Box 226270
Dallas, TX 75222-6270

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No  ☐ Yes

**Unknown**

---

**3.52**

Nonpriority creditor's name and mailing address
D. McFarland Chandler Jr. Exec
4116 W. Magnolia, Bldg #204
Chandler-Pacific Invest. Bldg.
Burbank, CA 91505

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☐ No  ☐ Yes

**Unknown**

---

**3.53**

Nonpriority creditor's name and mailing address
Daniel R Connolly
HC 2 Box 4795
Trinity Center, CA 96091-9503

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Net Profits Interest**

Is the claim subject to offset? ☒ No  ☐ Yes

**$7,313.00**

---

**3.54**

Nonpriority creditor's name and mailing address
Daniel Richard Lyons
540 Hillside Drive
Quincy, CA 95971

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Net Profits Interest**

Is the claim subject to offset? ☒ No  ☐ Yes

**$19.00**

---

| Debtor | **Bridgemark Corporation** | Case number (if known) | **8:20-bk-10143-TA** |
|---|---|---|---|
| | Name | | |

---

**3.55**

Nonpriority creditor's name and mailing address
**David M. Renton**
**15 Leeward Lane**
**Riverside, CT 06878**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☐ No  ☐ Yes

Unknown

---

**3.56**

Nonpriority creditor's name and mailing address
**David T. Connelly**
**c/o Internal Revenue Service**
**PO Box 145566**
**Cincinnati, OH 45250-5566**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Net Profits Interest**

Is the claim subject to offset? ☐ No  ☐ Yes

$56.00

---

**3.57**

Nonpriority creditor's name and mailing address
**Dean Witter & Co., Inc**
**101 California Street**
**San Francisco, CA 94111**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No  ☐ Yes

Unknown

---

**3.58**

Nonpriority creditor's name and mailing address
**Deborah Spaulding**
**1031 N. Indian Hill Road**
**Claremont, CA 91711**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No  ☐ Yes

Unknown

---

**3.59**

Nonpriority creditor's name and mailing address
**Deirdre M. Waters**
**18631 Collins Street, Unit 4**
**Tarzana, CA 91356**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☐ No  ☐ Yes

Unknown

---

**3.60**

Nonpriority creditor's name and mailing address
**Delynn Daws**
**P.O. Box 582**
**Waynesboro, MS 39367-0582**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No  ☐ Yes

Unknown

---

**3.61**

Nonpriority creditor's name and mailing address
**Derek K. Hunter**
**10121 Miller Avenue, S-200**
**Cupertino, CA 95014**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No  ☐ Yes

Unknown

---

| Debtor | **Bridgemark Corporation** | Case number (if known) | **8:20-bk-10143-TA** |
|---|---|---|---|
| | Name | | |

| 3.62 | Nonpriority creditor's name and mailing address<br>**Diamond Environmental Services**<br>**807 E. Mision Road**<br>**San Marcos, CA 92069** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,049.81 |
|---|---|---|---|
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | Basis for the claim:  __Trade__ | |
| | | Is the claim subject to offset?  ☑ No   ☐ Yes | |

| 3.63 | Nonpriority creditor's name and mailing address<br>**Diane Bugby**<br>**31900 Callahan Road**<br>**Scappoose, OR 97056** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | Unknown |
|---|---|---|---|
| | **Date(s) debt was incurred** __ | Basis for the claim:  __Plug and abandonment and environmental__ | |
| | **Last 4 digits of account number** __ | __remediation__ | |
| | | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.64 | Nonpriority creditor's name and mailing address<br>**DMV Renewal**<br>**PO Box 942894**<br>**Sacramento, CA 94294-0894** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $305.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | Basis for the claim:  __Trade__ | |
| | | Is the claim subject to offset?  ☑ No   ☐ Yes | |

| 3.65 | Nonpriority creditor's name and mailing address<br>**Donald R. Selby**<br>**13310 Twin Hills Dr., Apt. 47H**<br>**Seal Beach, CA 90740** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | Unknown |
|---|---|---|---|
| | **Date(s) debt was incurred** __ | Basis for the claim:  __Plug and abandonment and environmental__ | |
| | **Last 4 digits of account number** __ | __remediation__ | |
| | | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.66 | Nonpriority creditor's name and mailing address<br>**Dorothy B. Parslow**<br>**394 North Lincoln Street**<br>**Orange, CA 92866-1209** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | Unknown |
|---|---|---|---|
| | **Date(s) debt was incurred** __ | Basis for the claim:  __Plug and abandonment and environmental__ | |
| | **Last 4 digits of account number** __ | __remediation__ | |
| | | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.67 | Nonpriority creditor's name and mailing address<br>**Dorothy T. Lodge**<br>**c/o Merrill Lynch #83A-10465**<br>**P.O. Box 7297**<br>**Rancho Santa Fe, CA 92067** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | Unknown |
|---|---|---|---|
| | **Date(s) debt was incurred** __ | Basis for the claim:  __Plug and abandonment and environmental__ | |
| | **Last 4 digits of account number** __ | __remediation__ | |
| | | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.68 | Nonpriority creditor's name and mailing address<br>**Dorthy S. Renton**<br>**3005 San Fernando Road**<br>**Atascadero, CA 93422** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | Unknown |
|---|---|---|---|
| | **Date(s) debt was incurred** __ | Basis for the claim:  __Plug and abandonment and environmental__ | |
| | **Last 4 digits of account number** __ | __remediation__ | |
| | | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| Debtor | **Bridgemark Corporation** | Case number (if known) | **8:20-bk-10143-TA** |
|---|---|---|---|
| | Name | | |

---

**3.69** | Nonpriority creditor's name and mailing address
**Douglas D. Paterson**
137 East 21st Street
San Bernadino, CA 92404

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: __Plug and abandonment and environmental remediation__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.70** | Nonpriority creditor's name and mailing address
**Douglas Roth**
550 Whiskey Hill Road
Woodside, CA 94062

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: __Plug and abandonment and environmental remediation__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.71** | Nonpriority creditor's name and mailing address
**Dr. Bruce Betts**
6341 Avon Avenue
San Gabriel, CA 91775

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: __Plug and abandonment and environmental remediation__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.72** | Nonpriority creditor's name and mailing address
**Dr. Gibert H Lang**
7920 Morningside
Granite Bay, CA 95746

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: __Plug and abandonment and environmental remediation__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.73** | Nonpriority creditor's name and mailing address
**Dr. Roby Hayes**
12129 SE Knapp Lane
Portland, OR 97266

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: __Plug and abandonment and environmental remediation__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.74** | Nonpriority creditor's name and mailing address
**Dwight & Dorothy Long**
Long Family Trust
P.O. Box 5143
Fraizer Park, CA 93222-5143

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: __Plug and abandonment and environmental remediation__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.75** | Nonpriority creditor's name and mailing address
**E.J. Sadler**
Title Ins. & Trust Co.
700 Wilshire Blvd.
Los Angeles, CA 90017

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: __Plug and abandonment and environmental remediation__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

| Debtor | **Bridgemark Corporation** | Case number (if known) | **8:20-bk-10143-TA** |
| --- | --- | --- | --- |
| | Name | | |

| | | | |
| --- | --- | --- | --- |
| 3.76 | **Nonpriority creditor's name and mailing address**<br>**Earl & Virgina Garthwait**<br>**Family Trust, dated 8/13/96**<br>**6310 N.W. Pondrosa Ave.**<br>**Corvallis, OR 97330-3159**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Plug and abandonment and environmental remediation** <br><br>Is the claim subject to offset? ☒ No ☐ Yes | **Unknown** |

| | | | |
| --- | --- | --- | --- |
| 3.77 | **Nonpriority creditor's name and mailing address**<br>**Edward H. Hawkins**<br>**P.O. Box 423**<br>**Foreman, AZ 71836**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Plug and abandonment and environmental remediation** <br><br>Is the claim subject to offset? ☒ No ☐ Yes | **Unknown** |

| | | | |
| --- | --- | --- | --- |
| 3.78 | **Nonpriority creditor's name and mailing address**<br>**Effie Wood Slovak**<br>**c/o S. R. Wood, JR**<br>**12894 CR 176,**<br>**Breckenridge, TX 76424**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Plug and abandonment and environmental remediation** <br><br>Is the claim subject to offset? ☒ No ☐ Yes | **Unknown** |

| | | | |
| --- | --- | --- | --- |
| 3.79 | **Nonpriority creditor's name and mailing address**<br>**Eileen Brigid Landau**<br>**20 Cervantes Place**<br>**Newport Beach, CA 92660**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Plug and abandonment and environmental remediation** <br><br>Is the claim subject to offset? ☒ No ☐ Yes | **Unknown** |

| | | | |
| --- | --- | --- | --- |
| 3.80 | **Nonpriority creditor's name and mailing address**<br>**Elizabeth Renton Miller**<br>**3005 San Fernando Road**<br>**Atascadero, CA 93422**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Plug and abandonment and environmental remediation** <br><br>Is the claim subject to offset? ☒ No ☐ Yes | **Unknown** |

| | | | |
| --- | --- | --- | --- |
| 3.81 | **Nonpriority creditor's name and mailing address**<br>**Emma Marie Stimpel**<br>**4470 Mammoth Avenue**<br>**Sherman Oaks, CA 91503**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Plug and abandonment and environmental remediation** <br><br>Is the claim subject to offset? ☒ No ☐ Yes | **Unknown** |

| Debtor | **Bridgemark Corporation** | Case number (if known) | **8:20-bk-10143-TA** |
|---|---|---|---|
| | Name | | |

---

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Emmaline E. McNealy, Trustee**
**McNealy Family Trust, 11/14/94**
**181 N Center Street**
**Orange, CA 92866**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Est. CF Robinson, GM Robinson**
**c/o Gladys M. Smith**
**1505 Victor Place #7**
**Wichita, KS 67214**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Est. Patricia Connolly Kestner**
**Mr. Bruce Webster**
**400 Capitol Mall, Ste. 900**
**Sacramento, CA 95814**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Estate of Dan Pickerell, Lorna**
**c/o Pacific Union**
**189 Sir Francis Drake Blvd.**
**Greenbrae, CA 94904**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Estate of Dorcas Wells Rodi**
**235 Emerald Bay**
**Laguna Beach, CA 92651**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Estate of Ethel W. Vetter**
**Christine V. Pate, Pers. Rep.**
**1144 Glorietta Boulevard**
**Coronado, CA 92118**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Estate of Georga V. Kenawell**
**Decd.**
**355-A Avenida Sevilla**
**Laguna Hills, CA 92653**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Bridgemark Corporation** | Case number (if known) | **8:20-bk-10143-TA** |
|---|---|---|---|
| | Name | | |

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**3.89**

**Nonpriority creditor's name and mailing address**
**Estate of Mary E. Waters**
**Hon. Christine V. Pate, Exec.**
**1144 Glorietta Blvd.**
**Coronado, CA 92118**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*          Unknown
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.90**

**Nonpriority creditor's name and mailing address**
**Estate of R.L. Long**
**4189 Bellaire Blvd., Ste 202**
**Houston, TX 77025**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*          Unknown
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.91**

**Nonpriority creditor's name and mailing address**
**Esther Marow**
**2766 Dunleer Place**
**Los Angeles, CA 90064**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*          Unknown
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.92**

**Nonpriority creditor's name and mailing address**
**Esther Newell Lamhofer Trust B**
**c/o Northern Trust, NA**
**P.O. Box 226270**
**Dallas, TX 75222-6270**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*          Unknown
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.93**

**Nonpriority creditor's name and mailing address**
**Ethel Severson Living Trust**
**730 Santiago**
**Long Beach, CA 90804**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*          Unknown
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.94**

**Nonpriority creditor's name and mailing address**
**Fisher Phillips**
**PO Box 301018**
**Los Angeles, CA 90030-1018**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*          Unknown
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Bridgemark Corporation** | Case number (if known) | **8:20-bk-10143-TA** |
|---|---|---|---|
| | Name | | |

---

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Francesca Castagnola Hunter**
**2793 Sycamore Canyon Rd.**
**Santa Barbara, CA 93108**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred**
**Last 4 digits of account number**

**Basis for the claim:** **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Frank B. Arnott**
**105 Fontana Drive**
**Oxnard, CA 93033**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred**
**Last 4 digits of account number**

**Basis for the claim:** **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Frank J. Waters**
**1144 Glorietta Blvd.**
**Coronado, CA 92118**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred**
**Last 4 digits of account number**

**Basis for the claim:** **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Frank T. Hoffman**
**R D #2**
**Santa Ana, CA 92711**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred**
**Last 4 digits of account number**

**Basis for the claim:** **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Fred Salyer**
**Salyer Land Company**
**P.O. Box 488**
**Corcoran, CA 93212**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred**
**Last 4 digits of account number**

**Basis for the claim:** **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Fredrick Hayes**
**854 El Dorado**
**Fullerton, CA 92632**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred**
**Last 4 digits of account number**

**Basis for the claim:** **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Frontera, LLC**
**2518 N. Santiago Blvd.**
**Orange, CA 92867**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred**
**Last 4 digits of account number**

**Basis for the claim:** **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Bridgemark Corporation** | Case number (*if known*) | **8:20-bk-10143-TA** |
|---|---|---|---|
| | Name | | |

---

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gabrielle C. Bradley**
**16 Flint**
**Marblehead, MA 01945**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred ⎯

**Basis for the claim:**  **Plug and abandonment and environmental remediation**

Last 4 digits of account number ⎯

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gary A. Marow Trust**
**559 Faith Avenue**
**Cardiff, CA 92007**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred ⎯

**Basis for the claim:**  **Plug and abandonment and environmental remediation**

Last 4 digits of account number ⎯

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Genevive L. McDonough Trust**
**c/o Garden State Trust Co.**
**1886 Hinds Road, Ste. 2**
**Toms River, NJ 08753**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred ⎯

**Basis for the claim:**  **Plug and abandonment and environmental remediation**

Last 4 digits of account number ⎯

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Geo W. Shuey**
**c/o Beaulah M. Shuey**
**2231- 13th Street**
**Boulder, CO 90302**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred ⎯

**Basis for the claim:**  **Plug and abandonment and environmental remediation**

Last 4 digits of account number ⎯

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gerald Larsen**
**3200 Park Center Drive, Suite 720**
**Costa Mesa, CA 92626**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred ⎯

**Basis for the claim:**  **Plug and abandonment and environmental remediation**

Last 4 digits of account number ⎯

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gregson Energy Drilling Serv. LLC**
**1541 Diamond Drive**
**Casper, WY 82601**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred ⎯

**Basis for the claim:**  **Plug and abandonment and environmental remediation**

Last 4 digits of account number ⎯

Is the claim subject to offset? ☒ No   ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Bridgemark Corporation** | | Case number *(if known)* | **8:20-bk-10143-TA** |
|---|---|---|---|---|
| | Name | | | |

| 3.108 | **Nonpriority creditor's name and mailing address**<br>**Griffith D. Page**<br>**14838 E. Whittier Blvd.**<br>**Whittier, CA 90605** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** **Plug and abandonment and environmental remediation** | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.109 | **Nonpriority creditor's name and mailing address**<br>**Gwen Dee Brickell**<br>**1519 N. Kroeger Avenue**<br>**Fullerton, CA 92831** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** **Plug and abandonment and environmental remediation** | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.110 | **Nonpriority creditor's name and mailing address**<br>**H.B. Solloway Tst U/W P.W.Lang**<br>**Ralph N. Snow**<br>**428 W. 5th Street**<br>**San Pedro, CA 90731** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** **Plug and abandonment and environmental remediation** | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.111 | **Nonpriority creditor's name and mailing address**<br>**Harry Claude Farquhar**<br>**4819 Poe Avenue**<br>**Woodland Hills, CA 91364** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** **Plug and abandonment and environmental remediation** | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.112 | **Nonpriority creditor's name and mailing address**<br>**Heather Mills D'Augustine**<br>**2039 Avon Street**<br>**Los Angeles, CA 90026** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** **Plug and abandonment and environmental remediation** | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.113 | **Nonpriority creditor's name and mailing address**<br>**Heidi Lang**<br>**3260 Keokuk Court**<br>**San Diego, CA 92117** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** **Plug and abandonment and environmental remediation** | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.114 | **Nonpriority creditor's name and mailing address**<br>**Helen L. Anderson**<br>**954 West 30th Street**<br>**Los Angeles, CA 90007** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** **Plug and abandonment and environmental remediation** | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

| Debtor | **Bridgemark Corporation** | | Case number (if known) | **8:20-bk-10143-TA** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,398.33** |
|---|---|---|---|
| | **Hilcorp Energy Company** | ☐ Contingent | |
| | **Dept 412** | ☐ Unliquidated | |
| | **PO Box 4346** | ☐ Disputed | |
| | **Houston, TX 77210-4346** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,143.88** |
|---|---|---|---|
| | **Home Depot** | ☐ Contingent | |
| | **Dept 32-2501439073** | ☐ Unliquidated | |
| | **PO Box 78047 Phoenix** | ☐ Disputed | |
| | **Phoenix, AZ 85062-8047** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Hon. Laughlin E Waters Sr** | ☐ Contingent | |
| | **112 N. June Street** | ☒ Unliquidated | |
| | **Los Angeles, CA 90004** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Plug and abandonment and environmental remediation__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21.65** |
|---|---|---|---|
| | **Image Source** | ☐ Contingent | |
| | **L-4039** | ☐ Unliquidated | |
| | **Columbus, OH 43260** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,589.04** |
|---|---|---|---|
| | **Innovative Electrix, Inc** | ☐ Contingent | |
| | **PO Box 1070** | ☐ Unliquidated | |
| | **Downey, CA 90240** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,512.50** |
|---|---|---|---|
| | **InterAct PMTI, Inc** | ☐ Contingent | |
| | **Attn:   Mike Guilliani** | ☐ Unliquidated | |
| | **260 Maple Court, Suite 210** | ☐ Disputed | |
| | **Ventura, CA 93003** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **J. Chauncey Hayes** | ☐ Contingent | |
| | **3031 Rockford Way** | ☒ Unliquidated | |
| | **Sacramento, CA 95833** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Plug and abandonment and environmental remediation__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| Debtor | **Bridgemark Corporation** | Case number (if known) | **8:20-bk-10143-TA** |
|--------|-----------------------------|------------------------|----------------------|
|        | Name                        |                        |                      |

---

**3.122** | Nonpriority creditor's name and mailing address
**J.A. Smith**
**417 S. Hill Street**
**Los Angeles, CA 90012**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.123** | Nonpriority creditor's name and mailing address
**Jacqueline Mae Morris**
**85883 Cougar Lane**
**Eugene, OR 97402-9255**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.124** | Nonpriority creditor's name and mailing address
**James J. Bogue**
**18 C. Pilgrim Drive**
**Westford, MA 01886**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.125** | Nonpriority creditor's name and mailing address
**Jamie L. Dinkler Trust 4-21-06**
**1641 West Wild Rose Circle**
**St. George, UT 84790**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.126** | Nonpriority creditor's name and mailing address
**Jane Bassett Collins**
**1855 E. Rose #10D**
**Orange, CA 92667**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.127** | Nonpriority creditor's name and mailing address
**Jane Ellen Connolly**
**6281 SW Timber Ridge Dr**
**Corvallis, OR 97333-2942**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$56.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Net Profit Interest**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.128** | Nonpriority creditor's name and mailing address
**Jane Studham**
**1435 East Rancho Drive**
**Phoenix, AZ 85014**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Bridgemark Corporation** | Case number *(if known)* | **8:20-bk-10143-TA** |
|--------|---------------------------|------|----|
| | Name | | |

---

**3.129** | **Nonpriority creditor's name and mailing address**
Janet E. Struharik
1568 S. Ogden St.
Denver, CO 80210

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Plug and abandonment and environmental remediation

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.130** | **Nonpriority creditor's name and mailing address**
Janet M. Roberts
105 W. Mission Road
Green Bay, WI 54301

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Plug and abandonment and environmental remediation

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.131** | **Nonpriority creditor's name and mailing address**
Janice McGovney
394 N. Lincoln Street
Orange, CA 92866-1209

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Plug and abandonment and environmental remediation

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.132** | **Nonpriority creditor's name and mailing address**
Jas O. Breene, Jr.
3320 S. Clayton Blvd.
Englewood, CO 80113

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Plug and abandonment and environmental remediation

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.133** | **Nonpriority creditor's name and mailing address**
Jean E. Heinrichs
3 Torrey Pines Lane
Newport Beach, CA 92660

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Plug and abandonment and environmental remediation

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.134** | **Nonpriority creditor's name and mailing address**
Jeanne E Harris/Robert Groth JTROS
12803 Milwaukee Court
Thornton, CO 80241

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Plug and abandonment and environmental remediation

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.135** | **Nonpriority creditor's name and mailing address**
Jeanne Pauline Siegel
P.O. Box 332
Tustin, CA 92680

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Plug and abandonment and environmental remediation

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

| Debtor | **Bridgemark Corporation** | Case number (if known) | **8:20-bk-10143-TA** |
|---|---|---|---|
| | Name | | |

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jeffery Winslow Brame/Brame
GeoScience
PO Box 1470
Durango, CO 81302**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Plug and abandonment and environmental
remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$373.00** |
|---|---|---|---|

**Jenny Family Oil & Gas Trst
c/o Whittier Trust Co. of NV
100 W. Liberty Street, Suite 890
Reno, NV 89501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **New Profits Interest**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jerome W. Parks
659 Vista Bonita
Newport Beach, CA 92660**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Plug and abandonment and environmental
remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**John A Wilbur
1100 E. Whittier Blvd.
Suite 209
La Habra, CA 90631**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Plug and abandonment and environmental
remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,232.50** |
|---|---|---|---|

**John Guzman Crane Service, Inc
2463 Gundry Ave
Signal Hill, CA 90755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Trade**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**John M. Phillips
2755 Dawson Ave
Signal Hill, CA 90755-2021**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Plug and abandonment and environmental
remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**John Myron McIntyre
5445 Benicia Avenue
Kingsburg, CA 93631**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Plug and abandonment and environmental
remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Bridgemark Corporation** | Case number (if known) | **8:20-bk-10143-TA** |
|---|---|---|---|
| | Name | | |

---

**3.143** | Nonpriority creditor's name and mailing address
**John S. Clements**
**509 N. Prospectors Road**
**Diamond Bar, CA 91765**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.144** | Nonpriority creditor's name and mailing address
**John T. Kraemer**
**777 South Hwy 101, Suite 210**
**Solana Beach, CA 92075**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.145** | Nonpriority creditor's name and mailing address
**Johnstone Family Trust**
**1411 Rockledge Lane #1**
**Walnut Creek, CA 94595**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.146** | Nonpriority creditor's name and mailing address
**Jon Lopez Mills**
**Parque Espana #3**
**int.1 Cuauhtemoc**
**Mexico, DF    06410**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.147** | Nonpriority creditor's name and mailing address
**JS Morse & AR Morse Trust,**
**U/D/T 12/82**
**15463 El Camino Grande**
**Saratoga, CA 95070**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.148** | Nonpriority creditor's name and mailing address
**Juanita W. Dinkler**
**1021 Bryant Avenue**
**Chico, CA 95926**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.149** | Nonpriority creditor's name and mailing address
**Judith E. Dawson Family Trust**
**MorganStanlyDeanWitter25518812**
**P.O. Box 90907**
**Pasadena, CA 91109-9832**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

| Debtor | **Bridgemark Corporation** | | Case number (if known) | **8:20-bk-10143-TA** |
|---|---|---|---|---|
| | Name | | | |

