William N. Lobel (CA Bar No. 93202)
Ira D. Kharasch (CA Bar No. 109084)
Erin Gray (CA Bar No. 157658)
PACHULSKI STANG ZIEHL & JONES LLP
650 Town Center Drive, Suite 1500
Costa Mesa, California 92626
Telephone: (714) 384-4740
Facsimile: (714) 384-4741
E-mail: wlobel@pszjlaw.com
ikharasch@pszjlaw.com
egray@pszjlaw.com

Attorneys for Debtor and Debtor-in-Possession,
Bridgemark Corporation

**FILED & ENTERED**

JUN 26 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

In re:

BRIDGEMARK CORPORATION,[1]

Debtor and Debtor-in Possession.

Case No.: 8:20-bk-10143-TA

Chapter 11

**ORDER GRANTING MOTION FOR ORDER APPROVING SETTLEMENT TERM SHEET BETWEEN THE DEBTOR, ROBERT J. HALL AND PLACENTIA DEVELOPMENT COMPANY, LLC**

**Hearing:**
Date June 24, 2020
Time: 10:00 a.m.
Place: Courtroom 5B
411 West Fourth Street
Santa Ana, CA 92701-4593

---

[1] The Debtor's last four digits of its taxpayer identification number are (1669). The headquarters and service address for the above-captioned Debtor is 17671 Irvine Blvd., Suite 217, Tustin, CA 92780.

- 1 -

DOCS_LA:330447.1 10804/002

A hearing was held on June 24, 2020, at 10:00 a.m. before the Honorable Theodor C. Albert, United States Bankruptcy Judge for the Central District of California, in Courtroom 5B located at 411 West Fourth St., Santa Ana, CA, on the *Debtor's Motion for Order Approving Settlement Term Sheet Between the Debtor, Robert J. Hall and Placentia Development Company, LLC* filed June 3, 2020 as Docket No. 221 ("Motion").  Appearances were made as noted on the record.

The Court having read and considered the Motion, heard the statements of counsel, noted the lack of opposition and with good cause shown,

**IT IS ORDERED:**

1. The Motion is granted in its entirety.

###

Date: June 26, 2020

*/s/ Theodor C. Albert*
Theodor C. Albert
United States Bankruptcy Judge

DOCS_LA:330447.1 10804/002