B26 (Official Form 26) (12/08) – Cont.

# United States Bankruptcy Court
## Central District of California

In re Bridgemark Corporation,                    Case No. 8:20-bk-10143-TA

                    Debtor                    Chapter 11

## PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF BRIDGEMARK CORPORATION
## <u>HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST</u>

This is the report as of <u>8/14/2020</u> on the value, operations and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3.  The estate of Bridgemark Corporation holds a substantial or controlling interest in the following entities:

| Name of Entity | Interest of the Estate | Tab # |
|---|---|---|
| Gregson Energy Drilling LLC | 100% | 1 |
| Bridgemark Texas LLC | 100% | 2 |
|  |  |  |

This periodic report (the "Periodic Report") contains separate reports ("Entity Reports") on the value, operations, and profitability of each entity listed above.

Each Entity Report shall consist of three exhibits.  Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report.  It also contains a description of the valuation method used.  Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes. Exhibit C contains a description of the entity's business operations.

## THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION.

B26 (Official Form 26) (12/08) – Cont.

The undersigned, having reviewed the above listing of entities in which the estate of Bridgemark Corporation holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.

Date:  8/14/2020

_____
Signature of Authorized Individual

_____
Name of Authorized Individual

_____
Title of Authorized Individual

TAB 1
Gregson Energy Drilling LLC

**Exhibit A**

**<u>Valuation Estimate for</u>**
**<u>Gregson Energy Drilling LLC</u>**


The value of Debtor's interest in Gregson Energy Drilling LLC is $0 for the following reasons:

1) Gregson Energy Drilling LLCs only asset is a drilling rig which is available for lease or sale. To date, the rig has never been leased. The sale of the rig has been pursued actively for years and there has been little interest.

2) Gregson owes Bridgemark $1,835,705 as June 30, 2020

**Exhibit B**

**<u>Financial Statements for
Gregson Energy Drilling LLC</u>**

## Exhibit B-1

## Balance Sheet for
## Gregson Energy Drilling LLC

|  | As of 12/31/2018 | As of 12/31/2019 | As of 6/30/2020 |
|---|---|---|---|
| CURRENT ASSETS |  |  |  |
| Cash | 337 | 66 | 66 |
| Accounts Receivable |  | 0 | 0 |
| TOTAL CURRENT ASSETS | 337 | 66 | 66 |
| PROPERTY AND EQUIPMENT |  |  |  |
| Oil and Gas Prop. & Equip. | 1,239,783 | 1,239,783 | 1,239,783 |
| Asset Retirement Costs net | 0 | 0 | 0 |
| Property and Equip. | 0 | 0 | 0 |
|  | 1,239,783 | 1,239,783 | 1,239,783 |
| Less Depl. Depr. Amort. | (1,089,783) | (1,089,783) | (1,089,783) |
| Total Property and Equip. | 150,000 | 150,000 | 150,000 |
| Other Assets |  |  |  |
| Deferred Income Taxes | 6,869 | 6,869 | 6,869 |
| Total Other Assets | 6,869 | 6,869 | 6,869 |
| Intercompany | (1,827,606) | (1,835,706) | (1,838,706) |
| Intercompany Investment Las. | 0 | 0 | 0 |
| TOTAL ASSETS | (1,670,400) | (1,678,771) | (1,681,771) |
|  |  |  |  |
| LIABILITIES AND EQUITY |  |  |  |
| CURRENT LIABITIES |  |  |  |
| Accounts Payable | 756 | (500) | 246 |
| Total Current Liabilities | 756 | (500) | 246 |
| Asset Retirement Obligations | 0 | 0 | 0 |
| Deferred Income Taxes | 0 | 0 | 0 |
| TOTAL LIABILITIES | 756 | (500) | 246 |
| STOCKHOLDERS' EQUITY |  |  |  |
| Prior Yr. Ret. Earnings | (1,635,319) | (1,671,156) | (1,678,271) |
| CURRENT YEAR INCOME | (35,837) | (7,115) | (3,746) |
| TOTAL SHAREHOLDERS' EQUITY | (1,671,156) | (1,678,271) | (1,682,017) |
| TOTAL LIABILITIES & EQUITY | (1,670,400) | (1,678,771) | (1,681,771) |

