William N. Lobel (CA Bar No. 93202)
Ira D. Kharasch (CA Bar No. 109084)
Victoria A. Newmark (CA Bar No. 183581)
Erin Gray (CA Bar No. 157658)
PACHULSKI STANG ZIEHL & JONES LLP
650 Town Center Drive, Suite 1500
Costa Mesa, California  92626
Telephone:  (714) 384-4740
Facsimile:  (714) 384-4741
E-mail:   wlobel@pszjlaw.com
           ikharasch@pszjlaw.com
           vnewmark@pszjlaw.com
           egray@pszjlaw.com

Attorneys for Debtor and Debtor-in-Possession,
Bridgemark Corporation

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>BRIDGEMARK CORPORATION,<br><br>Debtor and Debtor-in Possession. | Case No.: 8:20-bk-10143-TA<br><br>Chapter 11<br><br>**NOTICE TO RETAINED PROFESSIONALS OF HEARING ON INTERIM FEE APPLICATIONS**<br><br>**Hearing:**<br>Date       September 30, 2020<br>Time:     10:00 a.m.<br>Place:    Courtroom 5B<br>           411 West Fourth Street<br>           Santa Ana, CA  92701-4593 |

**TO  RETAINED PROFESSIONALS AND OTHER PARTIES-IN-INTEREST:**

**PLEASE TAKE NOTICE** that pursuant to local Bankrupcy Rule 2016-1(a)(2), you are hereby notified that PACHULSKI STANG ZIEHL & JONES LLP (the "Firm"), attorneys for Bridgemark Corporation, debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor"), has scheduled a hearing on interim fee applications on **September 30, 2020**, at **10:00 a.m.**, in Courtroom 5B of the above-entitled court located at 411 West Fourth Street, Santa Ana, California 92701.

- 2 -

DOCS_LA:331555.1 10804/002

**PLEASE TAKE FURTHER NOTICE** that Local Bankruptcy Rule 2016-1(a)(2) provides, in part, as follows:

> Other professional persons retained pursuant to court approval may also seek approval of interim fees at this hearing, provided that they file and serve their applications in a timely manner. Unless otherwise ordered by the court, hearings on interim fee applications will not be scheduled less than 120 days apart.

Notice of the fee application hearing and the amounts of the requested fees and expenses of employed professionals will be sent by the Firm to (1) the Office of the United States Trustee; (2) counsel to Placentia Development Company, LLC.; (3) the 20 largest unsecured creditors; and (4) the parties that file with the Court and serve upon Debtor a request for notice of all matters in accordance with Bankruptcy Rule 2002(i) on or before September 9, 2020. The professionals who will seek approval of fees and expenses at this scheduled hearing much contact Nancy Lockwood, at this office, at nlockwood@pszjlaw.com, no later than 5:00 p.m., September 7, 2020, for inclusion of such requested fees and expenses in the notice. Each employed professional must file its application with the Court and serve its fee application on interested parties pursuant to the deadlines set forth in the Local Bankruptcy Rules.

August 14, 2020                         PACHULSKI STANG ZIEHL & JONES LLP

                                        By:    */s/ William N. Lobel*
                                               William N. Lobel (CA Bar No. 93202)
                                               Ira D. Kharasch (CA Bar No. 109084)
                                               Victoria A. Newmark (CA Bar No. 183581)
                                               Erin Gray (CA Bar No. 157658)

                                               Attorneys for Debtor and Debtor-in-Possession,
                                               Bridgemark Corporation

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**Pachulski Stang Ziehl & Jones LLP, 650 Town Center Drive, Suite 1500, Costa Mesa, CA  92626**

A true and correct copy of the document entitled: **NOTICE TO RETAINED PROFESSIONALS OF HEARING ON INTERIM FEE APPLICATIONS** was served in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On  (*date*) **8/14/2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*), **8/14/2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **8/14/2020**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/14/2020 | Nancy Lockwood | /s/ Nancy Lockwood |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                F 9013-3.1.PROOF.SERVICE
DOCS_LA:327517.1 10804/002

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- J Scott Bovitz    bovitz@bovitz-spitzer.com
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- Erin E Gray    egray@pszjlaw.com
- James KT Hunter    jhunter@pszjlaw.com
- Samuel M Kidder    skidder@ktbslaw.com
- William N Lobel    wlobel@pszjlaw.com, nlockwood@pszjlaw.com;jokeefe@pszjlaw.com;banavim@pszjlaw.com
- Randall P Mroczynski    randym@cookseylaw.com
- Kenneth D Peters    kpeters@dresslerpeters.com, rmccandless@dresslerpeters.com
- Robert J Pfister    rpfister@ktbslaw.com
- Christopher O Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Robert K Wing    rkw@rkwing.com

**2. SERVED BY UNITED STATES MAIL**:

Susan A. Kidwell
Locke Lord LLP
300 Grand Avenue, Suite 2600
Los Angeles, California 90071

Robert A. Olson
Greines, Martin, Stein, Richland LLP
5900 Wilshire Blvd., 12th Floor
Los Angeles, California 90036

J. Michael Issa
GlaassRatner Advisory & Capital Group LLC
19800 MacArthur Blvd., Suite 820
Irvine, California 92612

John J. Harris
Casso & Sparks, LLP
13300 Crossroads Parksway North, Suite 410
City of Industry, CA 91746

John Harris
Numeric Solutions, LLC
1536 Eastman Avenue, Suite D
Ventura, California 93003

**3. SERVED BY EMAIL**:

- Kidwell, Susan skidwell@lockelord.com
- Robert A. Olson rolson@gmsr.com
- Earl Howard ehoward@gmsr.com
- Mike Issa missa@glassratner.com
- Wen Tan wtan@glassratner.com
- John Harris jharris@cassosparks.com
- John Harris@numericsolutions.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:327517.1 10804/002