United States Bankruptcy Court

Central District of California

In re:                                                                                              Case No. 20-10143-TA

Bridgemark Corporation                                                              Chapter 11

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0973-8                 User: gderamusC                 Page 1 of 2
Date Rcvd: Oct 08, 2020              Form ID: pdf042                 Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2020:**

**Recip ID          Recipient Name and Address**
db                 + Bridgemark Corporation, 17671 Irvine Blvd., Suite 217, Tustin, CA 92780-3129

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2020                  Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2020 at the address(es) listed below:**

**Name**                 **Email Address**

Christopher O Rivas
    on behalf of Respondent Celia A Wallace crivas@reedsmith.com  chris-rivas-8658@ecf.pacerpro.com

Erin E Gray
    on behalf of Debtor Bridgemark Corporation egray@pszjlaw.com

Erin E Gray
    on behalf of Plaintiff Bridgemark Corporation egray@pszjlaw.com

J Scott Bovitz
    on behalf of Creditor TPx Communications bovitz@bovitz-spitzer.com

James KT Hunter
    on behalf of Plaintiff Bridgemark Corporation jhunter@pszjlaw.com

Kenneth D Peters
    on behalf of Creditor PBF Holding Company LLC kpeters@dresslerpeters.com  rmccandless@dresslerpeters.com

District/off: 0973-8 | User: gderamusC | Page 2 of 2
Date Rcvd: Oct 08, 2020 | Form ID: pdf042 | Total Noticed: 1

Nancy S Goldenberg
    on behalf of U.S. Trustee United States Trustee (SA) nancy.goldenberg@usdoj.gov

Randall P Mroczynski
    on behalf of Creditor Ford Motor Credit Company LLC randym@cookseylaw.com

Robert J Pfister
    on behalf of Creditor Placentia Development Company LLC rpfister@ktbslaw.com

Robert J Pfister
    on behalf of Defendant Placentia Development Company LLC rpfister@ktbslaw.com

Robert K Wing
    on behalf of Interested Party Courtesy NEF rkw@rkwing.com

Robert K Wing
    on behalf of Creditor Politiski Survivors' Trust rkw@rkwing.com

Samuel M Kidder
    on behalf of Creditor Placentia Development Company LLC skidder@ktbslaw.com

Samuel M Kidder
    on behalf of Defendant Placentia Development Company LLC skidder@ktbslaw.com

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov

William N Lobel
    on behalf of Debtor Bridgemark Corporation wlobel@pszjlaw.com
    nlockwood@pszjlaw.com;jokeefe@pszjlaw.com;banavim@pszjlaw.com

William N Lobel
    on behalf of Plaintiff Bridgemark Corporation wlobel@pszjlaw.com
    nlockwood@pszjlaw.com;jokeefe@pszjlaw.com;banavim@pszjlaw.com

TOTAL: 17

William N. Lobel (CA Bar No. 93202)
Ira D. Kharasch (CA Bar No. 109084)
Erin Gray (CA Bar No. 157658)
PACHULSKI STANG ZIEHL & JONES LLP
650 Town Center Drive, Suite 1500
Costa Mesa, California 92626
Telephone: (714) 384-4740
Facsimile: (714) 384-4741
E-mail: wlobel@pszjlaw.com
 ikharasch@pszjlaw.com
 egray@pszjlaw.com

Attorneys for Debtor and Debtor-in-Possession,
Bridgemark Corporation

**FILED & ENTERED**

**OCT 08 2020**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY deramus DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>BRIDGEMARK CORPORATION,<br><br>    Debtor and Debtor-in Possession. | Case No.: 8:20-bk-10143-TA<br><br>Chapter 11<br><br>**ORDER (A) ESTABLISHING THE PROCEDURES AND DEADLINES FOR FILING PROOFS OF CLAIM AND INTERESTS; AND (B) APPROVING FORM AND MANNER OF NOTICE OF BAR DATES; AND (C) GRANTING RELATED RELIEF**<br><br>[No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(q)(9)] |

Upon the *Motion for Entry of an Order (A) Establishing the Procedures and Deadlines for filing Proofs of Claim and Interests; and (B) Approving Form and Manner of Notice of Bar Dates; and (C) Granting Related Relief* (the "Motion");[1] and consideration of the Motion and the relief requested therein; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion is proper in this district

---

[1] A capitalized term used but not defined herein shall have the meaning ascribed to it in the Motion.

pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Motion is in the best interests of the Debtor's estate, its creditors, and all other parties in interest; and the Debtor having provided appropriate notice of the Motion under the circumstances and no other or further notice need be provided; and the Court having reviewed the Motion; and the Court having considered the Motion, all pleadings and papers filed in connection with the Motion, including the Memorandum of Points and Authorities filed in support of the Motion; after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted.

2. On or before October 14, 2020, the Debtor must serve written notice of the bar date, using mandatory court form F 3003-1, on all creditors and the United States Trustee.

2. The General Bar Date is thirty (30) days following service of the notice of bar date on all creditors of the Debtor.

3. Administrative claimants are required to file proofs of claim with respect to their claims within thirty (30) days following service of the notice of bar date for filing administrative claims.

4. Professionals holding administrative claims against the Debtor must file final fee applications within 21 days of the date a hearing is set for approval of final fee applications.

//

//

//

//

//

//

//

5. Professionals are required to file an estimate of fees and costs as of the General Bar Date.

6. The Court shall retain jurisdiction over all matters arising from or related to the implementation of this Order.

###

Date: October 8, 2020

_____
Theodor C. Albert
United States Bankruptcy Judge