Ira D. Kharasch (CA Bar No. 109084)
Erin Gray (CA Bar No. 157658)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
E-mail: ikharasch@pszjlaw.com
        egray@pszjlaw.com

Attorneys for Debtor and Debtor-in-Possession,
Bridgemark Corporation

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>BRIDGEMARK CORPORATION,[1]<br><br>Debtor and Debtor-in Possession. | Case No.: 8:20-bk-10143-TA<br><br>Chapter 11<br><br>**PROOF OF SERVICE**<br><br>**(Relates to Docket No. 406)**<br><br>**Hearing:**<br>Date       March 31, 2021<br>Time:    10:00 a.m.<br>Place:   ZoomGov |

---

[1] The Debtor's last four digits of its taxpayer identification number are (1669). The headquarters and service address for the above-captioned Debtor is 17671 Irvine Blvd., Suite 217, Tustin, CA 92780.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA  90067**

A true and correct copy of the document entitled:

**NOTICE OF REVISED PROPOSED ORDER GRANTING DEBTOR'S MOTION PURSUANT TO 11  U.S.C. §§ 105(a), 363(b), AND 365 AND FED. R. BANKR. P. 9019 FOR ENTRY OF ORDER (I) APPROVING SETTLEMENT AGREEMENT BETWEEN THE DEBTOR, ROBERT J. HALL, AND PLACENTIA DEVELOPMENT COMPANY AND RELATED AGREEMENTS, (11) APPROVING SALE OF SUBSTANTIALLY ALL ASSETS OF THE DEBTOR FREE AND CLEAR OF LIENS, (111) APPROVING ASSUMPTION AND/OR ASSIGNMENT OF CERTAIN EXECUTORYCONTRACTSAND UNEXPIRED LEASES, (IV) MODIFYING ORDER AUTHORIZING EMPLOYMENT OF NUMERIC SOLUTIONS LLC, AND (V) GRANTING RELATED RELIEF [Docket No. 406]**

was served in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **3/24/2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

⊠ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*), **3/25/2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

⊠ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **3/25/2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

⊠ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/25/2021 | Nancy Lockwood | */s/ Nancy Lockwood* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
DOCS_LA:327517.1 10804/002

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

   - **J Scott Bovitz**   bovitz@bovitz-spitzer.com
   - **Frank Cadigan**   frank.cadigan@usdoj.gov
   - **Nancy S Goldenberg**   nancy.goldenberg@usdoj.gov
   - **Erin E Gray**   egray@pszjlaw.com
   - **James KT Hunter**   jhunter@pszjlaw.com
   - **Samuel M Kidder**   skidder@ktbslaw.com
   - **William N Lobel**   wlobel@tocounsel.com, jokeefe@tocounsel.com;sschuster@tocounsel.com
   - **Randall P Mroczynski**   randym@cookseylaw.com
   - **Matthew J Pero**   mpero@afrct.com, lhlista@afrct.com;AFRCTECF@afrct.com
   - **Kenneth D Peters**   kpeters@dresslerpeters.com, rmccandless@dresslerpeters.com
   - **Robert J Pfister**   rpfister@ktbslaw.com
   - **Christopher O Rivas**   crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
   - **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
   - **Robert K Wing**   rkw@rkwing.com

2. **TO BE SERVED BY UNITED STATES MAIL**:

*See Attached Service List.*

3. **TO BE SERVED BY EMAIL:**

*See Attached Service List.*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                          **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:327517.1 10804/002

| | | |
|---|---|---|
| **In re Bridgemark Corporation**<br>**Chapter 11 Case No.:**<br>**8:20-bk-10143 TA**<br>**2002 Service List** | Via U.S. Mail<br>Argonaut Insurance Company<br>USI Insurance Company<br>PO Box 61187<br>Virginia Beach, VA  23466-1187 | Via Email<br>Office of the United States Trustee<br>Goldenberg, Nancy (USTP)<br>&lt;Nancy.Goldenberg@UST.DOJ.GOV&gt; |

