Ira D. Kharasch (CA Bar No. 109084)
Erin Gray (CA Bar No. 157658)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Telephone:  (310) 277-6910
Facsimile:  (310) 201-0760
E-mail:   ikharasch@pszjlaw.com
            egray@pszjlaw.com

William N. Lobel (CA Bar No. 93202)
THEODORA ORINGHER PC
535 Anton Boulevard, Ninth Floor
Costa Mesa, CA  92622-7109
Telephone:  (714) 549-6200
Facsimile:  (714) 549-6201
E-mail:  wlobel@tocounsel.com

Co-Counsel for Debtor and Debtor in Possession,
Bridgemark Corporation

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| In re: | Case No.: 8:20-bk-10143-TA |
|---|---|
| BRIDGEMARK CORPORATION,[1] | Chapter 11 |
| Debtor and Debtor-in Possession. | **PROOF OF SERVICE**<br><br>[Relates to Docket Nos. 433 and 434] |

---

[1] The Debtor's last four digits of its taxpayer identification number are (1669).  The headquarters and service address for the above-captioned Debtor is 17671 Irvine Blvd., Suite 217, Tustin, CA  92780.

PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA  90067**

A true and correct copy of the document entitled:

- *Bridgemark Corporations Application for Supplemental Order Authorizing it to Employ and Compensate Brown Armstrong for Expanded Accounting Services; Declaration of Ryan L. Nielsen in Support* [Docket No. 433];

- *Notice of Filing of Bridgemark Corporations Application for Supplemental Order Authorizing it to Employ and Compensate Brown Armstrong for Expanded Accounting Services* [Docket No. 434],

was served as set forth below:

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) <u>4/13/2021</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

2.  **SERVED BY UNITED STATES MAIL**:  On (*date*), <u>4/13/2021</u> I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒  Service information continued on attached page

3.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/13/2021 | Nancy Lockwood | /s/ Nancy Lockwood |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:329989.2

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Karol K Denniston**    karol.denniston@squirepb.com,
  travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com
- **Michael J Hauser**    michael.hauser@usdoj.gov
- **John W Lucas**    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Mark E McKane**    mark.mckane@kirkland.com, mmckane@kirkland.com;alevin@kirkland.com;lydia-yale-8751@ecf.pacerpro.com
- **Christopher Minier**    becky@ringstadlaw.com, arlene@ringstadlaw.com
- **David L. Neale**    dln@lnbyb.com
- **Victoria Newmark**    vnewmark@pszjlaw.com
- **Juliet Y Oh**    jyo@lnbrb.com, jyo@lnbrb.com
- **Jason H Rosell**    jrosell@pszjlaw.com, mrenck@pszjlaw.com
- **Jeffrey Snyder**    eservice@bilzin.com, eservice@bilzin.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Michael J. Weiland**    mweiland@wgllp.com,
  kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;lbracken@wgllp.com

2. **SERVED BY UNITED STATES MAIL**:

*See attached mailing list.*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:329989.2                                                     **F 9013-3.1.PROOF.SERVICE**

In re Bridgemark Corporation
Chapter 11 Case No.:
8:20-bk-10143 TA
2002 Service List

## 20 Largest Unsecured Creditors

Via U.S. Mail

Placentia Development Company LLC
c/o Daniel A. Reed, Esq.
600 Anton Boulevard, 11th Floor
Costa Mesa, CA 92626

Michael D. Kibler, Esq.
Kibler Fowler and Cave LLP
11100 Santa Monica Blvd.
Suite 360
Los Angeles, CA 90025

~~Oil Well Service Company~~
~~Attn.: Lisa Frances~~
~~10840 Norwalk Blvd~~
~~Santa Fe Springs, CA 90670~~
(Transferred to PDC)

Clariant Corporation
DEPT 2203
Carol Stream, IL 60132-2203
(Mail RTS/updated 2/12/20)

