FILED

MAY 28 2021

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>BRIDGEMARK CORPORATION,<br><br>Debtor and Debtor-in Possession.[1] | Case No. 8:20-bk-10143-TA<br><br>Chapter 11<br><br>**REQUESTS FOR PAYMENT OF ADMINISTRATIVE EXPENSE ARISING BETWEEN OCTOBER 14, 2020 AND APRIL 30, 2021.** |

On behalf of SOUTHERN COUNITES OIL CO., A CALIFORNIA LIMTED PARTNERSHIP ("CREDITOR"), I, ROBERT W. BOLLAR ("Declarant"), hereby file this Request for Payment of an Administrative Expense (the "Request"). In support of the Request, Declarant states as follows:

1. On January 14, 2020 (the "Petition Date"), Bridgemark Corporation (the "Debtor") filed its voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2. On or about __1/7/2020__, CREDITOR provided the following services or goods to the Debtor: GOODS SOLD.

3. Copies of all supporting documentation supporting the Request (invoices, contracts, leases, letters, et cetera) (the "Documentation") are attached to this Request as Exhibit A.

4. As of the date of this Request, the current outstanding amount owed to CREDITOR is $ __3,777.8__.

5. CREDITOR contends that $ __1,903.94__ [INSERT AMOUNT CREDITOR CONTENDS AROSE FROM October 14, 2020-April 30, 2021] is allowable as an administrative expense of the Chapter 11 Estate pursuant to Bankruptcy Code section 503(b).

6. WHEREFORE, CREDITOR respectfully requests that the Court allow it an Administrative Expense in the amount of $ __1,903.94__.

Dated: MAY 28, 2021

/s/ *(signature)*

Name: __Robert W. Bollar__ Corp. Sec.

Address: 1800 W. Katella Avenue; Suite 400
Orange, CA 92867

Phone: 714-516-7261

Email: _____

---

[1] The Debtor's last four digits of its taxpayer identification number are (1669). The headquarters and service address for the above-captioned Debtor is 17671 Irvine Blvd., Suite 217, Tustin, CA 92780.