Ira D. Kharasch (CA Bar No. 109084)
Erin Gray (CA Bar No. 157658)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Telephone:  (310) 277-6910
Facsimile:   (310) 201-0760
E-mail:   ikharasch@pszjlaw.com
          egray@pszjlaw.com

Former Co-Counsel for Debtor and Debtor-in-Possession,
Bridgemark Corporation

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>BRIDGEMARK CORPORATION,[1]<br><br>    Debtor and Debtor-in Possession. | Case No.: 8:20-bk-10143-TA<br><br>Chapter 11<br><br>**NOTICE OF PROFESSIONAL FEE STATEMENT NUMBER 11 OF PACHULSKI STANG ZIEHL & JONES LLP, FORMER GENERAL BANKRUPTCY COUNSEL FOR THE DEBTOR AND DEBTOR IN POSSESSION FOR THE PERIOD OF APRIL 1, 2021 THROUGH MAY 31, 2021**<br><br>[No Hearing Required Unless Requested] |

---

[1] The Debtor's last four digits of its taxpayer identification number are (1669).  The headquarters and service address for the above-captioned Debtor is 17671 Irvine Blvd., Suite 217, Tustin, CA  92780.

DOCS_LA:337957.1 10804/002

**TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, PLACENTIA DEVELOPMENT COMPANY, LLC, THE 20 LARGEST UNSECURED CREDITORS AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE THAT** on June 18, 2021, Pachulski Stang Ziehl & Jones LLP ("PSZJ"), former general bankruptcy counsel to the debtor and debtor in possession filed a Professional Fee Statement (a "PFS") pursuant to which it seeks interim payment of 80% of the fees for services rendered and 100% of the costs incurred during the Reporting Period.[2]

| Professional | Role | Reporting Period | 100% Fees | 100% Expenses | 80% Fees | 100% Expenses | Total Sought to be Paid | Hold Back (20% of Fees) |
|---|---|---|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | General Bankruptcy Counsel to Debtor | 4/1/2021 through 5/31/2021[3] | $77,221.50 | $2,751.56 | $61,777.20 | $2,751.56 | $64,528.76 | $15,444.30 |

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to the *Order Approving Motion for Order Establishing Monthly Fee and Expense Reimbursement Procedures* entered on March 17, 2020 [Docket No. 121] (the "Fee Procedures Order"), unless an objection is filed with the clerk of the Court and served on PSZJ within ten days of the service of the PFS, the PFS shall be deemed approved on an interim basis and the Debtor may pay PSZJ 80% of the fees for services rendered and 100% of the costs incurred during the Reporting Period (the "Approved Amount"), and PSZJ is authorized to draw the Approved Amount from any Retainer (if any) without the Court holding a hearing or entering any further order thereon. If an objection is timely filed and served, PSZJ will not draw down or be paid the disputed amount until the objection has been resolved.

**PLEASE TAKE FURTHER NOTICE THAT** PSZJ served a copy of the PFS on the Debtor, counsel to the Debtor, the twenty largest unsecured creditors, counsel to Placentia Development Company, LLC ("PDC"), any party requesting special notice, and the Office of the United States Trustee (the "OUST"). In addition, PSZJ served documentation supporting the PFS (the "Fee Documentation") on the Debtor, counsel to the debtor the OUST and counsel to PDC.

---

[2] Capitalized terms that are not defined in this notice have the meanings given to them in the Fee Procedures Order.
[3] The Reporting Period also includes fees of $2,370.00 and costs of $1,340.54 (for a total of $3,710.54) that were attributable to the period between 1/14/2020-3/9/2020 but which were inadvertently omitted from prior bills.

DOCS_LA:337957.1 10804/002

Copies of the Fee Documentation are available, upon written request, from PSZJ at the address listed below:

Ira D. Kharasch
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
E-mail:   ikharasch@pszjlaw.com

**PLEASE TAKE FURTHER NOTICE THAT** nothing in the Fee Procedures Order relieves any Professional from the obligation to file interim and/or final fee applications. The failure of any party to raise an objection to a PFS shall not be deemed a waiver of such objection for purposes of the interim fee application.  The failure of any party to raise an objection to a PFS or interim fee application shall not be deemed a waiver of such objection for purposes of final applications for allowance of fees and reimbursement of expenses pursuant to section 330 of the Bankruptcy Code.

Dated: June 18, 2021                              PACHULSKI STANG ZIEHL & JONES LLP

By    /s/ *Erin Gray*
Ira D. Kharasch (CA Bar No. 109084)
Erin Gray (CA Bar No. 157658)

Former Co-Counsel for Debtor and Debtor-in-Possession, Bridgemark Corporation

3

DOCS_LA:337957.1 10804/002