William N. Lobel, Esq. (State Bar No. 93202)
THEODORA ORINGHER PC
535 Anton Boulevard, Ninth Floor
Costa Mesa, California 92626-7109
Telephone: (714) 549-6200
Facsimile: (714) 549-6201
E-mail: wlobel@tocounsel.com

Counsel for Debtor and Debtor in Possession,
Bridgemark Corporation

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>BRIDGEMARK CORPORATION,[1]<br><br>        Debtor and Debtor in Possession. | Case No.: 8:20-bk-10143-TA<br><br>Chapter 11<br><br>**NOTICE OF SUBMISSION OF PROFESSIONAL FEE STATEMENT NUMBER 7 OF NUMERIC SOLUTIONS, LLC AND JOHN HARRIS AS CHIEF WIND-DOWN OFFICER FOR THE DEBTOR AND DEBTOR IN POSSESSION, FOR THE PERIOD OF JULY 1, 2021 THROUGH JULY 31, 2021**<br><br>[No Hearing Required] |

---

[1] The Debtor's last four digits of its taxpayer identification number are (1669). The headquarters and service address for the above-captioned Debtor is 17671 Irvine Blvd., Suite 217, Tustin, CA 92780.

182194.2

**TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE 20 LARGEST UNSECURED CREDITORS, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE THAT** Theodora Oringher PC, counsel for Bridgemark Corporation (the "Debtor"), the debtor and debtor in possession, hereby submits this *Professional Fee Statement Number 7 of Numeric Solutions LLC and John Harris as Chief Wind-Down Officer for the Debtor and Debtor in Possession, for the Period of July 1, 2021 Through July 31, 2021* (the "PFS").

**PLEASE TAKE FURTHER NOTICE THAT**, Numeric Solutions, LLC (the "Professional") incurred fees in the amount of $29,780.00 and costs in the amount of $498.30 during the period from July 1, 2021 through July 31, 2021 (the "Reporting Period"). As set forth in the PFS, the Professional seeks interim payment of 80% of the fees for services rendered and 100% of the costs incurred during the Reporting Period.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to the *Order Approving Motion for Order Establishing Monthly Fee and Expense Reimbursement Procedures* entered on March 17, 2020 [Docket No. 121] (the "Fee Procedures Order"), unless an objection is filed with the clerk of the Court and served on the Professional within ten days of the service of the PFS, the PFS shall be deemed approved on an interim basis and the Debtor may pay the Professional 80% of the fees for services rendered and 100% of the costs incurred during the Reporting Period (the "Approved Amount"), and the Professional is authorized to draw the Approved Amount from any Retainer, if applicable, without the Court holding a hearing or entering any further order thereon. If an objection is timely filed and served, the Professional will not draw down or be paid the disputed amount until the objection has been resolved.

**PLEASE TAKE FURTHER NOTICE THAT** the Professional served a copy of the PFS on the Debtor, the twenty largest unsecured creditors, counsel to Placentia Development Company, LLC, any party requesting special notice, and the Office of the United States Trustee (the "OUST"). In addition, the Professional served detailed documentation supporting the PFS

182194.2

(the "Fee Documentation") on the OUST. Copies of the Fee Documentation are available, upon written request, from the applicable Professional at the address listed below:

John Harris
Numeric Solutions, LLC
1536 Eastman Avenue, Suite D
Ventura, California 93003

**PLEASE TAKE FURTHER NOTICE THAT** nothing in the Fee Procedures Order relieves any Professional from the obligation to file interim and/or final fee applications. The failure of any party to raise an objection to a PFS shall not be deemed a waiver of such objection for purposes of any interim or final application for allowance of fees and reimbursement of costs pursuant to section 330 of the Bankruptcy Code.

