William N. Lobel, Esq. (State Bar No. 93202)
wlobel@tocounsel.com
THEODORA ORINGHER PC
535 Anton Boulevard, Ninth Floor
Costa Mesa, California 92626
Telephone:    (714) 549-6200
Facsimile:    (714) 549-6201

Counsel for Bridgemark Liquidation Trust

Robert J. Pfister, Esq. (State Bar No. 241370)
rpfister@ktbslaw.com
KTBS LAW LLP
1801 Century Park East, 26th Floor
Los Angeles, California 90067
Telephone:    (310) 407-4065
Facsimile:    (310) 407-9090

Counsel for Placentia Development Company, LLC

**FILED & ENTERED**

**SEP 17 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** deramus **DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>BRIDGEMARK CORPORATION,[1]<br><br>Debtor and Debtor-in Possession, | Case No.: 8:20-bk-10143-TA<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION TO CONTINUE (I) STATUS CONFERENCE REGARDING OBJECTIONS TO ADMINISTRATIVE EXPENSE REQUESTS; AND (II) POST-CONFIRMATION STATUS CONFERENCE**<br><br>**Current Hearing Date:**<br>Date:    September 22, 2021<br>Time:    10:00 a.m.<br><br>**Continued Hearing Date:**<br>Date:    October 27, 2021<br>Time:    10:00 a.m. |

The Court having read and considered the *Stipulation to Continue (I) Status Conference Regarding Objections to Administrative Expense Requests, and (II) Post-Confirmation Status*

---

[1] The Debtor's last four digits of its taxpayer identification number are (1669). The headquarters and service address for the above-captioned Debtor is 17671 Irvine Blvd., Suite 217, Tustin, CA 92780.

182391.1

*Conference* (the "<u>Stipulation</u>")[2] filed on September 16, 2021, and with good cause shown:

    IT IS HEREBY ORDERED:

    1.    The Status Hearing on Disputed Requests and the Post-Confirmation Status Conference, both of which are currently set for September 22, 2021 at 10:00 a.m., shall be continued to October 27, 2021 at 10:00 a.m.

###

Date: September 17, 2021

Theodor C. Albert
United States Bankruptcy Judge

---

[2] Capitalized terms not defined herein have the meanings ascribed to them in the Stipulation.

182391.1                    2