United States Bankruptcy Court

Central District of California

In re:  
Bridgemark Corporation  
    Debtor

Case No. 20-10143-TA  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin      Page 1 of 2  
Date Rcvd: Sep 17, 2021      Form ID: pdf042      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Bridgemark Corporation, 17671 Irvine Blvd., Suite 217, Tustin, CA 92780-3129 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2021      Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher O Rivas | on behalf of Respondent Celia A Wallace crivas@reedsmith.com chris-rivas-8658@ecf.pacerpro.com |
| Erin E Gray | on behalf of Consultant Numeric Solution LLC egray@pszjlaw.com |
| Erin E Gray | on behalf of Attorney Casso & Sparks LLP egray@pszjlaw.com |
| Erin E Gray | on behalf of Attorney Pachulski Stang Ziehl & Jones LLP egray@pszjlaw.com |
| Frank Cadigan | on behalf of U.S. Trustee United States Trustee (SA) frank.cadigan@usdoj.gov |
| J Scott Bovitz | on behalf of Creditor TPx Communications bovitz@bovitz-spitzer.com |

District/off: 0973-8 | User: admin | Page 2 of 2
Date Rcvd: Sep 17, 2021 | Form ID: pdf042 | Total Noticed: 1

| Name | Details |
|---|---|
| James KT Hunter | on behalf of Plaintiff Bridgemark Corporation jhunter@pszjlaw.com |
| Kenneth D Peters | on behalf of Creditor PBF Holding Company LLC kpeters@dresslerpeters.com rmccandless@dresslerpeters.com |
| Matthew J Pero | on behalf of Debtor Bridgemark Corporation mpero@afrct.com lhlista@afrct.com;AFRCTECF@afrct.com |
| Nancy S Goldenberg | on behalf of U.S. Trustee United States Trustee (SA) nancy.goldenberg@usdoj.gov |
| Randall P Mroczynski | on behalf of Creditor Ford Motor Credit Company LLC randym@cookseylaw.com |
| Robert J Pfister | on behalf of Creditor Placentia Development Company LLC rpfister@ktbslaw.com |
| Robert J Pfister | on behalf of Defendant Placentia Development Company LLC rpfister@ktbslaw.com |
| Robert K Wing | on behalf of Interested Party Courtesy NEF rkw@rkwing.com |
| Robert K Wing | on behalf of Creditor Politiski Survivors' Trust rkw@rkwing.com |
| Samuel M Kidder | on behalf of Creditor Placentia Development Company LLC skidder@ktbslaw.com |
| Samuel M Kidder | on behalf of Defendant Placentia Development Company LLC skidder@ktbslaw.com |
| Tracy K Hunckler | on behalf of Creditor John T Kraemer thunckler@daycartermurphy.com cgori@daycartermurphy.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| William N Lobel | on behalf of Attorney Theodora Oringher PC wlobel@tocounsel.com, jokeefe@tocounsel.com;sschuster@tocounsel.com |
| William N Lobel | on behalf of Interested Party Bridgemark Liquidation Trust wlobel@tocounsel.com jokeefe@tocounsel.com;sschuster@tocounsel.com |
| William N Lobel | on behalf of Attorney Casso & Sparks LLP wlobel@tocounsel.com jokeefe@tocounsel.com;sschuster@tocounsel.com |
| William N Lobel | on behalf of Debtor Bridgemark Corporation wlobel@tocounsel.com jokeefe@tocounsel.com;sschuster@tocounsel.com |
| William N Lobel | on behalf of Financial Advisor GlassRatner Advisory & Capital Group LLC wlobel@tocounsel.com, jokeefe@tocounsel.com;sschuster@tocounsel.com |
| William N Lobel | on behalf of Plaintiff Bridgemark Corporation wlobel@tocounsel.com jokeefe@tocounsel.com;sschuster@tocounsel.com |
| William N Lobel | on behalf of Consultant Numeric Solution LLC wlobel@tocounsel.com jokeefe@tocounsel.com;sschuster@tocounsel.com |

TOTAL: 26

William N. Lobel, Esq. (State Bar No. 93202)
wlobel@tocounsel.com
THEODORA ORINGHER PC
535 Anton Boulevard, Ninth Floor
Costa Mesa, California 92626
Telephone:    (714) 549-6200
Facsimile:    (714) 549-6201

Counsel for Bridgemark Liquidation Trust

Robert J. Pfister, Esq. (State Bar No. 241370)
rpfister@ktbslaw.com
KTBS LAW LLP
1801 Century Park East, 26th Floor
Los Angeles, California 90067
Telephone:    (310) 407-4065
Facsimile:    (310) 407-9090

Counsel for Placentia Development Company, LLC

**FILED & ENTERED**

SEP 17 2021

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY deramus  DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>BRIDGEMARK CORPORATION,[1]<br><br>    Debtor and Debtor-in Possession, | Case No.: 8:20-bk-10143-TA<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION TO CONTINUE (I) STATUS CONFERENCE REGARDING OBJECTIONS TO ADMINISTRATIVE EXPENSE REQUESTS; AND (II) POST-CONFIRMATION STATUS CONFERENCE**<br><br>**Current Hearing Date:**<br>Date:    September 22, 2021<br>Time:    10:00 a.m.<br><br>**Continued Hearing Date:**<br>Date:    October 27, 2021<br>Time:    10:00 a.m. |

　　The Court having read and considered the *Stipulation to Continue (I) Status Conference Regarding Objections to Administrative Expense Requests, and (II) Post-Confirmation Status*

---

[1]　The Debtor's last four digits of its taxpayer identification number are (1669). The headquarters and service address for the above-captioned Debtor is 17671 Irvine Blvd., Suite 217, Tustin, CA 92780.

182391.1

*Conference* (the "Stipulation")² filed on September 16, 2021, and with good cause shown:

IT IS HEREBY ORDERED:

1. The Status Hearing on Disputed Requests and the Post-Confirmation Status Conference, both of which are currently set for September 22, 2021 at 10:00 a.m., shall be continued to October 27, 2021 at 10:00 a.m.

###

Date: September 17, 2021

*Theodor C. Albert*
United States Bankruptcy Judge

---

² Capitalized terms not defined herein have the meanings ascribed to them in the Stipulation.

182391.1

2