William N. Lobel, Esq. (State Bar No. 93202)
THEODORA ORINGHER PC
535 Anton Boulevard, Ninth Floor
Costa Mesa, California 92626-7109
Telephone: (714) 549-6200
Facsimile: (714) 549-6201
E-mail: wlobel@tocounsel.com

Counsel for Bridgemark Liquidation Trust

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No.: 8:20-bk-10143-TA |
| BRIDGEMARK CORPORATION,[1] | Chapter 11 |
| Debtor. | **FINAL APPLICATION OF GREINES, MARTIN, STEIN & RICHLAND LLP FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES FOR THE PERIOD JANUARY 14, 2020 THROUGH AUGUST 19, 2021; DECLARATION OF ROBERT A. OLSON IN SUPPORT THEREOF** |
| | <u>**Hearing**</u>: |
| | Date:   October 13, 2021 |
| | Time:   10:00 a.m. |
| | Place:  ZoomGov |

---

[1] The Debtor's last four digits of its taxpayer identification number are (1669). The headquarters and service address for the above-captioned Debtor is 17671 Irvine Blvd., Suite 217, Tustin, CA 92780.

182393.2

1

**I.**

2

**INTRODUCTION**

3      Greines, Martin, Stein & Richland LLP ("GMSR" or the "Applicant"), hereby respectfully

4   applies for an order (1) allowing compensation to GMSR, on a final basis, for services rendered

5   and expenses incurred during the period from January 14, 2020 through August 19, 2021[2] (the

6   "Entire Fee Period"), in the total amount of $35,949.75, comprised of fees for services rendered of

7   $35,800.00 and expenses incurred of $149.75; and (2) authorizing and directing the Bridgemark

8   Liquidation Trust (the "Liquidation Trust") to pay $1,433.00, representing the unpaid balance of

9   that amount, to GMSR; and (3) granting GMSR any other relief that this Court deems necessary

10  and appropriate (the "Final Fee Application").

11      The foregoing request includes $1,370.00 in fees and $63.00 in actual and necessary

12  expenses incurred for the period September 1, 2020 through August 19, 2021 (the "Remaining

13  Period")[3] that were not the subject of an interim fee application.

14      GMSR submits this Final Fee Application pursuant to Bankruptcy Code sections 330 and

15  331, Federal Rules of Bankruptcy Procedure 2002(a)(6) and 2016, Local Bankruptcy Rule 2016-1,

16  and the *Guidelines for Reviewing Applications for Compensation & Reimbursement of Expenses*

17  *Filed Under 11 U.S.C. § 330, 28 C.F.R. § 58, Appendix A* (the "UST Guidelines").

18

**II.**

19

**SUMMARY OF COMPENSATION REQUESTED**

20  **A.      Compensation Previously Approved and Paid Pursuant to Interim Application**

21

| Application and Order | Period | Fees and Expenses Approved | Payment Received | 20% Holdback |
|---|---|---|---|---|
| First Interim Application [Docket No. 280]; Order [Docket No. 328] | 01/14/20-08/31/20 | $34,516.75<br><br>Fees: $34,430.00<br>Expenses: $86.75 | $34,516.75 | $0.00 |

22

23

24

25

26

---

27  [2]  August 19, 2021, was the Effective Date of the Plan (as defined below).  *See* Docket No. 569.

28  [3]  The fees and expenses incurred in the Remaining Period include $31.50 in expenses incurred during the month of August 2020, which were inadvertently omitted from Applicant's interim fee application and for which Applicant has not yet been reimbursed.  Those August 2020 expenses are included in Exhibit D.

**B.     The Remaining Period**

As set forth below, in the summary attached hereto as <u>Exhibit A</u>, and in the detailed time entries attached hereto as <u>Exhibit C</u>, GMSR incurred $1,370.00 in professional fees during the Remaining Period, representing 2.20 billed hours of service, and $63.00 in costs and expenses.  As of the date hereof, the balance owed to the Applicant for fees and expenses is $1,433.00, representing fees of $1,370.00 and expenses of $63.00 incurred from September 1, 2020 through August 19, 2021, which were not the subject of interim fee application.

**C.     The Entire Fee Period**

For the Entire Fee Period (which includes the Remaining Period), GMSR is seeking approval of, on a final basis, compensation in the amount of $35,949.75, comprised of $35,800.00 in fees for professional services rendered, representing 56.80 billed hours of service, and $149.75 in actual and necessary expenses.

**III.**

**BRIEF NARRATIVE HISTORY AND PRESENT POSTURE OF THE CASE**

**A.     General Background**

On January 14, 2020 (the "<u>Petition Date</u>"), Bridgemark Corporation (the "<u>Debtor</u>") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  Until the Effective Date (as defined below), the Debtor operated its business and managed its affairs as debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  The United States Trustee did not appoint an official committee of unsecured creditors in this case.

**B.     Employment of GMSR**

On February 13, 2020, GMSR filed its *Application of Debtor and Debtor in Possession to Employ Greines, Martin, Stein & Richland LLP as Appellate Counsel, Effective As of the Petition Date, Pursuant to Section 327(e) of the Bankruptcy Code* [Docket No. 80], which was approved by the order entered on March 10, 2020 [Docket No. 112] (the "<u>Employment Order</u>").

The Debtor expected that GMSR would provide services in connection with the appeal of the judgment (the "<u>PDC Judgment</u>") in the state court litigation between the Debtor and PDC and in connection with any retrial, including, without limitation, prosecuting any post-verdict and post-

1   judgment matters prior to filing the notice of appeal, prosecuting the appeal on behalf of the

2   Debtor of the PDC Judgment, defending any appeal or cross-appeal by PDC to the extent a new

3   trial or judgment notwithstanding verdict is entered, representing the Debtor in any post-appeal

4   proceedings, and performing any litigation-related tasks required in connection with the appeal.

5   *See* Docket No. 80.

6   **C.      The Debtor's Settlement with PDC**

7           On February 5, 2020, PDC filed its *Motion to Dismiss Chapter 11 Case Pursuant to 11*

8   *U.S.C. § 1112(b)* and its *Motion for Full Relief From the Automatic Stay Under 11 U.S.C. § 362*

9   (collectively, the "PDC Motions").  Pursuant to the PDC Motions, PDC sought a dismissal of the

10  Debtor's chapter 11 case, or alternatively, the appointment of a chapter 11 trustee or the

11  conversion of the case to one under chapter 7 of the Bankruptcy Code.  At the initial hearing on

12  the PDC Motions on February 26, 2020, the Bankruptcy Court indicated that unless the Debtor

13  filed a confirmable plan of reorganization by April 29, 2020, it was inclined to dismiss the

14  bankruptcy case or grant relief from the automatic stay.

15          Between the initial hearing on the PDC Motions (February 26, 2020) and the continued

16  hearing date (April 29, 2020), however, the COVID-19 pandemic resulted in some of the steepest

17  drops in crude oil prices in the last forty years.  The dramatic decrease in the price of oil (and the

18  resulting impact on the value of the Debtor's assets) and the uncertainty of the continued demand

19  for oil due to the COVID-19 crisis made it impossible for the Debtor to file a confirmable plan of

20  reorganization prior to the continued hearing date on the PDC Motions set for April 29, 2020.

21          On about April 15, 2020, the Debtor, Robert Hall and PDC reached a conditional

22  settlement of all issues among them, and executed a settlement term sheet (as amended, the "Term

23  Sheet").  Following extensive negotiations, on or about March 9, 2021, the parties entered into the

24  "Definitive Documentation" contemplated by the Term Sheet, including a Settlement Agreement,

25  an Asset Purchase Agreement, and related agreements (collectively, the "Agreements").  The

26  Agreements provided for, *inter alia*, mutual releases by and among the Debtor, PDC, and Robert

27  Hall.  The Settlement Agreement also included a "Plan Term Sheet" outlining the general terms of

28  a chapter 11 plan that would provide for, *inter alia*, payment in full of all allowed claims.

On March 10, 2021, the Debtor filed a motion seeking approval of the Agreements and related relief [Docket No. 392] (the "Approval Motion").  On April 28, 2021, the Court entered its *Order (I) Approving Settlement Agreement [Etc.]* [Docket No. 442] (the "Approval Order").

**D.  The Chapter 11 Plan**

On June 30, 2021, the Debtor and PDC jointly filed a chapter 11 plan of liquidation [Docket No. 500] (the "Plan").  On August 18, 2021, the Court entered an order confirming the Plan [Docket No. 568] (the "Confirmation Order").  The Effective Date (as defined in the Plan) of the Plan occurred on August 19, 2021.  *See* Docket No. 569.

Pursuant to the Plan, the Confirmation Order, and the Liquidation Trust Agreement (as defined in the Plan), the Liquidation Trust was formed on the Effective Date and John Harris of Numeric Solutions, LLC was appointed Liquidation Trustee.

**IV.**

**NARRATIVE STATEMENT OF SERVICES RENDERED**

GMSR's prior interim fee application provided a narrative of the services rendered by GMSR for the period January 14, 2020 through August 31, 2020 [Docket No. 280] (the "First Interim Period").  In the interest of economy, the narrative is not repeated here, although the narrative is incorporated herein by reference and the time entries in respect of such period are included in the detailed time entries attached hereto.

