1  William N. Lobel, Esq. (State Bar No. 93202)
   THEODORA ORINGHER PC
2  535 Anton Boulevard, Ninth Floor
   Costa Mesa, California 92626-7109
3  Telephone: (714) 549-6200
   Facsimile: (714) 549-6201
4  E-mail: wlobel@tocounsel.com

5  Counsel for Bridgemark Liquidation Trust

6

7                 **UNITED STATES BANKRUPTCY COURT**

8                 **CENTRAL DISTRICT OF CALIFORNIA**

9                       **SANTA ANA DIVISION**

10 | In re:                          | Case No.: 8:20-bk-10143-TA |

11 | BRIDGEMARK CORPORATION,[1]       | Chapter 11 |

12 |              Debtor.            | **FINAL APPLICATION OF LOCKE LORD LLP FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES FOR THE PERIOD JANUARY 14, 2020 THROUGH AUGUST 19, 2021; DECLARATION OF SUSAN A. KIDWELL IN SUPPORT THEREOF** |

13

14

15                                   **Hearing:**

16                                   Date:   October 13, 2021
                                     Time:   10:00 a.m.
17                                   Place:  ZoomGov

18

19

20

21

22

23

24

25

26

27  _____

28  [1]  The Debtor's last four digits of its taxpayer identification number are (1669). The headquarters and service address
        for the above-captioned Debtor is 17671 Irvine Blvd., Suite 217, Tustin, CA 92780.

**I.**

**INTRODUCTION**

Locke Lord LLP ("<u>Locke Lord</u>" or the "<u>Applicant</u>"), hereby respectfully applies for an order (1) allowing compensation to Locke Lord, on a final basis, for services rendered and expenses incurred during the period from January 14, 2020 through August 19, 2021[2] (the "<u>Fee Period</u>"), in the total amount of $68,219.40, comprised of fees for services rendered of $58,508.90 and expenses incurred of $9,710.50; and (2) authorizing and directing the Bridgemark Liquidation Trust (the "<u>Liquidation Trust</u>") to pay $21,256.75, representing the unpaid balance of that amount,[3] to Locke Lord; and (3) granting Locke Lord any other relief that this Court deems necessary and appropriate (the "<u>Final Fee Application</u>").

Locke Lord submits this Final Fee Application pursuant to Bankruptcy Code sections 330 and 331, Federal Rules of Bankruptcy Procedure 2002(a)(6) and 2016, Local Bankruptcy Rule 2016-1, and the *Guidelines for Reviewing Applications for Compensation & Reimbursement of Expenses Filed Under 11 U.S.C. § 330, 28 C.F.R. § 58, Appendix A* (the "<u>UST Guidelines</u>").

**II.**

**SUMMARY OF COMPENSATION REQUESTED**

**A.    Compensation Previously Approved and Paid Pursuant to Monthly Professional Fee Statements**

| Time Period Covered | Date Filed | Docket No. | Fees Incurred (100%) | Fees Sought (80%) | Costs (100%) | Total Sought and Approved Pursuant to Fee Procedures Order | 20% Holdback |
|---|---|---|---|---|---|---|---|
| 01/14/2020-02/29/2020 | 03/20/2020 | 128 | $39,362.40 | $31,489.92 | $654.82 | $32,144.74 | $7,872.48 |
| 03/01/2020-03/31/2020 | 04/03/2020 | 150 | $5,693.40 | $4,554.72 | $159.96 | $4,714.68 | $1,138.68 |
| 04/01/2020-04/30/2020 | 05/13/2020 | 208 | $4,534.10 | $3,627.28 | $98.40 | $3,725.68 | $906.92 |
| 05/01/2020-05/31/2020 | 06/25/2020 | 238 | $4,282.20 | $3,425.76 | $1,288.64 | $4,714.40 | $856.44 |

---

[2]    August 19, 2021, was the Effective Date of the Plan (as defined below).  *See* Docket No. 569.

[3]    As set forth in detail below, Locke Lord has already been paid fees in the amount of $43,097.68 and costs of $9,710.50 on an interim basis pursuant to Professional Fee Statements.

| Time Period Covered | Date Filed | Docket No. | Fees Incurred (100%) | Fees Sought (80%) | Costs (100%) | Total Sought and Approved Pursuant to Fee Procedures Order | 20% Holdback |
|---|---|---|---|---|---|---|---|
| 06/01/2020-06/30/2020 | 08/06/2020 | 260 | $1,171.80 | $937.44 | $0.00 | $937.44 | $234.36 |
| 07/01/2020-07/31/2020 | 09/09/2020 | 277 | $346.50 | $277.20 | $5,528.48 | $5,805.68 | $69.30 |
| 08/01/2020-09/30/2020 | 11/03/2020 | 325 | $1,455.30 | $1,164.24 | $1,980.20 | $3,144.44 | $291.06 |
| 10/01/2020-10/31/2020 | N/A | N/A | $1,663.20 | N/A | $0.00 | N/A | N/A |
| Total: | | | $58,508.90 | $45,476.56 | $9,710.50 | $55,187.06 | $11,369.24 |

B.     **Total Compensation Requested**

Locke Lord is seeking approval, on a final basis, of compensation in the total amount of $68,219.40, comprised of $58,508.90 in fees for professional services rendered, representing 103.20 billed hours of service, and $9,710.50 in actual and necessary expenses. Of the foregoing amounts, $45,299.45 has been approved and paid pursuant to previously filed professional fee statements [Docket Nos. 128, 150, 208, 238, 260, 277, 325]. As of the date hereof, the balance owed to the Applicant for fees and expenses is $21,256.77, representing (i) holdbacks from months in which Locke Lord filed Professional Fee Statements, (ii) amounts approved pursuant to previously filed professional fee statements but remaining unpaid, plus (iii) fees of $1,663.20 for services rendered since the filing of Locke Lord's most recent Professional Fee Statement (*i.e.*, the period from October 1, 2020 through the August 19, 2021 Effective Date of the Plan (as defined below)).

**III.**

**BRIEF NARRATIVE HISTORY AND PRESENT POSTURE OF THE CASE**

A.     **General Background**

On January 14, 2020 (the "Petition Date"), Bridgemark Corporation (the "Debtor") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. Until the Effective Date (as defined below), the Debtor operated its business and managed its affairs as debtor-in-possession

1  pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The United States Trustee did not

2  appoint an official committee of unsecured creditors in this case.

3  **B.      Employment of Locke Lord**

4        On February 13, 2020, the Debtor filed its *Application of Debtor and Debtor in Possession*

5  *to Employ Locke Lord LLP as Special Counsel, Effective as of the Petition Date, Pursuant to*

6  *Section 327(e) of the Bankruptcy Code* [Docket No. 82], which was approved by the order entered

7  on March 10, 2020 [Docket No. 113] (the "Employment Order").

8        The Debtor employed Locke Lord to provide services in connection with its representation

9  of the Debtor in state court litigation against Placentia Development Company ("PDC" and the

10  "PDC Litigation") and any retrial, including, without limitation, any post-trial matters before the

11  state court and on the appeal of the judgment entered in the PDC Litigation (the "PDC

12  Judgment"), assistance to bankruptcy counsel in the defense of judgment collection actions

13  brought by PDC, as necessary, and as oil and gas and regulatory and transactional counsel. *See*

14  Docket No. 82.

15  **C.      The Debtor's Settlement with PDC**

16        On February 5, 2020, PDC filed its *Motion to Dismiss Chapter 11 Case Pursuant to 11*

17  *U.S.C. § 1112(b)* and its *Motion for Full Relief From the Automatic Stay Under 11 U.S.C. § 362*

18  (collectively, the "PDC Motions"). Pursuant to the PDC Motions, PDC sought a dismissal of the

19  Debtor's chapter 11 case, or alternatively, the appointment of a chapter 11 trustee or the

20  conversion of the case to one under chapter 7 of the Bankruptcy Code. At the initial hearing on

21  the PDC Motions on February 26, 2020, the Bankruptcy Court indicated that unless the Debtor

22  filed a confirmable plan of reorganization by April 29, 2020, it was inclined to dismiss the

23  bankruptcy case or grant relief from the automatic stay.

24        Between the initial hearing on the PDC Motions (February 26, 2020) and the continued

25  hearing date (April 29, 2020), however, the COVID-19 pandemic resulted in some of the steepest

26  drops in crude oil prices in the last forty years. The dramatic decrease in the price of oil (and the

27  resulting impact on the value of the Debtor's assets) and the uncertainty of the continued demand

28

182380.2                                        3

1    for oil due to the COVID-19 crisis made it impossible for the Debtor to file a confirmable plan of

2    reorganization prior to the continued hearing date on the PDC Motions set for April 29, 2020.

3       On about April 15, 2020, the Debtor, Robert Hall and PDC reached a conditional

4    settlement of all issues among them, and executed a settlement term sheet (as amended, the "Term

5    Sheet").  Following extensive negotiations, on or about March 9, 2021, the parties entered into the

6    "Definitive Documentation" contemplated by the Term Sheet, including a Settlement Agreement,

7    an Asset Purchase Agreement, and related agreements (collectively, the "Agreements").  The

8    Agreements provided for, *inter alia*, mutual releases by and among the Debtor, PDC, and Robert

9    Hall.  The Settlement Agreement also included a "Plan Term Sheet" outlining the general terms of

10   a chapter 11 plan that would provide for, *inter alia*, payment in full of all allowed claims.

11      On March 10, 2021, the Debtor filed a motion seeking approval of the Agreements and

12   related relief [Docket No. 392] (the "Approval Motion").  On April 28, 2021, the Court entered its

13   *Order (I) Approving Settlement Agreement [Etc.]* [Docket No. 442] (the "Approval Order").[4]

14   **D.      The Chapter 11 Plan**

15      On June 30, 2021, the Debtor and PDC jointly filed a chapter 11 plan of liquidation

16   [Docket No. 500] (the "Plan").  On August 18, 2021, the Court entered an order confirming the

17   Plan [Docket No. 568] (the "Confirmation Order").  The Effective Date (as defined in the Plan) of

18   the Plan occurred on August 19, 2021.  *See* Docket No. 569.

19      Pursuant to the Plan, the Confirmation Order, and the Liquidation Trust Agreement (as

20   defined in the Plan), the Liquidation Trust was formed on the Effective Date and John Harris of

21   Numeric Solutions LLC was appointed Liquidation Trustee.

22            **IV.**

23      **NARRATIVE STATEMENT OF SERVICES RENDERED**

24      As set forth in greater detail in the time entries attached hereto as Exhibit B, Locke Lord

25   performed services consistent with its authorized role under the Employment Order.  Most of

26   Locke Lord's services relate to the following categories of work:

27

28
_____
[4]  Capitalized terms that are not defined herein have the meanings given to them in the Approval Order.

Litigation (Non-Bankruptcy): Locke Lord (1) drafted, reviewed and analyzed documents, pleadings and issues related to the PDC State Court Litigation; (2) attended to deadline issues; (3) attended to scheduling issues; (4) drafted, reviewed, and edited Bridgemark's consolidated reply in support of motion for judgment notwithstanding verdict and motion for a new trial; (5) reviewed and analyzed appellate deadlines; (6) monitored and analyzed State Court dockets; (7) reviewed and analyzed the impact of the coronavirus on appeal timing; (8) performed work regarding an ex parte application related to motion for new trial in the PDC versus Bridgemark matter; (9) reviewed and analyzed issues regarding filing a protective notice of appeal; (10) reviewed and analyzed issues regarding an ex parte application to advance hearing on motion for new trial and for judgment notwithstanding verdict; (11) reviewed and analyzed State Court dockets; (12) reviewed and analyzed appellate timing issues; (13) reviewed and analyzed a State Court ruling regarding the motion for new trial; (14) reviewed and analyzed issues regarding appellate strategy relating to PDC State Court litigation; (15) reviewed and analyzed issues regarding designation of record in State Court appeal; (16) reviewed and analyzed issues regarding PDC notice of acceptance of remittitur and proposed judgment; (17) reviewed and analyzed a proposed amended judgment; (18) reviewed and analyzed issues regarding Bridgemark's appeal of judgment, including date and deadline issues; (19) reviewed and analyzed the order authorizing dismissal of PDC litigation against PBF; (20) reviewed and analyzed issues regarding a proposed judgment in the PDC litigation and delivery of a deed; (21) reviewed and analyzed a notice of appeal of judgment in the PDC litigation; and (22) corresponded and conferred regarding litigation issues.

Stay Litigation: Locke Lord (1) performed work regarding a relief from stay stipulation related to PDC litigation, and regarding a motion and order for partial relief from the automatic stay to pursue appeal; and (2) performed work regarding an opposition to PDC motion for relief from stay and motion to dismiss.

Asset Analysis and Recovery: Locke Lord (1) reviewed and analyzed judgment lien issues; (2) performed work regarding a UCC lien search related to the PDC v. Bridgemark state court judgment; (3) performed work regarding a judgment lien memorandum; (4) reviewed and analyzed alter ego issues; (5) reviewed and analyzed lien avoidance issues; (6) reviewed and

analyzed issues regarding the hypothetical Chapter 7 avoidance test; (7) reviewed and analyzed issues regarding lease and real property interests; (8) reviewed and analyzed issues regarding royalties being held in trust; (9) reviewed and analyzed issues regarding the valuation of oil and gas leases; (10) reviewed and analyzed the PDC answer to complaint; and (11) conferred and corresponded regarding asset analysis and recovery issues.

Locke Lord also performed work relating to bankruptcy litigation (first day motions), case administration, and retention and compensation of professionals.

**A.      Professional Fees**

Exhibit A is a summary of Locke Lord's professional fees and hours for the Fee Period, organized by month.

Exhibit B contains Locke Lord's detailed time records during the Fee Period, including a complete listing of each item entry during the Fee Period.

