William N. Lobel, Esq. (State Bar No. 93202)
THEODORA ORINGHER PC
535 Anton Boulevard, Ninth Floor
Costa Mesa, California 92626-7109
Telephone: (714) 549-6200
Facsimile: (714) 549-6201
E-mail: wlobel@tocounsel.com

Counsel for Bridgemark Liquidation Trust

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No.: 8:20-bk-10143-TA |
| BRIDGEMARK CORPORATION,[1] | Chapter 11 |
| Debtor. | **FINAL APPLICATION OF NUMERIC SOLUTIONS, LLC AND JOHN HARRIS AS CHIEF WIND-DOWN OFFICER FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES FOR THE PERIOD FEBRUARY 24, 2020 THROUGH AUGUST 19, 2021; DECLARATION OF JOHN HARRIS IN SUPPORT THEREOF** |
| | **Hearing:** |
| | Date:   October 13, 2021 |
| | Time:   10:00 a.m. |
| | Place:  ZoomGov |

---

[1]  The Debtor's last four digits of its taxpayer identification number are (1669). The headquarters and service address for the above-captioned Debtor is 17671 Irvine Blvd., Suite 217, Tustin, CA 92780.

182207.3

# I.

## INTRODUCTION

Numeric Solutions, LLC and John Harris as Chief Wind-Down Officer (collectively, "Numeric" or the "Applicant"), hereby respectfully apply for an order (1) allowing compensation to Numeric, on a final basis, for services rendered and expenses incurred during the period from February 24, 2020 through August 19, 2021[2] (the "Entire Fee Period"), in the total amount of $134,269.34, comprised of fees for services rendered of $132,042.50 and expenses incurred of $2,226.84; and (2) authorizing and directing the Bridgemark Liquidation Trust (the "Liquidation Trust") to pay $39,096.98, representing the unpaid balance of that amount, to Numeric; and (3) granting Numeric any other relief that this Court deems necessary and appropriate (the "Final Fee Application").

The foregoing request includes $104,607.50 in fees and $1,869.77 in actual and necessary expenses incurred for the period March 1, 2021 through August 19, 2021 (the "Remaining Period") that were not the subject of an interim fee application.

Numeric submits this Final Fee Application pursuant to Bankruptcy Code sections 330 and 331, Federal Rules of Bankruptcy Procedure 2002(a)(6) and 2016, Local Bankruptcy Rule 2016-1, and the *Guidelines for Reviewing Applications for Compensation & Reimbursement of Expenses Filed Under 11 U.S.C. § 330, 28 C.F.R. § 58, Appendix A* (the "UST Guidelines").

# II.

## SUMMARY OF COMPENSATION REQUESTED

**A.    Compensation Previously Approved and Paid Pursuant to Interim Application**

| Application and Order | Period | Fees and Expenses Approved | Payment Received | 20% Holdback |
|---|---|---|---|---|
| First Interim Application [Docket No. 362]; Order [Docket No. 386] | 02/24/20-04/30/20 | $27,792.07<br><br>Fees: $27,435.00<br>Expenses: $357.07 | $27,792.07 | $0.00 |

---

[2]  August 19, 2021, was the Effective Date of the Plan (as defined below).  *See* Docket No. 569.

182207.3

**B.      The Remaining Period**

As set forth below, in the summary attached hereto as <u>Exhibit A</u>, and in the detailed time entries attached hereto as <u>Exhibit C</u>, Numeric incurred $104,607.50 in professional fees during the Remaining Period, representing 608.90 billed hours of service, and $1,869.77 in costs and expenses.  Of the foregoing amounts, $67,380.29 has been approved and paid pursuant to previously filed professional fee statements [Docket Nos. 458, 459, 472, 512, 575].  As of the date hereof, the balance owed to the Applicant for fees and expenses is $39,096.98, representing (i) holdbacks from the Remaining Period, plus (ii) fees of $22,395.00 and expenses of $259.48 incurred from August 1 through August 19, 2021 (*i.e.*, the portion of August 2021 prior to the occurrence of the Effective Date of the Plan (as defined below)).

| Time Period Covered | Date Filed | Docket No. | Fees Incurred (100%) | Fees (80%) | Expenses (100%) | Total Approved and Paid Pursuant to Fee Procedures Order | 20% Holdback |
|---|---|---|---|---|---|---|---|
| 03/01/21-03/31/21 | 05/12/21 | 458 | $7,980.00 | $6,384.00 | $18.00 | $6,402.00 | $1,596.00 |
| 04/01/21-04/30/21 | 05/13/21 | 459 | $9,975.00 | $7,980.00 | $359.03 | $8,339.03 | $1,995.00 |
| 05/01/21-05/31/21 | 06/11/21 | 472 | $12,090.00 | $9,672.00 | $411.72 | $10,083.72 | $2,418.00 |
| 06/01/21-06/30/21 | 07/16/21 | 512 | $22,387.50 | $17,910.00 | $323.24 | $18,233.24 | $4,477.50 |
| 07/01/21-07/31/21 | 08/23/21 | 575 | $29,780.00 | $23,824.00 | $498.30 | $24,322.30 | $5,956.00 |
| 08/01/21-08/19/21[3] | N/A | N/A | $22,395.00 | N/A | $259.48 | N/A | N/A |
| **Total:** | | | **$104,607.50** | **$65,770.00** | **$1,869.77** | **$67,380.29** | **$16,442.50** |

**C.      The Entire Fee Period**

For the Entire Fee Period (which includes the Remaining Period), Numeric is seeking approval of, on a final basis, compensation in the amount of $134,269.34, comprised of $132,042.50 in fees for professional services rendered, representing 709.50 billed hours of service, and $2,226.84 in actual and necessary expenses.

---

[3]  Numeric has not filed a Professional Fee Statement for the period August 1, 2021 through August 19, 2021.

### III.

**BRIEF NARRATIVE HISTORY AND PRESENT POSTURE OF THE CASE**

**A.    General Background**

On January 14, 2020 (the "<u>Petition Date</u>"), Bridgemark Corporation (the "<u>Debtor</u>") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  Until the Effective Date (as defined below), the Debtor operated its business and managed its affairs as debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  The United States Trustee did not appoint an official committee of unsecured creditors in this case.

**B.    Employment of Numeric**

On March 12, 2020, Numeric filed its *Application of Debtor and Debtor in Possession to Employ Numeric Solutions LLC as Expert Valuation Consultant and John Harris as Expert Witness Effective as of February 24, 2020* [Docket No. 114], which was approved by the order entered on April 14, 2020 [Docket No. 162] (the "<u>Original Employment Order</u>").

The Debtor expected that Numeric would provide valuation consulting and testimony in connection with, *inter alia*, Placentia Development Company, LLC's ("<u>PDC</u>") *Motion to Dismiss Chapter 11 Case Pursuant to 11 U.S.C. § 1112(b)* and its *Motion for Full Relief From the Automatic Stay Under 11 U.S.C. § 362* (collectively, the "<u>PDC Motions</u>").  Pursuant to the PDC Motions, PDC sought a dismissal of the Debtor's chapter 11 case, or alternatively, the appointment of a chapter 11 trustee or the conversion of the case to one under chapter 7 of the Bankruptcy Code.  At the initial hearing on the PDC Motions on February 26, 2020, the Bankruptcy Court indicated that unless the Debtor filed a confirmable plan of reorganization by April 29, 2020, it was inclined to dismiss the bankruptcy case or grant relief from the automatic stay.  At that time, it was also expected that Numeric would provide consulting and valuation services in connection with a proposed plan of reorganization.

Between the initial hearing on the PDC Motions (February 26, 2020) and the continued hearing date (April 29, 2020), however, the COVID-19 pandemic resulted in some of the steepest drops in crude oil prices in the last forty years.  The dramatic decrease in the price of oil (and the resulting impact on the value of the Debtor's assets) and the uncertainty of the continued demand

1    for oil due to the COVID-19 crisis made it impossible for the Debtor to file a confirmable plan of

2    reorganization prior to the continued hearing date on the PDC Motions set for April 29, 2020.

