1 | William N. Lobel, Esq. (State Bar No. 93202)
wlobel@tocounsel.com
2 | THEODORA ORINGHER PC
535 Anton Boulevard, Ninth Floor
3 | Costa Mesa, California 92626-7109
Telephone: (714) 549-6200
4 | Facsimile: (714) 549-6201

5 | Attorneys for the Debtor and Debtor in Possession

6

7

8 | **UNITED STATES BANKRUPTCY COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA**

10 | **SANTA ANA DIVISION**

11 | In re:

Case No.: 8:20-bk-10143-TA

12 | BRIDGEMARK CORPORATION,[1]

Chapter 11

13 | Debtor and Debtor-in Possession.

**FINAL APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF
THEODORA ORINGHER PC AS GENERAL
BANKRUPTCY COUNSEL FOR THE DEBTOR
AND DEBTOR IN POSSESSION FOR THE
PERIOD JANUARY 1, 2021 THROUGH
AUGUST 31, 2021; DECLARATION OF
WILLIAM N. LOBEL IN SUPPORT THEREOF**

**Hearing:**
Date        October 13, 2021
Time:       10:00 a.m.
Place:      Zoom.Gov

---

[1] The Debtor's last four digits of its taxpayer identification number are (1669).  The headquarters and service address for the above-captioned Debtor is 17671 Irvine Blvd., Suite 217, Tustin, CA  92780.

1237119.2/81880.05002

# TABLE OF CONTENTS

**Page**

I. INTRODUCTORY STATEMENT ................................................................................. 3

II. PRELIMINARY SUMMARY OF COMPENSATION DATA ..................................... 3

III. BRIEF NARRATIVE HISTORY AND PRESENT POSTURE OF THE CASE [LBR 2016-1(a)(1)(A) & (D)] ............................................................................................... 6

    A.   General Background ............................................................................................ 6

    B.   Employment of Pachulski Stang Ziehl & Jones LLP and Theodora Oringher PC ................... 6

    C.   The Background of the Debtor ............................................................................ 6

    D.   Current Status of PDC Settlement ...................................................................... 8

    E.   Current Status of Chapter 11 Case and the Debtor's Joint Chapter 11 Plan of Reorganization ................................................................................................... 9

    F.   Prior Professional Fee Statements ..................................................................... 9

IV. NARRATIVE STATEMENT OF SERVICES RENDERED BY THEODORA AND TIME EXPENDED ................................................................................................ 10

    A.   Introduction ...................................................................................................... 10

    B.   Classification of Services Performed ................................................................ 10

    C.   Services Performed and Time Expended During the Third Interim Period. ........... 11

    D.   Detailed Listing of all Time Spent by the Professional on the Matters for Which Compensation is Sought ........................................................................ 16

    E.   List of Expenses by Category ............................................................................ 16

    F.   Hourly Rates ..................................................................................................... 16

    G.   Professional Education and Experience ............................................................ 16

    H.   Separately Filed Declaration of the Client ........................................................ 16

    I.   Statement of the Applicant Regarding Compliance with LBR 2016-1 ................ 17

V. THE FEES AND EXPENSES REQUESTED SHOULD BE AWARDED BASED UPON APPLICABLE LAW ................................................................................... 17

    A.   Factors in Evaluating Requests for Compensation ............................................ 17

    B.   The Lodestar Award Should be Calculated by Multiplying a Reasonable Hourly Rate by the Hours Expended .................................................................. 18

VI. CONCLUSION ......................................................................................................... 20

# TABLE OF AUTHORITIES

Page

**Cases**

*Blanchard v. Bergeron,*
    489 U.S. 87 (1989) ................................................................................................. 19

*Blum vs. Stenson,*
    465 U.S. 886 (1984) ......................................................................................... 18, 19

*Buckridge,*
    367 B.R. 191 (C.D. Cal. 2007) ............................................................................ 19

*City of Burlington v. Dague,*
    505 U.S. 557 (1992) ............................................................................................. 18

*Dang v. Cross,*
    422 F.3d 800 (9th Cir. 2005) .............................................................................. 19

*Davis v. City & County of San Francisco,*
    976 F.2d 1536 (9th Cir. 1992) ............................................................................ 18

*Hensley v. Eckerhart,*
    461 U.S. 424 (1983) ............................................................................................. 18

*In re Charles Russell Buckridge, Jr.,*
    367 B.R. 191 (C.D. Cal. 2007) .............................................................................. 3

*In re Manoa Finance Co., Inc.,*
    853 F.2d 687 (9th Cir. 1988) .............................................................................. 18

*Johnson v. Georgia Highway Express, Inc.*
    488 F.2d 714 (5th Cir. 1974) ......................................................................... 18, 19

*Kerr v. Screen Extras Guild,*
    526 F.2d 67 (9th Cir. 1975), cert. denied, 425 U.S. 951, 96 S.Ct. 726 (1976) .................. 3, 18, 19

*Law Offices of David A. Boone v. Derham-Burk (In re Eliapo),*
    468 F.3d 592  (9th Cir. 2006) ................................................................................ 3

*Meronk v. Arter & Hadden, LLP (In re Meronk),*
    249 B.R. 208 (B.A.P. 9th Cir. 2000) ................................................................... 18

*Morales v. City of San Rafael,*
    96 F.3d 359 n.9 (9th Cir. 1996) .......................................................................... 18

*Pennsylvania v. Del. Valley Citizens' Council for Clean Air,*
    478 U.S. 546 (1986) ............................................................................................. 19

*Unsecured Creditors' Comm. v. Puget Sound Plywood, Inc.,*
    924 F.2d 955, 960 (9th Cir. 1991) ...................................................................... 19

**Statutes**

Bankruptcy Code Section 330 ........................................................................... 3, 17

Bankruptcy Code Section 330(a) .................................................................... 18, 19

Bankruptcy Code Section 331 .................................................................................. 3

**Other Authorities**

Clean Air Act, 42 U.S.C. § 7401 et seq ................................................................ 19

**Rules**

LBR 2002(i). ............................................................................................................ 3

LBR 2016-1 ............................................................................................................ 17

LBR 2016-1(a)(1)(D) ............................................................................................. 10

LBR 2016-1(a)(1)(E) ............................................................................................. 16

LBR 2016-1(a)(1)(F) ............................................................................................. 16

LBR 2016-1(a)(1)(G) ............................................................................................. 16

LBR 2016-1(a)(1)(H) ............................................................................................. 16

LBR 2016-1(a)(1)(I) .............................................................................................. 16

LBR 2016-1(a)(1)(K) ............................................................................................. 17

LBR.2016-1(1)(a) ..................................................................................................... 3

**TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, COUNSEL TO PLACENTIA DEVELOPMENT COMPANY, LLC, THE LIQUIDATION TRUSTEE, COUNSEL TO THE DEBTOR, THE 20 LARGEST UNSECURED CREDITORS, AND OTHER PARTIES IN INTEREST**:

Theodora Oringher PC ("Theodora," the "Firm" or "Applicant"), general bankruptcy counsel to Bridgemark Corporation (the "Debtor"), submits its *Final Application for Compensation and Reimbursement of Expenses of Theodora Oringher PC as General Bankruptcy Counsel for the Debtor and Debtor in Possession* (the "Application") *for the Period January 1, 2021 through August 31, 2021* (the "Final Fee Application Period"). Theodora submits this Application pursuant to sections 330 and 331 of the Bankruptcy Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, Local Bankruptcy Rule 2016-1, and the *United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C.* § 330 (with any amendments, the "UST Guidelines").

The Debtor filed this highly contentious chapter 11 case on January 14, 2020 (the "Petition Date"). For the greater part of the prior 18 months, the Debtor and its professionals were in the process of litigating and/or resolving litigation with Placentia Development Company, LLC ("PDC"), which held a judgment against the Debtor in excess of $40 million.  During the chapter 11 after reaching and obtaining court approval of a global settlement, the Debtor and PDC filed a *Joint Chapter 11 Plan of Liquidation* [Doc. No. 500] (the "Plan"), which was confirmed by this Court and went effective on August 19, 2021 (the "Effective Date"). Pursuant to the Plan, all applications for compensation by Professionals must be filed within 30 days of the Effective Date. The Firm timely submits this Application.

Theodora began serving as co-counsel to the Debtor in this chapter 11 case on January 1, 2021.  The Court entered an order granting the Debtor's *Application to Employ Theodora As Co-Counsel, Effective January 1, 2021* on March 26, 2021 [Doc. No. 409].[2] As is summarized in Table I below, the Firm seeks final approval of fees and costs in the total amount of $162,272.08, which represents:  (a) $152,732.50 in professional fees incurred during the Final Application Period ("Total

---

[2] On June 3, 2021, the Court entered an order authorizing Theodora's prior co-counsel Pachulski Stang Ziehl & Jones LLP to withdraw as co-counsel to the Debtor [Doc. No. 468].

Fees"); (b) $2,039.58 in expenses incurred during the Final Application Period ("Total Expenses");

and (c) approximately $7,500, for the period from September 1, 2021 through the date of hearing on

this Application, related to the preparation, filing and notice of the Application and the appearance at

the hearing on this matter (the "Estimated Fees").   The exact amount of the estimated fees will be

detailed in a Declaration that will be filed and served no later then two business days before the

hearing of this fee application.

| TABLE I<br>ALLOWANCE OF FEES AND EXPENSES | | Amount Requested | | Amount Approved | | Total App'd |
|---|---|---|---|---|---|---|
| **Fee Period** | **Dates** | **Fees** | **Expenses** | **Fees** | **Expenses** | |
| Final Application Period | 1/1/21 – 8/31/21 | $152,732.50 | $2,039.58 | $152,732.50 | $2,039.58 | $154,772.08 |
| 9/1/21-Hearing on Final Fee App | 9/1/21 – 10/13/21 | $7,500.00 | $0.00 | TBD | TBD | TBD |
| **Total** | **1/1/21-10/13/21** | **$160,232.50** | **$2,039.58** | TBD | TBD | TBD |

As is set forth in Table II below, the Firm seeks payment of the unpaid portion of such

allowed fees and costs in the amount of $93,561.83, which is comprised of: (a) 100% of the allowed

fees and expenses incurred during the Final Application Period, less payment made by the Debtor, in

the amount of $154,772.08; and (b) approximatly$7,500.00 in Estimated Fees.

| Table II<br>PAYMENT OF FEES AND EXPENSES | | | | |
|---|---|---|---|---|
| **Period** | **Dates** | **Total Fees & Expenses Sought** | **Total Fees & Expenses Paid** | **Amount Owing** |
| Final Application Period | 1/1/21 – 8/31/21 | $154,772.08 | $68,710.25 | $86,061.83 |
| 9/1/21-Hearing on Final Fee App | 9/1/21 – 10/13/21 | $7,500.00 | $0.00 | $7,500.00 |
| | | | | **$93,561.83** |

In sum, the Application requests the entry of an order by the Court (a) allowing on a final

basis compensation to the Firm for services rendered and expenses incurred in the unpaid amount of

$86,061.83 for the period from January 1, 2021, through August 31, 2021 (the "Final Application

Period"); (b) allowing on a final basis compensation to the Firm for services rendered in the amount of $7,500.00, for the period from September 1, 2021, through the date of hearing on this Application in Estimated Fees; and (c) authorizing and directing the Debtor or any successor to pay the Firm the unpaid amounts of all allowed fees and costs in the amount of approximately $93,561.83.

## I.

## **INTRODUCTORY STATEMENT**

Local Bankruptcy Rule 2016-1(1)(a) sets forth certain requirements that a professional must satisfy in order to obtain an award for fees and costs.  Additional standards to be employed in the review of fee applications are set forth in the UST Guidelines.  Finally, cases interpreting sections 330 and 331 of the Bankruptcy Code have required that courts consider the twelve (12) factors that the Ninth Circuit Court of Appeals articulated in *Kerr v. Screen Extras Guild*, 526 F.2d 67, 70 (9th Cir. 1975), *cert. denied*, 425 U.S. 951(1976).  The Ninth Circuit's primary method used to determine the reasonableness of fees is to calculate the "lodestar."  *In re Charles Russell Buckridge, Jr.*, 367 B.R. 191, 201 (C.D. Cal. 2007).  The lodestar is ascertained by multiplying the number of hours reasonably expended by a reasonable hourly rate.  *Law Offices of David A. Boone v. Derham-Burk* (In re Eliapo), 468 F.3d 592, 598 (9th Cir. 2006).  As set forth more fully herein, this Application complies with all statutory guidelines and Court-imposed requirements.

Notice of this Application has been served by NEF notice or by first class U.S. mail, as required, on (a) the Liquidation Trustee, (b) the Office of the United States Trustee, (c) counsel to PDC, (d) the twenty largest unsecured creditors, and (e) parties that have filed with the Court requests for notice of all matters in accordance with Bankruptcy Rule 2002(i).

## II.

## **PRELIMINARY SUMMARY OF COMPENSATION DATA**

The Firm provides the following summary information in accordance with Local Bankruptcy Rule 2016-1 and the UST Guidelines:

1.     **Order Approving Theodora Employment [LBR 2016-1(a)(1)(B)]:**  On March 26, 2021, the Court entered its order authorizing Theodora's employment effective as of January 1, 2021 [Docket No. 409].

2. **First and Final Fee Application Period Covered by this Application: January 1, 2021 through August 31, 2021:**

A)    Hours of Professional Time during the Third Interim Period:   170.4

B)    Fees Requested for the Final Application Period:  $152,732.50, representing 100% of the fees billed during the Final Application Period.

C)    Expenses Requested for the Final Application Period:  $2,039.58, representing 100% of the expenses incurred during the Final Application Period.

D)    Blended Rate for the Final Application Period:

$896.32 (Including Paraprofessionals)

$925.00 (Excluding Paraprofessionals)

3. **Summary of Fees and Expenses Incurred and Paid During First and Final Fee Application Period: [LBR 2016-1(a)(1)(C)]:**

| Time Period Covered [Professional Fee Statement ("PFS") No. & Docket No.] | Fees Incurred (100%) | Expenses (100%) | Total | Total Paid Per Fee Procedure Order[3] | Amount Unpaid |
|---|---|---|---|---|---|
| 1/1/21 – 2/28/21 [PFS No. 1; Dkt. No. 436] | $32,745.00 | $15.21 | $32,760.21 | $26,211.21 | $6,549.00 |
| 3/1/21 – 3/31/21 [PFS No. 2; Dkt. No. 446] | $53,080.00 | $35.04 | $53,115.04 | $42,499.04 | $10,616.00 |
| 4/1/21 – 4/30/21 | $33,720.00 | $840.57 | $34,560.57 | $0.00 | $34,560.57 |

---

[3] Pursuant to the *Order Approving Motion for Order Establishing Monthly Fee and Expense Reimbursement Procedures* entered on  March 17, 2020 [Docket No. 121] (the "Fee Procedures Order") unless an objection is filed with the clerk of the Court and served on the applicable Professional within ten days of the service of the Professional Fee Statement, the Professional Fee Statement shall be deemed approved on an interim basis and the Debtor may pay the Professional  80% of the fees for services rendered and 100% of the costs incurred during the Reporting Period (the "Approved Amount"), and the Professional is authorized  to draw the Approved Amount from any Retainer without the Court holding a hearing or entering any further order thereon.  If an objection is timely filed and served, the Professional will not draw down or be paid the disputed amount until the objection has been resolved.

| | | | | | |
|---|---|---|---|---|---|
| [PFS No. 3; Dkt. No. 465] | | | | | |
| 5/1/21 – 5/31/21 [PFS No. 4; Dkt. No. 513] | $6,537.50 | $289.98 | $6,827.48 | $0.00 | $6,827.48 |
| 6/1/21 – 6/30/21 [PFS No. 5; Dkt. No. 553] | $8,510.00 | $350.00 | $8,860.00 | $0.00 | $8,860.00 |
| 7/1/21- 8/31/21 [N/A] [4] | $18,140.00 | $508.78 | $18,648.78 | $0.00 | $18,648.78 |
| **Total** | **$152,732.50** | **$2,039.58** | **$154,772.08** | **$68,710.25** | **$86,061.83** |

4.      **September 1, 2021, through the date of hearing on this Application (related to the preparation, filing and hearing on this Application)**

A)      Known fees and costs:  $0.00

B)      Additional estimated fees and costs:  $0.00

C)      Total estimated fees and costs (September 1, 2021 through date of hearing): $7,500.00.

**Total of all Fees and Expenses Requested on Final Basis by this Application:**

A)      Fees:   $152,732.50

B)      Estimated Fees:  $7,500.00

C)      Costs:  $2,039.58

D)      Total of fees and costs:  $162,272.08

E)      Amount of Prepetition Retainer Received by Applicant:  $0.00

F)      ***Unpaid amount of above fees and costs:  $93,561.83***

5.      **Cash Flow of the Debtor's Business:**  As set forth in the Debtor's Monthly Operating Report Dated July 31, 2021 [Docket No. 566], the Debtor had $2,030,929 in cash. Accordingly, the available funds appear to be more than adequate to pay the amounts that will be due upon approval of the Application.

---

[4] The Firm did not file a professional fee statement for the period of 7/1/21 through 8/31/21.

**III.**

**BRIEF NARRATIVE HISTORY AND PRESENT POSTURE OF THE CASE [LBR 2016-1(a)(1)(A) & (D)]**

**A.    General Background**

On January 14, 2020 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

**B.    Employment of Pachulski Stang Ziehl & Jones LLP and Theodora Oringher PC**

On February 10, 2020, the Debtor filed its application to employ Pachulski Stang Ziehl & Jones LLP ("PSZJ") as its general bankruptcy counsel (the "PSZJ Application") [Doc. No. 72], and on March 3, 2020, the Court entered its order approving the PSZJ Application [Doc. No. 105] authorizing the Debtor to employ PSZJ as its general bankruptcy counsel effective as of the Petition Date. Effective January 1, 2021 William Lobel resigned from PSZJ and joined Theodora Oringher, PC. On March 26, 2021, the Court entered an order authorizing the Debtor to employ Theodora Oringher, PC as co-counsel, effective January 1, 2021 [Docket No. 409]. On June 3, 2021, the Court entered an order granting the Firm's Motion to Withdraw as Co-Counsel to Bridgemark Corporation [Doc. No. 468]. The Firm's withdrawal was effective as of June 3, 2021.

**C.    The Background of the Debtor**

At the time of the filing of the Petition, the Debtor was a small, privately-held, family-owned oil and gas production company that operates primarily in Orange County, California. Its primary assets were 100% of the working interests under fourteen oil & gas leases, two unit agreements and two operating agreements pursuant to which it operates forty-eight wells in its Richfield Field in Placentia, California and four wells in its Dowling Field in Anaheim, California. Bridgemark also had a number of working interests and/or royalty interests in the following oil and gas leasehold interests that it did not operate: (i) Chunchula Unit in Mobile Alabama; (ii) the Hualde Dome Unit in the Coyote-East Field in Fullerton, CA; and (iii) through one of its wholly-owned subsidiaries (Bridgemark Texas, LLC), leasehold interests in Nueces County, Texas.

On December 31, 2019, the Superior Court for the State of California, County of Orange entered a judgment in the amount of $42,517,202.59 (the "PDC Judgment") against the Debtor and

in favor of Placentia Development Company, LLC ("PDC") in PDC v. Bridgemark (Case No. 30-2016-00888920-CU-CO-CJC) (the "PDC Litigation").  Shortly thereafter, in an effort to collect the judgment, PDC recorded a judgment lien, sued a number of the Debtor's customers, and filed suit against the Debtor's president Robert Hall, Mark Hall, Gregson Hall, Chad Hall, the Debtor's two wholly owned subsidiaries and numerous affiliated entities (PDC v. Robert James Hall, et al. (Case No. 30-2020-01122328-CU-EN-CJC) (the "Hall Litigation")).

The Debtor filed this chapter 11 case on January 14, 2020.  Post-petition,litigation between the parties continued.  On January 31, 2020, the Debtor filed its Complaint for Avoidance and Recovery of Preferential Transfer, Case No. 8:20-AP-01011-TA, pursuant to which it sought to avoid PDC's alleged judgment liens as a preferential transfer pursuant to 11 U.S.C. §§ 547 and 551 and Bankruptcy Rule 7001 (the "Preference Action").  On or about February 5, 2020, PDC filed its Motion to Dismiss Chapter 11 Case Pursuant to 11 U.S.C. § 1112(b) and its Motion for Full Relief from the Automatic Stay Under 11 U.S.C. § 362 (collectively, the "PDC Motions").  Pursuant to the PDC Motions, PDC sought a dismissal of the Debtor's chapter 11 case, or alternatively, the appointment of a chapter 11 trustee or the conversion of the case to one under chapter 7 of the Bankruptcy Code.  At the initial hearing on the PDC Motions on February 26, 2020, the Bankruptcy Court indicated that unless the Debtor filed a confirmable plan of reorganization by April 29, 2020, it was inclined to dismiss the bankruptcy case or grant relief from the automatic stay.

Between the initial hearing on the PDC Motions (February 26, 2020) and the continued hearing date (April 29, 2020), COVID-19 became a pandemic, which dramatically impacted the U.S. oil industry, and, in particular, the California oil industry.  The market price for oil dropped precipitously, making it impossible for the Debtor to file a confirmable plan of reorganization prior to the continued hearing date on the PDC Motions set for April 29, 2020.

On or about April 15, 2020, the parties reached a settlement (the "Settlement") of all issues among them, and executed a settlement term sheet (as amended, the "Term Sheet").  The Term Sheet contemplated that PDC would conduct due diligence and determine if it wanted to acquire the enterprise value of all of the Debtor's assets in a transaction ("Transaction"), the structure of which PDC would ultimately determine.  Pending the consummation of the Settlement, the PDC Motions,

the Hall Litigation and the Preference Action were stayed by the agreement of the parties.  On May 22, 2020, the parties entered into a Stipulation Regarding Binding Effect of Term Sheet [Docket No. 216], which was approved by an order entered on that same date [Docket No. 217].  On June 26, 2020, the Court entered an order approving the Term Sheet [Docket No. 240].  Finally, on August 10, 2020, the parties executed a letter agreement that amended the Term Sheet to, among other things, extend the period for PDC to provide definitive documentation related to a Transaction to February 9, 2021.

**D.**     **Current Status of PDC Settlement**

On March 10, 2021, Bridgemark filed its *Motion Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 365 and Fed. R. Bankr. P. 9019 for Entry of Order (I) Approving Settlement Agreement Between the Debtor, Robert J. Hall, and Placentia Development Company and Related Agreements, (II) Approving Sale of Substantially All Assets of the Debtor Free and Clear of Liens, (III) Approving Assumption and/or Assignment of Certain Executory Contracts and Unexpired Leases, (IV) Modifying Order Authorizing Employment of Numeric Solutions LLC, and (V) Granting Related Relief* [Doc. No. 392] (the "Approval Motion").

Pursuant to the Approval Motion, the Debtor sought approval of a settlement agreement between the Debtor, its president and primary equity holder Robert Hall, certain "Hall Related Entities" and PDC (the "Settlement Agreement"), an Asset Purchase Agreement with California Natural Resources Group Orange County, LLC, Realm California, LLC, and Alatex, LLC (collectively, "Buyer"), and certain other agreements related to the transaction.  The Approval Motion was heard on regular notice on March 31, 2021, and was unopposed.[5]  The hearing on the Approval Motion was continued to April 7, 2021, and at that hearing, the Court granted the Approval Motion.  On April 28, 2021, the Court entered its order [Docket No. 442] (the "Approval Order") granting the Approval Motion.  On April 30, 2021 (the "Closing Date"), all conditions to closing were satisfied or waived and the closing of the transactions occurred.  *See* Docket No. 450.  On the Closing Date, all of

---

[5] One royalty holder – John T. Kraemer ("Kraemer") – requested a continuance of the hearing on the Motion, but did not submit any opposition to the Motion. *See Creditor's Request for Continuance of Hearing [Etc.]* [Docket No. 408] (the "Request to Continue").  The Court's tentative ruling denying the Request to Continue was read into the record at the March 31 hearing.  In advance of the April 7, 2021 hearing, Kraemer withdrew the Request to Continue.

1    the Assigned Contracts (as defined in the Approval Motion), including, without limitation, all of

2    Bridgemark's oil leases, were assigned and/or assumed and assigned to Buyer.  No objections to the

3    assumption and/or assignment of the Assigned Contracts or to the cure costs associated therewith were

4    filed.  Accordingly, the cure costs set forth in Exhibit A to the Approval Motion were "finally

5    determined as of the entry of [the Approval Order] and any [contract] counterparty [is] barred from

6    challenging, objecting to or denying the validity of the cure cost." Approval Order ¶ 42.

7    **E.    Current Status of Chapter 11 Case and the Debtor's Joint Chapter 11 Plan of**

8    **Reorganization**

9    On June 30, 2021, Bridgemark filed its *Joint Chapter 11 Plan of Liquidation Proposed by*

10    *Bridgemark Corporation and Placentia Development Company, LLC, Dated as of June 30, 2021*

11    [Doc. No. 500] (the "Plan").

12    On August 19, 2021, the Court entered an order confirming the *Joint Chapter 11 Plan of*

13    *Liquidation Proposed by Bridgemark Corporation and Placentia Development Company, LLC,*

14    *Dated as of June 30, 2021* (the "Confirmation Order") [Docket No. 569].  The Effective Date of the

15    Plan occurred on August 19, 2021.

16    **F.    Prior Professional Fee Statements**

17    During the Chapter 11 Case, the Firm previously submitted five professional fee statements

18    for allowance of fees and expenses under section 331 of the Bankruptcy code.  A chart identifying

19    each of these professional fee statements, and the amounts requested by the Firm and allowed by the

20    Court, is set forth below.  Copies of those interim applications and the orders thereon are attached

21    hereto as **Exhibit F**.  For purposes of this Application, the Firm hereby incorporates by reference

22    the narrative summary set forth in each prior professional fee statement of the services rendered by

23    the Firm during the period covered by such statement.  The Firm requests that the Court award, on a

24    final basis, the amounts sought as compensation and reimbursement for the periods covered by such

25    statements.

26

27

28

| Docket No. | Date Filed | Document | Fees Requested | Expenses Requested | Fees Approved | Expenses Approved |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

| 436 | 4/16/21 | *Professional Fee Statement of Theodora Oringher No. 1* | 26,196.00 | 15.21 | 26,196.00 | 15.21 |
| 446 | 5/4/21 | *Professional Fee Statement of Theodora Oringher No. 2* | 42,464.00 | 35.04 | 42,464.00 | 35.04 |
| 465 | 6/2/21 | *Professional Fee Statement of Theodora Oringher No. 3* | 26,976.00 | 840.57 | 26,976.00 | 840.57 |
| 513 | 7/16/21 | *Professional Fee Statement of Theodora Oringher No. 4* | 5,230.00 | 289.98 | 5,230.00 | 289.98 |
| 553 | 8/3/21 | *Professional Fee Statement of Theodora Oringher No. 5* | 6,808.00 | 350.00 | 6,808.00 | 350.00 |
| **Total** | | | **$107,674.00** | **$1,530.80** | **$107,674.00** | **$1,530.80** |

## IV.

## NARRATIVE STATEMENT OF SERVICES RENDERED BY THEODORA

## AND TIME EXPENDED

**A.    Introduction**

As is more particularly described below and in the attached billing statements, Theodora spent the bulk of its time (i) assisting the Debtor and PDC in due diligence in connection with the consummation of the Settlement; (ii) attending to case management issues connected to the various litigation matters and status conferences that needed to be monitored and continued while the parties continued to try to finalize the Settlement; (iii) assisting the Debtor in connection with operational issues; (iv) obtaining a bar date for filing proofs of claim and requests for payment of expenses of administration; and (v) reviewing and filing the Debtor's monthly operating reports.  In addition, the Firm spent time preparing and filing its own monthly Professional Fee Statements.

**B.    Classification of Services Performed**

Pursuant to the UST Guidelines and Local Bankruptcy Rule 2016-1(a)(1)(D), the Applicant has classified all services performed for which compensation is sought into one of several major categories.  The Applicant attempted to place the services performed in the category that best relates to the service provided.  However, because certain services may relate to more than one category, services pertaining to one category may in fact be included in another category.  As a firm, Theodora has established the following billing categories, addressed in greater detail below:

- Asset Disposition

- Business Operations
- Case Administration
- Claims Administration and Objections
- Claims and Plan
- Employee Benefits/Pensions
- Fee/Employment Applications
- Fee Applications (Others-Filing)
- Fee/Employment Objections
- Litigation/Adversary Proceedings
- Plan/Disclosure Statement
- Operations
- Tax Issues

**C.    Services Performed and Time Expended During the Third Interim Period.**

**1.    Asset Disposition**

Time billed to this category relates to asset disposition issues.

During the Final Application Period, the Firm, among other things:  (1) monitored case status issues; (2) reviewed and analyzed deadline issues; (3) reviewed and analyzed PDC documents and deal issues; (4) reviewed and analyzed oil and gas issues relating to PDC documents; (5) performed work regarding negotiations; (6) reviewed and analyzed tax issues relating to a PDC proposed new deal; (7) prepared for and attended teleconferences regarding the PDC settlement; (8) attended to sale closing issues; (9) reviewed and analyzed bylaws regarding sale approval; (10) attended to timing issues regarding a sale and compromise motion; (11) reviewed and analyzed a settlement agreement; (12) performed work regarding minutes; (13) performed work regarding approval of an Asset Purchase Agreement; (14) performed work regarding approval of the PDC settlement; (15) reviewed and analyzed issues regarding holders of preferential rights; (16) performed work regarding preferential rights letters; (17) performed work regarding a sale order; (18) reviewed and analyzed a royalty owner motion to continue sale hearing, and performed work regarding an opposition; (19) reviewed and analyzed Board and corporate issues; (20) reviewed and analyzed

issues relating to change of officers and directors of Debtor; (21) performed work regarding resolution of disputes over form of sale order; (22) reviewed and analyzed issues regarding transfer of funds related to closing; (23) attended to issues regarding the signing of closing documents; (24) attended to issues regarding a side letter by PDC relating to timing of shutdown of wells; (25) attended to issues regarding escrow instructions; and (26) corresponded and conferred regarding asset disposition issues.

Total Hours 0.1/Total Fees $92.50

### 2. Business Operations and Operations

Time billed to this category relates to business operations issues.

During the Final Application Period, the Firm, among other things:  (1) reviewed and analyzed issues regarding lapsed insurance coverage; (2) reviewed and analyzed transition issues; (3) reviewed and analyzed issues regarding securing new insurance coverage; (4) reviewed and analyzed deadline issues; (5) attended to operational issues; and (6) conferred and corresponded regarding business operations issues.

Total Hours 4.0/Total Fees $3,700.00

### 3. Case Administration

Time billed to this category relates to case administration issues.

During the Final Application Period, the Firm, among other things:  (1) reviewed and analyzed issues regarding a notice to pay Court costs; (2) attended to date and deadline issues; (3) maintained a memorandum of critical dates; (4) maintained a work-in-progress chart; (5) reviewed and analyzed transition issues; (6) reviewed and analyzed issues regarding a case status report; (7) reviewed and analyzed issues regarding change of counsel; (8) performed work regarding a Chapter 11 status report; (9) performed work regarding Monthly Operating Reports; (10) attended to notice issues; (11) maintained service lists; (12) attended to scheduling issues; (13) reviewed and analyzed issues relating to closing and timing; (14) reviewed and analyzed issues regarding United States Trustee quarterly fees; (15) attended to case strategy issues; (16) performed work regarding a motion to withdraw as counsel; and (17) conferred and corresponded regarding case administration issues.

Total Hours 8.5/Total Fees $7,862.50

### 4.   Claims Administration/Objections and Claims and Plan

Time billed to this category relates to claims administration and claims objection issues.

During the Final Application Period, the Firm, among other things:  (1) reviewed and analyzed issues regarding settlement in the Ashby matter; (2) performed work regarding a Bankruptcy Rule 9019 settlement motion in the Ashby matter; (3) reviewed and analyzed the Curry and Hall claims; (4) reviewed and analyzed recently filed claims and updated a claims analysis; (5) performed work regarding a second motion for administrative bar date; (6) reviewed and analyzed issues regarding whether abandonment is breach of oil lease; (7) performed work regarding an order approving Ashby settlement motion; (8) attended to issues regarding the Ashby settlement payment; (9) reviewed and analyzed issues regarding late-filed claims; (10) reviewed and analyzed issues regarding withdrawal of the Curry claim; (11) reviewed and analyzed issues regarding a bar date order; and (12) corresponded and conferred regarding claims issues.

Total Hours 15/Total Fees $13,875.00

### 5.   Employee Benefit/Pension

Time billed to this category relates to employee benefit and pension issues, and other employee issues.

During the Final Application Period, the Firm, among other things:  (1) reviewed and analyzed issues regarding the request for approval of the Carol Curry bonus; (2) reviewed and analyzed issues regarding the Bob Hall claim for compensation; (3) attended to issues regarding the PDC agreement to payment of bonuses to Carol Curry; (4) reviewed and analyzed issues regarding Kevin Mugavero compensation; and (5) corresponded and conferred regarding employee issues.

Total Hours 0.3/Total Fees $277.50

### 6.   Fee/Employment Applications and Fee/Employment Objections[6]

Time billed to this category relates to issues regarding fees of the Firm.

During the Final Application Period, the Firm, among other things:  (1) monitored the status of outstanding fees and payments; (2) performed work regarding the Firm's fee statements; (3) reviewed and analyzed a stipulation regarding the Firm's First interim fee application; (4) performed

---

[6] This category includes time billed to the Fee Applications (Others-Filing) category.

work regarding the Firm's Second interim fee application; (5) performed work regarding the Firm's final fee application; (6) performed work regarding orders; and (7) corresponded and conferred regarding fee issues.

Total Hours 19.9/Total Fees $13,520.00

### 7.    Fee/Employment Objections

Time billed to this category relates to issues regarding fees and employment objections of the Firm.

During the Final Application Period, the Firm, among other things:  (1) …

Total Hours 0.1/Total Fees $92.50

### 8.    Litigation/Adversary Proceedings/Plan and Disclosure Statement/ Asset Disposition

Time billed to this category relates to bankruptcy litigation/adversary issues/plan/disclosure Statement and Asset Disposition.

During the Final Application Period, the Firm, among other things:  (1) reviewed and analyzed issues regarding continued hearings on Chapter 11 status conference and other outstanding motions; (2) performed work regarding a stipulation and order to continue adversary status conference; (3) attended to scheduling issues; (4) reviewed and analyzed auction results; (5) reviewed and analyzed issues regarding the dismissal of the PDC versus Hall matter; (6) performed work regarding a status report in the Bridgemark v. PDC matter; (7) monitored settlement status issues; (8) reviewed and analyzed tentative rulings, and prepared for and attended a Zoom hearing on February 10, 2021; (9) performed research regarding Bridgemark-related entities; (10) reviewed and analyzed Delaware Secretary of State records regarding various entities; (11) performed work regarding finalizing a stipulation to continue status conference and PDC hearings; (12) prepared for and attended a conference call with the client regarding PDC negotiations and a potential Plan of Reorganization; (13) reviewed and analyzed issues regarding logistics of the PDC deal structure; (14) reviewed and analyzed issues regarding royalty claims; (15) reviewed and analyzed issues regarding plugging and abandonment of oil wells; (16) reviewed and analyzed issues regarding PDC new proposals and documents; (17) performed work regarding a motion to approve settlement with

PDC; (18) attended to issues regarding a motion to approve sale; (19) reviewed and analyzed administrative bar date issues; (20) reviewed and analyzed oil lease issues; (21) reviewed and analyzed the Kraemer motion to continue hearing and performed work regarding an opposition; (22) performed work regarding a memorandum relating to PDC and the Cal Energy transaction; (23) reviewed and analyzed issues regarding the Plan and settlement agreement and a claims analysis; (24) reviewed and analyzed issues regarding the costs of confirming a Plan and plugging and abandonment; (25) performed work regarding a claims and cash analysis in connection with sale hearing; (26) prepared for and attended an Omnibus hearing on March 30, 2021; (27) performed work regarding resolving issues on how the estate can pay all costs represented in the settlement motion; (28) reviewed and analyzed tax issues; (29) prepared for and attended a hearing on March 31, 2021 regarding sale and settlement issues; (30) reviewed and analyzed Asset Purchase Agreement issues; (31) performed work regarding allocation issues; (32) reviewed and analyzed issues regarding post-closing operating expenses; (33) reviewed and analyzed cash projections and the Asset Purchase Agreement provisions regarding cash; (34) reviewed and analyzed transcripts; (35) prepared for and attended a hearing on April 7, 2021 regarding sale and settlement issues; and (36) conferred and corresponded regarding litigation issues.

During the Final Application Period, the Firm, among other things:

Total Hours 121.7/Total Fees $112,572.00

### 9. Tax Issues

Time billed to this category relates to tax issues.

