William N. Lobel, Esq. (State Bar No. 93202)
THEODORA ORINGHER PC
535 Anton Boulevard, Ninth Floor
Costa Mesa, California 92626-7109
Telephone: (714) 549-6200
Facsimile: (714) 549-6201
E-mail: wlobel@tocounsel.com

Counsel for Bridgemark Liquidation Trust

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>BRIDGEMARK CORPORATION,[1]<br><br>Debtor. | Case No.: 8:20-bk-10143-TA<br><br>Chapter 11<br><br>**OMNIBUS NOTICE OF HEARING ON FINAL FEE APPLICATIONS FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ESTATE PROFESSIONALS**<br><br>**Hearing**<br><br>Date:    October 13, 2021<br>Time:    10:00 a.m. (PDT)<br>Place:   ZoomGov (instructions below) |

---

[1] The Debtor's last four digits of its taxpayer identification number are (1669). The headquarters and service address for the above-captioned Debtor is 17671 Irvine Blvd., Suite 217, Tustin, CA 92780.

**TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER PARTIES ENTITLED TO NOTICE:**

**PLEASE TAKE NOTICE** that a hearing will be held on **October 13, 2021 at 10:00 a.m. (PDT)** to consider and act upon the applications (the "<u>Applications</u>") of certain professionals employed in the above-captioned case (collectively, the "<u>Estate Professionals</u>") for approval, on a final basis, of compensation and reimbursement of expenses.

**PLEASE TAKE FURTHER NOTICE** that the compensation and reimbursement of expenses requested by the Estate Professionals in the Applications is as follows:

| Professional | Period | Fees | Expenses | Total |
|---|---|---|---|---|
| BANKRUPTCY COUNSEL TO THE DEBTOR<br>Theodora Oringher PC | 01/14/2020-08/31/2021 | $167,732.50 | $2,039.58 | $169,772.08 |
| SPECIAL OIL & GAS COUNSEL TO THE DEBTOR<br>Casso & Sparks, LLP | 04/06/2020-08/19/2021 | $111,948.50 | $162.25 | $112,110.75 |
| EXPERT VALUATION EXPERTS TO THE DEBTOR & CHIEF WIND-DOWN OFFICER<br>Numeric Solutions, LLC | 02/24/2020-08/19/2021 | $132,042.50 | $2,226.84 | $134,269.34 |
| SPECIAL APPELLATE COUNSEL TO THE DEBTOR<br>Greines, Martin, Stein & Richland LLP | 01/14/2020-08/19/2021 | $35,800.00 | $149.75 | $35,949.75 |
| SPECIAL COUNSEL TO THE DEBTOR<br>Locke Lorde LLP | 01/14/2020-08/19/2021 | $58,508.90 | $9,710.50 | $68,219.40 |
| FINANCIAL ADVISOR TO THE DEBTOR<br>B. Riley (f/k/a GlassRatner) | 01/14/2020-08/19/2021 | $220,673.00 | $4,702.33 | $225,375.33 |
| PREVIOUS DEBTOR'S COUNSEL<br>Pachulski Stang Ziehl & Jones LLP | 01/14/2020-08/19/2021 | $1,322,721.25 | $76,656.26 | $1,399,377.51 |

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rules 2016-1(a) and 9013-1(f), any response or opposition must be in writing and filed with the Court and served upon the undersigned counsel no later than **September 29, 2021**.

Pursuant to Local Bankruptcy Rule 9013-1(h), the failure to timely file any response or opposition may be deemed by the Court to be consent to the approval of the Applications. Replies, if any, are due no later than **October 6, 2021**.

**PLEASE TAKE FURTHER NOTICE** that complete copies of the Applications may be obtained by contacting the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE that because of the COVID-19 pandemic, the Court will conduct the hearing using ZoomGov audio and video technology.** Information on how to participate in the hearing using ZoomGov is provided on the following pages of this Notice.

**PLEASE TAKE FURTHER NOTICE** that hearing participants and members of the public may participate in and/or observe the hearing using ZoomGov, free of charge.

**PLEASE TAKE FURTHER NOTICE** that individuals may connect by ZoomGov audio and video using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device with an integrated camera, microphone and speaker (such as an iPhone, iPad, Android phone or Android tablet). The connection can be initiated by entering the "Video/Audio Web Address" into a web browser on any of these devices, provided the device is connected to the Internet. Individuals connecting in this manner will be prompted for the Meeting No. and Password shown below.

