William N. Lobel, Esq. (State Bar No. 93202)
wlobel@tocounsel.com
THEODORA ORINGHER PC
535 Anton Boulevard, Ninth Floor
Costa Mesa, California 92626-7109
Telephone:   (714) 549-6200
Facsimile:    (714) 549-6201

*Counsel for Bridgemark Liquidation Trust*

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>BRIDGEMARK CORPORATION,<br><br>    Debtor and Debtor-in Possession.[1] | Case No. 8:20-bk-10143-TA<br><br>Chapter 11<br><br>**PROOF OF SERVICE RE: FINAL FEE APPLICATIONS**<br><br>**Hearing Information:**<br><br>Judge:  Hon. Theodor C. Albert<br>Date:   October 13, 2021<br>Time:   10:00 a.m.<br>Place:  ZoomGov |

---

[1] The last four digits of the Debtor's taxpayer identification number are 1669. The Debtor's headquarters and service address is 17671 Irvine Blvd., Suite 217, Tustin, California 92780.

182389.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 525 Anton Boulevard, Ninth Floor, Costa Mesa, CA 92626.

A true and correct copy of the following documents entitled (*specify*):

1. **FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP AS GENERAL BANKRUPTCY COUNSEL FOR THE DEBTOR AND DEBTOR IN POSSESSION FOR THE PERIOD JANUARY 14, 2020 THROUGH AUGUST 19, 2021; DECLARATION OF ERIN GRAY IN SUPPORT THEREOF [Docket No. 584];**

2. **FINAL APPLICATION OF GREINES, MARTIN, STEIN & RICHLAND LLP FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES FOR THE PERIOD JANUARY 14, 2020 THROUGH AUGUST 19, 2021; DECLARATION OF ROBERT A. OLSON IN SUPPORT THEREOF [Docket No. 587];**

3. **FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF CASSO & SPARKS, LLP AS SPECIAL OIL & GAS COUNSEL FOR THE DEBTOR AND DEBTOR IN POSSESSION FOR THE PERIOD OF APRIL 6, 2020 THROUGH AUGUST 19, 2021; DECLARATION OF JOHN J. HARRIS IN SUPPORT THEREOF [Docket No. 588];**

4. **FINAL APPLICATION OF LOCKE LORD LLP FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES FOR THE PERIOD JANUARY 14, 2020 THROUGH AUGUST 19, 2021; DECLARATION OF SUSAN A. KIDWELL IN SUPPORT THEREOF [Docket No. 590]; and**

5. **FINAL APPLICATION OF NUMERIC SOLUTIONS, LLC AND JOHN HARRIS AS CHIEF WIND-DOWN OFFICER FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES FOR THE PERIOD FEBRUARY 24, 2020 THROUGH AUGUST 19, 2021; DECLARATION OF JOHN HARRIS IN SUPPORT THEREOF [Docket No. 591]**

6. **FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF THEODORA ORINGHER, PC AS GENERAL BANKRUPTCY COUNSEL FOR THE DEBTOR AND DEBTOR IN POSSESSION FOR THE PERIOD OF JANUARY 1, 2021 THROUGH AUGUST 31, 2021; DECLARATION OF WILLIAM N. LOBEL IN SUPPORT THEREOF [Docket No. 595]**

7. **FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GLASSRATNER ADVISORY & CAPTIAL GROUP, LLC AS FINANCIAL ADVISOR FOR THE DEBTOR AND DEBTOR IN POSSESSION FOR THE PERIOD OF JANUARY 14, 2020 THROUGH SEPTEMBER 17, 2021; DECLARATION OF J. MICHAEL ISSA IN SUPPORT THEREOF [Docket No. 596]**

will be served or were served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 20, 2021  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

182389.1  This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                    **F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) Septembert 20, 2021 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA OVERNIGHT MAIL:**

The Honorable Theodor C. Albert
U.S. Bankruptcy Court
Ronald Reagan Federal Building
Bin by 5th floor elevators
411 W. Fourth Street
Santa Ana, CA 92701

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 20, 2021 | Jennifer O'Keefe | /s/ Jennifer O'Keefe |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

182389.1  This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                       F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- J Scott Bovitz  bovitz@bovitz-spitzer.com
- Frank Cadigan  frank.cadigan@usdoj.gov
- Nancy S. Goldenberg  nancy.goldenberg@usdoj.gov
- Erin E Gray  egray@pszjlaw.com
- James KT Hunter  jhunter@pszjlaw.com
- Tracy K Hunkler  thunckler@daycartermurphy.com, cgori@daycartermurphy.com
- Samuel M Kidder  skidder@ktbslaw.com
- William N Lobel  wlobel@tocounsel.com, jokeefe@tocounsel.com, sschuster@tocounsel.com
- Randall P Mroczynski  randym@cookseylaw.com
- Matthew J Pero  mpero@afrct.com, lhlista@afrct.com, AFRCTECF@afrct.com
- Kenneth D Peters  kpeters@dresslerpeters.com, rmcandless@dresslerpeters.com
- Robert J Pfister  rpfister@ktbslaw.com
- Christopher O Rivas  crivas@reedsmith.com, chris-rivas-87658@ecf.pacerpro.com
- United States Trustee (SA)  ustpregion16.sa.ecf@usdoj.gov
- Robert K Wing  rkw@rkwing.com

2. **SERVED BY U.S. MAIL**

| | | |
|---|---|---|
| John Harris, Liquidation Trustee<br>Numeric Solutions, LLC<br>1536 Eastman Avenue, Suite D<br>Ventura, CA 93003 | Office of the U.S. Trustee – SA<br>Nancy Goldenberg, Attorney<br>Office of the United States Trustee<br>411 West Fourth Street, Suite 7160<br>Santa Ana, CA  92701 | Robert J. Pfister<br>KTBS Law LLP<br>1801 Century Park East, 26th Floor<br>Los Angeles, CA  90067 |

182389.1  This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          F 9013-3.1.PROOF.SERVICE