GLASSRATNER
ADVISORY & CAPITAL GROUP,LLC
19800 MacArthur Blvd. Ste 820
Irvine, CA 92612
Telephone: (949) 407-6621

Financial Advisor to the Debtor
Bridgemark Corporation.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No.: 8:20-bk-10143-TA |
| BRIDGEMARK CORPORATION,[1] | Chapter 11 |
| Debtor and Debtor-in Possession. | **NOTICE OF ERRATA RE: FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GLASSRATNER ADVISORY & CAPITAL GROUP, LLC AS FINANCIAL ADVISOR FOR THE DEBTOR AND DEBTOR IN POSSESSION FOR THE PERIOD JANUARY 14, 2020 THROUGH SEPTEMBER 17, 2021; DECLARATION OF J. MICHAEL ISSA IN SUPPORT THEREOF** |
| | **RELATES TO DKT NO. 596** |
| | <u>**HEARING**</u> |
| | Date:    October 13, 2021<br>Time:    10:00 a.m. (PDT)<br>Place:    ZoomGov) |

---

[1] The Debtor's last four digits of its taxpayer identification number are (1669).  The headquarters and service address for the above-captioned Debtor is 17671 Irvine Blvd., Suite 217, Tustin, CA  92780.

Bridgemark Final Fee App v2.doc

1

2  **PLEASE TAKE NOTICE** That The Final Application for Compensation and Reimbursement of

3  expenses of Glassratner Advisory & Capital Group, LLC as Financial Advisor for the Debtor and

4  Debtor In Possession for the Period January 14, 2020 through September 17, 2021; Declaration of

5  J. Michael Issa in Support Thereof ("Application") filed with this court on September 20, 2021

6  [Docket No.596] inadvertently excluded the date/time of the hearing.  The date/time of the hearing

7  is as reflected on the caption page of this notice of errata.

8

9  Dated:  September 21, 2021                    By /s/ *William N. Lobel*
                                                    William N. Lobel (State Bar No. 93202)
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28