PETER C. ANDERSON
UNITED STATES TRUSTEE
NANCY S. GOLDENBERG, State Bar No. 167544
Trial Attorney
OFFICE OF THE UNITED STATES TRUSTEE
Ronald Reagan Federal Building
    and United States Courthouse
411 West Fourth Street, Suite 7160
Santa Ana, CA 92701-8000
Telephone: (202) 834-6711
Facsimile:  (714) 338-3421
Email:  nancy.goldenberg@usdoj.gov

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>BRIDGEMARK CORPORATION,<br><br>                  Debtor. | Case No.: 8:20-bk-10143-TA<br><br>Chapter 11<br><br>STIPULATION BETWEEN THE U.S. TRUSTEE AND PACHULSKI STANG ZIEHL & JONES LLP REGARDING THE THIRD APPLICATION FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES BY PACHULSKI STANG ZIEHL & JONES LLP, ATTORNEY TO THE DEBTOR<br><br>DATE:   October 13, 2021<br>TIME:   10:00 a.m.<br>CTRM:  Zoom.Gov |

TO THE HONORABLE THEODOR C ALBERT, UNITED STATES BANKRUPTCY JUDGE, DEBTOR, DEBTOR'S COUNSEL AND OTHER INTERESTED PARTIES:

**IT IS HEREBY STIPULATED**, by and between Pachulski, Stang, Ziehl and Jones LLP ("PSZJ"), as former bankruptcy counsel for Chapter 11 debtor and debtor-in-possession Bridgemark Corporation ("Debtor"), and the United States Trustee for Region 16 ("U.S. Trustee"), through their counsel, as follows:

1. This case was commenced by the Debtor's filing of a voluntary petition for relief under Chapter 11 on January 14, 2020.

2. On March 3, 2020, the Court entered an order authorizing the employment of PSZJ as general bankruptcy counsel to the Debtor.

3. PSZJ served as general bankruptcy counsel (and then co-counsel) to the Debtor in this chapter 11 case from the Petition Date through June 3, 2021, when the Court entered an order granting the Firm's Motion to Withdraw as Co-Counsel to Bridgemark Corporation (docket no. 468).

4. On September 17, 2021 a Final Application for Compensation and Reimbursement of Expenses of Pachulski, Stang, Ziehl and Jones LLP as General Bankruptcy Counsel for the Debtor ("Final Fee Application") was filed with the Court (docket no. 584).

5. In the Final Fee Application PSZJ sought final approval of professional fees and expenses in its First Interim application and Second Interim Application, which this Court had approved on an interim basis. It also sought final approval of fees of $329,586.00 and expenses of $43,591.98, for the period of December 1, 2020, through August 19, 2021 (Third Fee Application") and additional fees of $10,000 for services from August 20, 2021, through the hearing on the Final Fee Application.

6. Based on his review of the Third Fee Application, the U.S. Trustee had concerns regarding certain fees for which PSZJ sought approval.

7. In order to avoid the cost, time and uncertainty of litigation, PSZJ agrees to resolve the U.S. Trustee's concerns regarding the Third Fee Application pursuant to the agreement below.

//
//
//

**WHEREFORE, IT IS HEREBY STIPULATED AND AGREED** that Pachulski, Stang, Ziehl and Jones LLP will and does agree to reduce the amount of fees sought in the Third Fee Application by $40,000.

Dated: 10/1/2021

PACHULSKI, STANG, ZIEHL AND JONES LLP

By: Erin Gray, Esq.
Former Attorney for Bridgemark Corporation
Chapter 11 Debtor and Debtor-in-Possession

UNITED STATES TRUSTEE FOR REGION 16

Dated: 10/1/21

/s/ Nancy S. Goldenberg
By: Nancy S. Goldenberg, Esq.
Attorney for U.S. Trustee

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
OFFICE OF THE U.S. TRUSTEE, 411 West 4th St., #7160 Santa Ana, CA 92701

A true and correct copy of the foregoing document entitled STIPULATION BETWEEN THE U.S. TRUSTEE AND PACHULSKI STANG ZIEHL & JONES LLP REGARDING THE THIRD APPLICATION FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES BY PACHULSKI STANG ZIEHL JONES LLP will be served in the Manner Stated Below

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **OCTOBER 6, 2021,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated

- J Scott Bovitz    bovitz@bovitz-spitzer.com
- Frank Cadigan    frank.cadigan@usdoj.gov
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- Erin E Gray    egray@pszjlaw.com
- Tracy K Hunckler    thunckler@daycartermurphy.com, cgori@daycartermurphy.com
- James KT Hunter    jhunter@pszjlaw.com
- Samuel M Kidder    skidder@ktbslaw.com
- William N Lobel    wlobel@tocounsel.com, jokeefe@tocounsel.com;sschuster@tocounsel.com
- Randall P Mroczynski    randym@cookseylaw.com
- Matthew J Pero    mpero@afrct.com, lhlista@afrct.com;AFRCTECF@afrct.com
- Kenneth D Peters    kpeters@dresslerpeters.com, rmccandless@dresslerpeters.com
- Robert J Pfister    rpfister@ktbslaw.com
- Christopher O Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Robert K Wing    rkw@rkwing.com

**2. TO BE SERVED BY UNITED STATES MAIL:** On **OCTOBER 6, 2021,** I will be served on the persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Bridgemark Corporation**
Attention: Robert Hall, President and CEO, 17671 Irvine Blvd., Suite 217, Tustin, CA 92780

**3. TO BE SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION** OR (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **OCTOBER 6, 2021,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

| OCTOBER 6, 2021 | TARI KING | /S/ TARI KING |
|---|---|---|
| DATE | PRINTED NAME | SIGNATURE |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.