William N. Lobel, Esq. (State Bar No. 93202)
wlobel@tocounsel.com
THEODORA ORINGHER PC
535 Anton Boulevard, Ninth Floor
Costa Mesa, California 92626-7109
Telephone: (714) 549-6200
Facsimile: (714) 549-6201

Attorneys for the Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

In re:

BRIDGEMARK CORPORATION,[1]

    Debtor and Debtor-in Possession.

Case No.: 8:20-bk-10143-TA

Chapter 11

**DECLARATION OF WILLIAM N. LOBEL REGARDING COMPENSATION AND REIMBURSEMENT OF EXPENSES OF THEODORA ORINGHER PC AS GENERAL BANKRUPTCY COUNSEL FOR THE DEBTOR AND DEBTOR IN POSSESSION FOR THE PERIOD OF SEPTEMBER 1, 2021 THROUGH OCTOBER 11, 2021.**

**Hearing:**
Date    October 13, 2021
Time:   10:00 a.m.
Place:   Zoom.Gov

---

[1] The Debtor's last four digits of its taxpayer identification number are (1669). The headquarters and service address for the above-captioned Debtor is 17671 Irvine Blvd., Suite 217, Tustin, CA 92780.

1239367.1/81880.05002

## DECLARATION OF WILLIAM N. LOBEL

I, William N. Lobel, declare as follows:

1. I am an attorney at law duly authorized to practice in the State of California and before this Court. I am Of Counsel at the law firm of Theodora Oringher, PC, general bankruptcy counsel to the Debtor.

2. I have personal knowledge of the facts set forth in the foregoing Application and, if called upon as a witness, I could and would competently testify as to all of the matters stated therein.

3. Attached hereto as Exhibit "A" and incorporated herein is a summary of the Firm's time entries in connection with the fee application since August 31, 2021, which the last day which was recorded which is included in the Firm Final Fee Application.

4. In addition to the time shown on Exhibit "A", all of which is reasonable and appropriate in connection with the prosecution of the Firm's fee application , the Firm requests $925.00 for one hour of all time in connection with the reading correspondence and preparing for and attending the telephonic hearing on the Firm's fees and costs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of October, 2021, at Costa Mesa, California.

*/s/ William N. Lobel*
William N. Lobel

# Theodora Oringher PC
## TO Listing with Task Code Summary

| Line # | Task Code | Date | Name | Services | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| **Task Code: B160** | | | | | | | |
| 394069 | B160 | 09/07/2021 | SJS | CONTINUE DRAFTING FINAL FEE APPLICATION. | 1.00 | $350.00 | $350.00 |
| 394105 | B160 | 09/08/2021 | SJS | CONTINUE DRAFTING FINAL FEE APPLICATION. | 1.50 | $350.00 | $525.00 |
| 394150 | B160 | 09/08/2021 | WNL | REVIEW AND RESPOND TO CORRESPONDENCE REGARDING PREPARATION OF FINAL FEE APPLICATION | 0.10 | $925.00 | $92.50 |
| 394255 | B160 | 09/09/2021 | WNL | REVIEW AND REVISE PRE BILL FOR AUGUST, 2021. | 0.20 | $925.00 | $185.00 |
| 394633 | B160 | 09/09/2021 | SJS | CONTINUE DRAFTING FINAL FEE APPLICATION. | 5.50 | $350.00 | $1,925.00 |
| 394635 | B160 | 09/10/2021 | SJS | CONTINUE DRAFTING FINAL FEE APPLICATION. | 4.00 | $350.00 | $1,400.00 |
| 394642 | B160 | 09/13/2021 | SJS | CONTINUE DRAFTING FINAL FEE APPLICATION. | 2.20 | $350.00 | $770.00 |
| 394998 | B160 | 09/14/2021 | WNL | REVIEW AND REVISE DRAFT FINAL FEE APPLICATION. | 0.50 | $925.00 | $462.50 |
| 394999 | B160 | 09/14/2021 | WNL | REVIEW CORRESPONDENCE AND DRAFT DECLARATION OF JOHN HARRIS IN SUPPORT OF FEE APLICATION. | 0.20 | $925.00 | $185.00 |
| 395018 | B160 | 09/14/2021 | WNL | REVIEW AND CONSIDER ADDITIONAL CORRESPONDENCE REGARDING SUBSTANCE OF FEE APPLICATION. | 0.20 | $925.00 | $185.00 |
| 395021 | B160 | 09/15/2021 | WNL | REVIEW CORRESPONDENCE AND DECLARATIONS OF JOHN HARRIS AND WILLIAM LOBEL REGARDING FINAL FEE APPLICATION. | 0.30 | $925.00 | $277.50 |
| 395027 | B160 | 09/15/2021 | WNL | TELEPHONE CALL WITH JOHN HARRIS REGARDING HIS DECLARATION IN SUPPORT OF FINAL FEE APPLICATION. | 0.10 | $925.00 | $92.50 |
| 395031 | B160 | 09/15/2021 | WNL | REVIEW CORRESPONDENCE FROM JOHN HARRIS REGARDING HIS DECLARATION. | 0.10 | $925.00 | $92.50 |
| 395106 | B160 | 09/16/2021 | WNL | REVIEW CORRESPONDENCE REGARDING SIGNED DECLARATION OF JOHN HARRIS. | 0.10 | $925.00 | $92.50 |

