## UNITED STATES BANKRUPTCY COURT

Central DISTRICT OF California

Santa Ana Division

In re: Bridgemark Liquidation Trust

Debtor(s)

Case No. 20-10143

☐ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 06/30/2022

Petition Date: 01/14/2020

Plan Confirmed Date: 08/18/2021

Plan Effective Date: 08/19/2021

This Post-confirmation Report relates to:  ○ Reorganized Debtor

● Other Authorized Party or Entity: Bridgemark Liquidation Trust

Name of Authorized Party or Entity

/s John H. Harris
Signature of Responsible Party

John H. Harris
Printed Name of Responsible Party

07/11/2022
Date

17671 Irvine Blvd., Suite 217, Tustin, CA 92780
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-PCR (12/01/2021)

1

Debtor's Name Bridgemark Liquidation Trust

Case No. 20-10143

## Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s John H. Harris
Signature of Responsible Party

Trustee
Title

John H. Harris
Printed Name of Responsible Party

07/11/2022
Date

UST Form 11-PCR (12/01/2021)

8