United States Bankruptcy Court

Central District of California

In re:                                                                                                   Case No. 20-10143-TA

Bridgemark Corporation                                                                                   Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8                              User: admin                              Page 1 of 2
Date Rcvd: Aug 11, 2022                           Form ID: pdf042                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Bridgemark Corporation, 17671 Irvine Blvd., Suite 217, Tustin, CA 92780-3129 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2022                  Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher O Rivas | on behalf of Respondent Celia A Wallace crivas@reedsmith.com chris-rivas-8658@ecf.pacerpro.com |
| Erin E Gray | on behalf of Consultant Numeric Solution LLC egray@pszjlaw.com |
| Erin E Gray | on behalf of Attorney Casso & Sparks LLP egray@pszjlaw.com |
| Erin E Gray | on behalf of Attorney Pachulski Stang Ziehl & Jones LLP egray@pszjlaw.com |
| Frank Cadigan | on behalf of U.S. Trustee United States Trustee (SA) frank.cadigan@usdoj.gov |
| J Scott Bovitz | on behalf of Creditor TPx Communications bovitz@bovitz-spitzer.com |

| District/off: 0973-8 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 11, 2022 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| James KT Hunter | on behalf of Plaintiff Bridgemark Corporation jhunter@pszjlaw.com |
| Kenneth D Peters | on behalf of Creditor PBF Holding Company LLC kpeters@dresslerpeters.com rmccandless@dresslerpeters.com |
| Matthew J Pero | on behalf of Debtor Bridgemark Corporation mpero@lagerlof.com lhlista@afrct.com;AFRCTECF@afrct.com |
| Nancy S Goldenberg | on behalf of U.S. Trustee United States Trustee (SA) nancy.goldenberg@usdoj.gov |
| Randall P Mroczynski | on behalf of Creditor Ford Motor Credit Company LLC randym@cookseylaw.com |
| Robert J Pfister | on behalf of Defendant Placentia Development Company LLC rpfister@ktbslaw.com |
| Robert J Pfister | on behalf of Creditor Placentia Development Company LLC rpfister@ktbslaw.com |
| Robert K Wing | on behalf of Interested Party Courtesy NEF rkw@rkwing.com |
| Robert K Wing | on behalf of Creditor Politiski Survivors' Trust rkw@rkwing.com |
| Samuel M Kidder | on behalf of Creditor Placentia Development Company LLC skidder@ktbslaw.com |
| Samuel M Kidder | on behalf of Defendant Placentia Development Company LLC skidder@ktbslaw.com |
| Tracy K Hunckler | on behalf of Creditor John T Kraemer thunckler@daycartermurphy.com cgori@daycartermurphy.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| William N Lobel | on behalf of Special Counsel Locke Lord LLP wlobel@tocounsel.com stena@tocounsel.com;sschuster@tocounsel.com |
| William N Lobel | on behalf of Consultant Numeric Solution LLC wlobel@tocounsel.com stena@tocounsel.com;sschuster@tocounsel.com |
| William N Lobel | on behalf of Attorney Theodora Oringher PC wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com |
| William N Lobel | on behalf of Interested Party Bridgemark Liquidation Trust wlobel@tocounsel.com stena@tocounsel.com;sschuster@tocounsel.com |
| William N Lobel | on behalf of Attorney Casso & Sparks LLP wlobel@tocounsel.com stena@tocounsel.com;sschuster@tocounsel.com |
| William N Lobel | on behalf of Debtor Bridgemark Corporation wlobel@tocounsel.com stena@tocounsel.com;sschuster@tocounsel.com |
| William N Lobel | on behalf of Financial Advisor GlassRatner Advisory & Capital Group LLC wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com |
| William N Lobel | on behalf of Other Professional Greines Martin Stein & Richland LLP wlobel@tocounsel.com stena@tocounsel.com;sschuster@tocounsel.com |
| William N Lobel | on behalf of Creditor Placentia Development Company LLC wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com |
| William N Lobel | on behalf of Plaintiff Bridgemark Corporation wlobel@tocounsel.com stena@tocounsel.com;sschuster@tocounsel.com |

TOTAL: 29

William N. Lobel, Esq. (State Bar No. 93202)
wlobel@tocounsel.com
THEODORA ORINGHER PC
535 Anton Boulevard, Ninth Floor
Costa Mesa, California 92626
Telephone:    (714) 549-6200
Facsimile:    (714) 549-6201

Counsel for Bridgemark Liquidation Trust

Robert J. Pfister, Esq. (State Bar No. 241370)
rpfister@ktbslaw.com
KTBS LAW LLP
1801 Century Park East, 26th Floor
Los Angeles, California 90067
Telephone:    (310) 407-4065
Facsimile:    (310) 407-9090

Counsel for Placentia Development Company, LLC

**FILED & ENTERED**

**AUG 11 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY deramus  DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>BRIDGEMARK CORPORATION,[1]<br><br>    Debtor and Debtor-in Possession, | Case No.: 8:20-bk-10143-TA<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION TO FURTHER EXTEND DEADLINE TO FILE OBJECTION TO PROOF OF CLAIM NO. 16**<br><br>[No Hearing Required] |

The Court having reviewed the *Stipulation to Further Extend Deadline to File Objection to Proof of Claim No. 16* (the "Stipulation") and good and sufficient cause appearing therefor, it is hereby ORDERED THAT:

　　　1.　　The Stipulation is approved.

//

//

---

[1]  The Debtor's last four digits of its taxpayer identification number are (1669). The headquarters and service address for the above-captioned Debtor is 17671 Irvine Blvd., Suite 217, Tustin, CA 92780.

184703.1

2. The Objection Deadline (as defined in the Stipulation) is hereby extended from August 15, 2022 to February 15, 2023, solely with respect to Proof of Claim No. 16-1 filed by RLI Insurance Company.

###

Date: August 11, 2022

_____
Theodor C. Albert
United States Bankruptcy Judge

184703.1

2