---

**3.150** | **Nonpriority creditor's name and mailing address**
**Judith M. Davies**
**22 Hastie Way**
**Oroville, CA 95966**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No  ☐ Yes

Unknown

---

**3.151** | **Nonpriority creditor's name and mailing address**
**Judith Rudloff/Michael Rudloff JTROS**
**8212 South Krameria Way**
**Centennial, CO 80112**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No  ☐ Yes

Unknown

---

**3.152** | **Nonpriority creditor's name and mailing address**
**June Valenciana**
**545 E. Exeter Street**
**Gladstone, OR 97027**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No  ☐ Yes

Unknown

---

**3.153** | **Nonpriority creditor's name and mailing address**
**Karen Alison Edwards Smith**
**PO Box 122**
**Needles, CA 92363**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No  ☐ Yes

Unknown

---

**3.154** | **Nonpriority creditor's name and mailing address**
**Karen Niles**
**2915 Lakeridge Drive**
**Los Angeles, CA 90068**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No  ☐ Yes

Unknown

---

**3.155** | **Nonpriority creditor's name and mailing address**
**Katheen A. Taylor**
**c/o Kathleen A. Nickell**
**3826 W. Eva**
**Phoenix, AZ 85021**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No  ☐ Yes

Unknown

---

| Debtor | **Bridgemark Corporation** | Case number (if known) | **8:20-bk-10143-TA** |
|---|---|---|---|
| | Name | | |

---

**3.156** | **Nonpriority creditor's name and mailing address**
**Katherine Diana Hunter**
**61 Catalpa Avenue**
**Mill Valley, CA 94941**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.                    Unknown
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.157** | **Nonpriority creditor's name and mailing address**
**Katheryn W. Kinzinger, Trustee**
**Care Of/ Kathleen R. Hirsch**
**43 Manning Lane**
**Cherry Hill, NJ 08003**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.                    Unknown
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.158** | **Nonpriority creditor's name and mailing address**
**Kathleen C. Seymour**
**HC 2 Box 4795**
**Trinity Center, CA 96091-9503**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.                    $1,009.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Net Profits Interest**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.159** | **Nonpriority creditor's name and mailing address**
**Kathryn C. Tilton, Trustee**
**Surviors Recoverable Trust**
**7604 Waterside Place**
**Denton, TX 76210**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.                    Unknown
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.160** | **Nonpriority creditor's name and mailing address**
**Ken Grody Ford**
**6211 Beah Blvd**
**Buena Park, CA 90621**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.                    Unknown
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.161** | **Nonpriority creditor's name and mailing address**
**Kenneth H. Hunter III**
**P.O. Box 5275**
**Santa Barbara, CA 93150**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.                    Unknown
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.162** | **Nonpriority creditor's name and mailing address**
**Kenneth H. Hunter Jr.**
**5060 California Avenue #640**
**Bakersfield, CA 93309-1682**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.                    Unknown
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Bridgemark Corporation** | | Case number (if known) | **8:20-bk-10143-TA** |
|---|---|---|---|---|
| | Name | | | |

---

**3.163**

**Nonpriority creditor's name and mailing address**
**Kevin Wilbur**
**245 Ridgelake Drive**
**Placentia, CA 92878**

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**  **Plug and abandonment and environmental remediation**

Is the claim subject to offset?  [ ] No  [ ] Yes

**Unknown**

---

**3.164**

**Nonpriority creditor's name and mailing address**
**Kim Lopez Mills - c/o Judith M. Davies**
**Calle Luna 42 Casa 5**
**Jardines de Cuernavaca    62360**

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**  **Plug and abandonment and environmental remediation**

Is the claim subject to offset?  [x] No  [ ] Yes

**Unknown**

---

**3.165**

**Nonpriority creditor's name and mailing address**
**Konica Minolta Business Sols. USA**
**Dept LA 22988**
**Pasadena, CA 91185-2988**

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**  **Trade**

Is the claim subject to offset?  [ ] No  [ ] Yes

**$84.04**

---

**3.166**

**Nonpriority creditor's name and mailing address**
**Kristin L. Etzold, Trustee**
**Estate of Paul Lambert Etzold**
**14151 Livingston**
**Tustin, CA 92780**

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**  **Plug and abandonment and environmental remediation**

Is the claim subject to offset?  [x] No  [ ] Yes

**Unknown**

---

**3.167**

**Nonpriority creditor's name and mailing address**
**Larsen & Risley**
**3200 Park Center Drive, Suite 720**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**  **Trade**

Is the claim subject to offset?  [ ] No  [ ] Yes

**$2,128.00**

---

**3.168**

**Nonpriority creditor's name and mailing address**
**Laughlin E. Waters, Jr.**
**318 N. Maple Drive #108**
**Beverly Hills, CA 90210**

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**  **Plug and abandonment and environmental remediation**

Is the claim subject to offset?  [x] No  [ ] Yes

**Unknown**

---

**3.169**

**Nonpriority creditor's name and mailing address**
**Laurelle Claire Parker**
**2610 Hemlock Avenue**
**Morro Bay, CA 93442**

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**  **Plug and abandonment and environmental remediation**

Is the claim subject to offset?  [x] No  [ ] Yes

**Unknown**

---

| Debtor | **Bridgemark Corporation** | Case number *(if known)* | **8:20-bk-10143-TA** |
|---|---|---|---|
| | Name | | |

---

**3.170**  **Nonpriority creditor's name and mailing address**
Lawence P. Lang
Carrer Mallorca 257, 1-2a
08008 Barcelona, Catalunya
SPAIN

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Plug and abandonment and environmental remediation

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.171**  **Nonpriority creditor's name and mailing address**
Lena Karnes
121 S. Spruce Avenue
Montebello, CA 90640

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Plug and abandonment and environmental remediation

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.172**  **Nonpriority creditor's name and mailing address**
Lenore Leonard Fletcher
P.O. Box 797
Manchester, VT 05254

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Plug and abandonment and environmental remediation

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.173**  **Nonpriority creditor's name and mailing address**
Leslie Anne Dean
2112 Windward Lane
Newport Beach, CA 92660

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Plug and abandonment and environmental remediation

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.174**  **Nonpriority creditor's name and mailing address**
Linda Salyer Lee Revocable
Trust
6454 North Blosser
Fresno, CA 93711

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Plug and abandonment and environmental remediation

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.175**  **Nonpriority creditor's name and mailing address**
Lionel E. Cross, Jr
2868 Aragon Way
San Jose, CA 95125-5009

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Plug and abandonment and environmental remediation

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.176**  **Nonpriority creditor's name and mailing address**
Lois Leonard White
215 Chaplin Lane
Burlingame, CA 94010

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Plug and abandonment and environmental remediation

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

| Debtor | **Bridgemark Corporation** | Case number (if known) | **8:20-bk-10143-TA** |
|---|---|---|---|
| | Name | | |

---

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Long Family Trust**
**c/o Frederick G. Long, Sec Trs**
**31 Mt. Pleasant Estates Rd.**
**Port Angeles, WA 98362**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Louis Joseph Wunderlich**
**6816 E. Valley Vista Lane**
**Scottsdale, AZ 85253-5349**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lucille Lamber and Barbara A.**
**Tucker, Co-Execs., CW Lambert**
**11911 SW Lambert Road**
**Irvine, CA 92718**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**M S WinnerTrust UDTD 8/83**
**8284 Pasoe Del Ocaso**
**La Jolla, CA 92037**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Manly P. Hall**
**3910 Los Feliz Road**
**Los Angeles, CA 90027**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Margaret E. Buchanan**
**the Wee Hoose Glabe Road**
**Easton, MD 21601**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Bridgemark Corporation** | Case number (if known) | **8:20-bk-10143-TA** |
|---|---|---|---|
| | Name | | |

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Marian L. Burger**
**1000 Mayfair Drive**
**Dixon, CA 95620**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Marianne P. Covington**
**16132 Uranimite ST NW**
**Ramsey, MN 55303**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Marie E. Burleson**
**85395 Edenvale Road**
**Pleasant Hill, OR 97455**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Marie McGregor Ward**
**4371 So. De Silva Place**
**Las Vegas, NV 89121**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Marilyn Francis Beard**
**P. O. Box 70**
**Alvadore, OR 97409**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mario Lopez**
**16775 Fontlee Lane**
**Fontana, CA 92335**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mark Andrews**
**20389 Mission Ridge**
**Bend, OR 97702**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Bridgemark Corporation** | Case number (if known) | **8:20-bk-10143-TA** |
|---|---|---|---|
| | Name | | |

---

| 3.190 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Marlin K. Brown**
**2356 Glacier Lane**
**Santa Maria, CA 93455**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.191 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Marsha Ann Hald**
**11361 Arroyo Avenue**
**Santa Ana, CA 92705**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.192 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Mary Beth Rodd**
**10 Baytree Circle**
**Boynton Beach, FL 33436**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.193 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Mary E. McHale**
**1413 W Water Avenue**
**Spokane, WA 99201**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.194 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Mary Jean Boyd Todd**
**1001 River Lakes Parkway #212**
**Whitefish, MT 59937**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.195 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Mary P. Helwick**
**141 Sharon Drive**
**Pomona, CA 91767**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Bridgemark Corporation** | | Case number *(if known)* | **8:20-bk-10143-TA** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.196 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Maura W. Brady**
**16 Summit Terrace**
**Sparta, NJ 07871**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Plug and abandonment and environmental remediation**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.197 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,325.04** |
|---|---|---|---|

**McFadden-Dale Industrial Hardware**
**129 N. Maple Street, Unit C**
**Corona, CA 92880-1735**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Trade**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.198 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**McIntyre Trust #807448 305**
**Wells Fargo Bank**
**P.O. Box 5383**
**Denver, CO 80217**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Plug and abandonment and environmental remediation**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.199 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**McNealy Family Trust, 11-14-94**
**James E. Hald, Trustee**
**11361 Arroyo**
**Santa Ana, CA 92705**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Plug and abandonment and environmental remediation**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.200 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Megan W. Pierson**
**4 Brady Ln.**
**Menlo, CA 94025**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Plug and abandonment and environmental remediation**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.201 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mekusukey Oil Co., LLC**
**P.O. Box 816**
**201 S. Mekusukey Ave.**
**Wewoka, OK 74884-0816**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Plug and abandonment and environmental remediation**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.202 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Merrill, Lynch, Pierce, Fanner**
**& Smith, Inc**
**165 Broadway**
**New York, NY 10080**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Plug and abandonment and environmental remediation**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| Debtor | **Bridgemark Corporation** | | Case number *(if known)* | **8:20-bk-10143-TA** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.203 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Merritt C. Canfield**
**15 Rainbow Drive #8554**
**Livingston, TX 77399**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __Plug and abandonment and environmental remediation__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.204 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michael P. Politiski**
**PO Box 2351**
**Idyllwild, CA 92549-2351**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __Plug and abandonment and environmental remediation__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Micheal Roney**
**P.O. Box 10242**
**San Jose, CA 95157**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __Plug and abandonment and environmental remediation__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.206 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michelle Kirk Trustee of the**
**Margaret S. Rivera Revoc. Trst**
**64 Fraser Lane**
**Ventura, CA 93001**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __Plug and abandonment and environmental remediation__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.207 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mignon Marow Toledo Trust**
**9222 Corbin Ave**
**Northridge, CA 91324**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __Plug and abandonment and environmental remediation__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Milstate Company**
**c/o First State Bank, Trst Dep**
**P.O. Box 272**
**Portland, OR 97207**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __Plug and abandonment and environmental remediation__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Monica V. Carman, Trustee of the**
**MVC Heritage Trust**
**1008 Hidden Brook Ct**
**Minden, NV 89423**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __Plug and abandonment and environmental remediation__

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Bridgemark Corporation** | | Case number *(if known)* | **8:20-bk-10143-TA** |
|---|---|---|---|---|
| | Name | | | |

---

**3.210** | **Nonpriority creditor's name and mailing address**
**Montrose Air Quality Services, LLC**
**Attn: Paul**
**PO Box 741137**
**Los Angeles, CA 90074-1137**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                    **$7,038.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.211** | **Nonpriority creditor's name and mailing address**
**Morris R. Waston**
**912 River Oaks Drive**
**Bakersfield, CA 93309**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                    **Unknown**

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Plug and abandonment and environmental remediation__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.212** | **Nonpriority creditor's name and mailing address**
**Nancy A. Cornelissen**
**37307 Mistletoe Road**
**Squaw Valley, CA 93765**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                    **Unknown**

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  __Plug and abandonment and environmental remediation__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.213** | **Nonpriority creditor's name and mailing address**
**Nancy Roth Sasser**
**2917 88th Ave NW**
**Gig Harbor, WA 98335**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                    **Unknown**

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  __Plug and abandonment and environmental remediation__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.214** | **Nonpriority creditor's name and mailing address**
**Naomi S. Layne &**
**Ashleigh T. Layne**
**10390 Wilshire Blvd., #817**
**Los Angeles, CA 90024**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                    **Unknown**

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  __Plug and abandonment and environmental remediation__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.215** | **Nonpriority creditor's name and mailing address**
**Nicole Daniels**
**320 San Miguel Road**
**Pasadena, CA 91105-1446**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                    **Unknown**

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  __Plug and abandonment and environmental remediation__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.216** | **Nonpriority creditor's name and mailing address**
**NOV Process & Flow Technologies**
**PO Box 205776**
**Dallas, TX 75320-5776**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                    **$508.21**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade__

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Bridgemark Corporation** | Case number (if known) | **8:20-bk-10143-TA** |
|---|---|---|---|
| | Name | | |

---

| 3.217 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**O'Donnell Oil Company**
**P.O. Box 866**
**Rancho Santa Fe, CA 92067**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.218 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,619.50** |
|---|---|---|---|

**Oil Well Service Company**
**10840 Norwalk Blvd**
**Santa Fe Springs, CA 90670**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.219 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Orrin P. Daniels**
**c/o Gary Wheatcroft**
**595 E. Colorado., Ste. 810**
**Pasadena, CA 91101**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.220 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Pamela S. Cartwright**
**545 E. Exeter Street**
**Gladstone, OR 97027-1705**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,200.00** |
|---|---|---|---|

**Parsons Crime Prevention Divison**
**Attn: Richard Parsons**
**17141 Green Lane**
**Huntington Beach, CA 92649**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Patricia G. Connolly**
**539 Miner Road**
**Orinda, CA 94563**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Patrick McGovney**
**1000 Mayfair Drive**
**Dixon, CA 95620**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Bridgemark Corporation** | Case number (if known) | **8:20-bk-10143-TA** |
|---|---|---|---|
| | Name | | |

---

**3.224** | Nonpriority creditor's name and mailing address
**Paul Goerk**
**4034 B Cortez Drive**
**Tampa, FL 33614**

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.225** | Nonpriority creditor's name and mailing address
**Peter De Steiguer**
**7861 W. 72nd Place**
**Arvada, CO 80005-4227**

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.226** | Nonpriority creditor's name and mailing address
**Peter Earnshaw**
**2401 Button Court**
**Santa Rosa, CA 95403**

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.227** | Nonpriority creditor's name and mailing address
**PFT / Alexander Service, Inc**
**3250 Grant Street**
**Signal Hill, CA 90755-1233**

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*                **$1,187.54**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.228** | Nonpriority creditor's name and mailing address
**Pitney Bowes Global Financial**
**PO Box 371887**
**Pittsburgh, PA 00037-1887**

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*                **$255.27**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.229** | Nonpriority creditor's name and mailing address
**Pitney Bowes Purchase Power**
**PO Box 371874**
**Pittsburgh, PA 15250-7874**

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*                **$69.70**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Bridgemark Corporation** | | Case number (if known) | **8:20-bk-10143-TA** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,517,202.59 |
|---|---|---|---|

**Placentia Development Company LLC**
c/o Robert J. Pfister
**KTBS Law LLP**
**1999 Avenue of the Stars, 39th Fl**
**Los Angeles, CA 90067**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred  12/31/2019

Last 4 digits of account number  _

Basis for the claim:  **Judgment [FN1]**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,863.87 |
|---|---|---|---|

**Porter Boiler Service**
**1166 E. 23rd Street**
**Signal Hill, CA 90755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Trade**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $226.00 |
|---|---|---|---|

**Quality Refrigeration, Inc**
**PO Box 367**
**Wilmington, CA 90748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Trade**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ramona L. Jewell**
**P. O. Box 323**
**Shirley, AR 72153**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Randy Gonzalez**
**245 Apt. A Boardwalk Ct.**
**San Bruno, CA 94066-2221**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

[FN1]  On January 3, 2020, PDC recorded an abstract of judgment in the official records of Orange County (the "Judgment Lien").  On January 6, 2020, PDC filed a complaint against Bridgemark and its customer Phillips 66 Company (*Placentia Development Company, LLC v. Phillips 66 Company*, et al. (Case No. 30-2020-01122311-CU-EN-CJC)), in which it alleges that it has a judgment lien on Bridgemark's "Payment Rights" from Phillips 66  in accordance with California Code of Civil Procedure section 708.250.  On January 7, 2020, PDC filed a complaint against Bridgemark and its customer PBF Holdings (*Placentia Development Company, LLC v. PBF Holding LLC, et al.* (Case No. 30-2020-01122440-CU-EN-CJC)), in which it alleges that it has a judgment lien on Bridgemark's "Payment Rights" from PBF Holdings  in accordance with California Code of Civil Procedure section 708.250. In connection with these two lawsuits, PDC also alleges that on or between January 2, 2020 and January 6, 2020, it filed a notice of lien on personal property based on the PDC Judgment with the California Secretary of State in accordance with California Code of Civil Procedure § 697.510 *et seq.* On January 31, 2020, the Debtor filed its *Complaint for Avoidance and Recovery of Preferential Transfer*, Case No. 8:20-AP-01011-TA, pursuant to which it seeks to avoid all of  PDC's alleged liens as preferential transfers pursuant to 11 U.S.C. §§ 547 and 551 and Bankruptcy Rule 7001. Accordingly, the Debtor has classified PDC as a general unsecured creditor.

| Debtor | **Bridgemark Corporation** | Case number (if known) | **8:20-bk-10143-TA** |
|---|---|---|---|
| | Name | | |

---

| 3.235 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**RDI Royalty Distributors, Inc.,**
**P. O. Box 24116**
**Tempe, AZ 85285**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.236 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$177.39** |

**Republic Services #676**
**PO Box 78829**
**Phoenix, AZ 85062-8829**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.237 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Richard   Roth**
**P.O. Box 509**
**Park City, UT 84060**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.238 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Richard Abbott Montgomery**
**5008 Greenbriar**
**Bakersfield, CA 93306**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.239 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23.00** |

**Richard Duncan**
**327 Griffin Road**
**Gants Pass, OR 97527**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Net Profits Interest**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.240 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Richard Klopfstein**
**16140 Sand Canyon Ave**
**Irvine, CA 92618**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.241 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Richard Orrin Cross**
**45 Camelot Court**
**San Carlos, CA 94070-4431**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Bridgemark Corporation** | Case number *(if known)* | **8:20-bk-10143-TA** |
|---|---|---|---|
| | Name | | |

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Richard R Clements Trust A PMB 177**
**2201 E. Willow Street., Ste. D**
**Signal Hill, CA 90806-2142**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Richard R. Clements**
**Richard & Karen Clements Family Trust**
**2201 E. Willow St., Ste. D**
**PNB 177**
**Signal Hill, CA 90755**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Richard R. Clements Trust B PMB 177**
**2201 E. Willow St., Ste D**
**Signal Hill, CA 90806-2142**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Richard Roberts**
**10224 W. Friar Lane**
**Franklin, WI 53732**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Richard White**
**20211 Country Scene**
**Cty Rd #174**
**Helotes, TX 78023**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ridley J. Politiski**
**2396 Cutting Horse Trail**
**Frisco, TX 75034**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Bridgemark Corporation** | Case number (if known) | **8:20-bk-10143-TA** |
|---|---|---|---|
| | Name | | |

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Robert E. Pearson, Trustee of the**
**Maurice A. Enderle Trust Dated 2-4-88**
**17782 E. 17th St., Suite 109**
**Tustin, CA 92780**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Plug and abandonment and environmental**
**remediation**

**Last 4 digits of account number** _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $124.00 |
|---|---|---|---|

**Robert Emmit Connolly III**
**540 Hillside Drive**
**Quincy, CA 95971**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Net Profits Interest**

**Last 4 digits of account number** _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Robert John Bear**
**21 Glen Echo**
**Dove Canyon, CA 92679**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Plug and abandonment and environmental**
**remediation**

**Last 4 digits of account number** _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,302.00 |
|---|---|---|---|

**Robert N Kestner & Jeanne S Kestner**
**Trustees of Robert N Kestner Trst**
**815 Vinyard Court**
**Pleasant Hill, CA 94523-2189**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Net Profits Interest**

**Last 4 digits of account number** _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ronald E Coppock Jr**
**6227 Comstock Avenue**
**Whittier, CA 90601**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Plug and abandonment and environmental**
**remediation**

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rosemary Flippen Wells**
**9092 Cottonwood Avenue**
**Hesperia, CA 92345**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Plug and abandonment and environmental**
**remediation**

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rosemary Lokey Raitt Living Tr**
**1164 Napoli Drive**
**Pacific Palisade, CA 90272**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Plug and abandonment and environmental**
**remediation**

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| Debtor | **Bridgemark Corporation** | Case number (if known) | **8:20-bk-10143-TA** |
|---|---|---|---|
| | Name | | |

---

| 3.255 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**Ruth Ann Cromwell**
**87820 Limpit Lane**
**Florance, OR 97439**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.256 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**Ryan Todd Sherman**
**628 32nd Street**
**Seattle, WA 98122**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.257 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**S.R. Wood**
**c/o A. A. Slovak**
**12911 Hearn Road**
**Corpus Christi, TX 78410**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.258 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**SA Foot**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.259 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**Sally MacRae Hunter**
**1994 San Pasqual Street**
**Pasadena, CA 91107**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.260 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**Sally Van Solkema**
**500 Ventris Court**
**Maitland, FL 32751**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**Sally W. VanSolkema**
**1111 S. Lakemont Ave., Apt 625**
**Winter Park, FL 32792**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Bridgemark Corporation** | Case number (if known) | **8:20-bk-10143-TA** |
|---|---|---|---|
| | Name | | |

---

| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Samuel Richard Wood, JR**
**12894 CR 176**
**Breckenridge, TX 76424**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.263 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$148.33** |
|---|---|---|---|

**Sandler Brothers**
**4131 Whiteside Street**
**Los Angeles, CA 90063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.264 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Sandra L. Andersen**
**9161 Santa Fe Ave E #27**
**Hesperia, CA 92345**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.265 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$183.83** |
|---|---|---|---|

**Sandra Lane Knowlton**
**dba US Industrial Supply**
**12831 Western Ave., A**
**Garden Grove, CA 92841**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.266 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Sarah Dahl**
**8421 N. Via Tioga**
**Tucson, AZ 85704**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.267 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,777.88** |
|---|---|---|---|

**SC Fuels**
**PO Box 14237**
**Orange, CA 92863**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.268 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$83.40** |
|---|---|---|---|

**Schick Records Management**
**PO Box 3627**
**Tustin, CA 92781-3627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Bridgemark Corporation** | Case number (if known) | **8:20-bk-10143-TA** |
|---|---|---|---|
| | Name | | |