**Exhibit B-2**

**<u>Income Statements for</u>**
**<u>Gregson Energy Drilling LLC</u>**

| | Year Ended 12/31/2018 | Year Ended 12/31/2019 | Six Months Ended 6/30/2020 |
|---|---|---|---|
| INTEREST INCOME | - | 3 | - |
| MISC INCOME | - | - | - |
| TOTAL OTHER INCOME | - | 3 | - |
| TOTAL INCOME | - | 3 | - |
| LEASE OPERATING EXPENSES | | | |
| GENERAL & ADMINISTRATION | | | |
| INTEREST EXPENSE | 7,587 | - | - |
| AUTO EXPENSE | | - | - |
| Op Exp Clearing | | - | - |
| INTERCOMPANY FEE BC/LCLLC | 16,046 | - | - |
| BANK FEES, HEDGING | - | 900 | - |
| Dividend Expense LSLLC | | - | - |
| DUES & SUBSCRIPTIONS | - | - | - |
| OFFICE EQUIPMENT LEASE | - | - | - |
| OFFICE EQUIPMENT PURCHASE | | - | - |
| FURNITURE & FIXTURES | - | - | - |
| INSURANCE | 4,245 | - | - |
| LEGAL & ACCOUNTING | 544 | - | - |
| LEGAL LAWSUIT DEFENSE | - | - | - |
| CORPORATE DEVELOPMENT | | - | - |
| OUTSIDE SERVICES | 7,414 | 6,000 | 3,746 |
| POSTAGE & COURIER | - | - | - |
| OFFICE RENT | - | - | - |
| OFFICE SUPPLIES | - | 218 | - |
| Impairment | | - | - |
| TOTAL CONTROLLABLE G&A | 35,836 | 7,118 | 3,746 |
| Casa Real Fee | - | - | - |
| Depr Amort Depl Accre | - | - | - |
| Total Non Controllable G&A | - | - | - |
| TOTAL G&A EXPENSE | 35,836 | 7,118 | 3,746 |
| Income Tax | - | - | - |
| NET INCOME | (35,836) | (7,115) | (3,746) |

**Exhibit B-3**

### <u>Statement of Cash Flows for</u>
### <u>Gregson Energy Drilling LLC</u>

| | Year Ended 12/31/2018 | Year Ended 12/31/2019 | Six Months Ended 6/30/2020 |
|---|---|---|---|
| **Cash Flow from Operating Activities** | | | |
| Net Income | (35,837) | (7,115) | (3,746) |
| | | | |
| (Increase) Decrease in: | | | |
| Prepaid Insurance | 4,245 | - | - |
| Increase (Decrease) in: | | | |
| Accounts Payable | 1,256 | (1,256) | 746 |
| | | | |
| **Cash Flow from Investing Activities** | | | |
| | | | |
| | | | |
| **Cash Flow from Financing Activities** | | | |
| Advances from Bridgemark | 29,633 | 8,100 | 3,000 |
| | | | |
| **Net Increase (decrease) in cash** | (702) | (271) | - |
| | | | |
| **Cash at beginning of year** | 1,039 | 337 | 66 |
| | | | |
| **Cash at end of year** | 337 | 66 | 66 |

**Exhibit B-4**

## Statement of Changes in
## Shareholders'/Partners' Equity (Deficit) for
## Gregson Energy Drilling LLC

| | |
|---|---:|
| Balance at January 1, 2018 | (1,635,319) |
| Net Income for the year ended December 31, 2018 | (35,837) |
| Balance at December  31, 2018 | (1,671,156) |
| Net Income for the year ended December 31, 2019 | (7,115) |
| Balance at December  31, 2019 | (1,678,271) |
| Net Income for the six months ended June 30, 2020 | (3,746) |
| Balance at June 30, 2020 | (1,682,017) |

**Exhibit C**

**<u>Description of Operations for</u>**
**<u>Gregson Energy Drilling LLC</u>**


Gregson Energy Drilling LLC is a Wyoming company that was organized on January 23, 2014 and is owned 100% by Bridgemark Corporation. Gregson Energy owns one drilling rig, which is available to be leased or sold to third parties.