**20 Largest Unsecured Creditors**

Via U.S. Mail

| | | |
|---|---|---|
| Placentia Development Company LLC<br>c/o Daniel A. Reed, Esq.<br>600 Anton Boulevard, 11th Floor<br>Costa Mesa, CA  92626 | Michael D. Kibler, Esq.<br>Kibler Fowler and Cave LLP<br>11100 Santa Monica Blvd.<br>Suite 360<br>Los Angeles, CA  90025 | ~~Oil Well Service Company~~<br>~~Attn.:  Lisa Frances~~<br>~~10840 Norwalk Blvd~~<br>~~Santa Fe Springs, CA 90670~~<br>(Transferred to PDC) |
| Clariant Corporation<br>DEPT 2203<br>Carol Stream, IL 60132-2203<br>(Mail RTS/updated 2/12/20) | Travelers Insurance<br>Direct Bill Accounting<br>Attn: Tasha Butler<br>PO Box 26208<br>Richmond, VA  23260-6208 | ~~Porter Boiler Service~~<br>~~Attn.:  Nooshin, Accounting Dept.~~<br>~~1166 R. 23rd Street~~<br>~~Signal Hill, CA  90755~~<br>(Transferred to PDC) |
| Innovative Electrix, Inc<br>Attn.:  Accounting Department<br>PO Box 1070<br>Downey, CA 90240 | CW Services, Inc./CWS Vacuum<br>Attn.:  Craig Winberg<br>3806 Madonna Drive<br>Fullerton, CA 92835 | ~~Western States Oilfield Prod. Inc.~~<br>~~Attn.:  Accounting Department~~<br>~~11852 Western Ave.~~<br>~~Stanton, CA  90680~~<br>(Transferred to PDC) |
| SC Fuels<br>Attn.:  Accounting Department<br>PO Box 14237<br>Orange, CA  92863 | Parsons Crime Prevention Division<br>Attn.:  Richard Parsons<br>17141 Green Lane<br>Huntington Beach, CA  92649 | ~~Southwest Micro Computers~~<br>~~Attn.:  Steve M. Walker~~<br>~~2230 Pepperwood Lane~~<br>~~Corona, CA  92882~~<br>(Transferred to PDC) |
| Weatherford US LP<br>(FDC4922)<br>Attn.:  Accounting Department<br>PO Bo 301003a<br>Dallas, TX  75303-1003 | Montrose Air Quality Services, LLC<br>Attn.:  Paul<br>PO Box 741137<br>Los Angeles, CA  90074-1137 | InterAct PMTI, Inc.<br>Attn.:  Mike Guilliani<br>260 Maple Court<br>Suite 210<br>Ventura, CA  93003 |
| A&G Compressor Parts, Inc.<br>Attn.:  Greg Dryden<br>13671 Bora Drive<br>Santa Fe Springs, CA  90670 | ~~McFadden Dale Industrial Hardware~~<br>~~Attn.:  Accounting Department~~<br>~~129 N. Maple Street, Unit C~~<br>~~Corona, CA  92880-1735~~<br>(Transferred to PDC) | John Guzman Crane Service<br>Attn.:  Accounting Department<br>2463 Gundry Ave.<br>Signal Hill, CA  90755 |
| Home Depot<br>Attn.:  Accounting Department<br>Dept 32-2501439073<br>PO Box 78047<br>Phoenix, AZ  85062-8047 | State Compensation Insurance Fund<br>State Fund<br>PO Box 7441<br>San Francisco, CA  94120-7441 | Cintas<br>Attn.:  Accounting Department<br>PO Box 29059<br>Phoenix, AZ  85038-059 |

**Supplemental Parties:**

Southern California Edison
Attn.:  Accounting Department
PO Box 300
Rosemead, CA  91772-0001

Daniel R. Connolly
HC 2 Box 4795
Trinity Center, CA  96091-9503

City of Anaheim
Attn.:  Accounting Department
201 South Anaheim Blvd.
Anaheim, CA  92803-3069

~~Claremont Tax Associates, Inc.~~
~~Attn.:  Jeffery Durrant~~
~~114 N. Indian Hills Blvd., S F~~
~~Claremont, CA  91711~~

Hilcorp Energy Company
Attn.:  Owner Relations
1111 Travis Street
Houston, TX  77002

City of Placentia
Attn.:  Catherine Carranza
401 E. Chapman Ave.
Placentia, CA  92870

SWRCB Storm Water Section
Attn.:  Accounting Department
PO Box 1888
Sacramento, CA  95812-1888

Larsen & Risley
Attn.:  Accounting Department
3200 Park Center Drive, Suite 720
Costa Mesa, CA  92626

Card Service Center
Attn.:  Accounting Department
PO Box 569100
Dallas, TX  75356-9100

Robert N. Kestner & Jeanne S. Kestner,
Trustees of the Robert N. Kestner Trust
815 Vineyard Court
Pleasant Hill, CA  94523-2189

USI Insurance Services National
Attn.:  Accounting Department
PO Box 61187
Virginia Beach, CA  23466

Aqua Tibia Ranch for Bradford Bros.
Attn.:  Accounting Department
PO Box 578
Pauma Valley, CA  92016