Travelers Insurance
Direct Bill Accounting
Attn: Tasha Butler
PO Box 26208
Richmond, VA 23260-6208

~~Porter Boiler Service~~
~~Attn.: Nooshin, Accounting Dept.~~
~~1166 R. 23rd Street~~
~~Signal Hill, CA 90755~~
(Transferred to PDC)

Innovative Electrix, Inc
Attn.: Accounting Department
PO Box 1070
Downey, CA 90240

CW Services, Inc./CWS Vacuum
Attn.: Craig Winberg
3806 Madonna Drive
Fullerton, CA 92835

~~Western States Oilfield Prod. Inc.~~
~~Attn.: Accounting Department~~
~~11852 Western Ave.~~
~~Stanton, CA 90680~~
(Transferred to PDC)

SC Fuels
Attn.: Accounting Department
PO Box 14237
Orange, CA 92863

Parsons Crime Prevention
Division
Attn.: Richard Parsons
17141 Green Lane
Huntington Beach, CA 92649

~~Southwest Micro Computers~~
~~Attn.: Steve M. Walker~~
~~2230 Pepperwood Lane~~
~~Corona, CA 92882~~
(Transferred to PDC)

Weatherford US LP
(FDC4922)
Attn.: Accounting Department
PO Bo 301003a
Dallas, TX 75303-1003

Montrose Air Quality Services, LLC
Attn.: Paul
PO Box 741137
Los Angeles, CA 90074-1137

InterAct PMTI, Inc.
Attn.: Mike Guilliani
260 Maple Court
Suite 210
Ventura, CA 93003

A&G Compressor Parts, Inc.
Attn.: Greg Dryden
13671 Bora Drive
Santa Fe Springs, CA 90670

~~McFadden Dale Industrial Hardware~~
~~Attn.: Accounting Department~~
~~129 N. Maple Street, Unit C~~
~~Corona, CA 92880-1735~~
(Transferred to PDC)

John Guzman Crane Service
Attn.: Accounting Department
2463 Gundry Ave.
Signal Hill, CA 90755

Home Depot
Attn.: Accounting Department
Dept 32-2501439073
PO Box 78047
Phoenix, AZ 85062-8047

State Compensation Insurance Fund
State Fund
PO Box 7441
San Francisco, CA 94120-7441

Cintas
Attn.: Accounting Department
PO Box 29059
Phoenix, AZ 85038-059

**Supplemental Parties:**

Southern California Edison
Attn.:  Accounting Department
PO Box 300
Rosemead, CA  91772-0001

Daniel R. Connolly
HC 2 Box 4795
Trinity Center, CA  96091-9503

City of Anaheim
Attn.:  Accounting Department
201 South Anaheim Blvd.
Anaheim, CA  92803-3069

~~Claremont Tax Associates, Inc.~~
~~Attn.:  Jeffery Durrant~~
~~114 N. Indian Hills Blvd., S F~~
~~Claremont, CA  91711~~

Hilcorp Energy Company
Attn.:  Owner Relations
1111 Travis Street
Houston, TX  77002

City of Placentia
Attn.:  Catherine Carranza
401 E. Chapman Ave.
Placentia, CA  92870

SWRCB Storm Water Section
Attn.:  Accounting Department
PO Box 1888
Sacramento, CA  95812-1888

Larsen & Risley
Attn.:  Accounting Department
3200 Park Center Drive, Suite 720
Costa Mesa, CA  92626

Card Service Center
Attn.:  Accounting Department
PO Box 569100
Dallas, TX  75356-9100

Robert N. Kestner & Jeanne S. Kestner,
Trustees of the Robert N. Kestner Trust
815 Vineyard Court
Pleasant Hill, CA  94523-2189

USI Insurance Services National
Attn.:  Accounting Department
PO Box 61187
Virginia Beach, CA  23466

Aqua Tibia Ranch for Bradford Bros.
Attn.:  Accounting Department
PO Box 578
Pauma Valley, CA  92016