Dated: August 23, 2021                    THEODORA ORINGHER PC


By /s/ *William N. Lobel*
William N. Lobel (State Bar No. 93202)

Counsel for Debtor and Debtor in Possession

| Attorney or Professional Name, Address, Telephone and Fax | |
|---|---|
| Numeric Solutions, LLC<br>1536 Eastman Avenue, Suite D<br>Ventura, CA 93003<br>John Harris<br>805-794-5011<br>harris@numericsolutions.com<br>Expert Valuation Consultant | |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>SANTA ANA DIVISION** | |
| In re:<br><br>BRIDGEMARK CORPORATION,<br><br>                                  Debtor. | Chapter 11<br>Case Number: 8:20-bk-10143-TA<br><br>**Professional Fee Statement**<br>Number:              7<br>Month of:         July 2021 |

| | |
|---|---|
| 1. Name of Professional: | Numeric Solutions, LLC |
| 2. Date of entry of order approving employment of the professional: | April 14, 2020 |
| 3. Total amount of pre-petition payments received by the professional: | $102,159.92 |
| 4. Less: Total amount of pre-petition services rendered and expenses: | ($99,839.92) |
| 5. Balance of funds remaining on date of filing of petition: | $2,320.00 |
| 6. Less: Total amount of all services rendered per prior fee statements: (Line 6 is not used when filing Statement Number 1): | ($81,336.56) |
| 7. Less: Total amount of services and expenses this reporting period: | See attachment at paragraph 5 |
| 8. Balance of funds remaining for next reporting period: | $0.00 |

DETAILED DOCUMENTATION SUPPORTING THE PROFESSIONAL FEES EARNED AND THE EXPENSES INCURRED DURING THIS REPORTING PERIOD HAS BEEN SERVED ON THE UNITED STATES TRUSTEE. A COPY OF THE DETAILED DOCUMENTATION WILL BE PROVIDED BY THE PROFESSIONAL TO ANY PARTY UPON REQUEST. FEES AND COSTS WILL BE WITHDRAWN FROM THE TRUST ACCOUNT IN THE AMOUNT STATED IN ITEM 7 ABOVE UNLESS AN OBJECTION IS FILED WITH THE CLERK OF THE COURT AND SERVED ON THE PROFESSIONAL NAMED ABOVE WITHIN 10 DAYS FROM THE DATE OF SERVICE OF THIS STATEMENT.

| 9. Total number of pages attached hereto: | 3 |
|---|---|

The above is a true and correct statement of fees earned and expenses incurred during the indicated reporting period.

Dated: August 20, 2021

Numeric Solutions, LLC
_____
Type Name of Professional

_[signature]_
_____
Signature of Professional

N/A
_____
Type Name of Attorney for Professional (if applicable)

N/A
_____
Signature of Attorney for Professional (if applicable)

182194.1

# ATTACHMENT TO PROFESSIONAL FEE STATEMENT NO. 7
## Numeric Solutions, LLC

1.      On January 14, 2020 (the "Petition Date"), the Debtor filed with this Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtor continues to operate its business and manage its affairs as debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  The United States Trustee has not yet appointed an official committee of unsecured creditors.

2.      On March 12, 2020, Numeric Solutions, LLC (the "Firm") filed its *Application of Debtor and Debtor in Possession to Employ Numeric Solutions LLC as Expert Valuation Consultant and John Harris as Expert Witness Effective as of February 24, 2020* [Docket No. 114], which was approved by the order entered on April 14, 2020 [Docket No. 162] (the "Original Employment Order").