The following narrative focuses on work performed during the Remaining Period (*i.e.*, September 1, 2020 through August 19, 2021), in GMSR's capacity as appellate counsel, as the activities during that period have not yet been summarized in an interim fee application.

As set forth in greater detail in the time entries attached hereto as Exhibit C, GMSR performed services consistent with its authorized role under the Employment Order.  Specifically, GMSR performed the following categories of work:

GMSR drafted and argued postjudgment motions, including a motion for new trial and a motion for judgment notwithstanding verdict.  Thereafter, GMSR evaluated issues for appeal and advised the client on the chances of success and various potential outcomes on appeal.  GMSR then assisted in perfecting and appeal and communicating with the California Court of Appeal

1    regarding the status of the bankruptcy action and bankruptcy stay to maintain the appeal pending

2    resolution of the bankruptcy.

3    **A.      Professional Fees**

4          Exhibit A is a summary of GMSR's professional fees and hours for the Remaining Period,

5    organized by month.

6          Exhibit B is a summary of GMSR's professional fees and hours for the Entire Fee Period,

7    organized by month.

8          Exhibit C contains GMSR's invoices for the Entire Fee Period, which include a detailed

9    listing of each time entry during the Entire Fee Period.

10   **B.      Expenses**

11         Exhibit D is a summary and itemized list of GMSR's expenses for the Remaining Period.

12         Exhibit E is a summary and itemized list of GMSR's expenses for the Entire Fee Period.

13   **C.      Hours and Amounts Billed**

14         Exhibit F is a summary of the total number of hours billed and the dollar amounts

15   expended by each professional in rendering services during the Remaining Period.

16         Exhibit G is a summary of the total number of hours billed and the dollar amounts

17   expended by each professional in rendering services during the Entire Fee Period.

18   **D.      Professional Education and Experience**

19         Descriptions of the professional education and experience of each of the professionals

20   rendering service in this case during the Fee Period are set forth on Exhibit H attached hereto.

21   **E.      Separately Filed Declaration of the Client**

22         Applicant will separately file a declaration from the client indicating that the client has

23   reviewed the Final Fee Application and has no objection to it.

24   **F.      Statement of the Applicant Regarding Compliance with LBR 2016-1**

25         The attached declaration of Robert A. Olson sets forth that the Applicant has reviewed

26   LBR 2016-1 and that the Final Fee Application is in compliance with such rule.

27

28

182393.2                                     5

**G.      No Fee Sharing**

No agreement has been made by any member of the Applicant or by any employee thereof, directly or indirectly, and no understanding exists for a division of fees sought herein with any other person.

**V.**

**REQUEST FOR FINAL COMPENSATION**

Pursuant to Bankruptcy Code section 330(a)(1), the Court may award to professionals who have been employed under Bankruptcy Code section 327 reasonable compensation for their services, as well as reimbursement for all actual and necessary expenses.  11 U.S.C. § 330(a)(1).  As stated by the Ninth Circuit Court of Appeals in *Yermakov v. Fitzsimmons (In re Yermakov)*, 718 F.2d 1465, 1471 (9th Cir. 1983): "The primary method used to determine a reasonable attorney fee in a bankruptcy case is to multiply the number of hours expended by an hourly rate." *See also In re Hunt*, 238 F.3d 1098, 1105 (9th Cir. 2001) (citing *In re Yermakov*).  Bankruptcy Code section 330(a)(3) further provides that the Court "shall consider the nature, the extent and the value of such services, taking into account all relevant factors."  11 U.S.C. § 330(a)(3).  These factors include the time spent on the services, the rates charged for the services, whether the services were necessary or beneficial, whether the services were performed within a reasonable amount of time, whether the professional has demonstrated skill and experience in its field, and whether the compensation is reasonable based on compensation customarily charged by comparable professionals.

As set forth above in the narrative description of GMSR's services, GMSR's services provided a tremendous benefit to the estate.  GMSR obtained a $4.5 million reduction in the California Superior Court judgment against Bridgemark in the trial court and preserved Bridgemark's appellate options during the negotiation and consummation of the bankruptcy settlement.   In short, GMSR believes that the services for which compensation is sought in this Final Fee Application have been beneficial to the estate, the costs incurred have been necessary and proper, and that the sums requested for the services rendered and the costs incurred are fair and reasonable.

# VI.

## CONCLUSION

**WHEREFORE**, GMSR respectfully requests entry of an order of this Court: (1) allowing compensation to GMSR, on a final basis, for services rendered and expenses incurred during the Fee Period, in the total amount of $35,949.75, comprised of fees for services rendered of $35,800.00 and expenses incurred of $149.75; (2) authorizing and directing the Liquidation Trust to pay the unpaid balance of that amount of $1,433.00 to GMSR; and (3) granting any other relief that this Court deems necessary and appropriate.

DATED: September 20, 2021           GREINES, MARTIN, STEIN & RICHLAND LLP

By: _____
    Robert A. Olson, Partner

## DECLARATION OF ROBERT A. OLSON

I, Robert A. Olson, declare and state as follows:

1.      I am a partner with Greines, Martin, Stein & Richland LLP ("GMSR" or the "Applicant").

2.      I have personal knowledge of the facts set forth in the foregoing Final Fee Application and, if called upon as a witness, I could and would competently testify as to all of the matters stated therein.

3.      I have personally reviewed the information contained in the Final Fee Application, and believe its contents to be true and correct to the best of my knowledge, information, and belief.

4.      I have personally reviewed the professional fee statements and invoices in this matter, and the bills represent true and correct charges to the best of my knowledge, information, and belief.

5.      I have reviewed the requirements of LBR 2016-1 and believe that this Final Fee Application is in compliance with such rule.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of September 2021 at Burbank, California.

Robert A. Olson

# EXHIBIT A

EXHIBIT A

**Summary of Fees and Hours for the Remaining Period**
**(September 1, 2020 - August 19, 2021)**

**Monthly Summary of Amounts Billed**

| October 2020 | January 2021 | March 2021 | April 2021 | May 2021 | August 2021 | Total |
|---|---|---|---|---|---|---|
| $130.00 | $370.00 | $65.00 | $585.00 | $65.00 | $155.00 | **$1,370.00** |

**Monthly Summary of Hours Billed**

| October 2020 | January 2021 | March 2021 | April 2021 | May 2021 | August 2021 | Total |
|---|---|---|---|---|---|---|
| 0.20 | 0.60 | 0.10 | 0.90 | 0.10 | 0.30 | **2.20** |

# EXHIBIT B

**EXHIBIT B**

**Summary of Fees and Hours for the Entire Fee Period**

**(January 14, 2020 - August 19, 2021)**

### Monthly Summary of Amounts Billed

| January 14-31, 2020 | February 2020 | March 2020 | April 2020 | May 2020 | June 2020 | July 2020 |
|---|---|---|---|---|---|---|
| $1,850.00 | $12,370.00 | $6,935.00 | $2,845.00 | $5,330.00 | $2,370.00 | $1,235.00 |

| August 2020 | October 2020 | January 2021 | March 2021 | April 2021 | May 2021 | August 2021 | Total |
|---|---|---|---|---|---|---|---|
| $1,495.00 | $130.00 | $370.00 | $65.00 | $585.00 | $65.00 | $155.00 | $35,800.00 |

### Monthly Summary of Hours Billed

| January 14-31, 2020 | February 2020 | March 2020 | April 2020 | May 2020 | June 2020 | July 2020 |
|---|---|---|---|---|---|---|
| 3.00 | 19.80 | 11.10 | 4.50 | 8.20 | 3.80 | 1.90 |

| August 2020 | October 2020 | January 2021 | March 2021 | April 2021 | May 2021 | August 2021 | Total |
|---|---|---|---|---|---|---|---|
| 2.30 | 0.20 | 0.60 | 0.10 | 0.90 | 0.10 | 0.30 | 56.80 |

# EXHIBIT C



Greines, Martin, Stein & Richland LLP
5900 Wilshire Boulevard, 12th Floor
Los Angeles, California 90036
(310) 859-7811   http://www.gmsr.com
Federal I.D. Number 95-3886515

March 18, 2020

Bridgemark Corporation
Carolyn Curry
17671 Irvine Blvd, Suite 217
Tustin, CA 92780

42385-10101/RAO
Invoice Number: 66338

**Re:    Placentia Development Co. v. Bridgemark Corporation**

Current fees through 01/31/2020 ................................................................................. $1,850.00

Total current charges through 01/31/2020 ................................................................. $1,850.00

**Please pay this amount .......................................................................................... $1,850.00**

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Robert A. Olson | 2.50 | 650.00 | 1,625.00 |
| Nadia Sarkis | 0.50 | 450.00 | 225.00 |