**B.      Expenses**

Exhibit C is a summary and itemized list of Locke Lord's expenses for the Fee Period.

**C.      Hours and Amounts Billed**

Exhibit D is a summary of the total number of hours billed and the dollar amounts expended by each professional in rendering services during the Fee Period.

**D.      Professional Education and Experience**

Descriptions of the professional education and experience of each of the professionals rendering service in this case during the Fee Period are set forth on Exhibit E attached hereto. Two of the professionals (John J. Harris and Jamie Cheng) whose biographies are included in Exhibit E are no longer with Locke Lord. The most recent versions of their firm biographies prior to their departure from Locke Lord are included in Exhibit E.

**E.      Separately Filed Declaration of the Client**

Applicant will separately file a declaration from the client indicating that the client has reviewed the Final Fee Application and has no objection to it.

1  **F.**     **Statement of the Applicant Regarding Compliance with LBR 2016-1**

2        The attached declaration of Susan Kidwell sets forth that the Applicant has reviewed LBR

3  2016-1 and that the Final Fee Application is in compliance with such rule.

4  **G.**     **No Fee Sharing**

5        No agreement has been made by any member of the Applicant or by any employee thereof,

6  directly or indirectly, and no understanding exists for a division of fees sought herein with any

7  other person.

8                                          **V.**

9                        **REQUEST FOR FINAL COMPENSATION**

10        Pursuant to Bankruptcy Code section 330(a)(1), the Court may award to professionals who

11  have been employed under Bankruptcy Code section 327 reasonable compensation for their

12  services, as well as reimbursement for all actual and necessary expenses.  11 U.S.C. § 330(a)(1).

13  As stated by the Ninth Circuit Court of Appeals in *Yermakov v. Fitzsimmons (In re Yermakov)*,

14  718 F.2d 1465, 1471 (9th Cir. 1983): "The primary method used to determine a reasonable

15  attorney fee in a bankruptcy case is to multiply the number of hours expended by an hourly rate."

16  *See also In re Hunt*, 238 F.3d 1098, 1105 (9th Cir. 2001) (citing *In re Yermakov*).  Bankruptcy

17  Code section 330(a)(3) further provides that the Court "shall consider the nature, the extent and

18  the value of such services, taking into account all relevant factors."  11 U.S.C. § 330(a)(3).  These

19  factors include the time spent on the services, the rates charged for the services, whether the

20  services were necessary or beneficial, whether the services were performed within a reasonable

21  amount of time, whether the professional has demonstrated skill and experience in its field, and

22  whether the compensation is reasonable based on compensation customarily charged by

23  comparable professionals.

24        As set forth above in the narrative description of Locke Lord's services, Locke Lord's

25  services provided a benefit to the estate.  Locke Lord's services benefitted the estate by preserving

26  the estate's right to appeal (and potentially reduce) the underlying judgment while the parties

27  negotiated a settlement and by providing information on assets that was helpful in obtaining an

28  acceptable resolution of the claims.  In short, Locke Lord believes that the services for which

1    compensation is sought in this Final Fee Application have been beneficial to the estate, the costs

2    incurred have been necessary and proper, and that the sums requested for the services rendered

3    and the costs incurred are fair and reasonable.

4                                                        **VI.**

5                                                 **CONCLUSION**

6         **WHEREFORE**, Locke Lord respectfully requests entry of an order of this Court:

7    (1) allowing compensation to Locke Lord, on a final basis, for services rendered and expenses

8    incurred during the Fee Period, in the total amount of $68,219.40, comprised of fees for services

9    rendered of $58,508.90 and expenses incurred of $9,710.50; (2) authorizing and directing the

10   Liquidation Trust to pay the unpaid balance of that amount of $21,256.75 to Locke Lord; and

11   (3) granting any other relief that this Court deems necessary and appropriate.

12    DATED:  September 17, 2021                    LOCKE LORD LLP

13                                                 By: _Susan A. Kidwell_____

14                                                      Susan A. Kidwell

# <u>DECLARATION OF SUSAN KIDWELL</u>

I, Susan A. Kidwell, declare and state as follows:

1.      I am a partner with Locke Lord LLP ("<u>Locke Lord</u>" or the "<u>Applicant</u>").

2.      I have personal knowledge of the facts set forth in the foregoing Final Fee Application and, if called upon as a witness, I could and would competently testify as to all of the matters stated therein.

3.      I have personally reviewed the information contained in the Final Fee Application, and believe its contents to be true and correct to the best of my knowledge, information, and belief.

4.      I have personally reviewed the professional fee statements and invoices in this matter, and the bills represent true and correct charges to the best of my knowledge, information, and belief.

5.      I have reviewed the requirements of LBR 2016-1 and believe that this Final Fee Application is in compliance with such rule.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of September 2021 at Austin, Texas.

Susan A. Kidwell

182380.2

9

# EXHIBIT A

EXHIBIT A

## Summary of Fees and Hours
### (January 14, 2020 - August 19, 2021)

### Monthly Summary of Amounts Billed

| January 14-February 29, 2020 | March 2020 | April 2020 | May 2020 |
|---|---|---|---|
| $39,362.40 | $5,693.40 | $4,534.10 | $4,282.20 |

| June 2020 | July 2020 | August 1-September 30, 2020 | October 2020 | Total |
|---|---|---|---|---|
| $1,171.80 | $346.50 | $1,455.30 | $1,663.20 | **$58,508.90** |

### Monthly Summary of Hours Billed

| January 14-February 29, 2020 | March 2020 | April 2020 | May 2020 |
|---|---|---|---|
| 68.50 | 10.90 | 8.60 | 7.80 |

| June 2020 | July 2020 | August 1-September 30, 2020 | October 2020 | Total |
|---|---|---|---|---|
| 2.40 | 0.50 | 2.10 | 2.40 | **103.20** |

# EXHIBIT B



**Locke Lord** LLP
Attorneys & Counselors

300 S. Grand Avenue
Suite 2600
Los Angeles, CA 90071
Telephone: (213) 485-1500
Fax: (213) 485-1200
www.lockelord.com
Tax ID: 74-1164324

Robert Hall
President
Bridgemark Corporation
17671 Irvine Boulevard
Suite 217
Tustin, CA 92780

March 20, 2020
Invoice No.: 1566578

Total amount due for the legal services rendered and expenses
incurred in connection with the referenced matter through February 29,
2020

<u>$40,017.22</u>

File Number:    1007278.00003
RE:    Placentia Development Company

| DATE | ATTY | TASK | DESCRIPTION | HOURS |
|------|------|------|-------------|-------|
| 01/15/20 | JJH | LN | Read e-mails from and send e-mails to E. Gray; Read e-mails from and send e-mails to J. McGee; Conference with J. Cheng; Review Kibler e-mail; Review Hall testimony on punitive damages phase of trial; Review Philips contract; Telephone conference with J. McGee; Send e-mail to and read e-mail from J. Montgomery regarding contracts | 1.90 |
| 01/15/20 | SAK | LN | Review transcript from punitive damages hearing to evaluate opposing counsel's claims about "admissions" that would affect bankruptcy proceeding. | 1.00 |
| 01/15/20 | JMC | LN | Analyze and evaluate next steps following filing bankruptcy. | 0.10 |
| 01/15/20 | JMC | AA | Review potential issues regarding contracts with Phillips 66 and PBF Holdings in light of enforcement of judgment lawsuits. | 0.20 |
| 01/16/20 | JJH | AA | Research regarding Phillips and PBF sales contracts. | 0.30 |

Atlanta ♦ Austin ♦ Boston ♦ Chicago ♦ Cincinnati ♦ Dallas ♦ Hartford ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ Miami
New Orleans ♦ New York ♦ Princeton ♦ Providence ♦ San Francisco ♦ Stamford ♦ Washington DC ♦ West Palm Beach

Bridgemark Corporation
File No.: 1007278.00003

Invoice Date: March 20, 2020
Invoice No.: 1566578
Page: 2

| DATE | ATTY | TASK | DESCRIPTION | HOURS |
|---|---|---|---|---|
| 01/16/20 | JJH | FD | Read e-mails from and send e-mails to E. Gray regarding information needed for first day motions | 0.20 |
| 01/17/20 | JJH | LN | Read e-mail from Phillips 66 attorney; Send e-mail to J. McGee | 0.20 |
| 01/17/20 | JMC | LN | Correspond with all counsel regarding correspondence from Phillips 66 attorney. | 0.10 |
| 01/18/20 | JJH | LN | Read e-mail from and send e-mail to E. Gray regarding Phillips 66 lawsuit. | 0.10 |
| 01/21/20 | JJH | LN | Review voicemail from Phillips 66 attorney; Send e-mail to and read e-mail from J. McGee | 0.30 |
| 01/21/20 | JMC | LN | Correspond with bankruptcy counsel regarding conference call to address Phillips 66 issues. | 0.10 |
| 01/23/20 | SAK | LN | Email communications with Erin Gray and Bob Olson regarding appellate deadlines and bankruptcy stay implications. | 0.20 |
| 01/24/20 | JJH | LN | Read e-mails from and send e-mails to E. Gray regarding abandonment obligations; Telephone conference with E. Gray. | 0.50 |
| 01/24/20 | JMC | LN | Draft and send email correspondence with R. Hall regarding post-trial legal issues. | 0.90 |
| 01/27/20 | JJH | AA | Review Phillips 66 notice of cancellation; Telephone conference with K. Mugavero. | 0.30 |
| 01/27/20 | JJH | AA | Research regarding abandonment obligations; Read e-mail from and send e-mail to E. Gray. | 0.70 |
| 01/28/20 | JJH | AA | Research regarding abandonment obligations; Send e-mail to E. Gray; Telephone conference with E. Grey regarding potential liabilities and lessor's interest in production; Conference with J. Cheng. | 3.20 |
| 01/29/20 | JJH | AA | Research regarding abandonment obligations. | 1.30 |
| 01/29/20 | JJH | LN | Telephone conference with S. Kidwell regarding post-trial motions and appeal. | 0.30 |
| 01/29/20 | JJH | AA | Read e-mail from and send e-mail to E. Gray regarding judgment lien on production. | 2.40 |
| 01/29/20 | JJH | AA | Research regarding royalty owners' interest in production. | 1.50 |
| 01/29/20 | SAK | BL | Email communications with Bob Olson and Erin Gray regarding post-judgment deadlines and motion to lift bankruptcy stay. | 0.30 |

Bridgemark Corporation
File No.: 1007278.00003

Invoice Date: March 20, 2020
Invoice No.: 1566578
Page: 3

| DATE | ATTY | TASK | DESCRIPTION | HOURS |
|------|------|------|-------------|-------|
| 01/29/20 | JMC | AA | Review issues regarding lease agreements in connection with bankruptcy filing. | 0.10 |
| 01/30/20 | JJH | SL | Read e-mail from and send e-mail to E. Gray regarding stipulation to lift automatic stay; Read e-mail from and send e-mail to S. Kidwell; Read e-mail from and send e-mail to R. Olson | 0.40 |
| 01/30/20 | JJH | AA | Read e-mail from and send e-mail to E. Gray regarding payment of royalty owners and Phillips contract. | 0.40 |
| 01/30/20 | JJH | AA | Research regarding royalty owners interest in royalties. | 2.50 |
| 01/31/20 | JJH | SL | Read e-mail from and send e-mail to E. Gray regarding stipulation to lift stay. | 0.20 |
| 01/31/20 | JMC | LN | Correspond with co-appellate counsel regarding hearings on new trial motion and motion for judgment notwithstanding the verdict. | 0.20 |
| 02/03/20 | JJH | AA | Research regarding royalty owners interest in royalties; Draft Memorandum regarding ownership of royalty oil. | 2.50 |
| 02/04/20 | JJH | AA | Draft Memorandum regarding ownership of royalty oil. | 6.40 |
| 02/05/20 | JJH | AA | Read e-mail from and send e-mail to E. Gray regarding draft Memorandum regarding ownership of royalty oil. | 0.20 |
| 02/05/20 | JJH | LN | Read e-mail from and send e-mail to E. Gray regarding PDC motion. | 0.20 |
| 02/05/20 | SAK | SL | Revise and edit motion to lift stay; email and telephone conferences with co-counsel regarding calculation of jurisdictional deadlines. | 0.70 |
| 02/06/20 | JJH | AA | Telephone conference with C. Curry regarding Waterbank lease; send e-mail to E. Gray regarding Waterbank lease; Review Waterbank lease documents. | 0.60 |
| 02/06/20 | JJH | LN | Telephone conference with K. Mugavero regarding case status. | 0.20 |
| 02/06/20 | JJH | AA | Send e-mail to E. Gray regarding Salyer lease abandonment fund; Review fund documents. | 1.50 |
| 02/06/20 | JJH | AA | Send e-mail to E. Gray regarding Bridgemark rights under PDC Operating Agreement; Review documents. | 1.00 |