3          On about April 15, 2020, the Debtor, Robert Hall and PDC reached a conditional

4    settlement of all issues among them, and executed a settlement term sheet (as amended, the "Term

5    Sheet").[4]  Following extensive negotiations, on or about March 9, 2021, the parties entered into

6    the "Definitive Documentation" contemplated by the Term Sheet, including a Settlement

7    Agreement, an Asset Purchase Agreement, and related agreements (collectively, the

8    "Agreements").  The Agreements provided for, *inter alia*, John Harris of Numeric to be appointed

9    Chief Wind-Down Officer of the Debtor upon the closing of the subject transactions.

10         On March 10, 2021, the Debtor filed a motion seeking approval of the Agreements and

11    related relief [Docket No. 392] (the "Approval Motion").  On April 28, 2021, the Court entered its

12    *Order (I) Approving Settlement Agreement … [and] (IV) Modifying Order Authorizing*

13    *Employment of Numeric Solutions, LLC [Etc.]* [Docket No. 442] (the "Approval Order").[5]

14    Pursuant to the Approval Order, John Harris was appointed the Chief Wind-Down Officer of the

15    Debtor effective as of April 30, 2021 (the closing date of the transactions that are subject to the

16    Approval Order).

17         In his capacity as Chief Wind-Down Officer, Mr. Harris is authorized to perform the

18    following services:  (i) appropriate claim administration, reconciliation, satisfactions,

19    compromises, and/or objections with respect to claims that were not Assumed Obligations

20    transferred to Buyer; (ii) appropriate reconciliation and satisfaction of any remaining obligations

---

[4]   Shortly thereafter, PDC approached Numeric and asked that it provide certain services (the "TBI Services") to its parent Toll Brothers, Inc. ("TBI") in order to facilitate the Settlement and the consummation of a sale transaction. With the written consent of the Debtor pursuant to an Agreement dated June 23, 2020 (the "Numeric Waiver"), Numeric agreed to do so and entered into two engagement agreements with TBI: (1) Letter Agreement dated June 15, 2020 pursuant to which Numeric proposed to provide, "technical and financial services regarding the evaluation and potential sale of certain of Bridgemark Corporation's interests" (the "Technical Services Agreement," attached to Numeric's first interim fee application [Docket No. 362] as Exhibit 2 to the Numeric Waiver), and (2) Letter Agreement dated June 15, 2020 pursuant to which Numeric proposed to provide, "technical services regarding the regulatory change of oil/gas operatorship in Orange County, CA with respect to Bridgemark Corporation's interests" (the "Regulatory Services Agreement," attached as Exhibit 3 to the Numeric Waiver).  A copy of the Numeric Waiver is attached to Numeric's first interim fee application.  TBI is solely responsible to pay Numeric for the TBI Services.  For the avoidance of doubt, the fees and expenses for which approval is sought do not include fees and expenses in connection with the TBI Services.

[5]   Capitalized terms that are not defined herein have the meanings given to them in the Approval Order.

1    to royalty holders that were not Assumed Obligations transferred to Buyer; (iii) appropriate

2    disposition of any remaining assets that were not Purchased Assets transferred to Buyer; (iv)

3    appropriate resolution of all administrative expense applications and related matters of Bankruptcy

4    Case administration, including the filing of all required reports and the payment of all required

5    U.S. Trustee fees; (v) appropriate formulation and prosecution of the liquidating chapter 11 plan

6    contemplated in the Plan Term Sheet; (vi) such other work as is reasonable and appropriate in

7    connection with the administration of the estate and consistent with Bridgemark's bylaws (all

8    terms as defined in the Approval Order).  *See* Approval Order ¶ 51.  The Approval Order modified

9    the Original Employment Order, effective as of March 10, 2021, to the extent necessary to

10   authorize Mr. Harris to perform such services.  *Id.*

11         Thus, work performed in and after March 2021 by Numeric is work performed in Mr.

12   Harris's capacity as Chief Wind-Down Officer with support from other Numeric personnel.  Work

13   performed prior to March 10, 2021 was performed in Numeric's capacity as valuation consultant.

14   Numeric has not performed any work for the Debtor beyond that for which it seeks compensation

15   pursuant to this Final Fee Application.

16   **C.    The Plan Effective Date**

17         On June 30, 2021, the Debtor and PDC jointly filed a chapter 11 plan of liquidation

18   [Docket No. 500] (the "<u>Plan</u>").  On August 18, 2021, the Court entered an order confirming the

19   Plan [Docket No. 568] (the "<u>Confirmation Order</u>").  The Effective Date (as defined in the Plan) of

20   the Plan occurred on August 19, 2021.  *See* Docket No. 569.

21         Pursuant to the Plan, the Confirmation Order, and the Liquidation Trust Agreement (as

22   defined in the Plan), the Liquidation Trust was formed on the Effective Date and Mr. Harris was

23   appointed Liquidation Trustee.  For the avoidance of doubt, this Application does not seek

24   approval of any fees or expenses incurred by Mr. Harris in his capacity as Liquidation Trustee.

25                                      **IV.**

26                   **NARRATIVE STATEMENT OF SERVICES RENDERED**

27         As noted above, Applicant was initially employed to provide consulting services to the

28   Debtor.  Effective as of March 10, 2021, the Original Employment Order was modified to

1    authorize Numeric and Mr. Harris to perform services as Chief Wind-Down Officer pursuant to

2    the Approval Order.

3        Numeric's prior interim fee application provided a narrative of the services rendered by

4    Numeric for the period February 24, 2020 through April 30, 2020 [Docket No. 362] (the "First

5    Interim Period").  All services performed during the First Interim Period were performed in

6    Numeric's capacity as consultant to the Debtor.  In the interest of economy, the narrative is not

7    repeated here, although the narrative is incorporated herein by reference and the time entries in

8    respect of such period are included in the detailed time entries attached hereto.

9        All work performed by Numeric between April 30, 2020 (*i.e.*, the last day of the First

10   Interim Period) and March 1, 2021 were TBI Services for which no compensation is sought from

11   the estate.

12       The following narrative focuses on work performed during the Remaining Period

13   (*i.e.*, March 1, 2021 through August 19, 2021), in Numeric's capacity as Chief Wind-Down

14   Officer, as the activities during that period have not yet been summarized in an interim fee

15   application.

16       As set forth in greater detail in the time entries attached hereto as Exhibit C, Numeric

17   performed services consistent with its authorized role under the Approval Order.  Specifically,

18   Numeric performed the following categories of work:

19       Claim Reconciliation and Administration: Numeric analyzed the claims register in the

20   chapter 11 case and worked with counsel to analyze and prosecute claim objections as appropriate.

21   In particular, Numeric provided substantial support in connection with the pending objections to

22   administrative expense requests filed by John Kraemer and other royalty holders.  Mr. Harris

23   submitted multiple declarations in connection with such claim objections, and Numeric expended

24   significant time and resources compiling information and analysis in response to informal data

25   requests submitted by Mr. Kraemer's counsel.  Numeric also analyzed the Debtor's books and

26   records to determine which claims to include in the Debtor's first omnibus objection to satisfied

27   claim [Docket No. 477], which ultimately was sustained and resulted in the disallowance of nearly

28   30 claims.

1    <u>Closing of Sale Transaction</u>: Numeric coordinated with counsel and Buyer (as defined in

2    the Approval Order) to ensure a smooth and successful closing of the Sale Transaction (as defined

3    in the Approval Order) and resolve disputes in connection therewith.  Among other things,

4    Numeric has engaged in significant post-closing negotiations with Buyer concerning the allocation

5    of certain taxes and other costs and expenses.

6    <u>Plan Formulation and Prosecution</u>: Numeric reviewed and assisted in formulating the Plan.

7    Mr. Harris performed a detailed feasibility analysis in connection with the Plan and submitted a

8    declaration in connection with the Plan.  Numeric also engaged in substantial negotiations with

9    Bridgemark's surety bond providers and insurers in connection with the Plan to ensure an orderly

10   transition of such bonds and insurance to the Liquidation Trust.

11   <u>Preparation for P&A Work</u>: Numeric has performed substantial services to lay the

12   groundwork for the successful completion of the P&A Work (as defined in the Plan).  Among

13   other things, Numeric has obtained preliminary permits and approvals from appropriate regulatory

14   authorities.  Numeric also engaged in a rigorous process to solicit and review bids for the P&A

15   Work (which process was ongoing as of the Effective Date) from licensed contractors.

16   <u>General Case Administration</u>: Following the closing of the Sale Transaction, Numeric has

17   reviewed and finalized the Debtor's Monthly Operating Reports, calculated and paid U.S. Trustee

18   fees, and performed other similar necessary work in connection with administration of the chapter

19   11 case.

20

21

22

23

24

25

26

27

28

**A.      Professional Fees**

Exhibit A is a summary of Numeric's professional fees and hours for the Remaining Period, organized by month.

Exhibit B is a summary of Numeric's professional fees and hours for the Entire Fee Period, organized by month.

Exhibit C contains a complete chronological listing of each item entry during the Remaining Period.

**B.      Expenses**

Exhibit D is a summary and itemized list of Numeric's expenses for the Remaining Period.

Exhibit E is a summary and itemized list of Numeric's expenses for the Entire Fee Period.

**C.      Hours and Amounts Billed**

Exhibit F is a summary of the total number of hours billed and the dollar amounts expended by each professional in rendering services during the Remaining Period.

Exhibit G is a summary of the total number of hours billed and the dollar amounts expended by each professional in rendering services during the Entire Fee Period.

**D.      Professional Education and Experience**

Descriptions of the professional education and experience of each of the professionals rendering service in this case during the Entire Fee Period are set forth on Exhibit H attached hereto.

**E.      Separately Filed Declaration of the Client**

Applicant will separately file a declaration from the client indicating that the client has reviewed the Final Fee Application and has no objection to it.

**F.      Statement of the Applicant Regarding Compliance with LBR 2016-1**

The attached declaration of John Harris sets forth that the Applicant has reviewed LBR 2016-1 and that the Final Fee Application is in compliance with such rule.

1    **G.    No Fee Sharing**

2        No agreement has been made by any member of the Applicant or by any employee thereof,

3    directly or indirectly, and no understanding exists for a division of fees sought herein with any

4    other person.

5    <center>**V.**</center>

6    <center>**REQUEST FOR FINAL COMPENSATION**</center>

7        Pursuant to Bankruptcy Code section 330(a)(1), the Court may award to professionals who

8    have been employed under Bankruptcy Code section 327 reasonable compensation for their

9    services, as well as reimbursement for all actual and necessary expenses.  11 U.S.C. § 330(a)(1).

10    As stated by the Ninth Circuit Court of Appeals in *Yermakov v. Fitzsimmons (In re Yermakov)*,

11    718 F.2d 1465, 1471 (9th Cir. 1983): "The primary method used to determine a reasonable

12    attorney fee in a bankruptcy case is to multiply the number of hours expended by an hourly rate."