During the Third Interim Period, the Firm, among other things:  analyzed certain tax aspects of the settlement with PDC:

Total Hours 0.9/Total Fees $832.50

1    **D.      Detailed Listing of all Time Spent by the Professional on the Matters for Which**

2         **Compensation is Sought**

3         **Exhibit A** contains the Firm's detailed time records during the Final Fee Application Period

4    [LBR 2016-1(a)(1)(E)].  The Applicant's time reports are initially handwritten or recorded via

5    computer by the attorney or paralegal performing the described services.  The time reports are

6    organized on a daily basis.  The Applicant is sensitive to issues of "lumping," and unless time was

7    spent in one time frame on a variety of different matters, separate time entries are set forth in the

8    time reports.  **Exhibit B** contains a summary, by category, of the Firm's services and expenses in

9    this case that were incurred during the Final Fee Application Period.  Such summary includes the

10   time spent, rate and billing attributable to each person who performed compensable services for the

11   Debtor [LBR 2016-1(a)(1)(G)].

12   **E.      List of Expenses by Category**

13        The costs incurred are summarized in **Exhibit C** attached hereto, which provides a monthly

14   breakdown for the Final Application Period [LBR 2016-1(a)(1)(F)].  The Firm has not charged the

15   Debtor for any outgoing faxes.  The Firm does charge for unusual expenses, such as travel, court

16   costs and special messenger services, including Federal Express.

17   **F.      Hourly Rates**

18        The hourly rates of all professionals and paraprofessionals rendering services in this case

19   during the Final Fee Application Period are set forth on **Exhibit D** attached hereto [LBR 2016-

20   1(a)(1)(G) and (I)].

21   **G.      Professional Education and Experience**

22        Descriptions of the professional education and experience of each of the professionals'

23   rendering service in this case during the Final Application Period are set forth on **Exhibit E** attached

24   hereto [LBR 2016-1(a)(1)(H)].

25   **H.      Separately Filed Declaration of the Client**

26        Applicant will separately file a declaration from the Chief Wind-Down Officer indicating

27   that he has no objection to allowance of Theodora Oringher, PC fees and costs.

28

1237119.2/81880.05002                               16

**I.      Statement of the Applicant Regarding Compliance with LBR 2016-1**

The attached declaration of William N. Lobel sets forth that the Applicant has reviewed LBR 2016-1 and that this Application is in compliance with such rule [LBR 2016-1(a)(1)(K)].

**J.      No Fee Sharing**

No agreement has been made by any member of the Firm or by any employee thereof, directly or indirectly, and no understanding exists for a division of fees prayed for herein with any other person.

<div align="center">

**V.**

**THE FEES AND EXPENSES REQUESTED SHOULD BE AWARDED**

**BASED UPON APPLICABLE LAW**

</div>

The fees and expenses requested by this Application are an appropriate award for the Applicant's services in acting as general bankruptcy counsel to the Debtor.

**A.      Factors in Evaluating Requests for Compensation**

Pursuant to section 330 of the Bankruptcy Code, the Court may award to a professional person reasonable compensation for actual, necessary services rendered, and reimbursement for actual, necessary expenses incurred.  As set forth above, the fees for which the Applicant requests compensation and the costs incurred for which the Applicant requests reimbursement are for actual and necessary services rendered and costs incurred in the case.

During the Final Fee Application Period 170.40 hours have been recorded by members of the Applicant and more time was actually expended but either was not recorded or was written off.  The Applicant's blended hourly rate in the case for the Final Fee Application Period including paraprofessionals is $896.32.

Moreover, time and labor devoted is only one of many pertinent factors in determining an award of fees and costs.  Based on the skills brought to bear in the case by the Applicant and the results obtained and in light of the accepted lodestar approach, the Applicant submits that the compensation requested herein is reasonable and appropriate.

**B.** **The Lodestar Award Should be Calculated by Multiplying a Reasonable Hourly Rate by the Hours Expended**

In determining the amount of allowable fees under section 330(a) of the Bankruptcy Code, courts are to be guided by the same "general principles" as are to be applied in determining awards under the federal fee-shifting statutes, with "some accommodation to the peculiarities of bankruptcy matters." *In re Manoa Finance Co., Inc.*, 853 F.2d 687, 691 (9th Cir. 1988); *see Meronk v. Arter & Hadden, LLP (In re Meronk),* 249 B.R. 208, 213 (B.A.P. 9th Cir. 2000) (reiterating that *Manoa Finance* is the controlling authority and characterizing the factor test[7] identified in *Johnson v. Georgia Highway Express, Inc.* 488 F.2d 714 (5th Cir. 1974) and *Kerr v. Screen Extras Guild, Inc.* 526 F. 2d 67, 70 (9th Cir. 1975), *cert. denied*, 425 U.S. 951 (1976) as an "obsolete laundry list" now subsumed within more refined analyses).

The United States Supreme Court has evaluated the lodestar approach and endorses its usage. In *Hensley v. Eckerhart*, 461 U.S. 424 (1983), a civil rights case, the Supreme Court held that while the *Johnson* factors might be considered in setting fees, the lodestar amount subsumed many of those factors. *Hensley* at 434, n. 9.[8]  The following year, another civil rights case, *Blum vs. Stenson*, 465 U.S. 886 (1984), provided the so-called lodestar calculation:

> The initial estimate of a reasonable attorney's fee is properly calculated by multiplying the number of hours reasonably expended on the litigation times a reasonable hourly rate . . . .  Adjustments to that fee then may be made as necessary in the particular case.

---

[7]  The original twelve Johnson/Kerr factors were: (1) time and labor required, (2) novelty and difficulty of the questions involved, (3) skill requisite to perform the legal services properly, (4) the preclusion of other employment by the attorney due to acceptance of the case, (5) the customary fee, (6) whether the fee is fixed or contingent, (7) time limitations imposed by the client or the circumstances, (8) amount involved and results obtained, (9) experience, reputation, and ability of the attorneys (10) the "undesirability" of the case, (11) nature and length of the professional relationship with client, and  (12) awards in similar cases.

[8]  For discussion of the Johnson/Kerr subsumed factors, see *Morales v. City of San Rafael*, 96 F.3d 359, 364 n.9 (9th Cir. 1996) ("among the subsumed factors … are: (1) the novelty and complexity of the issues, (2) the special skill and experience of counsel, (3) the quality of representation, and (4) the results obtained"); *Davis v. City & County of San Francisco*, 976 F.2d 1536, 1549 (9th Cir. 1992), *vacated in part on other grounds,* 984 F.2d 345 (9th Cir. 1993) (extending *City of Burlington v. Dague*, 505 U.S. 557, 567 (1992), which held that sixth factor "whether the fee is fixed or contingent, may not be considered in the lodestar calculation").

1    *Blum* at 888.

2    Then in 1986, the Supreme Court more explicitly indicated that the factors relevant to

3    determining fees should be applied using the lodestar approach, rather than an ad hoc approach.

4    While holding that the attorney's fee provision of the Clean Air Act, 42 U.S.C. § 7401 et seq.,

5    should be interpreted like that of the Civil Rights Act, the Supreme Court expressly rejected the ad

6    hoc application of the factors set forth in *Johnson* and thus *Kerr*, stating that "the lodestar figure

7    includes most, if not all, of the relevant factors constituting a 'reasonable' attorney's fee . . . . "

8    *Pennsylvania v. Del. Valley Citizens' Council for Clean Air*, 478 U.S. 546, 563-66 (1986); *see also*

9    *Blanchard v. Bergeron*, 489 U.S. 87, 94 (1989) ("we have said repeatedly that the initial estimate of

10   a reasonable attorney's fee is properly calculated by multiplying the number of hours reasonably

11   expended on the litigation times a reasonable hourly rate").

12   While the lodestar approach is the primary basis for determining fee awards under the federal

13   fee-shifting statutes and Bankruptcy Code, some of the *Johnson/Kerr* factors, previously applied in

14   an ad hoc fashion, can still apply in calculating the appropriate hourly rate to use under the lodestar

15   approach. *Buckridge,* 367 B.R. 191, 201 (C.D. Cal. 2007) ("a court is permitted to adjust the

16   lodestar up or down using a multiplier based on the criteria listed in § 330 and its consideration of

17   the Kerr factors not subsumed within the initial calculations of the lodestar"); *Dang v. Cross*, 422

18   F.3d 800, 812 (9th Cir. 2005) (court may "adjust the lodestar amount after considering other factors

19   that bear on the reasonableness of the fee"); *Unsecured Creditors' Comm. v. Puget Sound Plywood,*

20   *Inc.,* 924 F.2d 955, 960 (9th Cir. 1991) ("Although *Manoa* suggests that starting with the 'lodestar' is

21   customary, it does not mandate such an approach in all cases.... Fee shifting cases are persuasive,

22   but due to the uniqueness of bankruptcy proceedings, they are not controlling").

23   Attached hereto as **Exhibit A** is a copy of the Applicant's time reports and records kept in

24   the regular course of business reflecting the services rendered and the expenses incurred by the

25   Applicant during the Final Fee Application Period.  The Applicant's charges for its professional

26   services are based upon the time, nature, extent and value of such services and the cost of

27   comparable services in the Southern California region, other than in a case under the Bankruptcy

28   Code.

Applicant, and other estate professionals, assisted the Debtor in achieving a global settlement in this case, including a resolution of numerous litigation matters, despite very negative economic conditions in the oil and gas business.  Applicant submits that it has charged reasonable hourly fees and spent a reasonable amount of time in performing its services in this case, especially in light of the results obtained, and respectfully requests that the Court award the requested fees and costs.

## VI.

## <u>CONCLUSION</u>

For the reasons set forth above, the Firm respectfully requests that this Court enter an order:

1.      Allowing on a final basis compensation to the Firm for unpaid services rendered and expenses incurred in the amount of $154,772.08 for the Final Application Period of January 1, 2021 through August 31, 2021;

2.      Allowing on a final basis compensation to the Firm for services rendered in the approximate amount of $7,500, for the period from September 1, 2021, through the date of hearing on this Application, related to the preparation, filing, and notice of the Application and the appearance at the hearing on this matter; and

3.      Authorizing and directing the Debtor or any successor to pay the Firm the unpaid amounts of all allowed fees and costs; and

4.      Granting such other and further relief as may be appropriate under the circumstances.

Dated:  September 20, 2021              THEODORA ORINGHER PC


                                        By:    */s/ William N. Lobel*
                                               _____
                                               William N. Lobel

                                               Co-Counsel for the Debtor and Debtor-in-
                                               Possession

## <u>DECLARATION OF WILLIAM N. LOBEL</u>

I, William N. Lobel, declare as follows:

1.      I am an attorney at law duly authorized to practice in the State of California and before this Court.  I am Of Counsel at the law firm of Theodora Oringher PC, general bankruptcy counsel to the Debtor.

2.      I have personal knowledge of the facts set forth in the foregoing Application and, if called upon as a witness, I could and would competently testify as to all of the matters stated therein.

3.      I have personally reviewed the information contained in the Application, and believe its contents to be true and correct to the best of my knowledge, information and belief.

4.      Regarding providers of on-line legal research (e.g., LEXIS and WESTLAW), the Firm charges the standard usage rates these providers charge for computerized legal research.  The Firm bills its clients the actual cash charged by such services, with no premium.  Any volume discount received by the Firm is passed on to the client.  The Firm is charged a flat fixed-fee monthly guarantee each month for all searches and for accessing all content within the Westlaw plan.  Westlaw usage amounts/costs are allocated to the clients for whom the research was conducted each month.

5.       The Firm does not charge for local or long distance calls placed by attorneys from their offices.  The Firm only bills its clients for the actual costs charged the Firm by teleconferencing services in the event that a multiple party teleconference is initiated through the Firm.

6.      The Firm believes the foregoing rates are the market rates that the majority of law firms charge clients for such services.  In addition, the Firm believes that such charges are in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995.

7.      I have personally reviewed the bills in this matter, and the bills represent true and correct charges to the best of my knowledge, information and belief.

8.      Local Bankruptcy Rule 2016-1(a)(1)(K) Compliance:  I have reviewed Local Bankruptcy Rule 2016-1 and the Application complies with Local Bankruptcy Rule 2016-1.

9.      No agreement has been made by any member of the Firm or by any employee thereof,

directly or indirectly, and no understanding exists for a division of fees prayed for herein with any other person.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20 day of September, 2021, at Costa Mesa, California.

*/s/ William N. Lobel*
William N. Lobel

# **EXHIBIT A**

Detailed Time Records of the Firm



1840 CENTURY PARK EAST, SUITE 500
LOS ANGELES, CA 90067-2120
(310) 557-2009

BRIDGEMARK CORPORATION
ROBERT HALL
17671 IRVINE BLVD., SUITE 217
TUSTIN, CA 92780

TAX IDENTIFICATION # 95-4304007

INVOICE NUMBER:    109869                              INVOICE DATE:    3/23/2021

MATTER NAME:       CHAPTER 11
OUR FILE NUMBER:   81880.05002

FOR PROFESSIONAL SERVICES RENDERED THROUGH  2/28/2021:

PROFESSIONAL FEES THIS INVOICE:                              $32,745.00

COSTS AND EXPENSES THIS INVOICE:                                 $15.21

TOTAL AMOUNT DUE THIS INVOICE:                              $32,760.21

TOTAL DUE THIS MATTER:                                      $32,760.21

PLEASE WRITE THE INVOICE NUMBER ON YOUR CHECK

THEODORA
ORINGHER
COUNSELORS AT LAW

3/23/2021
INVOICE NO.: 109869

**SERVICES**

| DATE | NAME | TASK | SERVICES | HOURS | TOTAL |
|------|------|------|----------|-------|-------|
| 01/05/21 | WNL | B210 | TELEPHONE CONFERENCE WITH JIM MCGEE RE: SETTLEMENT ISSUES AND B. HALL CLAIMS. | 0.30 | $277.50 |
| 01/05/21 | WNL | B210 | REVIEW MONTHLY OPERATING REPORT # 11. | 0.10 | $92.50 |
| 01/06/21 | WNL | B210 | REVIEW CORRESPONDENCE RE: SECOND INTERIM FEE APPLICATIONS AND DRAFT OF NOTICE. | 0.10 | $92.50 |
| 01/06/21 | WNL | B165 | REVIEW ADDITIONAL CORRESPONDENCE RE: SECOND INTERIM FEE APPLICATIONS. | 0.10 | $92.50 |
| 01/06/21 | WNL | B320 | ANALYZE REMAINING SETTLEMENT AND TIMING ISSUES. | 0.40 | $370.00 |
| 01/06/21 | WNL | B165 | REVIEW CORRESPONDENCE RE: PROFESSIONAL FEE ISSUES. | 0.20 | $185.00 |
| 01/06/21 | WNL | B210 | REVIEW CORRESPONDENCE AND TELEPHONE CONFERENCE WITH KEVIN MUGAURO RE: BUSINESS AND OPERATIONAL ISSUES. | 0.30 | $277.50 |
| 01/08/21 | WNL | B110 | CONFER WITH N. LOCKWOOD RE: PENDING MATTERS AND DEADLINES. | 0.30 | $277.50 |
| 01/08/21 | WNL | B320 | TELEPHONE CONFERENCE WITH ROB PFISTER RE: STRUCTURE OF TRANSACTION AND RELATED ISSUES. | 0.30 | $277.50 |
| 01/08/21 | WNL | B320 | CONFERENCE CALL WITH BEN GOLD, ROB PFISTER AND JIM MCGEE RE: PDC PLANS TO IMPLEMENT SETTLEMENT AND PROPOSAL TO LEAVE CERTAIN ASSETS AT BRIDGEMARK. | 0.40 | $370.00 |
| 01/08/21 | WNL | B165 | CONFER WITH NANCY LOCKWOOD RE: ACTION TO BE TAKEN AND FEE APPLICATIONS. | 0.20 | $185.00 |
| 01/08/21 | WNL | B110 | REVIEW CORRESPONDENCE RE: STATUS REPORT IN PENDING APPEAL. | 0.10 | $92.50 |
| 01/08/21 | WNL | B110 | REVIEW AND COMMENT ON PROPOSED LANGUAGE FOR STATUS REPORT IN PENDING APPELLATE ACTION. | 0.10 | $92.50 |
| 01/08/21 | WNL | B320 | REVIEW QUERY FROM CAROL GONZALEZ AND FORWARD FOR RESPONSE. | 0.10 | $92.50 |
| 01/11/21 | WNL | B320 | TELEPHONE CALL WITH JIM MCGEE RE: SETTLEMENT AND RELATED ISSUES. | 0.10 | $92.50 |
| 01/11/21 | WNL | B110 | REVIEW AND REVISE SUGGESTED LANGUAGE TO BE INCLUDED IN THE STATUS REPORT AND REVIEW RELATED CORRESPONDENCE. | 0.20 | $185.00 |
| 01/11/21 | WNL | B110 | REVIEW JIM MCGEE'S COMMENT TO PROPOSED LANGUAGE IN STATUS REPORT AND RELATED CORRESPONDENCE. | 0.20 | $185.00 |
| 01/11/21 | WNL | B110 | REVIEW SUMMARY OF UPCOMING DEADLINES AND RELATED CORRESPONDENCE. | 0.10 | $92.50 |

BRIDGEMARK CORPORATION                                                March 23, 2021
FILE NUMBER: 81880.05002                                              INVOICE NO.: 109869

| | | | | | |
|---|---|---|---|---|---|
| 01/11/21 | WNL | B320 | REVIEW AND RESPOND TO CORRESPONDENCE RE: NEED FOR FURTHER COURT APPROVAL OF THE TERMS OF THE SETTLEMENT. | 0.20 | $185.00 |
| 01/11/21 | WNL | B320 | REVIEW AND RESPOND TO CORRESPONDENCE RE: TIMING OF DISMISSAL OF ALTER EGO LITIGATION. | 0.20 | $185.00 |
| 01/11/21 | WNL | B110 | REVIEW AND RESPOND TO ADDITIONAL CORRESPONDENCE RE: STATUS REPORT AND APPELLATE CASE. | 0.10 | $92.50 |
| 01/11/21 | WNL | B330 | REVIEW CORRESPONDENCE RE: DISMISSAL OF ALTER EGO LITIGATION. | 0.10 | $92.50 |
| 01/11/21 | WNL | B320 | REVIEW ADDITIONAL CORRESPONDENCE RE: TIMING OF CONSUMMATION OF SETTLEMENT WITH PDC. | 0.10 | $92.50 |
| 01/12/21 | WNL | B320 | REVIEW CORRESPONDENCE RE: PENDING ISSUES AND TIMING OF CONSUMMATION OF SETTLEMENT | 0.10 | $92.50 |
| 01/13/21 | WNL | B165 | REVIEW STATUS REPORT AND RELATED CORRESPONDENCE RE: PENDING APPELLATE MATTER. | 0.10 | $92.50 |
| 01/13/21 | WNL | B165 | REVIEW CORRESPONDENCE RE: INTERIM FEE APPLICATION. | 0.10 | $92.50 |
| 01/14/21 | WNL | B320 | REVIEW CORRESPONDENCE RE: RESPONSE TO VARIOUS INQUIRIES REGARDING TIMING AND CONSUMMATION OF SETTLEMENT WITH PDC. | 0.10 | $92.50 |
| 01/14/21 | WNL | B320 | TELEPHONE CONFERENCE WITH KEVIN MAGAURO RE: TERMS OF SETTLEMENT AND PROPOSAL MADE BY PDC RE: LEAVING ASSETS. | 0.20 | $185.00 |
| 01/14/21 | WNL | B210 | TELEPHONE CONFERENCE WITH JIM MCGEE REGARDING OPERATING ISSUES | 0.10 | $92.50 |
| 01/15/21 | WNL | B320 | TELEPHONE CONFERENCES WITH JIM MCGEE RE: TERMS OF SETTLEMENT. | 0.10 | $92.50 |
| 01/15/21 | WNL | B320 | REVIEW TERM SHEET AND SUPPLEMENT RE: RELEVANT TERMS OF SETTLEMENT. | 0.20 | $185.00 |
| 01/15/21 | WNL | B320 | TELEPHONE CONFERENCE WITH BOB HALL RE: SETTLEMENT ISSUES. | 0.10 | $92.50 |
| 01/15/21 | WNL | B320 | REVEIW AND RESPOND TO CORRESPONDENCE RE: SETTLEMENT ISSUES | 0.20 | $185.00 |
| 01/19/21 | WNL | B165 | TELEPHONE CONFERENCE WITH MIKE ISSA RE: ISSUES CONCERNING PAYMENT OF PROFESSIONAL FEES. | 0.10 | $92.50 |
| 01/22/21 | WNL | B170 | REVIEW AND RESPOND TO CORRESPONDENCE RE: REASON FOR $60,000 REDUCTION IN ATTORNEY'S FEES. | 0.10 | $92.50 |
| 01/22/21 | WNL | B320 | REVIEW CORRESPONDENCE RE: TERMS OF LATEST SETTLEMENT PROPOSAL BY PDC. | 0.10 | $92.50 |
| 01/25/21 | WNL | B320 | REVIEW CORRESPONDENCE RE: STATUS OF FINALIZATION OF SETTLEMENT AND TIMING ISSUES. | 0.10 | $92.50 |
| 01/25/21 | WNL | B110 | REVIEW DECEMBER MONTHLY OPERATING REPORT AND RELATED CORRESPONDENCE. | 0.10 | $92.50 |
| 01/25/21 | WNL | B165 | REVIEW CORRESPONDENCE RE: PROFESSIONAL FEE ISSUES. | 0.10 | $92.50 |

BRIDGEMARK CORPORATION                                                    March 23, 2021
FILE NUMBER:  81880.05002                                            INVOICE NO.: 109869

| 01/26/21 | WNL | B210 | REVIEW CORRESPONDENCE RE: INCREASED BUSINESS EXPENSES, ETC. | 0.10 | $92.50 |
|---|---|---|---|---|---|
| 01/26/21 | WNL | B110 | REVIEW CORRESPONDENCE RE: DRAFT STATUS REPORT. | 0.10 | $92.50 |
| 01/26/21 | WNL | B210 | REVIEW CORRESPONDENCE RE: CASH ISSUES. | 0.10 | $92.50 |
| 01/27/21 | WNL | B110 | REVIEW LATEST STATUS CONFERENCE REPORT. | 0.10 | $92.50 |
| 01/27/21 | WNL | B110 | REVIEW MONTHLY OPERATING REPORT # 12. | 0.10 | $92.50 |
| 01/27/21 | WNL | B220 | REVIEW CORRESPONDENCE RE: PAYMENT OF CAROL CURRY'S BONUSES. | 0.10 | $92.50 |
| 01/27/21 | WNL | B320 | REVIEW TERMS OF CLARIFICATION LETTER IN VIEW OF CURRENT STATUS AND ISSUES. | 0.10 | $92.50 |
| 01/27/21 | WNL | B220 | REVIEW CORRESPONDENCE RE: DISCLOSURE OF PAYMENTS TO CAROL CURRY. | 0.10 | $92.50 |
| 01/28/21 | WNL | B210 | REVIEW ADDITIONAL CORRESPONDENCE REGARDING OPERATIONAL ISSUES. | 0.10 | $92.50 |
| 01/28/21 | WNL | B320 | TELEPHONE CONFERENCE WITH JIM MCGEE REGARDING FINALIZATION OF SETTLEMENT AND RELATED ISSUES. | 0.20 | $185.00 |
| 01/29/21 | WNL | B165 | REVIEW CORRESPONDENCE REGARDING CHANGES TO CASSO & SPARKS FEE APPLICATION | 0.10 | $92.50 |
| 01/29/21 | WNL | B110 | TELEPHONE CONFERENCE WITH WITH N. GOLDENBERG REGARDING APPROVAL OF PAYMENT ON PRE-PETITION BONUS DUE TO CAROL CURRY | 0.10 | $92.50 |
| 01/31/21 | WNL | B320 | TELEPHONE CONFERENCE WITH KEVIN MUGAVERO REGARDING SALE ISSUES, TERMS OF PROPOSED TRANSACTION AND RELATED ISSUES. | 0.30 | $277.50 |
| 02/01/21 | WNL | B165 | REVIEW DRAFT FEE APPLICATION OF NUMERIC SOLUTIONS AND E. GRAY'S COMMENTS REGARDING SAME | 0.30 | $277.50 |
| 02/01/21 | WNL | B165 | REVIEW CORRESPONDENCE REGARDING NUMERIC SOLUTIONS FEE APPLICATION | 0.10 | $92.50 |
| 02/01/21 | WNL | B165 | REVIEW CORRESPONDENCE REGARDING FEE APPLICATION OF NUMERIC SOLUTIONS. | 0.10 | $92.50 |
| 02/02/21 | WNL | B110 | REVIEW LATEST STATUS REPORT FILED IN THE CHAPTER 11 | 0.10 | $92.50 |
| 02/02/21 | WNL | B320 | TELEPHONE CALL WITH KEVIN MUGAVERO REGARDING STATUS OF SETTLEMENT WITH PDC. | 0.10 | $92.50 |
| 02/08/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING POSSIBLE CHANGES TO STRUCTURE OF THE FINALIZATION OF THE SETTLEMENT. | 0.20 | $185.00 |
| 02/09/21 | WNL | B320 | REVIEW AND RESPOND TO CORRESPONDENCE REGARDING NON- RECEIPT OF DIFINITIVE DOCUMENTATION FROM PDC. | 0.10 | $92.50 |
| 02/09/21 | WNL | B320 | REVIEW DOCUMENTS PROVIDED BY PDC TO DOCUMENT THE SETTLEMENT. | 3.40 | $3,145.00 |
| 02/09/21 | WNL | B320 | REVIEW CORRESPPONDENCE REGARDING PREPARATION FOR PENDING HEARING. | 0.10 | $92.50 |

BRIDGEMARK CORPORATION                                                   March 23, 2021
FILE NUMBER:  81880.05002                                        INVOICE NO.: 109869

| 02/10/21 | WNL | B320 | REVIEW AND ANALYSIS OF PDC DRAFT DOCUMENTS TO DOCUMENT TERMS OF SETTLEMENT AND TRANSFER OF PROPERTIES. | 1.60 | $1,480.00 |
|---|---|---|---|---|---|
| 02/10/21 | WNL | B320 | TELEPHONE CALL WITH JIM MCGEE REGARDING ISSUES RAISED BY DOCUMENTS SENT BY PDC. | 0.20 | $185.00 |
| 02/10/21 | WNL | B110 | ZOOM CALL WITH JIM MCGEE AND ERIN GRAY IN PREPARATION FFOR COURT HEARING AND TO DISCUSS REVIEW OF PDC DOCUMENTS. | 0.70 | $647.50 |
| 02/10/21 | WNL | B110 | ZOOM ATTENDANCE AT STATUS CONFERENCE AND HEARINGS ON OTHER MATTERS. BRIDGEMARK | 0.90 | $832.50 |
| 02/11/21 | WNL | B320 | REVIEW AND RESPOND TO CORRESPONDENCE REGARDING DOCUMENTS PROVIDED BY ROB PFISTER. | 0.20 | $185.00 |
| 02/11/21 | WNL | B320 | REVIEW AND RESPOND TO CORRESPONDENCE REGARDING DOCUMENTS PRODUCED BY PDC. | 0.10 | $92.50 |
| 02/11/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING WHETHER DIFINITIVE SETTLEMENT DOCUMENTS ARE CONSISTENT WITH THE TERM SHEET AND LETTER AMENDMENT. | 0.10 | $92.50 |
| 02/11/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING DISCUSSIONS WITH PDC PERSONNEL. | 0.10 | $92.50 |
| 02/12/21 | WNL | B320 | FINALIZE REVIEW AND ANALYSIS OF DOCUMENTS PROVIDED BY PDC AND LIST ISSUES RAISED THEREBY. | 2.60 | $2,405.00 |
| 02/12/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING DOCUMENTS PROVIDED BY PDC. | 0.20 | $185.00 |
| 02/15/21 | WNL | B320 | DRAFT CORRESPONDENCE REGARDING REVIEW OF DEFINITIVE DOCUMENTS. | 0.10 | $92.50 |
| 02/15/21 | WNL | B320 | REVIEW AND RESPOND TO CORRESPONDENCE REGARDING REVIEW OF DEFINITIVE DOCUMENTS. | 0.10 | $92.50 |
| 02/15/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING POSITION BEING TAKEN BY BOB HALL REGARDING THE DEFINITIVE DOCUMENTS. | 0.10 | $92.50 |
| 02/15/21 | WNL | B320 | REVIEW AND RESPOND TO ADDITIONAL CORRESPONDENCE REGARDING REVIEW OF DEFINITIVE DOCUMENTS. | 0.10 | $92.50 |
| 02/15/21 | WNL | B320 | ADDITIONAL REVIEW AND ANALYSIS OF DEFINITIVE DOCUMENTS AND CONSIDER ADDITIONAL ISSUES RAISED THEREBY. | 1.60 | $1,480.00 |
| 02/15/21 | WNL | B320 | CONSIDER ALTERNATIVE STRUCTURES FOR TRANSACTION TO ELIMINATE PROBLEMS WITH PROPOSED STRUCTURE. | 0.40 | $370.00 |
| 02/15/21 | WNL | B320 | TELEPHONE CALL WITH KEVIN MUGAVERO REGARDING OPERATIONAL ISSUES AND ISSUES CONCERNING SETTLEMENT WITH PDC. | 0.30 | $277.50 |
| 02/15/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING STATUS OF FINALIZATION OF SETTLEMENT WITH PDC. | 0.20 | $185.00 |
| 02/15/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING TIMIMG AND STRUCTURE OF SETTLEMENT ISSUES. | 0.30 | $277.50 |

BRIDGEMARK CORPORATION                                                                                         March 23, 2021
FILE NUMBER: 81880.05002                                                                                      INVOICE NO.: 109869

| 02/16/21 | WNL | B320 | TELEPHONE CALL WITH ERIN GRAY REGARDING DEFINATIVE DOCUMENTATION AND RELATED ISSUES. | 0.70 | $647.50 |
|---|---|---|---|---|---|
| 02/16/21 | WNL | B320 | REVIEW TERM SHEET AND LETTER AMENDMENT REGARDING RIGHT OF PDC TO PICK AND CHOOSE AMONG ASSETS IT WILL TAKE. | 0.20 | $185.00 |
| 02/16/21 | WNL | B320 | TELEPHONE CALL WITH JIM MCGEE REGARDING ISSUES RAISED BY PDC'S DEFINITIVE DOCUMENTS. | 0.20 | $185.00 |
| 02/16/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING PRELIMINARY REVIEW BY JOHN HARRIS OF DEFINITIVE DOCUMENTS. | 0.10 | $92.50 |
| 02/16/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING ADDITIONAL REVIEW OF DEFINITIVE DOCUMENTS. | 0.10 | $92.50 |
| 02/16/21 | WNL | B310 | REVIEW CORRESPONDENCE REGARDING PERIODIC REPORT THAT IS DUE. | 0.10 | $92.50 |
| 02/16/21 | WNL | B320 | TELEPHONE CALL WITH JIM MCGEE REGARDING SETTLEMENT STRUCTURE ISSUES AND POTENTIAL LIABILITY ISSUES. | 0.20 | $185.00 |
| 02/16/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING PDC SETTLEMENT ISSUES. | 0.20 | $185.00 |
| 02/17/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING WHICH WELLS WILL BE SOLD TO THE BUYER AND WHICH WILL BE PLUGGED AND ABANDONED. | 0.10 | $92.50 |
| 02/17/21 | WNL | B320 | REVIEW AND RESPOND TO CORRESPONDENCE REGARDING RESPONSE TO PDC ON DEFINITIVE DOCUMENTS. | 0.10 | $92.50 |
| 02/17/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING ISSUES WITH WELLS TO BE CAPPED AND ABANDONED. | 0.10 | $92.50 |
| 02/17/21 | WNL | B320 | TELEPHONE CALL WITH BOB HALL REGARDING DEFINITIVE DOCUMENTATION AND VARIATIONS FROM THE TERMS OF THE SETTLEMENT DOCUMENTS. | 0.20 | $185.00 |
| 02/17/21 | WNL | B320 | DRAFT CORRESPONDENCE REGARDING REVIEW OF DEFINITIVE DOCUMENTS AND ISSUES RAISED THEREBY. | 0.30 | $277.50 |
| 02/17/21 | WNL | B320 | REVIEW TERM SHEET, LETTER AMENDMENT AND DEFINITIVE DOCUMENTS IN PREPARATION FOR TELEPHONE CALL WUTH JOHN HARRIS AND JIM MCGEE. | 0.60 | $555.00 |
| 02/17/21 | WNL | B320 | CONFERENCE CALL WITH JOHN HARRIS AND JIM MCGEE REGARDING REVIEW OF AND COMMENTS ON THE DEFINITIVE DOCUMENTS. | 1.00 | $925.00 |
| 02/17/21 | WNL | B210 | REVIEW CORRESPONDENCE REGARDING AMOUNT OF CASH AVAILABLE IN THE DEBTOR. | 0.10 | $92.50 |
| 02/17/21 | WNL | B320 | REVIEW AND RESPOND TO CORRESPONDENCE REGARDING JOHN HARRIS' COMMENTS TO THE TRANSACTION AGREEMENT. | 0.20 | $185.00 |
| 02/17/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING LETTER AMENDMENT TO TERM SHEET. | 0.10 | $92.50 |
| 02/17/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING BASIS FOR SETTLEMENT OFFER. | 0.10 | $92.50 |

BRIDGEMARK CORPORATION                                                    March 23, 2021
FILE NUMBER: 81880.05002                                              INVOICE NO.: 109869

| 02/18/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING KEVIN MUGAVERO PRACTICAL ISSUES WITH THE DEFINITIVE DOCUMENTATION. | 0.10 | $92.50 |
|---|---|---|---|---|---|
| 02/18/21 | WNL | B320 | REVIEW TERM SHEET, LETTER AMENDMENT AND DEFINITIVE DOCUMENTS AND COMPARE THE TERMS REGARDING; CONSISTENCY AND SCOPE OF OBLIGATIONS IMPOSED ON BRIDGEMARK. | 1.70 | $1,572.50 |
| 02/18/21 | WNL | B320 | REVIEW ADDITTIONAL COMMENTS OF BOB HALL ON THE DEFINITIVE DOCUMENTS. | 0.10 | $92.50 |
| 02/18/21 | WNL | B320 | REVIEW ADDITIONAL COMMENTS OF JOHN HARRIS. | 0.10 | $92.50 |
| 02/18/21 | WNL | B320 | DRAFT CORRESPONDENCE REGARDING LEGAL RESPONSIBILITIES CONCERNING FINALIZATION OF SETTLEMENT WITH PDC. | 0.10 | $92.50 |
| 02/18/21 | WNL | B110 | REVIEW CORRESPONDENCE REGARDING DELINQUENT US TRUSTEE'S FEES. | 0.10 | $92.50 |
| 02/18/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING ADDITIONAL COMMENTS ON THE DEFINITIVE DOCUMENTS FROM JOHN HARRIS. | 0.20 | $185.00 |
| 02/18/21 | WNL | B160 | REVIEW CORRESPONDENCE REGARDING NEED TO HIRE BROWN ARMSTRONG TO PREPARE 2020 TAX RETURNS. | 0.10 | $92.50 |
| 02/18/21 | WNL | B320 | REVIEW AND ANALYZE ADDITIONAL COMMENTS FROM KEVIN MUGAVERO. | 0.20 | $185.00 |
| 02/18/21 | WNL | B320 | REVIEW ADDITIONAL INFORMATION RELEVANT TO SETTLEMENT IMPLEMENTATION. | 0.20 | $185.00 |
| 02/19/21 | WNL | B160 | REVIEW CORRESPONDENCE REGARDING DELINQUENT US TRUSTEES FEES. | 0.10 | $92.50 |
| 02/19/21 | WNL | B110 | REVIEW CORRESPONDENCE REGARDING EMPLOYMENT APPLICATION FOR BROWN ARMSTRONG. | 0.10 | $92.50 |
| 02/19/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING AMOUNT OF CASH ON BRIDGEMARK ACCOUNTS. | 0.10 | $92.50 |
| 02/19/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING TAX ISSUES REAISED BY STRUCTURE OF THE TRANSACTION. | 0.10 | $92.50 |
| 02/19/21 | WNL | B160 | REVIEW CORRESPONDENCE REGARDING FEE APPLICATIONS FOR VARIOUS PROFESSIONALS. | 0.10 | $92.50 |
| 02/19/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING FURTHER REVIEW OF DEFINITIVE DOCUMENTS. | 0.10 | $92.50 |
| 02/19/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING REVIEW OF DEFINITIVE DOCUMENTS. | 0.10 | $92.50 |
| 02/19/21 | WNL | B320 | REVIEW ADDITIONAL CORRESPONDENCE REGARDING POSITION OF BRIDGEMARK WITH RESPECT TO THE TERMS OF THE DEFINITIVE DOCUMENTS. | 0.20 | $185.00 |
| 02/19/21 | WNL | B320 | ADDITIONAL REVIEW OF SPECIFIC DEFINITIVE DOCUMENTS. | 0.80 | $740.00 |
| 02/19/21 | WNL | B300 | REVIEW AND RESPOND TO CORRESPONDENCE REGARDING POTENTIAL CLAIMS OF ROYALTY RECIPIENTS. | 0.30 | $277.50 |