**PLEASE TAKE FURTHER NOTICE** that individuals also may connect to the hearing by telephone only, using the telephone number provided below. Individuals connecting in this manner also will be prompted for the Meeting No. and Password.

**PLEASE TAKE FURTHER NOTICE** that neither a Zoom nor a ZoomGov account is necessary to participate in or observe the hearing, and no pre-registration is required.

**PLEASE TAKE FURTHER NOTICE** that the audio portion of the hearing will be recorded electronically by the Court and constitutes its official record.

**PLEASE TAKE FURTHER NOTICE** that all persons are strictly prohibited from making any other recording of court proceedings, whether by video, audio, "screenshot," or otherwise. Violation of this prohibition may result in the imposition of monetary and non-monetary sanctions.

**PLEASE TAKE FURTHER NOTICE** that the following is the unique ZoomGov connection information for the above-referenced hearing:

**Video/Audio Web Address:** https://cacb.zoomgov.com/j/1617860429

**Meeting No.**: 161 786 0429
**Password**: 121964
**Telephone**: 1 (669) 254-5252 or
(646) 828-7666

**PLEASE TAKE FURTHER NOTICE** that video and audio connection information for each hearing will be provided on Judge Albert's publicly posted hearing calendar, which may be viewed online at: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/?jid=TA. and selecting "Judge Albert" from the tab on the left side of the page.

**PLEASE TAKE FURTHER NOTICE** that more information on using ZoomGov to participate in this hearing is available on the Court's website at the following web address: https://www.cacb.uscourts.gov/news/zoom-video-hearing-guide-and-training-participants.

Dated: September 20, 2021                THEODORA ORINGHER PC

By /s/ *William N. Lobel*
William N. Lobel (State Bar No. 93202)

Counsel for Bridgemark Liquidation Trust

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Theodora Oringher PC, 535 Anton Boulevard, Ninth Floor, Costa Mesa, California 92626-7109

A true and correct copy of the foregoing document entitled (*specify*): **OMNIBUS NOTICE OF HEARING ON FINAL FEE APPLICATIONS FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ESTATE PROFESSIONALS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 20, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**See Attached Service List**

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) September 20, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**See Attached Service List**

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) September 20, 2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Theodor C. Albert
US Bankruptcy Court
Ronald Reagan Federal Building
411 West Fourth Street, Suite 5085 / Courtroom 5B
Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 20, 2021 | Jennifer O'Keefe | /s/ Jennifer O'Keefe |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*      **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- **J Scott Bovitz**  bovitz@bovitz-spitzer.com
- **Frank Cadigan**  frank.cadigan@usdoj.gov
- **Nancy S Goldenberg**  nancy.goldenberg@usdoj.gov
- **Erin E Gray**  egray@pszjlaw.com
- **Tracy K Hunckler**  thunckler@daycartermurphy.com, cgori@daycartermurphy.com
- **James KT Hunter**  jhunter@pszjlaw.com
- **Samuel M Kidder**  skidder@ktbslaw.com
- **William N Lobel**  wlobel@tocounsel.com, jokeefe@tocounsel.com;sschuster@tocounsel.com
- **Randall P Mroczynski**  randym@cookseylaw.com
- **Matthew J Pero**  mpero@afrct.com, lhlista@afrct.com;AFRCTECF@afrct.com
- **Kenneth D Peters**  kpeters@dresslerpeters.com, rmccandless@dresslerpeters.com
- **Robert J Pfister**  rpfister@ktbslaw.com
- **Christopher O Rivas**  crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **United States Trustee (SA)**  ustpregion16.sa.ecf@usdoj.gov
- **Robert K Wing**  rkw@rkwing.com

2. **TO BE SERVED BY U.S. MAIL:**

| | | |
|---|---|---|
| John Harris, Liquidation Trustee<br>Numeric Solutions, LLC<br>1536 Eastman Avenue, Suite D<br>Ventura, CA 93003 | Office of the U.S. Trustee – SA<br>Nancy Goldenberg, Attorney<br>Office of the United States Trustee<br>411 West Fourth Street, Suite 7160<br>Santa Ana, CA  92701 | Robert J. Pfister<br>KTBS Law LLP<br>1801 Century Park East, 26th Floor<br>Los Angeles, CA  90067 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                **F 9013-3.1.PROOF.SERVICE**