# Theodora Oringher PC
## TO Listing with Task Code Summary

| Line # | Task Code | Date | Name | Services | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 395112 | B160 | 09/16/2021 | WNL | REVIEW CORRESPONDENCE REGARDING OMNIBUS NOTICE AMD AMOUNT OF FEES; CONFER WITH JENNIFER O'KEEFE REGARDING SAME. | 0.10 | $925.00 | $92.50 |
| 395155 | B160 | 09/16/2021 | WNL | REVIEW CORRESPONDENCE REGARDING ISSUES CONCERNING AMOUNT OF FEES DUE AND UNPAID. | 0.10 | $925.00 | $92.50 |
| 395163 | B160 | 09/16/2021 | WNL | REVIEW ADDITIONAL CORRESPONDENCE REGARDING PENDING FEE APPLICATIONS. | 0.20 | $925.00 | $185.00 |
| 395514 | B160 | 09/20/2021 | WNL | FURTHER REVISE DRAFT OF FINAL FEE APPLICATION. | 0.60 | $925.00 | $555.00 |
| 395515 | B160 | 09/20/2021 | WNL | CONFER WITH JENNIFER O'KEEFE REGARDING FEE APPLICATION ISSUES. | 0.20 | $925.00 | $185.00 |
| 395520 | B160 | 09/20/2021 | WNL | REVIEW REGARDING TIMING ISSUES. | 0.10 | $925.00 | $92.50 |
| 395525 | B160 | 09/20/2021 | WNL | REVIEW AND RESPOND TO CORRESPONDENCE REGARDING | 0.10 | $925.00 | $92.50 |
| 395528 | B160 | 09/20/2021 | WNL | REVIEW CORRESPONDENCE REGARDING ISSUES CONCERNING NOTICE OF HEARING ON FEE APPLICATIONS. | 0.10 | $925.00 | $92.50 |
| 397764 | B160 | 09/24/2021 | WNL | DRAFT CORRESPONDENCE AND CONFER WITH J. OKEEFE REGARDING J. HARRIS DECLARATION. | 0.10 | $925.00 | $92.50 |
| | | | | **Task Code: B160** | **17.60** | | **$8,115.00** |

**Task Code: B165**

| Line # | Task Code | Date | Name | Services | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 395521 | B165 | 09/20/2021 | WNL | DRAFT CORRESPONDENCE REGARDING MISTAKE IN GLASS RATNER FEE APPLICATION. | 0.10 | $925.00 | $92.50 |
| 395522 | B165 | 09/20/2021 | WNL | TELEPHONE CALL WITH MIKE ISSA AND REVIEW ADDITIONAL CORRESPONDENCE REGARDING THE GLASS RATNER FEE APPLICATION. | 0.20 | $925.00 | $185.00 |
| 397759 | B165 | 09/24/2021 | WNL | REVIEW CORRESPONDENCE AND SUPPLMENTS DECLARATION OF J. HARRIS REGARDING CASSO & SPARKS FEE APPLICATION. | 0.10 | $925.00 | $92.50 |