---

| 3.269 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Scott Salyer Revocable Trust**
**300 Sky Park Drive**
**Monterey, CA 93430**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.270 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**SFOC, INC.**
**1075 E. Yorba Place., Ste 105**
**Placentia, CA 92870**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.271 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Sheri C. Parks, Trustee of**
**The Sheri C. Parks Trst dated 7/3/16**
**2421 Bonnie Place**
**Costa Mesa, CA 92627**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.272 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Sheri Renee Edwards Walters**
**13460 E. 44th Street**
**Yuma, AZ 85367**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.273 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Sheri Renee Edwards Watkins**
**13460 E. 44th Street**
**Yuma, AZ 85367**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.274 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Sherman Ranch Trust**
**628 32nd Avenue**
**Seattle, WA 98122**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.275 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Sherman Ranch Trust**
**P.O. Box 332**
**Port Townsend, WA 98368**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Bridgemark Corporation** | | Case number *(if known)* | **8:20-bk-10143-TA** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.276 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Shirley Cox Hawkins**
**P.O. Box 115**
**Forman, AZ 71836**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Plug and abandonment and environmental remediation**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.277 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Shirley J. Kocyon**
**5901-C Sundale Ave**
**Bakersfield, CA 93309**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Plug and abandonment and environmental remediation**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.278 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sillain Simon**
**633 Howard Avenue, Ste 400**
**Los Angeles, CA 90017**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Plug and abandonment and environmental remediation**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.279 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15.83** |
|---|---|---|---|

**SoCal Gas**
**PO Box C**
**Monterey Park, CA 91756-5111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Trade**

Last 4 digits of account number  **9503**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.280 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$31,463.08** |
|---|---|---|---|

**Southern California Edison**
**PO Box 300**
**Rosemead, CA 91772-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.281 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$982.00** |
|---|---|---|---|

**State Compensation Insurance Fund**
**PO Box 7441**
**San Francisco, CA 94120-7441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.282 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,119.73** |
|---|---|---|---|

**Steve M. Walker**
**Southwest Micro Compute**
**2230 Pepperwood Lane**
**Corona, CA 92882**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor  **Bridgemark Corporation**
_____
    Name

Case number (if known)  **8:20-bk-10143-TA**

| | |
|---|---|
| 3.283 | **Nonpriority creditor's name and mailing address** |

**Steven Griswold**
**1551 Tindall Ranch Road**
**Corralitos, CA 95076**

**Date(s) debt was incurred** ＿

**Last 4 digits of account number** ＿

As of the petition filing date, the claim is: *Check all that apply.*

$186.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Net Profits Interest**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| | |
|---|---|
| 3.284 | **Nonpriority creditor's name and mailing address** |

**Strata-Analysts Group, Inc**
**1835 Lexington**
**Idaho Falls, ID 83404**

**Date(s) debt was incurred** ＿

**Last 4 digits of account number** ＿

As of the petition filing date, the claim is: *Check all that apply.*

$807.75

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| | |
|---|---|
| 3.285 | **Nonpriority creditor's name and mailing address** |

**Sue Heth Bell**
**39 Cottage Street**
**Needham, MA 02492**

**Date(s) debt was incurred** ＿

**Last 4 digits of account number** ＿

As of the petition filing date, the claim is: *Check all that apply.*

$7.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Net Profits Interest**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| | |
|---|---|
| 3.286 | **Nonpriority creditor's name and mailing address** |

**Survivors Trust of the Politiski Trst,**
**Ridley J. Politiski, TTE**
**320 South Santa Maria**
**Orange, CA 92869**

**Date(s) debt was incurred** ＿

**Last 4 digits of account number** ＿

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| | |
|---|---|
| 3.287 | **Nonpriority creditor's name and mailing address** |

**Susan Elizabeth Vetter**
**848 D Avenue, #102**
**Coronado, CA 92118**

**Date(s) debt was incurred** ＿

**Last 4 digits of account number** ＿

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| | |
|---|---|
| 3.288 | **Nonpriority creditor's name and mailing address** |

**Susan L. Guthrie**
**1436 Grouse Ct**
**Frederick, MD 21703**

**Date(s) debt was incurred** ＿

**Last 4 digits of account number** ＿

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| | |
|---|---|
| 3.289 | **Nonpriority creditor's name and mailing address** |

**Susan Nadine Saunders**
**1517 Abbey Road**
**El Reno, OK 73036**

**Date(s) debt was incurred** ＿

**Last 4 digits of account number** ＿

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor **Bridgemark Corporation**

Name

Case number *(if known)*    **8:20-bk-10143-TA**

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Susan Saunders**
**1517 Abbey Road**
**El Reno, OK 73036**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,800.00** |
|---|---|---|---|

**SWRCB Storm Water Section**
**PO Box 1888**
**Sacramento, CA 95812-1888**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tedi Lopez Mills c/o Judith M. Davies**
**22 Hastie Way**
**Oroville, CA 95966**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Terrie Guertin**
**2510 Paddock Drive**
**San Ramon, CA 94583-2429**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**The A. P. c/o Dario Lopez**
**Reforma 350, 9o piso**
**Col. Juarez CP 06600**
**MexicoDF, Mexico**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**The Catherine S Chandler REV-TST**
**1040 S. Orange Grove Blvd**
**#12**
**Pasadena, CA 91105**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**The Est. of Mark D. Connolly**
**William M. Rebero, Executor**
**901 Sneath Lane #100**
**San Bruno, CA 94066**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| Debtor | **Bridgemark Corporation** | | Case number (if known) | **8:20-bk-10143-TA** |
|---|---|---|---|---|
| | Name | | | |

---

**3.297** | **Nonpriority creditor's name and mailing address**
**The Estate of Gus C.Dedes**
P.O. Box 1838
Chino Hills, CA 91709

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                    Unknown
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __Plug and abandonment and environmental remediation__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.298** | **Nonpriority creditor's name and mailing address**
**The Gas Company**
PO Box C
Monterey Park, CA 91756

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                    $15.83
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.299** | **Nonpriority creditor's name and mailing address**
**The Mark D Connolly Trust**
901 Sneath Lane
Ste. 100

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                    $939.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Net Profits Interest__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.300** | **Nonpriority creditor's name and mailing address**
**Thelma & Jack Evans Trust**
**Wells Fargo Bank, N.S.**
P.O. Box 5383
Denver, CO 80217-5825

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                    Unknown
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __Plug and abandonment and environmental remediation__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.301** | **Nonpriority creditor's name and mailing address**
**Thelma & Jack Evans Trust**
**Wells Fargo Bank, N.A.**
P.O. Box 5383
Denver, CO 80217-5825

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                    Unknown
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __Plug and abandonment and environmental remediation__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.302** | **Nonpriority creditor's name and mailing address**
**Theodore Dinkler, Jr.**
7436 Goosander St.
North Las Vegas, NV 89084

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                    Unknown
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __Plug and abandonment and environmental remediation__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.303** | **Nonpriority creditor's name and mailing address**
**Thomas A. Chandler and**
**Catherine S. Chandler**
1040 S. Orange Grove Blvd. #12
Pasadena, CA 91105

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                    Unknown
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __Plug and abandonment and environmental remediation__

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Bridgemark Corporation** | Case number (if known) | **8:20-bk-10143-TA** |
|---|---|---|---|
| | Name | | |

---

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23.00** |
|---|---|---|---|

**Thomas Wayne Duncan**
**24831 La Paz Ave., Apt #1**
**Dana Point, CA 92629-2438**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Net Profits Interest**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$319.95** |
|---|---|---|---|

**Time Warner Cable**
**PO Box 60074**
**City of Industry, CA 91716-0074**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  3786**

Basis for the claim:  **Trade**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Todd R Habliston & Kathleen L Habliston**
**Trustees of the Habliston Family Trust,**
**2698 S. Zinnia Ct.**
**Lakewood, CO 80228**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tom Andrews**
**20486 Outback Ct.**
**Bend, OR 97702**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$283.62** |
|---|---|---|---|

**TPX Communications**
**PO Box 36430**
**Las Vegas, NV 89133-6436**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  8489**

Basis for the claim:  **Trade**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,067.50** |
|---|---|---|---|

**Travelers**
**Direct Bill Accounting**
**PO Box 26208**
**Richmond, VA 23260-6208**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32.11** |
|---|---|---|---|

**Underground Service Alert/SC**
**PO Box 77070**
**Corona, CA 92877-0102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Bridgemark Corporation** | Case number (if known) | **8:20-bk-10143-TA** |
|---|---|---|---|
| | Name | | |

| 3.311 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,700.00** |
|---|---|---|---|

**USI Insurance Services National**
**PO Box 61187**
**Virginia Beach, VA 23466**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Trade__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.312 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Vaquero Energy, Inc.**
**4700 Stockdale Hwy**
**Suite 120**
**Bakersfield, CA 93309**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Plug and abandonment and environmental__
__remediation__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.313 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$312.36** |
|---|---|---|---|

**Verizon Wireless**
**PO Box 660108**
**Dallas, TX 75266-0108**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Trade__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.314 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Vernon L Frederick & Jeanne W. Frederick**
**847 Norma Drive**
**Pismo Beach, CA 93449**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Plug and abandonment and environmental__
__remediation__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.315 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Virg & Co.**
**c/o United CA BK, Trst. Dept**
**P.O. Box 60302**
**Los Angeles, CA 90060**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Plug and abandonment and environmental__
__remediation__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.316 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Virgina Mae Edwards**
**P.O. Box 3154**
**Wickenburg, AZ 85358**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Plug and abandonment and environmental__
__remediation__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.317 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Vision Energy Partners, LLC**
**2698 S. Zinnia Ct.**
**Lakewood, CO 80228**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Plug and abandonment and environmental__
__remediation__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Bridgemark Corporation** | | Case number (if known) | **8:20-bk-10143-TA** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**W.G. Smith**
**c/o WR Smith**
**219- 4th Street**
**Pacific Grove, CA 93950**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Plug and abandonment and environmental remediation**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**W.O. and M.K.   Enderle Trust**
**7559 East Lompoc Circle**
**Mesa, AZ 85209**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Plug and abandonment and environmental remediation**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Warren & Egypt Soward Trustt**
**Debi Rhinehart, Successor Trustee**
**13215 Penn Street #101**
**Whittier, CA 90602-4719**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Plug and abandonment and environmental remediation**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Warren D. Woodrum**
**5355 W. 127th Street**
**Hawthorn, CA 90250**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Plug and abandonment and environmental remediation**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Warren G. Strang and**
**George E. Strang JT TEN**
**1023 Mountain View Drive**
**Hemet, CA 92545**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Plug and abandonment and environmental remediation**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,276.22 |
|---|---|---|---|

**Weatherford US LP (FDC4922)**
**PO Box 301003**
**Dallas, TX 75303-1003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,440.94 |
|---|---|---|---|

**Western States Oilfield Prod, Inc**
**11852 Western Ave**
**Stanton, CA 90680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Bridgemark Corporation** | Case number (if known) | **8:20-bk-10143-TA** |
|---|---|---|---|
| | Name | | |

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Whitney Chandler**
**1040 S. Orange Grove Blvd., 12**
**Pasadena, CA 91105**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**William Boyd Wells**
**2855 Acorn Street**
**Lebanon, OR 97355**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**William E. Roth Trste of WE/DH**
**Roth Family Trust "C"**
**1991 Webster Street**
**Palo Alto, CA 94301**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**William Gonzalez, Jr.**
**815 Craig Avenue**
**Sonoma, CA 95476**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**William J. Gonzalez**
**398 Dechene Avenue**
**Sonoma, CA 95476**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**William Laughlin Vetter**
**6294 Ogle Street SE**
**Salem, OR 92317**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**William M. Tourellotte**
**2277 Joplin Ct. So.**
**Salem, OR 97302**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Plug and abandonment and environmental remediation**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| Debtor | **Bridgemark Corporation** | Case number (if known) | **8:20-bk-10143-TA** |
|---|---|---|---|
| | Name | | |

| 3.332 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**William Roth, Trste of WR & DH**
**Roth Family Trust "A"**
**1991 Webster Street**
**Palo Alto, CA 94301**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

**Basis for the claim:** __Plug and abandonment and environmental__
__remediation__

Is the claim subject to offset? ☒ No ☐ Yes

| 3.333 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**William W.Jenney Jr.**
**5101 E. Camino Alisa**
**Tucson, AZ 85718**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

**Basis for the claim:** __Plug and abandonment and environmental__
__remediation__

Is the claim subject to offset? ☒ No ☐ Yes

| 3.334 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Yvonne Luchau, Trustee**
**17936 Los Vasos**
**Fountain Valley, CA 92708**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

**Basis for the claim:** __Plug and abandonment and environmental__
__remediation__

Is the claim subject to offset? ☒ No ☐ Yes

---

**Part 3:**     **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**     **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.**   Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 252,485.89 |
| **5b. Total claims from Part 2** | 5b. + | $ 53,211,085.36 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 53,463,571.25 |

**Fill in this information to identify the case:**

Debtor name   **Bridgemark Corporation**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **8:20-bk-10143-TA**

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement (as amended) between Bridgemark Corporation and CASA Real Limited Partnership dated as of January 1, 2011** |
| State the term remaining | |
| List the contract number of any government contract | **CASA Real Limited Partnership 17671 Irvine Blvd, Suite 215 Tustin, CA 92780** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest | Unit Agreement dated July 1, 1980 (together with all amendments, modifications and assignments thereto) |
| State the term remaining | |
| List the contract number of any government contract | **Hillcorp Energy Company PO Box 61229 Houston, TX 77208-1229** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest | **Contract No. ZTV17TP665751 (as amended) between Bridgemark Corporation and PBF Holding Company, LLC** |
| State the term remaining | |
| List the contract number of any government contract   **ZTV17TP665751** | **PBF Holding Company, LLC Attn:   Contract Administration 1 Sylvan Way, 2nd Floor Parsippany, NJ 07054** |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest | **Evergreen Purchase Agreement Dated 10/1/2005 (as amended)** | **Phillips 66 Company Attn:   Commercial Contracts-6 North P.O. Box 4428** |

| Debtor 1 | **Bridgemark Corporation** | | | Case number *(if known)* | **8:20-bk-10143-TA** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | | between Bridgemark Corporation and Phillips 66 Company (Contract No. BKL13TP5001) | Houston, TX 77210 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | **BKL13TP5001** | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **See Attached Rider to Schedule G** |

| Name | Street | City | State | Zip | Purpose | Contract End Date |
|---|---|---|---|---|---|---|
| AT&T | PO Box 5025 | Carol Stream | IL | 60197-5025 | Phones/Internet for Field Locations | Open |
| C&C Consolidated, LLC dba Sycamore Plaza | 17671 Irvine Blvd., Suite 103 | Tustin | CA | 92780 | Office Lease | 9/30/2020 |
| Cal Microturbine, Inc | 2537D Pacific Coast Hwy #146 | Torrance | CA | 90505 | Warranty on Micro Tourbine | 7/1/2020 |
| Cintas | PO Box 29059 | Phoenix | AZ | 85038-9059 | Field Uniform Service | Open |
| First Insurance Funding | 450 Skokie Blvd., Ste 1000 | Northbrook | IL | 60062-7917 | Insurance Payment Funding | 12/30/2020 |
| Full Circle Systems dba Doc Vue, LLC | 19181 Highway 8 | Morrison | CO | 80465 | Doc  Vue Maintence Contract | 10/31/2020 |
| Full Circle Systems dba Doc Vue, LLC | 19181 Highway 8 | Morrison | CO | 80465 | Kofax Maintence Contract (Software) | 11/30/2020 |
| Image Source | 650 East Hospitality Lane, Suite 540 | San Bernardino | CA | 92408 | Xerox Maintenance Contract (Field) | 3/1/2024 |
| Konica Minolta Business Solutions | PO Box 100706 | Pasadena | CA | 91189-0706 | Copier Lease | 9/30/2020 |
| Konica Minolta Business Solutions USA Inc | Dept LA 22988 | Pasadena | CA | 91185-2988 | Copier Maintenance Agreement | 9/30/2020 |
| Oil & Gas Information Systems | 5801 Edwards Ranch Road, Suite 200 | Fort Worth | TX | 76109 | Annual Support | 4/30/2020 |
| Parsons Crime Prevention Divison | 17141 Green Lane | Huntington Beach | CA | 92649 | Overnight Security for Field | Open |
| Paychex, Inc | PO Box 29769 | New York | NY | 10087-9769 | Payroll Service | Open |
| Pitney Bowes Global Financial | PO Box 371887 | Pittsburgh | PA | 371887 | Postage Meter Rental | 10/29/2022 |
| Pitney Bowes Purchase Power | PO Box 371874 | Pittsburgh | PA | 15250-7874 | Postage  Meter Funds | Open |
| Ready Fresh by Nestle | PO Box 856158 | Louisville | KY | 40285-6158 | Water Delivery Service (Field and Office) | Open |
| Schick Records Management | PO Box 3627 | Tustin | CA | 92781-3627 | Offsite Document Storage | Open |
| Steve M. Walker- Southwest Micro Computers | 2230 Pepperwood Lane | Corona | CA | 92882 | IT ( monthly contract work at $630.00 per month) | Open |
| Time Warner Cable | PO Box 60074 | City of Industry | CA | 91716-0074 | Internet Provider | Open |
| TPx Communications | PO Box 60767 | Los Angeles | CA | 90060-0767 | Phone and Fax Lines | Open |
| Underground Service Alert/SC | PO Box 77070 | Corona | CA | 92877-0102 | Dig Alert Notification Service | Open |
| Verizon Wireless | PO Box 660108 | Dallas | TX | 75266-0108 | Cell Phones | Open |
| Xerox | PO Box 202882 | Dallas | TX | 75320-2882 | Field Office Copy Machine | 3/1/2024 |
| 8 x 8 | 2125 O'Nel Drive | San Jose | CA | 95131 | Office Telephone Equipment and Monthly Service | Open |
| Placentia Development Company LLC | 1999 Avenue of the Stars, 39th Floor | Los Angeles | CA | 90067 | Abandonment, Accommodation and Remediation Agreement | Open |
| Travelers | 19000 MacArthur Blvd., PH FL | Irvine | CA | 92612 | Insurance - G/L, Auto, Property, Umb., E&O, Employee | 12/31/2020 |
| Axis Surplus Insurance Company | 2601 Main St., Ste. 450 | Irvine | CA | 92614 | Insurance - Site Pollution Liability | 12/31/2020 |
| Kevin Mugavero | 17671 Irvine Blvd., Ste 217 | Tustin | CA | 92780 | Employment Contract | Open |

| Bridgemark Wells, Leases and Unit Agreements | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Well/API Number | Well Status | Unit | Surface Rights[1] | Disputed Well under AAR[2] | BM's Working Interest | Operator | Third Party Interest | Applicable Documents |
| **WEST RICHFIELD KRAEMER ZONE UNIT[3]** | | | | | | | | |
| Mobil Stern #8 (04059-06568) | PRO | WRKZU | Altura HOA | - | 100% | BM | Royalty | Mobil-Stern Lease[4] KZU Unit Agreement KZU Operating Agreement |
| Mobil Stern #13 (04059-20880) | SI-INJ | WRKZU | Bridgemark | - | 100% | BM | Royalty | Mobil-Stern Lease KZU Unit Agreement KZU Operating Agreement |
| Mobil Stern #14 (04059-21143) | PRO | WRKZU | Altura HOA | - | 100% | BM | Royalty | Mobil-Stern Lease KZU Unit Agreement KZU Operating Agreement |
| Mobil Stern #16 (04059-21090) | INJ | WRKZU | Altura HOA | - | 100% | BM | Royalty | Mobil-Stern Lease KZU Unit Agreement KZU Operating Agreement |
| Mobil Thompson #6 (04059-06573) | PRO | WRKZU | Bridgemark | - | 100% | BM | Royalty | Mobil-Thompson Lease[5] KZU Unit Agreement KZU Operating Agreement |
| Mobil Thompson #10 (04059-06574) | PRO | WRKZU | Bridgemark | - | 100% | BM | Royalty | Mobil-Thompson Lease KZU Unit Agreement KZU Operating Agreement |
| Mobil Thompson #13 (04059-21093) | INJ | WRKZU | Bridgemark | - | 100% | BM | Royalty | Mobil-Thompson Lease KZU Unit Agreement KZU Operating Agreement |

[1] To the best of Bridgemark's knowledge, the party indicated is the owner of the real property on which the applicable Well is located.

[2] Nothing in this exhibit is an admission that any of the wells are subject to the AAR or that the AAR is in effect.

[3] Pursuant to the Unit Agreement for the Kraemer Zone, West Richfield Area, effective October 1, 1972, various oil and gas leases and mineral interests in the Richfield Field were unitized (along with all amendments, modifications and assignments thereto, the "KZU Unit Agreement). Bridgemark is the Unit Operator pursuant to the Unit Operating Agreement for the Kraemer Zone, West Richfield Area dated February 2, 1970 (along with all amendments, modifications and assignments thereto, the "KZU Operating Agreement").

[4] Lease between Stern Realty Company (lessor) and M.L. Jenks (lessee) dated August 1, 1918 ((along with all amendments, modifications and assignments thereto, the "Mobile-Stern Lease").

[5] Lease between Stern Realty Company, Orrin M. Thompson and Margaret D. Thompson (lessors) and M.L. Jenks (lessee) dated August 1, 1918 ((along with all amendments, modifications and assignments thereto, the "Mobil-Thompson Lease").

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Mobil Thompson #14 (04059-21092) | INJ | WRKZU | Bridgemark | - | 100% | BM | Royalty | Mobil-Thompson Lease KZU Unit Agreement KZU Operating Agreement |
| Mobil Thompson #15 (04059-21091) | PRO | WRKZU | Bridgemark | - | 100% | BM | Royalty | Mobil-Thompson Lease KZU Unit Agreement KZU Operating Agreement |
| Mobil Thompson #16 (04059-21144) | INJ | WRKZU | Bridgemark | - | 100% | BM | Royalty | Mobil-Thompson Lease KZU Unit Agreement KZU Operating Agreement |
| Texaco Yarnell #29 (04059-06497) | PRO | WRKZU | PDC | NO | 100% | BM | Royalty Net Profit | Yarnell Lease[6] KZU Unit Agreement KZU Operating Agreement Yarnell Sublease[7] |
| Texaco Yarnell #37 (04059-20859) | INJ | WRKZU | City of Placentia | - | 100% | BM | Royalty Net Profit | Yarnell Lease KZU Unit Agreement KZU Operating Agreement Yarnell Sublease |
| Texaco Yarnell #39 (04059-20882) | PRO | WRKZU | City of Placentia | - | 100% | BM | Royalty Net Profit | Yarnell Lease KZU Unit Agreement KZU Operating Agreement Yarnell Sublease |
| Union Hartwell #2 (04059-06415) | PRO | WRKZU | Altura HOA | - | 100% | BM | Royalty | Union-Hartwell Lease[8] KZU Unit Agreement KZU Operating Agreement |
| Union Hartwell #3 (04059-06416) | INJ | WRKZU | Altura HOA | - | 100% | BM | Royalty | Union-Hartwell Lease KZU Unit Agreement KZU Operating Agreement |
| Union Hartwell #4 (04059-06417) Make-Up Water Well | INJ | WRKZU | Altura HOA | - | 100% | BM | Royalty | Union-Hartwell Lease KZU Unit Agreement KZU Operating Agreement |

---

[6] Lease Agreement between Susan G. Yarnell, Jessie Y. Kimball, Katherine Yarnell, Ellis T. Yarnell and Esther Yarnell (lessors) and California Star Oil Company (lessee) dated April 9, 1919 (along with all amendments, modifications and assignments thereto, the "Yarnell Lease").