TAB 2
Bridgemark Texas LLC

Case 8:20-bk-10143-TA    Doc 264    Filed 08/14/20    Entered 08/14/20 12:07:12    Desc

B26 (Official Form 26) (12/08) - Cont. Main Document    Page 12 of 21                    12

**Exhibit A**

**Valuation Estimate for**
**Bridgemark Texas LLC**

The value of Debtor's interest in Bridgemark Texas LLC is $115,504for the following reasons:

1) The book value of the Bridgemark Texas is $115,504

2) Bridgemark has less than a controllong interest (37%) in the the leases

3) Gross revenue has declined sharply  from 2018 to 220

4) Future capital commitment is expected to increase or maintain current production

5) Bridgemark Texas owes Bridgemark $661,782 as of June 30, 2020

**Exhibit B**

## Financial Statements for
## Bridgemark Texas LLC

## Exhibit B-1

## Balance Sheet for
## Bridgemark Texas LLC

|  | As of<br>12/31/2018 | As of<br>12/31/2019 | As of<br>June 30 2020 |
|---|---|---|---|
| CURRENT ASSETS |  |  |  |
| Cash | 320,582 | 428,766 | 443,377 |
| Accounts Receivable |  | 4,775 |  |
| TOTAL CURRENT ASSETS | 320,582 | 433,540 | 443,377 |
| PROPERTY AND EQUIPMENT |  |  |  |
| Oil and Gas Prop. & Equip. | 599,759 | 603,716 | 604,709 |
| Asset Retirement Costs net | 16,725 | 16,725 | 16,725 |
| Property and Equip. | 0 | 0 | 0 |
|  | 616,484 | 620,442 | 621,434 |
| Less Depl. Depr. Amort. | (161,967) | (224,865) | (258,992) |
| Total Property and Equip. | 454,517 | 395,576 | 362,442 |
| Other Assets |  |  |  |
| Deferred Income Taxes | 1,567 | 1,567 | 1,567 |
| Total Other Assets | 1,567 | 1,567 | 1,567 |
| Intercompany | (601,782) | (643,782) | (661,782) |
| Intercompany Investment Las. | 0 | 0 | 0 |
| TOTAL ASSETS | 174,884 | 186,901 | 145,604 |
|  |  |  |  |
| LIABILITIES AND EQUITY |  |  |  |
| CURRENT LIABITIES |  |  |  |
| Accounts Payable | 542 | 1,220 | 1,988 |
| Total Current Liabilities | 542 | 1,220 | 1,988 |
| Asset Retirement Obligations | 19,289 | 20,587 | 21,471 |
| Deferred Income Taxes | 6,641 | 6,641 | 6,641 |
| TOTAL LIABILITIES | 26,472 | 28,448 | 30,100 |
| STOCKHOLDERS' EQUITY |  |  |  |
| Prior Yr. Ret. Earnings | (70,364) | 148,412 | 158,453 |
| CURRENT YEAR INCOME | 218,776 | 10,042 | (42,949) |
| TOTAL SHAREHOLDERS' EQUITY | 148,412 | 158,453 | 115,504 |
| TOTAL LIABILITIES & EQUITY | 174,884 | 186,901 | 145,604 |