3.      On April 28, 2021, the Court entered its *Order (I) Approving Settlement Agreement ... [and] (IV) Modifying Order Authorizing Employment of Numeric Solutions, LLC [Etc.]* [Docket No. 442] (the "Approval Order").  Pursuant to the Approval Order, John Harris of the Firm was appointed the Chief Wind-Down Officer of the Debtor effective as of April 30, 2021 (the closing date of the transactions that are subject to the Approval Order).  In such capacity, Mr. Harris is authorized to perform the following services:  (i) appropriate claim administration, reconciliation, satisfactions, compromises, and/or objections with respect to claims that were not Assumed Obligations transferred to Buyer; (ii) appropriate reconciliation and satisfaction of any remaining obligations to royalty holders that were not Assumed Obligations transferred to Buyer; (iii) appropriate disposition of any remaining assets that were not Purchased Assets transferred to Buyer; (iv) appropriate resolution of all administrative expense applications and related matters of Bankruptcy Case administration, including the filing of all required reports and the payment of all required U.S. Trustee fees; (v) appropriate formulation and prosecution of the liquidating chapter 11 plan contemplated in the Plan Term Sheet; (vi) such other work as is reasonable and appropriate in connection with the administration of the estate and consistent with Bridgemark's bylaws (all terms as defined in the Approval Order).  The Approval Order modified the Original Employment Order, effective as of March 10, 2021, to the extent necessary to authorize Mr. Harris to perform such services.

4.      On February 21, 2020, the Debtor filed a *Motion for Order Establishing Monthly Fee and Expense Reimbursement Procedures* [Docket No. 90] (the "Fee Procedures Motion")[1] which was approved by order entered on March 17, 2020 [Docket No. 121] (the "Fee Procedures Order").  Pursuant to the Fee Procedures Order, unless an objection is filed with the clerk of the Court and served on the Firm within ten days of the service of this Professional Fee Statement (the "PFS"), the PFS shall be deemed approved on an interim basis and the Debtor may pay the Firm 80% of the fees and 100% of the expenses requested in the PFS (the "Approved Amount"), and the Professional is authorized draw the Approved Amount from any Retainer without the Court holding a hearing or entering any further order thereon.  Nothing herein relieves the Firm of the obligation to file interim and final fee applications.  The failure to object to the PFS does not prejudice any party in interest from objecting to any interim of final fee application submitted by the Firm.

5.      Professional Statement No. 7: This is the seventh Professional Fee Statement by the Firm.  Fees and expenses incurred, paid, held back and owing in connection with prior Reporting Periods are set forth below in paragraph 7(e).

---

[1] All capitalized terms not defined herein have the meaning ascribed to them in the Fee Procedures Motion.

182194.2                                                                1

6.    <u>Request for Payment of Professional Fees</u>: During the period July 1, 2021 through July 31, 2021 (the "Reporting Period"), the Firm incurred fees in the amount of $29,780.00 and costs of $498.30, respectively, for a total of $30,278.30. $0.00 at present is being held as a Retainer by the Firm. Thus, in accordance with the Fee Procedures Order, the Firm is seeking payment of $23,824.00 (80% of fees for services rendered) and $498.0 (100% of costs incurred), for a total of $24,322.30 for the Reporting Period.

7.    Detailed Summary:

   a. Incurred Amount during the Reporting Period:
      i. 100% of Fees: $29,780.00
      ii. 100% of Expenses: $498.30

   b. Requested Amount during Reporting Period:
      i. 80% of Fees: $23,824.00
      ii. 100% of Expenses: $498.30

   c. Holdback for the Reporting Period: $5,956.00

   d. Retainer:
      i. Before Payment of proposed Requested Amount: $0.00
      ii. After Payment of proposed Requested Amount: $0.00

   e. Summary of Prior Reporting Periods:

      i. Incurred Amount for All Prior Reporting Periods: $81,336.56

| | | |
|---|---|---|
| PFS No. 1: (02/24/2020-03/31/2020): | $22,770.00 (fees) | $357.07 (costs) |
| PFS No. 2: (04/01/2020-04/30/2020): | $4,665.00 (fees) | $0.00 (costs) |
| PFS No. 3: (03/10/2021-03/31/2021): | $7,980.00 (fees) | $18.00 (costs) |
| PFS No. 4: (04/01/2021-04/30/2021): | $9,975.00 (fees) | $359.03 (costs) |
| PFS No. 5: (05/01/2021-05/31/2021): | $12,090.00 (fees) | $411.72 (costs) |
| PFS No. 6: (06/01/2021-06/30/2021): | $22,387.50 (fees) | $323.24 (costs) |