# GREINES, MARTIN, STEIN & RICHLAND LLP

March 18, 2020

Bridgemark Corporation

42385-10101/RAO
Invoice Number: 66338

Re:    Placentia Development Co. v. Bridgemark Corporation

| Date | Timekeeper | Services | Hours | Amount |
|------|-----------|----------|-------|--------|
| 01/12/20 | NAS | Review trial testimony and emails re post-trial motions/bankruptcy | .50 | 225.00 |
| 01/15/20 | RAO | Email B. Hall regarding prospects on appeal | .50 | 325.00 |
| 01/17/20 | RAO | Telephone conference with S. Kidwell regarding appeal issues | .30 | 195.00 |
| 01/19/20 | RAO | Review of recent ENA case for new trial reply | .10 | 65.00 |
| 01/22/20 | RAO | Telephone conference with E. Gray regarding relief from stay | .10 | 65.00 |
| 01/23/20 | RAO | Emails E. Gray regarding relief from stay stipulation and state court deadlines and requirements | .40 | 260.00 |
| 01/24/20 | RAO | Email B. Hall regarding statute of limitations issue 0.4; email E. Gray regarding relief from say regarding new trial motion 0.1 | .50 | 325.00 |
| 01/27/20 | RAO | Review of email regarding Phillips 66 | .10 | 65.00 |
| 01/29/20 | RAO | Telephone conference with E. Gray regarding relief from stay 0.1; emails E. Gray regarding relief from stay 0.2 | .30 | 195.00 |
| 01/31/20 | RAO | Emails E. Gray & J. Cheng regarding relief from stay stipulation. | .20 | 130.00 |

**Current fees through 01/31/2020** .......................................................................... **$1,850.00**



Greines, Martin, Stein & Richland LLP
5900 Wilshire Boulevard, 12th Floor
Los Angeles, California 90036
(310) 859-7811   http://www.gmsr.com
Federal I.D. Number 95-3886515

March 18, 2020

Bridgemark Corporation
Carolyn Curry
17671 Irvine Blvd, Suite 217
Tustin, CA 92780

42385-10101/RAO
Invoice Number: 66339

**Re:    Placentia Development Co. v. Bridgemark Corporation**

Balance forward ....................................................................................................    $1,850.00

Current fees through 02/29/2020 ...............................................................................    $12,370.00

Total current charges through 02/29/2020 ................................................................    $12,370.00

**Please pay this amount ........................................................................................    $14,220.00**

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Robert A. Olson | 17.30 | 650.00 | 11,245.00 |
| Nadia Sarkis | 2.50 | 450.00 | 1,125.00 |

**GREINES, MARTIN, STEIN & RICHLAND LLP**

March 18, 2020

Bridgemark Corporation

42385-10101/RAO
Invoice Number: 66339

Re:    Placentia Development Co. v. Bridgemark Corporation

# AGING AND OUTSTANDING INVOICES

31-60 days:              $0.00
61-90 days:              $0.00
**91-120 days:**          **$0.00**
**Over 120 days:**        **$0.00**

| Date | Invoice Number | Amount Billed | Adjustments | Payments Applied | Balance Due |
|---|---|---|---|---|---|
| 03/18/20 | 66338 | $1,850.00 | $0.00 | $0.00 | **$1,850.00** |

## GREINES, MARTIN, STEIN & RICHLAND LLP

March 18, 2020

Bridgemark Corporation

42385-10101/RAO
Invoice Number: 66339

Re:    Placentia Development Co. v. Bridgemark Corporation

| Date | Timekeeper | Services | Hours | Amount |
|------|-----------|----------|-------|--------|
| 02/03/20 | RAO | Email E. Gray regarding relief from stay | .10 | 65.00 |
| 02/04/20 | RAO | Email E. Gray regarding motion for relief from stay 0.1; comment on relief from stay motion 0.4 | .50 | 325.00 |
| 02/07/20 | RAO | Review of order regarding relief from stay and emails regarding applying same 0.2; declaration regarding motion to be retained as counsel 0.3; prepare notice of relief from stay 0.1 | .60 | 390.00 |
| 02/08/20 | RAO | Emails regarding notice of relief from stay | .10 | 65.00 |
| 02/09/20 | RAO | Draft ex parte regarding new trial motion timing. 1.5 comment on ex parte notice letter 0.1 | 1.60 | 1040.00 |
| 02/10/20 | RAO | Review of emails regarding new trial hearing date and briefing 0.3; comment on continuing trespass issue to E. Gray 0.5 | .80 | 520.00 |
| 02/12/20 | RAO | Emails regarding continued new trial dates | .10 | 65.00 |
| 02/14/20 | RAO | Telephone conference with opposing counsel regarding new trial motion scheduling | .20 | 130.00 |
| 02/19/20 | RAO | Emails regarding PDC's new appellate counsel and new trial motion scheduling 0.2; telephone conference with S. Kidwell regarding new trial hearing 0.2; draft notice regarding new trial hearing 0.2; email B. Hall regarding new trial 0.1 | .70 | 455.00 |
| 02/20/20 | RAO | Prepare notice of hearing date 0;1; email regarding upcoming new trial motion 0.1 | .20 | 130.00 |
| 02/24/20 | RAO | Outline intro for new trial reply | .30 | 195.00 |
| 02/24/20 | RAO | Review of new trial opposition | .10 | 65.00 |
| 02/26/20 | RAO | Draft new trial motion reply | 3.10 | 2015.00 |
| 02/27/20 | NAS | Review opposition to post-trial motions; review/edit reply | 2.50 | 1125.00 |

## GREINES, MARTIN, STEIN & RICHLAND LLP

March 18, 2020

Bridgemark Corporation

42385-10101/RAO
Invoice Number: 66339

Re:    Placentia Development Co. v. Bridgemark Corporation

| Date | Timekeeper | Services | Hours | Amount |
|------|-----------|----------|-------|--------|
| 02/27/20 | RAO | Draft (7.4) & revise per N. Sarkis comments (0.7) new trial motion reply | 8.10 | 5265.00 |
| 02/28/20 | RAO | Revise new trial reply per comments of others, including client & J. Cheng & S. Kidwell | .80 | 520.00 |

**Current fees through 02/29/2020 .......................................................................... $12,370.00**



Greines, Martin, Stein & Richland LLP
5900 Wilshire Boulevard, 12th Floor
Los Angeles, California 90036
(310) 859-7811   http://www.gmsr.com
Federal I.D. Number 95-3886515

April 3, 2020

Bridgemark Corporation
Carolyn Curry
17671 Irvine Blvd, Suite 217
Tustin, CA 92780

42385-10101/RAO
Invoice Number: 66407

**Re:    Placentia Development Co. v. Bridgemark Corporation**

| | |
|---|---|
| Balance forward................................................................................. | $14,220.00 |
| *Less payments* .................................................................................. | ($11,376.00) |
| Current fees through 03/31/2020 ...................................................... | $6,935.00 |
| Total current charges through 03/31/2020............................................. | $6,935.00 |
| **Please pay this amount** ..................................................................... | **$9,779.00** |

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Robert A. Olson | 9.70 | 650.00 | 6,305.00 |
| Nadia Sarkis | 1.40 | 450.00 | 630.00 |

**GREINES, MARTIN, STEIN & RICHLAND LLP**

April 3, 2020

Bridgemark Corporation

42385-10101/RAO
Invoice Number: 66407

Re:    Placentia Development Co. v. Bridgemark Corporation

## AGING AND OUTSTANDING INVOICES

31-60 days:              $0.00
61-90 days:              $0.00
**91-120 days:**         **$0.00**
**Over 120 days:**       **$0.00**

| Date | Invoice Number | Amount Billed | Adjustments | Payments Applied | Balance Due |
|------|---------------|--------------|-------------|------------------|-------------|
| 03/18/20 | 66338 | $1,850.00 | $0.00 | $1,480.00 | **$370.00** |
| 03/18/20 | 66339 | $12,370.00 | $0.00 | $9,896.00 | **$2,474.00** |

## GREINES, MARTIN, STEIN & RICHLAND LLP

April 3, 2020

Bridgemark Corporation

42385-10101/RAO
Invoice Number: 66407

Re:    Placentia Development Co. v. Bridgemark Corporation

| Date | Timekeeper | Services | Hours | Amount |
|------|-----------|----------|-------|--------|
| 03/02/20 | RAO | Review and edit new trial reply | 1.20 | 780.00 |
| 03/04/20 | NAS | Draft list of appellate issues | 1.10 | 495.00 |
| 03/05/20 | RAO | Email E. Gray regarding appeal timing | .20 | 130.00 |
| 03/13/20 | RAO | Review of Orange County Superior Court closure notices & emails w/ co-counsel regarding same | .40 | 260.00 |
| 03/16/20 | RAO | Emails to client & co-counsel regarding Court Call hearing | .20 | 130.00 |
| 03/17/20 | NAS | Draft notice of appeal | .30 | 135.00 |
| 03/17/20 | RAO | Prepare for new trial hearing (1.5); emails regarding rescheduled hearing and potential letter to trial court regarding tentative ruling (0.5) | 2.00 | 1300.00 |
| 03/18/20 | RAO | Emails client and co-counsel regarding continued new trial hearing 0.6 revise letter to trial court regarding rescheduling hearing & emails with trial counsel regarding same 0.3 | .80 | 520.00 |
| 03/23/20 | RAO | Emails regarding new Orange County order and new trial jurisdiction | .30 | 195.00 |
| 03/24/20 | RAO | Email regarding 4th DCA extension order and notice of appeal deadline | .30 | 195.00 |
| 03/25/20 | RAO | Review of status of Orange County Superior Court hearings per current admin court orders | .20 | 130.00 |
| 03/26/20 | RAO | Draft ex parte regarding new trial hearing date 1.6; telephone conference with & email S. Kidwell & J. Cheng regarding same and edits thereof 0.3; emails clients and co-counsel regarding court closures 0.1 | 2.00 | 1300.00 |
| 03/27/20 | RAO | Emails S. Kidwell, J. Cheng, E. Gray regarding ex parte and court status | .40 | 260.00 |