Bridgemark Corporation
File No.: 1007278.00003

Invoice Date: March 20, 2020
Invoice No.: 1566578
Page: 4

| DATE | ATTY | TASK | DESCRIPTION | HOURS |
|------|------|------|-------------|-------|
| 02/06/20 | JJH | AA | Telephone conference with E. Gray regarding Bridgemark valuation ; Read e-mail from M. Issa; Conference with J. Cheng. | 0.40 |
| 02/06/20 | SAK | SL | Revise and edit motion for relief from stay; email communications with co-counsel regarding same. | 0.40 |
| 02/06/20 | JMC | LN | Review court minute order regarding hearing on motions for new trial and judgment notwithstanding the verdict. | 0.80 |
| 02/07/20 | JJH | AA | Conference call with PSZJ, at al., regarding Bridgemark valuation ; Review valuation documents; Conference with J. Cheng. | 1.10 |
| 02/07/20 | JJH | RP | Read e-mail from and send e-mail to B. Anavim; review and revise motion to employ counsel. | 0.50 |
| 02/07/20 | SAK | SL | Review order lifting stay; email communications with co-counsel regarding next steps in trial court. | 0.30 |
| 02/07/20 | JMC | SL | Review and analyze issues regarding bankruptcy stay and plan following order lifting bankruptcy stay. | 1.90 |
| 02/08/20 | JJH | LN | Read e-mail from and send e-mail to S. Kidwell regarding ex parte application to set briefing dates; Read e-mail from R. Olson; Read e-mail from E. Gray; Read e-mail from and send e-mail to J. Cheng. | 0.40 |
| 02/09/20 | JJH | LN | Review order for relief from automatic stay; read e-mail from and send e-mail to S. Kidwell regarding ex parte application to set briefing dates; Read e-mail from R. Olson; Read e-mail from E. Gray; Read e-mail from and send e-mail to J. Cheng; Draft ex parte notice; Review ex parte application. | 1.40 |
| 02/10/20 | JJH | AA | Read e-mails from and send e-mails to R. Olson; Review and revise ex parte notice; Review ex parte application; Read e-mails from and send e-mails to M. Kibler; Read e-mails from and send e-mails to E. Gray; Conference with J. Cheng. | 2.50 |
| 02/10/20 | JJH | AA | Read e-mails from and send e-mails to R. Olson;Read e-mails from and send e-mails to E. Gray; Conference with J. Cheng; Research regarding declining asset argument; Draft Memorandum regarding argument. | 2.60 |
| 02/10/20 | JJH | LN | Research regarding trespass and nuisance argument; Conference with J. Cheng; Draft | 1.50 |

Bridgemark Corporation
File No.:  1007278.00003

Invoice Date: March 20, 2020
Invoice No.:  1566578
Page:  5

| DATE | ATTY | TASK | DESCRIPTION | HOURS |
|------|------|------|-------------|-------|
| | | | Memorandum regarding argument. | |
| 02/10/20 | JJH | LN | Conference call with J. McGee, W. Lobel; I Kharasch and E. Gray regarding Assumption or Rejection of AAR agreement. | 0.50 |
| 02/10/20 | SAK | LN | Exchange various emails with co-counsel regarding stipulation to reset hearing on post-judgment motions. | 0.30 |
| 02/10/20 | JMC | LN | Assist and facilitate potential ex parte application to set hearing on post-judgment motion in preparation for lifting of bankruptcy stay; review issues and factual contentions in connection with PDC's motion to dismiss bankruptcy. | 0.70 |
| 02/11/20 | JJH | LN | Draft memorandum regarding trespass and nuisance arguments; draft memorandum regarding merger of contract claim into judgment; send e-mails to E. Gray. | 1.00 |
| 02/11/20 | JJH | LN | Read e-mails from and send e-mails to R. Olson regarding hearing date on motions; Read e-mails from and send e-mails to S. Kidwell; Telephone conferences with M. Kibler regarding hearing dates on motions; Telephone conference with Court clerk; Send e-mail to M. Kibler ; conference with J. Cheng. | 1.10 |
| 02/11/20 | SAK | LN | Email communications with co-counsel regarding stipulation to reset hearing on post-judgment motions and issues for response to motion to dismiss bankruptcy. | 0.60 |
| 02/11/20 | JMC | LN | Review issues regarding hearing on motion for new trial and JNOV and prepare for resetting hearing. | 0.10 |
| 02/12/20 | JJH | LN | Review and revise notice of modification of stay; Read e-mail from and send e-mail to E. Gray; Conference with J. Cheng. | 1.00 |
| 02/12/20 | SAK | LN | Exchange multiple emails with co-counsel regarding stipulation to reset hearing on post-judgment motions. | 0.20 |
| 02/12/20 | JMC | LN | Draft stipulation to advance hearing on motion for new trial and JNOV and draft notice of modification of stay. | 0.70 |
| 02/13/20 | JJH | LN | Read e-mail from and send e-mail to E. Gray; Review opposition to motion to dismiss; Conference with J. Cheng. | 0.70 |

Bridgemark Corporation
File No.:  1007278.00003

Invoice Date: March 20, 2020
Invoice No.:  1566578
Page:  6

| DATE | ATTY | TASK | DESCRIPTION | HOURS |
|------|------|------|-------------|-------|
| 02/13/20 | JJH | LN | Exchange emails regarding hearing on post-trial motions; Review court order continuing hearing; Read e-mail from and send e-mail to R. Olson; Conference with J. Cheng; Send e-mail to and read e-mail from S. Kidwell. | 0.80 |
| 02/13/20 | SAK | LN | Review court order resetting date for hearing on post-judgment motions; email communications with co-counsel regarding same. | 0.20 |
| 02/13/20 | JMC | BL | Review and revise opposition to motion to dismiss bankruptcy. | 1.50 |
| 02/13/20 | JMC | LN | Review court order on hearing on motion for new trial and JNOV. | 0.60 |
| 02/14/20 | JJH | LN | Read e-mail from and send e-mail to M. Kibler regarding continuance of hearing on post-trial motions; Send e-mails to and read e-mails from R. Olson; Send e-mail to and read e-mail from S. Kidwell; Conference with J. Cheng ; Review and revise stipulation to advance hearing date. | 1.00 |
| 02/14/20 | SAK | LN | Email communications with co-counsel regarding stipulation to reset hearing on post-judgment motions. | 0.20 |
| 02/19/20 | JJH | LN | Read e-mail from and send e-mail to M. Kibler regarding continuance of hearing on post-trial motions; Send e-mails to and read e-mails from R. Olson; Telephone conference with S. Kidwell; Conference with J. Cheng. | 0.60 |
| 02/19/20 | SAK | LN | Telephone conference with Bob Olson regarding arguments for hearing on post-judgment motions. | 0.20 |
| 02/19/20 | JMC | LN | Correspond with court clerk regarding hearing on motion for new trial and judgment notwithstanding the verdict; review issues regarding the same. | 0.50 |
| 02/20/20 | JJH | LN | Read e-mail from and send e-mail to M. Kibler regarding continuance of hearing on post-trial motions; Read e-mail from and send e-mail to R. Olson regarding notice. | 0.40 |
| 02/20/20 | SAK | LN | Exchange multiple emails with co-counsel regarding stipulation on post-judgment briefing deadlines and date for hearing. | 0.20 |
| 02/24/20 | SAK | LN | Email communications with Bob Olson regarding reply brief. | 0.50 |
| 02/25/20 | SAK | LN | Review and analyze PDC's opposition to | 1.50 |

Bridgemark Corporation
File No.: 1007278.00003

Invoice Date: March 20, 2020
Invoice No.: 1566578
Page: 7

| DATE | ATTY | TASK | DESCRIPTION | HOURS |
|------|------|------|-------------|-------|
| | | | Bridgemark's post-judgment motions; email communications with Bob Olson regarding same. | |
| 02/25/20 | JMC | LN | Correspond with J. McGee regarding testimony of expert witness E. Sussman during trial. | 0.20 |
| 02/26/20 | SAK | LN | Email communications with Bob Olson regarding issues for reply brief. | 1.00 |
| 02/26/20 | JMC | LN | Correspond with R. Hall and R. Olson regarding factual issues arising from trial and plaintiff's arguments in connection with motion for new trial and JNOV. | 0.60 |
| 02/27/20 | SAK | LN | Analyze issues regarding recovery of land acquisition costs as part of contract damages; email communications with Bob Olson and trial team regarding same. | 1.80 |
| 02/27/20 | JMC | LN | Assist in preparing arguments in support of reply for motion JNOV and new trial; correspond with R. Hall regarding the same. | 1.00 |
| 02/28/20 | SAK | LN | Review, revise, and comment on draft reply brief in support of post-judgment motions. | 1.40 |
| 02/28/20 | JMC | LN | Review and redline draft reply in support of motion notwithstanding the verdict and for new trial. | 0.40 |
| | | | TOTAL HOURS | 68.50 |

**TOTAL FEES** **$39,362.40**

----------------------------- **BILLING PROFESSIONALS** -----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| S.A. Kidwell | Partner | 693.00 | 11.00 | 7,623.00 |
| J. J. Harris | Partner | 600.00 | 46.80 | 28,080.00 |
| J. M. Cheng | Associate | 342.00 | 10.70 | 3,659.40 |
| **TIMEKEEPER TOTALS** | | | **68.50** | **$39,362.40** |

Bridgemark Corporation
File No.:  1007278.00003

Invoice Date: March 20, 2020
Invoice No.:  1566578
Page:  8

| DATE | EXPENSES | VALUE |
|---|---|---|
| 01/16/20 | Filing Fees Inv:12223299; One Legal Inc/Memorandum of Points and Authorites in support of Bridgemark Motion for New Trial etc. EFiling and e-service charge and related fees. | 22.20 |
| 01/16/20 | Photocopies USER DEFINED 1:  106748 LARC26A | 0.20 |
| 01/21/20 | Court Fees John Harris/OCSC Online Charge #135596, OCSC Online Charge #188201 | 15.00 |
| 01/21/20 | Telephone Conference Calls Conference Call: USER DEFINED 1: 106726      LACCALL | 0.49 |
| 02/05/20 | Court Fees Inv:12204383; One Legal Inc/eFiling / eService - Ex Parte Application | 84.18 |
| 02/05/20 | Court Fees Inv:12204250; One Legal Inc/eFiling Charge - Proof of eService | 22.20 |
| 02/05/20 | Court Fees Inv:12204102; One Legal Inc/eFiling /eServe Objection | 22.20 |
| 02/12/20 | FedEx Shipments FEDEX: 692978820/777757472980/Hon. Glenn R. Salt USER DEFINED 1:  NULL      DAFEDEX | 13.22 |
| 02/14/20 | Telephone Conference Calls Conference Call: USER DEFINED 1: 106748      LACCALL | 1.22 |
| 02/14/20 | FedEx Shipments FEDEX: 693741529/777779209510/Hon. Glenn R. Salt USER DEFINED 1:  NULL      DAFEDEX | 13.22 |
| 02/17/20 | Court Fees Inv:12207667; One Legal Inc/eFiling w/OCSC Ex Parte Application; Proposed Order | 99.75 |
| 02/17/20 | Court Fees Inv:12207659; One Legal Inc/Delivery to Judge POS re Ex Parte efiling | 95.75 |
| 02/20/20 | FedEx Shipments FEDEX: 693741529/777824691765/Hon. Glenn R. Salt USER DEFINED 1:  NULL      DAFEDEX | 13.16 |
| 02/27/20 | Court Fees Inv:12281449; One Legal Inc/eFiling/eServe Proposed Stipulation/Order | 42.86 |
| 02/27/20 | Court Fees Inv:12281454; One Legal Inc/eFile/eServe - Proposed Stipulation /Order | 42.86 |
| 02/27/20 | Court Fees Inv:12281452; One Legal Inc/eFiling/eServe - Proposed Stipulation /Order | 42.86 |
| 02/27/20 | Court Fees Inv:12275196; One Legal Inc/eFiling/eServe Notice of Relief from Stay (Bankruptcy) | 22.20 |
| 02/27/20 | Messenger Service Inv:12207676; One Legal Inc/Rush Delivery Courtesy Copy | 101.25 |
| | **TOTAL EXPENSES** | **$654.82** |

Bridgemark Corporation
File No.:  1007278.00003

Invoice Date: March 20, 2020
Invoice No.:  1566578
Page:  9

---

TOTAL FEES                                                         $39,362.40

TOTAL EXPENSES                                                        $654.82

TOTAL FEES AND EXPENSES                                           $40,017.22

**TOTAL BALANCE DUE**                                            **$40,017.22**

**PLEASE REMIT PAYMENT:**

| **Via US Mail:** | **Via Courier:** | **Via Wire:** |
|---|---|---|
| Locke Lord LLP | JPMorgan Chase | ABA Routing: 021000021 |
| 24259 Network Place | 131 S. Dearborn, 6th Floor | Swift Code (International): CHASUS33 |
| Chicago, IL 60673-1242 | Chicago, IL  60603 | Account: 00101203546 |
| | ATTN: Locke Lord Bissell & Liddell LLP, | Bank: JPMorgan Chase Bank, N.A. |
| | Box #24259 | 712 Main Street, Houston, TX  77002 |
| | | Reference: LL Invoice Number / Matter |

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions.  Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt.  Please call S.A. Kidwell of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above.  It does not include the unpaid balance of any prior statement.)



300 S. Grand Avenue
Suite 2600
Los Angeles, CA 90071
Telephone: (213) 485-1500
Fax: (213) 485-1200
www.lockelord.com
Tax ID: 74-1164324

Robert Hall
President
Bridgemark Corporation
17671 Irvine Boulevard
Suite 217
Tustin, CA 92780

March 20, 2020
Invoice No.: 1566578

**REMITTANCE ADVICE**

Total amount due for the legal fees and expenses rendered in connection with the referenced matter through February 29, 2020

File Number:  1007278.00003
RE:  Placentia Development Company

Total Fees ....................................................................................... $39,362.40

Total Expenses ................................................................................. $654.82

**Total Due this Statement**............................................................... **$40,017.22**



**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.
Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions.  Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.
This statement is due upon receipt.  Please call S.A. Kidwell of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above.  It does not include the unpaid balance of any prior statement.)