13    *See also In re Hunt*, 238 F.3d 1098, 1105 (9th Cir. 2001) (citing *In re Yermakov*).  Bankruptcy

14    Code section 330(a)(3) further provides that the Court "shall consider the nature, the extent and

15    the value of such services, taking into account all relevant factors."  11 U.S.C. § 330(a)(3).  These

16    factors include the time spent on the services, the rates charged for the services, whether the

17    services were necessary or beneficial, whether the services were performed within a reasonable

18    amount of time, whether the professional has demonstrated skill and experience in its field, and

19    whether the compensation is reasonable based on compensation customarily charged by

20    comparable professionals.

21        As set forth above in the narrative description of Numeric's services, Numeric's services

22    provided a tremendous benefit to the estate.  Numeric played an integral role in effectuating the

23    Sale Transaction and Plan, which ultimately resulted in payment in full for all holders of allowed

24    claims.  In connection with the Approval Order, Numeric agreed to reduce its hourly rate from

25    $275 per hour to $175 per hour for work performed in Mr. Harris's capacity as Chief Wind-Down

26    Officer.  Numeric's hourly rate of $175.00 per hour is a reasonable rate for such services in light

27    of the skill and experience of Numeric's professionals, and the total fees and expenses incurred by

28    Numeric are reasonable and appropriate in light of the results obtained and all other

1 circumstances. In short, Numeric believes that the services for which compensation is sought in
2 this Final Fee Application have been beneficial to the estate, the costs incurred have been
3 necessary and proper, and that the sums requested for the services rendered and the costs incurred
4 are fair and reasonable.

5                                                    **VI.**

6                                            **CONCLUSION**

7        **WHEREFORE**, Numeric respectfully requests entry of an order of this Court:

8 (1) allowing compensation to Numeric, on a final basis, for services rendered and expenses

9 incurred during the Entire Fee Period, in the total amount of $134,269.34, comprised of fees for

10 services rendered of $132,042.50 and expenses incurred of $2,226.84; (2) authorizing and

11 directing the Debtor to pay the unpaid balance of that amount of $39,096.98 to Numeric; and

12 (3) granting any other relief that this Court deems necessary and appropriate.

13

14    DATED:  September 20, 2021                     NUMERIC SOLUTIONS, LLC

15
                                                     By: _____
16                                                       John Harris, President

17

18

19

20

21

22

23

24

25

26

27

28

182207.3                                    10

**DECLARATION OF JOHN HARRIS**

I, John Harris, declare and state as follows:

1.      I am President of Numeric Solutions, LLC ("Numeric" or the "Applicant").  On August 19, 2021, the Debtor's Plan became effective and I was appointed Liquidation Trustee of the Bridgemark Liquidation Trust pursuant to the Plan.  From March 10, 2021 through August 19, 2021, I served as Chief Wind-Down Officer of the Debtor.

2.      I have personal knowledge of the facts set forth in the foregoing Final Fee Application and, if called upon as a witness, I could and would competently testify as to all of the matters stated therein.

3.      I have personally reviewed the information contained in the Final Fee Application, and believe its contents to be true and correct to the best of my knowledge, information, and belief.

4.      I have personally reviewed the professional fee statements and invoices in this matter, and the bills represent true and correct charges to the best of my knowledge, information, and belief.

5.      I have reviewed the requirements of LBR 2016-1 and believe that this Final Fee Application is in compliance with such rule.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of September 2021 at Ventura, California.

John Harris

# EXHIBIT A

EXHIBIT A

**Summary of Fees and Hours for the Remaining Period**

**(March 1, 2021 - August 19, 2021)**

### Monthly Summary of Amounts Billed

| March 2021 | April 2021 | May 2021 | June 2021 | July 2021 | August 1-19, 2021 | Total |
|---|---|---|---|---|---|---|
| $7,980.00 | $9,975.00 | $12,090.00 | $22,387.50 | $29,780.00 | $22,395.00 | **$104,607.50** |

### Monthly Summary of Hours Billed

| March 2021 | April 2021 | May 2021 | June 2021 | July 2021 | August 1-19, 2021 | Total |
|---|---|---|---|---|---|---|
| 45.60 | 57.00 | 72.80 | 130.90 | 172.40 | 130.20 | **608.90** |

# EXHIBIT B

**EXHIBIT 8**

**Summary of Fees and Hours for the Entire Fee Period**

**(February 24, 2020 - August 19, 2021)**

**Monthly Summary of Amounts Billed**

| February 24 - March 31, 2020 | April 2020 | March 2021 | April 2021 |
|---|---|---|---|
| $22,770.00 | $4,665.00 | $7,980.00 | $9,975.00 |

| May 2021 | June 2021 | July 2021 | August 1-19, 2021 | Total |
|---|---|---|---|---|
| $12,090.00 | $22,387.50 | $29,780.00 | $22,395.00 | **$132,042.50** |

**Monthly Summary of Hours Billed**

| February 24 - March 31, 2020 | April 2020 | March 2021 | April 2021 |
|---|---|---|---|
| 82.80 | 17.80 | 45.60 | 57.00 |

| May 2021 | June 2021 | July 2021 | August 1-19, 2021 | Total |
|---|---|---|---|---|
| 72.80 | 130.90 | 172.40 | 130.20 | **709.50** |

# EXHIBIT C

EXHIBIT B

**Time Entries for the Remaining Period**
**(March 1, 2021 - August 19, 2021)**

| Date | Professional | Narrative | Billing Rate | Hours Billed | Amount Billed |
|---|---|---|---|---|---|
| 03/10/21 | JH | Call with Legal transition | $175.00 | 2.50 | $437.50 |
| 03/10/21 | MJ | Legal support/calls on final schedules/ DD for Legal/ Schedules for APA, leases | $175.00 | 2.50 | $437.50 |
| 03/11/21 | MJ | Al Pref Right with legal/ Call Toll and DD | $175.00 | 1.80 | $315.00 |
| 03/12/21 | MJ | Legal Q&A / update call /APA legal Questions | $175.00 | 1.80 | $315.00 |
| 03/15/21 | EW | Call on well abandonments; write blurb on effect of abandonments | $175.00 | 2.00 | $350.00 |
| 03/15/21 | JH | Call on well abandonments with Interact and company | $175.00 | 3.50 | $612.50 |
| 03/15/21 | MJ | Legal re: P&A motion, call, email/ Scehules for PA, settlement order Q&A | $175.00 | 2.50 | $437.50 |
| 03/16/21 | MJ | Well list review / VDr manage | $175.00 | 0.80 | $140.00 |
| 03/17/21 | MJ | Wind down mgmt calls | $175.00 | 1.80 | $315.00 |
| 03/18/21 | MJ | Call with Seller/ APA Exhibit review/ Insurance APA; Legal support/calls on schedules; BK docs | $175.00 | 1.80 | $315.00 |
| 03/18/21 | MJ | Review and set up tasks for liquidation plan | $175.00 | 0.80 | $140.00 |
| 03/19/21 | EW | Call on Bridgemark Wind-down/ call on transition | $175.00 | 1.30 | $227.50 |
| 03/19/21 | JH | Call on Bridgemark Wind-down | $175.00 | 1.00 | $175.00 |
| 03/19/21 | MJ | Org call and doc mgmt /review of received items | $175.00 | 1.50 | $262.50 |
| 03/22/21 | EW | Email etc. on wind-down | $175.00 | 0.50 | $87.50 |
| 03/22/21 | JH | Call on wind down | $175.00 | 1.00 | $175.00 |
| 03/22/21 | MJ | Task review and project mgmt | $175.00 | 1.50 | $262.50 |
| 03/23/21 | MJ | Review filings and tasks | $175.00 | 0.80 | $140.00 |
| 03/24/21 | EW | Call | $175.00 | 1.00 | $175.00 |
| 03/24/21 | JH | Calls with Legal and Company | $175.00 | 2.00 | $350.00 |
| 03/24/21 | MJ | Call with Bridgemark, org/dd; Rob P. call, doc review | $175.00 | 1.80 | $315.00 |
| 03/25/21 | EW | Calls | $175.00 | 0.50 | $87.50 |
| 03/25/21 | JH | Calls with Legal and Company | $175.00 | 2.00 | $350.00 |
| 03/25/21 | MJ | P&A bids initial review/call Interact; Kraemer legal requests | $175.00 | 3.30 | $577.50 |
| 03/26/21 | MJ | Kraemer legal requests/declaration; Feb month operating report | $175.00 | 2.00 | $350.00 |
| 03/29/21 | MJ | Kraemer legal request / document damages / call/title | $175.00 | 1.30 | $227.50 |
| 03/30/21 | MJ | Legal calls / final ruling read and CWD process | $175.00 | 1.50 | $262.50 |
| 03/31/21 | MJ | CWD rulings review; call | $175.00 | 0.80 | $140.00 |
| 04/01/21 | EW | Call with InterAct | $175.00 | 0.50 | $87.50 |
| 04/01/21 | MJ | Project mgmt - review court filings | $175.00 | 0.80 | $140.00 |
| 04/02/21 | MJ | Call buyer/ Numeric | $175.00 | 0.50 | $87.50 |
| 04/05/21 | MJ | Case docket review | $175.00 | 0.50 | $87.50 |
| 04/06/21 | MJ | Billing and Cash analysis review ; calls/email | $175.00 | 1.30 | $227.50 |
| 04/07/21 | MJ | Case update / docket | $175.00 | 0.50 | $87.50 |
| 04/08/21 | MJ | Doc review on case approval and next steps ; calls | $175.00 | 0.80 | $140.00 |
| 04/09/21 | MJ | Call and project mgmt | $175.00 | 0.50 | $87.50 |
| 04/12/21 | EW | Review list of Bridgemark wells with TVDs from InterAct; Update and organize list; send to Jeff | $175.00 | 1.00 | $175.00 |
| 04/12/21 | MJ | Call and project mgmt | $175.00 | 0.80 | $140.00 |
| 04/13/21 | MJ | Royalty review ; call ; title with cole | $175.00 | 1.00 | $175.00 |
| 04/14/21 | EW | Update reserves for 10 wells on PDC tract for estimated royalty valuation; call to review valuation | $175.00 | 1.50 | $262.50 |