BRIDGEMARK CORPORATION                                                    March 23, 2021
FILE NUMBER: 81880.05002                                          INVOICE NO.: 109869

| Date | | | Description | Hours | Amount |
|---|---|---|---|---|---|
| 02/22/21 | WNL | B320 | TELEPHONE CALL WITH ROB PFISTER REGARDING ISSUES CONCERNING STRUCTURE OF SETTLEMENT TRANSACTIONS AND PDC'S SUGGESTEED SOLUTIONS. | 0.30 | $277.50 |
| 02/23/21 | WNL | B165 | REVIEW CORRESPONDENCE REGARDING PENDING HEARINGS ON FEE APPLICATIONS. | 0.10 | $92.50 |
| 02/23/21 | WNL | B320 | REVIEW AND RESPOND TO CORRESPONDENCE REGARDING PENDING HEARINGS AND CHANGE IS STRUCTURE OF THE TRANSITION TRANSACTION. | 0.20 | $185.00 |
| 02/23/21 | WNL | B320 | REVIEW AND RESPOND TO CORRESPONDENCE FROM ROB PFISTER REGARDING CONTINUANCE OF HEARINGS SET FOR FEBRUARY 24. | 0.10 | $92.50 |
| 02/23/21 | WNL | B165 | REVIEW CORRESPONDENCE AND DRAFT ORDERS REGARDING ALLLOWANCE OF ATTORNEYS FEES. | 0.10 | $92.50 |
| 02/23/21 | WNL | B320 | REVIEW AND RESPOND TO ADDITIONAL CORRESPONDENCE REGARDING STIPULATION TO CONTINUE PENDING HEARINGS. | 0.10 | $92.50 |
| 02/23/21 | WNL | B320 | REVIEW AND APPROVE STIPULATION TO CONTINUE VARIOUS HEARINGS. | 0.10 | $92.50 |
| 02/23/21 | WNL | B165 | REVIEW DRAFTS OF STIPULATIONS TO CONTINUE HEARINGS AND RELATED CORRESPONDENCE . | 0.20 | $185.00 |
| 02/23/21 | WNL | B165 | REVIEW COURT'S TENTATIVES ON VARIOUS HEARINGS AND DRAFT OF ORDERS BASED ON THE TENTATIVES. | 0.20 | $185.00 |
| 02/23/21 | WNL | B330 | REVIEW ADDITIONAL CORRESPONDENCE REGARDING ASHBY SETTLEMENT. | 0.10 | $92.50 |
| 02/23/21 | WNL | B165 | REVIEW CORRESPONDENCE REGARDING CHANGES TO DRAFT ORDER APPROVING CASSO &SPARKS FEES. | 0.10 | $92.50 |
| 02/23/21 | WNL | B220 | REVIEW CORRESPONDENCE REGARDING CHANGE IN CAPACITY OF CAROL CURRY. | 0.10 | $92.50 |
| 02/24/21 | WNL | B165 | ATTENDANCE AT ZOOM HEARING ON ATTORNEYS FEES AND RELATED MATTERS. | 0.40 | $370.00 |
| 02/24/21 | WNL | B165 | REVIEW CORRESPONDENCE REGARDING OMNIBUS ORDER APPROVING PROFESSIONAL FEES. | 0.10 | $92.50 |
| 02/24/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING COST OF CAPPING AND ABANDONING THE 10 WELLS. | 0.10 | $92.50 |
| 02/24/21 | WNL | B330 | REVIEW CORRESPONDENCE REGARDING STATUS OF ORDER APPROVING SETTLEMENT WITH BRANDON ASHBY. | 0.10 | $92.50 |
| 02/24/21 | WNL | B320 | REVIEW COMMENTS ON THE COST ESTIMATE TO CAP AND ABANDON THE 10 WELLS. | 0.10 | $92.50 |
| 02/24/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING POTENTIAL FUTURE ENVIRONMENTAL REMEDIATION WORK. | 0.10 | $92.50 |
| 02/24/21 | WNL | B165 | REVIEW DRAFT OMNIBUS ORDER ALLOWING PROFESSIONAL FEES AND RELATED CORRESPONDENCE. | 0.10 | $92.50 |

BRIDGEMARK CORPORATION                                                     March 23, 2021
FILE NUMBER:  81880.05002                                         INVOICE NO.: 109869

| 02/24/21 | WNL | B320 | TELEPHONE CALL WITH KEVIN MUGAVRO REGARDING CAPPING AND ABANDONMENT OF WELLS AND RELATED ISSUES. | 0.20 | $185.00 |
|---|---|---|---|---|---|
| 02/25/21 | WNL | B330 | REVIEW CORRESPONDENCE REGARDING ENTRY OF ORDER IN THE ASHBY CASE. | 0.10 | $92.50 |
| 02/25/21 | WNL | B110 | REVIEW CORRESPONDENCE REGARDING OUTSTANDING US TRUSTEE'S FEES. | 0.10 | $92.50 |
| 02/25/21 | WNL | B165 | REVIEW CORRESPONDENCE REGARDING APPROVAL OF EMPLOYMENT OF BROWN ARMSTRONG. | 0.10 | $92.50 |
| 02/26/21 | WNL | B210 | REVIEW LATEST MONTHLY OPERATING REPORT AND CORRESPONDENCE REGARDING SAME. | 0.10 | $92.50 |
| 02/26/21 | WNL | B320 | REVIEW AND RESPOND TO CORRESPONDENCE REGARDING STATUS OF SETTLEMENT WITH PDC. | 0.10 | $92.50 |
| 02/26/21 | WNL | B165 | REVIEW CORRESPONDENCE REGARDING EMPLOYMENT APPLICATION FOR BROWN ARMSTRONG. | 0.10 | $92.50 |
| 02/27/21 | WNL | B110 | REVIEW CORRESPONDENCE REGARDING EMPLOYMENT OF BROWN ARMSTRONG. | 0.10 | $92.50 |

TOTAL HOURS:                                                              35.40

TOTAL FEES:                                                                            $32,745.00

COSTS AND EXPENSES                                                              $15.21

|  | CONFERENCE CALL EXPENSE 02/17/21 @ 9:53AM - W. LOBEL 02/17/21 @ 1:03PM ADIGO INC. | 15.21 |  |
|---|---|---|---|

**TOTAL AMOUNT DUE THIS INVOICE**                                       $32,760.21

### TIMEKEEPER SUMMARY

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| William N. Lobel | 35.40 | 925.00 | $32,745.00 |
| TOTALS | 35.40 |  | $32,745.00 |

BRIDGEMARK CORPORATION                                                    March 23, 2021
FILE NUMBER:  81880.05002                                        INVOICE NO.: 109869

## TASK CODE SUMMARY

| TASK/DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| B110 / Case Administration | 0.30 | $925.00 | $277.50 |
| B160 / Fee/Employment Applications | 0.10 | $925.00 | $92.50 |
| B165 / Fee Applications (Others - Filing) | 0.10 | $925.00 | $92.50 |
| B170 / Fee/Employment Objections | 0.10 | $925.00 | $92.50 |
| B210 / Business Operations | 0.30 | $925.00 | $277.50 |
| B220 / Employee Benefits/Pensions | 0.10 | $925.00 | $92.50 |
| B300 / Claims and Plan | 0.30 | $925.00 | $277.50 |
| B310 / Claims Administration and Objections | 0.10 | $925.00 | $92.50 |
| B320 / Plan/Disclosure Statement (including bus | 0.40 | $925.00 | $370.00 |
| B330 / Litigation/Adversary Proceedings | 0.10 | $925.00 | $92.50 |
| TOTALS | 35.40 | | $32,745.00 |



1840 CENTURY PARK EAST, SUITE 500
LOS ANGELES, CA 90067-2120
(310) 557-2009

BRIDGEMARK CORPORATION
ROBERT HALL
17671 IRVINE BLVD., SUITE 217
TUSTIN, CA 92780

TAX IDENTIFICATION # 95-4304007

| | | |
|---|---|---|
| INVOICE NUMBER: | 110159 | INVOICE DATE:   4/23/2021 |

MATTER NAME:       CHAPTER 11
OUR FILE NUMBER:   81880.05002

| | |
|---|---|
| BALANCE DUE FROM PREVIOUS STATEMENT: | $32,760.21 |
| PAYMENTS RECEIVED: | $0.00 |
| BALANCE FORWARD: | $32,760.21 |

FOR PROFESSIONAL SERVICES RENDERED THROUGH  3/31/2021:

| | |
|---|---|
| PROFESSIONAL FEES THIS INVOICE: | $53,080.00 |
| COSTS AND EXPENSES THIS INVOICE: | $35.04 |
| TOTAL AMOUNT DUE THIS INVOICE: | $53,115.04 |

| | |
|---|---|
| TOTAL DUE THIS MATTER: | $85,875.25 |

PLEASE WRITE THE INVOICE NUMBER ON YOUR CHECK

**THEODORA ORINGHER**
COUNSELORS AT LAW

4/23/2021
INVOICE NO.: 110159

**SERVICES**

| DATE | NAME | TASK | SERVICES | HOURS | TOTAL |
|------|------|------|----------|-------|-------|
| 03/12/21 | WNL | B110 | REVIEW MONTHLY OPERATING REPORT AND RELATED CORRESPONDENCE. | 0.10 | $92.50 |
| 03/17/21 | WNL | B110 | REVIEW STATUS REPORT FILED BY BRIDGEMARK. | 0.20 | $185.00 |
| 03/17/21 | WNL | B110 | REVIEW LATEST DRAFT OF DEBTOR'S STATUS REPORT. | 0.20 | $185.00 |
| 03/17/21 | WNL | B110 | REVIEW CORRESPONDENCE REGARDING STATUS REPORT. | 0.10 | $92.50 |
| 03/17/21 | WNL | B110 | REVIEW CORRESPONDENCE REGARDING BOB HALL'S REFUSAL TO SIGN DOCUMENTS. | 0.10 | $92.50 |
| 03/17/21 | WNL | B110 | REVIEW CORRESPONDENCE REGARDING APPROVAL BY PDC OF THE DEBTOR'S STATUS REPORT. | 0.10 | $92.50 |
| 03/19/21 | WNL | B110 | REVIEW CORRESPONDENCE REGARDING OBLIGATIONS OF DEBTOR IN POSSESSION. | 0.10 | $92.50 |
| 03/19/21 | WNL | B110 | REVIEW CORRESPONDENCE REGARDING ADDITIONAL ADMINISTRATIVE ISSUES. | 0.10 | $92.50 |
| 03/20/21 | WNL | B110 | REVIEW CRITICAL DATES SUMMARY. | 0.10 | $92.50 |
| 03/26/21 | WNL | B110 | REVIEW MONTHLY OPERATING REPORT FOR FEBRUARY. | 0.10 | $92.50 |
| 03/08/21 | WNL | B130 | REVIEW EVIDENCE THAT THE BRIDGEMARK OFFICE SPACE IS NOT OWNED BY BOB HALL. | 0.10 | $92.50 |
| 03/12/21 | WNL | B160 | REVIEW AND REVISE SUPPLEMENTAL APPLICATION TO EMPLOY BROWN ARMSTRONG. | 0.50 | $462.50 |
| 03/17/21 | WNL | B160 | REVIEW AND REVISE DRAFT SUPPLEMENTAL APPLICATION TO EMPLOY BROWN ARMSTRONG. | 0.20 | $185.00 |
| 03/18/21 | WNL | B160 | REVIEW AND COMMENT ON SUPPLEMENTAL APPLICATION REGARDING EMPLOYMENT OF BROWN ARMSTRONG. | 0.30 | $277.50 |
| 03/18/21 | WNL | B160 | TELEPHONE CALL WITH NANCY LOCKWOOD REGARDING SUPPLEMENTAL EMPLOYMENT APPLICATION FOR BROWN ARMSTRONG. | 0.20 | $185.00 |
| 03/18/21 | WNL | B160 | DRAFT CORRESPONDENCE REGARDING ADDITIONS TO SUPPLEMENTAL EMPLOYMENT APPLICATION FOR BROWN ARMSTRONG. | 0.20 | $185.00 |
| 03/18/21 | WNL | B160 | DRAFT CORRESPONDENCE REGARDING BROWN ARMSTRONG SUPPLEMENTAL APPLICATION AND PDC APPROVAL. | 0.10 | $92.50 |
| 03/18/21 | WNL | B160 | REVIEW CORRESPONDENCE REGARDING SUPPLEMENTAL APPLICATION TO EMPLOY BROWN ARMSTRONG. | 0.10 | $92.50 |
| 03/18/21 | WNL | B160 | REVIEW SUPPLEMENTAL APPLICATION TO EMPLOY BROWN ARMSTRONG REGARDING DIFFERENT ISSUES. | 0.10 | $92.50 |

BRIDGEMARK CORPORATION
FILE NUMBER: 81880.05002

April 23, 2021
INVOICE NO.: 110159

| 03/19/21 | WNL | B160 | REVIEW CORRESPONDENCE REGARDING BROWN ARMSTRONG SUPPLEMENTAL EMPLOYMENT APPLICATION. | 0.10 | $92.50 |
|---|---|---|---|---|---|
| 03/28/21 | WNL | B160 | REVIEW ORDER EMPLOYING THEODORA ORIHGHER. | 0.10 | $92.50 |
| 03/11/21 | WNL | B165 | REVIEW AND REVISE PRE BILLS FOR JANUARY AND FEBRUARY. | 1.40 | $1,295.00 |
| 03/19/21 | WNL | B165 | REVIEW AND RESPOND TO CORRESPONDENCE REGARDING FILING OF PROFESSIONAL FEE STATEMENTS. | 0.10 | $92.50 |
| 03/25/21 | WNL | B165 | REVIEW CORRESPONDENCE AND DRAFT OF FEE APPLICATION OF CASSO & SPARKS. | 0.20 | $185.00 |
| 03/30/21 | WNL | B165 | REVIEW CORRESPONDENCE REGARDING AMOUNT OF UNPAID FEES. | 0.10 | $92.50 |
| 03/30/21 | SJS | B165 | DRAFT MONTHLY FEE APPLICATION COVERING JANUARY-FEBRUARY 2021 | 2.00 | $700.00 |
| 03/31/21 | SJS | B165 | REVISE MONTHLY FEE APPLICATION COVERING JANUARY-FEBRUARY 2021. | 0.60 | $210.00 |
| 03/26/21 | WNL | B200 | REVIEW AND ANALYZE MONTHLY OPERATING REPORT FOR FEBRUARY AND PERIODIC REPPORT. | 0.20 | $185.00 |
| 03/10/21 | WNL | B210 | REVIEW CORRESPONDENCE AND TELEPHONE CALL WITH KEVIN MUGAVERO REGARDING PENALTIES OWED TO CALGEN. | 0.10 | $92.50 |
| 03/12/21 | WNL | B210 | REVIEW CORRESPONDENCE REGARDING PAYMENT OF AMOUNTS DUE TO CALGEN. | 0.10 | $92.50 |
| 03/12/21 | WNL | B210 | REVIEW ADDITIONAL CORRESPONDENCE REGARDING MONEY DUE TO CALGEN. | 0.10 | $92.50 |
| 03/12/21 | WNL | B210 | REVIEW ADDITIONAL CORRESPONDENCE REGARDING BREAKDOWN OF BASIS FOR AMOUNTS DUE TO CALGEN. | 0.10 | $92.50 |
| 03/12/21 | WNL | B210 | REVIEW ADDITIONAL CORRESPONDENCE REGARDING PAYMENTS DUE TO CALGEN. | 0.10 | $92.50 |
| 03/12/21 | WNL | B210 | REVIEW ADDITIONAL CORRESPONDENCE REGARDING AMOUNT DUE TO CALGEN AND BASIS FOR CHARGES. | 0.10 | $92.50 |
| 03/12/21 | WNL | B210 | REVIEW ADDITIONAL CORRESPONDENCE REGARDING CALGEN ISSUES. | 0.10 | $92.50 |
| 03/19/21 | WNL | B210 | REVIEW MONTHLY OPERATING REPORT FOR JANUARY, 2021. | 0.10 | $92.50 |
| 03/22/21 | WNL | B210 | REVIEW MONTHLY OPERATING REPORT NUMBER 13. | 0.10 | $92.50 |
| 03/30/21 | WNL | B210 | REVIEW COURT'S TENTATIVE REGARDING SALE MOTION. | 0.10 | $92.50 |
| 03/30/21 | WNL | B210 | REVIEW CASH FLOW PROJECTION FOR APRIL, 2021. | 0.10 | $92.50 |
| 03/31/21 | WNL | B210 | REVIEW CORRESPONDENCE REGARDING BUDGET FOR BRIDGEMARK CASH FLOWS. | 0.10 | $92.50 |
| 03/15/21 | WNL | B240 | REVIEW CORRESPONDENCE REGARDING IRS ISSUES. | 0.20 | $185.00 |
| 03/31/21 | WNL | B240 | REVIEW CORRESPONDENCE REGARDING TAX OBLIGATION CREATED BY BUYER'S PAYMENT FOR ASSETS TO PDC. | 0.10 | $92.50 |
| 03/25/21 | WNL | B300 | REVIEW REVISED ORDER APPROVING SALE. | 0.10 | $92.50 |
| 03/19/21 | WNL | B310 | REVIEW CORRESPONDENCE REGARDING ADMINISTRATIVE BAR DATE. | 0.10 | $92.50 |

BRIDGEMARK CORPORATION

April 23, 2021

FILE NUMBER: 81880.05002

INVOICE NO.: 110159

| 03/24/21 | WNL | B310 | REVIEW AND RESPOND TO CORRESPONDENCE REGARDING SUPPLEMENTAL ADMINISTRATIVE BAR DATE. | 0.10 | $92.50 |
| 03/24/21 | WNL | B310 | REVIEW CORRESPONDENCE REGARDING ISSUES RAISED BY MOTION FOR SUPPLEMENTAL ADMINISTRATIVE BAR DATE. | 0.10 | $92.50 |
| 03/24/21 | WNL | B310 | REVIEW CORRESPONDENCE REGARDING COMMENTS REGARDING MOTION FOR SUPPLEMENTAL ADMINISTRATIVE BAR DATE. | 0.20 | $185.00 |
| 03/25/21 | WNL | B310 | REVIEW CORRESPONDENCE REGARDING ADMINISTRATIVE CLAIMS BAR DATE. | 0.10 | $92.50 |
| 03/26/21 | WNL | B310 | REVIEW AND COMMENT ON DRAFT OF ADMINISTRATIVE BAR DATE MOTION AND RELATED CORRESPONDENCE. | 0.30 | $277.50 |
| 03/30/21 | WNL | B310 | REVIEW AND ANALYZE SUMMARY OF REMAINING UNPAID GENERAL UNSECURED CLAIMS. | 0.20 | $185.00 |
| 02/09/21 | WNL | B320 | REVIEW AND RESPOND TO CORRESPONDENCE REGARDING DOCUMENTATION TO BE DELIVERED BY PDC. | 0.10 | $92.50 |
| 03/01/21 | WNL | B320 | PARTICIPATE IN ZOOM CALL REGARDING STATUS OF SETTLEMENT AND RELATED ISSUES. | 1.40 | $1,295.00 |
| 03/01/21 | WNL | B320 | REVIEW AGENDA FOR PENDING CALL REGARDING PENDING SETTLEMENT STRUCTURE AND ISSUES. | 0.20 | $185.00 |
| 03/01/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING BOB HALL ISSUES. | 0.10 | $92.50 |
| 03/02/21 | WNL | B320 | TELEPHONE CALL WITH ROB PFISTER AND JIM MCGEE REGARDING TERMS OF REVISED STRUCTURE TO FINALIZE SETTLEMENT TRANSACTION. | 1.00 | $925.00 |
| 03/02/21 | WNL | B320 | REVIEW ADDITIONAL CORRESPONDENCE REGARDING ASHBY SETTLEMENT. | 0.10 | $92.50 |
| 03/03/21 | WNL | B320 | TELEPHONE CALL WITH KEVIN MUGAVERO REGARDING ISSUES CONCERNING IMPLEMENTATION OF SETTLEMENT WITH PDC. | 0.20 | $185.00 |
| 03/03/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING NEED TO MODIFY DEBTOR'S ARTICLES OF INCORPORATION AND BY LAWS AND RELATED ISSUES. | 0.10 | $92.50 |
| 03/03/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING REVISED STRUCTURE OF SETTLEMENT IMPLEMENTATION AND ARTICLES OF INCORPORATION AND BYLAWS. | 0.30 | $277.50 |
| 03/03/21 | WNL | B320 | REVIEW AND RESPOND TO CORRESPONDENCE REGARDING ACTION TO BE TAKEN TO CONSUMMATE THE SETTLEMENT. | 0.10 | $92.50 |
| 03/03/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING REQUEST FOR ADDITIONAL CORPORATE DOCUMENTS. | 0.10 | $92.50 |
| 03/03/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING OPERATION OF THE DEBTOR AFTER THE CLOSING OF THE SALE OF THE DEBTOR'S ASSETS. | 0.10 | $92.50 |
| 03/03/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING LIQUIDATING TRUST ISSUES. | 0.10 | $92.50 |
| 03/03/21 | WNL | B320 | REVIEW ISSUES AND ALTERNATIVES REGARDING MOTION TO SELL. | 0.20 | $185.00 |
| 03/04/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING ADDITIONAL DOCUMENTS REQUESTED BY PDC. | 0.10 | $92.50 |

BRIDGEMARK CORPORATION

FILE NUMBER: 81880.05002

April 23, 2021

INVOICE NO.: 110159

| 03/04/21 | WNL | B320 | REVIEW AND COMMENT ON SUMMARY OF PROPOSED STRUCTURE TO CONSUMMATE SETTLEMENT AND CLOSE THE CHAPTER 11 CASE. | 0.10 | $92.50 |
|---|---|---|---|---|---|
| 03/04/21 | WNL | B320 | REVIEW AND RESPOND TO CORRESPONDENCE REGARDING MOTION TO APPROVE SETTLEMENT AGREEMENT AND ASSET PURCHASE AGREEMENT. | 0.10 | $92.50 |
| 03/04/21 | WNL | B320 | REVIEW CORPORATE DOCUMENTS REGARDING AMENDMENTS NEEDED TO ACCOMODATE THE SETTLEMENT PROCESS. | 0.30 | $277.50 |
| 03/04/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING TIMING SCHEDULE FOR VARIOUS PHASES OF THE SETTLEMENT IMPLEMENTATION PROCESS. | 0.20 | $185.00 |
| 03/04/21 | WNL | B320 | TELEPHONE CALL WITH BOB HALL REGARDING SETTLEMENT STRUCTURE AND ISSUES. | 0.10 | $92.50 |
| 03/04/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING ESTIMATED TIMING OF IMPLEMENTATION OF THE TIMING AND STRUCTURAL ISSUES. | 0.10 | $92.50 |
| 03/04/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING POTENTIAL BOB HALL LIABILITY UNDER THE LATEST STRUCTURE OF THE TRANSACTION. | 0.20 | $185.00 |
| 03/04/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING SETTING DEADLINES FOR ACHIEVEMENT OF TASKS IN CONNECTION WITH CONSUMMATION OF THE SETTLEMENT. | 0.10 | $92.50 |
| 03/04/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING REVIEW OF REVISED DOCUMENTS. | 0.10 | $92.50 |
| 03/04/21 | WNL | B320 | ANALYZE CHANGES TO SETTLEMENT AGREEMENT, DRAFT ORDER APPROVING SETTLEMENT AGREEMENT AND SUMMARY OF THE PLAN. | 0.40 | $370.00 |
| 03/04/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING REVISED SETTLEMENT DOCUMENTS. | 0.10 | $92.50 |
| 03/04/21 | WNL | B320 | REVIEW AND RESPOND TO CORRESPONDENCE REGARDING ACTION TO BE TAKEN TO CONSUMMATE THE SETTLEMENT. | 0.20 | $185.00 |
| 03/04/21 | WNL | B320 | REVIEW CORPORATE DOCUMENTS FOR GREGSON ENERGY AND RELATED CORRESPONDENCE. | 0.10 | $92.50 |
| 03/04/21 | WNL | B320 | REVIEW AND ANALYZE REVISED DEFINITIVE DOCUMENTS. | 1.80 | $1,665.00 |
| 03/04/21 | WNL | B320 | REVIEW ADDITIONAL CORRESPONDENCE REGARDING GREGSON ENERGY CORPORATE STATUS. | 0.10 | $92.50 |
| 03/04/21 | WNL | B320 | REVIEW REVISED SETTLEMENT AGREEMENT THAT INCORPORATES COMMENTS OF W. LOBEL AND JIM MCGEE. | 0.20 | $185.00 |
| 03/04/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING SERVICE OF MOTION TO APPROVE SETTLEMENT WITH ASHBY. | 0.10 | $92.50 |
| 03/05/21 | WNL | B320 | TELEPHONE CALL WITH KEVIN MUGAVRO REGARDING ISSUES WITH CAL GEN AND SETTLEMENT TIMING ISSUES. | 0.20 | $185.00 |
| 03/05/21 | WNL | B320 | TELEPHONE CALL WITH ROB PFISTER REGARDING REVISIONS TO SETTLEMENT DOCUMENTS. | 0.30 | $277.50 |
| 03/05/21 | WNL | B320 | TELEPHONE CALL WITH ROB PFISTER REGARDING CAL GEN ISSUES. | 0.10 | $92.50 |

BRIDGEMARK CORPORATION                                                  April 23, 2021
FILE NUMBER: 81880.05002                                         INVOICE NO.: 110159

| 03/05/21 | WNL | B320 | PARTICIPATE IN ZOOM CALL TO DISCUSS REVISIONS TO TRANSACTION DOCUMENTS WITH PDC AND BUYER. | 1.10 | $1,017.50 |
|---|---|---|---|---|---|
| 03/05/21 | WNL | B320 | ADDITIONAL REVIEW OF PROPOSED TRANSACTION DOCUMENTS AFTER TEAM CALL CONCERNING TERMS OF DOCUMENTS. | 1.60 | $1,480.00 |
| 03/05/21 | WNL | B320 | REVIEW ADDITIONAL CORRESPONDENCE REGARDING TRANSACTION DOCUMENTS PROVIDED BY PDC. | 0.20 | $185.00 |
| 03/05/21 | WNL | B320 | TELEPHONE CALLS WITH JIM MCGEE REGARDING TRANSACTION DOCUMENTS. | 0.20 | $185.00 |
| 03/05/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING REINSTATEMENT OF GREGSON CORP. | 0.10 | $92.50 |
| 03/05/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING PENALTIES OWED TO CAL GEN. | 0.10 | $92.50 |
| 03/05/21 | WNL | B320 | TELEPHONE CALL WITH ROB PFISTER REGARDING PENALTIES OWED TO CAL GEN. | 0.10 | $92.50 |
| 03/05/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING CORPORATE ISSUES. | 0.10 | $92.50 |
| 03/05/21 | WNL | B320 | REVIEW ERIN GRAY'S COMMENTS ON PROPOSED TRANSACTION DOCUMENTS. | 0.10 | $92.50 |
| 03/05/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING LOGISTICAL ISSUES CONCERNING COMMENTS TO PROPOSED DOCUMENTS. | 0.20 | $185.00 |
| 03/05/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING REVIEW OF TRANSACTIONAL DOCUMENTS. | 0.10 | $92.50 |
| 03/06/21 | WNL | B320 | REVIEW AND RESPOND TO CORRESPONDENCE REGARDING REINSTATEMENT OF GREGSON ENERGY. | 0.10 | $92.50 |
| 03/06/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING REINSTATEMENT OF LLC'S AND EXECUTED LLC AGREEMENTS. | 0.10 | $92.50 |
| 03/07/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING FURTHER REVISED SETTLEMENT AGREEMENT. | 0.10 | $92.50 |
| 03/07/21 | WNL | B320 | REVIEW REVISED SETTLEMENT AGREEMENT AND CONSIDER THE CONSEQUENCES OF THE CHANGES. | 0.60 | $555.00 |
| 03/07/21 | WNL | B320 | REVIEW REVISED SETTLEMENT TRANSACTION DOCUMENTS. | 1.80 | $1,665.00 |
| 03/08/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING REVISED SETTLEMENT AGREEMENT. | 0.20 | $185.00 |
| 03/08/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING TIMING OF RESPONSES TO REVISED SETTLEMENT AGREEMENT. | 0.10 | $92.50 |
| 03/08/21 | WNL | B320 | REVIEW DOCUMENTS AND INFORMATION BEING SENT TO ROB PFISTER. | 0.30 | $277.50 |
| 03/08/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING DOCUMENTS AND INFORMATION BEING SENT TO ROB PFISTER. | 0.20 | $185.00 |
| 03/08/21 | WNL | B320 | REVIEW ADDITIONAL CORRESPONDENCE RE DOCUMENTS BEING SENT TO ROB PFISTER. | 0.20 | $185.00 |
| 03/08/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING COMMENTS OF BOB HALL TO SETTLEMENT AGREEMENT. | 0.10 | $92.50 |
| 03/08/21 | WNL | B320 | REVIEW AND ANALYZE JOHN HARRIS' COMMENTS TO THE DRAFT ASSET PURCHASE AGREEMENT. | 0.40 | $370.00 |

BRIDGEMARK CORPORATION                                                    April 23, 2021
FILE NUMBER: 81880.05002                                              INVOICE NO.: 110159

| 03/08/21 | WNL | B320 | REVIEW AND ANALYZE LATEST REVISIONS BY ROB PFISTER TO THE DRAFT SETTLEMENT AGREEMENT. | 0.70 | $647.50 |
|---|---|---|---|---|---|
| 03/08/21 | WNL | B320 | REVIEW COMMENTS TO THE REVISED SETTLEMENT AGREEMENT. | 0.10 | $92.50 |
| 03/08/21 | WNL | B320 | REVIEW ADDITIONAL COMMENTS TO SETTLEMENT AGREEMENT AND RELATED DOCUMENTS. | 0.90 | $832.50 |
| 03/08/21 | WNL | B320 | REVIEW AND ANALYZE ERIN GRAY'S COMMENTS TO LATEST REVISIONS TO SETTLEMENT AGREEMENT AND RELATED DOCUMENTS. | 0.20 | $185.00 |
| 03/08/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING PENALTIES DUE TO CALGEN. | 0.20 | $185.00 |
| 03/08/21 | WNL | B320 | REVIEW AND RESPOND TO ROB PFISTER'S RESPONSE TO QUESTIONS RAISED BY HIS LATEST REVISIONS TO THE SETTLEMENT AGREEMENT AND APPROVAL ORDER. | 0.30 | $277.50 |
| 03/08/21 | WNL | B320 | REVIEW ADDITIONAL CORRESPONDENCE REGARDING CALGEN ISSUES. | 0.10 | $92.50 |
| 03/08/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING THE RELEASE PROVISIONS IN THE SETTLEMENT DOCUMENTATION. | 0.20 | $185.00 |
| 03/08/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING REVIEW OF SETTLEMENT DOCUMENTATION. | 0.10 | $92.50 |
| 03/08/21 | WNL | B320 | REVIEW AND ANALYZE DRAFT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND RELATED TRANSACTIONS AND SUPPORTING DECLARATION OF BOB HALL. | 1.20 | $1,110.00 |
| 03/08/21 | WNL | B320 | REVIEW MOTION TO APPROVE SALE, EXHIBIT A THERETO AND SUPPORTING HALL DECLARATION. | 0.80 | $740.00 |
| 03/08/21 | WNL | B320 | REVIEW JOHN HARRIS COMMENTS TO THE ASSET PURCHASE AGREEMENT. | 0.40 | $370.00 |
| 03/09/21 | WNL | B320 | REVIEW AND AGREE TO LANGUAGE ADDITION TO PARAGRAPH 16 OF THE APPROVAL ORDER. | 0.10 | $92.50 |
| 03/09/21 | WNL | B320 | TELEPHONE CALL WITH ERIN GRAY REGARDING REVISIONS TO SETTLEMENT TRANSACTION DOCUMENTS. | 0.20 | $185.00 |
| 03/09/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING QUESTIONS CONCERNING O&G INVESTMENT TRUST. | 0.10 | $92.50 |
| 03/09/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING OWNERSHIP OF BUILDING HOUSING THE BRIDGEMARK CORPORATE HEADQUARTERS | 0.10 | $92.50 |
| 03/09/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING BOB HALL'S AUTHORITY TO SIGN FOR VARIOUS TRUSTS. | 0.10 | $92.50 |
| 03/09/21 | WNL | B320 | CONFERENCE CALL WITH ROB PFISTER, SAM KIDDER, JIM MCGEE, ERIN GRAY AND IRA KHARASCH RE: COMMENTS ON SETTLEMENT DOCUMENTS | 0.30 | $277.50 |
| 03/09/21 | WNL | B320 | TELEPHONE CALL WITH ROB PFISTER REGARDING FINAL REVISIONS TO SETTLEMENT AGREEMENT | 0.90 | $832.50 |
| 03/09/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING SERVICE ISSUES. | 0.10 | $92.50 |
| 03/09/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING BOARD MEETING TO APPROVE TRANSACTIONS AND RELATED ISSUES. | 0.10 | $92.50 |

BRIDGEMARK CORPORATION                                                              April 23, 2021
FILE NUMBER:  81880.05002                                                           INVOICE NO.: 110159

| | | | | | |
|---|---|---|---|---|---|
| 03/09/21 | WNL | B320 | REVIEW VARIOUS CORRESPONDENCE AND FORWARD SAME TO ROB PFISTER REGARDING STATUS OF APPROVAL OF TRANSACTION AND RELATED ISSUES. | 0.20 | $185.00 |
| 03/09/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING STATUS OF VARIOUS ASPECTS OF DOCUMENTATION OF SETTLEMENT TRANSACTION. | 0.10 | $92.50 |
| 03/09/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING AUTHORITY OFBOB HALL TO BIND VARIOUS TRUSTS. | 0.10 | $92.50 |
| 03/09/21 | WNL | B320 | REVIEW AND ANALYZE PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW AND EXHIBITS THERETO. | 0.40 | $370.00 |
| 03/09/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING AUTHORITY TO BIND ENTITIES BY BOB HALL AND PROPOSED WORK AROUND TO SOLVE THE PROBLEM. | 0.10 | $92.50 |
| 03/09/21 | WNL | B320 | REVIEW AND RESPOND TO CORRESPONDENCE REGARDING PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW. | 0.10 | $92.50 |
| 03/09/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING CONDUCTING TELEPHONIC BOARD MEETING TO AUTHORIZE TRANSACTION AND RESPOND TO SAME. | 0.10 | $92.50 |
| 03/09/21 | WNL | B320 | REVIEW SUMMARY OF EQUITY HOLDERS AND DIRECTORS OF BRIDGEMARK ENTITIES. | 0.10 | $92.50 |
| 03/09/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING ADDITION OF THE WORD SOLELY TO LANGUAGE OF THE APPROVAL ORDER. | 0.10 | $92.50 |
| 03/09/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING FINAL SIGN OFF OF TRANSACTION DOCUMENTS. | 0.10 | $92.50 |
| 03/09/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING SERVICE ISSUES. | 0.10 | $92.50 |
| 03/09/21 | WNL | B320 | REVIEW AND APPROVE LATEST VERSION OF SETTLEMENT AGREEMENT. | 0.30 | $277.50 |
| 03/09/21 | WNL | B320 | REVIEW ADDITIONAL CORRESPONDENCE REGARDING BOARD MEMBERS OF VARIOUS ENTITIES. | 0.10 | $92.50 |
| 03/09/21 | WNL | B320 | REVIEW ADDITIONAL CORRESPONDENCE REGARDING SEREVICE ISSUES. | 0.10 | $92.50 |
| 03/09/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING EXECUTION OF FINAL TRANSACTION DOCUMENTS. | 0.10 | $92.50 |
| 03/09/21 | WNL | B320 | REVIEW ADDITIONAL CORRESPONDENCE REGARDING BOB HALL'S CAPACITY TO EXECUTE TRANSACTION DOCUMENTS. | 0.10 | $92.50 |
| 03/09/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING JIM MCGEE'S REQUEST FOR LANGUAGE CHANGE IN THE SETTLEMENT AGREEMENT. | 0.10 | $92.50 |
| 03/09/21 | WNL | B320 | REVIEW SUMMARY OF THE STATUS OF VARIOUS MATTERS. | 0.10 | $92.50 |
| 03/09/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING TIMING ISSUES AND FILING OF PLEADING TO GET COURT APPROVAL OF THE SETTLEMENT TRANSACTION DOCUMENTS. | 0.10 | $92.50 |