# Theodora Oringher PC
## TO Listing with Task Code Summary

| Line # | Task Code | Date | Name | Services | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| | | | | **Task Code: B165** | 0.40 | | $370.00 |
| **Task Code: B210** | | | | | | | |
| 394617 | B210 | 09/13/2021 | WNL | REVIEW AUGUST MONTHLY OPERATING REPORT AND RELATED DOCUMENTS. | 0.10 | $925.00 | $92.50 |
| 395108 | B210 | 09/16/2021 | WNL | REVIEW AND EXECUTE THE FINAL MONTHLY OPERATING REPORT AND RELATED CORRESPONDENCE. | 0.20 | $925.00 | $185.00 |
| 395526 | B210 | 09/20/2021 | WNL | REVIEW CORRESPONDENCE REGARDING FINAL MONTHLY OPERATING REPORT. | 0.10 | $925.00 | $92.50 |
| 397752 | B210 | 09/22/2021 | WNL | REVIEW MONTHLY OPERATNG REPORT. | 0.10 | $925.00 | $92.50 |
| | | | | **Task Code: B210** | 0.50 | | $462.50 |
| **Task Code: B300** | | | | | | | |
| 394613 | B300 | 09/13/2021 | WNL | TELEPHONE CALL WITH ATTORNEY AND DRAFT CORRESPONDENCE REGARDING CREDITOR CLAIM ANT ALLEGING NO NOTICE OF BANKRUPTCY. | 0.10 | $925.00 | $92.50 |
| 395166 | B300 | 09/16/2021 | WNL | REVIEW STIPULATION REGARDING OBJECTIONS TO ADMINISTRATIVE EXPENSE CLAIMS. | 0.10 | $925.00 | $92.50 |
| 395168 | B300 | 09/16/2021 | WNL | REVIEW CORRESPONDENCE REGARDING CONTINUANCE OF HEARING ON OBJECTIONS TO ADMINISTRATIVE CLAIMS. | 0.10 | $925.00 | $92.50 |
| | | | | **Task Code: B300** | 0.30 | | $277.50 |
| | | | | **Grand Total:** | 18.80 | | $9,225.00 |

| Task Code | Units | Value |
|---|---|---|
| B160 | 17.60 | $8,115.00 |
| B165 | 0.40 | $370.00 |
| B210 | 0.50 | $462.50 |
| B300 | 0.30 | $277.50 |
| **Grand Total** | **18.80** | **$9,225.00** |

10/12/2021 12:54:16 PM    Page 3 of 3

matter id '81880.05002' and date > August 31 and fees

5    EXHIBIT "A"

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 535 Anton Boulevard, Ninth Floor, Costa Mesa, CA 92626.

A true and correct copy of the following documents entitled (specify): **DECLARATION OF WILLIAM N. LOBEL REGARDING COMPENSATION AND REIMBURSEMENT OF EXPENSES OF THEODORA ORINGHER PC AS GENERAL BANKRUPTCY COUNSEL FOR THE DEBTOR AND DEBTOR IN POSSESSION FOR THE PERIOD OF SEPTEMBER 1, 2021 THROUGH OCTOBER 11, 2021.**

will be served or were served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 12, 2021 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) October 12, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) October 12, 2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA OVERNIGHT MAIL:**

The Honorable Theodor C. Albert
U.S. Bankruptcy Court
Ronald Reagan Federal Building
Bin by 5th floor elevators
411 W. Fourth Street
Santa Ana, CA 92701

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

1239398.1/81880.05002

| | | |
|---|---|---|
| October 12, 2021 | Jennifer O'Keefe | /s/ *Jennifer O'Keefe* |
| *Date* | *Printed Name* | *Signature* |

**ADDITIONAL SERVICE INFORMATION (if needed):**

## 1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

- J Scott Bovitz  bovitz@bovitz-spitzer.com
- Frank Cadigan  frank.cadigan@usdoj.gov
- Nancy S. Goldenberg  nancy.goldenberg@usdoj.gov
- Erin E Gray  egray@pszjlaw.com
- James KT Hunter  jhunter@pszjlaw.com
- Tracy K Hunkler  thunckler@daycartermurphy.com, cgori@daycartermurphy.com
- Samuel M Kidder  skidder@ktbslaw.com
- William N Lobel  wlobel@tocounsel.com, jokeefe@tocounsel.com, sschuster@tocounsel.com
- Randall P Mroczynski  randym@cookseylaw.com
- Matthew J Pero  mpero@afrct.com, lhlista@afrct.com, AFRCTECF@afrct.com
- Kenneth D Peters  kpeters@dresslerpeters.com, rmcandless@dresslerpeters.com
- Robert J Pfister  rpfister@ktbslaw.com
- Christopher O Rivas  crivas@reedsmith.com, chris-rivas-87658@ecf.pacerpro.com
- United States Trustee (SA)  ustpregion16.sa.ecf@usdoj.gov
- Robert K Wing  rkw@rkwing.com

## 2. SERVED BY U.S. MAIL

John Harris, Liquidation Trustee
Numeric Solutions, LLC
1536 Eastman Avenue, Suite D
Ventura, CA 93003

Office of the U.S. Trustee – SA
Nancy Goldenberg, Attorney
Office of the United States Trustee
411 West Fourth Street, Suite 7160
Santa Ana, CA  92701

Robert J. Pfister
KTBS Law LLP
1801 Century Park East, 26th Floor Los Angeles, CA  90067

1239398.1/81880.05002 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    F 9013-3.1.PROOF.SERVICE