[7] Sublease between California Star Oil Company (sublessor) and Petroleum Midway Company (sublesee) dated April 19, 1919 (along with all amendments, modifications and assignments thereto, the "Yarnell Sublease").

[8] Lease between Morris D. Schatzman, John W. Schmid and Philip S. Magruder, co-executors of the Estate of A. Hartwell Bradford, deceased (lessor) and Union Oil Company (lessee) January 1,1965 (along with all amendments, modifications and assignments thereto, the "Union-Hartwell Lease'").

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Union Morse #2[9] (04059-00221) | SI | WRKZU | PDC | YES | 100% | BM | Royalty | Morse Lease[10] KZU Unit Agreement KZU Operating Agreement AAR |
| Union Morse #6 (04059-06428) | PRO | WRKZU | PDC | YES | 100% | BM | Royalty | Morse Lease KZU Unit Agreement KZU Operating Agreement AAR |
| Union Morse #13 (04059-20881) | INJ | WRKZU | PDC | NO | 100% | BM | Royalty | Morse Lease KZU Unit Agreement KZU Operating Agreement |
| Union Morse #15 (04059-20942) | INJ | WRKZU | PDC | NO | 100% | BM | Royalty | Morse Lease KZU Unit Agreement KZU Operating Agreement |
| Union Morse #16 (04059-20943) | PRO | WRKZU | PDC | NO | 100% | BM | Royalty | Morse Lease KZU Unit Agreement KZU Operating Agreement |
| Union Morse #17 (04059-20944) | PRO | WRKZU | PDC | NO | 100% | BM | Royalty | Morse Lease KZU Unit Agreement KZU Operating Agreement |
| Union Morse #18 (04059-20945) | PRO | WRKZU | PDC | NO | 100% | BM | Royalty | Morse Lease KZU Unit Agreement KZU Operating Agreement |
| Union Morse #19 (04059-21141) | PRO | WRKZU | PDC | YES | 100% | BM | Royalty | Morse Lease KZU Unit Agreement KZU Operating Agreement |
| Union Sterns #4 (o4059-06460) | PRO | WRKZU | Altura HOA | - | 100% | BM | Royalty | Union-Stern Lease[11] KZU Unit Agreement KZU Operating Agreement |
| Union Sterns #5 (04059-06461) | SI | WRKZU | Altura HOA | - | 100% | BM | Royalty | Union-Stern Lease KZU Unit Agreement KZU Operating Agreement |
| Union Sterns #7 (o4059-06463) | PRO | WRKZU | Altura HOA | - | 100% | BM | Royalty | Union-Stern Lease KZU Unit Agreement |

---

[9] Permit pending to convert this shut-in producer to injection well.

[10] Lease between N. Frank Morse and Lottie E. Morse (lessor) and M.L. Jenks (lessee) dated February 24, 1917 (along with all amendments, modifications and assignments thereto, the "Morse Lease'").

[11] Lease between Stern Realty Company (lessee) and M.L. Jenks (lessor) dated August 1, 1918 (along with all amendments, modifications and assignments thereto, the "Union-Stern Lease").

| | | | | | | | | KZU Operating Agreement |
|---|---|---|---|---|---|---|---|---|
| Union Sterns #11 (o4059-06467) | PRO | WRKZU | Altura HOA | - | 100% | BM | Royalty | Union-Stern Lease KZU Unit Agreement KZU Operating Agreement |
| Union Sterns #16 (o4059-21288) | PRO | WRKZU | Altura HOA | - | 100% | BM | Royalty | Union-Stern Lease KZU Unit Agreement KZU Operating Agreement |
| **WEST RICHFIELD CHAPMAN ZONE UNIT**[12] | | | | | | | | |
| Mobil Thompson #11 (04059-06475) | INJ | WRCZU | Bridgemark | - | 100% | BM | Royalty | Mobil-Thompson Lease CZU Unit Agreement CZU Operating Agreement |
| Mobil Thompson #12 (04059-06476) | PRO | WRCZU | Bridgemark | - | 100% | BM | Royalty | Mobil-Thompson Lease CZU Unit Agreement CZU Operating Agreement |
| Texaco Yarnell #21 (04059-07327) | PRO | WRCZU | Fieldstone or HOA | - | 100% | BM | Royalty Net Profit | Yarnell Lease CZU Unit Agreement CZU Operating Agreement |
| Texaco Yarnell #22 (04059-06495) | PRO | WRCZU | City of Placentia | - | 100% | BM | Royalty Net Profit | Yarnell Lease CZU Unit Agreement CZU Operating Agreement Yarnell Sublease |
| Texaco Yarnell #28 (04059-06496) | INJ | WRCZU | City of Placentia | - | 100% | BM | Royalty Net Profit | Yarnell Lease CZU Unit Agreement CZU Operating Agreement Yarnell Sublease |
| Texaco Yarnell #31 (04059-06498) | PRO | WRCZU | PDC | YES | 100% | BM | Royalty Net Profit | Yarnell Lease CZU Unit Agreement CZU Operating Agreement AAR/Yarnell Sublease |
| Thompson Goodwin #3 (04059-06479) | PRO | WRCZU | Terra Linda Estates | - | 100% | BM | Royalty | Thompson-Goodwin Lease[13] CZU Unit Agreement CZU Operating Agreement |
| Union Towell #7 | PRO | WRCZU | | - | 100% | BM | Royalty | Towell Lease[14] |

---

[12] Pursuant to the Unit Agreement for the Chapman Zone, West Richfield Area, dated April 1, 1960, various oil and gas leases and mineral interests in the Richfield Field were unitized (along with all amendments, modifications and assignments thereto, the "CZU Unit Agreement"). Bridgemark is the Unit Operator pursuant to the Unit Operating Agreement for the Chapman Zone, West Richfield Area dated April 1, 1960 (along with all amendments, modifications and assignments thereto, the "CZU Operating Agreement").

[13] Lease between William A. Goodwin and Alice A. Goodwin, Orrin M. Thompson and Margaret D. Thompson (lessors) and Union Oil Company (lessee) dated March 27, 1919 (along with all amendments, modifications and assignments thereto, the "Thompson-Goodwin Lease").

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| (04059-20357) | | | | | | | | CZU Unit Agreement<br>CZU Operating Agreement |
| Union Morse #14<br>(04059-20941) | PRO | WRCZU | PDC | NO | 100% | BM | Royalty | Morse Lease<br>CZU Unit Agreement<br>CZU Operating Agreement |
| **RICHFIELD** | | | | | | | | |
| Richfield #1<br>(04059-06446) | PRO | - | Terra Linda<br>Estates | - | 100% | BM | Royalty | Union-Hartwell Lease |
| Richfield #5<br>(04059-06450) | PRO | - | Chevron<br>USA &<br>Plains<br>Exploration | - | 100% | BM | Royalty | Union-Hartwell Lease |
| Richfield #6<br>(04059-06451) | SI | - | Chevron<br>USA &<br>Plains<br>Exploration | - | 100% | BM | Royalty | Union-Hartwell Lease |
| Richfield #8<br>(04059-06453) | PRO | - | Santa Fe<br>Energy<br>Resources | - | 100% | BM | Royalty | Union-Hartwell Lease |
| **NEWELL-RENTON** | | | | | | | | |
| Newell-Renton #1<br>(04059-06444) | PRO | - | | - | 100% | BM | Royalty | Newell-Renton<br>Lease[15] |
| **NCT-3 YARNELL** | | | | | | | | |
| Yarnell #23<br>(04059-06624) | SI | - | Las Brisas<br>HOA | - | 100% | BM | Royalty<br>Net Profit | Yarnell Lease<br>Yarnell Sublease |
| Yarnell #24<br>(04059-06625) | SI | - | Las Brisas<br>HOA | - | 100% | BM | Royalty<br>Net Profit | Yarnell Lease<br>Yarnell Sublease |
| Yarnell #25<br>(04059-06626) | PRO | - | Las Brisas<br>HOA | - | 100% | BM | Royalty<br>Net Profit | Yarnell Lease<br>Yarnell Sublease |

---

[14] Lease between Towell Investment Company and Union Oil Company dated August 21, 1917 (along with all amendments, modifications and assignments thereto, the "Towell Lease").

[15] (i) Lease dated May 31, 1917 between J.W. Newell and Lilla F. Newell (as Lessors) and Union Oil Company (as Lessee); (ii) Lease dated May 1, 1917 between Esther L. Newell (as Lessor) and Union Oil Company (as Lessee); and (iii) Lease dated April 12, 1949 between Malcom J. Renton, Executor of the Estate of David M. Renton, deceased (as Lessors) and Union Oil Company (as Lessee); (collectively and along with all amendments, modifications and assignments thereto, the "Newell-Renton Lease").

| Yarnell #26 (04059-06627) | PRO | - | Las Brisas HOA | - | 100% | BM | Royalty Net Profit | Yarnell Lease Yarnell Sublease |
|---|---|---|---|---|---|---|---|---|
| Yarnell #30 (04059-06628) | PRO | - | Las Brisas HOA | - | 100% | BM | Royalty Interest Net Profit | Yarnell Lease Yarnell Sublease |
| DOWLING FIELD Anaheim, CA | | | | | | | | |
| Dowling #1 (04059-05869) | PRO | | Frontera, LLC | - | 100% | BM | Royalty | Dowling Lease[16] |
| Dowling #2 (04059-05870) | PRO | - | Frontera, LLC | - | 100% | BM | Royalty | Dowling Lease |
| Dowling #3 (04059-05871) | PRO | - | Frontera, LLC | - | 100% | BM | Royalty | Dowling Lease |
| Dowling #4 (04059-05872) | PRO | - | Ridley Politiski | - | 100% | BM | Royalty | Dowling Lease |

---

[16] (i) Lease dated February 23, 1956 between Robert Dowling et al (as lessors) and Albert Stevenson (as lessee) (ii) Lease dated February 27, 1956 between Reinhold Dinkler and Jennie Dinkler (as lessors) and Albert Stevenson (as lessee), and (iii) Lease dated February 24, 1956 between Edward Mills, Edith Mills and Freda Carmen (as lessors) and Albert Stevenson (as lessee) (collectively and along with all amendments, modifications and assignments thereto, the "Dowling Lease").

**Fill in this information to identify the case:**

Debtor name    **Bridgemark Corporation**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **8:20-bk-10143-TA**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |

**2.1**

Street

City   State   Zip Code

☐ D
☐ E/F
☐ G

**2.2**

Street

City   State   Zip Code

☐ D
☐ E/F
☐ G

**2.3**

Street

City   State   Zip Code

☐ D
☐ E/F
☐ G

**2.4**

Street

City   State   Zip Code

☐ D
☐ E/F
☐ G

**Fill in this information to identify the case:**

Debtor name    **Bridgemark Corporation**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **8:20-bk-10143-TA**

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*................................................................................  $   **29,613,000.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................  $   **11,195,439.04**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................................  $   **40,808,439.04**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................  $   **199,879.07**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................  $   **252,485.89**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................  +$   **53,211,085.36**

4.  **Total liabilities** ....................................................................................................
    Lines 2 + 3a + 3b                                                                                                  $   **53,663,450.32**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **Bridgemark Corporation**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **8:20-bk-10143-TA**

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.    Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒    *Schedule H: Codebtors* (Official Form 206H)
☒    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    2/7/2020                    X _____
                                              Signature of individual signing on behalf of debtor

                                              **Robert Hall**
                                              Printed name

                                              **President and CEO**
                                              Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Bridgemark Corporation**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **8:20-bk-10143-TA**

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

**Part 1:**   **Income**

1. **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | ☐ Operating a business<br>☒ Other   **Sales** | **$285,029.00** |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | ☐ Operating a business<br>☒ Other   **Management Fees** | **$3,452.00** |
| **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | ☐ Operating a business<br>☒ Other   **Sales** | **$9,973,517.00** |
| **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | ☐ Operating a business<br>☒ Other   **Management Fees** | **$90,000.00** |
| **For year before that:**<br>From  **1/01/2018** to **12/31/2018** | ☐ Operating a business<br>☒ Other   **Sales** | **$10,975,117.00** |
| **For year before that:**<br>From  **1/01/2018** to **12/31/2018** | ☐ Operating a business<br>☒ Other   **Management Fees** | **$136,400.00** |

| Debtor | **Bridgemark Corporation** | Case number *(if known)* **8:20-bk-10143-TA** |
|---|---|---|

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

|  | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From   **1/01/2020** to **Filing Date** | Interest Income | **$1,078.00** |
| **For prior year:**<br>From   **1/01/2019** to **12/31/2019** | Interest Income | **$97,220.00** |
| **For prior year:**<br>From   **1/01/2019** to **12/31/2019** | Other Income | **$45.00** |
| **For year before that:**<br>From   **1/01/2018** to **12/31/2018** | Gain on Derivative Instrument | **$19,766.00** |
| **For year before that:**<br>From   **1/01/2018** to **12/31/2018** | Gain on Sales | **$10,000.00** |
| **For year before that:**<br>From   **1/01/2018** to **12/31/2018** | Interest Income | **$10,361.00** |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.    **See Attached Rider No. 3** | **See Attached Rider No. 3** | **See Attached Rider No. 3** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☒ Services<br>☐ Other___ |

| Debtor | **Bridgemark Corporation** | Case number (if known) | **8:20-bk-10143-TA** |
|---|---|---|---|

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **See Attached Rider No. 4** | **See Attached Rider No. 4** | **See Attached Rider No. 4** | **See Attached Rider No. 4** |

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Placentia Develoment Company, LLC v. Bridgemark Corporation**<br>**300-2016-00888920-CU-CO=C JC** | **Breach of Contract; Specific Performance; Continuing trespass, Continuing Nuisance; Declartory Relief - Extinguishment of Incorporeal Hereditament; Declaratory Relief - AAR Agreement**<br><br>**(Hearing for new trial is scheduled for 2/20/2020)** | **Orange County Superior Court**<br>**Central Justice Center**<br>**700 Civic Center Drive West**<br>**Santa Ana, CA 92701** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Bridgemark Corporation** | Case number *(if known)* **8:20-bk-10143-TA** |
|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **Placentia Development Company, LLC v. Phillips 66 Company; Bridgemark Corporation, et al.**<br>**30-2020-01122311-CU-EN-CJC** | **Complaint for Creditors's Suit in Aid of Enforcement of Judgment** | **Orange County Superior Court**<br>**Central Justice Center**<br>**700 Civic Center Drive West**<br>**Santa Ana, CA 92701** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Placentia Development Company LLC v. Robert James Hall, Bridgmark Corporation, et al.**<br>**30-2020-01122328-CU-EN-CJC** | **Complaint for Creditor's Suit/Creditor's Bill in Equity in Aid of Enforcement of Judgment [Declaratory Relief Re: Imposition o (Alter Ego or Other Basis for Joint and Several Liability)**<br><br>**(Dismissed as to Bridgemark Corporation)** | **Orange County Superior Court**<br>**Central Justice Center**<br>**700 Civic Center Drive West**<br>**Santa Ana, CA 92701** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Placentia Development Company LLC v. PBF Holding LLC; Bridgemark Corporation**<br>**30-2020-01122440-CU-EN-CJC** | **Complaint for Creditor's Sit in Aid of Enforcement of Judgment** | **Orange County Superior Court**<br>**Central Justice Center**<br>**700 Civic Center Drive West**<br>**Santa Ana, CA 92701** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

---

**Part 4:**  **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Blind Children's Learning Center**<br>**18542 Vanderlip Ave.**<br>**Unit B**<br>**Santa Ana, CA 92705** | **Cash** | **May 2018 ($1,000); September 2018 ($250); February 2019 ($270); May 2019 ($1,000)** | **$2,520.00** |
| | **Recipients relationship to debtor**<br>**N/A** | | | |

---

**Part 5:**  **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

| Debtor | **Bridgemark Corporation** | Case number *(if known)*  **8:20-bk-10143-TA** |
|---|---|---|

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **2007 Ford F-150 Vin ending in 42948**<br>**Auto Accident - total loss**<br>**Irvine, CA 92612** | **$8,215** | **12/25/2019** | **$8,715.00** |
| **2018 Ford F-150 Vin ending in 08522**<br>**Auto Accident - Vehicle repaired $500 deductible** | **$1,435** | **3/14/2019** | **$500.00** |

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Pachulski Stang Ziehl & Jones LLP**<br>**10100 Santa Monica Blvd.**<br>**13th Floor**<br>**Los Angeles, CA 90067** | | **10/31/2019**<br><br>**12/13/2019** | |
| | | | | **$416,987.32** |
| | Email or website address<br>**www.pszjlaw.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **GlassRatner Advisory & Capital Group**<br>**19800 MacArthur Blvd.**<br>**Suite 820**<br>**Irvine, CA 92612** | | **10/17/2019** | **$150,000.00** |
| | Email or website address<br>**www.glassratner.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

Debtor   **Bridgemark Corporation**                                    Case number *(if known)*   **8:20-bk-10143-TA**

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Sentinel Peak Resources 1200 Discovery Drive Suite 500 Bakersfield, CA 93309** | **Non-working interest in oil wells in LA County quitclaimed to working interest** | 6/1/2018 | $0.00 |
| | Relationship to debtor | | | |

---

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☒ Yes. Does the debtor serve as plan administrator?  **No**

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

---

| Debtor | **Bridgemark Corporation** | Case number *(if known)* | **8:20-bk-10143-TA** |
|---|---|---|---|

## 18. Closed financial accounts

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Wells Fargo Bank**<br>PO Box 63020<br>San Francisco, CA 94163 | **XXXX-7580** | ☐ Checking<br>☐ Savings<br>☒ Money Market<br>☐ Brokerage<br>☐ Other___ | **4/2/2019** | **$307,178.00** |
| 18.2. | **Wells Fargo Bank**<br>PO Box 63020<br>San Francisco, CA 94163 | **XXXX-7342** | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **4/2/2019** | **$358,550.00** |
| 18.3. | **Wells Fargo Bank**<br>PO Box 63020<br>San Francisco, CA 94163 | **XXXX-7359** | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **4/2/2019** | **$0.00** |

## 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

## 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Schick Records Management**<br>**2721 Michelle Drive**<br>**Tustin, CA 92780** | **Jennifer Montgomery;**<br>**Kevin Mugavero**<br>**17671 Irvine Blvd., Suite 217**<br>**Tustin, CA  92780** | **General Business Records** | ☐ No<br>☒ Yes |

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

Debtor    **Bridgemark Corporation**                                    Case number *(if known)*    **8:20-bk-10143-TA**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **See Attached Rider No. 21** | **See Attached Rider No. 21** | **See Attached Rider No. 21** | **See Attached Rider No. 21** |

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☐ No.
☒ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| **Department of Fish and Game** | **Department of Fish and Game**<br>**1700 K Street**<br>**Suite 250**<br>**Sacramento, CA 95814** | **Oil Spill** | ☐ Pending<br>☐ On appeal<br>☒ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☐ No.
☒ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **See Attached Rider No. 24** | **See Attached Rider No. 24** | **See Attached Rider No. 24** | **See Attached Rider No. 24** |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

Debtor   **Bridgemark Corporation**                                    Case number *(if known)*   **8:20-bk-10143-TA**

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.   **Gregson Energy Drilling Services, LLC**<br>**17671   Irvine Blvd.**<br>**Suite 217**<br>**Tustin, CA 92780** | **Oil & Gas Drilling** | EIN:      **46-5661811**<br><br>From-To   **2/14/2014 to Current** |
| 25.2.   **Bridgemark Texas, LLC**<br>**17671   Irvine Blvd.**<br>**Suite 217**<br>**Tustin, CA 92780** | **Oil & Gas Operator** | EIN:      **47-5346207**<br><br>From-To   **8/24/2015 to Current** |
| 25.3.   **Las Cienagas, LLC**<br>**17671   Irvine Blvd.**<br>**Suite 217**<br>**Tustin, CA 92780** | **Oil & Gas Operator** | EIN:      **20-4757039**<br><br>From-To   **5/14/2007 to 5/29/2019** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Carolyn Curry**<br>**17671   Irvine Blvd.**<br>**Suite 217**<br>**Tustin, CA 92780** | **1/30/2017 to Current** |
| 26a.2.   **Jennifer Montgomery**<br>**17671   Irvine Blvd.**<br>**Suite 217**<br>**Tustin, CA 92780** | **7/16/2012 to Current** |
| 26a.3.   **Dave Nelson**<br>**6302 Turnberry Circle**<br>**Huntington Beach, CA 92648** | **2/25/2014 to**<br>**8/31/2018** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.   **Brown Armstrong**<br>**4200 Truxton Ave.**<br>**Suite 300**<br>**Bakersfield, CA 93309** | **2017 to 2018** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Debtor | **Bridgemark Corporation** | Case number *(if known)*  **8:20-bk-10143-TA** |
|---|---|---|

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Carolyn Curry**<br>**17671   Irvine Blvd.**<br>**Suite 217**<br>**Tustin, CA 92780** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. | **Valley Bank**<br>**5000 California Ave.**<br>**Suite 110**<br>**Bakersfield, CA 93309** |
| 26d.2. | **Wells Fargo Bank**<br>**5000 California Ave.**<br>**Suite 200**<br>**Bakersfield, CA 93309** |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Robert J. Hall | 17671   Irvine Blvd.<br>Suite 217<br>Tustin, CA 92780 | President, Chief Executive Officer, Chairman of the Board of Directors; Beneficial Owner | 66% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mark Hall | 17671 Irvine Blvd.<br>Suite 217<br>Tustin, CA 92780 | Board Member; Beneficial Owner | 11.33% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Gregson Hall | 17671 Irvine Blvd.<br>Suite 217<br>Tustin, CA 92780 | Board Member; Beneficial Owner | 11.33% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Chad Hall | 17671 Irvine Blvd.<br>Suite 217<br>Tustin, CA 92780 | Board Member; Beneficial Owner | 11.33% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Carl Hall | 17671 Irvine Blvd.<br>Suite 217<br>Tustin, CA 92780 | Board Member | n/a |

Debtor    **Bridgemark Corporation**                                                  Case number *(if known)*   **8:20-bk-10143-TA**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Kevin Mugavero | 17671 Irvine Blvd. Suite 217 Tustin, CA 92780 | Board Member | n/a |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Carolyn Curry | 17671 Irvine Blvd. Suite 217 Tustin, CA 92780 | Board Member | 8/2018 to 10/2019 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. | See Attached Rider No. 30 | See Attached Rider No. 30 | See Attached Rider No. 30 | See Attached Rider No. 30 |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|

Debtor    **Bridgemark Corporation**                                              Case number *(if known)*  **8:20-bk-10143-TA**

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      2/7/2020

_____        **Robert Hall**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President and CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

## RIDER NO. 3

3 - Certain payments or transfers to creditors within 90 days of filing this case