## Exhibit B-2

### Income Statements for
### Gregson Energy Drilling LLC

| | Year Ended 12/31/2018 | Year Ended 12/31/2019 | Six Months Ended 6/30/20 |
|---|---|---|---|
| Net Bls sold | 4,204 | 1,954 | 487 |
| Gross Bls Sold | 15,985 | 6,936 | 1,827 |
| GAS MCF Gross | 118,123 | 52,977 | 18,796 |
| | 6 | 6 | 6 |
| | 1 | 1 | 1 |
| Oil BBLLS | 15,985 | 6,936 | 1,827 |
| TOTAL GAS  (BOE) Gross | 19,687 | 8,830 | 3,133 |
| TOTAL OIL AND GAS (BOE) gross | 35,672 | 15,765 | 4,960 |
| Net Gas MCF | 29,506 | 17,688 | 5,014 |
| Net Gas BOE | 4,918 | 2,948 | 836 |
| Oil Net BOE | 4,204 | 1,954 | 487 |
| Total BOE Net | 9,122 | 4,902 | 1,323 |
| | | | |
| REVENUES | | | |
| OIL SALES | 283,400 | 113,868 | 18,778 |
| Oil Price/Bl. | 67 | 58 | 39 |
| GAS SALES | 94,689 | 49,737 | 9,718 |
| TOTAL OIL & GAS SALES | 378,089 | 163,606 | 28,496 |
| GAS PLANT INCOME | | - | - |
| OPERATING FEE INCOME | | - | - |
| Gain (Loss) on Investments | | - | - |
| SALE OF ASSETS | - | - | - |
| Hedge Gains--Current | - | - | - |
| Hedge Gains-Unrealized | - | - | - |
| INTEREST INCOME | - | 3,308 | 949 |
| MISC INCOME | - | - | - |
| TOTAL OTHER INCOME | - | 3,308 | 949 |
| TOTAL INCOME | 378,089 | 166,914 | 29,445 |
| LEASE OPERATING EXPENSES | | | |
| MAINT CONTRACT SURFACE | 41,026 | 38,109 | 11,498 |
| Environmental | - | - | - |
| TOTAL LS OPS EXPENSES | 41,026 | 38,109 | 11,498 |
| Operating Lift Cost | 4 | 8 | 9 |
| INDIRECT OPERATING EXPENSE | | | |
| OPERATING OVERHEAD FEE | - | - | - |
| LEASE RENTAL | - | - | - |
| Insurance Proceeds Net | - | - | - |
| INTEREST EXPENSE | - | - | - |
| DEPRECIATION EXPENSE/BC | 39,528 | 36,318 | 23,166 |
| OTHER INDIR OPER EXPENSES | 31,767 | 8,834 | 1,586 |
| TOTAL INDIRECT EXPENSES | 71,295 | 45,151 | 24,752 |
| Indirect Lift Cost | 8 | 9 | 19 |
| Total Operating Lift Cost | 12 | 17 | 27 |
| GENERAL & ADMINISTRATION | | | |

**Exhibit B-2**

**Income Statements for**
**Gregson Energy Drilling LLC**

| | Year Ended 12/31/2018 | Year Ended 12/31/2019 | Six Months Ended 6/30/20 |
|---|---|---|---|
| AUTO EXPENSE | | - | - |
| INTEREST EXPENSE | 2,487 | - | - |
| INTERCOMPANY FEE BC/LCLLC | 33,875 | 42,000 | 21,000 |
| BANK FEES, HEDGING | 1,831 | 1,890 | 3,300 |
| Dividend Expense LSLLC | - | - | - |
| INSURANCE | - | - | - |
| LEGAL & ACCOUNTING | - | 1,220 | - |
| CORPORATE DEVELOPMENT | - | - | - |
| OUTSIDE SERVICES | 452 | 405 | - |
| OFFICE SUPPLIES | - | 217 | - |
| Impairment | - | - | - |
| TOTAL CONTROLLABLE G&A | 38,645 | 45,732 | 24,300 |
| Casa Real Fee | - | - | - |
| Depr Amort Depl Accre | 8,346 | 27,879 | 11,844 |
| Total Non Controllable G&A | 8,346 | 27,879 | 11,844 |
| G&A Lift Cost | 46,991 | 73,611 | 36,144 |
| TOTAL EXPENSES | 5 | 15 | 27 |
| TOTAL LIFT COST | 159,312 | 156,872 | 72,394 |
| NET INCOME OIL OPS. | 17 | 32 | 55 |
| Net Income Drilling | 218,777 | 10,042 | (42,949) |
| Total Pre Tax Income | - | - | - |
| Income Tax | 218,777 | 10,042 | (42,949) |
| NET INCOME | - | - | - |
| | 218,777 | 10,042 | (42,949) |