      ii. Approved Amount for All Prior Reporting Periods: $65,363.06

| | | |
|---|---|---|
| PFS No. 1: (02/24/2020-03/31/2020): | $18,216.00 (fees) | $357.07 (costs) |
| PFS No. 2: (04/01/2020-04/30/2020): | $3,732.00 (fees) | $0.00 (costs) |
| PFS No. 3: (03/10/2021-03/31/2021): | $6,384.00 (fees) | $18.00 (costs |
| PFS No. 4: (04/01/2021-04/30/2021): | $7,980.00 (fees) | $359.03 (costs) |
| PFS No. 5: (05/01/2021-05/31/2021): | $9,672.00 (fees) | $411.72 (costs) |
| PFS No. 6: (06/01/2021-06/30/2021): | $17,910.00 (fees) | $323.24 (costs) |

      iii. Holdback for all Prior Reporting Periods: $15,973.50[2]

| | |
|---|---|
| PFS No. 1: (02/24/2020-03/31/2020): | $4,554.00 |
| PFS No. 2: (04/01/2020-04/30/2020): | $933.00 |
| PFS No. 3: (03/10/2021-03/31/2021): | $1,596.00 |

---

[2] On February 3, 2021, the Firm filed its *Notice of Submission of First Interim Application for Compensation and Reimbursement of Expenses of Numeric Solutions, LLC, as Expert Valuation Consultant and John Harris as Expert Witness to the Debtor and Debtor in Possession for the Period of February 24, 2020 through April 30, 2020* [Docket No. 362] (the "First Interim Application"). On February 25, 2021, the Court entered an order granting the First Interim Application [Docket No. 386] (the "First Interim Order") in the total amount of $27,792.07, consisting of fees in the amount of $27,435.00 and costs in the amount of $357.07 (*i.e.*, 100% of the amounts set forth in PFS No. 1 and PFS No. 2). The First Interim Order further authorized the Debtor to pay the Firm the $5,487.00 in fees that had been held back in PFS No. 1 and PFS No. 2, and such holdback has been paid to the Firm.

   PFS No. 4: (04/01/2021-04/30/2021):   $1,995.00
   PFS No. 5: (05/01/2021-05/31/2021):   $2,418.00
   PFS No. 6: (06/01/2021-06/30/2021):   $4,477.50

  iv. Any Approved Amount Not Paid from Prior Reporting Periods:
   PFS No. 1: (02/24/2020-03/31/2020):   $0.00
   PFS No. 2: (04/01/2020-04/30/2020):   $0.00
   PFS No. 3: (03/10/2021-03/31/2021):   $0.00
   PFS No. 4: (04/01/2021-04/30/2021):   $0.00
   PFS No. 5: (05/01/2021-05/31/2021):   $0.00
   PFS No. 6: (06/01/2021-06/30/2021):   $0.00

8. Personnel and Billing Rates: Below is a list of each of the professionals and paraprofessionals who rendered services during the Reporting Period and their respective billing rates.

| Name | Title | Rate Per Hour |
|---|---|---|
| Paige Billings | Petroleum Engineer | $175.00 |
| John Harris | Chief Wind-Down Officer | $175.00 |
| Mike Jones | Senior Financial | $175.00 |
| April Karnes | Administration | $45.00 |
| Luc Landry | Geoscientist | $175.00 |
| Eric White | Senior Geologist | $175.00 |
| Kim Wolf | Regulatory and Compliance Professional | $175.00 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: Theodora Oringher PC, 535 Anton Boulevard, Ninth Floor, Costa Mesa, California 92626-7109