### GREINES, MARTIN, STEIN & RICHLAND LLP

April 3, 2020

Bridgemark Corporation

42385-10101/RAO
Invoice Number: 66407

Re:    Placentia Development Co. v. Bridgemark Corporation

| Date | Timekeeper | Services | Hours | Amount |
|------|-----------|----------|-------|--------|
| 03/30/20 | RAO | Emails co-counsel & client regarding pending ex parte application, new court orders & revised jurisdictional deadline | 1.30 | 845.00 |
| 03/31/20 | RAO | Telephone conference with E. Gray | .40 | 260.00 |

**Current fees through 03/31/2020** .......................................................................... **$6,935.00**



Greines, Martin, Stein & Richland LLP
5900 Wilshire Boulevard, 12th Floor
Los Angeles, California 90036
(310) 859-7811   http://www.gmsr.com
Federal I.D. Number 95-3886515

April 28, 2020

Bridgemark Corporation
Carolyn Curry
17671 Irvine Blvd, Suite 217
Tustin, CA 92780

42385-10101/RAO
Invoice Number: 66510

**Re:    Placentia Development Co. v. Bridgemark Corporation**

Balance forward ........................................................................................... $9,779.00
*Less payments* .......................................................................................... ($5,548.00)

Current fees through 04/30/2020 ................................................................ $2,845.00

Total current charges through 04/30/2020 ................................................... $2,845.00

**Please pay this amount .............................................................................. $7,076.00**

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Robert A. Olson | 4.10 | 650.00 | 2,665.00 |
| Nadia Sarkis | 0.40 | 450.00 | 180.00 |

**GREINES, MARTIN, STEIN & RICHLAND LLP**

April 28, 2020

Bridgemark Corporation

42385-10101/RAO
Invoice Number: 66510

Re:    Placentia Development Co. v. Bridgemark Corporation

## AGING AND OUTSTANDING INVOICES

| | |
|---|---|
| 31-60 days: | $2,844.00 |
| 61-90 days: | $0.00 |
| **91-120 days:** | **$0.00** |
| **Over 120 days:** | **$0.00** |

| Date | Invoice Number | Amount Billed | Adjustments | Payments Applied | Balance Due |
|---|---|---|---|---|---|
| 03/18/20 | 66338 | $1,850.00 | $0.00 | $1,480.00 | **$370.00** |
| 03/18/20 | 66339 | $12,370.00 | $0.00 | $9,896.00 | **$2,474.00** |
| 04/03/20 | 66407 | $6,935.00 | $0.00 | $5,548.00 | **$1,387.00** |

Page 3

### GREINES, MARTIN, STEIN & RICHLAND LLP

April 28, 2020

Bridgemark Corporation

42385-10101/RAO
Invoice Number: 66510

Re:    Placentia Development Co. v. Bridgemark Corporation

| Date | Timekeeper | Services | Hours | Amount |
|------|------------|----------|-------|--------|
| 04/01/20 | NAS | Review deadlines re notice of appeal | .10 | 45.00 |
| 04/01/20 | RAO | Review of notice of appeal timing and effect of court closure | .50 | 325.00 |
| 04/02/20 | RAO | Email E. Gray regarding rescheduled jurisdictional new trial hearing deadline | .20 | 130.00 |
| 04/03/20 | RAO | Forecast fees for settlement discussions | .10 | 65.00 |
| 04/07/20 | NAS | Review notice of appeal question and respond re same | .10 | 45.00 |
| 04/07/20 | RAO | Email S. Kidwell & J. Cheng regarding next steps regarding appeal and new trial motion | .30 | 195.00 |
| 04/16/20 | RAO | Draft conditional, protective notice of appeal 1.0; telephone conference with S. Kidwell regarding same 0.2; emails co-counsel & bankruptcy counsel regarding same 0.3 | 1.50 | 975.00 |
| 04/17/20 | RAO | Review of conditional notice of appeal 0.1; email opposing counsel regarding same 0.2 | .30 | 195.00 |
| 04/23/20 | NAS | Review ex parte notice | .20 | 90.00 |
| 04/23/20 | RAO | Revised ex parte to advance new trial hearing and associated emails 0.6; emails M. Kibler & S. Kidwall regarding same 0.2 | .80 | 520.00 |
| 04/24/20 | RAO | Review of court order extending closure and email opposing counsel and co-counsel regarding same | .30 | 195.00 |
| 04/27/20 | RAO | Email exchange with opposing counsel regarding continued ex parte | .10 | 65.00 |

**Current fees through 04/30/2020** ........................................................................... **$2,845.00**



Greines, Martin, Stein & Richland LLP
5900 Wilshire Boulevard, 12th Floor
Los Angeles, California 90036
(310) 859-7811   http://www.gmsr.com
Federal I.D. Number 95-3886515

June 2, 2020

Bridgemark Corporation
Carolyn Curry
17671 Irvine Blvd, Suite 217
Tustin, CA 92780

42385-10101/RAO
Invoice Number: 66610

**Re:    Placentia Development Co. v. Bridgemark Corporation**

| | |
|---|---:|
| Balance forward | $7,076.00 |
| *Less payments* | ($2,276.00) |
| Current fees through 05/31/2020 | $5,330.00 |
| Total current charges through 05/31/2020 | $5,330.00 |
| **Please pay this amount** | **$10,130.00** |

| Timekeeper | Hours | Rate | Amount |
|---|---:|---:|---:|
| Robert A. Olson | 8.20 | 650.00 | 5,330.00 |

Page 2

**GREINES, MARTIN, STEIN & RICHLAND LLP**

June 2, 2020

Bridgemark Corporation

42385-10101/RAO
Invoice Number: 66610

Re:    Placentia Development Co. v. Bridgemark Corporation

## AGING AND OUTSTANDING INVOICES

31-60 days:              $1,956.00
61-90 days:              $2,844.00
**91-120 days:**              **$0.00**
**Over 120 days:**              **$0.00**

| Date | Invoice Number | Amount Billed | Adjustments | Payments Applied | Balance Due |
|------|----------------|---------------|-------------|------------------|-------------|
| 03/18/20 | 66338 | $1,850.00 | $0.00 | $1,480.00 | **$370.00** |
| 03/18/20 | 66339 | $12,370.00 | $0.00 | $9,896.00 | **$2,474.00** |
| 04/03/20 | 66407 | $6,935.00 | $0.00 | $5,548.00 | **$1,387.00** |
| 04/28/20 | 66510 | $2,845.00 | $0.00 | $2,276.00 | **$569.00** |

Page 3

## GREINES, MARTIN, STEIN & RICHLAND LLP

June 2, 2020

Bridgemark Corporation

42385-10101/RAO
Invoice Number: 66610

Re:    Placentia Development Co. v. Bridgemark Corporation

| Date | Timekeeper | Services | Hours | Amount |
|------|-----------|----------|-------|--------|
| 05/14/20 | RAO | Review of & emails to client and co-counsel regarding notice resetting new trial motion | .20 | 130.00 |
| 05/18/20 | RAO | Review of B. Hall email, email bk counsel, email Orange County superior Court all in preparation for new trial motion hearing | .40 | 260.00 |
| 05/19/20 | RAO | Review of & emails to co-counsel, bk counsel and client regarding new trial motion hearing notice | .30 | 195.00 |
| 05/21/20 | RAO | Email exchange orange county clerk regarding new trial motion argument 0.2; email J. Cheng & S. Kidwell coordinating regarding same 0.1; preparation for new trial hearing 0.1 | .40 | 260.00 |
| 05/22/20 | RAO | Preparation for new trial hearing | .70 | 455.00 |
| 05/25/20 | RAO | Email S. Kidwell regarding preparation for new trial hearing 0.1; telephone conference with E. Gray regarding new trial hearing 0.2; preparation for new trial hearing including reviewing briefing and record 1.9 | 2.20 | 1430.00 |
| 05/26/20 | RAO | Preparation for & telephonic hearing regarding new trial motion 2.6; emails K. Mugavero, E. Gray et al regarding hearing 0.4 & new trial order 0.3; further emails regarding new trial order and its effect 0.3 | 3.60 | 2340.00 |
| 05/27/20 | RAO | Email C. Curry regarding court new trial order and its effect | .30 | 195.00 |
| 05/28/20 | RAO | Review of email from S. Kidwell regarding effect of new trial order | .10 | 65.00 |

**Current fees through 05/31/2020** ........................................................................... **$5,330.00**



Greines, Martin, Stein & Richland LLP
5900 Wilshire Boulevard, 12th Floor
Los Angeles, California 90036
(310) 859-7811   http://www.gmsr.com
Federal I.D. Number 95-3886515