# Locke
# Lord LLP

Attorneys & Counselors

300 S. Grand Avenue
Suite 2600
Los Angeles, CA 90071
Telephone:  (213) 485-1500
Fax:  (213) 485-1200
www.lockelord.com
Tax ID: 74-1164324

Robert Hall
President
Bridgemark Corporation
17671 Irvine Boulevard
Suite 217
Tustin, CA 92780

April 21, 2020
Invoice No.: 1572767

---

Total amount due for the legal services rendered and expenses
incurred in connection with the referenced matter through March 31,
2020

$5,853.36

File Number:   1007278.00003
RE:   Placentia Development Company

| DATE | ATTY | TASK | DESCRIPTION | HOURS |
|------|------|------|-------------|-------|
| 03/02/20 | SAK | LN | Revise, edit, and finalize reply brief; email and telephone conferences with Bob Olson and Jamie Cheng regarding same. | 1.20 |
| 03/02/20 | JMC | LN | Prepare for filing of reply in support of motion JNOV and new trial; prepare citations to reporter's transcript and declaration in support of the same. | 2.20 |
| 03/03/20 | SAK | AA | Email communications with bankruptcy counsel regarding PDC's evidence on Bridgemark's oil revenues. | 0.20 |
| 03/03/20 | JMC | AA | Review and synthesize trial testimony regarding Bridgemark oil revenues and reserves in aid of bankruptcy issues. | 0.70 |
| 03/04/20 | SAK | AA | Email communications with co-counsel regarding PDC's evidence of Bridgemark's oil revenues. | 0.20 |
| 03/05/20 | JMC | AA | Correspond with trial expert regarding environmental remediation costs testimony at trial. | 0.30 |
| 03/06/20 | JMC | LN | Review correspondence from R. Hall regarding hearing on motion for JNOV and new trial. | 0.10 |

Bridgemark Corporation
File No.:  1007278.00003

Invoice Date: April 21, 2020
Invoice No.:  1572767
Page:  2

| DATE | ATTY | TASK | DESCRIPTION | HOURS |
|---|---|---|---|---|
| 03/13/20 | JMC | LN | Plan and prepare for hearing on motion for new trial and JNOV. | 0.10 |
| 03/16/20 | JMC | LN | Prepare for telephonic appearance for motion for new trial and JNOV. | 0.20 |
| 03/17/20 | SAK | AA | Exchange emails with co-counsel regarding emergency court orders closing and resetting hearing on post-judgment motions. | 0.20 |
| 03/17/20 | JMC | LN | Facilitate court reporting of hearing on motion for new trial and JNOV. | 0.30 |
| 03/18/20 | SAK | LN | Analyze jurisdictional issues affecting court's power to rule on post-judgment motions in light of court closure for COVID-19; revise and edit letter to court regarding same; email communications with co-counsel regarding same. | 0.80 |
| 03/18/20 | JMC | LN | Review issues regarding jurisdictional deadlines for hearing on motion for new trial and JNOV and prepare correspondence to court regarding the same. | 0.50 |
| 03/23/20 | SAK | LN | Review and respond to email communications regarding court closures for COVID-19 and impact on deadline to file notice of appeal. | 0.20 |
| 03/26/20 | SAK | LN | Telephone conference and email communications with Bob Olson regarding ex parte motion for ruling on post-judgment motions before trial court's jurisdiction expires; revise and edit draft ex parte motion and related filings. | 1.20 |
| 03/26/20 | JMC | LN | Review status and develop plan regarding ex parte on hearing for motion for new trial and JNOV. | 0.50 |
| 03/27/20 | SAK | LN | Finalize application for ex parte relief advancing hearing and decision on post-judgment motions; email communications with opposing counsel regarding same; prepare supplemental declaration regarding opposing counsel's response to notice of ex parte application. | 0.80 |
| 03/27/20 | JMC | LN | Further review and prepare for ex parte application on hearing for motion for new trial and JNOV. | 0.10 |
| 03/30/20 | SAK | LN | Email communications with co-counsel regarding court order extending period of court closure and impact on ex parte motion as well as decision on post-judgment motions; email communications | 0.80 |

Bridgemark Corporation
File No.: 1007278.00003

Invoice Date: April 21, 2020
Invoice No.: 1572767
Page: 3

| DATE | ATTY | TASK | DESCRIPTION | HOURS |
|------|------|------|-------------|-------|
| | | | with opposing counsel regarding same; draft notice withdrawing ex parte motion as moot in light of extended court closure. | |
| 03/30/20 | JMC | LN | Further review issues regarding ex parte application on hearing for motion for new trial and JNOV. | 0.10 |
| 03/31/20 | JMC | LN | Further review status of hearing on JNOV and new trial motions. | 0.20 |
| | | | TOTAL HOURS | 10.90 |

**TOTAL FEES**                                                              **$5,693.40**

------------------------------    **BILLING PROFESSIONALS**    ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| S.A. Kidwell | Partner | 693.00 | 5.60 | 3,880.80 |
| J. M. Cheng | Associate | 342.00 | 5.30 | 1,812.60 |
| **TIMEKEEPER TOTALS** | | | **10.90** | **$5,693.40** |

| DATE | EXPENSES | VALUE |
|------|----------|-------|
| 02/10/20 | PACER Online Research USER DEFINED 1:  Locke Lord LLP | 0.90 |
| 03/18/20 | Filing Fees Inv:10461871; CourtCall LLC/CourtCall Fee for Jamie Cheng to take April 1, 2020 hearing on post-trial motions via Telephone. | 94.00 |
| 03/30/20 | Filing Fees Inv:12339513; One Legal Inc/Efiling and e-service fees for Supplemental Declaration of Susan Kidwell ISO Ex Parte Application filed at Orange County Superior Court on March 27, 2020. | 22.20 |
| 03/31/20 | Filing Fees Inv:12298574; One Legal Inc/eFile and eServe fee for Notice of Continued Hearing Date and Briefing Schedule (02-20-2020) | 42.86 |
| | **TOTAL EXPENSES** | **$159.96** |

TOTAL FEES                                                                  $5,693.40

TOTAL EXPENSES                                                              $159.96

Bridgemark Corporation
File No.:  1007278.00003

Invoice Date: April 21, 2020
Invoice No.:  1572767
Page:  4

---

TOTAL FEES AND EXPENSES                                                    $5,853.36

**TOTAL BALANCE DUE**                                                      **$5,853.36**

**PLEASE REMIT PAYMENT:**

| **Via US Mail:** | **Via Courier:** | **Via Wire:** |
|---|---|---|
| Locke Lord LLP | JPMorgan Chase | ABA Routing: 021000021 |
| 24259 Network Place | 131 S. Dearborn, 6th Floor | Swift Code (International): CHASUS33 |
| Chicago, IL 60673-1242 | Chicago, IL  60603 | Account: 00101203546 |
| | ATTN: Locke Lord Bissell & Liddell LLP, | Bank: JPMorgan Chase Bank, N.A. |
| | Box #24259 | 712 Main Street, Houston, TX  77002 |
| | | Reference: LL Invoice Number / Matter |

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions.  Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt.  Please call S.A. Kidwell of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above.  It does not include the unpaid balance of any prior statement.)



300 S. Grand Avenue
Suite 2600
Los Angeles, CA 90071
Telephone: (213) 485-1500
Fax: (213) 485-1200
www.lockelord.com
Tax ID: 74-1164324

Robert Hall
President
Bridgemark Corporation
17671 Irvine Boulevard
Suite 217
Tustin, CA 92780

April 21, 2020
Invoice No.: 1572767

**REMITTANCE ADVICE**

Total amount due for the legal fees and expenses rendered in connection with the referenced matter through March 31, 2020

File Number: 1007278.00003
RE: Placentia Development Company

Total Fees ...................................................................................$5,693.40

Total Expenses ...........................................................................$159.96

**Total Due this Statement**.........................................................**$5,853.36**



**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.
Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions. Please contact the
Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.
This statement is due upon receipt. Please call S.A. Kidwell of this firm if you have questions concerning legal services covered by
it or if you dispute the amount of the statement. Shaun Viau @ (401)276-6481, can answer questions concerning payments on your
account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid
balance of any prior statement.)



**Locke Lord** LLP
Attorneys & Counselors

300 S. Grand Avenue
Suite 2600
Los Angeles, CA 90071
Telephone: (213) 485-1500
Fax: (213) 485-1200
www.lockelord.com
Tax ID: 74-1164324

Robert Hall
President
Bridgemark Corporation
17671 Irvine Boulevard
Suite 217
Tustin, CA 92780

May 15, 2020
Invoice No.: 1575067

Total amount due for the legal services rendered and expenses
incurred in connection with the referenced matter through April 30,
2020

<u>$4,632.50</u>

File Number:   1007278.00003
RE:   Placentia Development Company

| DATE | ATTY | TASK | DESCRIPTION | HOURS |
|---|---|---|---|---|
| 04/01/20 | SAK | LN | Email communications with Bob Olson regarding extension of court closure period and impact on deadline to file notice of appeal. | 0.20 |
| 04/02/20 | SAK | CP | Review emails from Erin Gray regarding preparation of Professional Fee Statement No. 2; begin obtaining information on fees and costs to prepare forms. | 0.50 |
| 04/02/20 | JMC | LN | Review strategy and plan for filing notice of appeal. | 0.10 |
| 04/03/20 | SAK | CP | Prepare and finalize Professional Fee Statement No. 2 and supporting declaration; email and telephone communications with Erin Gray regarding same. | 1.80 |
| 04/08/20 | SAK | LN | Review and respond to email from Bob Olson regarding appellate deadlines. | 0.30 |
| 04/08/20 | JMC | LN | Review client files for lease agreements in connection with issues of royalty payments; review next steps regarding notice of appeal. | 0.60 |

Bridgemark Corporation
File No.:  1007278.00003

Invoice Date: May 15, 2020
Invoice No.:  1575067
Page:  2

| DATE | ATTY | TASK | DESCRIPTION | HOURS |
|---|---|---|---|---|
| 04/09/20 | SAK | LN | Telephone conference with John Harris regarding case status. | 0.20 |
| 04/09/20 | JMC | LN | Further evaluate and analyze status of litigation, pending motions, and potential notice of appeal; review status of settlement negotiations and impact on pending litigation. | 0.70 |
| 04/16/20 | SAK | LN | Telephone conference with Bob Olson regarding protective notice of appeal; email communications with co-counsel regarding same. | 0.50 |
| 04/16/20 | JMC | LN | Review pending potential settlement and notice of appeal in light of the same. | 0.10 |
| 04/17/20 | SAK | LN | Revise and edit protective notice of appeal and confirm filing of same. | 0.50 |
| 04/17/20 | JMC | LN | Review conditional notice of appeal. | 0.10 |
| 04/23/20 | SAK | LN | Review revised motion for ex parte hearing on post-judgment motions; email communications with Bob Olson regarding same; confirm filing of same. | 0.50 |
| 04/23/20 | JMC | AA | Review client records for information on proof of assets and ownership of oil and gas leases. | 1.50 |
| 04/23/20 | EB | CA | Zip and upload files to client for review for attorney J. Cheng. | 0.40 |
| 04/24/20 | SAK | LN | Telephone conference with Jamie Cheng regarding logistics for telephonic ex parte hearing on April 27; review additional updates from court announcing continuation of closure period. | 0.20 |
| 04/24/20 | JMC | LN | Plan and prepare for ex parte regarding hearing on motion for new trial and JNOV. | 0.30 |
| 04/24/20 | JMC | AA | Further review client records regarding oil and gas leases. | 0.10 |
| | | | TOTAL HOURS | 8.60 |

**TOTAL FEES**                                                                        **$4,534.10**


------------------------------ **BILLING PROFESSIONALS** ------------------------------


| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| S.A. Kidwell | Partner | 693.00 | 4.70 | 3,257.10 |

Bridgemark Corporation
File No.: 1007278.00003

Invoice Date: May 15, 2020
Invoice No.: 1575067
Page: 3

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| J. M. Cheng | Associate | 342.00 | 3.50 | 1,197.00 |
| E. Boyd | Litigation Supp | 200.00 | 0.40 | 80.00 |
| **TIMEKEEPER TOTALS** | | | **8.60** | **$4,534.10** |

| DATE | EXPENSES | VALUE |
|---|---|---|
| 04/04/20 | Filing Fees Inv:12306207; One Legal Inc/Efiling fees for Reply to Motion for New Trial and Declaration in Support filed at Orange County Superior Court on March 2, 2020. | 22.20 |
| 04/05/20 | Filing Fees Inv:12339960; One Legal Inc/Efiling and e-service fees for Notice of Withdrawal of Ex Parte Application filed at Orange County Superior Court on March 30, 2020. | 22.20 |
| 04/27/20 | Filing Fees Inv:10540029; CourtCall LLC/CourtCall fee for Jamie Cheng to attend April 27, 2020 hearing on Bridgemark Ex Parte Application at Orange County Superior Court, via telephone. | 54.00 |
| | **TOTAL EXPENSES** | **$98.40** |

| | |
|---|---|
| TOTAL FEES | $4,534.10 |
| TOTAL EXPENSES | $98.40 |
| TOTAL FEES AND EXPENSES | $4,632.50 |
| **TOTAL BALANCE DUE** | **$4,632.50** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions. Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt. Please call S.A. Kidwell of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)



300 S. Grand Avenue
Suite 2600
Los Angeles, CA 90071
Telephone: (213) 485-1500
Fax: (213) 485-1200
www.lockelord.com
Tax ID: 74-1164324

Robert Hall                                          May 15, 2020
President                                            Invoice No.:  1575067
Bridgemark Corporation
17671 Irvine Boulevard
Suite 217
Tustin, CA 92780

---

**REMITTANCE ADVICE**

Total amount due for the legal fees and expenses rendered in connection with the referenced matter through April 30, 2020



File Number:  1007278.00003
RE:  Placentia Development Company

Total Fees ................................................................................$4,534.10

Total Expenses ...........................................................................$98.40

**Total Due this Statement**...............................................................**$4,632.50**

PLEASE REMIT PAYMENT:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.
Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions.  Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.
This statement is due upon receipt.  Please call S.A. Kidwell of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above.  It does not include the unpaid balance of any prior statement.)