**EXHIBIT 1**
**Time Entries for the Remaining Period**
**(March 1, 2021 - August 19, 2021)**

| Date | Professional | Narrative | Billing Rate | Hours Billed | Amount Billed |
|---|---|---|---|---|---|
| 04/14/21 | MJ | Title and royalty damages | $175.00 | 1.00 | $175.00 |
| 04/15/21 | MJ | Royalty damages | $175.00 | 0.80 | $140.00 |
| 04/16/21 | MJ | Project mgmt | $175.00 | 0.50 | $87.50 |
| 04/19/21 | EW | TVDs for Dowling wells and Mejia Unit wells; review abandonment cost estimates | $175.00 | 1.50 | $262.50 |
| 04/19/21 | MJ | P&A review bids, invoicing, calls | $175.00 | 1.30 | $227.50 |
| 04/20/21 | DS | Review Inteact Placentia abandonment costs and call with Eric W. to provide conclusions. | $175.00 | 2.50 | $437.50 |
| 04/20/21 | EW | Calls on abandonment cost estimates; call with interact; call with Engineer to review estimates; call with Peter Kim to review plan and cost estimates | $175.00 | 2.50 | $437.50 |
| 04/20/21 | MJ | P&A call, Bid Review, Invoicing, follow up call | $175.00 | 1.50 | $262.50 |
| 04/21/21 | EW | Write summary of discussion and notes from Donn S on abandonments | $175.00 | 0.50 | $87.50 |
| 04/21/21 | MJ | DIP account audit, emails/call, billing | $175.00 | 2.00 | $350.00 |
| 04/22/21 | EW | Internal call | $175.00 | 0.50 | $87.50 |
| 04/22/21 | MJ | DIP account audit, emails/call, billing, docket read | $175.00 | 2.00 | $350.00 |
| 04/23/21 | MJ | DIP accounts writeup/ research and audit | $175.00 | 2.30 | $402.50 |
| 04/25/21 | MJ | Emails | $175.00 | 0.30 | $52.50 |
| 04/26/21 | MJ | Legal email / dIP account audit / call Erin Gray | $175.00 | 1.30 | $227.50 |
| 04/27/21 | MJ | Calls ; Cash collateral review | $175.00 | 1.00 | $175.00 |
| 04/28/21 | EW | Closing docs; sign documents | $175.00 | 0.50 | $87.50 |
| 04/28/21 | MJ | P&A ; project mgmt | $175.00 | 1.30 | $227.50 |
| 04/29/21 | EW | Drive to Bridgemark office; drive to Brea, lunch with Peter Kim; drive to Richfield to see tract; drive home | $175.00 | 10.00 | $1,750.00 |
| 04/29/21 | JH | Drive to Bridgemark office; drive to Brea, lunch with Peter Kim; drive to Richfield to see tract; drive home. | $175.00 | 10.00 | $1,750.00 |
| 04/29/21 | MJ | Meeting on site; Peter Kim meet; closing diligence requests | $175.00 | 3.00 | $525.00 |
| 04/30/21 | MJ | Closing email, projet mgmt, calls | $175.00 | 1.00 | $175.00 |
| 05/03/21 | JH | project mgmt, calls, invoicing, to dos, organize bridgemark calls, communicate with legal | $175.00 | 1.40 | $245.00 |
| 05/03/21 | MJ | project mgmt, calls, invoicing, to dos | $175.00 | 1.30 | $227.50 |
| 05/04/21 | JH | review financing, engineering P&A review, travel and team call | $175.00 | 2.20 | $385.00 |
| 05/04/21 | MJ | team call ; financials review, to dos | $175.00 | 1.80 | $315.00 |
| 05/05/21 | JH | Meet with engineers and vendors for P&A, work at Bridgemark, | $175.00 | 3.00 | $525.00 |
| 05/05/21 | MJ | financials ; emails ; insurance | $175.00 | 1.00 | $175.00 |
| 05/06/21 | JH | communications with legal. review proof of claim | $175.00 | 0.40 | $70.00 |
| 05/06/21 | MJ | project mgmt | $175.00 | 1.00 | $175.00 |
| 05/07/21 | AK | March Invoicing, creating spreadsheet for court filing. | $45.00 | 1.50 | $67.50 |
| 05/07/21 | MJ | invoices, court filings, insurance, MOR | $175.00 | 1.80 | $315.00 |
| 05/08/21 | JH | communications with legal. review legal budget and requirements | $175.00 | 2.20 | $385.00 |
| 05/08/21 | MJ | emails, project mgmt legal vendors | $175.00 | 1.50 | $262.50 |
| 05/09/21 | MJ | emails, project mgmt | $175.00 | 1.30 | $227.50 |
| 05/10/21 | MJ | emails, project mgmt | $175.00 | 2.80 | $490.00 |

EXHIBIT "B"
**Time Entries for the Remaining Period**
**(March 1, 2021 - August 19, 2021)**

| Date | Professional | Narrative | Billing Rate | Hours Billed | Amount Billed |
|---|---|---|---|---|---|
| 05/11/21 | MJ | weekly call, financial/legal diligence, cf model | $175.00 | 2.50 | $437.50 |
| 05/12/21 | AK | Filed out March Professional fee statement. Finalized spreadsheet and submitted it to Samuel & Shanda for review. Started spreadsheet for April's invoice. | $45.00 | 2.00 | $90.00 |
| 05/12/21 | JH | work with 3rd party P&A specialists / turnkey bids, load VDR | $175.00 | 3.30 | $577.50 |
| 05/12/21 | MJ | BM call tax, office travel and meetings with Carol/Jennifer | $175.00 | 6.80 | $1,190.00 |
| 05/13/21 | Ak | Finished April spreadsheet. Filled out April's Professional fee statement, and sumbitted it to Samuel and Shanda. | $45.00 | 1.50 | $67.50 |
| 05/13/21 | JH | travel, team call | $175.00 | 1.00 | $175.00 |
| 05/13/21 | MJ | insurance call with Tony; binder review, project mgmt | $175.00 | 1.80 | $315.00 |
| 05/14/21 | JH | work at Bridgemark, review financing, IT handover, migrate data and share select files with buyer | $175.00 | 3.00 | $525.00 |
| 05/14/21 | MJ | call and project mgmt , documentation | $175.00 | 0.80 | $140.00 |
| 05/17/21 | JH | P&A engineering discussion | $175.00 | 0.80 | $140.00 |
| 05/17/21 | MJ | project mgmt, closing binder, insurance | $175.00 | 0.80 | $140.00 |
| 05/18/21 | MJ | project mgmt, call, MSA, insurance | $175.00 | 1.50 | $262.50 |
| 05/19/21 | JH | travel, team call | $175.00 | 1.00 | $175.00 |
| 05/19/21 | MJ | insurance | $175.00 | 0.50 | $87.50 |
| 05/20/21 | JH | Call with P&A engineer, review updated materials, work at Bridgemark, work with 3rd party P&A specialists / turnkey bids, load VDR | $175.00 | 3.60 | $630.00 |
| 05/20/21 | MJ | BM office travel and meetings with John/Jennifer | $175.00 | 6.00 | $1,050.00 |
| 05/21/21 | MJ | project mgmt, cash flow model | $175.00 | 0.80 | $140.00 |
| 05/22/21 | JH | work with 3rd party P&A specialists / turnkey bids, load VDR | $175.00 | 2.00 | $350.00 |
| 05/22/21 | MJ | wind down schedule | $175.00 | 0.50 | $87.50 |
| 05/24/21 | MJ | project mgmt ; PFS project | $175.00 | 1.00 | $175.00 |
| 05/25/21 | MJ | tax, weekly call, project mgmt, pfs project | $175.00 | 1.30 | $227.50 |
| 05/26/21 | JH | It oversight, P&A project mgmt | $175.00 | 1.50 | $262.50 |
| 05/26/21 | MJ | IT, call John, toll emails, project mgmt | $175.00 | 1.50 | $262.50 |
| 05/27/21 | MJ | insurance, project mgmt, MOR | $175.00 | 0.80 | $140.00 |
| 05/28/21 | JH | MOR review and call with team, migrate data to buyer, review P&A proceedures | $175.00 | 2.30 | $402.50 |
| 05/28/21 | MJ | MOR final ; call John; property tax/recording issue | $175.00 | 1.00 | $175.00 |
| 06/01/21 | MJ | Tax, doc review | $175.00 | 0.50 | $87.50 |
| 06/02/21 | JH | Motion to withdraw | $175.00 | 0.30 | $52.50 |
| 06/02/21 | MJ | Weekly call, budget, call John, legal emails | $175.00 | 1.30 | $227.50 |
| 06/04/21 | MJ | Royalty; PFS; admin | $175.00 | 0.50 | $87.50 |
| 06/07/21 | EW | Internal Call(s) | $175.00 | 0.50 | $87.50 |
| 06/07/21 | MJ | Insurance, permit transfer, calls | $175.00 | 1.00 | $175.00 |
| 06/08/21 | JH | Call with Rob Pfister | $175.00 | 0.40 | $70.00 |
| 06/08/21 | MJ | Weekly call, D&O, tax letter, project mgmt | $175.00 | 2.30 | $402.50 |
| 06/09/21 | AK | Started spreadsheet, emailed to John to fill out his portion, emailed to Mike to go over | $45.00 | 1.00 | $45.00 |
| 06/09/21 | GR | Collect and organize CalGEM Well Records | $175.00 | 0.80 | $140.00 |
| 06/09/21 | MJ | Project mgmt, email, insurance | $175.00 | 1.00 | $175.00 |