BRIDGEMARK CORPORATION                                                            April 23, 2021
FILE NUMBER: 81880.05002                                                    INVOICE NO.: 110159

| 03/09/21 | WNL | B320 | REVIEW CORRESPONDENCE RE STATUS OF CERTAIN HALL ENTITIES. | 0.10 | $92.50 |
|---|---|---|---|---|---|
| 03/09/21 | WNL | B320 | REVIEW ADDITIONAL CORRESPONDENCE REGARDING OWNERSHIP OF CORPORATE HEADQUARTERS BUILDING. | 0.10 | $92.50 |
| 03/09/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING ISSUES CONCERNING AUTHORITY TO EXECUTE DOCUMENTS AND RELATED ISSUES. | 0.20 | $185.00 |
| 03/09/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING SERVICE AND LOGISTIC ISSUES. | 0.20 | $185.00 |
| 03/09/21 | WNL | B320 | REVIEW DOCUMENTS AND CORRESPONDENCE REGARDING RELEASE OF LIABILITY OF THE HALLS. | 0.30 | $277.50 |
| 03/10/21 | WNL | B320 | TELEPHONE CALL WITH IRA KHARASCH REGARDING CLAIMS OF ROYALTY HOLDERS AND OTHER ADMINISTRATIVE CLAIMS ISSUES. | 0.20 | $185.00 |
| 03/10/21 | WNL | B320 | TELEPHONE CALL WITH ROB PFISTER RE: ISSUES CONCERNING EXECUTION OF DOCUMENTS AND ADMINISTRATIVE CLAIMS ISSUES. | 0.20 | $185.00 |
| 03/10/21 | WNL | B320 | TELEPHONE CALL WITH BOB HALL REGARDING EXECUTION OF DOCUMENTS AND RELATED ISSUES. | 0.30 | $277.50 |
| 03/10/21 | WNL | B320 | TELEPHONE CALL WITH JIM MCGEE REGARDING ISSUES REGARDING EXECUTION OF DOCUMENTS. | 0.20 | $185.00 |
| 03/10/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING EXECUTION OF DOCUMENTS AND RELATED ISSUES. | 0.20 | $185.00 |
| 03/10/21 | WNL | B320 | REVIEW PLEADINGS FILED IN CONNECTION WITH SETTLEMENT TRANSACTION WITH PDC. | 0.30 | $277.50 |
| 03/10/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING DOCUMENTS TO BE FILED AND SERVED. | 0.10 | $92.50 |
| 03/10/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING EXECUTION AND SERVICE OF SETTLEMENT TRANSACTION DOCUMENTS. | 0.10 | $92.50 |
| 03/10/21 | WNL | B320 | REVIEW PRIOR CORPORATE DOCUMENTS REGARDING SUBSIDIARIES. | 0.30 | $277.50 |
| 03/10/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING EXECUTION OF DOCUMENTS AND LOGISTICAL ISSUES. | 0.10 | $92.50 |
| 03/10/21 | WNL | B320 | REVIEW REVISED VERSION OF APPROVAL MOTION. | 0.20 | $185.00 |
| 03/10/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING ISSUES CONCERNING SIGNING AUTHORITY FOR HALL ENTITIES. | 0.10 | $92.50 |
| 03/10/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING TELEPHONIC BOARD MEETING AND AUTHORITY TO EXECUTE TRANSACTIONAL DOCUMENTS. | 0.10 | $92.50 |
| 03/10/21 | WNL | B320 | REVIEW AND RESPOND TO CORRESPONDENCE REGARDING ADMINISTRATIVE CLAIMS ISSUES. | 0.10 | $92.50 |
| 03/10/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING TIMING ISSUES. | 0.10 | $92.50 |
| 03/11/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING SIGNEES FOR VARIOUS TRUSTS INVOLVING THE HALLS. | 0.10 | $92.50 |
| 03/11/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING PLEADINGS FILED IN CONNECTION WITH SETTLEMENT TRANSACTION. | 0.10 | $92.50 |
| 03/11/21 | WNL | B320 | REVIEW UPDATED CRITICAL DATES SUMMARY. | 0.10 | $92.50 |

BRIDGEMARK CORPORATION                                                      April 23, 2021
FILE NUMBER: 81880.05002                                                    INVOICE NO.: 110159

| Date | | | Description | Hours | Amount |
|---|---|---|---|---|---|
| 03/12/21 | WNL | B320 | REVIEW AND RESPOND TO CORRESPONDENCE REGARDING NOTICE TO HOLDERS OF PREFERENTIAL RIGHTS IN THE CHUNCULA FIELD. | 0.10 | $92.50 |
| 03/12/21 | WNL | B320 | DRAFT CORRESPONDENCE REGARDING EMAIL TO RYAN FORMAN AT HILCORP. | 0.10 | $92.50 |
| 03/12/21 | WNL | B320 | TELEPHONE CALL WITH BOB HALL REGARDING REMAINING ISSUES CONCERNING SETTLEMENT TRANSACTION WITH PDC. | 0.20 | $185.00 |
| 03/12/21 | WNL | B320 | REVIEW ADDITIONAL CORRESPONDENCE REGARDING ACTION TO BE TAKEN TO CONSUMMATE SETTLEMENT TRANSACTION. | 0.10 | $92.50 |
| 03/14/21 | WNL | B320 | REVIEW AND RESPOND TO CORRESPONDENCE REGARDING STATUS OF MATTERS AND ACTION TO BE TAKEN. | 0.20 | $185.00 |
| 03/14/21 | WNL | B320 | REVIEW AND RESPOND TO CORRESPONDENCE REGARDING TREATMENT OF ROYALTY HOLDERS AS A RESULT OF THE CAPPPING AND ABANDONING OF THE 10 WELLS IN THE RICHFIELD FIELD. | 0.20 | $185.00 |
| 03/15/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING RIGHTS OF ROYALTY HOLDERS AS A RESULT OF CAPPING AND ABANDONMENT OF RICHFIELD WELLS AND RELATED ISSUES. | 0.20 | $185.00 |
| 03/16/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING SALE ISSUES. | 0.20 | $185.00 |
| 03/17/21 | WNL | B320 | REVIEW AND RESPOND TO CORRESPONDENCE REGARDING LANGUAGE REQUESTED BY SURETY TO BE INCLUDED IN ORDER APPROVING SALE OF ASSETS. | 0.40 | $370.00 |
| 03/17/21 | WNL | B320 | TELEPHONE CALL WITH CRAIG GUENTHER REGARDING INSURANCE COMPANY CONCERNS WITH THE SALE ORDER. | 0.20 | $185.00 |
| 03/17/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING LANGUAGE REQUESTED BY ARGONAUT INSURANCE TO BE INCLUDED IN THE SALE ORDER. | 0.10 | $92.50 |
| 03/18/21 | WNL | B320 | REVIEW AND RESPOND TO VARIOUS CORRESPONDENCE REGARDING ARGONAUT OBJECTION TO SALE MOTION AND LANGUAGE OF PROPOSED ORDER AUTHORIZING THE SALE. | 0.30 | $277.50 |
| 03/18/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING LACK OF OBJECTION TO SALE MOTION. | 0.10 | $92.50 |
| 03/19/21 | WNL | B320 | TELEPHONE CALL WITH PATRICK MCGOVERNY, ROYALTY HOLDER AT THE DOWLING FIELD. | 0.20 | $185.00 |
| 03/19/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING TO RESOLUTION OF ARGONAUT ISSUES CONCERNING SALE MOTION AND ORDER. | 0.20 | $185.00 |
| 03/19/21 | WNL | B320 | TELEPHONE CALL WITH JIM MCGEE REGARDING BOB HALL ISSUES. | 0.10 | $92.50 |
| 03/19/21 | WNL | B320 | REVIEW CORRESPONDENCE AND TELEPHONE CALLS REGARDING SIGNATORY TO VARIOUS DOCUMENTS | 0.40 | $370.00 |
| 03/19/21 | WNL | B320 | DRAFT CORRESPONDENCE REGARDING ISSUES CONCERNING EXECUTION OF DOCUMENTS. | 0.10 | $92.50 |
| 03/19/21 | WNL | B320 | REVIEW AND RESPOND TO ADDITIONAL REGARDING ISSUES CONCERNING EXECUTION OF DOCUMENTS. | 0.20 | $185.00 |

BRIDGEMARK CORPORATION                                                April 23, 2021
FILE NUMBER: 81880.05002                                          INVOICE NO.: 110159

| | | | | | |
|---|---|---|---|---|---|
| 03/19/21 | WNL | B320 | REVIEW AND RESPOND TO CORRESPONDENCE REGARDING BOARD APPROVAL OF TRANSACTION DOCUMENTS. | 0.10 | $92.50 |
| 03/19/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING EXECUTION OF SETTLEMENT TRANSACTIONAL DOCUMENTS. | 0.10 | $92.50 |
| 03/24/21 | WNL | B320 | REVIEW DRAFT OF NOTICE TO PREFERENTIAL RIGHTS HOLDERS | 0.10 | $92.50 |
| 03/24/21 | WNL | B320 | REVIEW PREFERENCE LETTERS TO HOLDERS OF PREFERENTIAL RIGHTS. | 0.10 | $92.50 |
| 03/24/21 | WNL | B320 | REVIEW OF NOTICE OF REVISED PROPOSED ORDER GRANTING SALE MOTION. | 0.10 | $92.50 |
| 03/24/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING NOTICE TO ROYALTY HOLDERS OF SALE TRANSACTION. | 0.10 | $92.50 |
| 03/24/21 | WNL | B320 | REVIEW PROPOSED ORDER APPROVING SALE TRANSACTION. | 0.20 | $185.00 |
| 03/24/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING CHANGES TO PROPOSED REVISED SALE ORDER. | 0.10 | $92.50 |
| 03/24/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING SERVICE OF SALE MOTION. | 0.10 | $92.50 |
| 03/24/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING PREFERENTIAL RIGHTS LETTERS. | 0.10 | $92.50 |
| 03/25/21 | WNL | B320 | REVIEW REQUEST FOR CONTINUANCE OF HEARING ON SALE MOTION. | 0.10 | $92.50 |
| 03/25/21 | WNL | B320 | REVIEW AND ANALYZE MOTION TO CONTINUE HEARING ON SALE MOTION. | 0.20 | $185.00 |
| 03/25/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING ROYALTY HOLDER ISSUES. | 0.10 | $92.50 |
| 03/25/21 | WNL | B320 | REVIEW AND RESPOND TO CORRESPONDENCE REGARDING REPLY TO MOTION TO CONTINUE THE SALE HEARING. | 0.20 | $185.00 |
| 03/25/21 | WNL | B320 | REVIEW PREFERENTIAL RIGHTS LETTER AND RELATED PLEADINGS. | 0.20 | $185.00 |
| 03/26/21 | WNL | B320 | REVIEW AND ANALYZE REQUEST FOR CONTINUANCE OF HEARING ON SALE MOTION, RESPONSE AND SUPPORTING DECLARATIONS. | 1.20 | $1,110.00 |
| 03/26/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING RESPONSE TO MOTION FOR CONTINUANCE. | 0.20 | $185.00 |
| 03/26/21 | WNL | B320 | TELEPHONE CALL WITH ERIN GRAY REGARDING PAYMENT IN FULL OF CREDITORS AND NOTICE TO ROYALTY HOLDERS. | 0.20 | $185.00 |
| 03/26/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING SERVICE OF OBJECTION TO MOTION FOR CONTINUANCE OF HEARING. | 0.10 | $92.50 |
| 03/26/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING OPPOSITION TO REQUEST FOR CONTINUANCE. | 0.10 | $92.50 |
| 03/26/21 | WNL | B320 | TELEPHONE CALL WITH ROB PFISTER REGARDING REQUEST FOR CONTINUANCE. | 0.20 | $185.00 |
| 03/26/21 | WNL | B320 | REVIEW DECLARATION OF KEVIN MUGAVERO. | 0.10 | $92.50 |
| 03/26/21 | WNL | B320 | REVIEW ANALYSIS OF REQUEST FOR CONTINUANCE AND RELEVANT CASES AND DOCUMENTS. | 0.60 | $555.00 |
| 03/26/21 | WNL | B320 | REVIEW AND ANALYZE ADDITIONAL ISSUES RAISED BY ERIN GRAY REGARDING THE RESPONSE TO THE MOTION FOR CONTINUANCE. | 0.20 | $185.00 |

BRIDGEMARK CORPORATION                                                                    April 23, 2021
FILE NUMBER:  81880.05002                                                          INVOICE NO.: 110159

| 03/26/21 | WNL | B320 | REVIEW AND ANALYZE FINAL VERSION OF OBJECTION TO MOTION FOR CONTINUANCE. | 0.30 | $277.50 |
|---|---|---|---|---|---|
| 03/26/21 | WNL | B320 | TELEPHONE CALL WITH NANCY LOCKWOOD REGARDING FILING AND RELATED ISSUES. | 0.20 | $185.00 |
| 03/26/21 | WNL | B320 | REVIEW AND ANALYZE ADDITIONAL COMENTS ABOUT DRAFT OBJECTION TO MOTION FOR CONTINUANCE. | 0.20 | $185.00 |
| 03/26/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING SERVICE ISSUES. | 0.10 | $92.50 |
| 03/26/21 | WNL | B320 | REVIEW ADDITIONAL CORRESPONDENCE REGARDING OBJECTION TO MOTION FOR CONTINUANCE. | 0.10 | $92.50 |
| 03/26/21 | WNL | B320 | REVIEW DECLARATION OF JOHN KRAEMER IN SUPPORT OF MOTION FOR CONTINUANCE. | 0.20 | $185.00 |
| 03/29/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING PENDING HEARING ON SALE MOTION. | 0.30 | $277.50 |
| 03/29/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING STATUS OF JOIHN KRAEMER, MOVANT IN MOTION FOR CONTINUANCE. | 0.10 | $92.50 |
| 03/29/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING ISSUES CONCERNING COURT APPROVAL OF THE SALE AND CASH AVAILABILITY ISSUES. | 0.20 | $185.00 |
| 03/29/21 | WNL | B320 | TELEPHONE CALL WITH ROB PFISTER REGARDING; RESOLUTION OF ISSUES CONCERNING SALE MOTION. | 0.20 | $185.00 |
| 03/29/21 | WNL | B320 | DRAFT CORRESPONDENCE REGARDING TELEPHONE CALL TO RESOLVE ISSUES CONCERNING SALE MOTION. | 0.10 | $92.50 |
| 03/29/21 | WNL | B320 | REVIEW AND RESPOND TO CORRESPONDENCE REGARDING SALE MOTION. | 0.20 | $185.00 |
| 03/29/21 | WNL | B320 | DRAFT CORRESPONDENCE REGARDING ISSUES CONCERNING SALE MOTION. | 0.10 | $92.50 |
| 03/29/21 | WNL | B320 | REVIEW ADDITIONAL CORRESPONDENCE REGARDING ISSUES REGARDING COURT APPROVAL OF SALE MOTION. | 0.20 | $185.00 |
| 03/29/21 | WNL | B320 | REVIEW AND RESPOND TO CORRESPONDENCE REGARDING PARTICIPATION IN TELEPHONE CALL REGARDING SALE ISSUES. | 0.10 | $92.50 |
| 03/29/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING PREPARATION FOR PENDING HEARING. | 0.20 | $185.00 |
| 03/29/21 | WNL | B320 | REVIEW AND ANALYZE ISSUES CONCERNING THE MOTION TO SELL AND RELATED SALE ISSUES. | 0.20 | $185.00 |
| 03/30/21 | WNL | B320 | CONFERENCE CALL WITH ROB PFISTER AND IRA KHARASCH REGARDING ISSUES CONCERNING SALE MOTION. | 0.40 | $370.00 |
| 03/30/21 | WNL | B320 | REVIEW AND ANALYZE CORRESPONDENCE REGARDING ISSUES RAISED BY MOTION TO SELL ASSETS. | 0.20 | $185.00 |
| 03/30/21 | WNL | B320 | REVIEW CORRESPONDENCE AND ANALYSIS OF CASH FLOW ISSUES . | 0.20 | $185.00 |
| 03/30/21 | WNL | B320 | TELEPHONE CALL WITH RICK WYNNE REGARDING PENDING HEARING ON SALE MOTION AND POTENTIAL COMPETITIVE BIDDER. | 0.20 | $185.00 |

BRIDGEMARK CORPORATION                                                     April 23, 2021
FILE NUMBER: 81880.05002                                          INVOICE NO.: 110159

| 03/30/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING APRIL, 2021 CASH FLOW PROJECTION. | 0.10 | $92.50 |
|---|---|---|---|---|---|
| 03/30/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING PROJECTED CLOSING DATE. | 0.10 | $92.50 |
| 03/30/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING PENDING HEARING. | 0.10 | $92.50 |
| 03/30/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING CLAIMS AND CASH ISSUES. | 0.20 | $185.00 |
| 03/31/21 | WNL | B320 | TELEPHONE CALL WITH ROB PFISTER REGARDING PENDING HEARING AND POSITIONS BEING TAKEN BY IRA KHARASCH. | 0.10 | $92.50 |
| 03/31/21 | WNL | B320 | REVIEW AND ANALYZE CORRESPONDENCE REGARDING CASH ISSUES POST CLOSING. | 0.20 | $185.00 |
| 03/31/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING ISSUES CONCERNING THE APPROVAL OF THE SALE MOTION AND RELATED ISSUES. | 0.10 | $92.50 |
| 03/31/21 | WNL | B320 | REVIEW ADDITIONAL CORRESPONDENCE REGARDING THE DEFINITIVE DOCUMENTS AND CLOSING ISSUES. | 0.10 | $92.50 |
| 03/31/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING THE LANGUAGE OF THE TRANSACTION AGREEMENT. | 0.10 | $92.50 |
| 03/31/21 | WNL | B320 | REVIEW COURT'S TENTATIVE RULING ON MOTION TO SELL AND MOTION TO CONTINUE THE HEARING. | 0.10 | $92.50 |
| 03/31/21 | WNL | B320 | REVIEW SUMMARY OF RESULTS OF HEARING ON SALE MOTION. | 0.10 | $92.50 |
| 03/31/21 | WNL | B320 | REVIEW AND RESPOND TO CORRESPONDENCE REGARDING ATTENDANCE AT APRIL 7 CONTINUED HEARING. | 0.10 | $92.50 |
| 03/31/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING RETURN OF RETAINER FROM GMSR. | 0.10 | $92.50 |
| 03/31/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING CASH ISSUES. | 0.10 | $92.50 |
| 03/31/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING MONTHLY EXPENSES BEING PAID BY BRIDGEMARK. | 0.10 | $92.50 |
| 03/31/21 | WNL | B320 | REVIEW ADDITIONAL CORRESPONDENCE REGARDING ESTIMATED AMOUNTS OWED TO VENDORS. | 0.10 | $92.50 |
| 03/31/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING PENDING HEARING ON SALE MOTION. | 0.10 | $92.50 |
| 03/31/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING TIMING AND OTHER CLOSING ISSUES. | 0.20 | $185.00 |
| 03/31/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING PLAN FEASIBILITY ISSUES. | 0.20 | $185.00 |
| 03/31/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING SCOPE OF ASSETS BEING PURCHASED. | 0.10 | $92.50 |
| 03/31/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING REPRESENTATIONS IN THE MOTION TO APPROVE SALE MOTION AND RELATED ISSUES. | 0.20 | $185.00 |
| 03/31/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING BUSINESS OPERATIONS OF DEBTOR AND PROFIT ISSUES. | 0.20 | $185.00 |
| 03/31/21 | WNL | B320 | REVIEW ADDITIONAL CORRESPONDENCE REGARDING SCOPE OF ASSETS BEING SOLD. | 0.20 | $185.00 |

BRIDGEMARK CORPORATION
FILE NUMBER: 81880.05002

April 23, 2021
INVOICE NO.: 110159

| | | | | | |
|---|---|---|---|---|---|
| 03/31/21 | WNL | B320 | REVIEW AND ANALYZE CALCULATION OF SOURCES AND USES OF CASH AFTER CLOSING. | 0.10 | $92.50 |
| 03/31/21 | WNL | B320 | REVIEW AND ANALYZE CORRESPONDENCE REGARDING CONCERNS OF DEBTOR'S COUNSEL CONCERNING TERMS OF SETTLEMENT. | 0.20 | $185.00 |
| 03/01/21 | WNL | B330 | REVIEW CORRESPONDENCE REGARDING COURT APPROVAL OF SETTLEMENT WITH ASHBY. | 0.10 | $92.50 |
| 03/02/21 | WNL | B330 | REVIEW CORRESPONDENCE REGARDING SERVICE ISSUES CONCERNING APPROVAL OF SETTLEMENT WITH ASHBY. | 0.10 | $92.50 |
| 03/02/21 | WNL | B330 | REVIEW AND RESPOND TO CORRESPONDENCE REGARDING SERVICE OF MOTION TO APPROVE SETTLEMENT WITH ASHBY. | 0.20 | $185.00 |
| 03/03/21 | WNL | B330 | REVIEW ADDITIONAL CORRESPONDENCE REGARDING STRATEGY TO RESOLVE ASHBY SETTLEMENT ISSUES. | 0.10 | $92.50 |
| 03/03/21 | WNL | B330 | FURTHER REVIEW AND ANALYSIS OF REVISED DOCUMENTS. | 0.30 | $277.50 |
| 03/04/21 | WNL | B330 | REVIEW CORRESPONDENCE REGARDING CHANGE IN STRUCTURE OF THE SETTLEMENT TRANSACTION. | 0.20 | $185.00 |
| 03/04/21 | WNL | B330 | REVIEW CORRESPONDENCE REGARDING SERVICE OF MOTION TO APPROVE SETTLEMENT WITH ASHBY. | 0.10 | $92.50 |
| 03/08/21 | WNL | B330 | REVIEW CORRESPONDENCE REGARDING SERVICE OF MOTION FOR APPROVAL OF ASHBY SETTLEMENT. | 0.10 | $92.50 |
| 03/09/21 | WNL | B330 | REVIEW CORRESPONDENCE REGARDING SERVICE OF ASHBY SETTLEMENT WITH THE PDC SETTLEMENT PACKAGE. | 0.10 | $92.50 |
| 03/10/21 | WNL | B330 | REVIEW REVISED SUPPLEMENTAL NOTICE OF MOTION TO SETTLE ASHBY LITIGATION. | 0.10 | $92.50 |
| 03/15/21 | WNL | B330 | REVIEW CORRESPONDENCE REGARDING FINALIZATION AND COURT APPROVAL OF SETTLEMENT WITH ASHBY. | 0.10 | $92.50 |
| 03/15/21 | WNL | B330 | REVIEW CORRESPONDENCE REGARDING FINALIZATION OF ASHBY SETTLEMENT. | 0.10 | $92.50 |
| 03/16/21 | WNL | B330 | REVIEW NOTICE OF SETTLEMENT MOTION AND MOTION REGARDING SETTLEMENT OF ASHBY CLAIM. | 0.10 | $92.50 |
| 03/16/21 | WNL | B330 | REVIEW CORRESPONDENCE REGARDING THE ASHBY SETTLEMENT. | 0.10 | $92.50 |
| 03/16/21 | WNL | B330 | REVIEW PLEADINGS REGARDING SETTLEMENT OF THE ASHBY LITIGATION. | 0.10 | $92.50 |
| 03/18/21 | WNL | B330 | REVIEW STATUS REPORT FILED IN THE BRIDGEMARK V PDC LITIGATION. | 0.20 | $185.00 |

TOTAL HOURS:      59.00

TOTAL FEES:      $53,080.00

COSTS AND EXPENSES      $35.04

| | | |
|---|---|---|
| FEDERAL EXPRESS 03/04/21 - HON. THEODOR C. ALBERT US BANKRUPTCY COURT; SANTA ANA, CA FEDERAL EXPRESS | 17.48 | |

BRIDGEMARK CORPORATION                                                      April 23, 2021
FILE NUMBER:  81880.05002                                              INVOICE NO.: 110159

| | | |
|---|---|---|
| FEDERAL EXPRESS 03/23/21 - HON. THEODOR C. ALBERT US BANKRUPTCY COURT FEDERAL BL; SANTA ANA, CA FEDERAL EXPRESS | 17.56 | |

**TOTAL AMOUNT DUE THIS INVOICE**                                          $53,115.04

## TIMEKEEPER SUMMARY

| TIMEKEEPER | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| William N. Lobel | | 56.40 | 925.00 | $52,170.00 |
| Samantha J. Schuster | | 2.60 | 350.00 | $910.00 |
| | TOTALS | 59.00 | | $53,080.00 |

## TASK CODE SUMMARY

| TASK/DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| B110 / Case Administration | 0.10 | $925.00 | $92.50 |
| B130 / Asset Disposition | 0.10 | $925.00 | $92.50 |
| B160 / Fee/Employment Applications | 0.50 | $925.00 | $462.50 |
| B165 / Fee Applications (Others - Filing) | 1.40 | $925.00 | $1,295.00 |
| B200 / Operations | 0.20 | $925.00 | $185.00 |
| B210 / Business Operations | 0.10 | $925.00 | $92.50 |
| B240 / Tax Issues | 0.20 | $925.00 | $185.00 |
| B300 / Claims and Plan | 0.10 | $925.00 | $92.50 |
| B310 / Claims Administration and Objections | 0.10 | $925.00 | $92.50 |
| B320 / Plan/Disclosure Statement (including bus | 0.10 | $925.00 | $92.50 |
| B330 / Litigation/Adversary Proceedings | 0.10 | $925.00 | $92.50 |
| TOTALS | 59.00 | | $53,080.00 |



THEODORA ORINGHER
COUNSELORS AT LAW

1840 CENTURY PARK EAST, SUITE 500
LOS ANGELES, CA 90067-2120
(310) 557-2009

BRIDGEMARK CORPORATION
ROBERT HALL
17671 IRVINE BLVD., SUITE 217
TUSTIN, CA 92780

TAX IDENTIFICATION # 95-4304007

| | | | |
|---|---|---|---|
| INVOICE NUMBER: | 110471 | INVOICE DATE: | 5/26/2021 |

MATTER NAME:     CHAPTER 11
OUR FILE NUMBER:     81880.05002

| | |
|---|---|
| BALANCE DUE FROM PREVIOUS STATEMENT: | $85,875.25 |
| PAYMENTS RECEIVED: | $0.00 |
| BALANCE FORWARD: | $85,875.25 |

FOR PROFESSIONAL SERVICES RENDERED THROUGH  4/30/2021:

| | |
|---|---|
| PROFESSIONAL FEES THIS INVOICE: | $33,720.00 |
| COSTS AND EXPENSES THIS INVOICE: | $840.57 |
| TOTAL AMOUNT DUE THIS INVOICE: | $34,560.57 |

| | |
|---|---|
| TOTAL DUE THIS MATTER: | $120,435.82 |

PLEASE WRITE THE INVOICE NUMBER ON YOUR CHECK


**THEODORA ORINGHER**
COUNSELORS AT LAW

5/26/2021
INVOICE NO.: 110471

**SERVICES**

| DATE | NAME | TASK | SERVICES | HOURS | TOTAL |
|------|------|------|----------|-------|-------|
| B110: Case Administration | | | | | |
| 04/07/21 | WNL | B110 | REVIEW CORRESPONDENCE REGARDING COURT APPEARANCE AT STATUS CONFERENCE. | 0.10 | $92.50 |
| B160: Fee/Employment Applications | | | | | |
| 04/06/21 | WNL | B160 | REVIEW CORRESPONDENCE REGARDING RETAINER REQUESTED BY BROWN ARMSTRONG. | 0.10 | $92.50 |
| 04/12/21 | WNL | B160 | REVIEW SUPPLEMENTAL APPLICATION FOR SUPPLEMENTAL ORDER EMPLOYING BROWN ARMSTRONG. | 0.20 | $185.00 |
| 04/12/21 | WNL | B160 | REVIEW ADDITIONAL CORRESPONDENCE REGARDING SCOPE OF SERVICES TO BE PROVIDED BY BROWN ARMSTRONG. | 0.10 | $92.50 |
| 04/29/21 | SJS | B160 | DRAFT PROFESSIONAL FEE APPLICATION AND SUPPORTING DOCUMENTS FOR MARCH 2021. | 1.20 | $420.00 |
| B165: Fee Applications (Others - Filing) | | | | | |
| 04/05/21 | WNL | B165 | REVIEW AND COMMENT ON SUPPLEMENTAL EMPLOYMENT APPLICATION OF BROWN ARMSTRONG AND RELATED CORRESPONDENCE. | 0.20 | $185.00 |
| 04/07/21 | WNL | B165 | REVIEW AND REVISE FEBRUARY PREBILL. | 0.50 | $462.50 |
| 04/16/21 | WNL | B165 | REVIEW AND REVISE MARCH PRE BILL. | 0.90 | $832.50 |
| B210: Business Operations | | | | | |
| 04/07/21 | WNL | B210 | REVIEW LETTER OF RESIGNATION OF TWO HALLS FROM THE BOARD OF DIRECTORS AND LIST OF EQUITY SECURITY HOLDERS IN BRIDGEMARK. | 0.10 | $92.50 |
| 04/07/21 | WNL | B210 | REVIEW BUDGET REGARDING CONTINUED USE OF ESTATE PROPERTY TO PAY DEBTOR'S EXPENSES. | 0.10 | $92.50 |
| 04/27/21 | WNL | B210 | REVIEW CORRESPONDENCE AND ANALYZE ISSUES REGARDING MONEY IN THE CUSTOMER ACCOUNT AND RELATED ISSUES. | 0.20 | $185.00 |
| 04/27/21 | WNL | B210 | REVIEW CORRESPONDENCE REGARDING TRANSFERS OF FUNDS AMONG DEBTOR'S ACCOUNTS. | 0.10 | $92.50 |
| 04/28/21 | WNL | B210 | REVIEW REVISED LETTER REGARDING ESCROWED FUNDS TO PAY FINES AND PENALTIES FOR OPEN NOV'S. | 0.10 | $92.50 |
| B240: Tax Issues | | | | | |
| 04/18/21 | WNL | B240 | REVIEW CORRESPONDENCE REGARDING TAX ISSUES AND APRIL 15TH TAX DISTRIBUTIONS | 0.20 | $185.00 |
| B300: Claims and Plan | | | | | |
| 04/19/21 | WNL | B300 | REVIEW CORRESPONDENCE REGARDING CHANGES TO ADMINISTRATIVE BAR DATE MOTION. | 0.10 | $92.50 |

Page 1

BRIDGEMARK CORPORATION                                                    May 26, 2021
FILE NUMBER: 81880.05002                                          INVOICE NO.: 110471

| | | | | | |
|---|---|---|---|---|---|
| 04/19/21 | WNL | B300 | REVIEW REVISED REDLINED SECOND INTERIM ADMINISTRATIVE BAR DATE MOTION. | 0.10 | $92.50 |

B320: Plan/Disclosure Statement (including bus

| | | | | | |
|---|---|---|---|---|---|
| 04/01/21 | WNL | B320 | REVIEW AND ANALYZE TIMETABLE FOR ACTION TO BE TAKEN AND JOHN HARRIS COMMENTS THERETO | 0.20 | $185.00 |
| 04/02/21 | WNL | B320 | REVIEW REVISED CRITICAL DATES MEMORANDUM AND DRAFT COMMENT REGARDING SAME. | 0.10 | $92.50 |
| 04/02/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING FINALIZATION OF ASHBY SETTLEMENT | 0.10 | $92.50 |
| 04/05/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING RESPONSES TO PREFERENTIAL RIGHTS LETTERS. | 0.10 | $92.50 |
| 04/05/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING BOB HALL ISSUES. | 0.10 | $92.50 |
| 04/06/21 | WNL | B320 | TELEPHONE CALL WITH BOB HALL REGARDING STATUS ON ISSUES WITH PDC AND SALE MOTION. | 0.30 | $277.50 |
| 04/06/21 | WNL | B320 | REVIEW AND RESPOND TO CORRESPONDENCE REGARDING SOURCES AND USES OF CASH. | 0.30 | $277.50 |
| 04/06/21 | WNL | B320 | TELEPHONE CALL WITH IRA KHARASCH REGARDING ISSUES RAISED BY THE SALE MOTION AND CASH FLOW ISSUES. | 0.40 | $370.00 |
| 04/06/21 | WNL | B320 | TELEPHONE CALL WITH JOHN KRAEMER REGARDING PENDING SALE MOTION. | 0.20 | $185.00 |
| 04/06/21 | WNL | B320 | TELEPHONE CALLS WITH ROB PFISTER REGARDING VARIOUS ISSUES CONCERNING THE SALE MOTION AND PLAN CONFIRMATION ISSUES. | 0.40 | $370.00 |
| 04/06/21 | WNL | B320 | REVIEW AND RESPOND TO CORRESPONDENCE REGARDING CANCELLATION 0F HEARING. | 0.20 | $185.00 |
| 04/06/21 | WNL | B320 | REVIEW COURT'S TENTATIVE AND PREPARE FOR CONTINUED HEARING ON 4/7/2021. | 0.10 | $92.50 |
| 04/06/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING REVISED CASH SOURCES AND USES. | 0.20 | $185.00 |
| 04/06/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING ANTICIPATED OPERATING COSTS. | 0.10 | $92.50 |
| 04/06/21 | WNL | B320 | REVIEW AND ANALYZE CORRESPONDENCE REGARDING CASH ISSUES. | 0.30 | $277.50 |
| 04/06/21 | WNL | B320 | REVIEW ADDITIONAL CORRESPONDENCE REGARDING CASH NEEDS AND SOURCES. | 0.20 | $185.00 |
| 04/06/21 | WNL | B320 | REVIEW AND ANALYZE TRANSCRIPT OF HEARING ON SALE MOTION HELD ON 3/31/2021. | 0.70 | $647.50 |
| 04/06/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING AAR AGREEMENT. | 0.10 | $92.50 |
| 04/07/21 | WNL | B320 | TELEPHONE CALLS WITH ROB PFISTER AND COURT CHAMBERS REGARDING CANCELLATION OF HEARING. | 0.10 | $92.50 |
| 04/07/21 | WNL | B320 | TELEPHONE CALL WITH ROB PFISTER REGARDING CONFIRMATION ISSUES AND SUPPLEMENTAL ADMINISTRATIVE BAR DATE MOTION. | 0.20 | $185.00 |
| 04/07/21 | WNL | B320 | REVIEW CORRESPONDENCE TO JOHN KRAEMER REGARDING CANCELLATION OF HEARING AND NEW ADMINISTRATIVE BAR DATE . | 0.10 | $92.50 |

BRIDGEMARK CORPORATION

May 26, 2021

FILE NUMBER: 81880.05002

INVOICE NO.: 110471

| 04/07/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING HEARING AND ORDER APPROVING SALE MOTION. | 0.20 | $185.00 |
|---|---|---|---|---|---|
| 04/07/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING ORDER ON SALE MOTION AND TIMING AND OTHER RELATED ISSUES. | 0.30 | $277.50 |
| 04/07/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING RESULTS OF HEARING ON SALE MOTION AND RELATED ISSUES. | 0.10 | $92.50 |
| 04/07/21 | WNL | B320 | REVIEW AND RESPOND TO CORRESPONDENCE REGARDING RIGHTS OF LEASEHOLDERS AND FORM OF ORDER APPROVING SALE | 0.10 | $92.50 |
| 04/07/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING HEARING ON SALE MOTION. | 0.10 | $92.50 |
| 04/07/21 | WNL | B320 | REVIEW AND RESPOND TO CORRESPONDENCE REGARDING CONDUCT OF CONTINUED HEARING ON SALE MOTION. | 0.10 | $92.50 |
| 04/07/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING RIGHTS OF ROYALTY HOLDERS AS A RESULT OF SALE TRANSACTION | 0.20 | $185.00 |
| 04/07/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING COURT APPROVAL OF SALE TRANSACTION AND RELATED ISSUES. | 0.10 | $92.50 |
| 04/07/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING TIMING ISSUES AND RECEIPT OF REVENUE FROM MARCH OIL PRODUCTION. | 0.10 | $92.50 |
| 04/08/21 | WNL | B320 | CONFERENCE CALL WITH IRA KHARASCH, ERIN GRAY AND JIM MCGEE REGARDING RESIGNATIONS OF THE HALLS AS DIRECTORS AND RELATED CORPORATE ISSUES. | 0.60 | $555.00 |
| 04/08/21 | WNL | B320 | TELEPHONE CALL WITH ROB PFISTER REGARDING CORPORATE AND CLOSING ISSUES. | 0.20 | $185.00 |
| 04/08/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING TELEPHONE CALL WITH KEVIN MUGAVRO. | 0.10 | $92.50 |
| 04/08/21 | WNL | B320 | REVIEW AND ANALYZE PROPOSED ORDER, SETTLEMENT AGREEMENT AND CORRESPONDENCE REGARDING OBLIGATIONS AND ISSUES. | 0.60 | $555.00 |
| 04/09/21 | WNL | B320 | REVIEW AND RESPOND TO CORRESPONDENCE REGARDING POSSIBLE SOLUTIONS TO ISSUES RAISED BY THE HALL'S RESIGNATIONS. | 0.10 | $92.50 |
| 04/09/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING POTENTIAL ISSUES AND SOLUTIONS TO CONSUMMATE THE SETTLEMENT WITH PDC. | 0.20 | $185.00 |
| 04/09/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING REGARDING SALE TRANSACTION AND TIMING OF REVENUE STREAM. | 0.20 | $185.00 |
| 04/09/21 | WNL | B320 | REVIEW AND RESPOND TO ADDITIONAL CORRESPONDENCE REGARDING ISSUES CONCERNING RESIGNATION OF THE HALLS AND ALTERNATIVES TO CONSUMMATE THE SETTLEMENT. | 0.20 | $185.00 |
| 04/09/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING ADDITIONAL POSSIBLE SOLUTIONS TO HALL RESIGNATION ISSUES. | 0.10 | $92.50 |
| 04/10/21 | WNL | B320 | REVIEW CORRESPONDENCE AND ANALYZE ISSUES REGARDING POTENTIAL LIABILITY OF THE HALLS. | 0.20 | $185.00 |