Bridgemark Corporation

Case # 8:20-bk-10143-TA

| Vendor | Reason for Payment or Transfer | Paid Date | Amount |
|---|---|---|---|
| Black Gold Pump & Supply, Inc. | Suppliers or Vendors | 10/21/2019 | $9,182.20 |
| P.O. Box 16007 | | 10/25/2019 | $767.97 |
| Long Beach, CA 90806 | | 10/30/2019 | $2,605.41 |
| | | 11/05/2019 | $1,049.03 |
| | | 11/15/2019 | $8,571.91 |
| | | 11/21/2019 | $1,663.08 |
| | | 11/25/2019 | $808.14 |
| | | 12/30/2019 | $6,483.65 |
| | | | **$31,131.39** |
| Blue Shield of California | Suppliers or Vendors | 10/25/2019 | $5,717.45 |
| PO Box 749415 | | 11/25/2019 | $7,185.86 |
| Los Angeles, CA 90074-9415 | | 12/27/2019 | $7,185.86 |
| | | | **$20,089.17** |
| C&S Welding, Inc. | Suppliers or Vendors | 10/21/2019 | $9,084.00 |
| 28 Welcome Lane | | | **$9,084.00** |
| Seal Beach, CA  90740 | | | |
| Casa Real LP | | 10/25/2019 | $20,018.86 |
| 17671 Irvine Bl., Suite 217 | | | **$20,018.86** |
| Tustin, CA 92680 | | | |
| City of Anaheim | Services | 12/27/2019 | $1,302.39 |
| P.O. Box 3069 | | 11/20/2019 | $6,184.93 |
| Anaheim, CA 92803-3069 | | 12/27/2019 | $5,099.97 |
| | | | **$12,587.29** |
| City of Placentia | Prroperty/Production Taxes | 12/09/2019 | $19,800.00 |
| 401 E Chapman Ave | | 12/10/2019 | $3,372.84 |
| Placentia, CA 92870 | | | **$23,172.84** |
| C&J Energy Services, Inc. | Services | 11/15/2019 | $12,709.85 |
| PO Box 975682 | | | **$12,709.85** |
| Dallas, TX 75397-5682 | | | |

3 - Certain payments or transfers to creditors within 90 days of filing this case

Bridgemark Corporation

Case # 8:20-bk-10143-TA

| Vendor | Reason for Payment or Transfer | Paid Date | Amount |
|---|---|---|---|
| Clariant Corporation<br>3618 Collection Center Drive<br>Chicago, IL 60693 | Suppliers or Vendors | 11/11/2019<br>12/13/2019 | $19,850.65<br>$27,085.53<br>**$46,936.18** |
| Carolyn Prentice-Curry<br>336 E 16th Street<br>Costa Mesa, CA 92627 | Services | 10/30/2019<br>11/07/2019<br>11/25/2019<br>12/13/2019<br>12/30/2019<br>01/13/2020 | $7,072.50<br>$6,210.00<br>$3,450.00<br>$5,750.00<br>$2,990.00<br>$5,750.00<br>**$31,222.50** |
| CW Services, Inc/CWS Vacuum<br>3806 Madonna Dr.<br>Fullerton, CA 92835 | Services | 10/21/2019<br>10/25/2019<br>10/30/2019<br>11/05/2019<br>11/15/2019<br>11/25/2019<br>12/13/2019<br>12/30/2019<br>01/03/2020 | $2,400.00<br>$2,037.50<br>$987.50<br>$2,712.50<br>$4,887.50<br>$2,925.00<br>$3,425.00<br>$1,450.00<br>$6,675.00<br>**$27,500.00** |
| Edgewood Partners Ins. Center<br>P. O. Box 511389<br>Los Angeles, CA 90051-7944 | Insurance | 1/14/2020 | $10,908.14<br>**$10,908.14** |
| Fluid Tech<br>14918 Gwenchris Ct<br>Paramount, CA 90723 | Services | 10/16/2019<br>11/11/2019<br>12/13/2019<br>12/30/2019 | $900.00<br>$3,832.50<br>$3,063.25<br>$1,004.03<br>**$8,799.78** |
| GlassRatner<br>19800 MacArthur Blvd., Suite 820<br>Irvine, CA 92612 | Bankruptcy Services | 10/17/2019 | $150,000.00<br>**$150,000.00** |

3 - Certain payments or transfers to creditors within 90 days of filing this case

Bridgemark Corporation

Case # 8:20-bk-10143-TA

| Vendor | Reason for Payment or Transfer | Paid Date | Amount |
|---|---|---|---|
| Greines, Martin, Stein & Richland LLP | Legal Services | | |
| 5900 Wilshire Blvd., 12th Flr | | 10/21/2019 | $29,467.00 |
| Los Angeles, CA 90036 | | 11/8/2019 | $33,583.60 |
| | | 12/13/2019 | $33,583.50 |
| | | | **$96,634.10** |
| | | | |
| Innovative Electrix, Inc. | Services | 10/21/2019 | $3,762.41 |
| P.O. Box 1070 | | 11/15/2019 | $620.00 |
| Downey, CA 90240 | | 11/05/2019 | $560.00 |
| | | 11/15/2019 | $2,284.27 |
| | | 12/03/2019 | $680.00 |
| | | | **$7,906.68** |
| | | | |
| InterAct PMTI, Inc | Services | 10/30/2019 | $4,782.50 |
| 260 Maple Court, STE 210 | | 11/05/2019 | $3,368.75 |
| Ventura, CA 93003 | | 11/15/2019 | $6,484.58 |
| | | 12/13/2019 | $1,197.92 |
| | | 12/30/2019 | $218.75 |
| | | | **$16,052.50** |
| | | | |
| Locke Lord, LLP | Legal Services | 01/14/2020 | $39,081.50 |
| 300 S. Grand Avenue Suite 2600 | | 10/21/2019 | $320,178.72 |
| Los Angeles, CA 90071 | | 11/4/2019 | $338,742.60 |
| | | 12/03/2019 | $24,604.10 |
| | | | **$722,606.92** |
| | | | |
| McGee & Associates | Legal Services | 11/08/2019 | $137,070.00 |
| 24 Corporate Plaza Drive, Ste 200 | | 01/14/2020 | $14,300.00 |
| Newport Beach, CA 92660 | | 01/14/2020 | $25,382.50 |
| | | 01/14/2020 | $26,400.00 |
| | | | **$203,152.50** |
| | | | |
| Ninyo & Moore | Legal Services | 10/25/2019 | $11,917.87 |
| 5710 Ruffin Road | | | **$11,917.87** |
| San Diego, CA 92123 | | | |

3 - Certain payments or transfers to creditors within 90 days of filing this case

Bridgemark Corporation

Case # 8:20-bk-10143-TA

| Vendor | Reason for Payment or Transfer | Paid Date | Amount |
|---|---|---|---|
| Numeric Solutions LLC<br>PO Box 999<br>Ventura, CA 93002 | Services | 11/05/2019<br>11/12/2019 | $8,621.04<br>$10,000.00<br>**$18,621.04** |
| Orange County Tax Collector<br>P. O. Box 1438<br>Santa Ana, CA 92702-1438 | Property/Production Taxes | 12/06/2019 | $125,118.31<br>**$125,118.31** |
| Oil Well Service Company<br>10840 Norwalk Blvd.<br>Santa Fe Springs, CA 90670 | Services | 11/05/2019<br>11/15/2019<br>10/30/2019<br>11/25/2019<br>12/03/2019<br>12/30/2019 | $7,977.50<br>$7,535.00<br>$1,684.00<br>$16,586.50<br>$15,995.00<br>$19,967.00<br>**$69,745.00** |
| Pachulski, Stang, Ziehl & Jones<br>10100 Santa Monica Blvd., 13th Flr<br>Los Angeles, CA 90067 | Bankruptcy Services | 12/13/2019<br>12/13/2019<br>10/31/2019 | $97,733.75<br>$89,016.94<br>$175,000.00<br>**$361,750.69** |
| Parsons Crime Prevention Div.<br>17141 Green Lane<br>Huntington Beach, CA 92649 | Services | 10/30/2019<br>11/15/2019<br>11/25/2019<br>12/13/2019<br>12/30/2019<br>11/04/2019 | $3,000.00<br>$3,640.00<br>$3,000.00<br>$3,100.00<br>$3,000.00<br>$312.50<br>**$16,052.50** |
| Southern California Edison<br>P.O. Box 300<br>Rosemead, CA 91772-0001 | Utilities | 11/20/2019<br>12/27/2019<br>11/15/2019<br>12/10/2019<br>10/21/2019<br>11/20/2019<br>12/27/2019 | $102.83<br>$102.55<br>$1,546.99<br>$1,691.59<br>$36,946.89<br>$29,931.26<br>$30,334.42<br>**$100,656.53** |

3 - Certain payments or transfers to creditors within 90 days of filing this case

Bridgemark Corporation

Case # 8:20-bk-10143-TA

| Vendor | Reason for Payment or Transfer | Paid Date | Amount |
|---|---|---|---|
| Steve M. Walker | Services | 10/28/2019 | $9,095.06 |
| Southwest Micro Computers | | 11/21/2019 | $3,211.50 |
| 2230 Pepperwood Lane | | 10/28/2019 | $3,328.87 |
| Corona, CA 92882 | | 11/21/2019 | $630.00 |
| | | 12/13/2019 | $2,647.91 |
| | | | **$18,913.34** |
| | | | |
| South Coast Air Quality | Permits | 10/25/2019 | $7,260.73 |
| PO Box 4943 | | 10/25/2019 | $136.40 |
| Diamond Bar, CA 91765-0943 | | | **$7,397.13** |
| | | | |
| Card Service Center | Credit Card | 11/05/2019 | $6,335.05 |
| P. O. Box 569100 | | 11/25/2019 | $4,836.24 |
| Dallas, TX 75356-9100 | | 12/30/2019 | $4,438.14 |
| | | | **$15,609.43** |
| | | | |
| C & C Consolidated, LLC | Rent | 12/30/2019 | $3,823.75 |
| 17671 Irvine Blvd., Suite 103 | | 10/30/2019 | $3,823.75 |
| Tustin, CA 92780 | | 11/25/2019 | $3,823.75 |
| | | | **$11,471.25** |
| | | | |
| Western States Oilfield | Services | 11/05/2019 | $1,050.53 |
| 11852 Western Avenue | | 11/15/2019 | $4,033.77 |
| Stanton, CA 90680 | | 12/13/2019 | $1,648.19 |
| | | 12/30/2019 | $2,693.29 |
| | | | **$9,425.78** |
| | | | |
| Agua Tibia Ranch for Bradford Bros. | Royalties | 11/01/2019 | 17,031.52 |
| P. O. Box 578 | | 12/05/2019 | 17,638.09 |
| Pauma Valley, CA 92061 | | 01/08/2020 | 17,970.98 |
| | | | **52,640.59** |
| | | | |
| Monica V. Carman | Royalties | 11/01/2019 | 4,321.15 |
| Trustee of the MVC Heritage Trust | | 12/05/2019 | 3,289.40 |
| 1008 Hidden Brook Ct | | 01/08/2020 | 4,018.42 |
| Minden, NV 89423 | | | **11,628.97** |
| | | | |
| Frontera, LLC | Royalties | 11/01/2019 | 6,993.34 |

3 - Certain payments or transfers to creditors within 90 days of filing this case

Bridgemark Corporation

Case # 8:20-bk-10143-TA

| Vendor | Reason for Payment or Transfer | Paid Date | Amount |
|---|---|---|---|
| 2518 N. Santiago Blvd. | | 12/05/2019 | 5,323.55 |
| Orange, CA 92867 | | 01/08/2020 | 6,503.39 |
| | | | **18,820.28** |
| | | | |
| JS Morse & AR Morse Trust, U/D/T 12/82 | Royalties | 11/01/2019 | 4,535.19 |
| 15463 El Camino Grande | | 12/05/2019 | 5,032.51 |
| Saratoga, CA 95070 | | 01/08/2020 | 5,253.31 |
| | | | **14,821.01** |
| | | | |
| O.B.O. Holdings, Inc | Royalties | 11/01/2019 | 5,584.31 |
| 616 S. Woodland St | | 12/05/2019 | 7,659.99 |
| Orange, CA 92869 | | 01/08/2020 | 5,835.72 |
| | | | **19,080.02** |

RIDER NO. 4

4 - Payments or other transfers of property made within 1 year before filing this case that benefited any insider

Bridgemark Corporation

Case # 8:20-bk-10143-TA

| Insider's name and address Relationship to debtor | Paid To | Date | Amount | Reason |
|---|---|---|---|---|
| Gregson Hall | Gregson Hall | 02/07/2019 | $ 500.00 | Director Fee |
| 17671 Irvine Blvd., Ste 217 | Gregson Hall | 05/09/2019 | $ 500.00 | Director Fee |
| Tustin, CA 92780 | Gregson Hall | 10/30/2019 | $ 500.00 | Director Fee |
| | G. Hall GRAT I | 03/04/2019 | $ 28,050.00 | Dividends |
| Shareholder/Board Member | G. Hall GRAT I | 08/05/2019 | $ 112,200.00 | Dividends |
| | G. Hall GRAT II | 03/04/2019 | $ 28,050.00 | Dividends |
| | G. Hall GRAT II | 08/05/2019 | $ 112,200.00 | Dividends |
| | Gregson Hall Irrevocable Tr | 03/04/2019 | $ 567.00 | Dividends |
| | Gregson Hall Irrevocable Tr | 08/05/2019 | $ 2,267.00 | Dividends |
| | Expense Reimbursement or | Various | $ 3,169.30 | Expenses |
| | Blue Shield of California | 01/25/2019 | $ 3,652.54 | Health Insurance |
| | Blue Shield of California | 02/28/2019 | $ 3,652.54 | Health Insurance |
| | Blue Shield of California | 03/19/2019 | $ 3,652.54 | Health Insurance |
| | Blue Shield of California | 04/24/2019 | $ 3,652.54 | Health Insurance |
| | Blue Shield of California | 05/21/2019 | $ 3,652.54 | Health Insurance |
| | Blue Shield of California | 06/24/2019 | $ 3,652.54 | Health Insurance |
| | Blue Shield of California | 07/22/2019 | $ 3,652.54 | Health Insurance |
| | Blue Shield of California | 08/20/2019 | $ 3,652.54 | Health Insurance |
| | Blue Shield of California | 09/23/2019 | $ 3,652.54 | Health Insurance |
| | Blue Shield of California | 10/25/2019 | $ 3,652.54 | Health Insurance |
| | Gregson Hall | 01/25/2019 | $ 3,125.00 | Salary |
| | Gregson Hall | 02/08/2019 | $ 3,125.00 | Salary |
| | Gregson Hall | 02/26/2019 | $ 3,125.00 | Salary |
| | Gregson Hall | 03/08/2019 | $ 3,125.00 | Salary |
| | Gregson Hall | 03/26/2019 | $ 3,125.00 | Salary |
| | Gregson Hall | 04/10/2019 | $ 3,125.00 | Salary |
| | Gregson Hall | 04/26/2019 | $ 3,125.00 | Salary |
| | Gregson Hall | 05/10/2019 | $ 3,125.00 | Salary |
| | Gregson Hall | 05/24/2019 | $ 3,125.00 | Salary |
| | Gregson Hall | 06/10/2019 | $ 3,125.00 | Salary |
| | Gregson Hall | 06/26/2019 | $ 3,125.00 | Salary |
| | Gregson Hall | 07/10/2019 | $ 3,125.00 | Salary |
| | Gregson Hall | 07/26/2019 | $ 3,125.00 | Salary |
| | Gregson Hall | 08/09/2019 | $ 3,125.00 | Salary |
| | Gregson Hall | 08/26/2019 | $ 3,125.00 | Salary |
| | Gregson Hall | 09/10/2019 | $ 3,125.00 | Salary |
| | Gregson Hall | 09/26/2019 | $ 3,125.00 | Salary |
| | Gregson Hall | 10/10/2019 | $ 3,125.00 | Salary |
| | Gregson Hall | 10/25/2019 | $ 3,125.00 | Salary |
| | Gregson Hall | 11/10/2019 | $ 3,125.00 | Salary |
| | | | *$ 387,028.70* | |
| | | | | |
| Mark Hall | Mark Hall | 02/07/2019 | $ 500.00 | Director Fee |
| 17671 Irvine Blvd., Ste 217 | Mark Hall | 05/09/2019 | $ 500.00 | Director Fee |
| Tustin, CA 92780 | Mark Hall | 10/30/2019 | $ 250.00 | Director Fee |
| | M. Hall GRAT I | 03/04/2019 | $ 28,050.00 | Dividends |
| Shareholder/Board Member | M. Hall GRAT I | 08/05/2019 | $ 112,200.00 | Dividends |
| | M. Hall GRAT II | 03/04/2019 | $ 28,050.00 | Dividends |
| | M. Hall GRAT II | 08/05/2019 | $ 112,200.00 | Dividends |
| | Mark Hall Seperate Property | 03/04/2019 | $ 567.00 | Dividends |
| | Mark Hall Seperate Property | 08/05/2019 | $ 2,267.00 | Dividends |
| | Health Net of California | 01/25/2019 | $ 2,698.94 | Health Insurance |
| | Health Net of California | 02/18/2019 | $ 2,698.94 | Health Insurance |
| | Health Net of California | 03/18/2019 | $ 2,698.94 | Health Insurance |
| | Health Net of California | 04/18/2019 | $ 2,698.94 | Health Insurance |
| | Health Net of California | 05/20/2019 | $ 2,698.94 | Health Insurance |
| | Health Net of California | 06/18/2019 | $ 2,698.94 | Health Insurance |

4 - Payments or other transfers of property made within 1 year before filing this case that benefited any insider

Bridgemark Corporation

Case # 8:20-bk-10143-TA

| Insider's name and address Relationship to debtor | Paid To | Date | Amount | Reason |
|---|---|---|---|---|
| | Health Net of California | 07/24/2019 | $ 2,698.94 | Health Insurance |
| | Health Net of California | 08/26/2019 | $ 2,698.94 | Health Insurance |
| | Health Net of California | 09/23/2019 | $ 2,698.94 | Health Insurance |
| | Health Net of California | 10/25/2019 | $ 2,698.94 | Health Insurance |
| | Mark Hall | 01/25/2019 | $ 3,125.00 | Salary |
| | Mark Hall | 02/08/2019 | $ 3,125.00 | Salary |
| | Mark Hall | 02/26/2019 | $ 3,125.00 | Salary |
| | Mark Hall | 03/08/2019 | $ 3,125.00 | Salary |
| | Mark Hall | 03/26/2019 | $ 3,125.00 | Salary |
| | Mark Hall | 04/10/2019 | $ 3,125.00 | Salary |
| | Mark Hall | 04/26/2019 | $ 3,125.00 | Salary |
| | Mark Hall | 05/10/2019 | $ 3,125.00 | Salary |
| | Mark Hall | 05/24/2019 | $ 3,125.00 | Salary |
| | Mark Hall | 06/10/2019 | $ 3,125.00 | Salary |
| | Mark Hall | 06/26/2019 | $ 3,125.00 | Salary |
| | Mark Hall | 07/10/2019 | $ 3,125.00 | Salary |
| | Mark Hall | 07/26/2019 | $ 3,125.00 | Salary |
| | Mark Hall | 08/09/2019 | $ 3,125.00 | Salary |
| | Mark Hall | 08/26/2019 | $ 3,125.00 | Salary |
| | Mark Hall | 09/10/2019 | $ 3,125.00 | Salary |
| | Mark Hall | 09/26/2019 | $ 3,125.00 | Salary |
| | Mark Hall | 10/10/2019 | $ 3,125.00 | Salary |
| | Mark Hall | 10/25/2019 | $ 3,125.00 | Salary |
| | Mark Hall | 11/10/2019 | $ 3,125.00 | Salary |
| | | | *$ 374,073.40* | |
| | | | | |
| Chad Hall | Chad Hall | 02/07/2019 | $ 500.00 | Director Fee |
| 17671 Irvine Blvd., Ste 217 | Chad Hall | 05/09/2019 | $ 500.00 | Director Fee |
| Tustin, CA 92780 | Chad Hall | 10/30/2019 | $ 500.00 | Director Fee |
| | C. Hall GRAT I | 03/04/2019 | $ 28,050.00 | Dividends |
| Shareholder/Board Member | C. Hall GRAT I | 08/05/2019 | $ 112,200.00 | Dividends |
| | C. Hall GRAT II | 03/04/2019 | $ 28,050.00 | Dividends |
| | C. Hall GRAT II | 08/05/2019 | $ 112,200.00 | Dividends |
| | Chad T. Hall Irrevocable Tru | 03/04/2019 | $ 567.00 | Dividends |
| | Chad T. Hall Irrevocable Tru | 08/05/2019 | $ 2,267.00 | Dividends |
| | Expense Reimbursement or | Various | $ 5,101.86 | Expenses |
| | Blue Shield of California | 01/25/2019 | $ 1,950.22 | Health Insurance |
| | Blue Shield of California | 02/20/2019 | $ 1,950.22 | Health Insurance |
| | Blue Shield of California | 03/18/2019 | $ 1,950.22 | Health Insurance |
| | Blue Shield of California | 04/18/2019 | $ 1,950.22 | Health Insurance |
| | Blue Shield of California | 05/21/2019 | $ 1,950.22 | Health Insurance |
| | Blue Shield of California | 06/17/2019 | $ 1,950.22 | Health Insurance |
| | Blue Shield of California | 07/22/2019 | $ 1,950.22 | Health Insurance |
| | Blue Shield of California | 08/19/2019 | $ 1,950.22 | Health Insurance |
| | Blue Shield of California | 09/23/2019 | $ 1,950.22 | Health Insurance |
| | Blue Shield of California | 10/25/2019 | $ 1,950.22 | Health Insurance |
| | Chad Hall | 01/25/2019 | $ 3,125.00 | Salary |
| | Chad Hall | 02/08/2019 | $ 3,125.00 | Salary |
| | Chad Hall | 02/26/2019 | $ 3,125.00 | Salary |
| | Chad Hall | 03/08/2019 | $ 3,125.00 | Salary |
| | Chad Hall | 03/26/2019 | $ 3,125.00 | Salary |
| | Chad Hall | 04/10/2019 | $ 3,125.00 | Salary |
| | Chad Hall | 04/26/2019 | $ 3,125.00 | Salary |
| | Chad Hall | 05/10/2019 | $ 3,125.00 | Salary |
| | Chad Hall | 05/24/2019 | $ 3,125.00 | Salary |
| | Chad Hall | 06/10/2019 | $ 3,125.00 | Salary |
| | Chad Hall | 06/26/2019 | $ 3,125.00 | Salary |

4 - Payments or other transfers of property made within 1 year before filing this case that benefited any insider