**Exhibit B-3**

## Statement of Cash Flows for
## Bridgemark Texas LLC

| | Year Ended 12/31/2018 | Year Ended 12/31/2019 | Six Months Ended 6/30/2020 |
|---|---|---|---|
| **Cash Flow from Operating Activities** | | | |
| Net Income | 218,776 | 10,042 | (42,949) |
| | | | |
| Adjustments: | | | |
| Depreciation | 39,528 | 36,318 | 23,166 |
| Depletion | 2,222 | 20,308 | 9,974 |
| Amortization | 4,797 | 6,273 | 986 |
| Accretion | 1,327 | 1,298 | 884 |
| | | | |
| (Increase) Decrease in: | | | |
| Accounts Receivable | 22,711 | (4,775) | 4,775 |
| Prepaid Insurance | | 0 | 0 |
| | | | |
| Increase (Decrease) in: | | | |
| Accounts Payable | 542 | 677 | 768 |
| Accrued Expenses | (161) | | |
| | | | |
| **Cash Flow from Investing Activities** | | | |
| Purchase of Property | (23,966) | (3,957) | (993) |
| | | | |
| **Cash Flow from Financing Activities** | | | |
| Advances from Bridgemark | 35,842 | 42,000 | 18,000 |
| | | | |
| **Net Increase (decrease) in cash** | 301,619 | 108,184 | 14,611 |
| | | | |
| **Cash at beginning of year** | 18,963 | 320,582 | 428,766 |
| | | | |
| **Cash at end of year** | 320,582 | 428,766 | 443,377 |

**Exhibit B-4**

**Statement of Changes in**
**Shareholders'/Partners' Equity (Deficit) for**
**Bridgemark Texas LLC**

| | |
|---|---:|
| Balance at January 1, 2018 | (70,364) |
| Net Income for the year ended December 31, 2018 | 218,776 |
| Balance at December 31, 2018 | 148,412 |
| Net Income for the year ended December 31, 2019 | 10,042 |
| Balance at December 31, 2019 | 158,453 |
| Net Income for the six months ended June 30, 2020 | (42,949) |
| Balance at December 31, 2019 | 115,504 |

**Exhibit C**

**Description of Operations for
Gregson Energy Drilling LLC**

Bridgemark Texas, LLC is a Texas company that was organized August 24, 2015, and is owned 100% by
Bridgemark Corporation. Bridgemark Texas owns a 37% working interest in three leases located in Nueces
County, Texas

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**Pachulski Stang Ziehl & Jones LLP, 650 Town Center Drive, Suite 1500, Costa Mesa, CA 92626**

A true and correct copy of the document entitled:  **PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF BRIDGEMARK CORPORATION HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST** was served in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **8/14/2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*), **_____**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method <u>for each person or entity served</u>): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **_____**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/14/2020 | Nancy Lockwood | /s/ Nancy Lockwood |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:327517.1 10804/002

**F 9013-3.1.PROOF.SERVICE**

1.    **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- J Scott Bovitz    bovitz@bovitz-spitzer.com
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- Erin E Gray    egray@pszjlaw.com
- James KT Hunter    jhunter@pszjlaw.com
- Samuel M Kidder    skidder@ktbslaw.com
- William N Lobel    wlobel@pszjlaw.com, nlockwood@pszjlaw.com;jokeefe@pszjlaw.com;banavim@pszjlaw.com
- Randall P Mroczynski    randym@cookseylaw.com
- Kenneth D Peters    kpeters@dresslerpeters.com, rmccandless@dresslerpeters.com
- Robert J Pfister    rpfister@ktbslaw.com
- Christopher O Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Robert K Wing    rkw@rkwing.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:327517.1 10804/002