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF SUBMISSION OF PROFESSIONAL FEE STATEMENT NUMBER 7 OF NUMERIC SOLUTIONS, LLC, AND JOHN HARRIS AS CHIEF WIND-DOWN OFFICER FOR THE DEBTOR AND DEBTOR IN POSSESSION, FOR THE PERIOD OF JULY 1, 2021 THROUGH JULY 31, 2021** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 08/23/2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**See Attached Service List**

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 08/23/2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**See Attached Service List**

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 08/23/2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/23/2021 | Jennifer O'Keefe | /s/ *Jennifer O'Keefe* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

182194.2    This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- **J Scott Bovitz**   bovitz@bovitz-spitzer.com
- **Frank Cadigan**   frank.cadigan@usdoj.gov
- **Nancy S Goldenberg**   nancy.goldenberg@usdoj.gov
- **Erin E Gray**   egray@pszjlaw.com
- **Tracy K Hunckler**   thunckler@daycartermurphy.com, cgori@daycartermurphy.com
- **James KT Hunter**   jhunter@pszjlaw.com
- **Samuel M Kidder**   skidder@ktbslaw.com
- **William N Lobel**   wlobel@tocounsel.com, jokeefe@tocounsel.com;sschuster@tocounsel.com
- **Randall P Mroczynski**   randym@cookseylaw.com
- **Matthew J Pero**   mpero@afrct.com, lhlista@afrct.com;AFRCTECF@afrct.com
- **Kenneth D Peters**   kpeters@dresslerpeters.com, rmccandless@dresslerpeters.com
- **Robert J Pfister**   rpfister@ktbslaw.com
- **Christopher O Rivas**   crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
- **Robert K Wing**   rkw@rkwing.com

2. **TO BE SERVED BY EMAIL:**

| | | |
|---|---|---|
| Bridgemark Corporation<br>Robert J. Hall<br>Carolyn Curry<br>17671 Irvine Blvd., Suite 217<br>Tustin, CA 92780<br>(with fee documentation, via email) | Office of the U.S. Trustee – SA<br>Nancy Goldenberg, Attorney<br>Office of the United States Trustee<br>411 West Fourth Street, Suite 7160<br>Santa Ana, CA 92701<br>(with fee documentation, via email) | Robert J. Pfister (NEF)<br>KTBS Law LLP<br>1801 Century Park East, 26th Floor<br>Los Angeles, CA 90067<br>(with fee documentation, via email) |

3. **TO BE SERVED BY U.S. MAIL:**

## 20 Largest Creditors

| | | |
|---|---|---|
| Placentia Development Company LLC<br>c/o Daniel A. Reed, Esq.<br>600 Anton Boulevard, 11th Floor<br>Costa Mesa, CA 92626 | Michael D. Kibler, Esq.<br>Kibler Fowler and Cave LLP<br>11100 Santa Monica Blvd., Suite 360<br>Los Angeles, CA 90025 | ~~Oil Well Service Company~~<br>~~Attn.: Lisa Frances~~<br>~~10840 Norwalk Blvd~~<br>~~Santa Fe Springs, CA 90670~~<br>(Transferred to PDC) |
| Clariant Corporation<br>DEPT 2203<br>Carol Stream, IL 60132-2203<br>(Mail RTS/updated 2/12/20) | Travelers Insurance<br>Direct Bill Accounting<br>Attn: Tasha Butler<br>PO Box 26208<br>Richmond, VA 23260-6208 | ~~Porter Boiler Service~~<br>~~Attn.: Nooshin, Accounting Dept. 1166~~<br>~~R. 23rd Street~~<br>~~Signal Hill, CA 90755~~<br>(Transferred to PDC) |
| Innovative Electrix, Inc<br>Attn.: Accounting Department<br>PO Box 1070<br>Downey, CA 90240 | CW Services, Inc./CWS Vacuum<br>Attn.: Craig Winberg<br>3806 Madonna Drive<br>Fullerton, CA 92835 | ~~Western States Oilfield Prod. Inc. Attn.:~~<br>~~Accounting Department 11852 Western~~<br>~~Ave.~~<br>~~Stanton, CA 90680~~<br>(Transferred to PDC) |