July 31, 2020

Bridgemark Corporation
Carolyn Curry
17671 Irvine Blvd, Suite 217
Tustin, CA 92780

42385-10101/RAO
Invoice Number: 66847

**Re:    Placentia Development Co. v. Bridgemark Corporation**

| | |
|---|---|
| Balance forward ..................................................................................... | $10,130.00 |
| *Less payments* ....................................................................................... | ($4,264.00) |
| Current fees through 06/30/2020 ............................................................ | $2,370.00 |
| Current costs through 06/30/2020........................................................... | $86.75 |
| Total current charges through 06/30/2020.............................................. | $2,456.75 |
| **Please pay this amount** ..................................................................... | **$8,322.75** |

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Robert A. Olson | 3.30 | 650.00 | 2,145.00 |
| Nadia Sarkis | 0.50 | 450.00 | 225.00 |

**GREINES, MARTIN, STEIN & RICHLAND LLP**

July 31, 2020

Bridgemark Corporation

42385-10101/RAO
Invoice Number: 66847

Re:    Placentia Development Co. v. Bridgemark Corporation

## AGING AND OUTSTANDING INVOICES

| | |
|---|---|
| 31-60 days: | $1,066.00 |
| 61-90 days: | $0.00 |
| **91-120 days:** | **$1,956.00** |
| **Over 120 days:** | **$2,844.00** |

| Date | Invoice Number | Amount Billed | Adjustments | Payments Applied | Balance Due |
|---|---|---|---|---|---|
| 03/18/20 | 66338 | $1,850.00 | $0.00 | $1,480.00 | **$370.00** |
| 03/18/20 | 66339 | $12,370.00 | $0.00 | $9,896.00 | **$2,474.00** |
| 04/03/20 | 66407 | $6,935.00 | $0.00 | $5,548.00 | **$1,387.00** |
| 04/28/20 | 66510 | $2,845.00 | $0.00 | $2,276.00 | **$569.00** |
| 06/02/20 | 66610 | $5,330.00 | $0.00 | $4,264.00 | **$1,066.00** |

**GREINES, MARTIN, STEIN & RICHLAND LLP**

July 31, 2020

Bridgemark Corporation

42385-10101/RAO
Invoice Number: 66847

Re:     Placentia Development Co. v. Bridgemark Corporation

| Date | Timekeeper | Services | Hours | Amount |
|------|-----------|----------|-------|--------|
| 06/01/20 | RAO | Legal research & email C. Curry regarding conditional new trial order | .30 | 195.00 |
| 06/02/20 | RAO | Email exchange S. Kidwell regarding docketing 1st appeal | .10 | 65.00 |
| 06/12/20 | RAO | Email S. Kidwell regarding & direct preparation of record designation | .30 | 195.00 |
| 06/13/20 | NAS | Review designation of record | .30 | 135.00 |
| 06/13/20 | RAO | Review of & comment on draft record designation | .10 | 65.00 |
| 06/15/20 | RAO | Review of record designation draft and emails J. Chen regarding same and deposit | .30 | 195.00 |
| 06/16/20 | NAS | Review remittitur and confer with R. Olson re motion to consolidate | .20 | 90.00 |
| 06/16/20 | RAO | Review of remittitur orders and emails regarding next steps | .40 | 260.00 |
| 06/16/20 | RAO | Email S. Kidwell | .10 | 65.00 |
| 06/17/20 | RAO | Prepare Civ Case Info Stmt for 1st appeal | .60 | 390.00 |
| 06/18/20 | RAO | Email regarding filing record designation and CCIS | .30 | 195.00 |
| 06/19/20 | RAO | Further preparation of Civ Case Info Stmt | .20 | 130.00 |
| 06/22/20 | RAO | Review of final CCIS | .10 | 65.00 |
| 06/23/20 | RAO | Emails regarding proposed amended judgment | .50 | 325.00 |

**Current fees through 06/30/2020** .......................................................................... __**$2,370.00**__

Page 4

## GREINES, MARTIN, STEIN & RICHLAND LLP

July 31, 2020

Bridgemark Corporation

42385-10101/RAO
Invoice Number: 66847

Re:    Placentia Development Co. v. Bridgemark Corporation

## COSTS INCURRED:

| Date | Description | QTY | Amount |
|------|-------------|-----|--------|
| 5/22/2020 | Attorney Service: filing at OC Superior Court | 1 | 76.25 |
| 6/23/2020 | TrueFiling - Court E-Filing Fee: Civil Case Information Statement | 1 | 10.50 |

**Current costs through 06/30/2020** ....................................................................... **$86.75**

| Date  Order No. | Service Detail | | Charges | Units | Total |
|---|---|---|---|---|---|
| 5/22/2020 LA55761 025 - E-FILING | GREINES MARTIN STEIN & RICHLAND LLP 5900 Wilshire Blvd 12th Fl Los Angeles, CA 90036 Caller: Monique Aguirre Case Number: ONLY SERVE Case Title: Placentia Development Company Docs: Please call me right before this is submitted Attorney Name: .none | OC/SANTA ANA SUPERIOR COURT 700 CIVIC CENTER DRIVE SANTA ANA, CA 927020838 Client/Matter: Placentia Development Company, LLC Description: Can you please serve this today using whatever method Orange County uses for it s e-servic | E-Filing : E-Service : Transaction Fees : Rush Fee : Total: | | $ 30.00 $ 9.00 $ 2.25 $ 35.00 $ 76.25 |
| | | | Total Charges for Ref. - Placentia Development Company, LLC: | | $ 76.25 |



Greines, Martin, Stein & Richland LLP
5900 Wilshire Boulevard, 12th Floor
Los Angeles, California 90036
(310) 859-7811   http://www.gmsr.com
Federal I.D. Number 95-3886515

August 20, 2020

Bridgemark Corporation
Carolyn Curry
17671 Irvine Blvd, Suite 217
Tustin, CA 92780

42385-10101/RAO
Invoice Number: 66930

**Re:    Placentia Development Co. v. Bridgemark Corporation**

| | |
|---|---:|
| Balance forward ........................................................................................... | $8,322.75 |
| *Less payments* ........................................................................................... | ($1,982.75) |
| Current fees through 07/31/2020 ................................................................. | $1,235.00 |
| Total current charges through 07/31/2020................................................. | $1,235.00 |
| **Please pay this amount** ........................................................................................ | **$7,575.00** |

| Timekeeper | Hours | Rate | Amount |
|---|---:|---:|---:|
| Robert A. Olson | 1.90 | 650.00 | 1,235.00 |

**GREINES, MARTIN, STEIN & RICHLAND LLP**

August 20, 2020

Bridgemark Corporation

42385-10101/RAO
Invoice Number: 66930

Re:    Placentia Development Co. v. Bridgemark Corporation

## AGING AND OUTSTANDING INVOICES

31-60 days:             $0.00
61-90 days:         $1,066.00
**91-120 days:         $569.00**
**Over 120 days:     $4,231.00**

| Date | Invoice Number | Amount Billed | Adjustments | Payments Applied | Balance Due |
|------|------|------|------|------|------|
| 03/18/20 | 66338 | $1,850.00 | $0.00 | $1,480.00 | **$370.00** |
| 03/18/20 | 66339 | $12,370.00 | $0.00 | $9,896.00 | **$2,474.00** |
| 04/03/20 | 66407 | $6,935.00 | $0.00 | $5,548.00 | **$1,387.00** |
| 04/28/20 | 66510 | $2,845.00 | $0.00 | $2,276.00 | **$569.00** |
| 06/02/20 | 66610 | $5,330.00 | $0.00 | $4,264.00 | **$1,066.00** |
| 07/31/20 | 66847 | $2,456.75 | $0.00 | $1,982.75 | **$474.00** |

## GREINES, MARTIN, STEIN & RICHLAND LLP

August 20, 2020

Bridgemark Corporation

42385-10101/RAO
Invoice Number: 66930

Re:    Placentia Development Co. v. Bridgemark Corporation

| Date | Timekeeper | Services | Hours | Amount |
|------|-----------|----------|-------|--------|
| 07/14/20 | RAO | Telephone conference with W. Lobel regarding proposed amended judgment 0.1; telephone conference with W. Lobel & email W. Lobel regarding proposed judgment 0.1 | .10 | 65.00 |
| 07/15/20 | RAO | Emails regarding and draft notice of appeal | .20 | 130.00 |
| 07/16/20 | RAO | Email S. Kidwell regarding notice of appeal 0.1; email S. Kidwell regarding notice of appeal form 0.1; email opposing counsel regarding consolidating appeals 0.1; vmail exchange W. Lobel 0.1 | .40 | 260.00 |
| 07/17/20 | RAO | Email w/ Orange County Superior Court regarding filing of 2nd notice of appeal | .40 | 260.00 |
| 07/20/20 | RAO | Emails regarding stipulation to consolidate appeals; telephone conference with Orange C Superior Court regarding same | .20 | 130.00 |
| 07/23/20 | RAO | Record designation stipulation and Civ Case Info Stmt for 2nd appeal | .50 | 325.00 |
| 07/27/20 | RAO | Email opposing counsel regarding record stipulation | .10 | 65.00 |