## Locke Lord LLP
### Attorneys & Counselors

300 S. Grand Avenue
Suite 2600
Los Angeles, CA 90071
Telephone: (213) 485-1500
Fax: (213) 485-1200
www.lockelord.com
Tax ID: 74-1164324

Robert Hall
President
Bridgemark Corporation
17671 Irvine Boulevard
Suite 217
Tustin, CA 92780

June 5, 2020
Invoice No.: 1582039

Total amount due for the legal services rendered and expenses
incurred in connection with the referenced matter through May 31,
2020

$5,570.84

File Number:   1007278.00003
RE:   Placentia Development Company

| DATE | ATTY | TASK | DESCRIPTION | HOURS |
|------|------|------|-------------|-------|
| 05/05/20 | SAK | CP | Prepare Professional Fee Statement No. 3 and supporting materials. | 0.30 |
| 05/07/20 | SAK | CP | Email communications with bankruptcy counsel's office regarding Professional Fee Statement No. 3. | 0.10 |
| 05/11/20 | JMC | AA | Review issues and plan for client documents supporting lease and unit agreement ownership. | 0.10 |
| 05/14/20 | SAK | LN | Review court notice resetting hearing on post-judgment motions for May 26; email communications with co-counsel regarding same. | 0.20 |
| 05/14/20 | JMC | LN | Review court order on hearing for motion for new trial and prepare for the same. | 0.10 |
| 05/18/20 | JMC | LN | Review correspondence from B. Hall in preparation for motion for new trial and JNOV hearing. | 0.10 |
| 05/18/20 | JMC | LN | Review clerk's notice regarding e-filing of letter to court regarding hearing on JNOV and new trial motions. | 0.10 |

Bridgemark Corporation
File No.:  1007278.00003

Invoice Date: June 5, 2020
Invoice No.:  1582039
Page:  2

| DATE | ATTY | TASK | DESCRIPTION | HOURS |
|------|------|------|-------------|-------|
| 05/19/20 | JMC | LN | Review status of settlement discussion in preparation for hearing on motion for new trial and JNOV. | 0.30 |
| 05/20/20 | JMC | LN | Further plan and prepare for appearance at hearing on motion for new trial and JNOV. | 0.10 |
| 05/21/20 | SAK | LN | Listen to telephone message from court clerk regarding telephonic hearing on post-judgment motions; email communications with Bob Olson and Jamie Cheng regarding same. | 0.20 |
| 05/21/20 | JMC | LN | Further plan and prepare for hearing attendance on motion for new trial and JNOV. | 0.10 |
| 05/22/20 | SAK | LN | Exchange multiple emails with co-counsel regarding court call for hearing on post-judgment motions. | 0.30 |
| 05/22/20 | JMC | LN | Prepare notice of telephonic appearance at motion for new trial and JNOV for service. | 0.10 |
| 05/26/20 | SAK | LN | Review briefing on post-judgment motions; email communications with Bob Olson and Jamie Cheng in preparation for hearing; attend telephonic hearing; review order granting conditional new trial. | 2.50 |
| 05/26/20 | JMC | LN | Appear for Bridgemark at hearing for motion for new trial and motion for judgment on the pleadings. | 1.70 |
| 05/26/20 | JMC | LN | Review court order on motion for new trial and motion JNOV and prepare for next steps. | 0.50 |
| 05/27/20 | SAK | LN | Review multiple emails regarding how trial court's ruling on post-judgment motions may affect bankruptcy and settlement. | 0.20 |
| 05/28/20 | SAK | LN | Review and respond to emails regarding impact of trial court's ruling on post-judgment motions; telephone conference with Jim McGee regarding same. | 0.80 |
| | | | TOTAL HOURS | 7.80 |

**TOTAL FEES**                                                     **$4,282.20**

------------------------------ **BILLING PROFESSIONALS**  ------------------------------

Bridgemark Corporation
File No.: 1007278.00003

Invoice Date: June 5, 2020
Invoice No.: 1582039
Page: 3

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| S.A. Kidwell | Partner | 693.00 | 4.60 | 3,187.80 |
| J. M. Cheng | Associate | 342.00 | 3.20 | 1,094.40 |
| **TIMEKEEPER TOTALS** | | | **7.80** | **$4,282.20** |

| DATE | EXPENSES | VALUE |
|---|---|---|
| 05/27/20 | Services Rendered Inv:12370722; One Legal Inc/Submit March 18, 2020 Letter regarding hearing dates to Orange County Superior Court on March 18, 2020; court delay in processing due to COVID 19 - not processed until 5.18.20 - eFiling and e-service charge and related fees. | 22.20 |
| 05/27/20 | Services Rendered Inv:12371336; One Legal Inc/File  March 27, 2020 Ex Parte Appication and proposed order at Orange County Superior Court on March 23, 2020; court delay in processing due to COVID 19 - not processed until 5.19.20 - eFiling and e-service charge, $60 filing fee and related fees. | 84.18 |
| 05/27/20 | Services Rendered Inv:12371334; One Legal Inc/File  April 23, 2020 Ex Parte Appication and proposed order at Orange County Superior Court on April 23, 2020; court delay in processing due to COVID 19 - not processed until 5.19.20 - eFiling and e-service charge, $60 filing fee and related fees. | 84.18 |
| 05/27/20 | Services Rendered Inv:10586462; CourtCall LLC/CourtCall fee related to Susan Kidwell attending May 26, 2020 hearing on Motion for New Trial via telephone. | 54.00 |
| 05/27/20 | Services Rendered Inv:10572790; CourtCall LLC/CourtCall fee related to Jamie Cheng attending May 26, 2020 hearing on Motion for New Trial via telephone. | 54.00 |
| 05/27/20 | Services Rendered Inv:12375445; One Legal Inc/E-file Notice of Conditional And Protective Appeal on April 17, 2020.   court delay in processing due to COVID 19 - not processed until 5.26.20 - eFiling and e-service charge and related fees.  Filing fee of $875.00. | 926.08 |
| 05/28/20 | Services Rendered Inv:10586462 052020; CourtCall LLC/CourtCall fee related to Susan Kidwell attending May 26, 2020 hearing on Motion for New Trial via telephone. | 54.00 |
| 05/28/20 | Services Rendered Inv:12374304; One Legal Inc/E-serve CourtCall - Service Copy (Jamie Cheng) and CourtCall - Service Copy (Susan kidwell) at Orange County Superior Court on March 22, 2020;  e-service charge and related fees. | 10.00 |
| | **TOTAL EXPENSES** | **$1,288.64** |

Bridgemark Corporation
File No.:  1007278.00003

Invoice Date: June 5, 2020
Invoice No.:  1582039
Page:  4

---

| | |
|---|---|
| TOTAL FEES | $4,282.20 |
| TOTAL EXPENSES | $1,288.64 |
| TOTAL FEES AND EXPENSES | $5,570.84 |
| **TOTAL BALANCE DUE** | **$5,570.84** |

**PLEASE REMIT PAYMENT:**

| **Via US Mail:** | **Via Courier:** | **Via Wire:** |
|---|---|---|
| Locke Lord LLP | JPMorgan Chase | ABA Routing: 021000021 |
| 24259 Network Place | 131 S. Dearborn, 6th Floor | Swift Code (International): CHASUS33 |
| Chicago, IL 60673-1242 | Chicago, IL  60603 | Account: 00101203546 |
| | ATTN: Locke Lord Bissell & Liddell LLP, | Bank: JPMorgan Chase Bank, N.A. |
| | Box #24259 | 712 Main Street, Houston, TX  77002 |
| | | Reference: LL Invoice Number / Matter |

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions.  Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt.  Please call S.A. Kidwell of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above.  It does not include the unpaid balance of any prior statement.)



300 S. Grand Avenue
Suite 2600
Los Angeles, CA 90071
Telephone: (213) 485-1500
Fax: (213) 485-1200
www.lockelord.com
Tax ID: 74-1164324

Robert Hall                                                        June 5, 2020
President                                                         Invoice No.:  1582039
Bridgemark Corporation
17671 Irvine Boulevard
Suite 217
Tustin, CA 92780

---

### REMITTANCE ADVICE

Total amount due for the legal fees and expenses rendered in connection with the referenced matter through May 31, 2020



File Number:  1007278.00003
RE:  Placentia Development Company

Total Fees .................................................................................................$4,282.20

Total Expenses .........................................................................................$1,288.64

**Total Due this Statement**................................................................**$5,570.84**

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.
Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions.  Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.
This statement is due upon receipt.  Please call S.A. Kidwell of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above.  It does not include the unpaid balance of any prior statement.)



**Locke Lord** LLP
Attorneys & Counselors

300 S. Grand Avenue
Suite 2600
Los Angeles, CA 90071
Telephone:  (213) 485-1500
Fax:  (213) 485-1200
www.lockelord.com
Tax ID: 74-1164324

Robert Hall
President
Bridgemark Corporation
17671 Irvine Boulevard
Suite 217
Tustin, CA 92780

July 21, 2020
Invoice No.: 1591353

Total amount due for the legal services rendered in connection with the
referenced matter through June 30, 2020                                  $1,171.80

File Number:  1007278.00003
RE:  Placentia Development Company

| DATE | ATTY | TASK | DESCRIPTION | HOURS |
|------|------|------|-------------|-------|
| 06/01/20 | JMC | LN | Review status of Plaintiff's deadline to submit to remittitur. | 0.10 |
| 06/02/20 | JMC | LN | Review court's notice of filing of appeal. | 0.10 |
| 06/05/20 | SAK | CP | Prepare Professional Fee Statement #4 and supporting materials. | 0.50 |
| 06/08/20 | JMC | AA | Review client files for information on subsidiary Bridgemark Texas. | 0.30 |
| 06/16/20 | SAK | LN | Review filings regarding PDC's acceptance of remittitur; email communications with Bob Olson regarding record on appeal. | 0.20 |
| 06/16/20 | JMC | LN | Review and propose revisions to notice of designating record on appeal. | 0.20 |
| 06/16/20 | JMC | LN | Review Plaintiff's notice of acceptance of remittitur and lodging of amended proposed judgment. | 0.40 |
| 06/18/20 | SAK | LN | Review and exchange emails with co-counsel regarding designation of record on appeal; telephone conference with Jamie Cheng | 0.30 |

Bridgemark Corporation
File No.: 1007278.00003

Invoice Date: July 21, 2020
Invoice No.: 1591353
Page: 2

| DATE | ATTY | TASK | DESCRIPTION | HOURS |
|------|------|------|-------------|-------|
| | | | regarding same. | |
| 06/18/20 | JMC | LN | Finalize and prepare notice of designation of record on appeal and prepare for filing. | 0.30 |
| | | | TOTAL HOURS | 2.40 |

**TOTAL FEES**                                                   **$1,171.80**

------------------------------ **BILLING PROFESSIONALS** ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| S.A. Kidwell | Partner | 693.00 | 1.00 | 693.00 |
| J. M. Cheng | Associate | 342.00 | 1.40 | 478.80 |
| **TIMEKEEPER TOTALS** | | | **2.40** | **$1,171.80** |

**TOTAL BALANCE DUE**                                            **$1,171.80**

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions. Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt. Please call S.A. Kidwell of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)



# Locke
# Lord LLP

Attorneys & Counselors

300 S. Grand Avenue
Suite 2600
Los Angeles, CA 90071
Telephone: (213) 485-1500
Fax: (213) 485-1200
**WWW**.lockelord.com
Tax ID: 74-1164324

Robert Hall
President
Bridgemark Corporation
17671 Irvine Boulevard
Suite 217
Tustin, CA 92780

July 21, 2020
Invoice No.:  1591353

---

## REMITTANCE ADVICE

Total amount due for the legal fees and expenses rendered in connection with the referenced matter
through June 30, 2020

File Number:  1007278.00003
RE:  Placentia Development Company

Total Fees ............................................................................................$1,171.80

**Total Due this Statement**............................................................**$1,171.80**



**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.
Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions.  Please contact the
Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.
This statement is due upon receipt.  Please call S.A. Kidwell of this firm if you have questions concerning legal services covered by
it or if you dispute the amount of the statement.  Shaun Viau @ (401)276-6481, can answer questions concerning payments on your
account.  (Please note that this statement covers only those services and expenses described above.  It does not include the unpaid
balance of any prior statement.)