**Time Entries for the Remaining Period**

**(March 1, 2021 - August 19, 2021)**

| Date | Professional | Narrative | Billing Rate | Hours Billed | Amount Billed |
|---|---|---|---|---|---|
| 06/10/21 | AK | Finished spreadsheet, filled out Professional Fee Statement & submitted to lawyers | $45.00 | 2.00 | $90.00 |
| 06/10/21 | JH | Drive to BM, work on file sharing, meet with contractors, project management | $175.00 | 9.00 | $1,575.00 |
| 06/10/21 | MJ | BM office travel and meetings with Jennifer | $175.00 | 8.50 | $1,487.50 |
| 06/10/21 | PG | API, Depth, P&A Dates, download all files for 16/17 wells from Calgem's WellStar | $175.00 | 2.00 | $350.00 |
| 06/11/21 | JH | Revew suspense acct. Call with team. Call with Eagle / CalNRG | $175.00 | 1.30 | $227.50 |
| 06/11/21 | MJ | MOR, call John, Jeff, Jennifer, Tax/April reconciliation | $175.00 | 2.00 | $350.00 |
| 06/11/21 | PG | Creation of Table of Contents for the Bridgemark DropBox. Upload CalGEM files on to DropBox. Create zip files. Drafting and sending of emails - requesting turn key bids by 6/25/2021 | $175.00 | 3.00 | $525.00 |
| 06/14/21 | JH | Work on geomodel review for abandonment plugs | $175.00 | 1.30 | $227.50 |
| 06/14/21 | MJ | MOR, letter, project mgmt | $175.00 | 1.30 | $227.50 |
| 06/15/21 | JH | Review MOR, execute MOR, calls with team | $175.00 | 2.30 | $402.50 |
| 06/15/21 | MJ | BM office - Financial review and meetings | $175.00 | 6.50 | $1,137.50 |
| 06/16/21 | MJ | Email on Eagle, calls, Q&A/project mgmt | $175.00 | 0.80 | $140.00 |
| 06/17/21 | JH | Drive to BM, work on finances, call with team, P&A project manangement | $175.00 | 9.30 | $1,627.50 |
| 06/17/21 | MJ | Call with John, project mgmt, call with Toll | $175.00 | 1.00 | $175.00 |
| 06/17/21 | MM | For past P&A well study, worked on marker top identification for abandonment assessment / engineering | $175.00 | 2.00 | $350.00 |
| 06/18/21 | JH | Review abandonment configuration and depths to key markers / plug locations | $175.00 | 3.30 | $577.50 |
| 06/18/21 | MJ | Audit for Toll, call Peter Kim (Toll), calls, P&A estimates | $175.00 | 3.30 | $577.50 |
| 06/18/21 | MM | For past P&A well study, worked on marker top identification for abandonment assessment / engineering | $175.00 | 2.00 | $350.00 |
| 06/19/21 | MJ | Email and bid review | $175.00 | 0.50 | $87.50 |
| 06/21/21 | JH | Bridgemark - Plan Feasibility Analysis, review MOR | $175.00 | 3.80 | $665.00 |
| 06/21/21 | MJ | Invoicing; docket review; PFSs; re-abandonment 7 well call, call Sam legal | $175.00 | 2.30 | $402.50 |
| 06/22/21 | MJ | Legal insurance/model for filing; P&A Update, project mgmt; filing prep | $175.00 | 3.80 | $665.00 |
| 06/23/21 | JH | Team call, process bids on equipment | $175.00 | 1.30 | $227.50 |
| 06/23/21 | MJ | Weekly call, follow up, legal prep | $175.00 | 3.30 | $577.50 |
| 06/24/21 | JH | Receive and review bids for equipment (pumping units, rods and tubing) | $175.00 | 1.50 | $262.50 |
| 06/24/21 | MJ | Final Trust plan/filings review; calls; financial analysis; bid analysis; legal emails | $175.00 | 3.30 | $577.50 |
| 06/25/21 | AK | Spreadsheet of all bids | $45.00 | 0.50 | $22.50 |
| 06/25/21 | EW | Review OWS bid on abandonments; Call with Tim Foss at OWC | $175.00 | 1.00 | $175.00 |
| 06/25/21 | JH | Receive, consolidate and review P&A and remediation bids, call with KTBS | $175.00 | 3.30 | $577.50 |
| 06/25/21 | MJ | Royalty chart, bids, legal call, asset sale bids, calls John | $175.00 | 2.80 | $490.00 |

**Time Entries for the Remaining Period**
**(March 1, 2021 - August 19, 2021)**

| Date | Professional | Narrative | Billing Rate | Hours Billed | Amount Billed |
|---|---|---|---|---|---|
| 06/27/21 | JH | Objection to Hall Proof of Claim, Bridgemark - Royalty Holder Admin Claims | $175.00 | 3.60 | $630.00 |
| 06/28/21 | Ak | Spreadsheet of all Royalty holders. | $45.00 | 0.50 | $22.50 |
| 06/28/21 | JH | Review Declarations, sign documents, communicate with team | $175.00 | 4.30 | $752.50 |
| 06/28/21 | MJ | Review filings; call Numeric; review all exhibits and check books for claims | $175.00 | 2.30 | $402.50 |
| 06/29/21 | EW | Call with Numeric Team - P&A technical questions | $175.00 | 1.00 | $175.00 |
| 06/29/21 | JH | Work on bid consolidation, sign legal docs, Review as-filed Plan, Confirmation Motion, and Harris Declaration, including all exhibits | $175.00 | 3.50 | $612.50 |
| 06/29/21 | MJ | Weekly call, KTSB call on RLI and Argonaut, contact bond holders, bid review | $175.00 | 3.00 | $525.00 |
| 06/29/21 | MM | For past P&A well study, worked on marker top identification for abandonment assessment / engineering | $175.00 | 2.00 | $350.00 |
| 06/30/21 | EW | Meeting; review abandonment quotes | $175.00 | 1.50 | $262.50 |
| 06/30/21 | JH | Work on bid consolidation, sign legal docs, Review as-filed Plan, Confirmation Motion, and Harris Declaration, including all exhibits | $175.00 | 7.00 | $1,225.00 |
| 06/30/21 | MJ | Ancillary equipment bids; final filings read/diligence, accounting/vendors | $175.00 | 4.30 | $752.50 |
| 07/01/21 | EW | Call to go over abandonment bids | $175.00 | 1.50 | $262.50 |
| 07/01/21 | JH | emails, calls on bidding process, discuss TC's with vendors | $175.00 | 4.10 | $717.50 |
| 07/01/21 | MJ | email, calls, accounting, bid call, questions, model | $175.00 | 3.80 | $665.00 |
| 07/02/21 | JH | work on budget, calls with team, modeling | $175.00 | 2.30 | $402.50 |
| 07/02/21 | MJ | vendors/sensitize model/finalize, call, emails vendors, insurance | $175.00 | 2.30 | $402.50 |
| 07/03/21 | MJ | variable bid correspondence | $175.00 | 1.30 | $227.50 |
| 07/04/21 | KW | SCAQMD Transfers | $175.00 | 1.50 | $262.50 |
| 07/05/21 | JH | work on vendor SOW and selection process | $175.00 | 2.10 | $367.50 |
| 07/05/21 | KW | Complete Transfers | $175.00 | 4.50 | $787.50 |
| 07/06/21 | EW | Internal Call(s) | $175.00 | 0.50 | $87.50 |
| 07/06/21 | MJ | Eagle property tax, call Eagle, insurance, banking, P&A bid package to Toll, bonds with Rob P. | $175.00 | 2.80 | $490.00 |
| 07/07/21 | EW | Call with Steve Coombs - engineering | $175.00 | 0.80 | $140.00 |
| 07/07/21 | JH | work on vendor SOW and selection process, call P.Kim on P&A Bids, internal weekly call, property taxes, bid calls vendors, legal emails, project mgmt, re-abandonment call | $175.00 | 4.30 | $752.50 |
| 07/07/21 | MJ | call P.Kim on P&A Bids, internal weekly call, property taxes, bid calls vendors, legal emails, project mgmt, re-abandonment call | $175.00 | 5.50 | $962.50 |
| 07/08/21 | EW | Call on potential re-abandonments | $175.00 | 1.00 | $175.00 |
| 07/08/21 | EW | Prepare for hearing, hearing; call on outcome and next steps | $175.00 | 3.30 | $577.50 |
| 07/08/21 | JH | prep and attend vendor interviews | $175.00 | 2.00 | $350.00 |
| 07/08/21 | MJ | BM office travel and meetings with Jennifer | $175.00 | 5.80 | $1,015.00 |
| 07/09/21 | EW | Call with MMI | $175.00 | 0.50 | $87.50 |