BRIDGEMARK CORPORATION                                                                    May 26, 2021
FILE NUMBER: 81880.05002                                                        INVOICE NO.: 110471

| | | | | | |
|---|---|---|---|---|---|
| 04/11/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING CORPORATE AUTHORITY AND GOVERNANCE ISSUES AND THE CLOSING | 0.20 | $185.00 |
| 04/12/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING STATUS OF SPECIFIC ISSUES AFTER APPROVAL OF SALE MOTION BY THE COURT. | 0.20 | $185.00 |
| 04/12/21 | WNL | B320 | REVIEW AND ANALYZE PROPOSED CHANGES TO DRAFT ORDER APPROVING SALE AND RELATED CORRESPONDENCE. | 0.40 | $370.00 |
| 04/12/21 | WNL | B320 | REVIEW AND ANALYZE CORRESPONDENCE AND ORDER IN PREPARATION FOR CALL WITH ROB PFISTER. | 0.20 | $185.00 |
| 04/12/21 | WNL | B320 | PREPARATION FOR AND PARTICIPATE IN TELEPHONE CALL WITH ROB PFISTER REGARDING ISSUES CONCERNING THE SALE ORDER AND RELATED ISSUES. | 0.50 | $462.50 |
| 04/12/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING RESULTS OF TELEPHONE CONVERSATION WITH ROB PFISTER REGARDING ORDER ON SALE MOTION. | 0.20 | $185.00 |
| 04/12/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING ISSUES CONCERNING SALE MOTION AND ORDER AND RELATED ISSUES. | 0.20 | $185.00 |
| 04/13/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING EFFECTS OF RESIGNATIONS OF DIRECTORS, SALE ORDER ETC. | 0.10 | $92.50 |
| 04/13/21 | WNL | B320 | REVIEW ADDITIONAL CORRESPONDENCE REGARDING ISSUES RAISED BY PROPOSED SALE ORDER. | 0.10 | $92.50 |
| 04/14/21 | WNL | B320 | REVIEW AND ANALYZE CORRESPONDENCE FROM ROB PFISTER REGARDING LANGUAGE OF SALE ORDER AND QUERIES REGARDING RESIGNATIONS OF DIRECTORS. | 0.20 | $185.00 |
| 04/14/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING RESPONSIBLE PERSON AND CREDITOR ISSUES AND LANGUAGE OF ORDER APPROVING SALE. | 0.20 | $185.00 |
| 04/14/21 | WNL | B320 | REVIEW AND RESPOND TO CORRESPONDENCE REGARDING LANGUAGE IN PARAGRAPHS 18 AND 57 OF THE PROPOSED SALE ORDER. | 0.20 | $185.00 |
| 04/15/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING BOARD OF DIRECTORS ISSUES AND RELATED SALE ORDER ISSUES. | 0.20 | $185.00 |
| 04/15/21 | WNL | B320 | REVIEW AND RESPOND TO CORRESPONDENCE REGARDING POTENTIAL CHANGES TO THE SALE ORDER, RESIGNATIONS OF DIRECTORS, MOTION FOR RESPONSIBLE PERSON AND THE ADMINISTRATIVE BAR DATE MOTION. | 0.20 | $185.00 |
| 04/15/21 | WNL | B320 | REVIEW ADDITIONAL CORRESPONDENCE REGARDING LANGUAGE OF ORDER ON SALE MOTION. | 0.20 | $185.00 |
| 04/15/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING RESIGNATIONS OF DIRECTORS. | 0.10 | $92.50 |
| 04/15/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING RESIGNATIONS OF CARL AND MARK HALL. | 0.10 | $92.50 |

BRIDGEMARK CORPORATION                                                           May 26, 2021
FILE NUMBER:  81880.05002                                                   INVOICE NO.: 110471

| | | | | | |
|---|---|---|---|---|---|
| 04/15/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING INTENTION OF KEVIN MUGA VERO TO RESIGN AS DIRECTOR AND POSSIBLY AN OFFICER. | 0.10 | $92.50 |
| 04/15/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING POSITIONS HELD BY CAROL CURRY. | 0.10 | $92.50 |
| 04/15/21 | WNL | B320 | REVIEW ADDITIONAL CORRESPONDENCE REGARDING LANGUAGE OF SALE ORDER. | 0.20 | $185.00 |
| 04/15/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING ADDITIONAL BOARD RESIGNATIONS AND RELATED ISSUES. | 0.20 | $185.00 |
| 04/15/21 | WNL | B320 | REVIEW ADDITIONAL CORRESPONDENCE REGARDING TIMING ISSUES CONCERNING RESIGNATION OF DIRECTORS. | 0.10 | $92.50 |
| 04/15/21 | WNL | B320 | REVIEW AND ANALYZE CORRESPONDENCE REGARDING LANGUAGE OF SALE ORDER AND PROPOSED PROCESS TO RESOLVE ISSUES. | 0.20 | $185.00 |
| 04/15/21 | WNL | B320 | REVIEW AND ANALYZE CORRESPONDENCE FROM ROB PFISTER REGARDING LANGUAGE OF SALE ORDER. | 0.20 | $185.00 |
| 04/15/21 | WNL | B320 | REVIEW CORRESPONDENCE AND ANALYZE ISSUES REGARDING CLOSING OF SALE | 0.20 | $185.00 |
| 04/16/21 | WNL | B320 | CONFERENCE CALL WITH JIM MCGEE AND ERIN GRAY REGARDING CLOSING ISSUES, SALE ORDER AND RELATED ISSUES. | 0.60 | $555.00 |
| 04/16/21 | WNL | B320 | CONFERENCE CALL WITH JIM MCGEE AND ROB PFISTER REGARDING CLOSING ISSUES, SALE ORDER AND RELATED ISSUES. | 0.50 | $462.50 |
| 04/16/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING RESOLUTION OF CERTAIN ISSUES CONCERNING THE SALE ORDER AND RELATED CORRESPONDENCE. | 0.20 | $185.00 |
| 04/16/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING THE HALLS SUPPORT FOR THE PDC PROPOSED ORDER. | 0.10 | $92.50 |
| 04/16/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING PROCESS TO RESOLVE ISSUES REGARDING LANGUAGE OF SALE ORDER | 0.20 | $185.00 |
| 04/16/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING ADDITIONAL CHANGED TO SALE ORDER REQUESTED BY ARGONAUT. | 0.10 | $92.50 |
| 04/16/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING ISSUES CONCERNING PROPOSED SALE ORDER | 0.20 | $185.00 |
| 04/19/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING LANGUAGE PROPOSED TO BE ADDED TO SALE ORDER AND RATIONALE FOR ADDING SAME. | 0.20 | $185.00 |
| 04/20/21 | WNL | B320 | REVIEW CORRESPONDENCE AND ANALYZE LANGUAGE REGARDING SALE ORDER. | 0.40 | $370.00 |
| 04/20/21 | WNL | B320 | REVIEW ADDITIONAL CORRESPONDENCE REGARDING LANGUAGE OF SALE MOTION AND RELATED ISSUES. | 0.20 | $185.00 |
| 04/21/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING LANGUAGE OF SALE ORDER AND RELATED CORRESPONDENCE. | 0.50 | $462.50 |
| 04/21/21 | WNL | B320 | TELEPHONE CALLS WITH ROB PFISTER REGARDING LANGUAGE OF SALE ORDER. | 0.30 | $277.50 |
| 04/21/21 | WNL | B320 | REVIEW DRAFT SIDE LETTER. | 0.10 | $92.50 |

BRIDGEMARK CORPORATION                                                                                          May 26, 2021
FILE NUMBER: 81880.05002                                                                            INVOICE NO.: 110471

| | | | | | |
|---|---|---|---|---|---|
| 04/21/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING LIABILITY AND RELATED ISSUES. | 0.30 | $277.50 |
| 04/22/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING TIMING ISSUES AND THE RESIGNATION OF THE HALLS FROM THE BOARD OF DIRECTORS. | 0.10 | $92.50 |
| 04/22/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING SIDE LETTER IN CONNECTION WITH CLOSING | 0.10 | $92.50 |
| 04/22/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING STATUS OF MATTER AND SIDE WITH LESON | 0.20 | $185.00 |
| 04/22/21 | WNL | B320 | REVIEW CORRESPONDENCE AND ANALYZE ISSUES CONCERNING ACTION NEED TO CONSUMMATE CLOSING | 0.20 | $185.00 |
| 04/23/21 | WNL | B320 | REVIEW DRAFT OF SIDE LETTER AND RELATED CORRESPONDENCE. | 0.20 | $185.00 |
| 04/23/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING CLOSING ISSUES. | 0.20 | $185.00 |
| 04/26/21 | WNL | B320 | REVIEW LETTER FROM DAVID OSSENTJUK REGARDING FUNDS TO BE DEPOSITED INTO ESCROW REGARDING SOUTH COAST AIR QUALITY MANAGEMENT AGREEMENT. | 0.20 | $185.00 |
| 04/26/21 | WNL | B320 | DRAFT CORRESPONDENCE AND REVIEW RESPONSE REGARDING FUNDS BEING DEPOSITED INTO ESCROW. | 0.10 | $92.50 |
| 04/26/21 | WNL | B320 | REVIEW CORRESPONDENCE AND DRAFT CORRESPONDENCE REGARDING TRANSFER OF ESCROW FUNDS TO PDC. | 0.10 | $92.50 |
| 04/26/21 | WNL | B320 | REVIEW STIPULATION AND ORDER REGARDING AUTHORITY OF KEVIN MUGAVERO TO SIGN DOCUMENTS AND RELATED CORRESPONDENCE. | 0.20 | $185.00 |
| 04/26/21 | WNL | B320 | REVIEW AND ANALYZE CORRESPONDENCE REGARDING DIRECTOR AND OFFICER RESIGNATIONS AND RELATED ISSUES AND SOLUTIONS. | 0.30 | $277.50 |
| 04/26/21 | WNL | B320 | REVIEW AND ANALYZE DOCUMENTS TO BE SIGNED BY BOB HALLS AND RELATED CORRESPONDENCE. | 0.30 | $277.50 |
| 04/26/21 | WNL | B320 | TELEPHONE CALL WITH KEVIN MUGAVERO REGARDING EXECUTION OF CLOSING DOCUMENTS. | 0.20 | $185.00 |
| 04/26/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING KEVIN MUGAVERO'S DECISION TO NOT EXECUTE THE DOCUMENTS. | 0.10 | $92.50 |
| 04/26/21 | WNL | B320 | REVIEW AND RESPOND TO CORRESPONDENCE REGARDING PDC DEMAND THAT BOB HALL EXECUTE THE CLOSING DOCUMENTS. | 0.10 | $92.50 |
| 04/26/21 | WNL | B320 | DRAFT CORRESPONDENCE REGARDING OBLIGATIONS OF BOB HALL TO EXECUTE CLOSING DOCUMENTS. | 0.10 | $92.50 |
| 04/27/21 | WNL | B320 | REVIEW CORRESPONDENCE AND CONSIDER ALTERNATIVES REGARDING PENDING CLOSING ISSUES AND FUNDS MISTAKENLY DEPOSITED INTO THE CUSTOMER ACCOUNT. | 0.20 | $185.00 |
| 04/27/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING ISSUES RAISED BY DAVID OSSENTJUK CONCERNING FUNDS TO BE ESCROWED. | 0.10 | $92.50 |

BRIDGEMARK CORPORATION                                                                        May 26, 2021
FILE NUMBER: 81880.05002                                                          INVOICE NO.: 110471

| | | | | | |
|---|---|---|---|---|---|
| 04/27/21 | WNL | B320 | REVIEW ADDITIONAL CORRESPONDENCE REGARDING ISSUES CONCERNING THE CUSTOMER ACCOUNT. | 0.20 | $185.00 |
| 04/27/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING ISSUES CONCERNING EXECUTION OF CLOSING DOCUMENTS. | 0.10 | $92.50 |
| 04/27/21 | WNL | B320 | TELEPHONE CALL WITH JIM MCGEE REGARDING CLOSING ISSUES AND ALTERNATIVES. | 0.10 | $92.50 |
| 04/27/21 | WNL | B320 | REVIEW ADDITIONAL CORRESPONDENCE REGARDING EXECUTION OF CLOSING DOCUMENTS. | 0.10 | $92.50 |
| 04/27/21 | WNL | B320 | TELEPHONE CALL WITH JIM MCGEE REGARDING EXECUTION OF CLOSING DOCUMENTS. | 0.20 | $185.00 |
| 04/27/21 | WNL | B320 | CONFER WITH JENNIFER OKEEFE AND REVIEW CORRESPONDENCE REGARDING EXECUTION AND NOTORIZATION OF DOCUMENTS. | 0.30 | $277.50 |
| 04/27/21 | WNL | B320 | TELEPHONE CALLS WITH JIM MCGEE AND ROB PFISTER REGARDING EXECUTION AND NOTORIZATION OF DOCUMENTS. | 0.40 | $370.00 |
| 04/27/21 | WNL | B320 | REVIEW ADDITIONAL CORRESPONDENCE REGARDING CLOSING OF TRANSACTION. | 0.10 | $92.50 |
| 04/27/21 | WNL | B320 | REVIEW AND RESPOND TO CORRESPONDENCE REGARDING EXECUTION OF DOCUMENTS BY HALLS OTHER THAN BOB. | 0.10 | $92.50 |
| 04/27/21 | WNL | B320 | TELEPHONE CALL WITH JENNIFER OKEEFE REGARDING EXECUTION OF DOCUMENTS LOGISTICS. | 0.10 | $92.50 |
| 04/27/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING LOGISTIC ISSUES AND RELATED CORRESPONDENCE. | 0.10 | $92.50 |
| 04/27/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING ADDITIONAL DOCUMENT EXECUTION ISSUES. | 0.10 | $92.50 |
| 04/27/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING CHANGES TO LETTER. | 0.10 | $92.50 |
| 04/27/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING ERRORS IN DEPOSITS OF FUNDS AND REMEDIES THEREFOR. | 0.20 | $185.00 |
| 04/27/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING ISSUES CONCERNING EXECUTION OF DOCUMENTS AND RELATED ISSUES. | 0.20 | $185.00 |
| 04/27/21 | WNL | B320 | REVIEW ADDITIONAL CORRESPONDENCE REGARDING CLOSING OF TRANSACTION. | 0.30 | $277.50 |
| 04/27/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING POTENTIAL LIABILITY ISSUES. | 0.10 | $92.50 |
| 04/28/21 | WNL | B320 | REVIEW CORRESPONDENCE AND CONFER WITH JENNIFER OKEEFE REGARDING EXECUTION OF VARIOUS DOCUMENTS. | 0.40 | $370.00 |
| 04/28/21 | WNL | B320 | REVIEW AND ANALYZE ADDITIONAL DOCUMENTS REGARDING CLOSING. | 0.50 | $462.50 |
| 04/28/21 | WNL | B320 | REVIEW ADDITIONAL CORRESPONDENCE REGARDING CLOSING ISSUES AND DOCUMENTS. | 0.40 | $370.00 |
| 04/28/21 | WNL | B320 | CONFER WITH JENNIFER OKEEFE REGARDING ISSUES CONCERNING EXECUTION OF DOCUMENTS. | 0.30 | $277.50 |
| 04/28/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING TRANSFER OF FUNDS. | 0.10 | $92.50 |

BRIDGEMARK CORPORATION

May 26, 2021

FILE NUMBER: 81880.05002

INVOICE NO.: 110471

| 04/28/21 | WNL | B320 | REVIEW ADDITIONAL CORRESPONDENCE REGARDING CLOSING ISSUES. | 0.30 | $277.50 |
|---|---|---|---|---|---|
| 04/28/21 | WNL | B320 | REVIEW ADDITIONAL CORRESPONDENCE REGARDING CLOSING ISSUES. | 0.20 | $185.00 |
| 04/28/21 | WNL | B320 | CONFER WITH JENNIFER OKEEFE REGARDING EXECUTION OF DOCUMENTS. | 0.20 | $185.00 |
| 04/28/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING TRANSFER OF FUNDS FROM PACHULSKI TRUST ACCOUNT. | 0.20 | $185.00 |
| 04/28/21 | WNL | B320 | TELEPHONE CALLS WITH ROB PFISTER AND THE COURT REGARDING TERMS OF THE COURT ORDER APPROVING THE SALE. | 0.30 | $277.50 |
| 04/28/21 | WNL | B320 | REVIEW ADDITIONAL CORRESPONDENCE REGARDING AUTHORITY TO EXECUTE CLOSING DOCUMENTS. | 0.20 | $185.00 |
| 04/28/21 | WNL | B320 | REVIEW ESCROW INSTRUCTIONS AND COMMENTS THERETO. | 0.20 | $185.00 |
| 04/28/21 | WNL | B320 | REVIEW ADDITIONAL CORRESPONDENCE REGARDING ADDITIONAL SIGNATURES NEEDED. | 0.10 | $92.50 |
| 04/28/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING REMAINING CLOSING DOCUMENT ISSUES. | 0.30 | $277.50 |
| 04/28/21 | WNL | B320 | REVIEW CORRESPONDENCE AND ANALYZE ISSUES REGARDING O&G TRUST AND RELATED ISSUES. | 0.20 | $185.00 |
| 04/28/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING TRANSFER OF CASH IN PACHULSKI ACCOUNT AND RELEASE OF BOB HALL. | 0.10 | $92.50 |
| 04/28/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING CONDITIONS TO RELEASE OF FUNDS HELD BY PSZJ | 0.10 | $92.50 |
| 04/28/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING BOB HALL ISSUES | 0.20 | $185.00 |
| 04/28/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING ASSISTANCE WITH SIGNATURES OF HALL RELATED PARTIES | 0.10 | $92.50 |
| 04/28/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING CHANGE IN ESCROW INSTRUCTIONS | 0.10 | $92.50 |
| 04/28/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING ASSISTANCE IN EXECUTION OF CLOSING DOCUMENTS | 0.10 | $92.50 |
| 04/28/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING LOGISTICAL ISSUES ON CONNECTION WITH EXECUTED OF DOCUMENTS | 0.10 | $92.50 |
| 04/28/21 | WNL | B320 | REVIEW ADDITIONAL CORRESPONDENCE REGARDING EXECUTED OF DOCUMENTS | 0.10 | $92.50 |
| 04/28/21 | WNL | B320 | REVIEW ADDITIONAL CORRESPONDENCE REGARDING TRANSFER OF FUNDS HELD BY BOB HALL | 0.10 | $92.50 |
| 04/28/21 | WNL | B320 | REVIEW AND EXECUTE REVISED LETTER REGARDING NOV'S. | 0.10 | $92.50 |
| 04/28/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING SIGNATORY AUTHORITY FOR O & G INVESTMENT TRUST | 0.10 | $92.50 |
| 04/28/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING DOCUMENTS TO BE SIGNED BY K. MUGAVERO | 0.10 | $92.50 |
| 04/28/21 | WNL | B320 | REVIEW ADDITIONAL CORRESPONDENCE REGARDING RELEASE OF FUNDS BY PSZJ | 0.10 | $92.50 |

BRIDGEMARK CORPORATION
FILE NUMBER: 81880.05002

May 26, 2021
INVOICE NO.: 110471

| | | | | | |
|---|---|---|---|---|---|
| 04/28/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING JOINDERS BY VARIOUS PARTIES. | 0.10 | $92.50 |
| 04/28/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING COPIES OF SIGNED DOCUMENTS | 0.10 | $92.50 |
| 04/28/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING O & G TRUSTEE ISSUES | 0.20 | $185.00 |
| 04/28/21 | WNL | B320 | REVIEW NUMEROUS ADDITIONAL CORRESPONDENCE REGARDING EXECUTION OF DOCUMENTS | 0.40 | $370.00 |
| 04/29/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING SIGNATURES OF HALL RELATED PARTIES | 0.10 | $92.50 |
| 04/29/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING SIGNED SIDE LETTER | 0.10 | $92.50 |
| 04/29/21 | WNL | B320 | REVIEW INFORMATION OF AUTHORITY FOR PSZJ TO RELEASE BOB HALL FUNDS AND RELATED CORRESPONDENCE. | 0.10 | $92.50 |
| 04/29/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING STATUS OF CLOSING AND EXCHANGE OF DOCUMENTS | 0.10 | $92.50 |
| 04/29/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING STATUS OF THE CLOSING | 0.10 | $92.50 |
| 04/29/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING EXECUTION OF DOCUMENTS | 0.20 | $185.00 |
| 04/29/21 | WNL | B320 | REVIEW FINAL FORM OF SALE ORDER ENTERED BY THE COURT | 0.10 | $92.50 |
| 04/30/21 | WNL | B320 | REVIEW VARIOUS CORRESPONDENCE REGARDING ISSUES AND STATUS. | 0.50 | $462.50 |
| 04/30/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING WIRE TRANSFERS OF FUNDS | 0.10 | $92.50 |
| 04/30/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING FINALIZATION OF CLOSING ITEMS | 0.10 | $92.50 |
| 04/30/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING CONFIRMATION TO MAKE WIRE TRANSFERS. | 0.10 | $92.50 |
| 04/30/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING CONSUMMATION OF CLOSING | 0.10 | $92.50 |
| 04/30/21 | WNL | B320 | REVIEW NUMEROUS CORRESPONDENCE REGARDING CLOSING ISSUES | 0.80 | $740.00 |
| 04/30/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING TRANSFER OF FUNDS IN CUSTOMERS ACCOUNT | 0.10 | $92.50 |
| 04/30/21 | WNL | B320 | REVIEW PDC OPERATING AGREEMENT REGARDING CORPORATE AUTHORITY. | 0.10 | $92.50 |
| 04/30/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING STATUS OF CLOSING AND ACTION TO BE TAKING BY BRIDGEMARK | 0.10 | $92.50 |
| 04/30/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING FINAL SALE ORDER | 0.10 | $92.50 |
| 04/30/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING SHUT DOWN OF WELLS. | 0.10 | $92.50 |

B330: Litigation/Adversary Proceedings

| | | | | | |
|---|---|---|---|---|---|
| 04/01/21 | WNL | B330 | REVIEW CORRESPONDENCE REGARDING NON-OPPOSITION TO ASHBY SETTLEMENT | 0.10 | $92.50 |

BRIDGEMARK CORPORATION                                                                                      May 26, 2021
FILE NUMBER: 81880.05002                                                                                INVOICE NO.: 110471

| 04/02/21 | WNL | B330 | REVIEW AND APPROVE SETTLEMENT DOCUMENTS AND PLEADINGS REGARDING THE ASHBY LITIGATION. | 0.10 | $92.50 |
| 04/08/21 | WNL | B330 | REVIEW CORRESPONDENCE REGARDING FINALIZATION OF SETTLEMENT IN THE ASHBY MATTER. | 0.10 | $92.50 |
| 04/19/21 | WNL | B330 | REVIEW REVISED MOTION FOR ADMINISTRATIVE CLAIMS BAR DATE AND RELATED CORRESPONDENCE. | 0.40 | $370.00 |
| 04/19/21 | WNL | B330 | REVIEW CORRESPONDENCE REGARDING FINALIZATION OF SETTLEMENT WITH ASHBY. | 0.10 | $92.50 |
| 04/19/21 | WNL | B330 | REVIEW CORRESPONDENCE REGARDING PAYMENT TO ASHBY IN SETTLEMENT OF CLAIM. | 0.10 | $92.50 |
| 04/20/21 | WNL | B330 | REVIEW CORRESPONDENCE REGARDING ASHBY SETTLEMENT. | 0.10 | $92.50 |

TOTAL HOURS:                                                                                          37.20

TOTAL FEES:                                                                                                         $33,720.00

COSTS AND EXPENSES                                                                                            $840.57

| | CONFERENCE CALL EXPENSE 03/02/21 @ 3:31 P.M. - W. LOBEL ADIGO INC. | 15.29 |
| | COMPUTER ASSISTED RESEARCH, SEARCHES PACER - 1/1/21-3/31/21 - (44) PGS PACER SERVICE CENTER | 4.40 |
| | MILEAGE 19.6 MILES R/T - OC OFFICE TO CLIENT'S HOME TO MEET NOTARY & TO HAVE CLIENT SIGN CLOSING DOCUMENTS JENNIFER M. O'KEEFE | 10.98 |
| | NOTARY FEES - NOTARY SERVICES - CLOSING DOCUMENTS JENNIFER M. O'KEEFE | 270.00 |
| | MILEAGE 19.6 MILES R/T - ADDITIONAL TRIP FROM OC OFFICE TO CLIENT'S HOME TO SIGN ADDITIONAL CLOSING DOCUMENTS (NO NOTARY) JENNIFER M. O'KEEFE | 10.98 |
| | MESSENGER SERVICE 4/29/21 - OSSENTJUK & BOTTI, WESTLAKE VILLAGE, CA DELIVER ENVELOPE ASAP FIRST LEGAL NETWORK, LLC | 208.46 |
| | MESSENGER SERVICE FIRST AMERICAN TITLE COMPANY, IRVINE, CA DELIVERY ENVELOPE ASAP FIRST LEGAL NETWORK, LLC | 37.33 |
| | MESSENGER SERVICE FIDELITY NATIONAL TITLE COMPANY, VENTURA, CA DELIVER ENVELOPE ASAP FIRST LEGAL NETWORK, LLC | 283.13 |

**TOTAL AMOUNT DUE THIS INVOICE**                                                                        $34,560.57

BRIDGEMARK CORPORATION
FILE NUMBER: 81880.05002

May 26, 2021
INVOICE NO.: 110471

## TIMEKEEPER SUMMARY

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| William N. Lobel | 36.00 | 925.00 | $33,300.00 |
| Samantha J. Schuster | 1.20 | 350.00 | $420.00 |
| TOTALS | 37.20 | | $33,720.00 |

## TASK CODE SUMMARY

| TASK/DESCRIPTION | HOURS | AMOUNT |
|---|---|---|
| B110 / Case Administration | 0.10 | $92.50 |
| B160 / Fee/Employment Applications | 1.60 | $790.00 |
| B165 / Fee Applications (Others - Filing) | 1.60 | $1,480.00 |
| B210 / Business Operations | 0.60 | $555.00 |
| B240 / Tax Issues | 0.20 | $185.00 |
| B300 / Claims and Plan | 0.20 | $185.00 |
| B320 / Plan/Disclosure Statement (including bus | 31.90 | $29,507.50 |
| B330 / Litigation/Adversary Proceedings | 1.00 | $925.00 |
| TOTALS | 37.20 | $33,720.00 |



THEODORA
ORINGHER
COUNSELORS AT LAW

1840 CENTURY PARK EAST, SUITE 500
LOS ANGELES, CA 90067-2120
(310) 557-2009

BRIDGEMARK CORPORATION
ROBERT HALL
17671 IRVINE BLVD., SUITE 217
TUSTIN, CA 92780

TAX IDENTIFICATION # 95-4304007

| | |
|---|---|
| INVOICE NUMBER: | 110638 |

INVOICE DATE:   6/21/2021

MATTER NAME:      CHAPTER 11
OUR FILE NUMBER:  81880.05002

| | |
|---|---|
| BALANCE DUE FROM PREVIOUS STATEMENT: | $120,435.82 |
| PAYMENTS RECEIVED: | $0.00 |
| BALANCE FORWARD: | $120,435.82 |

FOR PROFESSIONAL SERVICES RENDERED THROUGH  5/31/2021:

| | |
|---|---|
| PROFESSIONAL FEES THIS INVOICE: | $6,537.50 |
| COSTS AND EXPENSES THIS INVOICE: | $289.98 |
| TOTAL AMOUNT DUE THIS INVOICE: | $6,827.48 |

TOTAL DUE THIS MATTER:                    $127,263.30

PLEASE WRITE THE INVOICE NUMBER ON YOUR CHECK

**THEODORA
ORINGHER**
COUNSELORS AT LAW

6/21/2021
INVOICE NO.: 110638

## SERVICES

| DATE | NAME | TASK | SERVICES | HOURS | TOTAL |
|------|------|------|----------|-------|-------|
| B110: Case Administration | | | | | |
| 05/07/21 | WNL | B110 | REVIEW MONTHLY OPERATING REPORT 15. | 0.10 | $92.50 |
| 05/07/21 | WNL | B110 | REVIEW CORRESPONDENCE REGARDING CASH ISSUES AND MONTHLY OPERATING REPORT 15. | 0.10 | $92.50 |
| 05/08/21 | WNL | B110 | REVIEW CORRESPONDENCE REGARDING MONTHLY OPERATING REPORT. | 0.10 | $92.50 |
| 05/28/21 | WNL | B110 | REVIEW CORRESPONDENCE FROM AND TELEPHONE CALL WITH BRAD SMITH REGARDING, REVISION OF QUESTIONNAIRE TO GO WITH MONTHLY OPERATING REPORT. | 0.10 | $92.50 |
| 05/29/21 | WNL | B110 | REVIEW CORRESPONDENCE REGARDING MONTHLY OPERATING REPORT. | 0.10 | $92.50 |
| B165: Fee Applications (Others - Filing) | | | | | |
| 05/04/21 | WNL | B165 | REVIEW PROFESSIONAL FEE STATEMENT NUMBER 2. | 0.10 | $92.50 |
| 05/06/21 | WNL | B165 | REVIEW CORRESPONDENCE REGARDING PAYMENT OF FEES AND COSTS OF NUMERIC SOLUTIONS AND JOHN HARRIS. | 0.10 | $92.50 |
| 05/07/21 | WNL | B165 | REVIEW CORRESPONDENCE REGARDING INTERIM FEE APPLICATIONS. | 0.10 | $92.50 |
| 05/12/21 | WNL | B165 | REVIEW CORRESPONDENCE REGARDING NUMERIC SOLUTIONS FEE STATEMENT. | 0.10 | $92.50 |
| 05/12/21 | WNL | B165 | REVIEW CORRESPONDENCE REGARDING NUMERIC SOLUTIONS FEE STATEMENT; CONFER WITH JENN OKEEFE REGARDING SAME. | 0.10 | $92.50 |
| 05/12/21 | WNL | B165 | REVIEW NUMERIC SOLUTIONS FEE APPLICATION AND RELATED DOCUMENTS. | 0.20 | $185.00 |
| 05/27/21 | WNL | B165 | REVIEW AND RESPOND TO CORRESPONDENCE FROM JOHN HARRIS REGARDING NEED FOR CASSO & SPARKS TO FILE AN ADMINISTRATIVE PROOF OF CLAIM | 0.10 | $92.50 |
| 05/27/21 | WNL | B165 | REVIEW CORRESPONDENCE REGARDING CASSO & SPARKS FEES. | 0.10 | $92.50 |
| 05/27/21 | SJS | B165 | DRAFT MONTHLY FEE APPLICATION COVERING APRIL 2021. | 1.50 | $525.00 |
| B210: Business Operations | | | | | |
| 05/08/21 | WNL | B210 | TELEPHONE CONFERENCE WITH JOHN HARRIS REGARDING OPERATIONAL ISSUES AND PSZJ INVOICES | 0.20 | $185.00 |
| 05/17/21 | WNL | B210 | TELEPHONE CALL WITH PLACENTIA HOA MANAGER REGARDING CONDITION OF WALL ON THE PLACENTIA PROPERTY. | 0.20 | $185.00 |

Page 1

BRIDGEMARK CORPORATION                                                    June 21, 2021
FILE NUMBER:  81880.05002                                          INVOICE NO.: 110638

**B240: Tax Issues**

| 05/12/21 | WNL | B240 | REVIEW CORRESPONDENCE REGARDING ACCOUNTING EFFECT OF REDUCTION IN AMOUNT OF PUNATIVE DAMAGES FOR TAX PURPOSES. | 0.10 | $92.50 |
| 05/12/21 | WNL | B240 | TELEPHONE CALL WITH CAROL CURRY REGARDING TAX ISSUES RAISED BY THE SETTLEMENT WITH PDC. | 0.10 | $92.50 |
| 05/25/21 | WNL | B240 | REVIEW CORRESPONDENCE REGARDING TAX TREATMENT OF TRANSACTION AND RELATED ISSUES. | 0.20 | $185.00 |

**B310: Claims Administration and Objections**

| 05/05/21 | WNL | B310 | REVIEW CORRESPONDENCE REGARDING CLAIM OF CAROLYN CURRY. | 0.10 | $92.50 |
| 05/05/21 | WNL | B310 | REVIEW DRAFT OF SECOND ADMINISTRATIVE BAR DATE MOTION. | 0.20 | $185.00 |
| 05/05/21 | WNL | B310 | REVIEW CORRESPONDENCE REGARDING CLAIMS OBJECTIONS. | 0.10 | $92.50 |
| 05/06/21 | WNL | B310 | REVIEW FORM OF MOTION FOR SECOND ADMINISTRATIVE CLAIM BAR DATE AND EXHIBITS AND DISCUSS SAME WITH ROB PFISTER. | 0.40 | $370.00 |
| 05/07/21 | WNL | B310 | REVIEW CORRESPONDENCE REGARDING SERVICE OF NOTICE OF ADMINISTRATIVE BAR DATE; CONFER WITH JENNIFER O'KEEFE REGARDING SAME. | 0.10 | $92.50 |
| 05/07/21 | WNL | B310 | REVIEW CORRESPONDENCE REGARDING CAROL CURRY CLAIM. | 0.10 | $92.50 |
| 05/07/21 | WNL | B310 | REVIEW ISSUES REGARDING NOTICE REQUIREMENTS AND ADMINISTRATIVE CLAIMS PROCESS. | 0.20 | $185.00 |
| 05/27/21 | WNL | B310 | TELEPHONE CALL WITH BOB HALL REGARDING POTENTIAL PROOF OF ADMINISTRATIVE PROOF OF CLAIM AND RELATED MATTERS. | 0.20 | $185.00 |
| 05/29/21 | WNL | B310 | REVIEW CORRESPONDENCE AND CLAIM FORM FOR CAROL GONZALEZ. | 0.10 | $92.50 |

**B320: Plan/Disclosure Statement (including bus**

| 05/05/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING DISMISSAL OF LITIGATION AGAINST BOB HALL AND DISMISSAL OF BOB HALL'S CLAIM. | 0.10 | $92.50 |
| 05/05/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING PLAN ISSUES. | 0.20 | $185.00 |
| 05/06/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING CLEAN UP ITEMS FROM THE CLOSING. | 0.10 | $92.50 |
| 05/06/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING FILING OF MOTION FOR SECOND ADMINISTRATIVE BAR DATE AND LODGEMENT OF ORDER APPROVING THE MOTION. | 0.10 | $92.50 |
| 05/06/21 | WNL | B320 | REVIEW ENTERED ORDER APPROVING SETTLEMENT AGREEMENT, ETC. | 0.10 | $92.50 |
| 05/06/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING DISMISSAL OF PENDING LITIGATION AND WITHDRAWAL OF BOB HALL PROOF OF CLAIM. | 0.10 | $92.50 |
| 05/06/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING PENDING ISSUES. | 0.20 | $185.00 |