Bridgemark Corporation

Case # 8:20-bk-10143-TA

| Insider's name and address<br>Relationship to debtor | Paid To | Date | Amount | Reason |
|---|---|---|---|---|
| | Chad Hall | 07/10/2019 | $ 3,125.00 | Salary |
| | Chad Hall | 07/26/2019 | $ 3,125.00 | Salary |
| | Chad Hall | 08/09/2019 | $ 3,125.00 | Salary |
| | Chad Hall | 08/26/2019 | $ 3,125.00 | Salary |
| | Chad Hall | 09/10/2019 | $ 3,125.00 | Salary |
| | Chad Hall | 09/26/2019 | $ 3,125.00 | Salary |
| | Chad Hall | 10/10/2019 | $ 3,125.00 | Salary |
| | Chad Hall | 10/25/2019 | $ 3,125.00 | Salary |
| | Chad Hall | 11/10/2019 | $ 3,125.00 | Salary |
| | | | **$ 371,938.06** | |
| | | | | |
| Robert Hall | Robert Hall | 01/31/2019 | $ 500.00 | Director Fee |
| 17671 Irvine Blvd., Ste 217 | Robert Hall | 02/07/2019 | $ 500.00 | Director Fee |
| Tustin, CA 92780 | Robert Hall | 02/28/2019 | $ 500.00 | Director Fee |
| | Robert Hall | 03/28/2019 | $ 500.00 | Director Fee |
| Shareholder/Board Member/Officer | Robert Hall | 04/30/2019 | $ 500.00 | Director Fee |
| | Robert Hall | 05/09/2019 | $ 500.00 | Director Fee |
| | Robert Hall | 05/30/2019 | $ 500.00 | Director Fee |
| | Robert Hall | 06/26/2019 | $ 500.00 | Director Fee |
| | Robert Hall | 07/30/2019 | $ 500.00 | Director Fee |
| | Robert Hall | 08/29/2019 | $ 500.00 | Director Fee |
| | Robert Hall | 12/27/2019 | $ 500.00 | Director Fee |
| | Robert Hall | 10/30/2019 | $ 500.00 | Director Fee |
| | Hall Investment Trust I | 03/04/2019 | $ 163,350.00 | Dividends |
| | Hall Investment Trust I | 08/05/2019 | $ 653,400.00 | Dividends |
| | Hall Investment Trust II | 03/04/2019 | $ 163,350.00 | Dividends |
| | Hall Investment Trust II | 08/05/2019 | $ 653,400.00 | Dividends |
| | Robert J. Hall Family Trust | 03/04/2019 | $ 3,300.00 | Dividends |
| | Robert J. Hall Family Trust | 08/05/2019 | $ 13,200.00 | Dividends |
| | Casa Real LP | 02/15/2019 | $ 24,849.34 | Net Profits |
| | Casa Real LP | 05/09/2019 | $ 23,781.65 | Net Profits |
| | Casa Real LP | 08/05/2019 | $ 27,861.32 | Net Profits |
| | Casa Real LP | 10/25/2019 | $ 20,018.86 | Net Profits |
| | Robert Hall | 01/25/2019 | $ 3,958.33 | Salary |
| | Robert Hall | 02/08/2019 | $ 3,958.33 | Salary |
| | Robert Hall | 02/26/2019 | $ 3,958.33 | Salary |
| | Robert Hall | 03/08/2019 | $ 3,958.33 | Salary |
| | Robert Hall | 03/26/2019 | $ 3,958.33 | Salary |
| | Robert Hall | 04/10/2019 | $ 3,958.33 | Salary |
| | Robert Hall | 04/26/2019 | $ 3,958.33 | Salary |
| | Robert Hall | 05/10/2019 | $ 3,958.33 | Salary |
| | Robert Hall | 05/24/2019 | $ 3,958.33 | Salary |
| | Robert Hall | 06/10/2019 | $ 3,958.33 | Salary |
| | Robert Hall | 06/26/2019 | $ 3,958.33 | Salary |
| | Robert Hall | 07/10/2019 | $ 3,958.33 | Salary |
| | Robert Hall | 07/26/2019 | $ 3,958.33 | Salary |
| | Robert Hall | 08/09/2019 | $ 3,958.33 | Salary |
| | Robert Hall | 08/26/2019 | $ 3,958.33 | Salary |
| | Robert Hall | 09/10/2019 | $ 3,958.33 | Salary |
| | Robert Hall | 09/26/2019 | $ 3,958.33 | Salary |
| | Robert Hall | 10/10/2019 | $ 3,958.33 | Salary |
| | Robert Hall | 10/25/2019 | $ 3,958.33 | Salary |
| | Robert Hall | 11/10/2019 | $ 3,958.33 | Salary |
| | Calif. DMV | 06/14/2019 | $ 484.00 | Ford Expedition registration |
| | Robert Hall | | | Personal use of 2007 Ford Expediti |
| | | | **$ 1,831,677.77** | |

4 - Payments or other transfers of property made within 1 year before filing this case that benefited any insider

Bridgemark Corporation

Case # 8:20-bk-10143-TA

| Insider's name and address Relationship to debtor | Paid To | Date | Amount | Reason |
|---|---|---|---|---|
| Carl Hall | Carl Hall | 02/07/2019 | $ 500.00 | Director Fee |
| 17671 Irvine Blvd., Ste 217 | Carl Hall | 05/09/2019 | $ 500.00 | Director Fee |
| Tustin, CA 92780 | Carl Hall | 10/30/2019 | $ 250.00 | Director Fee |
| | | | **$ 1,250.00** | |
| Board Member | | | | |
| | | | | |
| Kevin Mugavero | Kevin Mugavero | 02/07/2019 | $ 500.00 | Director Fee |
| 17671 Irvine Blvd., Ste 217 | Kevin Mugavero | 05/09/2019 | $ 500.00 | Director Fee |
| Tustin, CA 92780 | Kevin Mugavero | 10/30/2019 | $ 500.00 | Director Fee |
| | Expense Reimbursement or | Various | $ 11,814.37 | Expenses |
| Board Member/Officer | Blue Shield of California | 01/21/2019 | $ 1,926.44 | Health Insurance |
| | Blue Shield of California | 02/18/2019 | $ 1,926.44 | Health Insurance |
| | Blue Shield of California | 03/18/2019 | $ 1,926.44 | Health Insurance |
| | Blue Shield of California | 04/22/2019 | $ 1,926.44 | Health Insurance |
| | Blue Shield of California | 05/21/2019 | $ 1,926.44 | Health Insurance |
| | Blue Shield of California | 06/20/2019 | $ 1,926.44 | Health Insurance |
| | Blue Shield of California | 07/22/2019 | $ 1,926.44 | Health Insurance |
| | Blue Shield of California | 08/19/2019 | $ 1,926.44 | Health Insurance |
| | Blue Shield of California | 09/23/2019 | $ 1,926.44 | Health Insurance |
| | Blue Shield of California | 10/25/2019 | $ 1,926.44 | Health Insurance |
| | Blue Shield of California | 11/25/2019 | $ 1,926.44 | Health Insurance |
| | Blue Shield of California | 12/27/2019 | $ 1,926.44 | Health Insurance |
| | Minnesota Life Insurance C | 06/06/2019 | $ 7,340.00 | Life Insurance |
| | Kevin Mugavero | 01/25/2019 | $ 6,500.00 | Salary |
| | Kevin Mugavero | 02/08/2019 | $ 6,000.00 | Salary |
| | Kevin Mugavero | 02/26/2019 | $ 45,285.00 | Salary & Bonus |
| | Kevin Mugavero | 03/08/2019 | $ 6,000.00 | Salary |
| | Kevin Mugavero | 03/26/2019 | $ 6,000.00 | Salary |
| | Kevin Mugavero | 04/10/2019 | $ 6,000.00 | Salary |
| | Kevin Mugavero | 04/26/2019 | $ 6,000.00 | Salary |
| | Kevin Mugavero | 05/10/2019 | $ 54,795.00 | Salary & Bonus |
| | Kevin Mugavero | 05/24/2019 | $ 6,000.00 | Salary |
| | Kevin Mugavero | 06/10/2019 | $ 6,000.00 | Salary |
| | Kevin Mugavero | 06/26/2019 | $ 6,000.00 | Salary |
| | Kevin Mugavero | 07/10/2019 | $ 6,000.00 | Salary |
| | Kevin Mugavero | 07/26/2019 | $ 6,000.00 | Salary |
| | Kevin Mugavero | 08/09/2019 | $ 6,000.00 | Salary |
| | Kevin Mugavero | 08/12/2019 | $ 56,751.00 | Bonus |
| | Kevin Mugavero | 08/26/2019 | $ 6,000.00 | Salary |
| | Kevin Mugavero | 09/10/2019 | $ 6,000.00 | Salary |
| | Kevin Mugavero | 09/26/2019 | $ 6,000.00 | Salary |
| | Kevin Mugavero | 10/10/2019 | $ 6,000.00 | Salary |
| | Kevin Mugavero | 10/25/2019 | $ 6,000.00 | Salary |
| | Kevin Mugavero | 10/30/2019 | $ 41,967.00 | Bonus |
| | Kevin Mugavero | 11/10/2019 | $ 7,449.00 | Salary & Bonus |
| | Kevin Mugavero | 11/26/2019 | $ 6,000.00 | Salary |
| | Kevin Mugavero | 12/10/2019 | $ 11,676.86 | Salary & Vacation |
| | Kevin Mugavero | 12/26/2019 | $ 14,166.66 | Salary |
| | | | **$ 371,047.80** | |
| | | | | |
| Carolyn Prentice-Curry | Carolyn Prentice-Curry | 02/07/2019 | $ 500.00 | Director Fee |
| 17671 Irvine Blvd., Ste 217 | Carolyn Prentice-Curry | 05/09/2019 | $ 500.00 | Director Fee |
| Tustin, CA 92780 | Carolyn Prentice-Curry | 01/18/2019 | $ 5,750.00 | Services |
| | Carolyn Prentice-Curry | 01/31/2019 | $ 6,900.00 | Services |
| Officer | Carolyn Prentice-Curry | 02/15/2019 | $ 6,440.00 | Services |

4 - Payments or other transfers of property made within 1 year before filing this case that benefited any insider

Bridgemark Corporation

Case # 8:20-bk-10143-TA

| Insider's name and address Relationship to debtor | Paid To | Date | Amount | Reason |
|---|---|---|---|---|
| | Carolyn Prentice-Curry | 03/01/2019 | $ 4,715.00 | Services |
| | Carolyn Prentice-Curry | 03/18/2019 | $ 6,555.00 | Services |
| | Carolyn Prentice-Curry | 03/19/2019 | $ 4,945.00 | Services |
| | Carolyn Prentice-Curry | 04/16/2019 | $ 5,347.50 | Services |
| | Carolyn Prentice-Curry | 04/30/2019 | $ 4,945.00 | Services |
| | Carolyn Prentice-Curry | 05/15/2019 | $ 5,520.00 | Services |
| | Carolyn Prentice-Curry | 05/31/2019 | $ 2,127.50 | Services |
| | Carolyn Prentice-Curry | 05/31/2019 | $ 5,290.00 | Services |
| | Carolyn Prentice-Curry | 06/17/2019 | $ 4,694.50 | Services |
| | Carolyn Prentice-Curry | 06/28/2019 | $ 5,635.00 | Services |
| | Carolyn Prentice-Curry | 07/16/2019 | $ 4,887.50 | Services |
| | Carolyn Prentice-Curry | 07/16/2019 | $ 1,955.00 | Services |
| | Carolyn Prentice-Curry | 08/01/2019 | $ 6,575.00 | Services |
| | Carolyn Prentice-Curry | 08/16/2019 | $ 4,485.00 | Services |
| | Carolyn Prentice-Curry | 08/16/2019 | $ 3,910.00 | Services |
| | Carolyn Prentice-Curry | 08/30/2019 | $ 7,163.54 | Services |
| | Carolyn Prentice-Curry | 09/16/2019 | $ 805.00 | Services |
| | Carolyn Prentice-Curry | 09/16/2019 | $ 5,520.00 | Services |
| | Carolyn Prentice-Curry | 10/01/2019 | $ 6,612.50 | Services |
| | Carolyn Prentice-Curry | 10/15/2019 | $ 8,855.00 | Services |
| | | | *$ 120,633.04* | |

<u>RIDER NO. 21</u>

21 - Property the Debtor Holds or Controls That the Debtor Does Not Own

Bridgemark Corporation

Case # 8:20-bk-10143-TA

**With the exception of the entry for McCom Oil (for which it is unclear at this time what interest, if any, the debtor has in the fund listed), the amounts set forth below are for royalties owing to the Debtor's royalty holders.**

| Name | Street1 | Street2 | City | State | Zip | Location of Property | Value |
|------|---------|---------|------|-------|-----|----------------------|-------|
| Mecom Oil, LLC | 9545 Katy Freeway | Suite 100 | Houston | TX | 77024 | Bank of Oklahoma - 9010 | 483,973.74 |
| Helen L. Anderson | 954 West 30th Street | | Los Angeles | CA | 90007 | Bridgemark DIP Account | 23,888.52 |
| Kevin Wilbur | 245 Ridgelake Drive | | Placentia | CA | 92878 | Bridgemark DIP Account | 658.09 |
| Agnes Hardy Barnett | c/o Agnes I. Hardy | 172 Roxanne Lane | Corona | CA | 92882 | Bridgemark DIP Account | 1,908.46 |
| Robert John Bear | 21 Glen Echo | | Dove Canyon | CA | 92679 | Bridgemark DIP Account | 2,917.52 |
| Marilyn Francis Beard | P. O. Box 70 | | Alvadore | OR | 97409 | Bridgemark DIP Account | 192.67 |
| James J. Bogue | 18 C. Pilgrim Drive | | Westford | MA | 01886 | Bridgemark DIP Account | 646.49 |
| Maura W. Brady | 16 Summit Terrace | | Sparta | NJ | 07871 | Bridgemark DIP Account | 2,765.41 |
| Agua Tibia Ranch for Bradford Bros. | P. O. Box 578 | | Pauma Valley | CA | 92061 | Bridgemark DIP Account | 15,939.67 |
| Gabrielle C. Bradley | 16 Flint | | Marblehead | MA | 01945 | Bridgemark DIP Account | 12.78 |
| Louis Joseph Wunderlich | 6816 E. Valley Vista Lane | | Scottsdale | AZ | 85253-5349 | Bridgemark DIP Account | 110.15 |
| Margaret E. Buchanan | the Wee Hoose Glabe Road | | Easton | MD | 21601 | Bridgemark DIP Account | 1,187.31 |
| Diane Bugby | 31900 Callahan Road | | Scappoose | OR | 97056 | Bridgemark DIP Account | 236.35 |
| Monica V. Carman, Trustee of the | MVC Heritage Trust | 1008 Hidden Brook Ct | Minden | NV | 89423 | Bridgemark DIP Account | 4,324.23 |
| Pamela S. Cartwright | 545 E. Exeter Street | | Gladstone | OR | 97027-1705 | Bridgemark DIP Account | 47.30 |
| Casa Real LP | 17671 Irvine Blvd. , Ste. 215 | | Tustin | CA | 92780 | Bridgemark DIP Account | 14,982.14 |
| The Catherine S Chandler REV-TST | 1040 S. Orange Grove Blvd | #12 | Pasadena | CA | 91105 | Bridgemark DIP Account | 1,259.42 |
| D. McFarland Chandler Jr. Exec | 4116 W. Magnolia, Bldg #204 | Chandler-Pacific Invest. Bldg | Burbank | CA | 91505 | Bridgemark DIP Account | 314.85 |
| D.McFarland Chandler, 01-63050 | Northern Trust Bank of CA, Trs | P O. Box 226270 | Dallas | TX | 75222-6270 | Bridgemark DIP Account | 459.22 |
| Whitney Chandler | 1040 S. Orange Grove Blvd., 12 | | Pasadena | CA | 91105 | Bridgemark DIP Account | 288.33 |
| Cathy Clements | 950 S. Appaloosa Way | | Anaheim Hills | CA | 92808 | Bridgemark DIP Account | 931.76 |
| John S. Clements | 509 N. Prospectors Road | | Diamond Bar | CA | 91765 | Bridgemark DIP Account | 482.96 |
| Richard R. Clements | Richard & Karen Clements Family Trust, PNB 177 | 2201 E. Willow St., Ste. D | Signal Hill | CA | 90755 | Bridgemark DIP Account | 1,863.53 |
| Amy MacBride | 44 Pasarela #104 | | Rancho Mission Viejo | CA | 92694-2444 | Bridgemark DIP Account | 36.56 |
| Jane Bassett Collins | 1855 E. Rose #10D | | Orange | CA | 92667 | Bridgemark DIP Account | 546.06 |
| Ronald E Coppock Jr | 6227 Comstock Avenue | | Whittier | CA | 90601 | Bridgemark DIP Account | 31.90 |
| Marianne P. Covington | 16132 Uranimite ST NW | | Ramsey | MN | 55303 | Bridgemark DIP Account | 2,226.31 |
| Ruth Ann Cromwell | 87820 Limpit Lane | | Florance | OR | 97439 | Bridgemark DIP Account | 2.43 |
| Nicole Daniels | 320 San Miguel Road | | Pasadena | CA | 91105-1446 | Bridgemark DIP Account | 803.75 |
| Orrin P. Daniels | c/o Gary Wheatcroft | 595 E. Colorado., Ste. 810 | Pasadena | CA | 91101 | Bridgemark DIP Account | 971.94 |
| Judith M. Davies | 22 Hastie Way | | Oroville | CA | 95966 | Bridgemark DIP Account | 1,598.15 |
| Dean Witter & Co., Inc | 101 California Street | | San Francisco | CA | 94111 | Bridgemark DIP Account | 2,522.09 |
| The Estate of Gus C.Dedes | P.O. Box 1838 | | Chino Hills | CA | 91709 | Bridgemark DIP Account | 149.12 |
| Jamie L. Dinkler Trust u/d/t 4-21-06 | 1641 West Wild Rose Circle | | St. George | UT | 84790 | Bridgemark DIP Account | 1,974.32 |
| Robert E. Pearson, Trustee of the | Maurice A. Enderle Trust Dated 2-4-88 | 17782 E. 17th St., Suite 109 | Tustin | CA | 92780 | Bridgemark DIP Account | 326.15 |
| W.O. and M.K. Enderle Trust | 7559 East Lompoc Circle | | Mesa | AZ | 85209 | Bridgemark DIP Account | 147.22 |
| Thelma & Jack Evans Trust | Wells Fargo Bank, N.S. | P.O. Box 5383 | Denver | CO | 80217-5825 | Bridgemark DIP Account | 118.80 |
| Thelma & Jack Evans Trust | Wells Fargo Bank, N.A. | P.O. Box 5383 | Denver | CO | 80217-5825 | Bridgemark DIP Account | 118.80 |
| Harry Claude Farquhar | 4819 Poe Avenue | | Woodland Hills | CA | 91364 | Bridgemark DIP Account | 1,465.49 |