182194.2    This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| SC Fuels<br>Attn.: Accounting Department<br>PO Box 14237<br>Orange, CA  92863 | Parsons Crime Prevention Division<br>Attn.: Richard Parsons<br>17141 Green Lane<br>Huntington Beach, CA  92649 | ~~Southwest Micro Computers~~<br>~~Attn.:  Steve M. Walker~~<br>~~2230 Pepperwood Lane~~<br>~~Corona, CA  92882~~<br>(Transferred to PDC) |
| Weatherford US LP<br>(FDC4922)<br>Attn.: Accounting Department<br>PO Box 301003a<br>Dallas, TX  75303-1003 | Montrose Air Quality Services, LLC<br>Attn.: Paul<br>PO Box 741137<br>Los Angeles, CA  90074-1137 | InterAct PMTI, Inc.<br>Attn.: Mike Guilliani<br>260 Maple Court, Suite 210<br>Ventura, CA  93003 |
| A&G Compressor Parts, Inc.<br>Attn.: Greg Dryden<br>13671 Bora Drive<br>Santa Fe Springs, CA  90670 | ~~McFadden Dale Industrial Hardware~~<br>~~Attn.: Accounting Department~~<br>~~129 N. Maple Street, Unit C Corona,~~<br>~~CA 92880-1735~~<br>(Transferred to PDC) | John Guzman Crane Service<br>Attn.: Accounting Department<br>2463 Gundry Ave.<br>Signal Hill, CA  90755 |
| Home Depot<br>Attn.: Accounting Department<br>Dept 32-2501439073<br>PO Box 78047<br>Phoenix, AZ  85062-8047 | State Compensation Insurance Fund<br>State Fund<br>PO Box 7441<br>San Francisco, CA  94120-7441 | Cintas<br>Attn.: Accounting Department<br>PO Box 29059<br>Phoenix, AZ  85038-059 |

## **Supplemental Parties:**

| | | |
|---|---|---|
| City of Anaheim<br>Attn.: Accounting Department<br>201 South Anaheim Blvd.<br>Anaheim, CA  92803-3069 | Southern California Edison<br>Attn.: Accounting Department<br>PO Box 300<br>Rosemead, CA  91772-0001 | Daniel R. Connolly<br>HC 2 Box 4795<br>Trinity Center, CA  96091-9503 |
| City of Placentia<br>Attn.: Catherine Carranza<br>401 E. Chapman Ave.<br>Placentia, CA  92870 | Claremont Tax Associates, Inc.<br>Attn.: Jeffery Durrant<br>114 N. Indian Hills Blvd., S-F<br>Claremont, CA  91711<br>**RTS 05-04-21/Unable to Forward** | Hilcorp Energy Company<br>Attn.: Owner Relations<br>1111 Travis Street<br>Houston, TX  77002 |
| Card Service Center<br>Attn.: Accounting Department<br>PO Box 569100<br>Dallas, TX  75356-9100 | SWRCB Storm Water Section<br>Attn.: Accounting Department<br>PO Box 1888<br>Sacramento, CA  95812-1888 | Larsen & Risley<br>Attn.: Accounting Department<br>3200 Park Center Drive, Suite 720<br>Costa Mesa, CA  92626 |
| Aqua Tibia Ranch for Bradford Bros.<br>Attn.: Accounting Department<br>PO Box 578<br>Pauma Valley, CA  92016 | Robert N. Kestner & Jeanne S. Kestner<br>Trustees of the Robert N. Kestner Trust<br>815 Vineyard Court<br>Pleasant Hill, CA  94523-2189 | USI Insurance Services National<br>Attn.: Accounting Department<br>PO Box 61187<br>Virginia Beach, CA  23466 |

182194.2    This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                    **F 9013-3.1.PROOF.SERVICE**