**Current fees through 07/31/2020** ........................................................................... **$1,235.00**

\



Greines, Martin, Stein & Richland LLP
5900 Wilshire Boulevard, 12th Floor
Los Angeles, California 90036
(310) 859-7811   http://www.gmsr.com
Federal I.D. Number 95-3886515

September 4, 2020

Bridgemark Corporation
Carolyn Curry
17671 Irvine Blvd, Suite 217
Tustin, CA 92780

42385-10101/RAO
Invoice Number: 66965

**Re:**    **Placentia Development Co. v. Bridgemark Corporation**

Balance forward ........................................................................................    $7,575.00

Current fees through 08/31/2020 ...............................................................    $1,495.00

Total current charges through 08/31/2020 ................................................    $1,495.00

**Please pay this amount** ..........................................................................    **$9,070.00**

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Robert A. Olson | 2.30 | 650.00 | 1,495.00 |

### GREINES, MARTIN, STEIN & RICHLAND LLP

September 4, 2020

Bridgemark Corporation

42385-10101/RAO
Invoice Number: 66965

Re:    Placentia Development Co. v. Bridgemark Corporation

## AGING AND OUTSTANDING INVOICES

| | |
|---|---|
| 31-60 days: | $2,456.75 |
| 61-90 days: | $0.00 |
| **91-120 days:** | **$1,066.00** |
| **Over 120 days:** | **$4,800.00** |

| Date | Invoice Number | Amount Billed | Adjustments | Payments Applied | Balance Due |
|---|---|---|---|---|---|
| 03/18/20 | 66338 | $1,850.00 | $0.00 | $1,480.00 | **$370.00** |
| 03/18/20 | 66339 | $12,370.00 | $0.00 | $9,896.00 | **$2,474.00** |
| 04/03/20 | 66407 | $6,935.00 | $0.00 | $5,548.00 | **$1,387.00** |
| 04/28/20 | 66510 | $2,845.00 | $0.00 | $2,276.00 | **$569.00** |
| 06/02/20 | 66610 | $5,330.00 | $0.00 | $4,264.00 | **$1,066.00** |
| 07/31/20 | 66847 | $2,456.75 | $0.00 | $1,982.75 | **$474.00** |
| 08/20/20 | 66930 | $1,235.00 | $0.00 | $0.00 | **$1,235.00** |

## GREINES, MARTIN, STEIN & RICHLAND LLP

September 4, 2020

Bridgemark Corporation

42385-10101/RAO
Invoice Number: 66965

Re:    Placentia Development Co. v. Bridgemark Corporation

| Date | Timekeeper | Services | Hours | Amount |
|------|-----------|----------|-------|--------|
| 08/03/20 | RAO | Emails clerk regarding record designation 0.4; email J. McGee regarding status 0.2 | .60 | 390.00 |
| 08/04/20 | RAO | Email clerk regarding record designation | .20 | 130.00 |
| 08/05/20 | RAO | Prepare revised 2nd Civ case info stmt. | .10 | 65.00 |
| 08/06/20 | RAO | Revise Civ Case Info form for 2nd notice of appeal | .20 | 130.00 |
| 08/07/20 | RAO | Declaration for Civ Case Info Stmt 2nd appeal | .40 | 260.00 |
| 08/11/20 | RAO | Review of RTs regarding filed record | .10 | 65.00 |
| 08/13/20 | RAO | Email exchange with bankruptcy counsel regarding settlement | .10 | 65.00 |
| 08/18/20 | RAO | Email bankruptcy counsel regarding notifying court of settlement | .10 | 65.00 |
| 08/19/20 | RAO | Email W. Lobel regarding settlement in order to notify court | .10 | 65.00 |
| 08/20/20 | RAO | Emails with bankruptcy and opposing counsel regarding and draft regarding notice of settlement to Court of Appeal | .30 | 195.00 |
| 08/24/20 | RAO | Draft notice of settlement | .10 | 65.00 |

**Current fees through 08/31/2020** .......................................................................... **$1,495.00**



Greines, Martin, Stein & Richland LLP
5900 Wilshire Boulevard, 12th Floor
Los Angeles, California 90036
(310) 859-7811   http://www.gmsr.com
Federal I.D. Number 95-3886515

October 31, 2020

Bridgemark Corporation
Carolyn Curry
17671 Irvine Blvd, Suite 217
Tustin, CA 92780

42385-10101/RAO
Invoice Number: 67175

**Re:    Placentia Development Co. v. Bridgemark Corporation**

|  | $ |
|---|---|
| Current costs through 09/30/2020................................................................... | $31.50 |
| Total current charges through 09/30/2020................................................................. | $31.50 |
| **Please pay this amount** ................................................................ | **$31.50** |

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|

**Life of Matter:**

| | |
|---|---|
| Total fee billings ....................................................... | $131,705.00 |
| Total cost billings...................................................... | $238.97 |
| Total billings ............................................................. | $131,943.97 |

**GREINES, MARTIN, STEIN & RICHLAND LLP**

October 31, 2020

Bridgemark Corporation

42385-10101/RAO
Invoice Number: 67175

Re:    Placentia Development Co. v. Bridgemark Corporation

## AGING AND OUTSTANDING INVOICES

| | |
|---|---|
| 31-60 days: | $1,495.00 |
| 61-90 days: | $1,235.00 |
| **91-120 days:** | **$474.00** |
| **Over 120 days:** | **$5,866.00** |

| Date | Invoice Number | Amount Billed | Adjustments | Payments Applied | Balance Due |
|---|---|---|---|---|---|
| 03/18/20 | 66338 | $1,850.00 | $0.00 | $1,480.00 | **$370.00** |
| 03/18/20 | 66339 | $12,370.00 | $0.00 | $9,896.00 | **$2,474.00** |
| 04/03/20 | 66407 | $6,935.00 | $0.00 | $5,548.00 | **$1,387.00** |
| 04/28/20 | 66510 | $2,845.00 | $0.00 | $2,276.00 | **$569.00** |
| 06/02/20 | 66610 | $5,330.00 | $0.00 | $4,264.00 | **$1,066.00** |
| 07/31/20 | 66847 | $2,456.75 | $0.00 | $1,982.75 | **$474.00** |
| 08/20/20 | 66930 | $1,235.00 | $0.00 | $0.00 | **$1,235.00** |
| 09/04/20 | 66965 | $1,495.00 | $0.00 | $0.00 | **$1,495.00** |

## GREINES, MARTIN, STEIN & RICHLAND LLP

October 31, 2020

Bridgemark Corporation

42385-10101/RAO
Invoice Number: 67175

Re:    Placentia Development Co. v. Bridgemark Corporation

| Date | Timekeeper | Services | Hours | Amount |
|------|-----------|----------|-------|--------|
| **Current fees through 09/30/2020** ............................................................... | | | | **$0.00** |

**COSTS INCURRED:**

| Date | Description | QTY | Amount |
|------|-------------|-----|--------|
| 8/5/2020 | TrueFiling - Court E-Filing Fee Information Statement | 1 | 10.50 |
| 8/7/2020 | TrueFiling - Court E-Filing Fee Information Statement | 1 | 10.50 |
| 8/24/2020 | TrueFiling - Court E-Filing Fee of Settlement and Request to Stay Appeal | 1 | 10.50 |
| **Current costs through 09/30/2020** .......................................................... | | | **$31.50** |

## GREINES, MARTIN, STEIN & RICHLAND LLP

October 31, 2020

Bridgemark Corporation

42385-10101/RAO
Invoice Number: 67175

Re:     Placentia Development Co. v. Bridgemark Corporation

### Trust / Retainer Activity through October 31, 2020

| Date | Trust Credit | Trust Debit | Description |
|------|-------------|-------------|-------------|
| 08/28/19 | $60,000.00 | | Retainer Deposit |
| 09/27/19 | | $23,790.22 | Retainer Transfer Toward Amount Due For 65699 |
| 10/03/19 | | $29,467.00 | Retainer Transfer Toward Amount Due For 65718 |
| 10/15/19 | $23,730.22 | | Retainer Deposit |
| 10/24/19 | $29,467.00 | | Retainer Deposit |
| 11/07/19 | | $33,583.50 | Retainer Transfer Toward Amount Due For 65835 |
| 11/08/19 | $33,583.50 | | Retainer Wire Deposit |
| 12/13/19 | $33,583.50 | | Retainer Wire Deposit |
| 01/06/20 | | $7,695.00 | Retainer Transfer Toward Amount Due For 66076 |
| 01/06/20 | | $650.00 | Applied To Account |
| 01/14/20 | | $2,210.00 | Applied To Account |
| 03/31/20 | | $11,376.00 | Retainer Transfer Toward Amount Due For 66338, 66339 |
| 04/15/20 | | $5,548.00 | Retainer Transfer Toward Amount Due For 66407 |
| 06/01/20 | | $2,276.00 | Retainer Transfer Toward Amount Due For 66510 |
| 07/09/20 | | $4,264.00 | Retainer Transfer Toward Amount Due For 66610 |
| 09/04/20 | | $1,982.75 | Retainer Transfer Toward Amount Due For 66847 |