**Locke**
**Lord** LLP

Attorneys & Counselors

300 S. Grand Avenue
Suite 2600
Los Angeles, CA 90071
Telephone:  (213) 485-1500
Fax:  (213) 485-1200
www.lockelord.com
Tax ID: 74-1164324

Robert Hall
President
Bridgemark Corporation
17671 Irvine Boulevard
Suite 217
Tustin, CA 92780

August 24, 2020
Invoice No.: 1598031

Total amount due for the legal services rendered and expenses
incurred in connection with the referenced matter through July 31,
2020

<u>$5,874.98</u>

File Number:   1007278.00003
RE:   Placentia Development Company

| DATE | ATTY | TASK | DESCRIPTION | HOURS |
|------|------|------|-------------|-------|
| 07/15/20 | SAK | LN | Email communications with Bob Olson regarding second notice of appeal. | 0.20 |
| 07/16/20 | SAK | LN | Email communications with Bob Olson and team regarding second amended appeal. | 0.30 |
| | | | TOTAL HOURS | 0.50 |
| **TOTAL FEES** | | | | **$346.50** |

----------------------------- **BILLING PROFESSIONALS** -----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| S.A. Kidwell | Partner | 693.00 | 0.50 | 346.50 |
| **TIMEKEEPER TOTALS** | | | **0.50** | **$346.50** |

Bridgemark Corporation
File No.: 1007278.00003

Invoice Date: August 24, 2020
Invoice No.: 1598031
Page: 2

| DATE | EXPENSES | VALUE |
|---|---|---:|
| 07/01/20 | Deposition Transcripts Inv:24872; Chase Litigation Services Inc/Court Reporter fees related to hearing on May 26, 2020 at Orange County Superior Court. | 1,202.75 |
| 07/28/20 | Filing Fees Inv:12452119; One Legal Inc/Efiling fee to file Notice of Appeal and related court fees at OC Superior Court on July 20, 2020. | 924.08 |
| 07/31/20 | Filing Fees Inv:12408679; One Legal Inc/Efiling fee to file and e-serve Designation of Record on Appeal at Orange County Superior Court on June 18, 2020. | 3,379.45 |
| 07/31/20 | Filing Fees Inv:12466042; One Legal Inc/Efiling fee to file and e-serve Stipulation re Designation of Record on Appeal at Orange County Superior Court on July 28, 2020. | 22.20 |
| | **TOTAL EXPENSES** | **$5,528.48** |

| | |
|---|---:|
| TOTAL FEES | $346.50 |
| TOTAL EXPENSES | $5,528.48 |
| TOTAL FEES AND EXPENSES | $5,874.98 |
| **TOTAL BALANCE DUE** | **$5,874.98** |

**PLEASE REMIT PAYMENT:**

| **Via US Mail:** | **Via Courier:** | **Via Wire:** |
|---|---|---|
| Locke Lord LLP | JPMorgan Chase | ABA Routing: 021000021 |
| 24259 Network Place | 131 S. Dearborn, 6th Floor | Swift Code (International): CHASUS33 |
| Chicago, IL 60673-1242 | Chicago, IL 60603 | Account: 00101203546 |
| | ATTN: Locke Lord Bissell & Liddell LLP, | Bank: JPMorgan Chase Bank, N.A. |
| | Box #24259 | 712 Main Street, Houston, TX 77002 |
| | | Reference: LL Invoice Number / Matter |

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions. Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt. Please call S.A. Kidwell of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)



300 S. Grand Avenue
Suite 2600
Los Angeles, CA 90071
Telephone: (213) 485-1500
Fax: (213) 485-1200
WWW.lockelord.com
Tax ID: 74-1164324

Robert Hall
President
Bridgemark Corporation
17671 Irvine Boulevard
Suite 217
Tustin, CA 92780

August 24, 2020
Invoice No.:  1598031

---

### REMITTANCE ADVICE

Total amount due for the legal fees and expenses rendered in connection with the referenced matter through July 31, 2020

File Number:  1007278.00003
RE:  Placentia Development Company

Total Fees ...................................................................................... $346.50

Total Expenses ............................................................................... $5,528.48

**Total Due this Statement**................................................................**$5,874.98**



**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.
Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions.  Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.
This statement is due upon receipt.  Please call S.A. Kidwell of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above.  It does not include the unpaid balance of any prior statement.)



**Locke**
**Lord** LLP
Attorneys & Counselors

300 S. Grand Avenue
Suite 2600
Los Angeles, CA 90071
Telephone: (213) 485-1500
Fax: (213) 485-1200
www.lockelord.com
Tax ID: 74-1164324

Robert Hall
President
Bridgemark Corporation
17671 Irvine Boulevard
Suite 217
Tustin, CA 92780

October 21, 2020
Invoice No.: 1610152

Total amount due for the legal services rendered and expenses
incurred in connection with the referenced matter through September
30, 2020

<u>$3,435.50</u>

File Number:   1007278.00003
RE:   Placentia Development Company

| DATE | ATTY | TASK | DESCRIPTION | HOURS |
|------|------|------|-------------|-------|
| 08/06/20 | SAK | CP | Prepare Professional Fee Statement No. 5 and related attachments. | 0.60 |
| 08/11/20 | SAK | LN | Review and respond to emails from court reporters regarding appellate record. | 0.20 |
| 08/13/20 | SAK | LN | Email communications with court reporter regarding appellate record; email communications with co-counsel regarding settlement. | 0.20 |
| 08/18/20 | SAK | LN | Review court notice regarding filing of appellate record. | 0.10 |
| 09/08/20 | SAK | CP | Begin working on interim fee application; telephone conference with Nancy Lockwood regarding same. | 0.50 |
| 09/09/20 | SAK | CP | Work on interim fee application and PFS No. 6. | 0.50 |
| | | | TOTAL HOURS | 2.10 |

**TOTAL FEES**                                                          **$1,455.30**

Atlanta ◆ Austin ◆ Boston ◆ Chicago ◆ Cincinnati ◆ Dallas ◆ Hartford ◆ Hong Kong ◆ Houston ◆ London ◆ Los Angeles ◆ Miami
New Orleans ◆ New York ◆ Princeton ◆ Providence ◆ San Francisco ◆ Stamford ◆ Washington DC ◆ West Palm Beach

Bridgemark Corporation
File No.:  1007278.00003

Invoice Date: October 21, 2020
Invoice No.:  1610152
Page:  2

------------------------------ **BILLING PROFESSIONALS** ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| S.A. Kidwell | Partner | 693.00 | 2.10 | 1,455.30 |
| **TIMEKEEPER TOTALS** | | | **2.10** | **$1,455.30** |

| DATE | EXPENSES | VALUE |
|---|---|---|
| 04/27/20 | Reversal from Void Check Number: 4607 Bank ID: WFCRCARD Voucher ID: 1559270 Vendor: CourtCall LLC Comments: VOID BOTH CREDIT ISSUED BY VENDOR. LAT Filing Fees Inv:10540029; CourtCall LLC/CourtCall fee for Jamie Cheng to attend April 27, 2020 hearing on Bridgemark Ex Parte Application at Orange County Superior Court, via telephone. | -54.00 |
| 05/27/20 | Reversal from Void Check Number: 4758 Bank ID: WFCRCARD Voucher ID: 1561798 Vendor: CourtCall LLC Comments: VOID BOTH.  CREDIT ISSUED BY VENDOR. LAT Services Rendered Inv:10586462; CourtCall LLC/CourtCall fee related to Susan Kidwell attending May 26, 2020 hearing on Motion for New Trial via telephone. | -54.00 |
| 08/13/20 | Filing Fees Inv:12477661; One Legal Inc/Efiling fee to file Appellants Designation of Record on Appeal on 2nd Appeal Incorporation By Reference on 8/5/20 at Orange County Superior Court; Payment of additional fees due of $2,000.00. | 2,088.20 |
| | **TOTAL EXPENSES** | **$1,980.20** |

| | |
|---|---|
| TOTAL FEES | $1,455.30 |
| TOTAL EXPENSES | $1,980.20 |
| TOTAL FEES AND EXPENSES | $3,435.50 |
| **TOTAL BALANCE DUE** | **$3,435.50** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions.  Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt.  Please call S.A. Kidwell of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above.  It does not include the unpaid balance of any prior statement.)



# Locke
# Lord LLP

Attorneys & Counselors

300 S. Grand Avenue
Suite 2600
Los Angeles, CA 90071
Telephone: (213) 485-1500
Fax: (213) 485-1200
www.lockelord.com
Tax ID: 74-1164324

Robert Hall
President
Bridgemark Corporation
17671 Irvine Boulevard
Suite 217
Tustin, CA 92780

October 21, 2020
Invoice No.: 1610152

---

## REMITTANCE ADVICE

Total amount due for the legal fees and expenses rendered in connection with the referenced matter through September 30, 2020

File Number:   1007278.00003
RE:   Placentia Development Company

Total Fees .............................................................................................$1,455.30

Total Expenses ...................................................................................$1,980.20

**Total Due this Statement.................................................................$3,435.50**



**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.
Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions.  Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.
This statement is due upon receipt.  Please call S.A. Kidwell of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above.  It does not include the unpaid balance of any prior statement.)



**Locke**
**Lord** LLP
Attorneys & Counselors

300 S. Grand Avenue
Suite 2600
Los Angeles, CA 90071
Telephone:  (213) 485-1500
Fax:  (213) 485-1200
www.lockelord.com
Tax ID: 74-1164324

Robert Hall
President
Bridgemark Corporation
17671 Irvine Boulevard
Suite 217
Tustin, CA 92780

November 17, 2020
Invoice No.: 1616295

Total amount due for the legal services rendered in connection with the
referenced matter through October 31, 2020

$1,663.20

File Number:  1007278.00003
RE:  Placentia Development Company

| DATE | ATTY | TASK | DESCRIPTION | HOURS |
|------|------|------|-------------|-------|
| 10/07/20 | SAK | CP | Work on interim fee application and supporting tables. | 1.50 |
| 10/08/20 | SAK | CP | Continue working on interim fee application. | 0.50 |
| 10/26/20 | SAK | CP | Prepare and submit professional fee statement #7. | 0.40 |
| | | | TOTAL HOURS | 2.40 |

**TOTAL FEES** **$1,663.20**

------------------------------ **BILLING PROFESSIONALS** ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| S.A. Kidwell | Partner | 693.00 | 2.40 | 1,663.20 |
| **TIMEKEEPER TOTALS** | | | **2.40** | **$1,663.20** |

**TOTAL BALANCE DUE** **$1,663.20**

Atlanta ♦ Austin ♦ Boston ♦ Chicago ♦ Cincinnati ♦ Dallas ♦ Hartford ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ Miami
New Orleans ♦ New York ♦ Princeton ♦ Providence ♦ San Francisco ♦ Stamford ♦ Washington DC ♦ West Palm Beach

**PLEASE REMIT PAYMENT:**

| <u>Via US Mail:</u> | <u>Via Courier:</u> | <u>Via Wire:</u> |
|---|---|---|
| Locke Lord LLP | JPMorgan Chase | ABA Routing: 021000021 |
| 24259 Network Place | 131 S. Dearborn, 6th Floor | Swift Code (International): CHASUS33 |
| Chicago, IL 60673-1242 | Chicago, IL  60603 | Account: 00101203546 |
| | ATTN: Locke Lord Bissell & Liddell LLP, | Bank: JPMorgan Chase Bank, N.A. |
| | Box #24259 | 712 Main Street, Houston, TX  77002 |
| | | Reference: LL Invoice Number / Matter |

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions.  Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt.  Please call S.A. Kidwell of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above.  It does not include the unpaid balance of any prior statement.)



300 S. Grand Avenue
Suite 2600
Los Angeles, CA 90071
Telephone: (213) 485-1500
Fax: (213) 485-1200
WWW.lockelord.com
Tax ID: 74-1164324

Robert Hall
President
Bridgemark Corporation
17671 Irvine Boulevard
Suite 217
Tustin, CA 92780

November 17, 2020
Invoice No.:  1616295



### REMITTANCE ADVICE

Total amount due for the legal fees and expenses rendered in connection with the referenced matter through October 31, 2020

File Number:  1007278.00003
RE:  Placentia Development Company

Total Fees ............................................................................................$1,663.20

**Total Due this Statement**.............................................................. **$1,663.20**

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.
Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions.  Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.
This statement is due upon receipt.  Please call S.A. Kidwell of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above.  It does not include the unpaid balance of any prior statement.)

# EXHIBIT C

**EXHIBIT F**
**Monthly Summary of Expenses**
**(January 14, 2020 - August 19, 2021)**

| January 14-February 29, 2020 | March 2020 | April 2020 | May 2020 |
|---|---|---|---|
| $654.82 | $159.96 | $98.40 | $1,288.64 |

| June 2020 | July 2020 | August 1-September 30, 2020 | October 2020 | Total |
|---|---|---|---|---|
| $0.00 | $5,528.48 | $1,980.20 | $0.00 | **$9,710.50** |