EXHIBIT 1

**Time Entries for the Remaining Period**

**(March 1, 2021 - August 19, 2021)**

| Date | Professional | Narrative | Billing Rate | Hours Billed | Amount Billed |
|---|---|---|---|---|---|
| 07/09/21 | MJ | bond call Argonaut, internal call, quitclaim Hall Casa Real, call MMI recap, call TKAS, re-abandon follow up | $175.00 | 3.30 | $577.50 |
| 07/12/21 | JH | PFS review, call with team, MOR check | $175.00 | 1.10 | $192.50 |
| 07/12/21 | MJ | PFS review, call JH, MOR check | $175.00 | 2.50 | $437.50 |
| 07/13/21 | JH | MOR, D&O, internal call, well files, P&A cost update | $175.00 | 0.80 | $140.00 |
| 07/13/21 | MJ | MOR, D&O, internal call, well files, P&A cost update | $175.00 | 2.30 | $402.50 |
| 07/13/21 | PG | Call with Leonard Taylor about issue with the permit wording and clashes to the contingency plan if the 7 1/2 " casing pressure doesn't hold for the Morse 2. | $175.00 | 0.30 | $52.50 |
| 07/14/21 | AK | Started time allocation spreadsheet, emailed to John to fill out his portion, emailed to Mike to go over. | $45.00 | 1.00 | $45.00 |
| 07/14/21 | JH | PFS review / sign off | $175.00 | 1.00 | $175.00 |
| 07/14/21 | MJ | project mgmt, P&A update | $175.00 | 1.30 | $227.50 |
| 07/15/21 | AK | Finished spreadsheet, filled out Professional Fee Statement & submitted to legal. | $45.00 | 2.00 | $90.00 |
| 07/15/21 | JH | prep and attend vendor interviews, review claims and claimant's declaration | $175.00 | 5.30 | $927.50 |
| 07/15/21 | MJ | P&A call, objection/filing review, A/P mgmt. | $175.00 | 1.80 | $315.00 |
| 07/16/21 | MJ | MSA call, ancillary equipment, interviews P&A Dtek and TKAS | $175.00 | 2.30 | $402.50 |
| 07/16/21 | PG | Morse 2 & Morse 6 dicussions for Turnkey bid with Lenard and Mike. | $175.00 | 0.50 | $87.50 |
| 07/18/21 | PG | Morse 2 & Morse 6 update for Lenard | $175.00 | 0.30 | $52.50 |
| 07/19/21 | JH | working on bonding request; ancillary equipment sale, review legal questions | $175.00 | 4.30 | $752.50 |
| 07/19/21 | MJ | Bonding request ; ancillary equipment PSA Draft | $175.00 | 2.50 | $437.50 |
| 07/19/21 | PG | Call from Lenard to re-confirm prior call details. | $175.00 | 0.30 | $52.50 |
| 07/20/21 | EW | Weekly Call | $175.00 | 0.50 | $87.50 |
| 07/20/21 | JH | weekly call ; accounting ; PSA to Buyer ; D&O ; Legal Q&A | $175.00 | 6.30 | $1,102.50 |
| 07/20/21 | MJ | weekly call ; accounting ; PSA to Buyer ; D&O ; Legal Q&A | $175.00 | 2.00 | $350.00 |
| 07/21/21 | EW | Calls on Kraemer response; pull production data and write response to questions re Kraemer letter | $175.00 | 3.50 | $612.50 |
| 07/21/21 | JH | write, edit decration | $175.00 | 3.30 | $577.50 |
| 07/21/21 | MJ | BM office travel and meetings with Jennifer; filings review; | $175.00 | 6.30 | $1,102.50 |
| 07/22/21 | JH | CalGEM Field Inspection, Vendor Interviews | $175.00 | 6.10 | $1,067.50 |
| 07/22/21 | KW | CalGEM Inspection/Richfield | $175.00 | 2.80 | $490.00 |
| 07/22/21 | MJ | P&A bids review, project mgmt; bids, accounting, calls JH on insepction, set up mmi/ows with P Kim | $175.00 | 3.80 | $665.00 |
| 07/23/21 | EW | Download and review CalGEM field visit summary and violations; review and send out | $175.00 | 1.50 | $262.50 |
| 07/23/21 | JH | finalize ancillary sale calls/PSA/bids; violation review; call with P Kim OWS/MMI, follow up strategy on bidders call | $175.00 | 1.30 | $227.50 |
| 07/23/21 | MJ | finalize ancillary sale calls/PSA/bids; violation review; call with P Kim OWS/MMI, follow up strategy on bidders call | $175.00 | 2.50 | $437.50 |
| 07/26/21 | JH | Review hearing-related materials | $175.00 | 3.30 | $577.50 |
| 07/26/21 | LL | Generate maps for vendors, organize shared files | $175.00 | 1.00 | $175.00 |
| 07/26/21 | MJ | Call on P&A, accounting; D&O review | $175.00 | 1.30 | $227.50 |

**Time Entries for the Remaining Period**
**(March 1, 2021 - August 19, 2021)**

| Date | Professional | Narrative | Billing Rate | Hours Billed | Amount Billed |
|---|---|---|---|---|---|
| 07/27/21 | EW | Weekly Call; calculate percent of 8 PDC wells production vs Bridgemark total for 2019; send out results; call with Attorney | $175.00 | 2.00 | $350.00 |
| 07/27/21 | JH | prep and attend the BK hearing | $175.00 | 4.50 | $787.50 |
| 07/27/21 | MJ | BM office travel and meetings with Jennifer; call Rob KTBS | $175.00 | 6.30 | $1,102.50 |
| 07/28/21 | JH | work on royalty claims valuation | $175.00 | 2.30 | $402.50 |
| 07/28/21 | MJ | accounting, case update, property tax email, MSA; Kraemer/royalty update and strategy, D&O | $175.00 | 1.80 | $315.00 |
| 07/29/21 | JH | BM office / travel, calls, emails with vendors, construct and review models | $175.00 | 4.30 | $752.50 |
| 07/29/21 | MJ | D&O Q&A, Kraemer offer data | $175.00 | 1.80 | $315.00 |
| 07/30/21 | EW | Internal Call(s) | $175.00 | 1.00 | $175.00 |
| 07/30/21 | JH | bridgemark data request call and service request | $175.00 | 3.30 | $577.50 |
| 07/30/21 | LL | Post CalGEM Field Inspection - review updates, Mapping | $175.00 | 9.50 | $1,662.50 |
| 07/30/21 | MJ | Kraemer Data; call with KTBS ; follow up strategy/email | $175.00 | 3.50 | $612.50 |
| 07/31/21 | JH | royalty damages valuation / update dropbox | $175.00 | 3.80 | $665.00 |
| 08/02/21 | EW | Production estimates for 6 PDP wells on PDC Tract; calls; call with Robert Pfister | $175.00 | 3.50 | $612.50 |
| 08/02/21 | JH | Prep for BK hearing, review docket and declarations, proj. mgt. | $175.00 | 4.20 | $735.00 |
| 08/02/21 | LL | Review CAD, Engineering documents. Operations summary and timeline development. Equipment set up for field | $175.00 | 4.00 | $700.00 |
| 08/02/21 | MJ | legal responses, Kraemer exhibits, call KTBS | $175.00 | 4.80 | $840.00 |
| 08/03/21 | EW | Export and send production; review response to Rob's questions; review contents of Bridgemark VDR; review declarations; calls | $175.00 | 3.30 | $577.50 |
| 08/03/21 | JH | Supplemental Declaration | $175.00 | 5.20 | $910.00 |
| 08/03/21 | LL | Equipment set up for field | $175.00 | 1.00 | $175.00 |
| 08/03/21 | MJ | Kraemer et all data, legal process, draft declaration, calls | $175.00 | 4.30 | $752.50 |
| 08/04/21 | EW | Internal call; call with Rob; | $175.00 | 2.00 | $350.00 |
| 08/04/21 | JH | Prep and attend hearing | $175.00 | 4.80 | $840.00 |
| 08/04/21 | LL | Meeting and file organization | $175.00 | 3.00 | $525.00 |
| 08/04/21 | MJ | hearing prep, recap, strategy and data | $175.00 | 3.00 | $525.00 |
| 08/05/21 | EW | review and modify dataroom contents; review unit agreements and determine percent of Coyle lease in each unit | $175.00 | 3.80 | $665.00 |
| 08/05/21 | JH | Royalty payment analysis and updates to reserves, review P&A abadonement MSA / outline | $175.00 | 2.60 | $455.00 |
| 08/05/21 | LL | Mapping, filing documents | $175.00 | 6.00 | $1,050.00 |
| 08/05/21 | MJ | project mgmt Box request ; legal emails ; review VDR and settlement | $175.00 | 2.50 | $437.50 |
| 08/06/21 | EW | emails, calls | $175.00 | 0.50 | $87.50 |
| 08/06/21 | JH | Data request / review | $175.00 | 2.40 | $420.00 |
| 08/06/21 | MJ | vdr and legal correspondence ; call with Numeric | $175.00 | 1.30 | $227.50 |
| 08/09/21 | EW | Review emails and spreadsheet with production for PDC tract vs rest of Bridgemark for 2019 | $175.00 | 0.50 | $87.50 |
| 08/09/21 | JH | Property Tax review, questions from P&A vendors, royalty valuation | $175.00 | 3.20 | $560.00 |
| 08/09/21 | LL | Mapping, meeting | $175.00 | 2.00 | $350.00 |