BRIDGEMARK CORPORATION                                                      June 21, 2021
FILE NUMBER: 81880.05002                                            INVOICE NO.: 110638

| 05/07/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING WORK IN PROCESS AND CRITICAL DATES MEMORANDUM. | 0.10 | $92.50 |
|---|---|---|---|---|---|
| 05/07/21 | WNL | B320 | REVIEW CORRESPONDENCE AND CONFER WITH JENNIFER O'KEEFE REGARDING SERVICE OF VARIOUS PLEADINGS. | 0.20 | $185.00 |
| 05/07/21 | WNL | B320 | REVIEW ADDITIONAL CORRESPONDENCE REGARDING OPERATIONAL AND CLOSING ISSUES. | 0.20 | $185.00 |
| 05/10/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING CORPORATE GOVERNANCE OF DEBTOR AND REPRESENTATION BY PSZJ. | 0.10 | $92.50 |
| 05/13/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING FINAL CLOSING DOCUMENTS. | 0.10 | $92.50 |
| 05/17/21 | WNL | B320 | TELEPHONE CALL WITH BOB HALL AND REVIEW CORRESPONDENCE REGARDING BOB HALL'S REQUEST FOR REIMBURSEMENT OF EXPENSES. | 0.20 | $185.00 |
| 05/21/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING QUESTIONS POSED BY CAROL CURRY REGARDING ACCOUNTING FOR THE SALE TRANSACTION. | 0.10 | $92.50 |
| 05/24/21 | WNL | B320 | REVIEW ADDITIONAL CORRESPONDENCE REGARDING FINANCIAL AND ACCOUNTING ISSUES CONCERNING THE STRUCTURE OF THE TRANSACTION. | 0.20 | $185.00 |
| 05/25/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING TAX AND ACCOUNTING ISSUES. | 0.10 | $92.50 |
| 05/28/21 | WNL | B320 | REVIEW AND RESPOND TO CORRESPONDENCE REGARDING FINALIZATION OF MONTHLY OPERATING REPORT. | 0.10 | $92.50 |
| 05/29/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING ALLOCATION OF PROPERTY TAXES. | 0.10 | $92.50 |
| 05/29/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING ALLOCATIONS ON ESCROW STATEMENT AND RELATED CLOSING ISSUES. | 0.20 | $185.00 |
| 05/31/21 | WNL | B320 | REVIEW AND REVISE THE ANSWERS TO THE QUESTIONNAIRE TO THE APRIL MONTHLY OPERATING REPORT. | 0.20 | $185.00 |

TOTAL HOURS:                                                      8.00

TOTAL FEES:                                                                $6,537.50

COSTS AND EXPENSES                                                         $289.98

|  | SECRETARY OVERTIME 4/28/21-4/29/21 - (4.50) ADDITIONAL/OVERTIME HRS RE: MEET WITH CLIENT AND NOTARY FOR CLOSING DOCUMENTS JENNIFER O'KEEFE | 272.46 |  |
|---|---|---|---|
|  | FEDERAL EXPRESS 05/06/21 - HON. THEODOR ALBERT US BANKRUPTCY COURT; SANTA ANA, CA FEDERAL EXPRESS | 17.52 |  |

**TOTAL AMOUNT DUE THIS INVOICE**                                         $6,827.48

BRIDGEMARK CORPORATION                                                    June 21, 2021
FILE NUMBER:  81880.05002                                          INVOICE NO.: 110638

## TIMEKEEPER SUMMARY

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| William N. Lobel | 6.50 | 925.00 | $6,012.50 |
| Samantha J. Schuster | 1.50 | 350.00 | $525.00 |
| TOTALS | 8.00 | | $6,537.50 |

## TASK CODE SUMMARY

| TASK/DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| B110 / Case Administration | 0.50 | $925.00 | $462.50 |
| B165 / Fee Applications (Others - Filing) | 0.90 | $925.00 | $832.50 |
| B165 / Fee Applications (Others - Filing) | 1.50 | $350.00 | $525.00 |
| B210 / Business Operations | 0.40 | $925.00 | $370.00 |
| B240 / Tax Issues | 0.40 | $925.00 | $370.00 |
| B310 / Claims Administration and Objections | 1.50 | $925.00 | $1,387.50 |
| B320 / Plan/Disclosure Statement (including bus | 2.80 | $925.00 | $2,590.00 |
| TOTALS | 8.00 | | $6,537.50 |



THEODORA ORINGHER
COUNSELORS AT LAW

1840 CENTURY PARK EAST, SUITE 500
LOS ANGELES, CA 90067-2120
(310) 557-2009

BRIDGEMARK CORPORATION
ROBERT HALL
17671 IRVINE BLVD., SUITE 217
TUSTIN, CA 92780

TAX IDENTIFICATION # 95-4304007

| | | |
|---|---|---|
| INVOICE NUMBER: | 110876 | INVOICE DATE:   7/14/2021 |

MATTER NAME:     CHAPTER 11
OUR FILE NUMBER:     81880.05002

| | |
|---|---|
| BALANCE DUE FROM PREVIOUS STATEMENT: | $127,263.30 |
| PAYMENTS RECEIVED: | ($68,710.25) |
| BALANCE FORWARD: | $58,553.05 |

FOR PROFESSIONAL SERVICES RENDERED THROUGH  6/30/2021:

| | |
|---|---|
| PROFESSIONAL FEES THIS INVOICE: | $8,510.00 |
| COSTS AND EXPENSES THIS INVOICE: | $350.00 |
| TOTAL AMOUNT DUE THIS INVOICE: | $8,860.00 |

| | |
|---|---|
| TOTAL DUE THIS MATTER: | $67,413.05 |

PLEASE WRITE THE INVOICE NUMBER ON YOUR CHECK



7/14/2021
INVOICE NO.: 110876

**SERVICES**

| DATE | NAME | TASK | SERVICES | HOURS | TOTAL |
|------|------|------|----------|-------|-------|
| B110: Case Administration | | | | | |
| 06/02/21 | WNL | B110 | REVIEW CORRESPONDENCE REGARDING MONTHLY OPERATING REPORT. | 0.10 | $92.50 |
| 06/02/21 | WNL | B110 | REVIEW CORRESPONDENCE REGARDING REQUESTS FROM THE US TRUSTEE. | 0.10 | $92.50 |
| 06/03/21 | WNL | B110 | REVIEW CORRESPONDENCE REGARDING FILING OF MONTHLY OPERATING REPORT. | 0.20 | $185.00 |
| 06/03/21 | WNL | B110 | REVIEW MONTHLY OPERATING REPORT NUMBER 15. | 0.10 | $92.50 |
| 06/03/21 | WNL | B110 | REVIEW CORRESPONDENCE REGARDING CHANGES MADE TO THE MONTHLY OPERATING REPORT. | 0.10 | $92.50 |
| 06/03/21 | WNL | B110 | REVISE LANGUAGE OF THE NARRATIVE TO THE MONTHLY OPERATING STATEMENT. | 0.10 | $92.50 |
| 06/03/21 | WNL | B110 | REVIEW AND RESPOND TO CORRESPONDENCE REGARDING LATEST MONTHLY OPERATING REPORT. | 0.20 | $185.00 |
| 06/15/21 | WNL | B110 | REVIEW FINAL VERSION OF MAY 2021 MONTHLY OPERATING REPORT. | 0.10 | $92.50 |
| 06/15/21 | WNL | B110 | REVIEW DRAFT STATUS REPORT AND DRAFT CORRESPONDENCE REGARDING SAME. | 0.20 | $185.00 |
| 06/16/21 | WNL | B110 | REVIEW CORRESPONDENCE REGARDING NEW FORMAT FOR MONTHLY OPERATING REPORTS AND RELATED ISSUES. | 0.10 | $92.50 |
| 06/30/21 | WNL | B110 | REVIEW NOTICE FILE COURT COSTS AND RELATED CORRESPONDENCE | 0.10 | $92.50 |
| B160: Fee/Employment Applications | | | | | |
| 06/02/21 | WNL | B160 | REVIEW CORRESPONDENCE REGARDING WITHDRAWAL OF PSZJ | 0.10 | $92.50 |
| B165: Fee Applications (Others - Filing) | | | | | |
| 06/01/21 | WNL | B165 | REVIEW MOTION TO WITHDRAW FILED BY PSZJ. | 0.10 | $92.50 |
| 06/02/21 | WNL | B165 | REVIEW CORRESPONDENCE REGARDING FEE APPLICATIONS. | 0.10 | $92.50 |
| 06/02/21 | WNL | B165 | REVIEW CORRESPONDENCE REGARDING APRIL PROFESSIONAL FEE STATEMENT. | 0.10 | $92.50 |
| 06/11/21 | WNL | B165 | REVIEW NUMERIC SOLUTIONS PROFESSIONAL FEE STATEMENT #5. | 0.10 | $92.50 |
| 06/16/21 | WNL | B165 | REVIEW CORRESPONDENCE REGARDING NUMERIC SOLUTIONS FEES AND ISSUES. | 0.10 | $92.50 |
| 06/30/21 | WNL | B165 | REVIEW CORRESPONDENCE REGARDING PAYMENT OF PROFESSIONAL FEE STATEMENT | 0.10 | $92.50 |

BRIDGEMARK CORPORATION
FILE NUMBER: 81880.05002

July 14, 2021
INVOICE NO.: 110876

**B210: Business Operations**

| | | | | | |
|---|---|---|---|---|---|
| 06/02/21 | WNL | B210 | REVIEW CORRESPONDENCE REGARDING REVENUE SUSPENSE ACCOUNT AND PAYMENT OF CURRENT INVOICES. | 0.10 | $92.50 |
| 06/29/21 | WNL | B210 | REVIEW MAY MONTHLY OPERATING REPORT | 0.10 | $92.50 |

**B300: Claims and Plan**

| | | | | | |
|---|---|---|---|---|---|
| 06/25/21 | WNL | B300 | REVIEW CORRESPONDENCE REGARDING CLAIM OBJECTIONS | 0.10 | $92.50 |

**B310: Claims Administration and Objections**

| | | | | | |
|---|---|---|---|---|---|
| 06/01/21 | WNL | B310 | REVIEW CORRESPONDENCE REGARDING CLAIMS ISSUES. | 0.10 | $92.50 |
| 06/01/21 | WNL | B310 | REVIEW ADMINISTRATIVE CLAIMS FILED BY LAUGHLIN WATERS AND SUSAN VETTER. | 0.10 | $92.50 |
| 06/01/21 | WNL | B310 | REVIEW ADDITIONAL ADMINISTRATIVE CLAIMS FILED. | 0.10 | $92.50 |
| 06/02/21 | WNL | B310 | REVIEW CORRESPONDENCE REGARDING ADMINISTRATIVE CLAIMS. | 0.20 | $185.00 |
| 06/04/21 | WNL | B310 | REVIEW CORRESPONDENCE REGARDING GONZALEZ CLAIM. | 0.10 | $92.50 |
| 06/04/21 | WNL | B310 | REVIEW CORRESPONDENCE REGARDING GONZALEZ CLAIM. | 0.20 | $185.00 |
| 06/04/21 | WNL | B310 | REVIEW CORRESPONDENCE REGARDING CLAIMS AND OBJECTIONS TO CLAIMS. | 0.10 | $92.50 |
| 06/08/21 | WNL | B310 | REVIEW AND RESPOND TO CORRESPONDENCE REGARDING CLAIM OF CAROL GONZALEZ. | 0.10 | $92.50 |
| 06/09/21 | WNL | B310 | REVIEW CORRESPONDENCE REGARDING RESOLUTION OF ISSUES CONCERNING CLAIM OF MS. GONZALEZ. | 0.10 | $92.50 |
| 06/28/21 | WNL | B310 | REVIEW DECLARATION OF JOHN HARRIS IN SUPPORT OF CLAIM OBJECTIONS AND RELATED EXHIBITS | 0.50 | $462.50 |
| 06/28/21 | WNL | B310 | REVIEW VARIOUS OBJECTIONS TO CLAIMS AND EXHIBITS THERETO | 0.60 | $555.00 |

**B320: Plan/Disclosure Statement (including bus**

| | | | | | |
|---|---|---|---|---|---|
| 06/01/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING ISSUES CONCERNING THE BUYER AND ALLOCATI0N ISSUES. | 0.10 | $92.50 |
| 06/02/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING REQUESTS BY THE US TRUSTEE AND RESPONSES THERETO. | 0.20 | $185.00 |
| 06/03/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING PRO-RATION OF PROPERTY TAXES. | 0.10 | $92.50 |
| 06/04/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING SECOND QUARTER US TRUSTEE'S FEES. | 0.20 | $185.00 |
| 06/08/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING APPLICATION OF US TRUSTEE'S FEES TO DISBURSEMENTS MADE AT THE CLOSING. | 0.10 | $92.50 |
| 06/09/21 | WNL | B320 | REVIEW ADDITIONAL CORRESPONDENCE REGARDING US TRUSTEE'S FEES ON CLOSING DISBURSEMENTS. | 0.10 | $92.50 |

BRIDGEMARK CORPORATION
FILE NUMBER: 81880.05002

July 14, 2021
INVOICE NO.: 110876

| Date | | | Description | Hours | Amount |
|---|---|---|---|---|---|
| 06/10/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING SOUTHERN COUNTIES OIL CLAIM. | 0.10 | $92.50 |
| 06/11/21 | WNL | B320 | REVIEW AND APPROVE NARRATIVE TO MONTHLY OPERATING STATEMENT. | 0.10 | $92.50 |
| 06/17/21 | WNL | B320 | REVIEW PERMIT ACCEPTANCE NOTICE REGARDING CAPPING OF WELLS. | 0.10 | $92.50 |
| 06/23/21 | WNL | B320 | REVIEW STATUS REPORT AND TELEPHONICALLY ATTEND STATUS CONFERENCE. | 0.50 | $462.50 |
| 06/30/21 | WNL | B320 | REVIEW AND ANALYZE JOINT PLAN OF REORGANIZATION | 1.10 | $1,017.50 |
| 06/30/21 | WNL | B320 | REVIEW AND ANALYZE LIQUIDATION TRUST AGREEMENT | 0.80 | $740.00 |
| 06/30/21 | WNL | B320 | REVIEW MOTION FOR ORDER CONFIRMING PLAN | 0.20 | $185.00 |
| 06/30/21 | WNL | B320 | REVIEW PROPOSED CONFIRMATION ORDER | 0.50 | $462.50 |
| 06/30/21 | WNL | B320 | REVIEW DECLARATION OF JOHN HARRIS IN SUPPORT OF PLAN CONFIRMATION AND SUPPORTING CASH PROJECTION | 0.30 | $277.50 |
| 06/30/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING FILING OF PLAN AND CONFIRMATION DOCUMENTS. | 0.10 | $92.50 |

TOTAL HOURS:                                                                                  9.20

TOTAL FEES:                                                                                              $8,510.00

COSTS AND EXPENSES                                                                          $350.00

|  | COURT COSTS - NOTICE OF COURT COSTS DUE COURT NOTICE - DOCKET 505 U.S. BANKRUPTCY COURT | 350.00 |  |
|---|---|---|---|

**TOTAL AMOUNT DUE THIS INVOICE**                                                    $8,860.00

### TIMEKEEPER SUMMARY

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| William N. Lobel | 9.20 | 925.00 | $8,510.00 |
| TOTALS | 9.20 | | $8,510.00 |

BRIDGEMARK CORPORATION

July 14, 2021

FILE NUMBER:  81880.05002

INVOICE NO.: 110876

### TASK CODE SUMMARY

| TASK/DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| B110 / Case Administration | 1.40 | $925.00 | $1,295.00 |
| B160 / Fee/Employment Applications | 0.10 | $925.00 | $92.50 |
| B165 / Fee Applications (Others - Filing) | 0.60 | $925.00 | $555.00 |
| B210 / Business Operations | 0.20 | $925.00 | $185.00 |
| B300 / Claims and Plan | 0.10 | $925.00 | $92.50 |
| B310 / Claims Administration and Objections | 2.20 | $925.00 | $2,035.00 |
| B320 / Plan/Disclosure Statement (including bus | 4.60 | $925.00 | $4,255.00 |
| TOTALS | 9.20 | | $8,510.00 |



**THEODORA ORINGHER**
COUNSELORS AT LAW

1840 CENTURY PARK EAST, SUITE 500
LOS ANGELES, CA 90067-2120
(310) 557-2009

BRIDGEMARK CORPORATION
ROBERT HALL
17671 IRVINE BLVD., SUITE 217
TUSTIN, CA 92780

TAX IDENTIFICATION # 95-4304007

| INVOICE NUMBER: | 111052 | INVOICE DATE: | 8/13/2021 |
|---|---|---|---|

MATTER NAME:    CHAPTER 11
OUR FILE NUMBER:    81880.05002

| | |
|---|---|
| BALANCE DUE FROM PREVIOUS STATEMENT: | $67,413.05 |
| PAYMENTS RECEIVED: | $0.00 |
| BALANCE FORWARD: | $67,413.05 |

FOR PROFESSIONAL SERVICES RENDERED THROUGH  7/31/2021:

| | |
|---|---|
| PROFESSIONAL FEES THIS INVOICE: | $11,572.50 |
| COSTS AND EXPENSES THIS INVOICE: | $490.98 |
| TOTAL AMOUNT DUE THIS INVOICE: | $12,063.48 |

| | |
|---|---|
| TOTAL DUE THIS MATTER: | $79,476.53 |

PLEASE WRITE THE INVOICE NUMBER ON YOUR CHECK



<div align="right">
8/13/2021
INVOICE NO.: 111052
</div>

**SERVICES**

| DATE | NAME | TASK | SERVICES | HOURS | TOTAL |
|------|------|------|----------|-------|-------|
| B110: Case Administration | | | | | |
| 07/09/21 | WNL | B110 | REVIEW DRAFT MONTHLY OPERATING REPORT FOR JUNE. | 0.10 | $92.50 |
| 07/09/21 | WNL | B110 | REVIEW CORRESPONDENCE REGARDING MONTHLY OPERATING REPORT. | 0.10 | $92.50 |
| 07/12/21 | WNL | B110 | REVIEW CORRESPONDENCE REGARDING MONTHLY OPERATING REPORT. | 0.20 | $185.00 |
| 07/12/21 | WNL | B110 | REVIEW CORRESPONDENCE REGARDING EXECUTION OF MONTHLY OPERATING REPORT. | 0.10 | $92.50 |
| 07/13/21 | WNL | B110 | REVIEW CORRESPONDENCE REGARDING MONTHLY OPERATING REPORT. | 0.10 | $92.50 |
| 07/13/21 | WNL | B110 | REVIEW AND ANALYZE JUNE MONTHLY OPERATING REPORT. | 0.20 | $185.00 |
| 07/22/21 | WNL | B110 | REVIEW CORRESPONDENCE REGARDING CHANGE OF ADDRESS FOR CONFERENCE WITH CONFERENCE WITH CW LAMBERT TRUST. | 0.10 | $92.50 |
| B160: Fee/Employment Applications | | | | | |
| 07/12/21 | SJS | B160 | DRAFT PROFESSIONAL FEE STATEMENT NO. 4 FOR MAY 2021. | 1.50 | $525.00 |
| 07/29/21 | SJS | B160 | DRAFT PROFESSIONAL FEE STATEMENT NO. 5. | 1.70 | $595.00 |
| B165: Fee Applications (Others - Filing) | | | | | |
| 07/19/21 | WNL | B165 | REVIEW CORRESPONDENCE REGARDING JUNE THEODORA ORINGHER FEES. | 0.10 | $92.50 |
| B300: Claims and Plan | | | | | |
| 07/27/21 | WNL | B300 | REVIEW CLAIMS AND OBJECTIONS IN PREPARATION FOR HEARINGS ON JULY 28. | 0.20 | $185.00 |
| 07/28/21 | WNL | B300 | PREPARE FOR AND TELEPHONICALLY ATTEND HEARING ON OBJECTIONS TO VARIOUS CLAIMS. | 0.80 | $740.00 |
| B310: Claims Administration and Objections | | | | | |
| 07/02/21 | WNL | B310 | REVIEW AND ANALYZE OBJECTIONS TO VARIOUS CLAIMS. | 2.40 | $2,220.00 |
| 07/02/21 | WNL | B310 | REVIEW CORRESPONDENCE REGARDING OBJECTIONS TO CLAIMS . | 0.20 | $185.00 |
| 07/02/21 | WNL | B310 | REVIEW DECLARATION OF JOHN HARRIS AND VARIOUS EXHIBITS FILED IN SUPPORT OF OBJECTIONS TO CLAIMS. | 0.40 | $370.00 |
| 07/12/21 | WNL | B310 | REVIEW CORRESPONDENCE AND CONFER WITH JENNIFER O'KEEFE REGARDING CLAIMS ISSUES. | 0.20 | $185.00 |
| 07/12/21 | WNL | B310 | TELEPHONE CALLS WITH CREDITORS REGARDING QUESTIONS CONCERNING POTENTIAL CLAIMS. | 0.30 | $277.50 |

<div align="center">Page 1</div>

BRIDGEMARK CORPORATION                                          August 13, 2021
FILE NUMBER:  81880.05002                                       INVOICE NO.: 111052

| 07/13/21 | WNL | B310 | TELEPHONE CONFERENCE WITH JOHN HARRIS REGARDING: ISSUES CONCERNING JOHN KRAEMER. | 0.20 | $185.00 |
|---|---|---|---|---|---|
| 07/15/21 | WNL | B310 | REVIEW AND ANALYZE RESPONSES TO OBJECTIONS TO CLAIMS INCLUDING EXHIBITS. | 1.60 | $1,480.00 |
| 07/16/21 | WNL | B310 | REVIEW CORRESPONDENCE REGARDING OBJECTIONS TO CLAIMS. | 0.20 | $185.00 |
| 07/21/21 | WNL | B310 | REVIEW CORRESPONDENCE REGARDING SERVICE OF RESPONSES AND OTHER DOCUMENTS IN CONNECTION WITH CLAIMS OBJECTIONS. | 0.10 | $92.50 |
| 07/21/21 | WNL | B310 | REVIEW ADDITIONAL CORRESPONDENCE REGARDING DOCUMENTS TO BE SERVED TODAY REGARDING CLAIMS OBJECTIONS. | 0.10 | $92.50 |
| 07/21/21 | WNL | B310 | CONFER WITH JENNIFER OKEEFE REGARDING FILING AND RELATED ISSUES. | 0.20 | $185.00 |
| 07/21/21 | WNL | B310 | REVIEW AND RESPOND TO CORRESPONDENCE REGARDING RESPONSES CONCERNING OBJECTIONS TO CLAIMS. | 0.30 | $277.50 |
| 07/21/21 | WNL | B310 | REVIEW SUPPLEMENTAL DECLARATION OF JOHN HARRIS IN SUPPORT OF OBJECTIONS TO CLAIMS. | 0.10 | $92.50 |
| 07/27/21 | WNL | B310 | REVIEW SUBSTITUTIONS OF ATTORNEY AND CONSIDER IMPACT OF SAME. | 0.10 | $92.50 |

B320: Plan/Disclosure Statement (including bus

| 07/26/21 | WNL | B320 | REVIEW AND COMMENT ON CORRESPONDENCE REGARDING WEST RICHFIELD KRAMER AND WEST RICHFIELD CHAPMAN ZONE AGREEMENTS. | 0.10 | $92.50 |
|---|---|---|---|---|---|
| 07/27/21 | WNL | B320 | TELEPHONE CALL WITH JIM MCGEE REGARDING PENDING CONFIRMATION HEARING AND RELATED ISSUES. | 0.30 | $277.50 |
| 07/27/21 | WNL | B320 | REVIEW PLAN AND OTHER DOCUMENTS IN PREPARATION FOR CONFIRMATION HEARING | 0.40 | $370.00 |
| 07/27/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING COURT'S TENTATIVE AND RELATED ISSUES. | 0.10 | $92.50 |
| 07/28/21 | WNL | B320 | REVIEW TENTATIVE ON PLAN CONFIRMATION. | 0.10 | $92.50 |
| 07/28/21 | WNL | B320 | TELEPHONE CALL WITH ROB PFISTER REGARDING PENDING CONFIRMATION HEARING. | 0.10 | $92.50 |
| 07/28/21 | WNL | B320 | TELEPHONIC ATTENDANCE AT CONFIRMATION HEARING. | 0.10 | $92.50 |
| 07/28/21 | WNL | B320 | PREPARE FOR AND TELEPHONICALLY ATTEND HEARING ON PLAN CONFIRMATION. | 1.10 | $1,017.50 |
| 07/28/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING PLAN CONFIRMATION ISSUES. | 0.20 | $185.00 |
| 07/28/21 | WNL | B320 | REVIEW ADDITIONAL CORRESPONDENCE REGARDING PLAN AND CLAIM ISSUES. | 0.20 | $185.00 |
| 07/30/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING REQUEST FOR INFORMATION AND RESPONSE THERETO. | 0.20 | $185.00 |

TOTAL HOURS:                                                    14.50

BRIDGEMARK CORPORATION                                             August 13, 2021
FILE NUMBER:  81880.05002                                       INVOICE NO.: 111052

TOTAL FEES:                                                              $11,572.50

COSTS AND EXPENSES                                                          $490.98

|  |  |  |
|---|---|---|
| | SECRETARY OVERTIME 06/28/21 - (6.83) ADDITIONAL/OVERTIME/DOUBLETIME HOURS RE: FILES & SERVED 17 CLAIM OBJECTIONS & DECL OF JOHN HARRIS IN SUPPORT OF EACH OBJECTION JENNIFER O'KEEFE | 486.48 |
| | COMPUTER ASSISTED RESEEARCH, SEARCHES PACER - 04/01/21-06/30/21 - (45)PGS PACER SERVICE CENTER | 4.50 |

**TOTAL AMOUNT DUE THIS INVOICE**                                        $12,063.48

### TIMEKEEPER SUMMARY

| TIMEKEEPER | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| William N. Lobel | | 11.30 | 925.00 | $10,452.50 |
| Samantha J. Schuster | | 3.20 | 350.00 | $1,120.00 |
| | TOTALS | 14.50 | | $11,572.50 |

### TASK CODE SUMMARY

| TASK/DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| B110 / Case Administration | 0.90 | $925.00 | $832.50 |
| B160 / Fee/Employment Applications | 3.20 | $350.00 | $1,120.00 |
| B165 / Fee Applications (Others - Filing) | 0.10 | $925.00 | $92.50 |
| B300 / Claims and Plan | 1.00 | $925.00 | $925.00 |
| B310 / Claims Administration and Objections | 6.40 | $925.00 | $5,920.00 |
| B320 / Plan/Disclosure Statement (including bus | 2.90 | $925.00 | $2,682.50 |
| TOTALS | 14.50 | | $11,572.50 |



1840 CENTURY PARK EAST, SUITE 500
LOS ANGELES, CA 90067-2120
(310) 557-2009

BRIDGEMARK CORPORATION
ROBERT HALL
17671 IRVINE BLVD., SUITE 217
TUSTIN, CA 92780

TAX IDENTIFICATION # 95-4304007

| | | |
|---|---|---|
| INVOICE NUMBER: | 111213 | INVOICE DATE:   9/9/2021 |

MATTER NAME:     CHAPTER 11
OUR FILE NUMBER:   81880.05002

| | |
|---|---|
| BALANCE DUE FROM PREVIOUS STATEMENT: | $79,476.53 |
| PAYMENTS RECEIVED: | $0.00 |
| BALANCE FORWARD: | $79,476.53 |

FOR PROFESSIONAL SERVICES RENDERED THROUGH  8/31/2021:

| | |
|---|---|
| PROFESSIONAL FEES THIS INVOICE: | $6,567.50 |
| COSTS AND EXPENSES THIS INVOICE: | $17.80 |
| TOTAL AMOUNT DUE THIS INVOICE: | $6,585.30 |

| | |
|---|---|
| TOTAL DUE THIS MATTER: | $86,061.83 |

PLEASE WRITE THE INVOICE NUMBER ON YOUR CHECK



9/9/2021
INVOICE NO.: 111213

**SERVICES**

| DATE | NAME | TASK | SERVICES | HOURS | TOTAL |
|------|------|------|----------|-------|-------|
| B110: Case Administration | | | | | |
| 08/13/21 | WNL | B110 | REVIEW DRAFT MONTHLY OPERATING REPORT FOR JULY, 2021 AND DRAFT CORRESPONDENCE REGARDING SAME. | 0.20 | $185.00 |
| 08/13/21 | WNL | B110 | TELEPHONE CALLS WITH WEN TAN AND MIKE ISSA REGARDING MONTHLY OPERTAING REPORT. | 0.20 | $185.00 |
| 08/13/21 | WNL | B110 | ADDITIONAL CORRESPONDENCE REGARDING CLAIMS AND CONFIRMATION ISSUES. | 0.20 | $185.00 |
| 08/17/21 | WNL | B110 | REVIEW MONTHLY OPERATING REPORT FOR JULY,2021 AND SUPPORTING DOCUMENTS. | 0.10 | $92.50 |
| B165: Fee Applications (Others - Filing) | | | | | |
| 08/23/21 | WNL | B165 | REVIEW NUMERIC SOLUTIONS FEE APPLICATION AND CONFER WITH JENNIFER O'KEEFE REGARDING SAME. | 0.20 | $185.00 |
| 08/30/21 | WNL | B165 | REVIEW CORRESPONDENCE AJND CONFER WITH JENNIFER O'KEEFE REGARDING PREPARATION OF FINAL FEE APPLICATION. | 0.20 | $185.00 |
| 08/31/21 | WNL | B165 | REVIEW CORRESPONDENCE, CONFER WITH JENNIFER O'KEEFE AND TELEPHONE CALL WITH SAMANTHA SCHUSTER REGARDING PREPARATION OF FINAL FEE APPLICATION. | 0.20 | $185.00 |
| B300: Claims and Plan | | | | | |
| 08/03/21 | WNL | B300 | REVIEW CORRESPONDENCE REGARDING REQUESTS F0R ADDITIONAL INFORMATION AND RELATED ISSUES. | 0.20 | $185.00 |
| 08/03/21 | WNL | B300 | REVIEW CORRESPONDENCE REGARDING NEED FOR PROTECTIVE ORDER REGARDING INFORMATION BEING GIVEN TO THE ROYALTY HOLDERS. | 0.10 | $92.50 |
| 08/03/21 | WNL | B300 | REVIEW ADDITIOPNAL CORRESPONDENCE REGARDING REQUESTS FOR INFORMATION AND RESPONSES THERETO. | 0.20 | $185.00 |
| 08/04/21 | WNL | B300 | REVIEW CORRESPONDENCE REGARDING ARGUMENTS TO BE MADE AT THE PENDING HEARING. | 0.10 | $92.50 |
| 08/04/21 | WNL | B300 | REVIEW CORRESPONDENCE AND SUMMARIES OF EXPENSE DATA. | 0.20 | $185.00 |
| 08/04/21 | WNL | B300 | REVIEW ADITIONAL CORRESPONDENCE REGARDING DELIVERY OF REQUESTED INFORMATION TO THE ROYALTY HOLDERS QAND RELATED ISSUES CONCERNING DISCOVERY. | 0.20 | $185.00 |
| 08/05/21 | WNL | B300 | REVIEW AND RESPOND TO CORRESPONDENCE REGARDING DISCOVERY AND RELATED ISSUES CONCERNING THE CLAIMS OBJECTIONS. | 0.20 | $185.00 |

BRIDGEMARK CORPORATION                                                    September 09, 2021
FILE NUMBER: 81880.05002                                                  INVOICE NO.: 111213

| 08/05/21 | WNL | B300 | REVIEW AND RESPOND TO DRAFT LETTER WITH SETTLEMENT PROPOSALS. | 0.10 | $92.50 |
| 08/05/21 | WNL | B300 | REVIEW ADDITIONAL CORRESPONDENCE REGARDING POSSIBLE RESOLUTION OF OBJECTIONS TO CLAIMS AND PLAN CONFIRMATION. | 0.10 | $92.50 |
| 08/05/21 | WNL | B300 | REVIEW RESULTS OF RESEARCH CONCERNING THE BURDEN OF PROOF IN THE CLAIMS OBJECTION CONTEXT. | 0.20 | $185.00 |
| 08/06/21 | WNL | B300 | REVIEW CORRESPONDENCE REGARDING ADDITIONAL INFORMATION GIVEN TO THE ROYALTY HOLDERS. | 0.10 | $92.50 |
| 08/31/21 | WNL | B300 | TELEPHONE CALL WITH ATTORNEY FOR CREDITOR AND CONFER WITH JENNIFER O'KEEFE REGARDING CREDITOR WHO ALLEGEDLY DID NOT RECEIVE NOTICE OF THE BAR DATE. | 0.20 | $185.00 |

B310: Claims Administration and Objections

| 08/02/21 | WNL | B310 | REVIEW AND RESPOND TO CORRESPONDENCE REGARDING REQUESTS FOR INFORMATION FROM POTENTIAL ADMINISTRATIVE CLAIMANTS. | 0.10 | $92.50 |

B320: Plan/Disclosure Statement (including bus

| 08/02/21 | WNL | B320 | REVIEW ADDITIONAL CORRESPONDENCE REGARDING PENDING HEARING. | 0.10 | $92.50 |
| 08/03/21 | WNL | B320 | TELEPH0ONE CALL WITH ROB PFISTER REGARDING PENDING HEARING ON PLAN CONFIRMATION AND CLAIM OBJECTIONS. | 0.20 | $185.00 |
| 08/03/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING REQUESTS FOR INFORMATION FROM ROYALTY HOLDERS AND RELATED ISSUES. | 0.20 | $185.00 |
| 08/03/21 | WNL | B320 | REVIEW DRAFT STATUS REPORT AND DECLARATION OF JOHN HARRIS. | 0.20 | $185.00 |
| 08/03/21 | WNL | B320 | REVIEW AND ANALYZE COURT'S TENTATIVE RULING AND RELATED CORRESPONDENCE AND CONSIDER ARGUMENTS FOR THE PENDING HEARING. | 0.30 | $277.50 |
| 08/03/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING PENDING HEARING. | 0.10 | $92.50 |
| 08/03/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING FILINGS FOR PENDING HEARING. | 0.10 | $92.50 |
| 08/04/21 | WNL | B320 | REVIEW CORRESPONDENCE AND CONFER WITH JENNIFER OKEEFE REGARDING DOCUMENTS FILED RELEVANT TO HEARING ON CONFIRMATION. | 0.10 | $92.50 |
| 08/04/21 | WNL | B320 | PREPARE FOR AND TELEPHPONICALLY ATTEND HEARING ON CLAIMS OBJECTIONS AND PLAN CONFIRMATION. | 0.90 | $832.50 |
| 08/05/21 | WNL | B320 | REVIEW ADDITIONAL CORRESPONDENCE REGARDING DISCOVERY ISSUES CONCERNING OBJECTIONS TO CLAIMS. | 0.10 | $92.50 |
| 08/11/21 | WNL | B320 | REVIEW DRAFT STIPULATION AND ORDER REGARDING CLAIM OBJECTIONS AND PLAN CONFIRMATION AND DRAFT CORRESPONDENCE REGARDING SAME. | 0.20 | $185.00 |

BRIDGEMARK CORPORATION                                                September 09, 2021
FILE NUMBER: 81880.05002                                             INVOICE NO.: 111213

| 08/12/21 | WNL | B320 | REVIEW CORRESPONDENCE REGARDING STIPULATION CONCERNING BACKSTOP FOR PAYMENT OF ADMINISTRATIVE CLAIMS. | 0.10 | $92.50 |
|---|---|---|---|---|---|
| 08/16/21 | WNL | B320 | REVIEW STIPULATION AND ORDER AND RELATED CORRESPONDENCE REGARDING BACKSTOP FOR ALLOWED ADMINISTRATIVE CLAIMS. | 0.20 | $185.00 |
| 08/19/21 | WNL | B320 | REVIEW AND RESPOND TO CORRESPONDENCE REGARDING EFFECTIVE DATE OF PLAN. | 0.20 | $185.00 |
| 08/19/21 | WNL | B320 | REVIEW ADDITIONAL CORRESPONDENCE REGARDING OPTIONS TO MAKE THE PLAN EFFECTIVE. | 0.10 | $92.50 |
| 08/19/21 | WNL | B320 | REVIEW AND RESPOND TO CORRESPONDENCE REGARDING FILING OF THE NOTICE OF EFFECTIVE DATE. | 0.10 | $92.50 |
| 08/19/21 | WNL | B320 | REVIEW CORRESPONDENCE AND TELEPHONE CALLS WITH ROB PFISTER AND JENNIFER O'KEEFE REGARDING FILING NOTICE OF EFFECTIVE DATE. | 0.20 | $185.00 |
| 08/19/21 | WNL | B320 | REVIEW NOTICE OF ENTRY OF CONFIRMATION ORDER AND OCCURRENCE OF EFFECTIVE DATE. | 0.10 | $92.50 |
| 08/24/21 | WNL | B320 | REVIEW STIPULATION AND RELATED CORRESPONDENCE REGARDING CONTINUANCE OF AUGUST 25 HEARING. | 0.10 | $92.50 |
| 08/24/21 | WNL | B320 | REVIEW ADDITIONAL CORRESPONDENCE REGARDING CONTINUANCE OF HEARING. | 0.10 | $92.50 |
| 08/26/21 | WNL | B320 | REVIEW NOTICE OF ENTRY OF CONFIRMATION ORDER. | 0.10 | $92.50 |

| | | | | | |
|---|---|---|---|---|---|
| TOTAL HOURS: | | | | 7.10 | |
| TOTAL FEES: | | | | | $6,567.50 |
| | | | | | |
| COSTS AND EXPENSES | | | | | $17.80 |
| | | FEDERAL EXPRESS 08/16/21 - THE HON. THEODOR ALBERT UNITED STATES BANKRUPTCY COURT; SANTA ANA, CA FEDERAL EXPRESS | | 17.80 | |