| Name | Address 1 | Address 2 | City | State | ZIP | Account | Amount |
|---|---|---|---|---|---|---|---|
| Orrin P. Daniels | c/o Gary Wheatcroft | 595 E. Colorado., Ste. 810 | Pasadena | CA | 91101 | Bridgemark DIP Account | 971.94 |
| Judith M. Davies | 22 Hastie Way | | Oroville | CA | 95966 | Bridgemark DIP Account | 1,598.15 |
| Dean Witter & Co., Inc | 101 California Street | | San Francisco | CA | 94111 | Bridgemark DIP Account | 2,522.09 |
| The Estate of Gus C.Dedes | P.O. Box 1838 | | Chino Hills | CA | 91709 | Bridgemark DIP Account | 149.12 |
| Jamie L. Dinkler Trust u/d/t 4-21-06 | 1641 West Wild Rose Circle | | St. George | UT | 84790 | Bridgemark DIP Account | 1,974.32 |
| Robert E. Pearson, Trustee of the | Maurice A. Enderle Trust Dated 2-4-88 | 17782 E. 17th St., Suite 109 | Tustin | CA | 92780 | Bridgemark DIP Account | 326.15 |
| W.O. and M.K.  Enderle Trust | 7559 East Lompoc Circle | | Mesa | AZ | 85209 | Bridgemark DIP Account | 147.22 |
| Thelma & Jack Evans Trust | Wells Fargo Bank, N.S. | P.O. Box 5383 | Denver | CO | 30217-5825 | Bridgemark DIP Account | 118.80 |
| Thelma & Jack Evans Trust | Wells Fargo Bank, N.A. | P.O. Box 5383 | Denver | CO | 30217-5825 | Bridgemark DIP Account | 118.80 |
| Harry Claude Farquhar | 4819 Poe Avenue | | Woodland Hills | CA | 91364 | Bridgemark DIP Account | 1,465.49 |
| Lenore Leonard Fletcher | P.O. Box 797 | | Manchester | VT | 05254 | Bridgemark DIP Account | 896.18 |
| SA Foot | | | | | | Bridgemark DIP Account | 156.20 |
| Vernon L Frederick & Jeanne W. Fred | 847 Norma Drive | | Pismo Beach | CA | 93449 | Bridgemark DIP Account | 723.97 |
| Angela Friedman | 18802 Colony Circle | | Villa Park | CA | 92861-4307 | Bridgemark DIP Account | 498.91 |
| Barbara Ann Fried | P.O. Box 1946 | | Orleans | MA | 02653 | Bridgemark DIP Account | 638.82 |
| Frontera, LLC | 2518 N. Santiago Blvd. | | Orange | CA | 92867 | Bridgemark DIP Account | 6,998.32 |
| Paul Goerk | 4034 B Cortez Drive | | Tampa | FL | 33614 | Bridgemark DIP Account | 638.83 |
| Randy Gonzalez | 245 Apt. A Boardwalk Ct. | | San Bruno | CA | 34066-2221 | Bridgemark DIP Account | 48.70 |
| Carol Gonzalez (Kraut) | 137 Temelec Circle | | Sonoma | CA | 95476 | Bridgemark DIP Account | 48.70 |
| William Gonzalez, Jr. | 815 Craig Avenue | | Sonoma | CA | 95476 | Bridgemark DIP Account | 680.61 |
| Todd R Habliston & Kathleen L Hablis | Trustees of the Habliston Family Trust, dated | 2698 S. Zinnia Ct. | Lakewood | CO | 80228 | Bridgemark DIP Account | 130.84 |
| Marsha Ann Hald | 11361 Arroyo Avenue | | Santa Ana | CA | 92705 | Bridgemark DIP Account | 493.57 |
| Manly P. Hall | 3910 Los Feliz Road | | Los Angeles | CA | 90027 | Bridgemark DIP Account | 1,589.24 |
| Caroline H. Hansen Rev. Trust | 40 CR 126 | | Espanola | NM | 87532 | Bridgemark DIP Account | 94.66 |
| Edward H. Hawkins | P.O. Box 423 | | Foreman | AZ | 71836 | Bridgemark DIP Account | 2,638.02 |
| Shirley Cox Hawkins | P.O. Box 115 | | Forman | AZ | 71836 | Bridgemark DIP Account | 306.53 |
| Jean E. Heinrichs | 3 Torrey Pines Lane | | Newport Beach | CA | 92660 | Bridgemark DIP Account | 952.24 |
| Mary P. Helwick | 141 Sharon Drive | | Pomona | CA | 91767 | Bridgemark DIP Account | 376.45 |
| Frank T. Hoffman | R D #2 | | Santa Ana | CA | 92711 | Bridgemark DIP Account | 621.62 |
| Allison Honer | 210 W. 19th Street | | Santa Ana | CA | 92706 | Bridgemark DIP Account | 84.29 |
| Alexis Duncan Hunter | 817 2nd Street | | Santa Monica | CA | 90403 | Bridgemark DIP Account | 2,940.58 |
| Francesca Castagnola Hunter | 2793 Sycamore Canyon Rd. | | Santa Barbara | CA | 93108 | Bridgemark DIP Account | 197.32 |
| Katherine Diana Hunter | 61 Catalpa Avenue | | Mill Valley | CA | 94941 | Bridgemark DIP Account | 3.84 |
| Sally MacRae Hunter | 1994 San Pasqual Street | | Pasadena | CA | 91107 | Bridgemark DIP Account | 488.89 |
| Anthony D. Hunter | 11381 Prosperity Farms Road | Apt 58 | Palm Beach Garder | FL | 33410-3459 | Bridgemark DIP Account | 209.70 |
| Derek K. Hunter | 10121 Miller Avenue, S-200 | | Cupertino | CA | 95014 | Bridgemark DIP Account | 460.53 |
| Ramona L. Jewell | P. O. Box 323 | | Shirley | AR | 72153 | Bridgemark DIP Account | 76.88 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Johnstone Family Trust | 1411 Rockledge Lane #1 | | Walnut Creek | CA | 94595 | Bridgemark DIP Account | 182.75 |
| Lena Karnes | 121 S. Spruce Avenue | | Montebello | CA | 90640 | Bridgemark DIP Account | 180.00 |
| Estate of Georga V. Kenawell | Decd. | 355-A Avenida Sevilla | Laguna Hills | CA | 92653 | Bridgemark DIP Account | 3,962.12 |
| Mary Beth Rodd | 10 Baytree Circle | | Boynton Beach | FL | 33436 | Bridgemark DIP Account | 46.85 |
| Shirley J. Kocyon | 5901-C Sundale Ave | | Bakersfield | CA | 93309 | Bridgemark DIP Account | 2,651.19 |
| John T. Kraemer | 777 South Hwy 101, Suite 210 | | Solana Beach | CA | 92075 | Bridgemark DIP Account | 921.04 |
| Lucille Lamber and Barbara A. | Tucker, Co-Execs., CW Lambert | 11911 SW Lambert Road | Irvine | CA | 92718 | Bridgemark DIP Account | 106.34 |
| H.B. Solloway Tst U/W P.W.Lang | Ralph N. Snow | 428 W. 5th Street | San Pedro | CA | 90731 | Bridgemark DIP Account | 850.54 |
| Eileen Brigid Landau | 20 Cervantes Place | | Newport Beach | CA | 92660 | Bridgemark DIP Account | 3,125.01 |
| Ashleigh Layne | 4607 Granada Circle | | Santa Barbara | CA | 93110 | Bridgemark DIP Account | 119.16 |
| Barbara Jane Swann-Herbert | 55 Cathedral Rock Dr., #28 | | Sedona | AZ | 86351 | Bridgemark DIP Account | 92.52 |
| Yvonne Luchau, Trustee | 17936 Los Vasos | | Fountain Valley | CA | 92708 | Bridgemark DIP Account | 493.57 |
| Mignon Marow Toledo Trust | 9222 Corbin Ave | | Northridge | CA | 91324 | Bridgemark DIP Account | 113.52 |
| Gary A. Marow Trust | 559 Faith Avenue | | Cardiff | CA | 92007 | Bridgemark DIP Account | 113.50 |
| Janice McGovney | 394 N. Lincoln Street | | Orange | CA | 92866-1209 | Bridgemark DIP Account | 1,974.30 |
| Patrick McGovney | 1000 Mayfair Drive | | Dixon | CA | 95620 | Bridgemark DIP Account | 3,808.98 |
| John Myron McIntyre | 5445 Benicia Avenue | | Kingsburg | CA | 93631 | Bridgemark DIP Account | 174.46 |
| McIntyre Trust #807448 305 | Wells Fargo Bank | P.O. Box 5383 | Denver | CO | 80217 | Bridgemark DIP Account | 8.21 |
| Milstate Company | c/o First State Bank, Trst Dep | P.O. Box 272 | Portland | OR | 97207 | Bridgemark DIP Account | 1,344.56 |
| The A. P. c/o Dario Lopez | Reforma 350, 9o piso | Col. Juarez CP 06600 | MexicoDF, Mexico | | | Bridgemark DIP Account | 405.40 |
| Elizabeth Renton Miller | 3005 San Fernando Road | | Atascadero | CA | 93422 | Bridgemark DIP Account | 376.87 |
| Heather Mills D'Augustine | 2039 Avon Street | | Los Angeles | CA | 90026 | Bridgemark DIP Account | 540.53 |
| Kim Lopez Mills - c/o Judith M. Davie | Calle Luna 42 Casa 5 | | Jardines de Cuerna | | 62360 | Bridgemark DIP Account | 405.40 |
| Tedi Lopez Mills c/o Judith M. Davies | 22 Hastie Way | | Oroville | CA | 95966 | Bridgemark DIP Account | 405.40 |
| Merrill, Lynch, Pierce, Fanner | & Smith, Inc | 165 Broadway | New York | NY | 10080 | Bridgemark DIP Account | 3,137.08 |
| Jacqueline Mae Morris | 85883 Cougar Lane | | Eugene | OR | 97402-9255 | Bridgemark DIP Account | 13.77 |
| JS Morse & AR Morse Trust, U/D/T 1: | 15463 El Camino Grande | | Saratoga | CA | 95070 | Bridgemark DIP Account | 4,455.02 |
| Beatrice M. Murray | 39798 Avenida Miguel Oeste | | Murrieta | CA | 92563 | Bridgemark DIP Account | 152.03 |
| Karen Niles | 2915 Lakeridge Drive | | Los Angeles | CA | 90068 | Bridgemark DIP Account | 395.87 |
| Esther Newell Lamhofer Trust B | c/o Northern Trust, NA | P.O. Box 226270 | Dallas | TX | 75222-6270 | Bridgemark DIP Account | 535.27 |
| Northern Trust Bank of Texas | Northern Tr of Ca #23-91871 | P.O. Box 226270 | Dallas | TX | 75222 | Bridgemark DIP Account | 6,112.93 |
| O.B.O. Holdings, Inc. | 616 S. Woodland St | | Orange | CA | 92869 | Bridgemark DIP Account | 4,821.01 |
| O'Donnell Oil Company | P.O. Box 866 | | Rancho Santa Fe | CA | 92067 | Bridgemark DIP Account | 988.30 |
| Griffith D. Page | 14838 E. Whittier Blvd. | | Whittier | CA | 90605 | Bridgemark DIP Account | 78.64 |
| Jerome W. Parks | 659 Vista Bonita | | Newport Beach | CA | 92660 | Bridgemark DIP Account | 105.03 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Sheri C. Parks, Trustee of | The Sheri C. Parks Trst dated 7/3/16 | 659 Vista Bonita | Newport Beach | CA | 92660 | Bridgemark DIP Account | 13.77 |
| Christine V. Pate | 1144 Glorietta Blvd | | Coronado | CA | 92118 | Bridgemark DIP Account | 240.20 |
| Douglas D. Paterson | 137 East 21st Street | | San Bernardino | CA | 92404 | Bridgemark DIP Account | 116.63 |
| Megan W. Pierson | 4 Brady Ln. | | Menlo | CA | 94025 | Bridgemark DIP Account | 340.60 |
| Michael P. Politiski | PO Box 2351 | | Idyllwild | CA | 92549-2351 | Bridgemark DIP Account | 2,226.29 |
| Ridley J. Politiski | 2396 Cutting Horse Trail | | Frisco | TX | 75034 | Bridgemark DIP Account | 2,226.29 |
| Peter Earnshaw | 2401 Button Court | | Santa Rosa | CA | 95403 | Bridgemark DIP Account | 110.15 |
| David M. Renton | 15 Leeward Lane | | Riverside | CT | 06878 | Bridgemark DIP Account | 595.38 |
| Michelle Kirk Trustee of the | Margaret S. Rivera Revoc. Trst | 64 Fraser Lane | Ventura | CA | 93001 | Bridgemark DIP Account | 297.37 |
| Est. CF Robinson, GM Robinson | c/o Gladys M. Smith | 1505 Victor Place #7 | Wichita | KS | 67214 | Bridgemark DIP Account | 593.81 |
| Richard Roberts | 10224 W. Friar Lane | | Franklin | WI | 53732 | Bridgemark DIP Account | 14.65 |
| Janet M. Roberts | 105 W. Mission Road | | Green Bay | WI | 54301 | Bridgemark DIP Account | 14.65 |
| Dorcas Wells Rodi | 235 Emerald Bay | | Laguna Beach | CA | 92651 | Bridgemark DIP Account | 55.04 |
| Micheal Roney | P.O. Box 10242 | | San Jose | CA | 95157 | Bridgemark DIP Account | 1,944.62 |
| Douglas Roth | 550 Whiskey Hill Road | | Woodside | CA | 94062 | Bridgemark DIP Account | 83.73 |
| Richard Roth | P.O. Box 509 | | Park City | UT | 84060 | Bridgemark DIP Account | 6,173.58 |
| RDI Royalty Distributors, Inc., | P. O. Box 24116 | | Tempe | AZ | 85285 | Bridgemark DIP Account | 3,045.49 |
| J.R. Rutherford | | | | | | Bridgemark DIP Account | 3,579.60 |
| E.J. Sadler | Title Ins. & Trust Co. | 700 Wilshire Blvd. | Los Angeles | CA | 90017 | Bridgemark DIP Account | 1,226.47 |
| Fred Salyer | Salyer Land Company | P.O. Box 488 | Corcoran | CA | 93212 | Bridgemark DIP Account | 63.80 |
| Scott Salyer Revocable Trust | 300 Sky Park Drive | | Monterey | CA | 93430 | Bridgemark DIP Account | 32.95 |
| A.L. Sample | 1876 Las Lunas Street | | Pasadena | CA | 91107 | Bridgemark DIP Account | 408.93 |
| Susan Nadine Saunders | 1517 Abbey Road | | El Reno | OK | 73036 | Bridgemark DIP Account | 71.62 |
| Nancy Roth Sasser | 2917 88th Ave NW | | Gig Harbor | WA | 98335 | Bridgemark DIP Account | 83.73 |
| Susan Saunders | 1517 Abbey Road | | El Reno | OK | 73036 | Bridgemark DIP Account | 22.96 |
| Barbara R. Scott | P.O. Box 27 | | Point Arena | CA | 95468 | Bridgemark DIP Account | 83.73 |
| Ethel Severson Living Trust | 730 Santiago | | Long Beach | CA | 90804 | Bridgemark DIP Account | 3,727.05 |
| Mary E. McHale | 1413 W Water Avenue | | Spokane | WA | 99201 | Bridgemark DIP Account | 306.90 |
| Bradford Alan Sherman | 14140 Moorpark St, Ste 409 | | Sherman Oaks | CA | 91423 | Bridgemark DIP Account | 444.32 |
| Sherman Ranch Trust | 628 32nd Avenue | | Seattle | WA | 98122 | Bridgemark DIP Account | 1,573.51 |
| Ryan Todd Sherman | 628 32nd Street | | Seattle | WA | 98122 | Bridgemark DIP Account | 310.62 |
| Clinton Russell Sherman | PO Box 11770 | | Portland | OR | 97211 | Bridgemark DIP Account | 625.17 |
| Geo W. Shuey | c/o Beaulah M. Shuey | 2231- 13th Street | Boulder | CO | 90302 | Bridgemark DIP Account | 593.81 |
| Jeanne Pauline Siegel | P.O. Box 332 | | Tustin | CA | 92680 | Bridgemark DIP Account | 61.46 |
| Sillain Simon | 633 Howard Avenue, Ste 400 | | Los Angeles | CA | 90017 | Bridgemark DIP Account | 1,944.61 |
| W.G. Smith | c/o WR Smith | 219- 4th Street | Pacific Grove | CA | 93950 | Bridgemark DIP Account | 408.93 |
| Marie E. Burleson | 85395 Edenvale Road | | Pleasant Hill | OR | 97455 | Bridgemark DIP Account | 155.01 |

| Name | Address 1 | Address 2 | City | State | ZIP | Account | Amount |
|---|---|---|---|---|---|---|---|
| J.A. Smith | 417 S. Hill Street | | Los Angeles | CA | 90012 | Bridgemark DIP Account | 1,172.29 |
| Karen Alison Edwards Smith | PO Box 122 | | Needles | CA | 92363 | Bridgemark DIP Account | 46.12 |
| Warren & Egypt Soward Trustt | Debi Rhinehart, Successor Trustee | 13215 Penn Street #101 | Whittier | CA | 90602-4719 | Bridgemark DIP Account | 94.66 |
| Deborah Spaulding | 1031 N. Indian Hill Road | | Claremont | CA | 91711 | Bridgemark DIP Account | 1.83 |
| Spindletop Exploration Co. Inc | P.O. Box 678548 | | Dallas | TX | 75267-8548 | Bridgemark DIP Account | 27.54 |
| Emma Marie Stimpel | 4470 Mammoth Avenue | | Sherman Oaks | CA | 91503 | Bridgemark DIP Account | 68.76 |
| Jane Studham | 1435 East Rancho Drive | | Phoenix | AZ | 85014 | Bridgemark DIP Account | 1,178.83 |
| Katheen A. Taylor | c/o Kathleen A. Nickell | 3826 W. Eva | Phoenix | AZ | 85021 | Bridgemark DIP Account | 784.08 |
| Nancy A. Cornelissen | 37307 Mistletoe Road | | Squaw Valley | CA | 93765 | Bridgemark DIP Account | 116.06 |
| Kathryn C. Tilton, Trustee | Surviors Recoverable Trust | 7604 Waterside Place | Denton | TX | 76210 | Bridgemark DIP Account | 7,670.64 |
| Mary Jean Boyd Todd | 1001 River Lakes Parkway #212 | | Whitefish | MT | 59937 | Bridgemark DIP Account | 1,931.83 |
| Laurelle Claire Parker | 2610 Hemlock Avenue | | Morro Bay | CA | 93442 | Bridgemark DIP Account | 1,327.70 |
| William M. Tourellotte | 2277 Joplin Ct. So. | | Salem | OR | 97302 | Bridgemark DIP Account | 31.08 |
| Union Rescue Mission | P.O. Box 53629 | | Los Angeles | CA | 90053-0629 | Bridgemark DIP Account | 9.84 |
| Vaquero Energy, Inc. | 4700 Stockdale Hwy | Suite 120 | Bakersfield | CA | 93309 | Bridgemark DIP Account | 324.86 |
| Susan Elizabeth Vetter | 848 D Avenue, #102 | | Coronado | CA | 92118 | Bridgemark DIP Account | 140.73 |
| William Laughlin Vetter | 6294 Ogle Street SE | | Salem | OR | 92317 | Bridgemark DIP Account | 222.95 |
| Virg & Co. | c/o United CA BK, Trst. Dept | P.O. Box 60302 | Los Angeles | CA | 90060 | Bridgemark DIP Account | 305.02 |
| Sheri Renee Edwards Walters | 13460 E. 44th Street | | Yuma | AZ | 85367 | Bridgemark DIP Account | 46.12 |
| Marie McGregor Ward | 4371 So. De Silva Place | | Las Vegas | NV | 89121 | Bridgemark DIP Account | 683.96 |
| Deirdre M. Waters | 18631 Collins Street, Unit 4 | | Tarzana | CA | 91356 | Bridgemark DIP Account | 2,231.91 |
| Laughlin E. Waters, Jr. | 318 N. Maple Drive #108 | | Beverly Hills | CA | 90210 | Bridgemark DIP Account | 321.52 |
| Amanda Well Lovrien, Trste, U/W Ru | 2910 17th Street | | Santa Monica | CA | 90405 | Bridgemark DIP Account | 264.07 |
| William Boyd Wells | 2855 Acorn Street | | Lebanon | OR | 97355 | Bridgemark DIP Account | 13.76 |
| Lois Leonard White | 215 Chaplin Lane | | Burlingame | CA | 94010 | Bridgemark DIP Account | 608.22 |
| Richard White | 20211 Country Scene | Cty Rd #174 | Helotes | TX | 78023 | Bridgemark DIP Account | 47.13 |
| John A Wilbur | 1100 E. Whittier Blvd. | Suite 209 | La Habra | CA | 90631 | Bridgemark DIP Account | 3,190.60 |
| Susan L. Guthrie | 1436 Grouse Ct | | Frederick | MD | 21703 | Bridgemark DIP Account | 658.17 |
| M S WinnerTrust UDTD 8/83 | 8284 Pasoe Del Ocaso | | La Jolla | CA | 92037 | Bridgemark DIP Account | 750.92 |
| Effie Wood Slovak | c/o S. R. Wood, JR | 12894 CR 176, | Breckenridge | TX | 76424 | Bridgemark DIP Account | 272.51 |
| Samuel Richard Wood, JR | 12894 CR 176 | | Breckenridge | TX | 76424 | Bridgemark DIP Account | 263.48 |
| Mekusukey Oil Co., LLC | P.O. Box 816 | 201 S. Mekusukey Ave. | Wewoka | OK | 74884-0816 | Bridgemark DIP Account | 76.40 |

RIDER NO. 24

24 - Has the debtor notified any governmental unit of any release of hazardous material?

Bridgemark Corporation

Case # 8:20-bk-10143-TA

| Date of Notice | Site Name | Site Address | Site City | Site State | Site Zip | Government Unit Name | Government Unit Street | Government Unit City | Government Unit State | Government Unit Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/9/2001 | Center of Buena Vista, 50 ft West of Westmoreland | | Placentia | CA | 92870 | Division of Oil, Gas, and Geothermal Resources | 5816 Corporate Ave., Suite 200 | Cypress | CA | 90630-4731 |
| 1/9/2001 | Center of Buena Vista, 50 ft West of Westmoreland | | Placentia | CA | 92870 | Office of Emergency Services | 3650 Schriever Avenue | Mather | CA | 95655-4203 |
| 2/10/2001 | 1449 Munoz Place | 1449 Munoz Place | Placentia | CA | 92870 | Division of Oil, Gas, and Geothermal Resources | 5816 Corporate Ave., Suite 200 | Cypress | CA | 90630-4731 |
| 2/10/2001 | 1449 Munoz Place | 1449 Munoz Place | Placentia | CA | 92870 | Office of Emergency Services | 3650 Schriever Avenue | Mather | CA | 95655-4203 |
| 12/30/2001 | 1460 Garcia Place | 1460 Garcia Place | Placentia | CA | 92870 | Department of Fish and Game | 1700 K Street, Suite 250 | Sacramento | CA | 95814 |
| 12/30/2001 | 1460 Garcia Place | 1460 Garcia Place | Placentia | CA | 92870 | Division of Oil, Gas, and Geothermal Resources | 5816 Corporate Ave., Suite 200 | Cypress | CA | 90630-4731 |
| 12/30/2001 | 1460 Garcia Place | 1460 Garcia Place | Placentia | CA | 92870 | Office of Emergency Services | 3650 Schriever Avenue | Mather | CA | 95655-4203 |
| 12/30/2001 | 1460 Garcia Place | 1460 Garcia Place | Placentia | CA | 92870 | Orange County Fire Authority | 1 Fire Authority | Irvine | CA | 92602 |
| 8/7/2003 | Corner of Windemere & Buena Vista | | Placentia | CA | 92870 | Division of Oil, Gas, and Geothermal Resources | 5816 Corporate Ave., Suite 200 | Cypress | CA | 90630-4731 |
| 8/7/2003 | Corner of Windemere & Buena Vista | | Placentia | CA | 92870 | Office of Emergency Services | 3650 Schriever Avenue | Mather | CA | 95655-4203 |
| 11/18/2003 | 1460 Garcia Place | 1460 Garcia Place | Placentia | CA | 92870 | Department of Fish and Game | 1700 K Street, Suite 250 | Sacramento | CA | 95814 |
| 11/18/2003 | 1460 Garcia Place | 1460 Garcia Place | Placentia | CA | 92870 | Division of Oil, Gas, and Geothermal Resources | 5816 Corporate Ave., Suite 200 | Cypress | CA | 90630-4731 |
| 11/18/2003 | 1460 Garcia Place | 1460 Garcia Place | Placentia | CA | 92870 | Office of Emergency Services | 3650 Schriever Avenue | Mather | CA | 95655-4203 |
| 11/18/2003 | 1460 Garcia Place | 1460 Garcia Place | Placentia | CA | 92870 | Orange County Fire Authority | 1 Fire Authority Road | Irvine | CA | 92602 |
| 2/9/2006 | 6071 Jefferson Street | 6071 Jefferson Street | Placentia | CA | 92870 | Department of Fish and Game | 1700 K Street, Suite 250 | Sacramento | CA | 95814 |
| 2/9/2006 | 6071 Jefferson Street | 6071 Jefferson Street | Placentia | CA | 92870 | Division of Oil, Gas, and Geothermal Resources | 5816 Corporate Ave., Suite 200 | Cypress | CA | 90630-4731 |
| 2/9/2006 | 6071 Jefferson Street | 6071 Jefferson Street | Placentia | CA | 92870 | Office of Emergency Services | 3650 Schriever Avenue | Mather | CA | 95655-4203 |
| 2/9/2006 | 6071 Jefferson Street | 6071 Jefferson Street | Placentia | CA | 92870 | Orange County Fire Authority | 1 Fire Authority Road | Irvine | CA | 92602 |
| 10/5/2007 | Dowling #4 | 2954 E. Jackson | Anaheim | CA | 92806 | Anaheim Fire Department | 201 S Anaheim Blvd | Anaheim | CA | 92805 |
| 10/5/2007 | Dowling #4 | 2954 E. Jackson | Anaheim | CA | 92806 | Division of Oil, Gas, and Geothermal Resources | 5816 Corporate Ave., Suite 200 | Cypress | CA | 90630-4731 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/5/2007 | Dowling #4 | 2954 E. Jackson | Anaheim | CA | 92806 | Office of Emergency Services | 3650 Schriever Avenue | Mather | CA | 95655-4203 |
| 4/28/2008 | Rose & Buena Vista, Placentia, CA | | Placentia | CA | 92870 | Division of Oil, Gas, and Geothermal Resources | 5816 Corporate Ave., Suite 200 | Cypress | CA | 90630-4731 |
| 4/28/2008 | Rose & Buena Vista, Placentia, CA | | Placentia | CA | 92870 | Office of Emergency Services | 3650 Schriever Avenue | Mather | CA | 95655-4203 |
| 7/29/2008 | Tank Farm | 1625 E. Alta Vista | Placentia | CA | 92870 | Division of Oil, Gas, and Geothermal Resources | 5816 Corporate Ave., Suite 200 | Cypress | CA | 90630-4731 |
| 7/29/2008 | Tank Farm | 1625 E. Alta Vista | Placentia | CA | 92870 | Office of Emergency Services | 3650 Schriever Avenue | Mather | CA | 95655-4203 |
| 1/6/2015 | Morse 19 Pumping Unit | | Placentia | CA | 92870 | Division of Oil, Gas, and Geothermal Resources | 5816 Corporate Ave., Suite 200 | Cypress | CA | 90630-4731 |
| 1/6/2015 | Morse 19 Pumping Unit | | Placentia | CA | 92870 | Office of Emergency Services | 3650 Schriever Avenue | Mather | CA | 95655-4203 |
| 1/1/2016 | Intersection of Alta Vista And Jefferson | | Placentia | CA | 92870 | Division of Oil, Gas, and Geothermal Resources | 5816 Corporate Ave., Suite 200 | Cypress | CA | 90630-4731 |
| 1/1/2016 | Intersection of Alta Vista And Jefferson | | Placentia | CA | 92870 | Office of Emergency Services | 3650 Schriever Avenue | Mather | CA | 95655-4203 |