### Ending Balance:   $57,521.75



Greines, Martin, Stein & Richland LLP
5900 Wilshire Blvd, 12th Floor
Los Angeles, CA 90036
(310) 859-7811 http://www.gmsr.com
Federal I.D. Number 95-3886515

Bridgemark Corporation                                              September 17, 2021
John Harris
17671 Irvine Blvd, Suite 217
Tustin, CA 92780

RE:   **Placentia Development Co. v. Bridgemark Corporation**                42385-10101
                                                                  Invoice Number: 68948

| | |
|---|---:|
| Balance forward ........................................................................................................ | $31.50 |
| Current fees through 08/31/2021 ........................................................................... | $1,370.00 |
| Current costs through 08/31/2021 .......................................................................... | $31.50 |
| Total current charges through 08/31/2021 ............................................................. | $1,401.50 |
| **Please pay this amount** ......................................................................................... | **$1,433.00** |

| Timekeeper | Hours | Rate | Amount |
|---|---:|---:|---:|
| Robert A. Olson | 1.90 | 650.00 | 1,235.00 |
| Nadia Sarkis | 0.30 | 450.00 | 135.00 |

**GREINES, MARTIN, STEIN & RICHLAND LLP**

RE:  Placentia Development Co. v. Bridgemark Corporation                          September 17, 2021
     42385-10101                                                          Invoice Number: 68948

| Date | Timekeeper | Services | Hours | Amount |
|------|-----------|----------|-------|--------|
| 10/07/2020 | RAO | Letter to Court of Appeal reporting on status and emails to bankruptcy and opposing counsel regarding same | 0.20 | 130.00 |
| 01/08/2021 | RAO | Emails re update letter | 0.10 | 65.00 |
| 01/11/2021 | NAS | Review correspondence to Court of Appeal | 0.10 | 45.00 |
| 01/11/2021 | RAO | Draft update letter to Court of Appeal | 0.30 | 195.00 |
| 01/13/2021 | RAO | Review & emails to co-counsel re Court of Appeal order re continuing stay | 0.10 | 65.00 |
| 03/22/2021 | RAO | Emails regarding bankruptcy status and reporting to Court of Appeal | 0.10 | 65.00 |
| 04/09/2021 | RAO | Draft letter to Court of Appeal regarding status | 0.30 | 195.00 |
| 04/13/2021 | RAO | Review and respond regarding other side's comments on status letter 0.2; phone call opposing counsel M. Kibler and revise letter to Court of Appeals | 0.60 | 390.00 |
| 05/13/2021 | RAO | Email M. Jones & message exchange Carol P. | 0.10 | 65.00 |
| 08/02/2021 | RAO | Review and follow up on court order regarding updating status | 0.10 | 65.00 |
| 08/03/2021 | NAS | Draft status update letter, confer with R. Olson & M. Grignon re same | 0.20 | 90.00 |

Current fees through 08/31/2021 ...................................................................................................    $1,370.00

**COSTS INCURRED:**

| Date | Description | QTY | Amount |
|------|-------------|-----|--------|
| 10/7/2020 | TrueFiling - Court E-Filing Fee - - VENDOR: AMERICAN EXPRESS Settlement Status Report - Letter | 1.00 | 10.50 |
| 1/12/2021 | Truefiling - Court e-Filing Fee: Letter | 1.00 | 10.50 |
| 4/14/2021 | Truefiling - Court e-Filing Fee: Third Letter regarding Settlement Status Report | 1.00 | 10.50 |

Current costs through 08/31/2021 ...................................................................................................    $31.50

# EXHIBIT D

**EXHIBIT D**

**Summary and Itemized Expenses for the Remaining Period**
**(September 1, 2020 - August 19, 2021)**

**Monthly Summary of Expenses**

| August 2020 | October 2020 | January 2021 | April 2021 | Total |
|-------------|--------------|--------------|------------|-------|
| $31.50 | $10.50 | $10.50 | $10.50 | $63.00 |

**Itemized Expenses**

| Date | Expense | Amount |
|------|---------|--------|
| 08/05/20 | TrueFiling - Court E-Filing Fee Information Statement | $10.50 |
| 08/07/20 | TrueFiling - Court E-Filing Fee Information Statement | $10.50 |
| 08/24/20 | rueFiling - Court E-Filing Fee of Settlement and Request to Stay Appeal | $10.50 |
| 10/07/20 | TrueFiling - Court E-Filing Fee - - VENDOR: AMERICAN EXPRESS Settlement Status Report - Letter | $10.50 |
| 01/12/21 | Truefiling - Court e-Filing Fee: Letter | $10.50 |
| 04/14/21 | Truefiling - Court e-Filing Fee: Third Letter regarding Settlement Status Report | $10.50 |
| **Total:** | | **$63.00** |

# EXHIBIT E

EXHIBIT F

**Summary and Itemized Expenses for the Entire Fee Period**
**(January 14, 2020 - August 19, 2021)**

### Monthly Summary of Expenses

| May 2020 | June 2020 | August 2020 | October 2020 |
|---|---|---|---|
| $76.25 | $10.50 | $31.50 | $10.50 |

| January 2021 | April 2021 | Total |
|---|---|---|
| $10.50 | $10.50 | **$149.75** |

### Itemized Expenses

| Date | Expense | Amount |
|---|---|---|
| 05/22/20 | Attorney Service: filing at OC Superior Court | $76.25 |
| 06/23/20 | TrueFiling - Court E-Filing Fee: Civil Case Information Sheet | $10.50 |
| 08/05/20 | TrueFiling - Court E-Filing Fee Information Statement | $10.50 |
| 08/07/20 | TrueFiling - Court E-Filing Fee Information Statement | $10.50 |
| 08/24/20 | rueFiling - Court E-Filing Fee of Settlement and Request to Stay Appeal | $10.50 |
| 10/07/20 | TrueFiling - Court E-Filing Fee - - VENDOR: AMERICAN EXPRESS Settlement Status Report - Letter | $10.50 |
| 01/12/21 | Truefiling - Court e-Filing Fee: Letter | $10.50 |
| 04/14/21 | Truefiling - Court e-Filing Fee: Third Letter regarding Settlement Status Report | $10.50 |
| **Total:** | | **$149.75** |

# EXHIBIT F

**EXHIBIT 5**

**Summary of Hours and Amounts By Professional for the Remaining Period**
**(September 1, 2020 - August 19, 2021)**

| Professional | Title | Billing Rate | Hours Billed | Amount Billed |
|---|---|---|---|---|
| Robert A. Olson | Partner | $650.00 | 1.90 | $1,235.00 |
| Nadia Sarkis | Counsel | $450.00 | 0.30 | $135.00 |
| | | **Total:** | **2.20** | **$1,370.00** |

# EXHIBIT G

**EXHIBIT G**

**Summary of Hours and Amounts By Professional for the Entire Fee Period**
**(January 14, 2020 - August 19, 2021)**

| Professional | Title | Billing Rate | Hours Billed | Amount Billed |
|---|---|---|---|---|
| Robert A. Olson | Partner | $650.00 | 51.20 | $33,280.00 |
| Nadia Sarkis | Counsel | $450.00 | 5.60 | $2,520.00 |
| | | **Total:** | **56.80** | **$35,800.00** |

# EXHIBIT H



GREINES, MARTIN, STEIN & RICHLAND LLP
APPELLATE LAWYERS

## Robert A. Olson

rolson@gmsr.com

+1 310 859 7811



More than 30 years ago Bob Olson found his passion and calling for appellate law. It started with a clerkship with Hon. Anthony Kennedy, then on the United States Court of Appeals for the Ninth Circuit after graduating Order of the Coif from Stanford Law School. He eventually found his way to GMSR where he has practiced for nearly three decades.

Bob is a leader of the appellate bar, a past president of the California Academy of Appellate Lawyers, a fellow of the American Academy of Appellate Lawyers and a past president of the Association of Southern California Defense Counsel. He has been a California Lawyer of the Year and recognized as one of the "Best Lawyers in America." He has represented individuals, companies, insurers and public entities in the California Supreme Court, the United States Court of Appeals for the Ninth Circuit and the California Courts of Appeal. He also actively collaborates with local counsel on cases before several state Supreme Courts.

Bob has a breadth of experience, which helps in placing difficult cases in a context that will enhance the likelihood of success. He has particular expertise, and successful appellate outcomes, in matters of insurance coverage and bad faith, tort liability, contract—including entertainment contract—claims, anti-SLAPP and defamation, family law, trusts, and arbitration.

## Education

J.D., Stanford Law School (1983). Order of the Coif.

A.B., Stanford University (1979). Phi Beta Kappa.