**EXHIBIT 3**

**Itemized Expenses**

**(January 14, 2020 - August 19, 2021)**

| Date | Expense | Amount |
|---|---|---|
| 01/16/20 | Filing Fees Inv:12223299; One Legal Inc/Memorandum of Points and Authorites in support of Bridgemark Motion for New Trial etc. EFiling and e-service charge and related fees. | $22.20 |
| 01/16/20 | Photocopies USER DEFINED 1: 106748 LARC26A | $0.20 |
| 01/21/20 | Court Fees John Harris/OCSC Online Charge #135596, OCSC Online Charge #188201 | $15.00 |
| 01/21/20 | Telephone Conference Calls Conference Call: USER DEFINED 1: 106726 LACCALL | $0.49 |
| 02/05/20 | Court Fees Inv:12204383; One Legal Inc/eFiling / eService - Ex Parte Application | $84.18 |
| 02/05/20 | Court Fees Inv:12204250; One Legal Inc/eFiling Charge - Proof of eService | $22.20 |
| 02/05/20 | Court Fees Inv:12204102; One Legal Inc/eFiling /eServe Objection | $22.20 |
| 02/10/20 | PACER Online Research USER DEFINED 1: Locke Lord LLP | $0.90 |
| 02/12/20 | FedEx Shipments FEDEX: 692978820/777757472980/Hon. Glenn R. Salt USER DEFINED 1: NULL DAFEDEX | $13.22 |
| 02/14/20 | Telephone Conference Calls Conference Call: USER DEFINED 1: 106748 LACCALL | $1.22 |
| 02/14/20 | FedEx Shipments FEDEX: 693741529/777779209510/Hon. Glenn R. Salt USER DEFINED 1: NULL DAFEDEX | $13.22 |
| 02/17/20 | Court Fees Inv:12207667; One Legal Inc/eFiling w/OCSC Ex Parte Application; Proposed Order | $99.75 |
| 02/17/20 | Court Fees Inv:12207659; One Legal Inc/Delivery to Judge POS re Ex Parte efiling | $95.75 |
| 02/20/20 | FedEx Shipments FEDEX: 693741529/777824691765/Hon. Glenn R. Salt USER DEFINED 1: NULL DAFEDEX | $13.16 |
| 02/27/20 | Court Fees Inv:12281449; One Legal Inc/eFiling/eServe Proposed Stipulation/Order | $42.86 |
| 02/27/20 | Court Fees Inv:12281454; One Legal Inc/eFile/eServe - Proposed Stipulation /Order | $42.86 |
| 02/27/20 | Court Fees Inv:12281452; One Legal Inc/eFiling/eServe - Proposed Stipulation /Order | $42.86 |
| 02/27/20 | Court Fees Inv:12275196; One Legal Inc/eFiling/eServe Notice of Relief from Stay (Bankruptcy) | $22.20 |
| 02/27/20 | Messenger Service Inv:12207676; One Legal Inc/Rush Delivery Courtesy Copy | $101.25 |
| 03/18/20 | Filing Fees Inv:10461871; CourtCall LLC/CourtCall Fee for Jamie Cheng to take April 1, 2020 hearing on post-trial motions via Telephone. | $94.00 |
| 03/30/20 | Filing Fees Inv:12339513; One Legal Inc/Efiling and e-service fees for Supplemental Declaration of Susan Kidwell ISO Ex Parte Application filed at Orange County Superior Court on March 27, 2020. | $22.20 |
| 03/31/20 | Filing Fees Inv:12298574; One Legal Inc/eFile and eServe fee for Notice of Continued Hearing Date and Briefing Schedule (02-20- 2020) | $42.86 |
| 04/04/20 | Filing Fees Inv:12306207; One Legal Inc/Efiling fees for Reply to Motion for New Trial and Declaration in Support filed at Orange County Superior Court on March 2, 2020. | $22.20 |
| 04/05/20 | Filing Fees Inv:12339960; One Legal Inc/Efiling and e-service fees for Notice of Withdrawal of Ex Parte Application filed at Orange County Superior Court on March 30, 2020. | $22.20 |
| 04/27/20 | Filing Fees Inv:10540029; CourtCall LLC/CourtCall fee for Jamie Cheng to attend April 27, 2020 hearing on Bridgemark Ex Parte Application at Orange County Superior Court, via telephone. | $54.00 |
| 04/27/20 | Reversal from Void Check Number: 4607 Bank ID: WFCRCARD Voucher ID: 1559270 Vendor: CourtCall LLC Comments: VOID BOTH CREDIT ISSUED BY VENDOR. LAT Filing Fees Inv:10540029; CourtCall LLC/CourtCall fee for Jamie Cheng to attend April 27, 2020 hearing on Bridgemark Ex Parte Application at Orange County Superior Court, via telephone. | -$54.00 |

**EXHIBIT F**
**Itemized Expenses**
**(January 14, 2020 - August 19, 2021)**

| Date | Expense | Amount |
|------|---------|--------|
| 05/27/20 | Services Rendered Inv:12370722; One Legal Inc/Submit March 18, 2020 Letter regarding hearing dates to Orange County Superior Court on March 18, 2020; court delay in processing due to COVID 19 - not processed until 5.18.20 - eFiling and e-service charge and related fees. | $22.20 |
| 05/27/20 | Services Rendered Inv:12371336; One Legal Inc/File March 27, 2020 Ex Parte Appication and proposed order at Orange County Superior Court on March 23, 2020; court delay in processing due to COVID 19 - not processed until 5.19.20 - eFiling and e-service charge, $60 filing fee and related fees. | $84.18 |
| 05/27/20 | Services Rendered Inv:12371334; One Legal Inc/File April 23, 2020 Ex Parte Appication and proposed order at Orange County Superior Court on April 23, 2020; court delay in processing due to COVID 19 - not processed until 5.19.20 - eFiling and e-service charge, $60 filing fee and related fees. | $84.18 |
| 05/27/20 | Services Rendered Inv:10586462; CourtCall LLC/CourtCall fee related to Susan Kidwell attending May 26, 2020 hearing on Motion for New Trial via telephone. | $54.00 |
| 05/27/20 | Services Rendered Inv:10572790; CourtCall LLC/CourtCall fee related to Jamie Cheng attending May 26, 2020 hearing on Motion for New Trial via telephone. | $54.00 |
| 05/27/20 | Services Rendered Inv:12375445; One Legal Inc/E-file Notice of Conditional And Protective Appeal on April 17, 2020. court delay in processing due to COVID 19 - not processed until 5.26.20 - eFiling and e-service charge and related fees. Filing fee of $875.00. | $926.08 |
| 05/27/20 | Reversal from Void Check Number: 4758 Bank ID: WFCRCARD Voucher ID: 1561798 Vendor: CourtCall LLC Comments: VOID BOTH. CREDIT ISSUED BY VENDOR. LAT Services Rendered Inv:10586462; CourtCall LLC/CourtCall fee related to Susan Kidwell attending May 26, 2020 hearing on Motion for New Trial via telephone. | -$54.00 |
| 05/28/20 | Services Rendered Inv:10586462 052020; CourtCall LLC/CourtCall fee related to Susan Kidwell attending May 26, 2020 hearing on Motion for New Trial via telephone. | $54.00 |
| 05/28/20 | Services Rendered Inv:12374304; One Legal Inc/E-serve CourtCall - Service Copy (Jamie Cheng) and CourtCall - Service Copy (Susan kidwell) at Orange County Superior Court on March 22, 2020; e- service charge and related fees. | $10.00 |
| 07/01/20 | Deposition Transcripts Inv:24872; Chase Litigation Services Inc/Court Reporter fees related to hearing on May 26, 2020 at Orange County Superior Court. | $1,202.75 |
| 07/28/20 | Filing Fees Inv:12452119; One Legal Inc/Efiling fee to file Notice of Appeal and related court fees at OC Superior Court on July 20, 2020. | $924.08 |
| 07/31/20 | Filing Fees Inv:12408679; One Legal Inc/Efiling fee to file and e- serve Designation of Record on Appeal at Orange County Superior Court on June 18, 2020. | $3,379.45 |
| 07/31/20 | Filing Fees Inv:12466042; One Legal Inc/Efiling fee to file and e- serve Stipulation re Designation of Record on Appeal at Orange County Superior Court on July 28, 2020. | $22.20 |
| 08/13/20 | Filing Fees Inv:12477661; One Legal Inc/Efiling fee to file Appellants Designation of Record on Appeal on 2nd Appeal Incorporation By Reference on 8/5/20 at Orange County Superior Court; Payment of additional fees due of $2,000.00. | $2,088.20 |
| **Total:** | | **$9,710.50** |

# EXHIBIT D

**EXHIBIT PG.**

**Summary of Hours and Amounts By Professional**

**(January 14, 2020 - August 19, 2021)**

| Professional | Title | Billing Rate | Hours Billed | Amount Billed |
|---|---|---:|---:|---:|
| E. Boyd | Litigation Support | $200.00 | 0.40 | $80.00 |
| J. M. Cheng | Associate | $342.00 | 24.10 | $8,242.20 |
| J. J. Harris | Partner | $600.00 | 46.80 | $28,080.00 |
| S. A. Kidwell | Partner | $693.00 | 31.90 | $22,106.70 |
| | | **Total:** | **103.20** | **$58,508.90** |

# EXHIBIT E



# Jamie Mei Cheng

**Associate**

## EDUCATION

J.D., magna cum laude, University of California, Hastings College of Law, 2014 Hastings Law Journal (Senior Articles Editor, 2013-2014; Editorial Staff 2012-2013)

B.A., Global Studies, University of California, Los Angeles, 2010

## BAR ADMISSIONS

California

## SPOKEN LANGUAGES

Cantonese Chinese, Mandarin Chinese

## PRACTICES

Litigation | Class Actions | Construction | Product Liability

Jamie M. Cheng's practice is focused on business and commercial arbitration, litigation in state and federal court, and dispute resolution. Jamie has particular experience in consumer litigation, class actions, products liability, oil and gas, insurance and intellectual property. Jamie also works on cross-border and international disputes, including service of process under the Hague Service Convention and venue and personal jurisdiction issues.

Jamie has extensive experience litigating and resolving disputes at all stages, from pre-suit through trial and appeal. She has significant in-court experience, including oral arguments and examining fact and expert witnesses at trial. She has taken and defended a number of fact and expert witness depositions as well as prepared client and experts for testimony at depositions and trial. Jamie is always cognizant of clients' business priorities and objectives and advises clients on the costs and benefits throughout the dispute resolution process, including mediation and alternative dispute resolution procedures.

Jamie is fluent in Cantonese and Mandarin, which she uses to advise overseas clients and to contribute to local communities. Prior to law school, Jamie worked for the Asian Language Legal Intake Project at Asian Americans Advancing Justice – LA. During law school, through the Hastings Appellate Project, she represented an asylum applicant before the Ninth Circuit Court of Appeals pro bono and obtained a remand for the client. She currently continues to volunteer at the Asian Pacific American Bar Association legal clinic. She is passionate about mentoring and training the next generation of legal professionals and mentors pre-law students at UCLA.

## REPRESENTATIVE EXPERIENCE

Jamie's experience includes:

### Consumer & Products Liability Litigation

- Defend actions and claims under Song-Beverly Consumer Warranty Act, Magnuson-Moss Warranty Act, Consumer Legal Remedies Act (CLRA), consumer fraud, California Unfair Competition Law (UCL) and Telephone Consumer Protection Act (TCPA)
- Defend national retailer in a putative class action alleging that aloe vera gel sold by retailer does not contain detectable aloe vera
- Defend manufacturers and retailers in product liability and personal injury actions, including defending leading U.S. home improvement products retailer against claimed design and labeling defects in a tire, defending leading European bicycle builder against claimed manufacturing defects

in a bicycle, and skincare company against premises liability action

**Intellectual Property**

- Defend multinational consumer electronics manufacturer against alleged breach of patent licensing agreement
- Assist in defending international clients in patent infringement litigation in consumer products
- Defend fashion and accessories retailer in purported copyright infringement claim

**Insurance**

- Represent insurer in interpleader actions regarding dispute of entitlement to benefits under annuity contracts
- Lead attorney defending managed care health plan in arbitrations over disputes with providers
- Defend workers compensation insurer in insurance litigation matters against claims for breach of contract and breach of indemnity agreement, including drafting and filing a motion for summary judgment

**Oil and Gas and Energy**

- Lead Associate in defending oil and gas producer in breach of contract claim over abandonment of oil wells from pleadings stage through five-week jury trial
- Advise overseas oil and gas operator regarding contract disputes and settlement over payment provisions

**Commercial and Other Disputes**

- Lead Associate representing municipal corporation in municipal and state entity litigation, including under the Public Records Act, False Claims Act and California Taxpayers' Suits
- Represent retail financial services provider in pursuing temporary restraining order in connection with beach of commercial lease agreements
- Represent clients in responding to subpoenas in state court and arbitration, including defending motions to compel

**PROFESSIONAL HISTORY**

- Extern, U.S. District Court for the Northern District of California
- Extern, Federal Trade Commission

**PROFESSIONAL AFFILIATIONS**

- Member, Asian Pacific American Bar Association of Los Angeles County
- Member, National Asian Pacific American Bar Association

**COURT ADMISSIONS**

- U.S. District Court for the Northern District of California
- U.S. District Court for the Central District of California
- U.S. District Court for the Southern District of California
- U.S. District Court for the Eastern District of California
- U.S. Court of Appeals for the Ninth Circuit

**PUBLICATIONS AND PRESENTATIONS**

- Opportunities and Challenges in Belt and Road Energy Projects and Infrastructure Construction, March 22, 2019
- Locke Lord QuickStudy: California Animal Rights Act, September 12, 2018
- California Electric Utilities' Problems are Above Smokey the Bear's Pay Grade!, September 7, 2018
- Mercury Casualty Company v. Jones, Summer 2018



# John J. Harris

**Partner**

**EDUCATION**

J.D., University of California,
Hastings College of Law, 1980

B.A., University of California,
Santa Barbara, 1974

**BAR ADMISSIONS**

California

**PRACTICES**

Energy | Corporate | Renewable Energy | Energy/Environmental | Oil & Gas | Energy Litigation | Midstream/Pipeline | Real Estate & Real Estate Finance

John J. Harris has more than 30 years of experience representing producers, working interest owners, land and mineral owners, financial institutions and public agencies on oil and gas, energy and environmental matters. John has extensive experience in all aspects of energy law, including the wide range of operational problems faced by energy producers doing business in California and in other states. He also has significant experience representing oil and gas, industrial and local government clients in environmental litigation, transactional and regulatory matters.

With his broad transactional experience, John has helped energy industry clients in the purchase and sale of oil and gas producing properties and pipelines, operating agreements, financing transactions and production purchase and sales agreements, oil and gas lease negotiations, as well as agreements with governmental agencies. He provides mineral title opinions and assists clients in resolving complex title issues.

John has extensive experience in the day-to-day legal issues that face energy producers in California, from obtaining permits for oil and gas exploration and production operations and facilities to resolving issues with environmental regulators. He also advises clients and interacts with legislators and regulators regarding matters affecting the energy industry in California.

In litigation, John has represented clients in many different types of oil and gas cases, including lawsuits over the rights of working interest owners under joint operating agreements, accounting disputes, oil and gas lease litigation, drainage and development and subsurface trespass claims, actions for breach of implied covenants and fiduciary duty, quiet-title matters and other title disputes, claims for misuse of confidential information, constitutional questions, secured transactions issues and securities fraud cases. John's environmental litigation practice has included many Comprehensive Environmental Response, Compensation and Liability Act (CERCLA) cases, contaminated property cleanup and cost recovery cases, as well as environmental insurance coverage claims.

His diverse and extensive experience has given him an opportunity to gain an understanding of the engineering, geologic and other technical issues, as well as the business, practical, environmental and political considerations, involved in oil and gas exploration and production operations in California.