EXHIBIT I

**Time Entries for the Remaining Period**
**(March 1, 2021 - August 19, 2021)**

| Date | Professional | Narrative | Billing Rate | Hours Billed | Amount Billed |
|---|---|---|---|---|---|
| 08/09/21 | MJ | BM office travel and meetings with Jennifer ; property tax and call | $175.00 | 6.00 | $1,050.00 |
| 08/10/21 | EW | Weekly Call | $175.00 | 0.30 | $52.50 |
| 08/10/21 | MJ | weekly call, MOR July, Prop Tax, D&O, MSA draft | $175.00 | 4.50 | $787.50 |
| 08/11/21 | AK | Created spreadsheet to send with PFS, updates to include all staff time. | $45.00 | 1.00 | $45.00 |
| 08/11/21 | LL | Review CAD, Engineering documents. Operations summary and timeline development. | $175.00 | 8.50 | $1,487.50 |
| 08/11/21 | MJ | MSA call/email; SEC contract transfer, MOR July review | $175.00 | 1.50 | $262.50 |
| 08/12/21 | EW | Call with Steve C on abandonments | $175.00 | 0.80 | $140.00 |
| 08/12/21 | JH | Emails with Numeric team, proj. mgt | $175.00 | 1.20 | $210.00 |
| 08/12/21 | LL | Meeting with team and John Harris | $175.00 | 1.00 | $175.00 |
| 08/12/21 | MJ | MSA, call Steve C on Work Order | $175.00 | 1.30 | $227.50 |
| 08/13/21 | JH | Emails with Numeric team, proj. mgt, bonding | $175.00 | 1.20 | $210.00 |
| 08/13/21 | LL | Review CAD, Engineering documents. Operations summary and timeline development. | $175.00 | 1.00 | $175.00 |
| 08/13/21 | MJ | email bonding/case; project mgmt | $175.00 | 1.30 | $227.50 |
| 08/16/21 | JH | Data request / review, proj. mgt, discussion of MSA, discuss survey information with mapper | $175.00 | 2.50 | $437.50 |
| 08/16/21 | LL | Review CAD, Engineering documents. Operations summary and timeline development. Equipment set up for field | $175.00 | 1.50 | $262.50 |
| 08/16/21 | MJ | invoicing, email, project mgmt | $175.00 | 1.30 | $227.50 |
| 08/17/21 | AK | Billing spreadsheet, invoicing. | $45.00 | 2.00 | $90.00 |
| 08/17/21 | EW | Weekly call with team | $175.00 | 0.50 | $87.50 |
| 08/17/21 | JH | MOR Review and sign | $175.00 | 2.60 | $455.00 |
| 08/17/21 | LL | Meeting and mapping, timeline updates. | $175.00 | 6.00 | $1,050.00 |
| 08/17/21 | MJ | Work Order 1, MOR, weekly call, settlement/confirmation order, accounting | $175.00 | 2.50 | $437.50 |
| 08/18/21 | JH | Discuss P&A fixed costs with vendor | $175.00 | 0.40 | $70.00 |
| 08/18/21 | MJ | accounting, Trust doc review, MSA review | $175.00 | 1.80 | $315.00 |
| 08/19/21 | JH | Review billing, payments, discussion with numeric team | $175.00 | 4.10 | $717.50 |
| 08/19/21 | LL | Mapping edits | $175.00 | 1.00 | $175.00 |
| 08/19/21 | MJ | BM office travel and meetings with Jennifer; call with John Harris Esq., pre-petition amounts review | $175.00 | 6.50 | $1,137.50 |
| **Total:** | | | | **608.90** | **$104,607.50** |

# EXHIBIT D

EXHIBIT A

**Summary and Itemized Expenses for the Remaining Period**
**(March 1, 2021 - August 19, 2021)**

### Monthly Summary of Expenses

| March 2021 | April 2021 | May 2021 | June 2021 | July 2021 | August 1-19, 2021 | Total |
|---|---|---|---|---|---|---|
| $18.00 | $359.03 | $411.72 | $323.24 | $498.30 | $259.48 | **$1,869.77** |

### Itemized Expenses

| Date | Expense | Amount |
|---|---|---|
| 03/10/21 | Virtual Box Expense | $18.00 |
| 04/29/21 | Eric White - Mileage 300.05 | $168.03 |
| 04/29/21 | Mike Jones - Mileage 100.6 | $56.33 |
| 04/29/21 | Lunch with Peter Kim | $134.67 |
| 05/04/21 | John Harris  - Mileage 178 | $99.68 |
| 05/13/21 | John Harris  - Mileage 178 | $99.68 |
| 05/12/21 | Mike Jones  - Mileage 100.6 | $56.34 |
| 05/19/21 | John Harris  - Mileage 178 | $99.68 |
| 05/20/21 | Mike Jones  - Mileage 100.6 | $56.34 |
| 06/10/21 | John Harris  - Mileage 196 | $109.76 |
| 06/10/21 | Mike Jones  - Mileage 100.6 | $56.34 |
| 06/15/21 | Mike Jones  - Mileage 100.6 | $56.34 |
| 06/17/21 | John Harris  - Mileage 180 | $100.80 |
| 07/01/21 | John Harris  - Mileage 196 | $109.76 |
| 07/08/21 | Mike Jones  - Mileage 100.6 | $56.34 |
| 07/21/21 | Mike Jones  - Mileage 100.6 | $56.34 |
| 07/27/21 | Mike Jones  - Mileage 100.6 | $56.34 |
| 07/29/21 | John Harris  - Mileage 196 | $109.76 |
| 07/30/21 | Luc Landry  - Mileage 196 | $109.76 |
| 08/03/21 | Virtual Data room - Mike Jones | $18.00 |
| 08/09/21 | Mike Jones - Mileage 100.6 | $56.34 |
| 08/11/21 | Luc Landry - Mileage 230 | $128.80 |
| 08/19/21 | Mike Jones - Mileage 100.6 | $56.34 |
| **Total:** | | **$1,869.77** |

# EXHIBIT E

**EXHIBIT D**

**Summary and Itemized Expenses for the Entire Fee Period**

**(February 24, 2020 - August 19, 2021)**

### Monthly Summary of Expenses

| February 24 - March 31, 2020 | April 2020 |
|---|---|
| $357.07 | $0.00 |

| March 2021 | April 2021 | May 2021 | June 2021 | July 2021 | August 1-19, 2021 | Total |
|---|---|---|---|---|---|---|
| $18.00 | $359.03 | $411.72 | $323.24 | $498.30 | $259.48 | **$2,226.84** |

### Itemized Expenses

| Date | Expense | Amount |
|---|---|---|
| 02/25/20 | 133 Miles @ IRS rate .575 round trip to Santa Ana to meet with attorneys | $76.48 |
| 02/25/20 | Hotel Expense (Embassy Suites) | $280.59 |
| 03/10/21 | Virtual Box Expense | $18.00 |
| 04/29/21 | Eric White - Mileage 300.05 | $168.03 |
| 04/29/21 | Mike Jones - Mileage 100.6 | $56.33 |
| 04/29/21 | Lunch with Peter Kim | $134.67 |
| 05/04/21 | John Harris  - Mileage 178 | $99.68 |
| 05/13/21 | John Harris  - Mileage 178 | $99.68 |
| 05/12/21 | Mike Jones - Mileage 100.6 | $56.34 |
| 05/19/21 | John Harris  - Mileage 178 | $99.68 |
| 05/20/21 | Mike Jones  - Mileage 100.6 | $56.34 |
| 06/10/21 | John Harris  - Mileage 196 | $109.76 |
| 06/10/21 | Mike Jones  - Mileage 100.6 | $56.34 |
| 06/15/21 | Mike Jones  - Mileage 100.6 | $56.34 |
| 06/17/21 | John Harris  - Mileage 180 | $100.80 |
| 07/01/21 | John Harris  - Mileage 196 | $109.76 |
| 07/08/21 | Mike Jones  - Mileage 100.6 | $56.34 |
| 07/21/21 | Mike Jones  - Mileage 100.6 | $56.34 |
| 07/27/21 | Mike Jones  - Mileage 100.6 | $56.34 |
| 07/29/21 | John Harris  - Mileage 196 | $109.76 |
| 07/30/21 | Luc Landry  - Mileage 196 | $109.76 |
| 08/03/21 | Virtual Data room - Mike Jones | $18.00 |
| 08/09/21 | Mike Jones - Mileage 100.6 | $56.34 |
| 08/11/21 | Luc Landry - Mileage 230 | $128.80 |
| 08/19/21 | Mike Jones - Mileage 100.6 | $56.34 |
| **Total:** | | **$2,226.84** |