**TOTAL AMOUNT DUE THIS INVOICE**                                      $6,585.30

**TIMEKEEPER SUMMARY**

| TIMEKEEPER | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| William N. Lobel | | 7.10 | 925.00 | $6,567.50 |
| | TOTALS | 7.10 | | $6,567.50 |

BRIDGEMARK CORPORATION
FILE NUMBER:  81880.05002

September 09, 2021
INVOICE NO.: 111213

### TASK CODE SUMMARY

| TASK/DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| B110 / Case Administration | 0.70 | $925.00 | $647.50 |
| B165 / Fee Applications (Others - Filing) | 0.60 | $925.00 | $555.00 |
| B300 / Claims and Plan | 1.90 | $925.00 | $1,757.50 |
| B310 / Claims Administration and Objections | 0.10 | $925.00 | $92.50 |
| B320 / Plan/Disclosure Statement (including bus | 3.80 | $925.00 | $3,515.00 |
| TOTALS | 7.10 | | $6,567.50 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# **EXHIBIT B**

Summary of the Firm's Services by Category

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1237119.2/81880.05002

Theodora Oringher PC
81880.05002 Bridgemark
Bill Summary - January 1, 2021 through Aug 31, 2021
Hours and Fees by Task Code

| Task | Name | Rate | Hours | Total |
|---|---|---|---|---|
| Case Administration | William Lobel | $925.00 | 8.50 | $7,862.50 |
| | Case Administration Total | | 8.50 | $7,862.50 |
| | | | | |
| Asset Disposition | William Lobel | $925.00 | 0.10 | $92.50 |
| | Asset Disposition Total | | 0.10 | $92.50 |
| | | | | |
| Fee/Employment Applications | Samantha Schuster | $350.00 | 4.40 | $1,540.00 |
| | William Lobel | $925.00 | 2.70 | $2,497.50 |
| | Fee/Employment Applications Total | | 7.10 | $4,037.50 |
| | | | | |
| Fee Applications (Others - Filing) | Samantha Schuster | $350.00 | 4.10 | $1,435.00 |
| | William Lobel | $925.00 | 8.60 | $7,955.00 |
| | Fee Applications (Others - Filing) Total | | 12.70 | $9,390.00 |
| | | | | |
| Fee/Employment Objections | William Lobel | $925.00 | 0.10 | $92.50 |
| | Fee/Employment Objections Total | | 0.10 | $92.50 |
| | | | | |
| Operations | William Lobel | $925.00 | 0.20 | $185.00 |
| | Operations Total | | 0.20 | $185.00 |
| | | | | |
| Business Operations | William Lobel | $925.00 | 3.80 | $3,515.00 |
| | Business Operations Total | | 3.80 | $3,515.00 |
| | | | | |
| Employee Benefits/Pensions | William Lobel | $925.00 | 0.30 | $277.50 |
| | Employee Benefits/Pensions Total | | 0.30 | $277.50 |
| | | | | |
| Tax Issues | William Lobel | $925.00 | 0.90 | $832.50 |
| | Tax Issues Total | | 0.90 | $832.50 |
| | | | | |
| Claims and Plan | William Lobel | $925.00 | 3.60 | $3,330.00 |
| | Claims and Plan Total | | 3.60 | $3,330.00 |
| | | | | |
| Claims Administration and Objections | William Lobel | $925.00 | 11.40 | $10,545.00 |
| | Claims Administration and Objections Total | | 11.40 | $10,545.00 |
| | | | | |
| Plan/Disclosure Statement (including bus | William Lobel | $925.00 | 118.20 | $109,335.00 |
| | Plan/Disclosure Statement (including bus Total | | 118.20 | $109,335.00 |
| | | | | |
| Litigation/Adversary Proceedings | William Lobel | $925.00 | 3.50 | $3,237.50 |
| | Litigation/Adversary Proceedings Total | | 3.50 | $3,237.50 |
| Total | | | 170.40 | $152,732.50 |

# EXHIBIT C

Expenses Incurred by the Firm by Month

Theodora Oringher PC
81880.05002 Bridgemark
Bill Summary - January 1, 2021 through Aug 31, 2021
Expenses by Month

| Task Code | Task | Description | Jan-21 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B100 | Administration | Secretary Overtime | $ - | $ - | $ - | $ 272.46 | $ - | $ 486.48 | $ - | $ - | $ 758.94 |
| E105 | Telephone | Conference Call | - | - | 15.29 | - | - | - | - | - | 15.29 |
| E106 | Online research | Computer Assisted Research | - | - | 4.40 | - | - | 4.50 | - | - | 8.90 |
| E107 | Delivery services/messengers | Federal Express | - | - | 35.04 | - | 17.52 | - | - | 17.80 | 70.36 |
| E107 | Delivery services/messengers | Messenger Service - First Legal | - | - | - | 528.92 | - | - | - | - | 528.92 |
| E109 | Local travel | Mileage | - | - | - | 21.96 | - | - | - | - | 21.96 |
| E112 | Court fees | Court Costs | - | - | - | - | - | 350.00 | - | - | 350.00 |
| E124 | Other | Conference Call | - | 15.21 | - | - | - | - | - | - | 15.21 |
| E124 | Other | Notary Fees | - | - | - | 270.00 | - | - | - | - | 270.00 |
| Total | | | $ - | $ 15.21 | $ 54.73 | $ 1,093.34 | $ 17.52 | $840.98 | $ - | $ 17.80 | $ 2,039.58 |

# EXHIBIT D

### Summary of Professional and Paraprofessionals

1237119.2/81880.05002

Theodora Oringher PC

81880.05002 Bridgemark

Bill Summary - January 1, 2021 through Aug 31, 2021

Hours and Fees by Timekeeper

| Title | Name | Year Admitted | Rate | Hours Billed | Total Fees |
|-------|------|---------------|------|--------------|------------|
| Attorney | William Lobel | 1980 | $925.00 | 161.90 | $149,757.50 |
| Paralegal | Samantha Schuster | N/A | $350.00 | 8.50 | $2,975.00 |
| Total | | | | 170.40 | $152,732.50 |

# EXHIBIT E

### Biographies of Professional

**THEODORA ORINGHER**
COUNSELORS AT LAW

**WILLIAM N. LOBEL**, Of Counsel



**Phone:** 714.549.6200
**Fax:** 714.549.6201
**Email:** wlobel@tocounsel.com

William N. Lobel specializes in chapter 11 reorganizations and out-of-court restructurings. He is certified by the state bars of California and Florida and has more than fifty years of experience as one of the nation's leading bankruptcy lawyers.

He represents clients in the real estate industry, including home builders, commercial real estate developers, and subprime lenders. He has also successfully applied his legal expertise in representation of gaming casinos and restaurant chains. He also has substantial experience in the hospitality, technology, healthcare, and media sectors.

Mr. Lobel is a fellow of the American College of Bankruptcy and is a co-founder of the Orange County and California Bankruptcy Forums.

He has been a lecturer at the University of Southern California Gould School of Law and has served as a member of the Board of Visitors for Chapman University Dale E. Fowler School of Law. He formerly taught real estate bankruptcy as an adjunct professor at his alma mater, the University of Miami School of Law. Mr. Lobel currently serves as a Ninth Circuit Lawyer Representative, and previously served from 1990-1996. He earned his undergraduate degree and J.D. at the University of Miami.

Mr. Lobel has been listed among Southern California's "Super Lawyers" in *Los Angeles Magazine* every year since 2004, in *Best Lawyers in America* every year since 2006 (bankruptcy & creditor-debtor rights), and in *Chambers USA: America's Leading Lawyers for Business* in 2008 (bankruptcy/restructuring). He received the Peter M. Elliot award for "Outstanding Scholarship, Ethics and Service to the Orange County Bankruptcy Community in 1999, and holds an AV Preeminent Peer Rating, Martindale-Hubbell's highest recognition for ethical standards and legal ability. He was listed by  *Lawdragon* as one of the 2020 "Lawdragon 500 Leading Global Restructuring & Insolvency Lawyers."

Mr. Lobel is also the Founder and President of Distressed Capital Resources, LLC a company that has brought together virtually every resource available to assist borrowers with financially distressed real estate or businesses, with the goal of maximizing a borrower's leverage and options in order to successfully resolve that borrower's financial issues.

*Mr. Lobel is not an employee of Theodora Oringher. As Of Counsel to the Firm, he is an independent attorney with a separate law practice that handles matters and clients having no*

© 2021 Theodora Oringher PC All rights reserved.



**WILLIAM N. LOBEL**, Of Counsel

*affiliation with the firm, who also works on certain specific matters for the firm on a contract and case by case basis. His work is not affiliated with TO unless the client has a current written engagement letter with our firm.*

## News

Theodora Oringher Attorneys Named to 2021 Southern California Super Lawyers List

## Practice Areas

Bankruptcy, Restructuring and Creditors' Rights
Business and Commercial Litigation

## Admissions

### Bar Admissions

California
Florida

### Court Admissions

US Supreme Court

## Education

University of Miami School of Law (J.D. 1969)
University of Miami (B.A. 1965)

## Memberships & Associations

Fellow, American College of Bankruptcy
Founder and past president, Orange County Bankruptcy Forum
Lawyer delegate, Ninth Circuit Judicial Council
Former director, University of Miami School of Law Alumni Association

## Professional Recognition

Southern California Super Lawyers (2004-2021)
The Best Lawyers in America© (2006-2021)
Lawdragon - 500 Leading Global Restructuring & Insolvency Lawyers (2020)
Chambers USA: America's Leading Lawyers for Business  (2008)
Peter M. Elliot Award - Outstanding Scholarship, Ethics and Service to the Orange
County Bankruptcy Community (1999)
Martindale-Hubbell Peer Review Rating of "AV"

## Speaking Engagements

© 2021 Theodora Oringher PC All rights reserved.



**WILLIAM N. LOBEL**, Of Counsel

Adjunct professor, University of Miami School of Law Lecturer, University of Southern California Gould School of Law, Orange County Bar Association, California Bankruptcy Forum, American Bankruptcy Institute, National Conference of Bankruptcy Judges, Turnaround Management Association.  Sought after lecturer and panelists on various bankruptcy topics for over 40 years.

© 2021 Theodora Oringher PC All rights reserved.

# **EXHBIT F**

**Professional Fee Statements**

Attorney or Professional Name, Address, Telephone and Fax

William N. Lobel, Esq. (State Bar No. 93202)
wlobel@tocounsel.com
THEODORA ORINGHER PC
535 Anton Boulevard, Ninth Floor
Costa Mesa, California 92626-7109
Telephone: (714) 549-6200
Facsimile: (714) 549-6201

Attorneys for the Debtor and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>BRIDGEMARK CORPORATION,<br><br>                    Debtor | Chapter 11<br><br>Case Number:  8:20-bk-10143-TA<br><br>**Professional Fee Statement**<br><br>Number:        1<br>Month of:     January 1, 2021 through<br>                February 28, 2021 |

| | |
|---|---|
| 1.  Name of Professional: | Theodora Oringher PC |
| 2.  Date of entry of order approving employment of the professional: | March 26, 2021 (Dkt. No. 409) |
| 3.  Total amount of pre-petition payments received by the professional: | $0 |
| 4.  Less: Total amount of pre-petition services rendered and expenses: | $0 |
| 5.  Balance of funds remaining on date of filing of petition: | $0 |
| 6.  Less: Total amount of all services rendered per prior fee statements: (Line 6 is not used when filing Statement Number 1). | n/a |
| 7.  Less: Total amount of services and expenses this reporting period: | See Attachment at Paragraph 5 |
| 8.  Balance of funds remaining for next reporting period: | $0 |

DETAILED DOCUMENTATION SUPPORTING THE PROFESSIONAL FEES EARNED AND THE EXPENSES INCURRED DURING THIS REPORTING PERIOD HAS BEEN SERVED ON THE UNITED STATES TRUSTEE, AND IS ATTACHED HERETO.  FEES AND COSTS WILL BE WITHDRAWN FROM THE TRUST ACCOUNT IN THE AMOUNT STATED IN ITEM 7 ABOVE UNLESS AN OBJECTION IS FILED WITH THE CLERK OF THE COURT AND SERVED ON THE PROFESSIONAL NAMED ABOVE WITHIN 10 DAYS FROM THE DATE OF SERVICE OF THIS STATEMENT.

| | |
|---|---|
| 9.  Total number of pages attached hereto: | 3 |

The above is a true and correct statement of fees earned and expenses incurred during the indicated reporting period.

Dated:  April 16, 2021

THEODORA ORINGHER PC

By: */s/ William N. Lobel*
William N. Lobel

### ATTACHMENT TO PROFESSIONAL FEE STATEMENT NO. 1
Theodora Oringher PC

1.      On January 14, 2020 (the "Petition Date"), the Debtor filed with this Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtor continues to operate its business and manage its affairs as debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  The United States Trustee has not appointed an official committee of unsecured creditors.

2.      On March 4, 2021, Theodora Oringher PC (the "Firm") filed its *Application of Debtor and Debtor in Possession to Employ Theodora Oringher PC as Co-Counsel* [Docket No. 389], which was approved by an order entered on March 26, 2021 [Docket No. 409].

3.      On February 21, 2020, the Debtor filed a *Motion for Order Establishing Monthly Fee and Expense Reimbursement Procedures* [Docket No. 90] (the "Fee Procedures Motion")[1] which was approved by order entered on March 17, 2020 [Docket No. 121] (the "Fee Procedures Order"). Pursuant to the Fee Procedures Order, unless an objection is filed with the clerk of the Court and served on the Firm within ten calendar days of the service of this Professional Fee Statement (the "PFS"), the PFS shall be deemed approved on an interim basis, and the Debtor may pay the Firm 80% of the fees and 100% of the expenses requested in the PFS (the "Approved Amount"), and the Firm is authorized to draw down the Approved Amount from any Retainer without the Court holding a hearing or entering any further order thereon. Nothing herein relieves the Firm of the obligation to file interim and final fee applications. The failure to object to the PFS does not prejudice any party in interest from objecting to any interim or final fee application submitted by the Firm.

4.      Professional Statement No. 1:  This is the first Professional Statement by the Firm.  No post-petition compensation or reimbursement of expenses has been paid to the Firm to date.

5.      Request for Payment of Professional Fees:  During the January 1, 2021 through February 28, 2021 (the "Reporting Period"), the Firm incurred fees and costs of $32,745.00 and $15.21, respectively, for a total of $32,760.21. Prior to the payment of any fees or expenses pursuant to this PFS, the Firm has not held any Retainer for this matter.  Thus, in accordance with the Fee Procedures Order, the Firm is seeking payment of  $26,196.00 (80% of fees for services rendered) and $15.21 (100%  of costs incurred), for a total of $26,211.21 for the Reporting Period.

6.      Detailed Summary:
   a.  Incurred Amount during the Reporting Period:
      i.  100% of Fees: $32,745.00
      ii.  100% of Expenses: $15.21
   b.  Requested Amount during Reporting Period:

---

[1] All capitalized terms not defined herein have the meaning ascribed to them in the Fee Procedures Motion.
1226356.1/81880.05002

Case 8:20-bk-10143-TA    Doc 436    Filed 04/16/21    Entered 04/16/21 10:24:56    Desc
Main Document        Page 3 of 8

                i.  80% of Fees: $26,196.00

              ii.  100% of Expenses: $15.21

    c.  Holdback for the Reporting Period: $6,549.00

    d.  Retainer

                i.  Before Payment of proposed Requested Amount: $0.00

              ii.  After Payment of proposed Requested Amount: $0.00

    e.  Summary of Prior Reporting Periods

                i.  Incurred Amount for All Prior Reporting Periods: N/A

              ii.  Approved Amount for All Prior Reporting Periods: N/A

            iii.  Holdback for all Prior Reporting Periods: N/A

            iv.  Any Approved Amount Not Paid from Prior Reporting Periods: N/A

7.      Personnel and Billing Rates: Attached hereto as Exhibit A is a list of each of the professionals and paraprofessionals who rendered services during the Reporting Period and their respective billing rates.

# EXHIBIT A

William N. Lobel: $925 per hour

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 535 Anton Blvd., Ninth Floor, Costa Mesa, CA 92626.

A true and correct copy of the foregoing document entitled (*specify*): **PROFESSIONAL FEE STATEMENT NUMBER 1 OF THEODORA ORINGHER, PC, CO-COUNSEL FOR THE DEBTOR AND DEBTOR IN POSSESSION FOR THE PERIOD OF JANUARY 1, 2021 THROUGH FEBRUARY 28, 2021**

will be served in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 16, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) April 16, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) April 16, 2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/16/2021 | Jennifer O'Keefe | /s/ Jennifer O'Keefe |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1226399.1/81880.05002 This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                    **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Ira D. Kharasch ikharasch@pszjlaw.com
- Erin Gray egray@pszjlaw.com
- J Scott Bovitz bovitz@bovitz-spitzer.com
- Frank Cadigan frank.cadigan@usdoj.gov
- Nancy S Goldenberg nancy.goldenberg@usdoj.gov
- James KT Hunter jhunter@pszjlaw.com
- Samuel M Kidder skidder@ktbslaw.com
- Randall P Mroczynski randym@cookseylaw.com
- Matthew J Pero mpero@afrct.com, lhlista@afrct.com;AFRCTECF@afrct.com
- Kenneth D Peters kpeters@dresslerpeters.com, rmccandless@dresslerpeters.com
- Robert J Pfister rpfister@ktbslaw.com
- Christopher O Rivas crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- Robert K Wing rkw@rkwing.com

2. **SERVED BY UNITED STATES MAIL**

See Attached Service List

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**

See Attached Service List

1226399.1/81880.05002 This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

Bridgemark Corporation
Robert J. Hall
Carolyn Curry
17671 Irvine Blvd., Suite 217
Tustin, CA 92780
(w/fee documentation, via email)

Office of the U.S. Trustee – SA
Nancy Goldenberg, Attorney
Office of the United States Trustee
411 West Fourth Street, Suite 7160
Santa Ana, CA 92701
(w/fee documentation, via email)

**Request for Documentation**
Robert J. Pfister (NEF)
KTBS Law LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
(w/fee documentation, via email)

**20 Largest Unsecured Creditors**

Placentia Development Company LLC
c/o Daniel A. Reed, Esq.
600 Anton Boulevard, 11th Floor
Costa Mesa, CA 92626

Michael D. Kibler, Esq.
Kibler Fowler and Cave LLP
11100 Santa Monica Blvd.
Suite 360
Los Angeles, CA 90025

~~Oil Well Service Company~~
~~Attn.: Lisa Frances~~
~~10840 Norwalk Blvd~~
~~Santa Fe Springs, CA 90670~~
(Transferred to PDC)

Clariant Corporation
DEPT 2203
Carol Stream, IL 60132-2203
(Mail RTS/updated 2/12/20)

Travelers Insurance
Direct Bill Accounting
Attn: Tasha Butler
PO Box 26208
Richmond, VA 23260-6208

~~Porter Boiler Service~~
~~Attn.: Nooshin, Accounting Dept.~~
~~1166 R. 23rd Street~~
~~Signal Hill, CA 90755~~
(Transferred to PDC)

Innovative Electrix, Inc
Attn.: Accounting Department
PO Box 1070
Downey, CA 90240

CW Services, Inc./CWS Vacuum
Attn.: Craig Winberg
3806 Madonna Drive
Fullerton, CA 92835

~~Western States Oilfield Prod. Inc.~~
~~Attn.: Accounting Department~~
~~11852 Western Ave.~~
~~Stanton, CA 90680~~
(Transferred to PDC)

SC Fuels
Attn.: Accounting Department
PO Box 14237
Orange, CA 92863

Parsons Crime Prevention
Division
Attn.: Richard Parsons
17141 Green Lane
Huntington Beach, CA 92649

~~Southwest Micro Computers~~
~~Attn.: Steve M. Walker~~
~~2230 Pepperwood Lane~~
~~Corona, CA 92882~~
(Transferred to PDC)

Weatherford US LP
(FDC4922)
Attn.: Accounting Department
PO Bo 301003a
Dallas, TX 75303-1003

Montrose Air Quality Services, LLC
Attn.: Paul
PO Box 741137
Los Angeles, CA 90074-1137

InterAct PMTI, Inc.
Attn.: Mike Guilliani
260 Maple Court
Suite 210
Ventura, CA 93003

A&G Compressor Parts, Inc.
Attn.: Greg Dryden
13671 Bora Drive
Santa Fe Springs, CA 90670

~~McFadden-Dale Industrial Hardware~~
~~Attn.: Accounting Department~~
~~129 N. Maple Street, Unit C~~
~~Corona, CA 92880-1735~~
(Transferred to PDC)

John Guzman Crane Service
Attn.: Accounting Department
2463 Gundry Ave.
Signal Hill, CA 90755

Home Depot
Attn.: Accounting Department
Dept 32-2501439073
PO Box 78047
Phoenix, AZ 85062-8047

State Compensation Insurance Fund
State Fund
PO Box 7441
San Francisco, CA 94120-7441

Cintas
Attn.: Accounting Department
PO Box 29059
Phoenix, AZ 85038-059

**Supplemental Parties:**

Southern California Edison
Attn.:  Accounting Department
PO Box 300
Rosemead, CA  91772-0001

Daniel R. Connolly
HC 2 Box 4795
Trinity Center, CA  96091-9503

City of Anaheim
Attn.:  Accounting Department
201 South Anaheim Blvd.
Anaheim, CA  92803-3069

~~Claremont Tax Associates, Inc.~~
~~Attn.:  Jeffery Durrant~~
~~114 N. Indian Hills Blvd., S-F~~
~~Claremont, CA  91711~~

Hilcorp Energy Company
Attn.:  Owner Relations
1111 Travis Street
Houston, TX  77002

City of Placentia
Attn.:  Catherine Carranza
401 E. Chapman Ave.
Placentia, CA  92870

SWRCB Storm Water Section
Attn.:  Accounting Department
PO Box 1888
Sacramento, CA  95812-1888

Larsen & Risley
Attn.:  Accounting Department
3200 Park Center Drive, Suite 720
Costa Mesa, CA  92626

Card Service Center
Attn.:  Accounting Department
PO Box 569100
Dallas, TX  75356-9100

Robert N. Kestner & Jeanne S. Kestner,
Trustees of the Robert N. Kestner Trust
815 Vineyard Court
Pleasant Hill, CA  94523-2189

USI Insurance Services National
Attn.:  Accounting Department
PO Box 61187
Virginia Beach, CA  23466

Aqua Tibia Ranch for Bradford Bros.
Attn.:  Accounting Department
PO Box 578
Pauma Valley, CA  92016

DOCS_LA:324955.8 10804/001

Attorney or Professional Name, Address,  Telephone and Fax

William N. Lobel, Esq. (State Bar No. 93202)
wlobel@tocounsel.com
THEODORA ORINGHER PC
535 Anton Boulevard, Ninth Floor
Costa Mesa, California 92626-7109
Telephone: (714) 549-6200
Facsimile: (714) 549-6201

Attorneys for the Debtor and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>BRIDGEMARK CORPORATION,<br><br>Debtor | Chapter 11<br><br>Case Number:  8:20-bk-10143-TA |
|---|---|
| | **Professional Fee Statement**<br><br>Number:      2<br>Month of:    March 1, 2021 through<br>                   March 31, 2021 |

| | |
|---|---|
| 1.  Name of Professional: | Theodora Oringher PC |
| 2.  Date of entry of order approving employment of the professional: | March 26, 2021 (Dkt. No. 409) |
| 3.  Total amount of pre-petition payments received by the professional: | $0 |
| 4.  Less: Total amount of pre-petition services rendered and expenses: | $0 |
| 5.  Balance of funds remaining on date of filing of petition: | $0 |
| 6.  Less: Total amount of all services rendered per prior fee statements: | $32,760.21 |
| 7.  Less: Total amount of services and expenses this reporting period: | See Attachment at Paragraph 5 |
| 8.  Balance of funds remaining for next reporting period: | $0 |

DETAILED DOCUMENTATION SUPPORTING THE PROFESSIONAL FEES EARNED AND THE EXPENSES INCURRED DURING THIS REPORTING PERIOD HAS BEEN SERVED ON THE UNITED STATES TRUSTEE, AND IS ATTACHED HERETO.  FEES AND COSTS WILL BE WITHDRAWN FROM THE TRUST ACCOUNT IN THE AMOUNT STATED IN ITEM 7 ABOVE UNLESS AN OBJECTION IS FILED WITH THE CLERK OF THE COURT AND SERVED ON THE PROFESSIONAL NAMED ABOVE WITHIN 10 DAYS FROM THE DATE OF SERVICE OF THIS STATEMENT.

| 9.  Total number of pages attached hereto: | 3 |
|---|---|

The above is a true and correct statement of fees earned and expenses incurred during the indicated reporting period.

Dated:  May 4, 2021                                        THEODORA ORINGHER PC


By: /s/ William N. Lobel
William N. Lobel

ATTACHMENT TO PROFESSIONAL FEE STATEMENT NO. 2
Theodora Oringher PC

1.      On January 14, 2020 (the "Petition Date"), the Debtor filed with this Court a voluntary
petition for relief under chapter 11 of the Bankruptcy Code. The Debtor continues to operate its
business and manage its affairs as debtor-in-possession pursuant to sections 1107(a) and 1108 of
the Bankruptcy Code.  The United States Trustee has not appointed an official committee of
unsecured creditors.

2.       On March 4, 2021, Theodora Oringher PC (the "Firm") filed its *Application of Debtor
and Debtor in Possession to Employ Theodora Oringher PC as Co-Counsel* [Docket No. 389],
which was approved by an order entered on March 26, 2021 [Docket No. 409].

3.       On February 21, 2020, the Debtor filed a *Motion for Order Establishing Monthly Fee and
Expense Reimbursement Procedures* [Docket No. 90] (the "Fee Procedures Motion")[1] which was
approved by order entered on March 17, 2020 [Docket No. 121] (the "Fee Procedures Order").
Pursuant to the Fee Procedures Order, unless an objection is filed with the clerk of the Court and
served on the Firm within ten calendar days of the service of this Professional Fee Statement (the
"PFS"), the PFS shall be deemed approved on an interim basis, and the Debtor may pay the Firm
80% of the fees and 100% of the expenses requested in the PFS (the "Approved Amount"), and
the Firm is authorized to draw down the Approved Amount from any Retainer without the Court
holding a hearing or entering any further order thereon. Nothing herein relieves the Firm of the
obligation to file interim and final fee applications. The failure to object to the PFS does not
prejudice any party in interest from objecting to any interim or final fee application submitted by
the Firm.

4.      Professional Statement No. 2:  This is the second Professional Statement by the Firm.
No post-petition compensation or reimbursement of expenses has been paid to the Firm to date.

5.      Request for Payment of Professional Fees:  During the March 1, 2021 through March 31,
2021 (the "Reporting Period"), the Firm incurred fees and costs of $53,080.00 and $35.04,
respectively, for a total of $53,115.04. Prior to the payment of any fees or expenses pursuant to
this PFS, the Firm has not held any Retainer for this matter.  Thus, in accordance with the Fee
Procedures Order, the Firm is seeking payment of  $42,464.00 (80% of fees for services
rendered) and $35.04 (100%  of costs incurred), for a total of $42,499.04 for the Reporting
Period.

6.      Detailed Summary:
        a.  Incurred Amount during the Reporting Period:
              i.  100% of Fees: $53,080.00
             ii.  100% of Expenses: $35.04
        b.  Requested Amount during Reporting Period:

---

[1] All capitalized terms not defined herein have the meaning ascribed to them in the Fee Procedures Motion.
1228295.1/81880.05002

    i. 80% of Fees: $42,464.00
    ii. 100% of Expenses: $35.04
  c. Holdback for the Reporting Period: $10,616.00
  d. Retainer
    i. Before Payment of proposed Requested Amount: $0.00
    ii. After Payment of proposed Requested Amount: $0.00
  e. Summary of Prior Reporting Periods
    i. Incurred Amount for All Prior Reporting Periods: $32,760.21
    ii. Approved Amount for All Prior Reporting Periods: $26,211.21
    iii. Holdback for all Prior Reporting Periods: $6,549.00
    iv. Any Approved Amount Not Paid from Prior Reporting Periods: $26,211.21

7. Personnel and Billing Rates: Attached hereto as Exhibit A is a list of each of the professionals and paraprofessionals who rendered services during the Reporting Period and their respective billing rates.

# **EXHIBIT A**

William N. Lobel: $925 per hour
Samantha J. Schuster: $350 per hour

1228295.1/81880.05002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 535 Anton Blvd., Ninth Floor, Costa Mesa, CA 92626.

A true and correct copy of the foregoing document entitled (*specify*): **PROFESSIONAL FEE STATEMENT NUMBER 2 OF THEODORA ORINGHER, PC, CO-COUNSEL FOR THE DEBTOR AND DEBTOR IN POSSESSION FOR THE PERIOD OF MARCH 1, 2021 THROUGH MARCH 31, 2021**

will be served in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 4, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) May 4, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) May 4, 2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 05/04/2021 | Jennifer O'Keefe | /s/ Jennifer O'Keefe |
| *Date* | *Printed Name* | *Signature* |

1226399.1/81880.05002 This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- Ira D. Kharasch ikharasch@pszjlaw.com
- Erin Gray egray@pszjlaw.com
- J Scott Bovitz bovitz@bovitz-spitzer.com
- Frank Cadigan frank.cadigan@usdoj.gov
- Nancy S Goldenberg nancy.goldenberg@usdoj.gov
- James KT Hunter jhunter@pszjlaw.com
- Samuel M Kidder skidder@ktbslaw.com
- Randall P Mroczynski randym@cookseylaw.com
- Matthew J Pero mpero@afrct.com, lhlista@afrct.com;AFRCTECF@afrct.com
- Kenneth D Peters kpeters@dresslerpeters.com, rmccandless@dresslerpeters.com
- Robert J Pfister rpfister@ktbslaw.com
- Christopher O Rivas crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- Robert K Wing rkw@rkwing.com

**2.** <u>**SERVED BY UNITED STATES MAIL**</u>

    See Attached Service List

3. <u>**SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**</u>

    See Attached Service List

1226399.1/81880.05002 This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Bridgemark Corporation
Robert J. Hall
Carolyn Curry
17671 Irvine Blvd., Suite 217
Tustin, CA 92780 (w/fee documentation, via emai

Office of the U.S. Trustee – SA
Nancy Goldenberg, Attorney
Office of the United States Trustee
411 West Fourth Street, Suite 7160
Santa Ana, CA  92701

Robert J. Pfister (NEF)
KTBS Law LLP
1999 Avenue of the Stars, 39th Floor Los Angeles, CA 90067
 (w/fee documentation, via email)

**20 Largest Unsecured Creditors**

Placentia Development Company LLC
c/o Daniel A. Reed, Esq.
600 Anton Boulevard, 11th Floor
Costa Mesa, CA  92626

Michael D. Kibler, Esq.
Kibler Fowler and Cave LLP
11100 Santa Monica Blvd.
Suite 360
Los Angeles, CA  90025

~~Oil Well Service Company~~
~~Attn.:  Lisa Frances~~
~~10840 Norwalk Blvd~~
~~Santa Fe Springs, CA 90670~~
(Transferred to PDC)

Clariant Corporation
DEPT 2203
Carol Stream, IL 60132-2203
(Mail RTS/updated 2/12/20)

Travelers Insurance
Direct Bill Accounting
Attn: Tasha Butler
PO Box 26208
Richmond, VA  23260-6208

~~Porter Boiler Service~~
~~Attn.:  Nooshin, Accounting Dept.~~
~~1166 R. 23rd Street~~
~~Signal Hill, CA  90755~~
(Transferred to PDC)

Innovative Electrix, Inc
Attn.:  Accounting Department
PO Box 1070
Downey, CA 90240

CW Services, Inc./CWS Vacuum
Attn.:  Craig Winberg
3806 Madonna Drive
Fullerton, CA 92835

~~Western States Oilfield Prod. Inc.~~
~~Attn.:  Accounting Department~~
~~11852 Western Ave.~~
~~Stanton, CA  90680~~
(Transferred to PDC)

SC Fuels
Attn.:  Accounting Department
PO Box 14237
Orange, CA  92863

Parsons Crime Prevention
Division
Attn.:  Richard Parsons
17141 Green Lane
Huntington Beach, CA  92649

~~Southwest Micro Computers~~
~~Attn.:  Steve M. Walker~~
~~2230 Pepperwood Lane~~
~~Corona, CA  92882~~
(Transferred to PDC)

Weatherford US LP
(FDC4922)
Attn.:  Accounting Department
PO Bo 301003a
Dallas, TX  75303-1003

Montrose Air Quality Services, LLC
Attn.:  Paul
PO Box 741137
Los Angeles, CA  90074-1137

InterAct PMTI, Inc.
Attn.:  Mike Guilliani
260 Maple Court
Suite 210
Ventura, CA  93003

A&G Compressor Parts, Inc.
Attn.:  Greg Dryden
13671 Bora Drive
Santa Fe Springs, CA  90670

~~McFadden-Dale Industrial Hardware~~
~~Attn.:  Accounting Department~~
~~129 N. Maple Street, Unit C~~
~~Corona, CA  92880-1735~~
(Transferred to PDC)

John Guzman Crane Service
Attn.:  Accounting Department
2463 Gundry Ave.
Signal Hill, CA  90755

Home Depot
Attn.:  Accounting Department
Dept 32-2501439073
PO Box 78047
Phoenix, AZ  85062-8047

State Compensation Insurance Fund
State Fund
PO Box 7441
San Francisco, CA  94120-7441

Cintas
Attn.:  Accounting Department
PO Box 29059
Phoenix, AZ  85038-059

Case 8:20-bk-10143-TA   Doc 446   Filed 05/04/21   Entered 05/04/21 13:42:18   Desc
Main Document    Page 8 of 8

**Supplemental Parties:**

Southern California Edison
Attn.:  Accounting Department
PO Box 300
Rosemead, CA  91772-0001

Daniel R. Connolly
HC 2 Box 4795
Trinity Center, CA  96091-9503

City of Anaheim
Attn.:  Accounting Department
201 South Anaheim Blvd.
Anaheim, CA  92803-3069

~~Claremont Tax Associates, Inc.~~
~~Attn.:  Jeffery Durrant~~
~~114 N. Indian Hills Blvd., S F~~
~~Claremont, CA  91711~~
**RTS 05-04-21/UNABLE TO FORWARD**

Hilcorp Energy Company
Attn.:  Owner Relations
1111 Travis Street
Houston, TX  77002

City of Placentia
Attn.:  Catherine Carranza
401 E. Chapman Ave.
Placentia, CA  92870

SWRCB Storm Water Section
Attn.:  Accounting Department
PO Box 1888
Sacramento, CA  95812-1888

Larsen & Risley
Attn.:  Accounting Department
3200 Park Center Drive, Suite 720
Costa Mesa, CA  92626

Card Service Center
Attn.:  Accounting Department
PO Box 569100
Dallas, TX  75356-9100

Robert N. Kestner & Jeanne S. Kestner,
Trustees of the Robert N. Kestner Trust
815 Vineyard Court
Pleasant Hill, CA  94523-2189

USI Insurance Services National
Attn.:  Accounting Department
PO Box 61187
Virginia Beach, CA  23466

Aqua Tibia Ranch for Bradford Bros.
Attn.:  Accounting Department
PO Box 578
Pauma Valley, CA  92016

Attorney or Professional Name, Address,  Telephone and Fax

William N. Lobel, Esq. (State Bar No. 93202)
wlobel@tocounsel.com
THEODORA ORINGHER PC
535 Anton Boulevard, Ninth Floor
Costa Mesa, California 92626-7109
Telephone: (714) 549-6200
Facsimile: (714) 549-6201

Attorneys for the Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>BRIDGEMARK CORPORATION,<br><br><div align="right">Debtor</div> | Chapter 11<br><br>Case Number:  8:20-bk-10143-TA<br><br>**Professional Fee Statement**<br><br>Number:        3<br>Month of:     April 1, 2021 through<br>                     April 30, 2021 |
|---|---|

| | |
|---|---|
| 1.  Name of Professional: | Theodora Oringher PC |
| 2.  Date of entry of order approving employment of the professional: | March 26, 2021 (Dkt. No. 409) |
| 3.  Total amount of pre-petition payments received by the professional: | $0 |
| 4.  Less: Total amount of pre-petition services rendered and expenses: | $0 |
| 5.  Balance of funds remaining on date of filing of petition: | $0 |
| 6.  Less: Total amount of all services rendered per prior fee statements: | $85,875.25 |
| 7.  Less: Total amount of services and expenses this reporting period: | See Attachment at Paragraph 5 |
| 8.  Balance of funds remaining for next reporting period: | $0 |

DETAILED DOCUMENTATION SUPPORTING THE PROFESSIONAL FEES EARNED AND THE EXPENSES INCURRED DURING THIS REPORTING PERIOD HAS BEEN SERVED ON THE UNITED STATES TRUSTEE, AND IS ATTACHED HERETO.  FEES AND COSTS WILL BE WITHDRAWN FROM THE TRUST ACCOUNT IN THE AMOUNT STATED IN ITEM 7 ABOVE UNLESS AN OBJECTION IS FILED WITH THE CLERK OF THE COURT AND SERVED ON THE PROFESSIONAL NAMED ABOVE WITHIN 10 DAYS FROM THE DATE OF SERVICE OF THIS STATEMENT.

| | |
|---|---|
| 9.  Total number of pages attached hereto: | 3 |

The above is a true and correct statement of fees earned and expenses incurred during the indicated reporting period.