RIDER NO. 30

30 - Payments, distributions, or withdrawals credited or given to insiders

Bridgemark Corporation

Case # 8:20-bk-10143-TA

| Insider's name and address Relationship to debtor | Paid To | Date | Amount | Reason |
|---|---|---|---|---|
| Gregson Hall | Gregson Hall | 02/07/2019 | $ 500.00 | Director Fee |
| 17671 Irvine Blvd., Ste 217 | Gregson Hall | 05/09/2019 | $ 500.00 | Director Fee |
| Tustin, CA 92780 | Gregson Hall | 10/30/2019 | $ 500.00 | Director Fee |
| | G. Hall GRAT I | 03/04/2019 | $ 28,050.00 | Dividends |
| Shareholder/Board Member | G. Hall GRAT I | 08/05/2019 | $ 112,200.00 | Dividends |
| | G. Hall GRAT II | 03/04/2019 | $ 28,050.00 | Dividends |
| | G. Hall GRAT II | 08/05/2019 | $ 112,200.00 | Dividends |
| | Gregson Hall Irrevocable Trust | 03/04/2019 | $ 567.00 | Dividends |
| | Gregson Hall Irrevocable Trust | 08/05/2019 | $ 2,267.00 | Dividends |
| | Expense Reimbursement on Co. CC | Various | $ 3,169.30 | Expenses |
| | Blue Shield of California | 01/25/2019 | $ 3,652.54 | Health Insurance |
| | Blue Shield of California | 02/28/2019 | $ 3,652.54 | Health Insurance |
| | Blue Shield of California | 03/19/2019 | $ 3,652.54 | Health Insurance |
| | Blue Shield of California | 04/24/2019 | $ 3,652.54 | Health Insurance |
| | Blue Shield of California | 05/21/2019 | $ 3,652.54 | Health Insurance |
| | Blue Shield of California | 06/24/2019 | $ 3,652.54 | Health Insurance |
| | Blue Shield of California | 07/22/2019 | $ 3,652.54 | Health Insurance |
| | Blue Shield of California | 08/20/2019 | $ 3,652.54 | Health Insurance |
| | Blue Shield of California | 09/23/2019 | $ 3,652.54 | Health Insurance |
| | Blue Shield of California | 10/25/2019 | $ 3,652.54 | Health Insurance |
| | Gregson Hall | 01/25/2019 | $ 3,125.00 | Salary |
| | Gregson Hall | 02/08/2019 | $ 3,125.00 | Salary |
| | Gregson Hall | 02/26/2019 | $ 3,125.00 | Salary |
| | Gregson Hall | 03/08/2019 | $ 3,125.00 | Salary |
| | Gregson Hall | 03/26/2019 | $ 3,125.00 | Salary |
| | Gregson Hall | 04/10/2019 | $ 3,125.00 | Salary |
| | Gregson Hall | 04/26/2019 | $ 3,125.00 | Salary |
| | Gregson Hall | 05/10/2019 | $ 3,125.00 | Salary |
| | Gregson Hall | 05/24/2019 | $ 3,125.00 | Salary |
| | Gregson Hall | 06/10/2019 | $ 3,125.00 | Salary |
| | Gregson Hall | 06/26/2019 | $ 3,125.00 | Salary |
| | Gregson Hall | 07/10/2019 | $ 3,125.00 | Salary |
| | Gregson Hall | 07/26/2019 | $ 3,125.00 | Salary |
| | Gregson Hall | 08/09/2019 | $ 3,125.00 | Salary |
| | Gregson Hall | 08/26/2019 | $ 3,125.00 | Salary |
| | Gregson Hall | 09/10/2019 | $ 3,125.00 | Salary |
| | Gregson Hall | 09/26/2019 | $ 3,125.00 | Salary |
| | Gregson Hall | 10/10/2019 | $ 3,125.00 | Salary |
| | Gregson Hall | 10/25/2019 | $ 3,125.00 | Salary |
| | Gregson Hall | 11/10/2019 | $ 3,125.00 | Salary |
| | | | **$ 387,028.70** | |
| | | | | |
| Mark Hall | Mark Hall | 02/07/2019 | $ 500.00 | Director Fee |
| 17671 Irvine Blvd., Ste 217 | Mark Hall | 05/09/2019 | $ 500.00 | Director Fee |
| Tustin, CA 92780 | Mark Hall | 10/30/2019 | $ 250.00 | Director Fee |
| | M. Hall GRAT I | 03/04/2019 | $ 28,050.00 | Dividends |
| Shareholder/Board Member | M. Hall GRAT I | 08/05/2019 | $ 112,200.00 | Dividends |
| | M. Hall GRAT II | 03/04/2019 | $ 28,050.00 | Dividends |
| | M. Hall GRAT II | 08/05/2019 | $ 112,200.00 | Dividends |
| | Mark Hall Seperate Property Trust | 03/04/2019 | $ 567.00 | Dividends |
| | Mark Hall Seperate Property Trust | 08/05/2019 | $ 2,267.00 | Dividends |
| | Health Net of California | 01/25/2019 | $ 2,698.94 | Health Insurance |
| | Health Net of California | 02/18/2019 | $ 2,698.94 | Health Insurance |
| | Health Net of California | 03/18/2019 | $ 2,698.94 | Health Insurance |
| | Health Net of California | 04/18/2019 | $ 2,698.94 | Health Insurance |
| | Health Net of California | 05/20/2019 | $ 2,698.94 | Health Insurance |
| | Health Net of California | 06/18/2019 | $ 2,698.94 | Health Insurance |
| | Health Net of California | 07/24/2019 | $ 2,698.94 | Health Insurance |
| | Health Net of California | 08/26/2019 | $ 2,698.94 | Health Insurance |
| | Health Net of California | 09/23/2019 | $ 2,698.94 | Health Insurance |
| | Health Net of California | 10/25/2019 | $ 2,698.94 | Health Insurance |
| | Mark Hall | 01/25/2019 | $ 3,125.00 | Salary |
| | Mark Hall | 02/08/2019 | $ 3,125.00 | Salary |
| | Mark Hall | 02/26/2019 | $ 3,125.00 | Salary |
| | Mark Hall | 03/08/2019 | $ 3,125.00 | Salary |

30 - Payments, distributions, or withdrawals credited or given to insiders

Bridgemark Corporation

Case # 8:20-bk-10143-TA

| Insider's name and address Relationship to debtor | Paid To | Date | Amount | Reason |
|---|---|---|---|---|
| | Mark Hall | 03/26/2019 | $ 3,125.00 | Salary |
| | Mark Hall | 04/10/2019 | $ 3,125.00 | Salary |
| | Mark Hall | 04/26/2019 | $ 3,125.00 | Salary |
| | Mark Hall | 05/10/2019 | $ 3,125.00 | Salary |
| | Mark Hall | 05/24/2019 | $ 3,125.00 | Salary |
| | Mark Hall | 06/10/2019 | $ 3,125.00 | Salary |
| | Mark Hall | 06/26/2019 | $ 3,125.00 | Salary |
| | Mark Hall | 07/10/2019 | $ 3,125.00 | Salary |
| | Mark Hall | 07/26/2019 | $ 3,125.00 | Salary |
| | Mark Hall | 08/09/2019 | $ 3,125.00 | Salary |
| | Mark Hall | 08/26/2019 | $ 3,125.00 | Salary |
| | Mark Hall | 09/10/2019 | $ 3,125.00 | Salary |
| | Mark Hall | 09/26/2019 | $ 3,125.00 | Salary |
| | Mark Hall | 10/10/2019 | $ 3,125.00 | Salary |
| | Mark Hall | 10/25/2019 | $ 3,125.00 | Salary |
| | Mark Hall | 11/10/2019 | $ 3,125.00 | Salary |
| | | | *$ 374,073.40* | |
| | | | | |
| Chad Hall | Chad Hall | 02/07/2019 | $ 500.00 | Director Fee |
| 17671 Irvine Blvd., Ste 217 | Chad Hall | 05/09/2019 | $ 500.00 | Director Fee |
| Tustin, CA 92780 | Chad Hall | 10/30/2019 | $ 500.00 | Director Fee |
| | C. Hall GRAT I | 03/04/2019 | $ 28,050.00 | Dividends |
| Shareholder/Board Member | C. Hall GRAT I | 08/05/2019 | $ 112,200.00 | Dividends |
| | C. Hall GRAT II | 03/04/2019 | $ 28,050.00 | Dividends |
| | C. Hall GRAT II | 08/05/2019 | $ 112,200.00 | Dividends |
| | Chad T. Hall Irrevocable Trust | 03/04/2019 | $ 567.00 | Dividends |
| | Chad T. Hall Irrevocable Trust | 08/05/2019 | $ 2,267.00 | Dividends |
| | Expense Reimbursement on Co. CC | Various | $ 5,101.86 | Expenses |
| | Blue Shield of California | 01/25/2019 | $ 1,950.22 | Health Insurance |
| | Blue Shield of California | 02/20/2019 | $ 1,950.22 | Health Insurance |
| | Blue Shield of California | 03/18/2019 | $ 1,950.22 | Health Insurance |
| | Blue Shield of California | 04/18/2019 | $ 1,950.22 | Health Insurance |
| | Blue Shield of California | 05/21/2019 | $ 1,950.22 | Health Insurance |
| | Blue Shield of California | 06/17/2019 | $ 1,950.22 | Health Insurance |
| | Blue Shield of California | 07/22/2019 | $ 1,950.22 | Health Insurance |
| | Blue Shield of California | 08/19/2019 | $ 1,950.22 | Health Insurance |
| | Blue Shield of California | 09/23/2019 | $ 1,950.22 | Health Insurance |
| | Blue Shield of California | 10/25/2019 | $ 1,950.22 | Health Insurance |
| | Chad Hall | 01/25/2019 | $ 3,125.00 | Salary |
| | Chad Hall | 02/08/2019 | $ 3,125.00 | Salary |
| | Chad Hall | 02/26/2019 | $ 3,125.00 | Salary |
| | Chad Hall | 03/08/2019 | $ 3,125.00 | Salary |
| | Chad Hall | 03/26/2019 | $ 3,125.00 | Salary |
| | Chad Hall | 04/10/2019 | $ 3,125.00 | Salary |
| | Chad Hall | 04/26/2019 | $ 3,125.00 | Salary |
| | Chad Hall | 05/10/2019 | $ 3,125.00 | Salary |
| | Chad Hall | 05/24/2019 | $ 3,125.00 | Salary |
| | Chad Hall | 06/10/2019 | $ 3,125.00 | Salary |
| | Chad Hall | 06/26/2019 | $ 3,125.00 | Salary |
| | Chad Hall | 07/10/2019 | $ 3,125.00 | Salary |
| | Chad Hall | 07/26/2019 | $ 3,125.00 | Salary |
| | Chad Hall | 08/09/2019 | $ 3,125.00 | Salary |
| | Chad Hall | 08/26/2019 | $ 3,125.00 | Salary |
| | Chad Hall | 09/10/2019 | $ 3,125.00 | Salary |
| | Chad Hall | 09/26/2019 | $ 3,125.00 | Salary |
| | Chad Hall | 10/10/2019 | $ 3,125.00 | Salary |
| | Chad Hall | 10/25/2019 | $ 3,125.00 | Salary |
| | Chad Hall | 11/10/2019 | $ 3,125.00 | Salary |
| | | | *$ 371,938.06* | |
| | | | | |
| Robert Hall | Robert Hall | 01/31/2019 | $ 500.00 | Director Fee |
| 17671 Irvine Blvd., Ste 217 | Robert Hall | 02/07/2019 | $ 500.00 | Director Fee |
| Tustin, CA 92780 | Robert Hall | 02/28/2019 | $ 500.00 | Director Fee |
| | Robert Hall | 03/28/2019 | $ 500.00 | Director Fee |

30 - Payments, distributions, or withdrawals credited or given to insiders

Bridgemark Corporation

Case # 8:20-bk-10143-TA

| Insider's name and address Relationship to debtor | Paid To | Date | Amount | Reason |
|---|---|---|---|---|
| Shareholder/Board Member/Officer | Robert Hall | 04/30/2019 | $ 500.00 | Director Fee |
| | Robert Hall | 05/09/2019 | $ 500.00 | Director Fee |
| | Robert Hall | 05/30/2019 | $ 500.00 | Director Fee |
| | Robert Hall | 06/26/2019 | $ 500.00 | Director Fee |
| | Robert Hall | 07/30/2019 | $ 500.00 | Director Fee |
| | Robert Hall | 08/29/2019 | $ 500.00 | Director Fee |
| | Robert Hall | 12/27/2019 | $ 500.00 | Director Fee |
| | Robert Hall | 10/30/2019 | $ 500.00 | Director Fee |
| | Hall Investment Trust I | 03/04/2019 | $ 163,350.00 | Dividends |
| | Hall Investment Trust I | 08/05/2019 | $ 653,400.00 | Dividends |
| | Hall Investment Trust II | 03/04/2019 | $ 163,350.00 | Dividends |
| | Hall Investment Trust II | 08/05/2019 | $ 653,400.00 | Dividends |
| | Robert J. Hall Family Trust | 03/04/2019 | $ 3,300.00 | Dividends |
| | Robert J. Hall Family Trust | 08/05/2019 | $ 13,200.00 | Dividends |
| | Casa Real LP | 02/15/2019 | $ 24,849.34 | Net Profits |
| | Casa Real LP | 05/09/2019 | $ 23,781.65 | Net Profits |
| | Casa Real LP | 08/05/2019 | $ 27,861.32 | Net Profits |
| | Casa Real LP | 10/25/2019 | $ 20,018.86 | Net Profits |
| | Robert Hall | 01/25/2019 | $ 3,958.33 | Salary |
| | Robert Hall | 02/08/2019 | $ 3,958.33 | Salary |
| | Robert Hall | 02/26/2019 | $ 3,958.33 | Salary |
| | Robert Hall | 03/08/2019 | $ 3,958.33 | Salary |
| | Robert Hall | 03/26/2019 | $ 3,958.33 | Salary |
| | Robert Hall | 04/10/2019 | $ 3,958.33 | Salary |
| | Robert Hall | 04/26/2019 | $ 3,958.33 | Salary |
| | Robert Hall | 05/10/2019 | $ 3,958.33 | Salary |
| | Robert Hall | 05/24/2019 | $ 3,958.33 | Salary |
| | Robert Hall | 06/10/2019 | $ 3,958.33 | Salary |
| | Robert Hall | 06/26/2019 | $ 3,958.33 | Salary |
| | Robert Hall | 07/10/2019 | $ 3,958.33 | Salary |
| | Robert Hall | 07/26/2019 | $ 3,958.33 | Salary |
| | Robert Hall | 08/09/2019 | $ 3,958.33 | Salary |
| | Robert Hall | 08/26/2019 | $ 3,958.33 | Salary |
| | Robert Hall | 09/10/2019 | $ 3,958.33 | Salary |
| | Robert Hall | 09/26/2019 | $ 3,958.33 | Salary |
| | Robert Hall | 10/10/2019 | $ 3,958.33 | Salary |
| | Robert Hall | 10/25/2019 | $ 3,958.33 | Salary |
| | Robert Hall | 11/10/2019 | $ 3,958.33 | Salary |
| | Calif. DMV | 06/14/2019 | $ 484.00 | Ford Expedition registration |
| | Robert Hall | | | Personal use of 2007 Ford Expedition |
| | | | **$ 1,831,677.77** | |
| | | | | |
| Carl Hall | Carl Hall | 02/07/2019 | $ 500.00 | Director Fee |
| 17671 Irvine Blvd., Ste 217 | Carl Hall | 05/09/2019 | $ 500.00 | Director Fee |
| Tustin, CA 92780 | Carl Hall | 10/30/2019 | $ 250.00 | Director Fee |
| | | | **$ 1,250.00** | |
| Board Member | | | | |
| | | | | |
| Kevin Mugavero | Kevin Mugavero | 02/07/2019 | $ 500.00 | Director Fee |
| 17671 Irvine Blvd., Ste 217 | Kevin Mugavero | 05/09/2019 | $ 500.00 | Director Fee |
| Tustin, CA 92780 | Kevin Mugavero | 10/30/2019 | $ 500.00 | Director Fee |
| | Expense Reimbursement on Co. CC | Various | $ 11,814.37 | Expenses |
| Board Member/Officer | Blue Shield of California | 01/21/2019 | $ 1,926.44 | Health Insurance |
| | Blue Shield of California | 02/18/2019 | $ 1,926.44 | Health Insurance |
| | Blue Shield of California | 03/18/2019 | $ 1,926.44 | Health Insurance |
| | Blue Shield of California | 04/22/2019 | $ 1,926.44 | Health Insurance |
| | Blue Shield of California | 05/21/2019 | $ 1,926.44 | Health Insurance |
| | Blue Shield of California | 06/20/2019 | $ 1,926.44 | Health Insurance |
| | Blue Shield of California | 07/22/2019 | $ 1,926.44 | Health Insurance |
| | Blue Shield of California | 08/19/2019 | $ 1,926.44 | Health Insurance |
| | Blue Shield of California | 09/23/2019 | $ 1,926.44 | Health Insurance |
| | Blue Shield of California | 10/25/2019 | $ 1,926.44 | Health Insurance |
| | Blue Shield of California | 11/25/2019 | $ 1,926.44 | Health Insurance |
| | Blue Shield of California | 12/27/2019 | $ 1,926.44 | Health Insurance |

30 - Payments, distributions, or withdrawals credited or given to insiders

Bridgemark Corporation

Case # 8:20-bk-10143-TA

| Insider's name and address Relationship to debtor | Paid To | Date | Amount | Reason |
|---|---|---|---|---|
| | Minnesota Life Insurance Co. | 06/06/2019 | $ 7,340.00 | Life Insurance |
| | Kevin Mugavero | 01/25/2019 | $ 6,500.00 | Salary |
| | Kevin Mugavero | 02/08/2019 | $ 6,000.00 | Salary |
| | Kevin Mugavero | 02/26/2019 | $ 45,285.00 | Salary & Bonus |
| | Kevin Mugavero | 03/08/2019 | $ 6,000.00 | Salary |
| | Kevin Mugavero | 03/26/2019 | $ 6,000.00 | Salary |
| | Kevin Mugavero | 04/10/2019 | $ 6,000.00 | Salary |
| | Kevin Mugavero | 04/26/2019 | $ 6,000.00 | Salary |
| | Kevin Mugavero | 05/10/2019 | $ 54,795.00 | Salary & Bonus |
| | Kevin Mugavero | 05/24/2019 | $ 6,000.00 | Salary |
| | Kevin Mugavero | 06/10/2019 | $ 6,000.00 | Salary |
| | Kevin Mugavero | 06/26/2019 | $ 6,000.00 | Salary |
| | Kevin Mugavero | 07/10/2019 | $ 6,000.00 | Salary |
| | Kevin Mugavero | 07/26/2019 | $ 6,000.00 | Salary |
| | Kevin Mugavero | 08/09/2019 | $ 6,000.00 | Salary |
| | Kevin Mugavero | 08/12/2019 | $ 56,751.00 | Bonus |
| | Kevin Mugavero | 08/26/2019 | $ 6,000.00 | Salary |
| | Kevin Mugavero | 09/10/2019 | $ 6,000.00 | Salary |
| | Kevin Mugavero | 09/26/2019 | $ 6,000.00 | Salary |
| | Kevin Mugavero | 10/10/2019 | $ 6,000.00 | Salary |
| | Kevin Mugavero | 10/25/2019 | $ 6,000.00 | Salary |
| | Kevin Mugavero | 10/30/2019 | $ 41,967.00 | Bonus |
| | Kevin Mugavero | 11/10/2019 | $ 7,449.00 | Salary & Bonus |
| | Kevin Mugavero | 11/26/2019 | $ 6,000.00 | Salary |
| | Kevin Mugavero | 12/10/2019 | $ 11,676.86 | Salary & Vacation |
| | Kevin Mugavero | 12/26/2019 | $ 14,166.66 | Salary |
| | | | **$ 371,047.80** | |
| Carolyn Prentice-Curry | Carolyn Prentice-Curry | 02/07/2019 | $ 500.00 | Director Fee |
| 17671 Irvine Blvd., Ste 217 | Carolyn Prentice-Curry | 05/09/2019 | $ 500.00 | Director Fee |
| Tustin, CA 92780 | Carolyn Prentice-Curry | 01/18/2019 | $ 5,750.00 | Services |
| | Carolyn Prentice-Curry | 01/31/2019 | $ 6,900.00 | Services |
| Officer | Carolyn Prentice-Curry | 02/15/2019 | $ 6,440.00 | Services |
| | Carolyn Prentice-Curry | 03/01/2019 | $ 4,715.00 | Services |
| | Carolyn Prentice-Curry | 03/18/2019 | $ 6,555.00 | Services |
| | Carolyn Prentice-Curry | 03/19/2019 | $ 4,945.00 | Services |
| | Carolyn Prentice-Curry | 04/16/2019 | $ 5,347.50 | Services |
| | Carolyn Prentice-Curry | 04/30/2019 | $ 4,945.00 | Services |
| | Carolyn Prentice-Curry | 05/15/2019 | $ 5,520.00 | Services |
| | Carolyn Prentice-Curry | 05/31/2019 | $ 2,127.50 | Services |
| | Carolyn Prentice-Curry | 05/31/2019 | $ 5,290.00 | Services |
| | Carolyn Prentice-Curry | 06/17/2019 | $ 4,694.50 | Services |
| | Carolyn Prentice-Curry | 06/28/2019 | $ 5,635.00 | Services |
| | Carolyn Prentice-Curry | 07/16/2019 | $ 4,887.50 | Services |
| | Carolyn Prentice-Curry | 07/16/2019 | $ 1,955.00 | Services |
| | Carolyn Prentice-Curry | 08/01/2019 | $ 6,575.00 | Services |
| | Carolyn Prentice-Curry | 08/16/2019 | $ 4,485.00 | Services |
| | Carolyn Prentice-Curry | 08/16/2019 | $ 3,910.00 | Services |
| | Carolyn Prentice-Curry | 08/30/2019 | $ 7,163.54 | Services |
| | Carolyn Prentice-Curry | 09/16/2019 | $ 805.00 | Services |
| | Carolyn Prentice-Curry | 09/16/2019 | $ 5,520.00 | Services |
| | Carolyn Prentice-Curry | 10/01/2019 | $ 6,612.50 | Services |
| | Carolyn Prentice-Curry | 10/15/2019 | $ 8,855.00 | Services |
| | Carolyn Prentice-Curry | 10/30/2019 | $ 7,072.50 | Services |
| | Carolyn Prentice-Curry | 11/07/2019 | $ 6,210.00 | Services |
| | Carolyn Prentice-Curry | 11/25/2019 | $ 3,450.00 | Services |
| | Carolyn Prentice-Curry | 12/13/2019 | $ 5,750.00 | Services |
| | Carolyn Prentice-Curry | 12/30/2019 | $ 2,990.00 | Services |
| | Carolyn Prentice-Curry | 01/13/2019 | $ 5,750.00 | Services |
| | | | **$ 151,855.54** | |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re __Bridgemark Corporation__           Case No. __8:20-bk-10143-TA__

                         Debtor(s)           Chapter    __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

      For legal services, I have agreed to accept ................................................... $      __316,987.32__

      Prior to the filing of this statement I have received ...................................... $      __316,987.32__

      Balance Due ................................................................................................. $          __0.00__

2.   $ __1,717.00__ of the filing fee has been paid.

3.   The source of the compensation paid to me was:

      ☒ Debtor      ☐ Other (specify):

4.   The source of compensation to be paid to me is:

      ☒ Debtor      ☐ Other (specify):

5.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
      c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
      d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
      e. [Other provisions as needed] **See Attached Rider To Disclosure of Compensation of Attorney for Debtor**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

    2/8/2020

    *Date*

*/s/ William N. Lobel*

**William N. Lobel 93202**
*Signature of Attorney*
**Pachulski Stang Ziehl & Jones LLP**
**650 Town Center Drive**
**Suite 1500**
**Costa Mesa, CA 92626**
**714-384-4740  Fax: 714-384-4741**
*Name of law firm*

## RIDER TO

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR[1]

Date, amount and source of compensation paid to Pachulski Stang Ziehl & Jones LLP (the "Firm") within one year before the filing of the petition in bankruptcy is $316,987.32. The Firm is also holding a $100,000 retainer. The above-referenced amount is not a fixed price for counsel's services, and the Firm reserves the right to seek additional compensation beyond the amounts as set forth herein in accordance with applicable provisions of the Bankruptcy Code and Bankruptcy Rules.

---

[1] The Debtor's last four digits of its taxpayer identification number are (1669). The headquarters and service address for the above-captioned Debtor is 17671 Irvine Blvd., Suite 217, Tustin, CA 92780.