## Honors

A California Lawyer of the Year, *California Lawyer* Magazine (2016)

*Daily Journal's* Annual Top 100 California Lawyers (2012)

Southern California Super Lawyers, Appellate (2005 – Present)

Top 100 Southern California Super Lawyers (2017)

Named in The Best Lawyers in America (Appellate Law, Insurance Law) (2010 – Present)

# Bar Admissions

California 1983
U.S. Supreme Court
U.S. Court of Appeals: Ninth Circuit
U.S. District Courts: Northern, Southern, Eastern, & Central Districts of California

# Speaking and Involvement

**"What makes a PAGA Penalty?" Daily Journal Podcast, audio interview available via SoundCloud**
2019

**"The Bermuda Triangle of Coverage Issues," 2017 CLM New York Conference**
2017

**"Going Postal--The Coverage and Insurance Guide for Religious and Non-Profit Organizations," 2017 CLM Midwest Conference**
2017

**"Tort & Civil Procedure Appellate Update – Important 2016 Cases for Your Practice," South Bay Bar Association**
2017

**The Year in Review: A Summary of Recent Cases, Association of Southern California Defense Counsel (1996 to Present)**
2017

**"Best Practices When Dealing with Reptiles" and "Legal Writing in the Electronic Age," Federation of Defense & Corporate Counsel (FDCC) Annual Winter Meeting**
2017

**"How to Use Amicus Support Effectively," Beverly Hills Bar Association**
2014

**"Howell v. Hamilton Meats: What it Means, How to Take Advantage of it & What's Left," Association of Southern California Defense Counsel**
2011

**"About Face! Howell Reverses Direction in the Supreme Court," Association of Defense Counsel of Northern California and Nevada**
2011

**"Update on Insurance Issues," Lorman Education Services, Costa Mesa**
2007

**"Winning Strategies Using Legislative Intent," State Bar of California Annual Meeting**
2007

**"Appellate Practice in the 2nd District Court of Appeal," Bar Association of San Franscisco's Appellate Courts Committee, San Francisco**
2007

**Adjunct Professor of Law, Loyola Law School, Los Angeles (appellate advocacy)**
1998

## Professional Associations

**The Federation of Defense and Corporate Counsel, Chair, Appellate Section**

**California Academy of Appellate Lawyers, Past President**

**American Academy of Appellate Lawyers, Fellow**

**California Judicial Council, Civil and Small Claims Advisory Committee**

**Los Angeles County Bar Association, Appellate Courts Committee**

**Association of Southern California Defense Counsel, Past President**

**Association of Business and Trial Lawyers**

**Claims and Litigation Management Alliance**

**Defense Research Institute (DRI)**

**Beverly Hills Bar Association**

## High Impact Wins

**Sterling v. Sterling (2015) 242 Cal.App.4th 185**
Jan 01, 2015

**Sanchez v. Valencia Holding Co., LLC (2015) 61 Cal.4th 899**
Aug 03, 2015

**Farmers Insurance Exchange v. Superior Court (2013) 220 Cal.App.4th 1199**
Oct 01, 2013

**Celador Internat., Inc. v. American Broadcasting Cos., Inc. (9th Cir. 2012) 499 Fed.Appx. 721**
Dec 03, 2012

**Howell v. Hamilton Meats & Provisions, Inc. (2011) 52 Cal.4th 541 (amicus)**
Aug 18, 2011

**Ladd v. Warner Bros. Entertainment, Inc. (2010) 184 Cal.App.4th 1298**
May 25, 2010

## Publications

**GMSR Appellate Lawyers Recognized By Best Lawyers And U.S. News & World Report**
Nov 05, 2020

**"A 'clear and convincing' appellate standard," Daily Journal (August 4, 2020)**
Aug 04, 2020

**Deciding Whether To Make The Leap: Evaluating The Chances Of Success On Appeal.**
Mar 21, 2018

**Wretched Excess – Working with Umbrella and Excess Coverage to Manage the Large Claim**
Apr 17, 2017

**Limiting Reptile Arguments, By Appeal And Otherwise**
Apr 17, 2017

**The "Metaphysical Moment" When a Pipe Begins to Leak Is Not a "Sudden" Discharge Where Damage Only Results From a Gradual or Continuous Process (2013) 2 Verdict 13.**
Sep 10, 2013

**Write this Down: California Supreme Court Rejects Recovery of 'Written Down' Amount of Medical Bills (Oct. 21, 2011) Westlaw Journal Insurance Coverage, Vol. 22, Issue 2.**
Oct 21, 2011

**Anticipating 'Reid v. Google,' reserving objections for review, S.F. Recorder (July 5, 2010).**
Jul 05, 2010

**Part 2: Getting it Right – Challenging a Statement of Decision (Feb. 2009) Appellate Tips for Trial Lawyers (a newsletter of the Los Angeles County Bar Association) Vol. 1, No. 14.**
Feb 01, 2009

**Part 1: Getting it Right – Challenging a Statement of Decision (Jan. 2009) Appellate Tips for Trial Lawyers (a newsletter of the Los Angeles County Bar Association) Vol. 1, No. 13.**
Jan 01, 2009

**Taking the Offense (2d quarter 2008) Verdict Magazine, pp. 17-20.**
Jun 01, 2008

**Examining the Rules – Divining Legislative Intent and Finding Statutory Meaning, (3d quarter 2006) Verdict Magazine pp. 37-43.**
Jul 01, 2006

**Strategic Opportunities In The Statement Of Decision Process (2d quarter 2005) Verdict Magazine, pp. 42-46.**
Apr 01, 2005

**A Few Of My Favorite Things Tips for Persuasive Writing (4th quarter 2004) Verdict Magazine, pp. 38-43.**
Oct 01, 2004

**How Much is Enough? Evidentiary and Instructional Issues in Trying the Amount of Punitive Damages (3d quarter 2002) Verdict Magazine pp. 30-38.**
Jul 01, 2002

**The Meaning of An Insurance Carrier's Reservation of Rights – Part I, (Spring 2002) Association of Business Trial Lawyers Report pp. 1, 9-11.**
Mar 22, 2002

**Issues in Trying the Amount of Punitive Damages (Sept. 1996) Association of Business Trial Lawyers Report, pp. 5-6.**
Sep 01, 1996

**Is It Too Late to Settle? Problems with Settlement After Adjudication**
Feb 01, 1996





## Nadia A. Sarkis

nsarkis@gmsr.com

+1 310-859-7811

Nadia Sarkis helps businesses, public entities, and trial counsel win on appeal. She works with trial counsel to lay the groundwork for a positive outcome before, during, and after trial by assisting with complex motion practice and helping to preserve issues for appeal. Nadia's thoughtful, diligent approach resonates with appellate courts and gives credibility to her clients' causes. That approach has gotten her clients favorable results on a wide range of appeals, including constitutional law, governmental immunity, punitive damages, employment, and arbitration issues.

Nadia joined GMSR after working in-house managing litigation, employment, and privacy issues, which gives her a client's perspective on litigation. This experience enables her to work both efficiently and creatively and gives her motivation and dedication to work hard for the win. She also has more than a decade of experience litigating at a national law firm and a litigation boutique, where she tried multiple jury cases to verdict.

Nadia started her legal career with two appellate clerkships, for Ferdinand F. Fernandez of the United States Ninth Circuit Court of Appeals and Chief Justice Mary Mullarkey of the Colorado Supreme Court. Nadia is also a Certified Information Privacy Professional ("CIPP") through the International Association of Privacy Professionals.

When she's not writing appellate briefs, Nadia enjoys traveling, hiking, playing guitar, reading, and painting, as well as cooking with her husband and two young boys.

## Education

J.D., Northwestern University School of Law (2003).

A.B., Princeton University (1999), Comparative Literature.

## Honors

International Municipal Lawyers Association (IMLA): Amicus Service Award (2021)

## Bar Admissions

California 2003; Colorado 2004; Illinois 2004
U.S. Court of Appeals: Ninth Circuit
U.S. District Courts: Central and Southern Districts of California

# Speaking and Involvement

**Be A Good Friend — A Guide To Amicus Briefs In Trial and Appellate Courts; International Municipal Lawyers Association annual conference in Minneapolis, Minnesota**
2021

**Getting Younger — A Guide To Abstention, Rooker-Feldman, And Other Defenses To Federal Civil Rights Actions That We All Learned In Law School, But May Have Forgotten; International Municipal Lawyers Association Mid-Year Seminar**
2021

**Reptiles, Picassos & Stealth Bombers: Tips for combatting plaintiffs' Reptile Theory & other aggressive efforts to inflate non-economic tort damages; International Municipal Lawyers Association annual conference in Atlanta, Georgia**
2019

# Professional Associations

**Women Lawyers Association of Los Angeles (WLALA), Board of Governors, Co-Chair Amicus Briefs Subcommittee**

**International Municipal Lawyers Association (IMLA)**

**Defense Research Institute (DRI)**

**Los Angeles County Bar Association (LACBA)**

**Association of Business Trial Lawyers (abtl)**

# High Impact Wins

**Morgan v. J-M Manufacturing Co., Inc. (2021) 60 Cal.App.5th 1078**
Jan 27, 2021

**B.Q. v. Mesa Union School Dist. (Cal.App., Dec. 2, 2020, No. B303351) 2020 WL 7052293 [nonpublished opinion]**
Dec 02, 2020

**Shirvanyan v. Los Angeles Community College Dist. (2020) 59 Cal.App.5th 82**
Nov 30, 2020

**B.Q. v. Dekok (9th Cir. 2020) 825 Fed.Appx. 533**
Oct 16, 2020

# Publications

**GMSR's Ted Xanders and Nadia Sarkis discuss tactics for combating inflated non-economic tort damages in IMLA Municipal Lawyer**

Feb 18, 2020