John also regularly advises clients on the impact of federal and California environmental law on the operation and

**John J. Harris**

construction of energy facilities. He has worked with clients on obtaining permits and approvals from California environmental agencies, such as the California Division of Oil, Gas and Geothermal Resources, the Regional Water Quality Control Board, the Department of Toxic Substances Control and the South Coast Air Quality Management District, as well as other state and local agencies. He has negotiated remediation agreements and consent decrees with California environmental agencies and the U.S. Environmental Protection Agency. John has worked with many local government agencies in their efforts to redevelop and remediate brownfields sites. He has represented landowners and oil companies in negotiations for the abandonment and remediation of oil producing properties. He has advised clients throughout California on their environmental compliance efforts, and, in particular, issues relating to the control of storm water and urban runoff and National Pollutant Discharge Elimination System issues.

### REPRESENTATIVE EXPERIENCE

John's experience includes:

**Transactional Matters**

- Represented buyers and sellers in transactions for transfer and financing of oil and gas producing properties, coal seam gas properties, pipelines, oil and gas lease negotiations, operating agreements, and production purchase and sales agreements, as well as agreements with governmental agencies.
- Prepared title opinions relating to oil and gas property acquisitions and sales, and enforceability opinions for the financing of oil and gas acquisitions.
- Represented mineral owners and major oil companies in negotiations for oil and gas leases and seismic and exploration agreements.

- Represented oil producers in obtaining state and local permits for construction and operation of oil and gas exploration, production, transportation, storage and disposal facilities.
- Drafted and negotiated pipeline franchises and ordinances on behalf of local agencies.

**Oil and Gas, Energy and Environmental Litigation**

- Defended operator in action by landowner to compel the abandonment of storage tanks and environmental remediation. Obtained preliminary injunction against landowner enjoining interference with operator's access to wells.
- Represented mineral owners in quiet-title action regarding termination of oil and gas lease and to recover damages for drainage and failure to operate in accordance with good oilfield practices.
- Represented surface and mineral owner in writ proceeding brought by environmental groups challenging oil and gas development.
- Represented city in administrative and judicial proceedings regarding the assessment of US$56 million utility users tax on natural gas used at an electrical generating plant.
- Represented 11 cities in CERCLA action regarding the alleged disposal of municipal waste at landfill.
- Defended city on Clean Water Act, CERCLA, RCRA and common law claims, and contribution and indemnity cross-claims relating to claims of contaminants in storm water.

### PROFESSIONAL AFFILIATIONS

- Member, State Bar of California
- Member, Environmental Law Section
- Member, Natural Resources Subsection of Real Property Section
- Member, Rocky Mountain Mineral Law Foundation
- Member, California Independent Petroleum Association

- Member, Institute for Energy Law, The Center for American and International Law
- Member, Los Angeles County Bar Association, Environmental Law Section
- Member, California Redevelopment Association, Brownfields Committee

### COURT ADMISSIONS

- U.S. District Court for the Central District of California
- U.S. District Court for the Eastern District of California
- U.S. District Court for the Northern District of California
- U.S. District Court for the Southern District of California

### PUBLICATIONS AND PRESENTATIONS

- Presenter, "Upstream Environmental Regulation in 2019 – Challenges and Answers," Locke Lord LLP CLE (Houston), February 7, 2019
- Speaker, "Managing Environmental Risk in Oil & Gas Transactions," 36th Annual West Coast Landmen's Institute, Paso Robles, CA, September 27, 2018
- Co-Author, "Locke Lord QuickStudy: Economic Loss Rule Precludes Negligence Claims in the Southern California Gas Leak Litigation," December 21, 2017
- Presenter, "Typical California Oil and Gas Title Litigation Issues," HalfMoon seminar, 2012
- Presenter, "What Isn't Covered by the AAPL Joint Operating Agreement," Los Angeles Association of Professional Landmen, March 2012
- Presenter, "Permitting and Governmental Approvals for Oil and Gas Exploration and Production Operations in California," HalfMoon seminar, 2011
- Presenter, "Oil and Gas Royalties," West Coast Land Institute, Santa Barbara, Calif., 2011
- Presenter, "Oil and Gas Exploration and Development Agreements," HalfMoon seminar, 2010

- Presenter, "Local Land Use Regulations Relating to Oil and Gas Operations," West Coast Land Institute, 2010
- Presenter, "California Conservation, Capture, Pooling and Unitization," HalfMoon seminar, 2010
- Presenter, "Examining Exploration Agreements, Options and Joint Ventures," HalfMoon seminar, 2009
- Presenter, "Oil and Gas Law Update," Bakersfield Association of Petroleum Landmen, 2008
- Presenter, "Look Out Below-Protecting Oil and Gas and Surface Access Rights From Competing Surface Development and Local Zoning Regulations," Los Angeles Association of Petroleum Landmen, 2008

# Locke
# Lord



# Susan A. Kidwell

**Partner**

Austin
512-305-4766
Los Angeles
213-687-6792
skidwell@lockelord.com

## RELATED SERVICES

### PRACTICES

Appellate  |  Litigation

Susan A. Kidwell, a former briefing attorney for the Texas Supreme Court, has practiced in Locke Lord's Appellate Group for more than 18 years. During that time, she has handled nearly 100 appeals, including 25 in which she has presented oral argument. Susan also has an active practice representing insurers in first- and third-party coverage disputes. In addition, she has spoken at numerous CLEs on topics including state and federal appeals, summary judgments, exhaustion of administrative remedies, standards of review in administrative appeals, arbitration and personal jurisdiction.

Susan's representative experience includes:

**Administrative Law**

Susan has handled a variety of appeals from administrative orders, including orders issued by the Texas Commission on Environmental Quality (TCEQ), Texas Comptroller of Public Accounts, Texas Department of Insurance (TDI), Texas Commission on Lawyer

Discipline, Public Utility Commision of Texas (PUC) and local county appraisal districts. *See, e.g., Tex. Comm'n on Envtl. Quality v. Brazos Valley Energy, LLC*, 62 Tex. Sup. Ct. J. 943 (Tex. May 3, 2019); S*outhwestern Bell Tel. Co., L.P. v. Mitchell*, 276 S.W.3d 443 (Tex. 2007).

## Arbitration

Susan has represented clients in numerous appeals involving arbitration matters, including appeals of orders confirming and denying multimillion-dollar arbitration awards, original proceedings to compel arbitration against non-signatories to the arbitration agreement, and original proceedings and appeals to enforce arbitrator-selection provisions. *See, e.g., Americo Life, Inc. v. Myer*, 356 S.W.3d 496 (Tex. 2011); *In re Serv. Corp. Int'l,* 355 S.W.3d 655 (Tex. 2011); I*n re Weekley Homes, L.P.*, 180 S.W.3d 127 (Tex. 2005).

## Statutory Construction

Susan has significant experience in appeals involving statutory construction matters, including first-impression questions on insurance, workers' compensation and tax issues. *See, e.g., El Paso Healthcare Sys., Ltd. v. Murphy*, 518 S.W.3d 412 (Tex. 2017); *Waldschmidt v. Reassure America Life Ins. Co.*, 271 S.W.3d 173 (Tenn. 2008).

## Insurance/Contract Construction

Susan has represented clients in disputes regarding the interpretation of written documents, including insurance policies, deed restrictions and contracts. *See, e.g., Transverse LLC v. Iowa Wireless Servs,* 992 F.3d 336 (5th Cir. 2021) (contract construction); *Autobuses Lucano Inc. v. Lexington Ins. Co.*, 256 Fed. App'x 682 (5th Cir. 2007) (insurance policy).

## Mortgage Appeals

Susan has handled numerous state and federal appeals arising from mortgage litigation, including challenges to the validity of foreclosure proceedings, assignments of security instruments and home-equity loans governed by the Texas Constitution. *See, e.g., Germain v. US Bank Nat'l Ass'n*, 920 F.3d 269 (5th Cir. 2019); *Kirschner v. Deutsche*

*Bank Nat'l Trust Co.*, 896 F.3d 337 (5th Cir. 2018).

**Personal Jurisdiction**

Susan also has significant experience at both the trial and appellate levels in matters challenging the power of courts to exercise personal jurisdiction over out-of-state defendants. *See, e.g., Levi v. Morrison & Foerster, LLP*, 2018 WL 5603189 (Cal. App. 2018); *Spir Star AG v. Kimich*, 310 S.W.3d 868 (Tex. 2010).

**Amicus Support**

Susan has prepared amicus briefs in important cases before the Supreme Court of the United States and the Supreme Court of Texas. *See, e.g.*, Brief of Amici Curiae Am. Bankers Ass'n et al., *Provident Savings Bank, FSB v. McKeen-Chaplin*, No. 17-371 (U.S. 2017, cert. denied) (FLSA overtime status of mortgage underwriters); Brief of Amicus Curiae Raise Your Hand Texas, *Morath v. Tex. Taxpayer & Student Fairness Coalition*, 490 S.W.3d 826 (Tex. 2016) (constitutionality of Texas school finance system).

**REPORTED DECISIONS**

- *Transverse L.L.C. v. Iowa Wireless Servs.,* 992 F.3d 336 (5th Cir. 2021)
- *W. Mktg., Inc. v. AEG Petroleum, LLC,* 616 S.W.3d 903 (Tex. App.—Amarillo 2021, pet. filed)
- *Tex. Comm'n on Envtl. Quality v. Brazos Valley Energy, LLC*, 582 S.W.3d 277 (Tex. 2019)
- *Germain v. US Bank Nat'l Ass'n*, 920 F.3d 269 (5th Cir. 2019)
- *Kirschner v. Deutsche Bank Nat'l Trust Co.*, 896 S.W.3d 337 (5th Cir. 2018)
- *El Paso Healthcare Sys., Ltd. v. Murphy*, 518 S.W.3d 412 (Tex. 2017)
- *Marina Pacifica Homeowners Ass'n v. S. Cal. Fin. Corp.*, 11 Cal.App.5th 54 (Cal. App. 2017)
- *Americo Life, Inc. v. Myer*, 440 S.W.3d 18 (Tex. 2014)
- *Americo Life, Inc. v. Myer*, 356 S.W.3d 496 (Tex. 2011)
- *In re Serv. Corp. Int'l,* 355 S.W.3d 655 (Tex. 2011)
- *Meyer v. Christie*, 634 F.3d 1152 (10th Cir. 2011)
- *ERI Consulting Eng'rs v. Swinnea*, 318 S.W.3d 867 (Tex. 2010)
- *Peavey Elec. Corp. v. Baan U.S.A., Inc.*, 10 So.3d 945 (Miss. App. 2009)
- *Waldschmidt v. Reassure America Life Ins. Co.*, 271 S.W.3d 173 (Tenn. 2008)

- *Southwestern Bell Tel. Co., L.P. v. Mitchell*, 276 S.W.3d 443 (Tex. 2007)
- *Cluck v. Comm'n for Lawyer Discipline*, 214 S.W.3d 736 (Tex. App.—Austin 2007,

**RELATED EXPERIENCE**

# Locke Lord Secures Defense Verdict for AmGUARD Insurance Company in Hurricane Harvey Case Seeking Over $16 Million in Damages

# Texas Team Secures Verdict in Favor of AmGUARD Insurance Company in Hurricane Harvey Insurance Dispute

# Locke Lord Secures Appellate Decision in Favor of Iowa Wireless Services in Breach of Contract Case

# Locke Lord Secures Ruling Entitling Brazos Valley Energy, Freeport Energy Center and Freestone Power Generation to Tax Exemption

**RELATED NEWS & EVENTS**

**NEWS RELEASE**

## 140 Locke Lord Lawyers Named to The Best Lawyers in America® 2022 List, 37 Recognized as Ones to Watch

August 19, 2021

**SPEAKING ENGAGEMENT**

## Texas Supreme Court Update

December 18, 2020

**PUBLICATION**

Summary Judgment Update

September 9, 2020

NEWS RELEASE

145 Locke Lord Lawyers Named to The Best Lawyers in America® 2021 List, 29 Recognized as Ones to Watch

August 20, 2020

CREDENTIALS

## Education

J.D., with honors, The University of Texas School of Law, 2001
Ph.D., Musicology, The University of Texas at Austin, 1993
M.M., Music History, Northwestern University, 1984
B.A., Music and Economics, with high honors, Wesleyan University, 1982

## Bar Admissions

Texas, 2001
California, 2016

## Court Admissions

U.S. Supreme Court
U.S. Court of Appeals for the Fifth Circuit
U.S. Court of Appeals for the Seventh Circuit
U.S. Court of Appeals for the Eighth Circuit
U.S. Court of Appeals for the Tenth Circuit
U.S. Court of Appeals for the Federal Circuit
U.S. District Court for the Northern District of Texas
U.S. District Court for the Southern District of Texas
U.S. District Court for the Eastern District of Texas
U.S. District Court for the Western District of Texas
U.S. District Court for the Northern District of California

## Board Certifications

- Civil Appellate Law by the Texas Board of Legal Specialization (2009-Present)

## Professional Affiliations

- Member, State Bar of Texas
- Member, Austin Bar Association, Civil Appellate Section
  - Chair-Elect, Civil Appellate Section
- Member, Federation of Defense & Corporate Counsel

## Awards & Recognitions

- Named, Texas Super Lawyers®, Appellate (2020)
- Named, The Best Lawyers in America®, Appellate (2019-2022)
- Recipient, Pro Bono Attorney Award, Travis County Women Lawyers' Association (2019)
- Named, Super Lawyers® Texas Rising Star, Appellate (2006-2011)

## Community Leadership

- Member of Board of Directors and Past President, Volunteer Legal Services of Central Texas
- Member, Adult and Evensong Choirs of the Episcopal Church of the Good Shepherd
- Instructor, Third Coast Martial Arts

## Professional History

- Partner, Locke Lord
- Law Clerk, Late Justice James A. Baker, Texas Supreme Court (2001-2002)