# EXHIBIT F

**EXHIBIT B**

**Summary of Hours and Amounts By Professional for the Remaining Period**
**(March 1, 2021 - August 19, 2021)**

| Professional | Title | Billing Rate | Hours Billed | Amount Billed |
|---|---|---|---|---|
| Paige Billings | Petroleum Engineer | $175.00 | 6.40 | $1,120.00 |
| John Harris | President / Geologist / Chief Wind-Down Officer | $175.00 | 205.40 | $35,945.00 |
| Mike Jones | Director of Energy Finance | $175.00 | 259.40 | $45,395.00 |
| April Karnes | Administration | $45.00 | 15.00 | $675.00 |
| Luc Landry | Geoscientist / Field Operations | $175.00 | 45.50 | $7,962.50 |
| Matt McComb | Geoscientist | $175.00 | 6.00 | $1,050.00 |
| Genesis Ramirez | Environmental Scientist / Regulatory Staff Member | $175.00 | 0.80 | $140.00 |
| Donn Schmohr | Oil and Gas Consulting | $175.00 | 2.50 | $437.50 |
| Eric White | Geoscientist | $175.00 | 59.10 | $10,342.50 |
| Kim Wolf | Senior Regulatory Specialist | $175.00 | 8.80 | $1,540.00 |
| | | **Total:** | **608.90** | **$104,607.50** |

# EXHIBIT G

**EXHIBIT G**

**Summary of Hours and Amounts By Professional for the Entire Fee Period**

**(February 24, 2020 - August 19, 2021)**

| Professional | Title | Billing Rate | Hours Billed | Amount Billed |
|---|---|---|---|---|
| Paige Billings | Petroleum Engineer | $175.00 | 6.40 | $1,120.00 |
| John Harris | President / Geologist / Chief Wind-Down Officer | $175.00 | 205.40 | $35,945.00 |
| John Harris | Expert Valuation Consultant | $275.00 | 13.00 | $3,575.00 |
| Mike Jones | Senior Financial | $175.00 | 259.40 | $45,395.00 |
| Mike Jones | Senior Financial | $275.00 | 35.80 | $9,845.00 |
| April Karnes | Administration | $45.00 | 15.00 | $675.00 |
| Luc Landry | Geoscientist | $175.00 | 45.50 | $7,962.50 |
| Jennifer Leisinger | Office Manager and Accounting | $45.00 | 1.00 | $45.00 |
| Matt McComb | Geoscientist | $175.00 | 6.00 | $1,050.00 |
| Genesis Ramirez | Staff Regulatory Professional | $175.00 | 0.80 | $140.00 |
| Donn Schmohr | Senior Geologist | $175.00 | 2.50 | $437.50 |
| Donn Schmohr | Senior Geologist | $275.00 | 7.00 | $1,925.00 |
| Eric White | Senior Geologist | $175.00 | 59.10 | $10,342.50 |
| Eric White | Senior Geologist | $275.00 | 43.80 | $12,045.00 |
| Kim Wolf | Regulatory and Compliance Professional | $175.00 | 8.80 | $1,540.00 |
| | | **Total:** | **709.50** | **$132,042.50** |

# EXHIBIT H

## EXHIBIT H
## Professional Biographies


### PAIGE BILLINGS
### Petroleum Engineer

Paige Billings is a reservoir engineer at Numeric Solutions who obtained her degree in Petroleum Engineering at the Colorado School of Mines.  Her prior experience consists of three and a half years as a Petroleum Engineer at Noble Energy Inc.  There she completed Noble Energy's Rotational Engineering Development Programs while working in production, prospect development, and EHSR groups.  Paige also worked on petroleum-extraction operations, Aries and PHDwin project economics/reserves, revenue and production forecasting, and non-op management.


### JOHN HARRIS
### President / Geologist / Chief Wind-Down Officer

John Harris is a geologist who brings 20 years of worldwide oil and gas exploration and development experience as well as water resource management to Numeric Solutions.  John is a proven finder of hydrocarbon, specializing in basins with complex geology.

John is a consultant to major and independent energy companies through Numeric Solutions LLC, a thriving company he founded after leaving Texaco in 1999.  Numeric Solutions LLC is based in Ventura, California.  Over the past 15 years John has worked on a number of successful projects ranging from prospect generation to reserves estimation and evaluation.

While specializing in quantitative geology, John has broadened his expertise into reservoir simulation, seismic interpretation and exploration and development deal sourcing.  John has degrees from both the University of Michigan and New Hampshire.


### MIKE JONES
### Director of Energy Finance

Mike Jones has more than 10 years experience as an investment banker, strategy consultant, equity/credit research analyst, and thought leader, with a focus on energy and industrials.

Mike worked at Stifel Investment Banking prior focusing on private placements and M&A. He was responsible for leading transaction execution and providing financial advisory and worked on several debt and equity deals over his tenure.  Mike was also a publishing research analyst as a Director at Capstone in Washington DC working on regulatory & policy investments in the energy sector, as a Vice President and lead analyst at Imperial Capital for the energy distressed/credit platform, Hapoalim as an Industrial & Energy equity analyst, and at FBR as an Infrastructure, Equity, and Commodity Senior Associate.  He began his career in Accenture's Strategy practice in San Francisco.

Mike graduated from the University of Virginia in the Echols scholar program with a dual degree in Economics (Finance) and Government and received his master's degree in International Economics, Trade, and Business from American University's School of International Service.

### LUC LANDRY
### Geoscientist / Field Operations

Luc Landry is a graduate from the University of California, Santa Barbara with a degree in Earth Science with an emphasis in Geohydrology. He has been working with Numeric Solutions as a geoscientist for over two years. Luc's primary focus with Numeric Solutions is with groundwater and surface water data analyses, field instrumentation, and data collection for water management projects. He also has expertise in ArcGIS, CAD, database management, well installation, drilling, and overseeing field operations in oil and gas remediation and hydrologic instrumentation deployments and maintenance.

### MATT MCCOMB
### Geoscientist

Matt McComb offers experience in collecting and evaluating engineering, geological, hydrogeological, regulatory, and remediation system data. Matt has been with Numeric Solutions for three years and has been instrumental in performing fieldwork, including sampling, drilling, well installation, remedial pilot tests, aquifer testing, and construction oversight. He has become proficient using geographic information systems (GIS) tools to document variables in different geographic areas. Matt has a Bachelor of Science from the University of California, Santa Barbara.

### GENESIS RAMIREZ
### Environmental Scientist / Regulatory Staff Member

Genesis Ramirez is an Environmental Science student at University of California, Santa Barbara. At Numeric Solutions, Genesis analyzes regulatory conditions and requirements in the energy fields. Genesis, performs data entry, and basic mapping exercises for energy and agricultural clients.

### DONN SCHMOHR
### Oil and Gas Consulting

Diverse Senior Operations and Completions Engineer with USA domestic and International, onshore / offshore experience. Experience ranges from very mature oil fields (Salt Creek field, Wyoming) to new large gas fields (Tangguh gas field in Papua) with a strong background of increasing base production from matured fields. Advanced in career to a subsurface and wells advisory position with a major oil company, reviewing large projects worldwide and advising senior management on development programs. A strong operational background with experience supervising the largest oil and gas facilities in North America.

Current on the latest completion techniques being used in the shale plays with multi-stage fracturing and stimulations. Recently generated procedures for, as well as performed, well site supervision and engineering support roles on multi-stage stimulations utilizing coiled tubing. Often teamed up with less experienced engineers to provide mentoring and direction as direct supervisor or technical advisor. Flexible to work locations, rotation, and international assignments. Consulting for some of the world's largest oil companies to small start-up companies. Consulting work has been in California, Texas, and internationally in the North Sea, Israel and Russia. Write engineered procedures and provide onsite supervision, specializing in completions, stimulations and well testing.

Specialties: Well Stimulation including hydraulic fracturing and acidizing. Artificial lift and nodal analysis. Team lead for multidisciplinary development teams.

University of Nebraska- BS - Mechanical Engineering (1977).

## ERIC WHITE
### Geoscientist

Six years of professional experience as a Geologist with Numeric Solutions focusing on oil and gas E&P projects and groundwater projects primarily in California, as well as across the country and internationally. Specialties include geologic interpretation, geologic modeling, geodatabase management, data analysis, asset evaluation, reserve estimation, and economic modeling.

Provided technical services to several major and independent oil and gas companies, large municipal water departments, financial institutions, law firms, and large land/mineral owners.  Said services have included the development of geocellular reservoir models (in Petrel) for use in reservoir/aquifer simulation, as well as geologic interpretation, development planning/operations, reserve analysis/reporting, and economic forecasting.

As part of Numeric Solutions, Mr. White has also provided A&D advisory and technical services for a number of entities, including operators, financial institutions, and large land/mineral owners.  Projects have included acquisitions and sales of small to large (>$100 MM) oil and gas assets in conventional and unconventional plays throughout the country.

Member of AAPG, has presented technical papers at AAPG conferences, and is the current President for the Coast Geological Society, an AAPG affiliated organization based in Ventura, California.

University of California, Santa Barbara - MS - Geological Sciences
Union College-BS - *Magna Cum Laude*


## KIM WOLFE
### Senior Regulatory Specialist

Ms. Wolfe is regulatory and land use specialist with more than 20 years' experience most recently focused in Southern California securing compliance and approval for offshore oil and gas development projects.  Ms. Wolfe has represented multiple companies to the Santa Barbara Board of Supervisors, the Systems Safety Reliability Committee (SSRC), Coastal Commission, Planning Committee and State of California, Department of Oil, Gas and Geothermal Resources (DOGGR).  As a contractor, Ms. Wolfe drafted compliance plans for various offshore oil and gas platforms and onshore facilities and conducted compliance and safety audits.  Her strong legal and regulatory background is complemented by her certification as a Petroleum Landman.  Ms. Wolfe is a graduate of University of California, Santa Barbara.