Dated:  June 2, 2021                                    THEODORA ORINGHER PC


By: */s/ William N. Lobel*
William N. Lobel

<div align="center">

ATTACHMENT TO PROFESSIONAL FEE STATEMENT NO. 2
Theodora Oringher PC

</div>

1.       On January 14, 2020 (the "Petition Date"), the Debtor filed with this Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtor continues to operate its business and manage its affairs as debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The United States Trustee has not appointed an official committee of unsecured creditors.

2.       On March 4, 2021, Theodora Oringher PC (the "Firm") filed its *Application of Debtor and Debtor in Possession to Employ Theodora Oringher PC as Co-Counsel* [Docket No. 389], which was approved by an order entered on March 26, 2021 [Docket No. 409].

3.       On February 21, 2020, the Debtor filed a *Motion for Order Establishing Monthly Fee and Expense Reimbursement Procedures* [Docket No. 90] (the "Fee Procedures Motion")[1] which was approved by order entered on March 17, 2020 [Docket No. 121] (the "Fee Procedures Order"). Pursuant to the Fee Procedures Order, unless an objection is filed with the clerk of the Court and served on the Firm within ten calendar days of the service of this Professional Fee Statement (the "PFS"), the PFS shall be deemed approved on an interim basis, and the Debtor may pay the Firm 80% of the fees and 100% of the expenses requested in the PFS (the "Approved Amount"), and the Firm is authorized to draw down the Approved Amount from any Retainer without the Court holding a hearing or entering any further order thereon. Nothing herein relieves the Firm of the obligation to file interim and final fee applications. The failure to object to the PFS does not prejudice any party in interest from objecting to any interim or final fee application submitted by the Firm.

4.       Professional Statement No. 3:  This is the third Professional Statement by the Firm.  No post-petition compensation or reimbursement of expenses has been paid to the Firm to date.

5.       Request for Payment of Professional Fees:  During the April 1, 2021 through April 30, 2021 (the "Reporting Period"), the Firm incurred fees and costs of $33,720.00 and $840.57, respectively, for a total of $34,560.57. Prior to the payment of any fees or expenses pursuant to this PFS, the Firm has not held any Retainer for this matter.  Thus, in accordance with the Fee Procedures Order, the Firm is seeking payment of  $26,976.00 (80% of fees for services rendered) and $840.57 (100%  of costs incurred), for a total of $27,816.57 for the Reporting Period.

6.       Detailed Summary:
      a.  Incurred Amount during the Reporting Period:
         i.  100% of Fees: $33,720.00
         ii.  100% of Expenses: $840.57
      b.  Requested Amount during Reporting Period:

---

[1] All capitalized terms not herein have the meaning ascribed to them in the Fee Procedures Motion.
Attachment.docx

          i.  80% of Fees: $26,976.00
          ii.  100% of Expenses: $840.57
  c.  Holdback for the Reporting Period: $6,744.00
  d.  Retainer
          i.  Before Payment of proposed Requested Amount: $0.00
          ii.  After Payment of proposed Requested Amount: $0.00
  e.  Summary of Prior Reporting Periods
          i.  Incurred Amount for All Prior Reporting Periods: $85,875.25
          ii.  Approved Amount for All Prior Reporting Periods: $68,710.25
          iii.  Holdback for all Prior Reporting Periods: $17,165.00
          iv.  Any Approved Amount Not Paid from Prior Reporting Periods:
               $68,710.25

7.     Personnel and Billing Rates: Attached hereto as Exhibit A is a list of each of the professionals and paraprofessionals who rendered services during the Reporting Period and their respective billing rates.

Attachment.docx

# **EXHIBIT A**

William N. Lobel: $925 per hour
Samantha J. Schuster: $350 per hour

Attachment.docx

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 535 Anton Blvd., Ninth Floor, Costa Mesa, CA 92626.

A true and correct copy of the foregoing document entitled (*specify*): **PROFESSIONAL FEE STATEMENT NUMBER 3 OF THEODORA ORINGHER, PC, CO-COUNSEL FOR THE DEBTOR AND DEBTOR IN POSSESSION FOR THE PERIOD OF APRIL 1, 2021 THROUGH APRIL 30, 2021**

will be served in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 2, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On  June 2, 2021 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 2 ,2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 06/02/2021 | Jennifer O'Keefe | /s/ Jennifer O'Keefe |
| *Date* | *Printed Name* | *Signature* |

POS.doc    This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Ira D. Kharasch ikharasch@pszjlaw.com
- Erin Gray egray@pszjlaw.com
- J Scott Bovitz bovitz@bovitz-spitzer.com
- Frank Cadigan frank.cadigan@usdoj.gov
- Nancy S Goldenberg nancy.goldenberg@usdoj.gov
- James KT Hunter jhunter@pszjlaw.com
- Samuel M Kidder skidder@ktbslaw.com
- Randall P Mroczynski randym@cookseylaw.com
- Matthew J Pero mpero@afrct.com, lhlista@afrct.com;AFRCTECF@afrct.com
- Kenneth D Peters kpeters@dresslerpeters.com, rmccandless@dresslerpeters.com
- Robert J Pfister rpfister@ktbslaw.com
- Christopher O Rivas crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- Robert K Wing rkw@rkwing.com

2. **SERVED BY UNITED STATES MAIL**

    See Attached Service List

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**

    See Attached Service List

POS.doc    This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                      **F 9013-3.1.PROOF.SERVICE**
112

| | | |
|---|---|---|
| Bridgemark Corporation<br>Robert J. Hall<br>Carolyn Curry<br>17671 Irvine Blvd., Suite 217<br>Tustin, CA 92780 (w/fee documentation, via emai | Office of the U.S. Trustee – SA<br>Nancy Goldenberg, Attorney<br>Office of the United States Trustee<br>411 West Fourth Street, Suite 7160<br>Santa Ana, CA 92701 | Robert J. Pfister (NEF)<br>KTBS Law LLP<br>1999 Avenue of the Stars, 39th Floor Los Angeles, CA 90067<br>(w/fee documentation, via email) |

**20 Largest Unsecured Creditors**

| | | |
|---|---|---|
| Placentia Development Company LLC<br>c/o Daniel A. Reed, Esq.<br>600 Anton Boulevard, 11th Floor<br>Costa Mesa, CA 92626 | Michael D. Kibler, Esq.<br>Kibler Fowler and Cave LLP<br>11100 Santa Monica Blvd.<br>Suite 360<br>Los Angeles, CA 90025 | ~~Oil Well Service Company~~<br>~~Attn.: Lisa Frances~~<br>~~10840 Norwalk Blvd~~<br>~~Santa Fe Springs, CA 90670~~<br>(Transferred to PDC) |
| Clariant Corporation<br>DEPT 2203<br>Carol Stream, IL 60132-2203<br>(Mail RTS/updated 2/12/20) | Travelers Insurance<br>Direct Bill Accounting<br>Attn: Tasha Butler<br>PO Box 26208<br>Richmond, VA 23260-6208 | ~~Porter Boiler Service~~<br>~~Attn.: Nooshin, Accounting Dept.~~<br>~~1166 R. 23rd Street~~<br>~~Signal Hill, CA 90755~~<br>(Transferred to PDC) |
| Innovative Electrix, Inc<br>Attn.: Accounting Department<br>PO Box 1070<br>Downey, CA 90240 | CW Services, Inc./CWS Vacuum<br>Attn.: Craig Winberg<br>3806 Madonna Drive<br>Fullerton, CA 92835 | ~~Western States Oilfield Prod. Inc.~~<br>~~Attn.: Accounting Department~~<br>~~11852 Western Ave.~~<br>~~Stanton, CA 90680~~<br>(Transferred to PDC) |
| SC Fuels<br>Attn.: Accounting Department<br>PO Box 14237<br>Orange, CA 92863 | Parsons Crime Prevention<br>Division<br>Attn.: Richard Parsons<br>17141 Green Lane<br>Huntington Beach, CA 92649 | ~~Southwest Micro Computers~~<br>~~Attn.: Steve M. Walker~~<br>~~2230 Pepperwood Lane~~<br>~~Corona, CA 92882~~<br>(Transferred to PDC) |
| Weatherford US LP<br>(FDC4922)<br>Attn.: Accounting Department<br>PO Bo 301003a<br>Dallas, TX 75303-1003 | Montrose Air Quality Services, LLC<br>Attn.: Paul<br>PO Box 741137<br>Los Angeles, CA 90074-1137 | InterAct PMTI, Inc.<br>Attn.: Mike Guilliani<br>260 Maple Court<br>Suite 210<br>Ventura, CA 93003 |
| A&G Compressor Parts, Inc.<br>Attn.: Greg Dryden<br>13671 Bora Drive<br>Santa Fe Springs, CA 90670 | ~~McFadden-Dale Industrial Hardware~~<br>~~Attn.: Accounting Department~~<br>~~129 N. Maple Street, Unit C~~<br>~~Corona, CA 92880-1735~~<br>(Transferred to PDC) | John Guzman Crane Service<br>Attn.: Accounting Department<br>2463 Gundry Ave.<br>Signal Hill, CA 90755 |
| Home Depot<br>Attn.: Accounting Department<br>Dept 32-2501439073<br>PO Box 78047<br>Phoenix, AZ 85062-8047 | State Compensation Insurance Fund<br>State Fund<br>PO Box 7441<br>San Francisco, CA 94120-7441 | Cintas<br>Attn.: Accounting Department<br>PO Box 29059<br>Phoenix, AZ 85038-059 |

**Supplemental Parties:**

Southern California Edison
Attn.:  Accounting Department
PO Box 300
Rosemead, CA  91772-0001

Daniel R. Connolly
HC 2 Box 4795
Trinity Center, CA  96091-9503

City of Anaheim
Attn.:  Accounting Department
201 South Anaheim Blvd.
Anaheim, CA  92803-3069

~~Claremont Tax Associates, Inc.~~
~~Attn.:  Jeffery Durrant~~
~~114 N. Indian Hills Blvd., S-F~~
~~Claremont, CA  91711~~
**RTS 05-04-21/UNABLE TO FORWARD**

Hilcorp Energy Company
Attn.:  Owner Relations
1111 Travis Street
Houston, TX  77002

City of Placentia
Attn.:  Catherine Carranza
401 E. Chapman Ave.
Placentia, CA  92870

SWRCB Storm Water Section
Attn.:  Accounting Department
PO Box 1888
Sacramento, CA  95812-1888

Larsen & Risley
Attn.:  Accounting Department
3200 Park Center Drive, Suite 720
Costa Mesa, CA  92626

Card Service Center
Attn.:  Accounting Department
PO Box 569100
Dallas, TX  75356-9100

Robert N. Kestner & Jeanne S. Kestner,
Trustees of the Robert N. Kestner Trust
815 Vineyard Court
Pleasant Hill, CA  94523-2189

USI Insurance Services National
Attn.:  Accounting Department
PO Box 61187
Virginia Beach, CA  23466

Aqua Tibia Ranch for Bradford Bros.
Attn.:  Accounting Department
PO Box 578
Pauma Valley, CA  92016

Attorney or Professional Name, Address,  Telephone and Fax

William N. Lobel, Esq. (State Bar No. 93202)
wlobel@tocounsel.com
THEODORA ORINGHER PC
535 Anton Boulevard, Ninth Floor
Costa Mesa, California 92626-7109
Telephone: (714) 549-6200
Facsimile: (714) 549-6201

Attorneys for the Debtor and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re:<br><br>BRIDGEMARK CORPORATION,<br><br><div align="right">Debtor</div> | Chapter 11<br><br>Case Number:  8:20-bk-10143-TA<br><br>**Professional Fee Statement**<br><br>Number:         4<br>Month of:       May 1, 2021 through<br>                     May 31, 2021 | |

| | |
|---|---|
| 1.  Name of Professional: | Theodora Oringher PC |
| 2.  Date of entry of order approving employment of the professional: | March 26, 2021 (Dkt. No. 409) |
| 3.  Total amount of pre-petition payments received by the professional: | $0 |
| 4.  Less: Total amount of pre-petition services rendered and expenses: | $0 |
| 5.  Balance of funds remaining on date of filing of petition: | $0 |
| 6.  Less: Total amount of all services rendered per prior fee statements: | $120,435.82 |
| 7.  Less: Total amount of services and expenses this reporting period: | See Attachment at Paragraph 5 |
| 8.  Balance of funds remaining for next reporting period: | $0 |

DETAILED DOCUMENTATION SUPPORTING THE PROFESSIONAL FEES EARNED AND THE EXPENSES INCURRED DURING THIS REPORTING PERIOD HAS BEEN SERVED ON THE UNITED STATES TRUSTEE, AND IS ATTACHED HERETO.  FEES AND COSTS WILL BE WITHDRAWN FROM THE TRUST ACCOUNT IN THE AMOUNT STATED IN ITEM 7 ABOVE UNLESS AN OBJECTION IS FILED WITH THE CLERK OF THE COURT AND SERVED ON THE PROFESSIONAL NAMED ABOVE WITHIN 10 DAYS FROM THE DATE OF SERVICE OF THIS STATEMENT.

| | |
|---|---|
| 9.  Total number of pages attached hereto: | 3 |

The above is a true and correct statement of fees earned and expenses incurred during the indicated reporting period.

Dated:  July 16, 2021                                    THEODORA ORINGHER PC


                                                        By: */s/ William N. Lobel*
                                                        _____
                                                        William N. Lobel

1232640.1/81880.05002

<u>ATTACHMENT TO PROFESSIONAL FEE STATEMENT NO. 4</u>
Theodora Oringher PC

1.      On January 14, 2020 (the "<u>Petition Date</u>"), the Debtor filed with this Court a voluntary
petition for relief under chapter 11 of the Bankruptcy Code. The Debtor continues to operate its
business and manage its affairs as debtor-in-possession pursuant to sections 1107(a) and 1108 of
the Bankruptcy Code.  The United States Trustee has not appointed an official committee of
unsecured creditors.

2.       On March 4, 2021, Theodora Oringher PC (the "<u>Firm</u>") filed its *Application of Debtor
and Debtor in Possession to Employ Theodora Oringher PC as Co-Counsel* [Docket No. 389],
which was approved by an order entered on March 26, 2021 [Docket No. 409].

3.      On February 21, 2020, the Debtor filed a *Motion for Order Establishing Monthly Fee and
Expense Reimbursement Procedures* [Docket No. 90] (the "<u>Fee Procedures Motion</u>")[1] which was
approved by order entered on March 17, 2020 [Docket No. 121] (the "<u>Fee Procedures Order</u>").
Pursuant to the Fee Procedures Order, unless an objection is filed with the clerk of the Court and
served on the Firm within ten calendar days of the service of this Professional Fee Statement (the
"<u>PFS</u>"), the PFS shall be deemed approved on an interim basis, and the Debtor may pay the Firm
80% of the fees and 100% of the expenses requested in the PFS (the "<u>Approved Amount</u>"), and
the Firm is authorized to draw down the Approved Amount from any Retainer without the Court
holding a hearing or entering any further order thereon. Nothing herein relieves the Firm of the
obligation to file interim and final fee applications. The failure to object to the PFS does not
prejudice any party in interest from objecting to any interim or final fee application submitted by
the Firm.

4.      <u>Professional Statement No. 4:</u>  This is the fourth Professional Statement by the Firm.  No
post-petition compensation or reimbursement of expenses has been paid to the Firm to date.

5.      <u>Request for Payment of Professional Fees:</u>  During the May 1, 2021 through May 31,
2021 (the "<u>Reporting Period</u>"), the Firm incurred fees and costs of $6,537.50 and $289.98,
respectively, for a total of $6,827.48. Prior to the payment of any fees or expenses pursuant to
this PFS, the Firm has not held any Retainer for this matter.  Thus, in accordance with the Fee
Procedures Order, the Firm is seeking payment of  $5,230.00 (80% of fees for services rendered)
and $289.98 (100%  of costs incurred), for a total of $5,519.98 for the Reporting Period.

6.      Detailed Summary:
            a.   Incurred Amount during the Reporting Period:
                    i.   100% of Fees: $6,537.50
                    ii.  100% of Expenses: $289.98
            b.   Requested Amount during Reporting Period:
                    i.   80% of Fees: $5,230.00

---

[1] All capitalized terms not defined herein have the meaning ascribed to them in the Fee Procedures Motion.
1232667.1/81880.05002

        ii.   100% of Expenses: $289.98
  c.   Holdback for the Reporting Period: $1,307.50
  d.   Retainer
        i.   Before Payment of proposed Requested Amount: $0.00
        ii.   After Payment of proposed Requested Amount: $0.00
  e.   Summary of Prior Reporting Periods
        i.   Incurred Amount for All Prior Reporting Periods: $120,435.82
        ii.   Approved Amount for All Prior Reporting Periods: $96,526.82
        iii.   Holdback for all Prior Reporting Periods: $23,909.00
        Any Approved Amount Not Paid from Prior Reporting Periods:
        $27,816.57

7.    Personnel and Billing Rates: Attached hereto as Exhibit A is a list of each of the professionals and paraprofessionals who rendered services during the Reporting Period and their respective billing rates.

# **EXHIBIT A**

William N. Lobel: $925 per hour
Samantha J. Schuster: $350 per hour

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 535 Anton Blvd., Ninth Floor, Costa Mesa, CA 92626.

A true and correct copy of the foregoing document entitled (*specify*): **PROFESSIONAL FEE STATEMENT NUMBER 4 OF THEODORA ORINGHER, PC, CO-COUNSEL FOR THE DEBTOR AND DEBTOR IN POSSESSION FOR THE PERIOD OF MAY 1, 2021 THROUGH MAY 31, 2021**

will be served in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) July 16, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) July 16, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/21/2021 | Jennifer O'Keefe | /s/ Jennifer O'Keefe |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1232677.1/81880.05002 This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Ira D. Kharasch ikharasch@pszjlaw.com
- Erin Gray egray@pszjlaw.com
- J Scott Bovitz bovitz@bovitz-spitzer.com
- Frank Cadigan frank.cadigan@usdoj.gov
- Nancy S Goldenberg nancy.goldenberg@usdoj.gov
- James KT Hunter jhunter@pszjlaw.com
- Samuel M Kidder skidder@ktbslaw.com
- Randall P Mroczynski randym@cookseylaw.com
- Matthew J Pero mpero@afrct.com, lhlista@afrct.com;AFRCTECF@afrct.com
- Kenneth D Peters kpeters@dresslerpeters.com, rmccandless@dresslerpeters.com
- Robert J Pfister rpfister@ktbslaw.com
- Christopher O Rivas crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- Robert K Wing rkw@rkwing.com

2. **SERVED BY UNITED STATES MAIL**

   See Attached Service List

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**

   See Attached Service List

1232677.1/81880.05002 This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

Case 8:20-bk-10143-TA    Doc 513    Filed 07/16/21    Entered 07/16/21 13:39:43    Desc
Main Document    Page 7 of 8

Bridgemark Corporation
Robert J. Hall
Carolyn Curry
17671 Irvine Blvd., Suite 217
Tustin, CA 92780 (w/fee documentation, via emai

Office of the U.S. Trustee – SA
Nancy Goldenberg, Attorney
Office of the United States Trustee
411 West Fourth Street, Suite 7160
Santa Ana, CA 92701

Robert J. Pfister (NEF)
KTBS Law LLP
1999 Avenue of the Stars, 39th Floor Los Angeles, CA 90067
 (w/fee documentation, via email)

**20 Largest Unsecured Creditors**

Placentia Development Company LLC
c/o Daniel A. Reed, Esq.
600 Anton Boulevard, 11th Floor
Costa Mesa, CA 92626

Michael D. Kibler, Esq.
Kibler Fowler and Cave LLP
11100 Santa Monica Blvd.
Suite 360
Los Angeles, CA 90025

Oil Well Service Company
Attn.: Lisa Frances
10840 Norwalk Blvd
Santa Fe Springs, CA 90670
(Transferred to PDC)

Clariant Corporation
DEPT 2203
Carol Stream, IL 60132-2203
(Mail RTS/updated 2/12/20)

Travelers Insurance
Direct Bill Accounting/Attn: Tasha Butler
PO Box 26208
Richmond, VA 23260-6208

Porter Boiler Service
Attn.: Nooshin, Accounting Dept.
1166 R. 23rd Street
Signal Hill, CA 90755
(Transferred to PDC)

Innovative Electrix, Inc
Attn.: Accounting Department
PO Box 1070
Downey, CA 90240

CW Services, Inc./CWS Vacuum
Attn.: Craig Winberg
3806 Madonna Drive
Fullerton, CA 92835

Western States Oilfield Prod. Inc.
Attn.: Accounting Department
11852 Western Ave.
Stanton, CA 90680
(Transferred to PDC)

SC Fuels
Attn.: Accounting Department
PO Box 14237
Orange, CA 92863

Parsons Crime Prevention Division
Attn.: Richard Parsons
17141 Green Lane
Huntington Beach, CA 92649

Southwest Micro Computers
Attn.: Steve M. Walker
2230 Pepperwood Lane
Corona, CA 92882
(Transferred to PDC)

Weatherford US LP (FDC4922)
Attn.: Accounting Department
PO Bo 301003a
Dallas, TX 75303-1003

Montrose Air Quality Services, LLC
Attn.: Paul
PO Box 741137
Los Angeles, CA 90074-1137

InterAct PMTI, Inc.
Attn.: Mike Guilliani
260 Maple Court, Suite 210
Ventura, CA 93003

A&G Compressor Parts, Inc.
Attn.: Greg Dryden
13671 Bora Drive
Santa Fe Springs, CA 90670

McFadden-Dale Industrial Hardware
Attn.: Accounting Department
129 N. Maple Street, Unit C
Corona, CA 92880-1735
(Transferred to PDC)

John Guzman Crane Service
Attn.: Accounting Department
2463 Gundry Ave.
Signal Hill, CA 90755

Home Depot/ Dept 32-2501439073
Attn.: Accounting Department
PO Box 78047
Phoenix, AZ 85062-8047

State Compensation Insurance Fund
State Fund
PO Box 7441
San Francisco, CA 94120-7441

Cintas
Attn.: Accounting Department
PO Box 29059
Phoenix, AZ 85038-059

**Supplemental Parties:**

Southern California Edison
Attn.: Accounting Department
PO Box 300
Rosemead, CA  91772-0001

Daniel R. Connolly
HC 2 Box 4795
Trinity Center, CA  96091-9503

City of Anaheim
Attn.: Accounting Department
201 South Anaheim Blvd.
Anaheim, CA  92803-3069

~~Claremont Tax Associates, Inc.~~
~~Attn.: Jeffery Durrant~~
~~114 N. Indian Hills Blvd., S-F~~
~~Claremont, CA  91711~~
**RTS 05-04-21/UNABLE TO FORWARD**

Hilcorp Energy Company
Attn.: Owner Relations
1111 Travis Street
Houston, TX  77002

City of Placentia
Attn.: Catherine Carranza
401 E. Chapman Ave.
Placentia, CA  92870

SWRCB Storm Water Section
Attn.: Accounting Department
PO Box 1888
Sacramento, CA  95812-1888

Larsen & Risley
Attn.: Accounting Department
3200 Park Center Drive, Suite 720
Costa Mesa, CA  92626

Card Service Center
Attn.: Accounting Department
PO Box 569100
Dallas, TX  75356-9100

Robert N. Kestner & Jeanne S. Kestner,
Trustees of the Robert N. Kestner Trust
815 Vineyard Court
Pleasant Hill, CA  94523-2189

USI Insurance Services National
Attn.: Accounting Department
PO Box 61187
Virginia Beach, CA  23466

Aqua Tibia Ranch for Bradford Bros.
Attn.: Accounting Department
PO Box 578
Pauma Valley, CA  92016

| Attorney or Professional Name, Address,  Telephone and Fax | |
|---|---|
| William N. Lobel, Esq. (State Bar No. 93202)<br>wlobel@tocounsel.com<br>THEODORA ORINGHER PC<br>535 Anton Boulevard, Ninth Floor<br>Costa Mesa, California 92626-7109<br>Telephone: (714) 549-6200<br>Facsimile: (714) 549-6201<br>Attorneys for the Debtor and Debtor in Possession | |

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

</div>

| In re:<br><br>BRIDGEMARK CORPORATION,<br><br><div align="right">Debtor</div> | Chapter 11<br><br>Case Number:  8:20-bk-10143-TA<br><br>**Professional Fee Statement**<br><br>Number:        5<br>Month of:      June 1, 2021 through<br>                     June 30, 2021 |
|---|---|

| | |
|---|---|
| 1.  Name of Professional: | Theodora Oringher PC |
| 2.  Date of entry of order approving employment of the professional: | March 26, 2021 (Dkt. No. 409) |
| 3.  Total amount of pre-petition payments received by the professional: | $0 |
| 4.  Less: Total amount of pre-petition services rendered and expenses: | $0 |
| 5.  Balance of funds remaining on date of filing of petition: | $0 |
| 6.  Less: Total amount of all services rendered per prior fee statements: | $127,263.30 |
| 7.  Less: Total amount of services and expenses this reporting period: | See Attachment at Paragraph 5 |
| 8.  Balance of funds remaining for next reporting period: | $0 |

> DETAILED DOCUMENTATION SUPPORTING THE PROFESSIONAL FEES EARNED AND THE EXPENSES INCURRED DURING THIS REPORTING PERIOD HAS BEEN SERVED ON THE UNITED STATES TRUSTEE, AND IS ATTACHED HERETO.  FEES AND COSTS WILL BE WITHDRAWN FROM THE TRUST ACCOUNT IN THE AMOUNT STATED IN ITEM 7 ABOVE UNLESS AN OBJECTION IS FILED WITH THE CLERK OF THE COURT AND SERVED ON THE PROFESSIONAL NAMED ABOVE WITHIN 10 DAYS FROM THE DATE OF SERVICE OF THIS STATEMENT.

| | |
|---|---|
| 9.  Total number of pages attached hereto: | 3 |

The above is a true and correct statement of fees earned and expenses incurred during the indicated reporting period.

Dated: August 3, 2021                              THEODORA ORINGHER PC


                                                          By: */s/ William N. Lobel*
                                                          William N. Lobel

ATTACHMENT TO PROFESSIONAL FEE STATEMENT NO. 5
Theodora Oringher PC

1.      On January 14, 2020 (the "Petition Date"), the Debtor filed with this Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtor continues to operate its business and manage its affairs as debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  The United States Trustee has not appointed an official committee of unsecured creditors.

2.      On March 4, 2021, Theodora Oringher PC (the "Firm") filed its *Application of Debtor and Debtor in Possession to Employ Theodora Oringher PC as Co-Counsel* [Docket No. 389], which was approved by an order entered on March 26, 2021 [Docket No. 409].

3.      On February 21, 2020, the Debtor filed a *Motion for Order Establishing Monthly Fee and Expense Reimbursement Procedures* [Docket No. 90] (the "Fee Procedures Motion")[1] which was approved by order entered on March 17, 2020 [Docket No. 121] (the "Fee Procedures Order"). Pursuant to the Fee Procedures Order, unless an objection is filed with the clerk of the Court and served on the Firm within ten calendar days of the service of this Professional Fee Statement (the "PFS"), the PFS shall be deemed approved on an interim basis, and the Debtor may pay the Firm 80% of the fees and 100% of the expenses requested in the PFS (the "Approved Amount"), and the Firm is authorized to draw down the Approved Amount from any Retainer without the Court holding a hearing or entering any further order thereon. Nothing herein relieves the Firm of the obligation to file interim and final fee applications. The failure to object to the PFS does not prejudice any party in interest from objecting to any interim or final fee application submitted by the Firm.

4.      Professional Statement No. 5:  This is the fifth Professional Statement by the Firm.  No post-petition compensation or reimbursement of expenses has been paid to the Firm to date.

5.      Request for Payment of Professional Fees:  During the June 1, 2021 through June 30, 2021 (the "Reporting Period"), the Firm incurred fees and costs of $8,510.00 and $350.00, respectively, for a total of $8,860.00. Prior to the payment of any fees or expenses pursuant to this PFS, the Firm has not held any Retainer for this matter.  Thus, in accordance with the Fee Procedures Order, the Firm is seeking payment of  $6,808.00 (80% of fees for services rendered) and $350.00 (100%  of costs incurred), for a total of $7,158.00 for the Reporting Period.

6.      Detailed Summary:
    a.  Incurred Amount during the Reporting Period:
        i.   100% of Fees: $8,510.00
        ii.  100% of Expenses: $350.00
    b.  Requested Amount during Reporting Period:
        i.   80% of Fees: $6,808.00

_____

[1] All capitalized terms not defined herein have the meaning ascribed to them in the Fee Procedures Motion.
1234187.1/81880.05002

    ii. 100% of Expenses: $350.00
 c. Holdback for the Reporting Period: $1,702.00
 d. Retainer
    i. Before Payment of proposed Requested Amount: $0.00
    ii. After Payment of proposed Requested Amount: $0.00
 e. Summary of Prior Reporting Periods
    i. Incurred Amount for All Prior Reporting Periods: $127,263.30
    ii. Approved Amount for All Prior Reporting Periods: $102,046.80
    iii. Holdback for all Prior Reporting Periods: $25,216.50
     Any Approved Amount Not Paid from Prior Reporting Periods:
     $33,336.55

7.  Personnel and Billing Rates: Attached hereto as Exhibit A is a list of each of the professionals and paraprofessionals who rendered services during the Reporting Period and their respective billing rates.

1234187.1/81880.05002

# **EXHIBIT A**

William N. Lobel: $925 per hour
Samantha J. Schuster: $350 per hour

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 535 Anton Blvd., Ninth Floor, Costa Mesa, CA 92626.

A true and correct copy of the foregoing document entitled (*specify*): **PROFESSIONAL FEE STATEMENT NUMBER 5 OF THEODORA ORINGHER, PC, CO-COUNSEL FOR THE DEBTOR AND DEBTOR IN POSSESSION FOR THE PERIOD OF JUNE 1, 2021 THROUGH JUNE 30, 2021**

will be served in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 3, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) August 3, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/03/2021 | Jennifer O'Keefe | /s/ Jennifer O'Keefe |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1234196.1/81880.05002 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Ira D. Kharasch ikharasch@pszjlaw.com
- Erin Gray egray@pszjlaw.com
- J Scott Bovitz bovitz@bovitz-spitzer.com
- Frank Cadigan frank.cadigan@usdoj.gov
- Nancy S Goldenberg nancy.goldenberg@usdoj.gov
- James KT Hunter jhunter@pszjlaw.com
- Samuel M Kidder skidder@ktbslaw.com
- Randall P Mroczynski randym@cookseylaw.com
- Matthew J Pero mpero@afrct.com, lhlista@afrct.com;AFRCTECF@afrct.com
- Kenneth D Peters kpeters@dresslerpeters.com, rmccandless@dresslerpeters.com
- Robert J Pfister rpfister@ktbslaw.com
- Christopher O Rivas crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- Robert K Wing rkw@rkwing.com

2. **SERVED BY UNITED STATES MAIL**

    See Attached Service List

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**

    See Attached Service List

1234196.1/81880.05002 This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

Bridgemark Corporation
Carolyn Curry
17671 Irvine Blvd., Suite 217
Tustin, CA 92780 (w/fee documentation, **via
email (ccurry@bridgemarkcorp.com)**

Bridgemark Corporation
Jennifer Montgomery
17671 Irvine Blvd., Suite 217
Tustin, CA 92780 (**w/fee documentation,
via email
jmontgomery@bridgemarkcorp.com)**

Placentia Development Company LLC
c/o Daniel A. Reed, Esq.
600 Anton Boulevard, 11th Floor
Costa Mesa, CA  92626

Clariant Corporation
DEPT 2203
Carol Stream, IL 60132-2203
(Mail RTS/updated 2/12/20)

Innovative Electrix, Inc
Attn.:  Accounting Department
PO Box 1070
Downey, CA 90240

SC Fuels
Attn.:  Accounting Department
PO Box 14237
Orange, CA  92863

Weatherford US LP (FDC4922)
Attn.:  Accounting Department
PO Bo 301003a
Dallas, TX  75303-1003

A&G Compressor Parts, Inc.
Attn.:  Greg Dryden
13671 Bora Drive
Santa Fe Springs, CA  90670

Home Depot/ Dept 32-2501439073
Attn.:  Accounting Department
PO Box 78047
Phoenix, AZ  85062-8047

---

Office of the U.S. Trustee - SA
Nancy Goldenberg, Attorney
Office of the United States Trustee
411 West Fourth Street, Suite 7160
Santa Ana, CA  92701

Numeric Solutions
Mike Jones
(**w/fee Documentation via email
mike.jones@numericsolutions.com)**

Michael D. Kibler, Esq.
Kibler Fowler and Cave LLP
11100 Santa Monica Blvd.
Suite 360
Los Angeles, CA  90025

Travelers Insurance
Direct Bill Accounting/Attn: Tasha Butler
PO Box 26208
Richmond, VA  23260-6208

CW Services, Inc./CWS Vacuum
Attn.:  Craig Winberg
3806 Madonna Drive
Fullerton, CA 92835

Parsons Crime Prevention Division
Attn.:  Richard Parsons
17141 Green Lane
Huntington Beach, CA  92649

Montrose Air Quality Services, LLC
Attn.:  Paul
PO Box 741137
Los Angeles, CA  90074-1137

~~McFadden-Dale Industrial Hardware~~
~~Attn.:  Accounting Department~~
~~129 N. Maple Street, Unit C~~
~~Corona, CA  92880-1735~~
(Transferred to PDC)

State Compensation Insurance Fund
State Fund
PO Box 7441
San Francisco, CA  94120-7441

---

Robert J. Pfister (NEF)
KTBS Law LLP
1999 Avenue of the Stars, 39th Floor Los
Angeles, CA 90067
 (**w/fee documentation, via email )**

Numeric Solutions
John Harris (**w/fee Documentation via
email
harris@numericsolutions.com)**

~~Oil Well Service Company~~
~~Attn.:  Lisa Frances~~
~~10840 Norwalk Blvd~~
~~Santa Fe Springs, CA 90670~~
(Transferred to PDC)

~~Porter Boiler Service~~
~~Attn.:  Nooshin, Accounting Dept.~~
~~1166 R. 23rd Street~~
~~Signal Hill, CA  90755~~
(Transferred to PDC)

~~Western States Oilfield Prod. Inc.~~
~~Attn.:  Accounting Department~~
~~11852 Western Ave.~~
~~Stanton, CA  90680~~
(Transferred to PDC)

~~Southwest Micro Computers~~
~~Attn.:  Steve M. Walker~~
~~2230 Pepperwood Lane~~
~~Corona, CA  92882~~
(Transferred to PDC)

InterAct PMTI, Inc.
Attn.:  Mike Guilliani
260 Maple Court, Suite 210
Ventura, CA  93003

John Guzman Crane Service
Attn.:  Accounting Department
2463 Gundry Ave.
Signal Hill, CA  90755

Cintas
Attn.:  Accounting Department
PO Box 29059
Phoenix, AZ  85038-059

---

1228585.1/81880.05002 DOCS_LA:324955.8 10804/001

**Supplemental Parties:**

Southern California Edison
Attn.:  Accounting Department
PO Box 300
Rosemead, CA  91772-0001

Daniel R. Connolly
HC 2 Box 4795
Trinity Center, CA  96091-9503

City of Anaheim
Attn.:  Accounting Department
201 South Anaheim Blvd.
Anaheim, CA  92803-3069

~~Claremont Tax Associates, Inc.~~
~~Attn.:  Jeffery Durrant~~
~~114 N. Indian Hills Blvd., S-F~~
~~Claremont, CA  91711~~
**RTS 05-04-21/UNABLE TO FORWARD**

Hilcorp Energy Company
Attn.:  Owner Relations
1111 Travis Street
Houston, TX  77002

City of Placentia
Attn.:  Catherine Carranza
401 E. Chapman Ave.
Placentia, CA  92870

SWRCB Storm Water Section
Attn.:  Accounting Department
PO Box 1888
Sacramento, CA  95812-1888

Larsen & Risley
Attn.:  Accounting Department
3200 Park Center Drive, Suite 720
Costa Mesa, CA  92626

Card Service Center
Attn.:  Accounting Department
PO Box 569100
Dallas, TX  75356-9100

Robert N. Kestner & Jeanne S. Kestner,
Trustees of the Robert N. Kestner Trust
815 Vineyard Court
Pleasant Hill, CA  94523-2189

USI Insurance Services National
Attn.:  Accounting Department
PO Box 61187
Virginia Beach, CA  23466

~~Aqua Tibia Ranch for Bradford Bros.~~
~~Attn.:  Accounting Department~~
~~PO Box 578~~
~~Pauma Valley, CA  92016~~
08/03/21 Retd Undeliverable/ unable to
forward